## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| | * | |
| **versus** | * | NO. 12-1924 |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | SECTION "E" |
| | * | |
| | * | MAGISTRATE DIVISION "2" |

* * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7.2 CERTIFICATE

Pursuant to the Local Rule 7.6 Certificate, undersigned counsel certifies that counsel for all parties have been contacted and have advised that they oppose this Motion.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER, HENDERSON & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:    (504) 561-0326
Email:          cta@gustebarnett.com

**Attorneys for Intervenors,**
**CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INCORPORATED and WALTER POWERS, JR., INDIVIDUALLY AND AS PRESIDENT OF CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INCORPORATED**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of August, 2012 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER, HENDERSON & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone:   (504) 529-4141
Facsimile:    (504) 561-0326
Email:          cta@gustebarnett.com

**Attorneys for Intervenors,**
**CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INCORPORATED and WALTER POWERS, JR., INDIVIDUALLY AND AS PRESIDENT OF CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INCORPORATED**

S:\CTA CORP CLIENTS\FOP.Consent Decree\Intervening Complaint\CER.lr7.2.CTA.08022012.wpd