# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

Before the Court are the Motions to Intervene filed by the Crescent City Lodge No. 2, Fraternal Order of Police, Inc., Walter Powers, Jr., individually and as President of Crescent City Lodge No. 2, Fraternal Order of Police, Inc. (the "Fraternal Order of Police"),[1] Community United for Change ("CUC"),[2] the Police Association of New Orleans, Michael Glasser, individually and as President of the Police Association of New Orleans (the "Police Association of New Orleans"),[3] and the Office of the Independent Police Monitor, and Susan Hutson, individually and in her official capacity as the Independent Police Monitor for the City of New Orleans (the "OIPM").[4]  The Court determining that oral argument will be helpful, and in response to inquiries from proposed intervenors,

**IT IS ORDERED THAT** oral argument will be held on the above Motions to Intervene on August 20, 2012 at 2:00 p.m.  The Fraternal Order of Police, CUC, the Police Association of New Orleans, and the OIPM will have fifteen (15) minutes each for argument. The City of New Orleans and the Department of Justice will each have twenty (20) minutes

---

[1] R. Doc. 9.

[2] R. Doc. 11.

[3] R. Doc. 13.

[4] R. Doc. 15.

for argument. Oral argument will be held in Courtroom C-414, 500 Poydras St., New Orleans, Louisiana 70130.

**New Orleans, Louisiana, this __8th__ day of August, 2012.**

                                                      _____
                                                      **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**