UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| | * | |
| | * | NO: 12-1924 |
| VERSUS | * | |
| | * | |
| | * | SECTION "E" |
| THE CITY OF NEW ORLEANS | * | |
| | * | MAGISTRATE "2" |
| | * | |
| * * * * * * * * * | | |

## ORDER

**CONSIDERING** the Joint Motion for Approval of Contract for the Consent Decree Monitor filed by the United States of America and the City of New Orleans.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the proposed contract form between the City and the Consent Decree Monitor is preliminarily approved subject to the Court's approval of the Consent Decree.

**SO ORDERED** on this ____ day of _____, 2012, in New Orleans, Louisiana.

_____
**HONORABLE SUSIE MORGAN**
**DISTRICT JUDGE**
**U.S. District Court for the**
**Eastern District of Louisiana**