MINUTE ENTRY
MORGAN, J.
December 19, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1924** |
| **CITY OF NEW ORLEANS,**    **Defendant** | **SECTION "E"** |

A status conference was held on December 19, 2012, at 2:00 p.m. in the chambers of Judge Susie Morgan.

> Present:  Richard F. Cortizas, Brian J. Capitelli, Erica N. Beck, Ralph Capitelli, Sharonda Williams, and Byron Arthur on behalf of Defendant, the City of New Orleans ("City");
>
> Christy Lopez and Steve Parker, and Emily Gunston, Jude Volek, Roy Austin, Jr., and Jonathan Smith (via telephone) on behalf of Plaintiff, the United States of America ("United States").

The parties discussed the proposed Consent Decree and amended proposed Consent Decree that have been submitted to the Court in the above-captioned matter.[1]

The Court instructed the City to provide the Court with supplemental information regarding the NOPD's Executive Development Committee and Administrative Policy Review Committee no later than **Friday, December 21, 2012, at 5:00 p.m.**

The Court scheduled a subsequent status conference for **Friday, January 11, 2013, at 10:00 a.m. CST.** Counsel for the United States may attend the status

---

[1] R. Docs. 2 and 114.

1

conference in person or via telephone.

**New Orleans, Louisiana, this __28th__ day of December, 2012.**

                                        _____
                                           **SUSIE MORGAN**
                            **UNITED STATES DISTRICT JUDGE**

JS10 (2:55)