**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA,**                    **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                        **No. 12-1924**

**CITY OF NEW ORLEANS,**                          **SECTION "E"**
    **Defendant**

**NOTICE**

    **NOTICE IS HEREBY GIVEN** that the Consent Decree Court Monitor Selection Committee will hold public meetings to select the Consent Decree Court Monitor ("Monitor") in the above-captioned case on the following dates:

> **Thursday, March 7, 2013, at 1:00 p.m.**
> **Tuesday, April 2, 2013, at 8:00 a.m.**
> **Wednesday, April 3, 2013, at 8:00 a.m.**
> **Tuesday, April 9, 2013, at 9:00 a.m.**
> **Tuesday, April 30, 2013, at 9:00 a.m.**

    All meetings will be held in the St. Charles Room or the Bienville Room at the Mercedez-Benz Superdome, 1500 Poydras Street, New Orleans, Louisiana 70112**.**

    The public is invited to provide comments, in writing, regarding the process or the selection of Monitor.  Comments may be e-mailed to City Attorney Richard Cortizas at rfcortizas@nola.gov.  Please note "Re: NOPD Consent Decree Court Monitor" in the e-mail subject line.  Comments also may be mailed or hand-delivered to the following address:

> City Attorney
> City of New Orleans
> Re: NOPD Consent Decree Court Monitor
> 1300 Perdido Street
> New Orleans, LA 70112

New Orleans, Louisiana, this __6th__ day of March, 2013.

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**