

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 31 2013
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-30161

CV 12-1924-E

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CITY OF NEW ORLEANS,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant's motion for stay pending appeal is temporarily granted pending submission and consideration of appellee's response no later than noon, Monday, June 3, 2013, and further order of this Court.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 30, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30161,  USA v. City of New Orleans  
        USDC No. 2:12-CV-1924

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Allison G. Lopez, Deputy Clerk  
                      504-310-7702

Mr. Brian Joseph Capitelli  
Ms. Emily Anna Gunston  
Ms. Angela Macdonald Miller  
Ms. Jessica Dunsay Silver  
Ms. Sharonda R. Williams  
Mr. William W. Blevins