# EXHIBIT A

## CONTINUING THE REFORM MOVEMENT

The 65 point plan released by the Superintendent in August 2010 was appropriately labeled as '*the first steps*' for rebuilding the New Orleans Police Department.   The recommendations listed under this plan were the initial reform measures needed to begin our journey in restoring integrity to the department and regaining public confidence.

On March 16th, 2011, the DOJ released an investigative '*Findings Report*' into NOPD operations.  That same day, the City's Mayor and its Police Superintendent began plans to target each of the **16** global policy reform recommendations contained in the DOJ study.  Within these recommendations were **147** action items which needed to be individually addressed.  Since that time, we have not relented in our efforts to tackle the requirements listed at the end of this report and, by June 2012, the City and NOPD had implemented measures addressing over **40%** of these items.

| | Global Reform Recommendations: | Total # of Action Items: | Completed | In-Progress | Pending | Disagree | $ Funding |
|---|---|---|---|---|---|---|---|
| 1 | Use of Force | 20 | 4 | 16 | 0 | 0 | 0 |
| 2 | Stops, Searches, and Arrests | 6 | 0 | 6 | 0 | 0 | 1 |
| 3 | Discriminatory Policing on the Basis of Race, Ethnicity, and LGBT Status | 5 | 3 | 2 | 0 | 0 | 0 |
| 4 | Services for Limited English Proficient Communities | 4 | 1 | 2 | 1 | 0 | 0 |
| 5 | Sexual Assault Investigations | 9 | 7 | 1 | 0 | 1 | 0 |
| 6 | Domestic Violence Investigations | 5 | 4 | 1 | 0 | 0 | 1 |
| 7 | Recruitment | 9 | 6 | 1 | 1 | 1 | 1 |
| 8 | Training | 19 | 9 | 8 | 2 | 0 | 2 |
| 9 | Supervision | 9 | 4 | 5 | 0 | 0 | 1 |
| 10 | Paid Details | 6 | 6 | 0 | 0 | 0 | 0 |
| 11 | Performance Evaluations and Promotions | 7 | 1 | 6 | 0 | 0 | 0 |
| 12 | Misconduct Complaint Intake, Investigation, and Adjudication | 20 | 3 | 16 | 0 | 1 | 0 |
| 13 | Community Policing | 10 | 5 | 5 | 0 | 0 | 0 |
| 14 | Officer Assistance and Support | 4 | 1 | 3 | 0 | 0 | 0 |
| 15 | Interrogations | 10 | 3 | 7 | 0 | 0 | 0 |
| 16 | Community Oversight | 4 | 3 | 1 | 0 | 0 | 0 |
| | TOTALS = | 147 | 60 | 80 | 4 | 3 | |

*$ Funding Required =* 6

With the submission of the Consent Decree in July 2012, the matrix listed above has been discontinued and expanded to now include the specific 400 plus action items the NOPD will undertake. This matrix served as a guideline pending the submission of the Consent Decree itself.  The Consent Decree released in July 2012 offers a broad range of remedies designed to produce sustainable reform within the New Orleans Police Department.  These remedies are addressed under seventeen primary categories, which include: 1) Policies & Training; 2) Use of Force; 3) Crisis Intervention; 4) Stops, Searches & Arrests; 5) Custodial Interrogations; 6) Photographic Line-Ups; 7) Bias-Free Policing; 8) Policing Free of Gender Bias;  9) Community Engagement; 10) Recruitment; 11) Academy & In-Service Training; 12) Officer Assistance & Support; 13) Performance Evaluations & Promotions; 14) Supervision; 15) Secondary Employment; 16) Misconduct Complaint Intake, Investigation & Adjudication; and 17) Transparency & Oversight.  As evidence throughout this Reform Status Report, many of the reforms initiated in 2010 parallel and predate the same key issues that were addressed in both the DOJ Findings Report and the final Consent Decree.

While issues affecting a proposed Consent Decree between the City of New Orleans and the U.S. Department of Justice remain in question, Mayor Landrieu and Superintendent Serpas are dedicated, and have demonstrated the commitment as noted in this report, to moving forward with all of the reform measures specified under this Agreement.  Regularly monthly meetings are now being held between the Mayor and top administration officials to strategically plan for the full implementation of lasting reforms designed to guarantee constitutional policing to all citizens of this community.