

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-30786

CV 12-1924 - E

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CITY OF NEW ORLEANS,

    Defendant - Appellant

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2013
Lyle W. Cayce
Clerk

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 25, 2013, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

\_\_\_ Process\_\_\_
X Dkid\_\_\_
\_\_\_ CRmDep\_\_\_
\_\_\_ Doc. No.\_\_\_

A true copy
Attest: 25 NOV 2013
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 13-30786    USA v. City of New Orleans
                USDC No. 2:12-CV-1924

Enclosed is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Mr. Brian Joseph Capitelli
    Mr. Ralph Allen Capitelli
    Ms. Emily Anna Gunston
    Mr. Stephen C. Parker
    Ms. Sharonda R. Williams