UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 12-1924 |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | SECTION "E" |
| | * | |
| | * | MAGISTRATE DIVISION "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Ex Parte Motion to File Amicus Curiae Memorandum in Opposition to Motion to Amend Consent Decree;

**IT IS HEREBY ORDERED** that the Ex Parte Motion to File Amicus Curiae Memorandum in Opposition to Motion to Amend Consent Decree is **GRANTED** and that the Memorandum in Opposition to Motion to Amend Consent Decree be filed into the record of this civil action.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**