UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO.** <br> **12-CV-01924** |
| **VERSUS** | : | |
| | : | **SECTION E** <br> **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS** | | |
| | : | **DIVISION 2** <br> **MAGISTRATE WILKINSON** |

### MOTION FOR LEAVE TO FILE RESPONSE TO AMICUS CURIAE IN OPPOSITION TO MOTION TO AMEND

Defendant, the City of New Orleans ("City"), moves this Court for leave to file its Response to the Amicus Curiae filed by the Crescent City Lodge No. 2, Fraternal Order of Police, Incorporated and Walter Powers, Jr. (jointly "FOP") in opposition to the City's Motion to Amend the Consent Decree. The City is compelled to address FOP's assertions regarding the City's purported attempts to circumvent the Home Rule Charter and the City Council's authority, which certainly is not the case. In addition, the City seeks leave to respond to FOP's suggestion that the Court lacks authority to amend the Consent Decree in the manner sought. Finally, the City seeks leave to provide a corrected copy of the rate schedule to the Court for its consideration. For these reasons, the City requests that its Motion for Leave and Motion to Amend be granted.

Respectfully submitted,

/s/ Sharonda R. Williams
CHRISTY HAROWSKI (LSB #30712)
DEPUTY CITY ATTORNEY
CHERRELL R. SIMMS, 28227
SR. CHIEF DEPUTY CITY ATTORNEY
SHARONDA R. WILLIAMS (LSB#28809)
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana  70112
Telephone:  504-658-9920
Facsimile:  504-658-9868
shrwilliams@nola.gov

*Attorneys for the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record through the Court's CM/ECF electronic filing system this 24th day of July, 2014.

/s/  Sharonda R. Williams
SHARONDA R. WILLIAMS