UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO.** **12-CV-01924** |
| **VERSUS** | : | |
| | : | **SECTION E** **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS** | | |
| | : | **DIVISION 2** **MAGISTRATE WILKINSON** |

### ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Response to Amicus Curiae in Opposition to Motion to Amend, filed by Defendant, the City of New Orleans:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Leave is **GRANTED** and, the City's Response to Amicus Curiae in Opposition to Motion to Amend shall be filed into the record in this matter.

This _____ day of _____, 2014, New Orleans, Louisiana.

_____
JUDGE SUSIE MORGAN

1