MINUTE ENTRY
MORGAN, J.
April 16, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | No. 12-1924 |
| CITY OF NEW ORLEANS,<br>    Defendant | SECTION "E" |

A status conference was held on the record on April 16, 2015 at 1:30 p.m. in the chambers of Judge Susie Morgan.

Present:  Jude Volek, Jonas Geissler and Brian Lee (via telephone); Emily Gunston and Theodore Carter (in person), on behalf of Plaintiff, the United States of America ("DOJ");

Sharonda Williams, City Attorney; Andy Kopplin, Deputy Mayor and Chief Administrative Officer of the City of New Orleans; John Salomone, Director Lieutenant Colonel of the Office of Police Secondary Employment ("OPSE"); and Jonathan Wisbey, on behalf of Defendant, the City of New Orleans ("City");

Chief Michael Harrison, Deputy Chief Arlinda Westbrook, Deputy Chief Robert Bardy, Deputy Chief Stephanie Landry, Commander John Thomas, Commander Richard Williams, Daniel Cazenave and Daniel Murphy, on behalf of the New Orleans Police Department ("NOPD");

Deputy Chief Jay Ginsberg, Benjamin Horwitz and Alexandra Skaggs, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

Jonathan Aronie, David Douglass and Dennis Nowicki, Office of the Consent Decree Monitor ("Monitor").

1

The next public hearing will be on May 21, 2015 at 1:30 p.m. and will focus on officer supervision, following an update on camera usage and the Training Academy. Chief Harrison will prepare and provide to the Court (1) a list of the duties currently assigned to sergeants, (2) the portable checklists being developed for sergeants' use, and (3) a report on sergeants' review of trip sheets for camera usage and whether reporting of complaints has increased.

At the public hearing, the Chief also will report on (1) the documentation in place to monitor officer performance issues, (2) current plans to make promotions within the department, (3) efforts to use civilians and get police officers back in the field, and (4) how payroll is done and how to improve the ADP system, including additional training for officers. The Court instructed Chief Harrison to provide specific examples of how the NOPD has put systems in place to ensure more effective supervision, including the new case management system. The City Attorney will report on the status of contract negotiations to put the case management system in place.

At the next status conference on May 19, 2015, Roy Guercio, the City's Comptroller, will report on the status of implementing the ADP system and when the old system will be phased out. Chief Harrison and the Monitor will report on how other police departments do payroll and whether there are more efficient methods being used elsewhere.

At the next status conference, Colonel Salomone will report on cameras for the Bourbon Street Patrol and the French Quarter Patrol, as well as Lakeview and Mid-City neighborhood patrols. Colonel Salomone will also report on the status of motorcycle and

scooter details, including verifying that these details are covered by the existing policy and reporting on whether any additional procedures are needed.

The Monitor will report on the MOU with SMG.

The Monitor will report on the NOPD internal policies expected to be completed by April 24, 2015, as well as the current status of policy review. The Monitor, the Compliance Bureau, and DOJ will report on implementation and training on new policies.

The Compliance Bureau will report on its new internal auditors (what their duties will be) and IT positions. Deputy Chief Landry will report on the new positions in her area. Deputy Chief Westbrook will report on her five new positions. NOPD will report on its new recruiter positions.

The Monitor, Alex Skaggs, and Commander Williams will report on lesson plans for recruit-training and in-service training, and provide a timeline with mileposts for this work. Commander Williams will report on the hiring of a new curriculum development specialist. Commander Williams will also report on his work with the State Police to identify basic academy lesson plans that may be used by NOPD. Commander Williams will report on changes to current in-service training based on comments provided by the Monitor and DOJ. Alex Skaggs will verify the correct in-service materials were sent to the Monitor and DOJ.

Ben Horwitz will report on camera availability and usage, including cameras in new cars, and methods for ensuring proper camera usage. Mr. Horwitz will report on whether microphones for in-car cameras are available and being used, and whether officers are using their keyfobs. Mr. Wisbey will report on the node for in-car cameras

and the replacement of the servers for in-car cameras. Mr. Horwitz also will report on the new CAD system for tagging videos and how the problem of multiple item numbers is being addressed. Mr. Horwitz will revise his charts to show how many platoon officers in each district do not have body-worn cameras. The parties will monitor camera availability and whether detectives should wear cameras when they execute search or arrest warrants.

Deputy Chief Westbrook will report on discipline, including discipline for camera usage issues, and the timeline for resolving complaints. She also will report on (1) the breakdown of how many complaints are received from various agencies and how many complaints from IPM result in an investigation being opened, and (2) whether the rank-initiated complaints regarding cameras have increased and the breakdown of rank-initiated complaints by district. The Compliance Bureau will report on how camera usage may be better monitored, including the most effective method of doing spot checks of trip sheets with the first filter being whether an arrest was made. The Monitor reported that some departments use retired police officers to do these spot checks. Alex Skaggs will report on training for camera usage, including training on when the camera should be turned off. Deputy Chief Westbrook will report on how to get investigations done more quickly and whether time for investigations can be shortened when a camera was used. Deputy Chief Bardy will report on efforts to keep all districts informed about the number of times officers in each district failed to use cameras properly. PIB will report on its efforts to get more information about discipline to supervisors so they can use that information as a management tool.

The Court asked Deputy Chief Westbrook to report on training for her new positions. The Court also asked that she report on how she evaluates her employees at PIB, including intake and investigators, and how investigations can be improved, including the use of checklists.

Deputy Chief Westbrook and Deputy Chief Landry will report on the peer intervention program. Deputy Chief Landry will report on the officer assistance program.

Chief Nowicki reported on his review of FIT investigations. Deputy Chief Westbrook will report on instances where there should have been, but there was not, a use of force statement in the file.

Ben Horwitz will report on the Early Warning System.

Chief Harrison will talk to Sheriff Normand about NOPD's use of the Jefferson Parish shooting range.

Mr. Wisbey will report on the application process for NOPD recruits, including how many applicants fail at each stage of the process. The Monitor will report on suggestions for improving the process. Mr. Wisbey will confirm that the Civil Service Commission is not moving ahead on a contract with La. Tech without involvement of the Monitor.

Daniel Murphy will report on the Crisis Intervention Team.

Commander Williams will report on the Training Academy and plans for a new facility. Commander Williams will present a comprehensive training plan to the Court, including technology and record-keeping functions (Power DMS), leadership development, ways to monitor/improve the plan over time, and involvement in the use

of force review board. Commander Williams will report on progress obtaining software to make videos of instructors available remotely to the Monitor and to students.

The Monitor will report on community and detainee surveys.

**New Orleans, Louisiana, this 18th day of May, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (4:13)