MINUTE ENTRY
MORGAN, J.
April 21, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1924** |
| **CITY OF NEW ORLEANS,** <br>     **Defendant** | **SECTION "E"** |

A status conference was held on the record on April 21, 2016 at 1:30 p.m. before Judge Susie Morgan to discuss the status of the consent decree.

    Present:    Emily Gunston (via telephone) and Ted Carter (in person), on behalf of Plaintiff, the United States of America ("DOJ");

                    Rebecca Dietz, City Attorney; Andy Kopplin, Deputy Mayor and Chief Administrative Officer of the City of New Orleans; and John Salomone, Director Lieutenant Colonel of the Office of Police Secondary Employment ("OPSE"), on behalf of Defendant, the City of New Orleans ("City");

                    Superintendent Michael Harrison, Deputy Superintendent Paul Noel, Deputy Superintendent Arlinda Westbrook, Deputy Superintendent John Thomas, Deputy Superintendent Rannie Mushatt, Commander Richard Williams, Commander Otha Sandifer, Commander Gary Marchese, Commander Doug Eckert, Deputy Chief of Staff Jonathan Wisbey, Lieutenant Jeanette Williams, Lieutenant Jonette Williams, Daniel Cazenave, Benjamin Horwitz, Stephanie Landry, Duane Johnson and Jacob Lundy, on behalf of the New Orleans Police Department ("NOPD");

                    Daniel Murphy, Bruce Hamilton, Michael Pfeiffer, Alexandra Skaggs and Denise Chandler, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

> Brendan Greene, on behalf of the Civil Service Commission ("CSC");
>
> Jonathan Aronie and Dennis Nowicki, Office of the Consent Decree Monitor ("Monitor").

The Court and the parties discussed the status of compliance with the Consent Decree.

**New Orleans, Louisiana, this 28th day of April, 2016.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (3:30)