MINUTE ENTRY
MORGAN, J.
May 17, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
| Plaintiff | |
| **VERSUS** | **No. 12-1924** |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
| Defendant | |

A status conference was held on the record on May 17, 2016 at 1:30 p.m. before Judge Susie Morgan to discuss the status of the consent decree.

Present:   Jonas Geissler and Ted Carter, on behalf of Plaintiff, the United States of America ("DOJ");

Rebecca Dietz, City Attorney; John Salomone, Director Lieutenant Colonel of the Office of Police Secondary Employment ("OPSE"), on behalf of Defendant, the City of New Orleans ("City");

Superintendent Michael Harrison, Deputy Superintendent Arlinda Westbrook, Deputy Superintendent John Thomas, Deputy Superintendent Rannie Mushatt, Commander Christopher Goodley, Commander Otha Sandifer, Commander Doug Eckert, Commander Frank Young, Deputy Chief of Staff Jonathan Wisbey, Lieutenant Jonette Williams, Daniel Cazenave, Benjamin Horwitz, Stephanie Landry and Jacob Lundy, on behalf of the New Orleans Police Department ("NOPD");

Tim Averill, Daniel Murphy, Michael Pfeiffer and Denise Chandler, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

1

       Jonathan Aronie and Dennis Nowicki (in person) and David Douglass (via telephone), Office of the Consent Decree Monitor ("Monitor").

The Court and the parties discussed the status of compliance with the Consent Decree.

**New Orleans, Louisiana, this 27th day of May, 2016.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (3:50)

2