# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,** Defendant | **SECTION "E"** |

A status conference was held on the record on October 19, 2017 at 8:30 a.m. before Judge Morgan to discuss the status of the consent decree.

Present: Jonas Geissler (via telephone), and Ted Carter, on behalf of Plaintiff, the United States of America ("DOJ");

Deputy Superintendent Paul Noel, Deputy Superintendent Arlinda Westbrook, Deputy Superintendent John Thomas, Commander Christopher Goodley, Commander Derek Frick, Deputy Chief of Staff Eric Melancon, Lieutenant Bruce Haney, Daniel Cazenave, Benjamin Horwitz, Deidre Magee, Leatrice Latimore, and Aminata Brown, on behalf of the New Orleans Police Department ("NOPD");

Deputy Superintendent Daniel Murphy, Commander Otha Sandifer, and Lisa Kurtz, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

Jonathan Aronie and Ashley Burns, Office of the Consent Decree Monitor ("Monitor").

The Court and the parties discussed the status of compliance with the Consent Decree.

**New Orleans, Louisiana, this 24th day of October, 2017.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (3:25)