UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA, | CIVIL ACTION |
| Plaintiff | |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS, | SECTION "E" |
| Defendant | |

### ORDER

**IT IS ORDERED** that the status conference currently scheduled for July 19, 2018 at 1:30 p.m. is **RESET** for **July 17, 2018** at **1:30 p.m.** The updated schedule is as follows:

## 2018 Meeting Schedule

| DATE | TIME | MEETING TYPE |
|---|---|---|
| January 18, 2018 | 1:30 | Multi-Purpose Room |
| February 20, 2018 | 1:30 | Multi-Purpose Room |
| February 22, 2018 | 1:30 | Public Hearing – NOPD's Initiatives to Reduce Officer Burden & Maximize Police Resources |
| March 22, 2018 | 1:30 | Multi-Purpose Room |
| April 26, 2018 | 1:30 | CANCELLED *(individual meetings will be scheduled with the Court and the monitor during the week of April 30, 2018)* |
| May 29, 2018 | 1:30 | Multi-Purpose Room |
| May 31, 2018 | 1:30 | Public Hearing – *Subject Matter to be Determined* |

1

| | | |
|---|---|---|
| June 21, 2018 | 1:30 | Multi-Purpose Room |
| **July 17, 2018** | **1:30** | **Multi-Purpose Room** |
| August 14, 2018 | 1:30 | Multi-Purpose Room |
| August 16, 2018 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| September 20, 2018 | 1:30 | Multi-Purpose Room |
| October 18, 2018 | 1:30 | Multi-Purpose Room |
| November 13, 2018 | 1:30 | Multi-Purpose Room |
| November 15, 2018 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| December 13, 2018 | 1:30 | Multi-Purpose Room |

**New Orleans, Louisiana, this 2nd day of May, 2018.**

_____*Susie Morgan*_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**