UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 12-CV-01924 |
| VERSUS | |
| | SECTION E |
| | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS | DIVISION 2 |
| | MAGISTRATE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through the undersigned counsel, comes Defendant, the City of New Orleans (the "City"), and respectfully moves this Honorable Court to substitute Sunni J. LeBeouf, City Attorney, in place of Rebecca Dietz, former City Attorney, and in place of Christy C. Harowski, as counsel of record for the City in the above captioned matter. Churita H. Hansell, Cherrell Simms Taplin and Mary Katherine Kaufman will remain enrolled as counsel of record for the City.

Dated: May 28, 2018.

Respectfully submitted,

*/s/ Cherrell Simms Taplin*
SUNNI LEBEOUF, LSB #28633
City Attorney
CHERRELL SIMMS TAPLIN
CHURITA H. HANSELL
MARY KATHERINE KAUFMAN
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9920
Facsimile: 504-658-9868

*Attorneys for the City of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Cherrell Simms Taplin*