MINUTE ENTRY
MORGAN, J.
June 21, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,** Defendant | **SECTION "E"** |

A status conference was held on the record on June 21, 2018 at 1:30 p.m. before Judge Morgan to discuss the status of the consent decree.

Present: Jonas Geissler and Megan Marks (via telephone) and Ted Carter (in person), on behalf of Plaintiff, the United States of America ("DOJ");

Churita Hansell, Assistant City Attorney; Fabian Barbarin, Office of Police Secondary Employment ("OPSE"), on behalf of Defendant, the City of New Orleans ("City");

Commander Christopher Goodly, Commander Shaun Ferguson, Deputy Chief of Staff Eric Melancon, Lieutenant Janeiro Sanders, Sergeant Kenneth Quetant, Officer Terry Bean, Daniel Cazenave, Benjamin Horwitz, Deidre Magee, Joe Rexford, and Leatrice Latimore, on behalf of the New Orleans Police Department ("NOPD");

Deputy Superintendent Daniel Murphy and Commander Otha Sandifer, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

Jonathan Aronie, Ellen Scrivner, and Ashley Burns (in person), and Bob McNeilly and Mary Ann Viverette (via telephone), Office of the Consent Decree Monitor ("Monitor").

The Court and the parties discussed the status of compliance with the Consent Decree.

**New Orleans, Louisiana, this 13th day of July, 2018.**

                                          *Susie Morgan*
                                          **SUSIE MORGAN**
                                   **UNITED STATES DISTRICT JUDGE**

JS10 (2:40)

2