MINUTE ENTRY
MORGAN, J.
August 14, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS,<br>　　Defendant | SECTION "E" |

A status conference was held on the record on August 14, 2018 at 1:30 p.m. before Judge Morgan to discuss the status of the consent decree.

　　Present:　　Jude Volek, Megan Marks, and Ted Carter, on behalf of Plaintiff, the United States of America ("DOJ");

　　　　　　　Sunni LeBeouf, City Attorney, on behalf of Defendant, the City of New Orleans ("City");

　　　　　　　Superintendent Michael Harrison, Deputy Superintendent Paul Noel, Deputy Superintendent Arlinda Westbrook, Deputy Superintendent John Thomas, Commander Christopher Goodly, Commander Regina Williams, Commander Shaun Ferguson, Deputy Chief of Staff Eric Melancon, Lieutenant Jonette Williams, Lieutenant Bruce Haney, Lieutenant Gwen Nolan, Lieutenant Janeiro Sanders, Officer Terry Bean, Daniel Cazenave, Benjamin Horwitz, Deidre Magee, Joseph Rexford, and Leatrice Latimore, on behalf of the New Orleans Police Department ("NOPD");

　　　　　　　Deputy Superintendent Daniel Murphy, Commander Otha Sandifer, and Denise Chandler, on behalf of the Consent Decree Compliance Bureau ("Compliance Bureau");

　　　　　　　Jonathan Aronie and Ashley Burns, Office of the Consent Decree Monitor ("Monitor").

1

The Court and the parties discussed the status of compliance with the Consent Decree. The Court informed the parties that the monthly status conferences will now be held quarterly beginning with the meeting currently scheduled for November 13, 2018 and continuing through 2019.

Accordingly;

**IT IS ORDERED** that the monthly meetings currently scheduled for September 20, 2018, October 18, 2018, and December 13, 2018, are hereby **CANCELED**. Individual meetings will be scheduled with the Court and the monitor during these months. The updated schedule is attached hereto with the revised dates shown in bold.

**IT IS FURTHER ORDERED** that the parties observe the dates for status conferences and public hearings to be held during 2019 and attached hereto. Individual meetings will be scheduled with the Court and the monitor during the remaining months.

**New Orleans, Louisiana, this 11th day of September, 2018.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (2:32)