12-1924 USA v. New Orleans City

# 2019 Meeting Schedule

| DATE | TIME | MEETING TYPE |
|---|---|---|
| Week of January 14, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| February 19, 2019 | 1:30 | Quarterly Meeting in Multi-Purpose Room |
| February 21, 2019 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| Week of March 18, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of April 15, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| May 14, 2019 | 1:30 | Quarterly Meeting in Multi-Purpose Room |
| May 16, 2019 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| Week of June 17, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of July 15, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| August 13, 2019 | 1:30 | Quarterly Meeting in Multi-Purpose Room |
| August 15, 2019 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| Week of September 16, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of October 14, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| November 19, 2019 | 1:30 | Quarterly Meeting in Multi-Purpose Room |
| November 21, 2019 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| Week of December 16, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |