**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

A Joint Motion for Entry of Consent Decree was filed by the City of New Orleans and the United States of America on July 24, 2012.[1] On January 11, 2013, the Court issued an order approving the Consent Decree[2] as amended by changes shown on the parties' Errata Sheet filed on September 17, 2012.[3] Amendments to the Consent Decree have been approved by the Court during the course of this action.[4]

For the benefit of the public and the parties, the Court enters into the record the attached Amended and Restated Consent Decree, reflecting all changes through this date.[5]

**New Orleans, Louisiana, this 2nd day of October, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 2.
[2] R. Doc. 159.
[3] R. Doc. 116.
[4] *See* the attached redline version of the Consent Decree which reflects all changes through this date. (R. Doc. 564-1)
[5] R. Doc. 564-2. (Also filed separately at R. Doc. 565.)