# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO: 12-1924** |
| **VERSUS** | * | |
| | * | **SECTION: "E"** |
| **CITY OF NEW ORLEANS** | * | |
| | * | **MAG: "2"** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

The City of New Orleans respectfully moves to withdraw Cherrell S. Taplin (La. Bar No. 28227) as counsel of record for the City in this matter and enroll Donesia D. Turner (La. Bar No. 23338) as additional counsel of record in her place. Cherrell S. Taplin has been notified and does not object.

                                                Respectfully submitted,

                                                */s/ Churita H. Hansell*
                                                **CHURITA H. HANSELL, LSB#25694**
                                                CHIEF DEPUTY CITY ATTORNEY
                                                **DONESIA D. TURNER, LSB#23338**
                                                SENIOR CHIEF DEPUTY CITY ATTORNEY
                                                **SUNNI J. LEBEOUF, LSB#28633**
                                                CITY ATTORNEY
                                                1300 Perdido Street, Ste. 5E03
                                                New Orleans, Louisiana 70112
                                                Telephone: 504-658-9920
                                                Facsimile: 504-658-9868
                                                chhansell@nola.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018 I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Churita H. Hansell*
CHURITA H. HANSELL