## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| | * | |
| | * | NO: 12-1924 |
| VERSUS | * | |
| | * | SECTION: "E" |
| CITY OF NEW ORLEANS | * | |
| | * | MAG: "2" |
| | * | |

\* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel filed by the City of New Orleans:

**IT IS ORDERED** that the motion be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that Cherrell S. Taplin be and hereby is withdrawn as counsel of record for the City in this matter and that Donesia D. Turner be and hereby is enrolled as additional counsel of record in her place.

**NEW ORLEANS, LOUISIANA**, this_____day of_____, 2018.

_____
J U D G E