UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO.** <br> **12-CV-01924** |
| **VERSUS** | |
| | **SECTION E** <br> **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS** | **DIVISION 2** <br> **MAGISTRATE WILKINSON** |

## MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE

Plaintiff United States of America respectfully moves to continue the telephone conference scheduled for January 17, 2019, the hearing scheduled for January 25, 2019, and all review and approval requirements that apply to the United States as implementation of the Consent Decree continues. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when Congress will restore funding. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, counsel for the Department of Justice requests that the January 17, 2019 telephone conference, January 25, 2019 public hearing, and any review and approval requirements that apply to the United States be postponed until Congress has restored appropriations to the Department. If this motion is granted, counsel for the United States will notify the Court, the City of New Orleans, and the Monitor as soon as Congress has appropriated funds for the Department of Justice. The United States requests that, at that point, postponed deadlines and court appearances be reset at a time workable for all.

Respectfully submitted this 16th day of January, 2019.

>*/s/ Jude Volek*
>JUDE VOLEK (T.A.) (NY 10041483)
>Special Counsel
>MEGAN R. MARKS
>R. JONAS GEISSLER (NJ 025752001)
>Trial Attorneys
>Special Litigation Section
>Civil Rights Division
>United States Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>Tel.: (202) 616-2579
>Fax: (202) 353-3522
>Email: Jude.Volek@usdoj.gov
>
>*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> */s/ Jude Volek*
> JUDE VOLEK