

# *Path To Reform*

## Report to Judge Morgan On NOPD Progress Under The Consent Decree

January 2019
Loyola University New Orleans School of Law

1

## Full & Effective Compliance

- **486.** To ensure that the requirements of this Agreement are properly and timely implemented, the Court shall retain jurisdiction of this action for all purposes until such time as the City has achieved ***full and effective compliance*** with this Agreement and maintained such compliance for no less than two years. At all times, the City and NOPD shall bear the burden of demonstrating full and effective compliance with this Agreement. . . .

## Path To Full & Sustained Compliance

NOPD implements reforms required by Consent Decree

OCDM conducts section-by-section assessments and identifies areas in Full & Effective Compliance

Once *the Court* finds *all sections* in Full & Effective Compliance, NOPD enters into a "Sustainment Period"

NOPD must maintain Full and Effective compliance with ALL sections of the Consent Decree *for two years*

# Paragraph 456: Comprehensive Assessment

---

- "Two years after the effective date, **the Monitor shall conduct a comprehensive assessment** to determine whether and to what extent the outcomes intended by this Agreement have been achieved, and any modifications to the Agreement that are necessary for continued achievement in light of changed circumstances or unanticipated impact (or lack of impact) of the requirement. This assessment also shall address areas of greatest achievement and the requirements that appear to have contributed to this success, as well as areas of greatest concern, including strategies for accelerating full and effective compliance. . . ."



# Executive Summary

- NOPD continues to make significant progress in every area of the Consent Decree

- Multiple areas have achieved Full & Effective Compliance

- NOPD leadership deserves significant credit for bringing the Department this far
  - Their continued commitment will be critical to getting the Department to the finish line

- Some CD areas still require additional work
  - Some of these areas are significant
  - But progress continues to be made even in these areas

5

Agenda

- Introduction
- Consent Decree Overview
- Abbreviated Compliance Timeline
- Current Status Overview
- Summary Of Sections In Or Nearing Full And Effective Compliance
- Summary Of Sections Requiring Additional Attention
- Factors Contributing To Success
- Path Forward
- Conclusion

# NOPD Consent Decree



# Abbreviated Compliance Timeline



# Path To Reform



No Meaningful Progress

Inadequate Progress

Significant Progress

Nearing Full & Effective Compliance

Full & Effective Compliance

NOPD has made little if any progress in achieving the goals outlined in the Consent Decree.

NOPD had made some, but inadequate, progress in achieving the goals outlined in the Consent Decree.

NOPD has taken and continues to take necessary and appropriate steps toward achieving full and effective compliance, but has more work to do. A finding of "significant progress" is NOT a negative finding.

NOPD either (a) is nearing "Full & Effective Compliance" or (b) may have achieved such compliance, but DOJ and the OCDM have not yet verified.

NOPD has (a) incorporated the requirement into policy; (b) trained all relevant personnel to fulfill their responsibilities pursuant to the requirement; (c) ensured that the requirement is being carried out in practice; and (d) disciplined noncompliance.

# Path To Reform -- 2011

| No Meaningful Progress | Inadequate Progress | Significant Progress | Nearing Full & Effective Compliance | Full & Effective Compliance |
|---|---|---|---|---|

- Misconduct Investigations
- Use of Force
- Secondary Employment
- Custodial Interrogation
- Photographic line-Ups
- Officer Assistance & Support
- Transparency & Oversight
- Approved Policies
- Policing Free of Gender Bias – Sexual Assault
- Policing Free of Gender Bias – Domestic Violence
- Academy
- Crisis Intervention Team
- Bias Free Policing
- Stops, Searches, Arrests
- Performance Evals & Promotions
- Recruitment
- Supervision
- Community Engagement

# Path To Reform -- 2019

| No Meaningful Progress | Inadequate Progress | Significant Progress | Nearing Full & Effective Compliance | Full & Effective Compliance |
|---|---|---|---|---|
| N/A | N/A | • Supervision<br>• Performance Evals & Promotions<br>• Recruitment<br>• Community Engagement<br>• Stops, Searches, Arrests | • Academy<br>• Misconduct Investigations<br>• Bias Free Policing | • Use of Force<br>• Secondary Employment<br>• Custodial Interrogation<br>• Photographic line-Ups<br>• Officer Assistance & Support<br>• Transparency & Oversight<br>• Approved Policies<br>• Sexual Assault Investigations<br>• Domestic Violence Investigations<br>• Crisis Intervention Team |



# Section By Section Highlights

# Use Of Force

- "NOPD agrees to develop and implement force policies, training, and review mechanisms that ensure that force by NOPD officers is used in accordance with the rights secured or protected by the Constitution and laws of the United States, and that any unreasonable uses of force are identified and responded to appropriately. NOPD agrees to ensure that officers use non-force techniques to affect compliance with police orders whenever feasible; use force only when necessary, and in a manner that avoids unnecessary injury to officers and civilians; and de-escalate the use of force at the earliest possible moment. To achieve these outcomes, NOPD agrees to implement the requirements set out below."

# Use of Force

## NOPD Reform Highlights

- New policies / training
- Effective Use of Force Review Board (UFRB)
- Effective Force Investigation Team (FIT)

## OCDM Findings

- Increase in appropriate usage of Body-worn cameras during use of force incidents
- All use of force incidents reviewed by FIT
- Use of force violations handled appropriately

## Illustrative Data

- No 2017/2018 canine bites or off-lead deployments
- No unjustified 2017/2018 shootings of individuals
- UOF complaints significantly down

## Ongoing NOPD Commitments

- Continue robust UFRB
- Routine policy review/updates
- Continued coordination with Independent Police Monitor (IPM)

# NOPD Officer-Involved Shootings

| Year | Persons | Animals | Accidental | Total |
|------|---------|---------|------------|-------|
| **2012** | 9 | 9 | 2 | 20 |
| **2013** | 9 | 3 | 1 | 13 |
| **2014** | 8 | 2 | 1 | 11 |
| **2015** | 8 | 3 | 1 | 12 |
| **2016** | 3 | 2 | 2 | 7 |
| **2017** | 3 | 0 | 2 | 5 |
| **2018** | 0 | 1 | 3 | 4 |

Percentage of NOPD's Use of Force administrative investigations in which each NOPD finding is supported by the evidence



# Use of Force Review Board Highlights

- Board reviews all serious uses of force and other FIT investigations

- Serves as quality control mechanism to determine the appropriateness of the investigative findings and to evaluate incident from a tactical, training, policy, and agency-improvement perspective

- The UFRB process is in addition to any other review or investigation

- The Monitoring Team has observed most UFRB proceedings and has been impressed by the Board's candor, thoroughness, and effectiveness

- The Monitoring Team continues to audit to ensure NOPD follow-through on UFRB recommendations

17



Canine Bite Metrics

| Year | Deployments | Bites |
|------|-------------|-------|
| 2012 | 105 | 6 |
| 2013 | 124 | 7 |
| 2014 | 111 | 12 |
| 2015 | 129 | 10 |
| 2016 | 77 | 4 |
| 2017 | 60 | 0 |
| 2018 | 56 | 0 |

Vehicle Pursuit Statistics





# Property Damage Resulting from Vehicle Pursuits

|  | **2014** | **2015** | **2016** | 2017 | **2018** |
|---|---|---|---|---|---|
| Light | 11 | 5 | 1 | 2 | 0 |
| Moderate | 2 | 5 | 4 | 1 | 1 |
| Heavy | 1 | 2 | 1 | 0 | 1 |
| **Total** | **14** | **12** | **6** | **3** | **2** |

# Crisis Intervention Team (CIT)

- "NOPD agrees to minimize the necessity for the use of force against individuals in crisis due to mental illness or a diagnosed behavioral disorder. To achieve this outcome, NOPD agrees to implement the requirements set out below."

# Crisis Intervention Team (CIT)

## NOPD Reform Highlights

- Implemented Memphis CIT model
- Established effective CIT Committee
- Implemented effective training

## OCDM Findings

- CIT training is effective
- Officers are proud to wear CIT pin
- CIT officers are effective on scene

## Illustrative Data

- Patrol officers trained:  256
- CIT certified officers:  37%
- Most recent OCDM audit:  100%

## Ongoing NOPD Commitments

- Continue conducting internal audits
- Continue to update training with new best practices
- Strive to exceed 40% CIT trained

# Illustrative CIT Statistics





# Custodial Interrogations

- "NOPD agrees to ensure that officers conduct custodial interrogations in accordance with the subjects' rights secured or protected by the Constitution and laws of the United States, including the rights to counsel and against self-incrimination. NOPD agrees to ensure that custodial interrogations are conducted professionally and effectively, so as to elicit accurate and reliable information. To achieve these outcomes, NOPD agrees to implement the requirements set out below."

24

# Custodial Interrogations

## NOPD Reform Highlights

- Designated room with functioning audio/video
- Enhanced training
- Compliant facilities

## OCDM Findings

- Compliant policies
- Compliant training
- Compliant practices

## Illustrative Data

- Complaints since 2015:  2
- OCDM audit results: 100%
- Interrogations recorded & logged:  ALL

## Ongoing NOPD Commitments

- Maintain recording equipment
- Maintain log
- Conduct internal inspections

# 2014 NOPD Compliance Score for Custodial Interrogations Paragraphs

Key:
C = Compliant

P = Partial Compliance

N = Not Compliant

| Districts | 163 | 164 | 165 | 166 | 167 | 168 |
|-----------|-----|-----|-----|-----|-----|-----|
| District 1 | N | N | N | N | N | N |
| District 2 | N | N | N | N | N | N |
| District 3 | N | N | N | N | N | N |
| District 4 | N | N | N | N | N | N |
| District 5 | P | P | N | N | N | N |
| District 6 | N | N | N | N | N | N |
| District 7 | N | N | N | N | N | N |
| District 8 | P | P | P | N | P | N |
| Homicide | C | C | C | N | C | N |
| SVS | N | N | N | N | N | N |
| SOD | * | * | * | * | * | N |

# 2017/2018 NOPD Compliance Score for Custodial Interrogations Paragraphs

Key:
C = Compliant

P = Partial Compliance

N = Not Compliant

| Districts | 163 | 164 | 165 | 166 | 167 | 168 |
|-----------|-----|-----|-----|-----|-----|-----|
| District 1 | C | C | C | C | C | C |
| District 2 | C | C | C | C | C | C |
| District 3 | C | C | C | C | C | C |
| District 4 | C | C | C | C | C | C |
| District 5 | C | C | C | C | C | C |
| District 6 | C | C | C | C | C | C |
| District 7 | C | C | C | C | C | C |
| District 8 | C | C | C | C | C | C |
| Homicide | C | C | C | C | C | C |
| SVS | C | C | C | C | C | C |
| SOD | C | C | C | C | C | C |

# Photographic Line-Ups

- "NOPD agrees to ensure that photographic line-ups are conducted effectively and in accordance with the rights secured or protected by the Constitution and laws of the United States, so as to elicit accurate and reliable information. To achieve this outcome, NOPD agrees to implement the requirements set out below."

# Photographic Lineups

## NOPD Reform Highlights

- Double-blind lineups
- New process for filler photos
- Witness statements recorded

## OCDM Findings

- Compliant policies
- Compliant training
- Compliant practices

## Illustrative Data

- Tracking logs: 100%
- Lineups recorded: 100%
- Records maintained: 100%

## Ongoing NOPD Commitments

- Explore new documentation technologies
- Maintain all recording equipment
- Conduct regular internal inspections

# 2014 NOPD Compliance Score for Photographic Line-Ups Paragraphs

Key:
C = Compliant

P = Partial Compliance

N = Not Compliant

| Districts | 171 | 172 | 173 | 174 | 175 | 176 |
|---|---|---|---|---|---|---|
| District 1 | N | N | N | N | N | N |
| District 2 | N | P | N | N | N | N |
| District 3 | N | N | N | N | N | N |
| District 4 | N | N | N | N | N | N |
| District 5 | N | N | N | N | N | N |
| District 6 | N | N | N | N | N | N |
| District 7 | N | N | N | N | N | N |
| District 8 | P | C | C | N | P | N |
| Homicide | C | C | P | C | N | N |
| SVS | N | C | C | P | P | C |
| SOD | * | * | * | * | * | * |

30

# 2017/2018 NOPD Compliance Score for Photographic Line-Ups Paragraphs

**Key:**
C = Compliant

P = Partial Compliance

N = Not Compliant

| Districts | 171 | 172 | 173 | 174 | 175 | 176 |
|-----------|-----|-----|-----|-----|-----|-----|
| District 1 | C | C | C | C | C | C |
| District 2 | C | C | C | C | C | C |
| District 3 | C | C | C | C | C | C |
| District 4 | C | C | C | C | C | C |
| District 5 | C | C | C | C | C | C |
| District 6 | C | C | C | C | C | C |
| District 7 | C | C | C | C | C | C |
| District 8 | C | C | C | C | C | C |
| Homicide | C | C | C | C | C | C |
| SVS | C | C | C | C | C | C |
| SOD | C | C | C | C | C | C |

31

# Policing Free of Gender Bias

- "NOPD agrees to respond to and investigate reports of sexual assault and domestic violence professionally, effectively, and in a manner free of gender-based bias, in accordance with the rights secured or protected by the Constitution and laws of the United States. NOPD agrees to appropriately classify and investigate reports of sexual assault and domestic violence, collaborate closely with the DA and community partners, including the NOFJC, and apply a victim-centered approach at every stage of its response. To achieve these outcomes, NOPD agrees to implement the requirements set out below."

# Sexual Assault Response and Investigations

## NOPD Reform Highlights

- SVS housed in NOFJC
- Sexual Assault Response Team (SART) – successful multidisciplinary taskforce
- Dedicated NOPD leadership having a positive impact

## OCDM Findings

- Policies implement best practices
- Training is effective
- Remarkable post-2014 turnaround
- Case files in excellent order
- Few complaints

## Illustrative Data

- SVS Practices Audits:  Near 100%
- Case File Audits:  Near 100%
- NOFJC Case worker Feedback:  Extremely Positive
- Increased reporting indicates public trust, proper reporting, and more accurate clearances by officers

## Ongoing NOPD Commitments

- Regular internal audits
- Continued engagement with stakeholders
- Maintain sufficient number of investigators

Sexual Assault Reporting



# Domestic Violence Response and Investigations

## NOPD Reform Highlights

- Effective supervision
- Qualified / committed staff
- DV detectives co-located with NOFJC
- Work closely with D.A. office prosecutor

## OCDM Findings

- Policies incorporate national best practices
- Patrol response dramatically improved
- Training is effective
- Signal change and response times audits positive
- Dual arrest figures substantially lower

## Illustrative Data

- OCDM Detective Audits:  100%
- OCDM Patrol Audits: 95%-100%
- Reported DV calls up to expected levels – indicates trust, proper reporting, and clearances by officers

## Ongoing NOPD Commitments

- Continue updating policies
- Continue updating training
- Conduct regular internal audits



Domestic Violence Reporting



# Domestic Violence Code 1 Response Times



# Officer Assistance and Support

- "NOPD agrees to provide officers and employees ready access to the mental health and support resources necessary to facilitate effective and constitutional policing. To achieve this outcome, NOPD agrees to implement the requirements below."

# Officer Assistance & Support

## NOPD Reform Highlights

- Established Officer Assistance Program (OAP)
- Office staffed with licensed professionals
- Regular Academy training

## OCDM Findings

- User feedback highly positive
- Training effective
- Services need further expansion

## Illustrative Data

- Rewrote Standard Operating Procedures (SOP)
- OAP resources easily located on NOPD website
- OAP practices based on national best practice standards

## Ongoing NOPD Commitments

- Maintain positive relations with officers and their families
- Identify additional resources needed
- Analyze data to determine sufficiency of personnel

# Illustrative OAP Survey Results





# Secondary Employment System

- "The City shall completely restructure what is currently known as its Paid Detail system to ensure that officers' and other NOPD employees' off-duty secondary employment does not compromise or interfere with the integrity and effectiveness of NOPD employees' primary work as sworn police officers serving the entire New Orleans community. To achieve this outcome, the City shall develop and implement an off-duty secondary employment system that comports with applicable law and current professional standards, and which shall include the requirements set out below."

# Secondary Employment System

## NOPD Reform Highlights

- New policies / training
- Effective Office of Police Secondary Employment (OPSE)
- Successful transition to new leader, Fabian Barbarin

## OCDM Findings

- 100% compliant in almost all Secondary Employment CD paragraphs
- Accurate & complete data
- Violations handled appropriately
- Secondary employment system comports with applicable law and current professional standards

## Illustrative Data

- Yearly increases in officer participation, hours worked, customers served, and gross revenues
- OPSE now manages all secondary employment by NOPD officers

## Ongoing NOPD Commitments

- Continue robust OPSE
- Routine policy review/updates
- Maintain clear communication with NOPD officers

# OPSE Has Expanded Opportunities For Officers



# Secondary Employment Violations

| 2014 | 2015 | 2016 | 2017 | 2018 |
|------|------|------|------|------|
| 11 | 1 | 3 | 1 | 0 |

# Misconduct Complaint Intake, Investigation, and Adjudication

- "NOPD and the City agree to ensure that all allegations of officer misconduct are received and are fully and fairly investigated; that all investigative findings are supported using the preponderance of the evidence standard and documented in writing; and that all officers who commit misconduct are held accountable pursuant to a disciplinary system that is fair and consistent. To achieve these outcomes, NOPD and the City agree to implement the requirements set out below."

# Misconduct Complaint Intake, Investigation, and Adjudication

## NOPD Reform Highlights

- Misconduct routinely reported and discipline process is transparent
- Administrative Investigation timeframes comport with requirements
- Evidence is properly identified, collected, analyzed, and securely stored
- Investigative reports and documentation is securely stored

## OCDM Findings

- Auditable data are readily available
- Complaint intake, classification, assignment and tracking complies with requirements
- Reports of misconduct are handled appropriately
- Misconduct investigations are thorough and objective

## Illustrative Data

- Nearly 100% compliance demonstrated in multiple recent OCDM random sample audits
- Misconduct and UOF complaints are significantly down
- Placards describing the external complaint process are posted in every police district

## Ongoing NOPD Commitments

- Maintain thoroughness of investigations
- Training requirements identified and being addressed but not yet completed
- Complaint information needs broad distribution and continuous availability
- Continue publishing detailed Annual Reports

# Total NOPD Complaints

| Complaint Type | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Public Initiated | 669 (71%) | 654 (75%) | 549 (65%) | 591 (69.5%) | 470 (64%) |
| Rank Initiated | 279 (29%) | 215 (25%) | 301 (35%) | 259 (30.5%) | 264 (36%) |
| **TOTAL** | **948** | **869** | **850** | **850** | **734** |

# Academy and In-Service Training

- "NOPD is committed to ensuring that all officers and employees receive adequate training to understand the law and NOPD policy and how to police effectively. NOPD training shall reflect and instill agency expectations that officers police diligently, have an understanding of and commitment to the constitutional rights of the individuals they encounter, and employ strategies to build community partnerships to more effectively increase public trust and safety. To achieve these outcomes, NOPD agrees to implement the requirements set out below."

# Academy and In-Service Training

## NOPD Reform Highlights

- Updated all lesson plans
- Re-sequenced curriculum
- Created standards & policies
- Improved instructor training

## OCDM Findings

- Engagement of Academy Administrator (PhD)
- Effective FTO program
- Quality Master Training Plan

## Illustrative Data

- 51% increase in training hours
- Nearly 100% of officers have received required training
- 98.7% of courses have acceptable content

## Ongoing NOPD Commitments

- Continuous improvement of curriculum
- Continuous improvement of professional development program
- Implementation of new technology





# Calendar of Academy Re-Sequenced Curriculum

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|
| 7:45AM - 8:00AM ROLL CALL | 7:45AM - 8:00AM ROLL CALL | 7:45AM - 8:00AM ROLL CALL | 7:45AM - 8:00AM ROLL CALL | 7:45AM - 8:00AM ROLL CALL |
| 8:00AM - 9:00AM  Burglary Investigation  INV-29  POST #06-106-R  Instructor: | 8:00AM - 9:00AM  Crisis Intervention-Behavioral  SP-4  POST #09-106-R  Instructor: | 8:00AM - 9:00AM  Crisis Intervention-Techniques  SP-12  POST #09-106-R  Instructor: | 8:00AM -9:00AM  Verbal Communication-Tools  UF-30  #14-103-R  Instructor: | 8:00AM - 9:00AM  Test  T-8  INV-23:33; DV-2:5; LA-51:57; SP-4:17 |
| 9:00AM - 10:00AM  Burglary Investigation  INV-30  POST #06-106-R  Instructor: | 9:00AM - 10:00AM  Crisis Intervention-Behavioral  SP-5  POST #09-106-R  Instructor: | 9:00AM - 10:00AM  Crisis Intervention-Techniques  SP-13  POST #09-106-R  Instructor: | 9:00AM - 10:00AM  Verbal Communication-Tools  UF-31  #14-103-R  Instructor: | 9:00AM - 10:00AM  Test  T-8  INV-23:33; DV-2:5; LA-55:61 |
| 10:00AM - 11:00AM  Burglary Report Exercise  RW-45  03-118-R  Instructor: | 10:00AM - 11:00AM  Crisis Intervention-Behavioral  SP-6  POST #09-106-R  Instructor: | 10:00AM - 11:00AM  Crisis Intervention-Techniques  SP-14  POST #09-106-R  Instructor: | 10:00AM - 11:00AM  Verbal Communication-Tactical  UF-32  #14-103-R  Instructor: | 10:00AM - 11:00AM  Issuing Traffic Citations  PA-50  POST #08-120-R  Instructor: |
| 11:00AM - 12:00PM  Identity Theft Investigation  INV-31  POST #06-109-R  Instructor: | 11:00AM - 12:00PM  Crisis Intervention-Behavioral  SP-7  POST #09-106-R  Instructor: | 11:00AM - 12:00PM  Crisis Intervention-Procedures  SP-15  POST #09-106-R  Instructor: | 11:00AM - 12:00PM  Verbal Communication-Tactical  UF-33  #14-103-R  Instructor: | 11:00AM - 12:00PM  Issuing Traffic Citations  PA-51  POST #08-120-R  Instructor: |
| 12:00PM - 12:30PM  LUNCH | 12:00PM - 12:30PM  LUNCH | 12:00PM - 12:30PM  LUNCH | 12:00PM - 12:30PM  LUNCH | 12:00PM - 12:30PM  LUNCH |
| 12:30PM - 1:30PM  Identity Theft Investigation  INV-32  POST #06-109-R  Instructor: | 12:30PM - 1:30PM  Crisis Intervention-Disorders  SP-8  POST #09-106-R  Instructor: | 12:30PM - 1:30PM  Crisis Intervention-Procedures  SP-16  POST #09-106-R  Instructor: | 12:30PM - 1:30PM  Motor Vehicle Laws  TS-1  POST #07-104-R  Instructor: | 12:30PM - 1:30PM  Issuing Traffic Citations  PA-52  POST #08-120-R  Instructor: |
| 1:30PM - 2:30PM  Identity Theft Investigation  INV-33  POST #06-109-R  Instructor: | 1:30PM - 2:30PM  Crisis Intervention-Disorders  SP-9  POST #09-106-R  Instructor: | 1:30PM - 2:30PM  Crisis Intervention-Legal  SP-17  POST #09-106-R  Instructor: | 1:30PM - 2:30PM  Motor Vehicle Laws  TS-2  POST #07-104-R  Instructor: | 1:30PM - 2:30PM  Elements-Weapons Violations  LA-58  POST #09-106-R  Instructor: |
| 2:30PM - 3:15PM  Physical Fitness Training  PT-56  POST #12-101-R  Instructor: | 2:30PM - 3:15PM  Crisis Intervention-Disorders  SP-10  POST #09-106-R  Instructor: | 2:30PM - 3:15PM  Physical Fitness Training  PT-58  POST #12-101-R  Instructor: | 2:30PM - 3:15PM  Motor Vehicle Laws  TS-3  POST #07-104-R  Instructor: | 2:30PM - 3:15PM  Physical Fitness Training  PT-60  POST #12-101-R  Instructor: |
| 3:15PM - 3:45PM  Physical Fitness Training  PT-57  POST #12-101-R  Instructor: | 3:15PM - 3:45PM  Crisis Intervention-Techniques  SP-11  POST #09-106-R  Instructor: | 3:15PM - 3:45PM  Physical Fitness Training  PT-59  POST #12-101-R  Instructor: | 3:15PM - 3:45PM  Motor Vehicle Laws  TS-4  POST #07-104-R  Instructor: | 3:15PM - 3:45PM  Physical Fitness Training  PT-61  POST #12-101-R  Instructor: |
| HOMEWORK: BURGLARY REPORT | 3:45PM - 4:45PM STUDY HALL | | 3:45PM - 4:45PM STUDY HALL | |



# OCDM Academy Course Evaluations

- The Monitoring Team has observed most instructors and most courses
- Content now meets Consent Decree and legal requirements
  - OCDM found 98% of the courses reviewed had acceptable content
- Courses and lesson plans are well developed
- Instructors now teach courses competently
- Academy now has a more robust professional development program
- Still room for improvement in terms of
  - Incorporating "core concepts" into every class
  - Employing adult learning techniques in every class

# Areas of Significant Progress But Requiring Additional Effort

- Supervision

- Stops, Searches, Arrests

- Recruitment

- Performance Evaluations

- Community Engagement

# Observations About The "Blue Box" Items

- "Significant progress" is not a negative finding, but it is in important finding

- Several of these items go to the very heart of the Consent Decree

- Achieving "Full and Effective Compliance" in these areas will take continued commitment on the part of the NOPD and the Monitoring Team



# Areas Needing Additional Effort



**Supervision**

-Inconsistent review of force statements by supervisors

-Supervisors not consistently working same shifts as those they supervise

-Districts not consistently meeting patrol/supervisor ratio

-EWS still not used to full capacity

-Supervisors performing inadequate evaluations

-Rollcall training inconsistent

-Inconsistent quality of supervision



**Stop, Searches, Arrests**

-Inconsistent documentation of searches (boilerplate language and inaccuracies)

-Inconsistent supervisor reviews of search documentation

-Consent searches not consistently approved by supervisors

-Training in need of further improvement



**Recruitment**

-Still not attracting adequate quantity and quality of recruits

-Quality of vetting process inconsistent

-Insufficient communication with recruitment partners

-Insufficient internal communications

-Insufficient communications with applicants / recruits

-Insufficient analysis of trends/best practices

-Processes often inefficient



**Performance Evaluations / Promotions**

-Supervisors not consistently preparing meaningful evaluations

-Commanders not adequately supervising evaluation process

-Inconsistent attention to correcting deficiencies in evaluation process



**Community Engagement**

-Geographic Deployment Plan not implemented

-Community problem solving approach not fully implemented

-Community Policing Form and Scorecard not fully implemented

-Uneven quality of District meetings

-Room for improvement in using MAX meetings to implement community policing

# From Compliant To Professional

EPIC Peer Intervention Program

MAX Management Tool

Open Government Data Transparency

Critical Incident Video Release Policy

NOPD/Loyola Fellowship

NOPD/Innocence Project Partnership

"Academy 21~" Continuing Policing Education Program

Burden Reduction Working Group

Active Contributors To National Police Reform Conversation

# A Recipe For Success





**Contributors to Past Progress**

Highly credible and proven NOPD leadership team

Dedicated and energetic Compliance Bureau

Professionalization of Academy

Effective partnership among NOPD, DOJ, and OCDM

Vigilant Monitoring Team

Significant OCDM technical assistance

Close judicial oversight

**Keys To Continued Progress**

Empower NOPD leadership to continue reform path

Implement additional tools to *sustain* reforms

Continue to devote sufficient resources

Continue building community trust

Expand Compliance Bureau self-audit capacity

Continue effective partnership among NOPD, DOJ, and OCDM

Close judicial oversight

# Path Forward

Rely more heavily on internal NOPD audits in areas already in full and effective compliance

Finalize reviews/audits of areas nearing full and effective compliance

Continue robust audits and assessments of areas not yet in full and effective compliance

Continue reviewing ALL serious uses of force

Continue providing technical assistance where needed

Work with DOJ and NOPD to measure "outcome assessments"

# Conclusion



**1** While NOPD had a slow start, the Department has made remarkable progress in recent years.

**2** The NOPD leadership team deserves significant recognition for entering into an effective partnership with DOJ and the Monitoring Team.

**3** Our audits and reviews demonstrate the Consent Decree is achieving its purpose of "ensuring that police services are delivered to the people of New Orleans in a manner that complies with the Constitution and laws of the United States."

**4** The Department, to date, has taken reasonable steps toward achieving Full & Effective Compliance and is moving closer to the two year sustainment period.