**Community United for Change**
**1643 Gentilly Boulevard**
New Orleans, La. 70119
504-251-2201

The Honorable Susie Morgan
United States District Court, Eastern District of Louisiana
Room C322
500 Poydras Street
New Orleans, La. 70130
January 29, 2019

Judge Morgan:

In regards to the document filed in case 2:12-cv-01924-SM-JCW, Document 574-1, filed January 24, 2019, II. Notes, refers to the orders of the court found in the Consent Decree, Paragraph 455; and I. Consent Decree Authority, Consent Decree Paragraph 456.1, concerning the assessments and achievements and the requirements that appear to have contributes to the success, as well as the greatest concerns, including strategies for accelerating full and effective compliance…

All neatly couched in this report preparing for an exit to the Consent Decree brings severe concerns to the people of New Orleans and especially the victims of the corruption and unconstitutional treatment that preceded the need for a court ordered deterrent to the massive abuse of police powers in New Orleans.

Our major concern is found in the lack of community oversight and transparency. The federal monitor has not been forthright with the community of New Orleans, as their reports try to indicate. On page 2 of this 56-page fictional narrative, under what we did in 2018, second bullet point, "We spent significant time focusing on Community Engagement, including problem-oriented policing. As our organization found in the past, this monitoring contract, with limited, at best, number of people are used to satisfy their definition of significant time and involvement. Their attempts at being inclusive and transparent with people of New Orleans fall shallow and soundless. As usual, the victims of police brutality are not

**Community United for Change**
**1643 Gentilly Boulevard**
New Orleans, La. 70119
504-251-2201

Page 2

included in these number of citizens being included in the broadest sense of the term.

If the judge would consider the work that was done to get a Consent Decree to the table, the judge would find Community United for Change (CUC), partnered with the Justice Department (DOJ), upon arrival in New Orleans for the initial investigation. CUC's involvement yielded far more evidence to the corruption and unconstitutional behaviors of the New Orleans Police Department (NOPD), then a normal investigation would have uncovered. How do we know this? Because the initial time allotment for the DOJ investigation was only two weeks. Through our intuitive, CUC held five public hearings were victims of police brutality, police murder, were allowed to give testimony in a safe, non-threating environment. This and other CUC initiatives lent to the Peoples Consent Decree being developed, from which the DOJ found useful contrast that was eventually found in the Findings Letter, issued by the DOJ.

Since the exclusion of CUC from the oversight and transparency of the implementation of the Consent Decree, the monitors have been able to use paper reports to replace the actual use of boots on the ground work. The very point of the Consent Decree was to put boots on the ground to monitor the implementation of the Consent Decree. The federal government assured the people that inclusion and transparency would be vital element of the Consent Decree. The money the City of New Orleans has and continues to use to underwrite the Consent Decree is not reflective of what the contract stated was and is supposed to be employed.

In the early days of the monitoring team, they would issue reports similar to the current report. CUC would flush through the reports and find unreasonable errors and flaws in what actually happened as to what was reflected in the report. Today we are faced with the same scenario. Reports that reflect one thing with the reality

**Community United for Change**
**1643 Gentilly Boulevard**
New Orleans, La. 70119
504-251-2201

Page 3

pointing to another direction. Point in hand, under the 2019 Activities, forth bullet point, "Analyze and report results of 2018 biennial survey." These are supposed to be surveys that are past throughout the community of New Orleans, yet I have had trouble finding people in the depressed areas of New Orleans who have even heard of the survey, let alone taken a survey. How can these surveys be relied upon as indicators for positive change if they are not reaching the targeted population? In the early years the monitors were not reaching the targeted population and there were people on the ground that could attest to the oversight. Today the monitors represent facts not in evidence and only relying on self-generated data to concur their findings. The monitors are representing themselves as reaching the targeted population but the targeted population has very little idea what is happening with the Consent Decree, which was supposed to be a linchpin for them in the name of progress.

The monitor states in the cover letter to this report that they are thanking the people of New Orleans for the opportunity to service them. As it was in the beginning is now and ever shall be, world with end, are the words that signifies the beginning of this monitoring process and the current status of the monitoring progress. It can be summed up as; all smoke and mirrors. Without community oversight and community transparency, all we have are unsubstantiated reports that have been criticized by the community that was forced out of the process that the citizens initiated and paid for. These underwriters, are people who have paid for this process as a way of giving the constitution an opportunity to redeem itself. After years of being kept out of Constitution Protections, they now are being left out of the process that was supposed to make them whole again after police brutality and police murder. And now we are being told that the process is winding down without the benefactors having a say in the process. The City of New Orleans has paid for this process but the money the city uses to pay for this exercise comes from the tax payers. The same tax payers who received the brutal and corrupt police service that caused this court order to be necessary.

**Community United for Change**
**1643 Gentilly Boulevard**
**New Orleans, La. 70119**
**504-251-2201**

Page 4

CUC would ask the court not to accept this report until the community has a total transparent opportunity of examining the process and the results. Additionally, CUC asked this court to direct the monitors of this Consent Decree to appoint community people who have suffered from the unconstitutional behaviors of the NOPD to have an opportunity to convene an oversite commission to insure transparency and inclusiveness. The appointments by this monitor have not served the people of New Orleans, with special emphasis on victims of police brutality. The philosophy that others can determine better for the victims, then the victims can for themselves are myths that have been proven wrong time in memoriam. That is why it is necessary for this court to act in behalf of the victims of police brutality and police murder.

Sincerely;

W.C. Johnson
Chair
Community United for Change