**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**   **Defendant** | **SECTION "E"** |

### ORDER

**IT IS ORDERED** that the public hearing currently scheduled for **July 18, 2019 at 1:30 p.m.** is **CONVERTED** to a status conference. Parties are to observe the updated schedule as follows.

## 2019 Meeting Schedule

| DATE | TIME | MEETING TYPE |
|---|---|---|
| January 25, 2019 | 9:00 | Public Hearing at Loyola Law School re Consent Decree Progress Report |
| Week of February 18, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of March 18, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of April 22, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| April 25, 2019 | 1:30 | First Bi-Monthly Meeting |
| Week of May 13, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of June 17 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| June 18, 2019 | 1:30 | Bi-Monthly Meeting |
| June 20-21, 2019 | | EPIC Conference at Loyola Law School |

| | | |
|---|---|---|
| Week of July 15, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| **July 18, 2019** | **1:30** | **Bi-Monthly Meeting** |
| Week of August 12, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| August 15, 2019 | 1:30 | Bi-Monthly Meeting |
| Week of September 16, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| Week of October 14, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| October 15, 2019 | 1:30 | Bi-Monthly Meeting |
| Week of Nov. 19, 2019 | Varies | Individual meetings with the Court and the Monitor in Chambers |
| November 21, 2019 | 1:30 | Public Hearing – *Subject Matter to be Determined* |
| December 19, 2019 | 1:30 | Bi-Monthly Meeting |

**New Orleans, Louisiana, this 14th day of June, 2019.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**