

**Special Report of the Consent Decree Monitor**
**For the New Orleans Police Department Consent Decree**
**Reporting the Results of the Third Biennial Community Survey**
**Released November 11, 2019**

**Office of the Consent Decree Monitor**
**New Orleans, Louisiana**
Sheppard Mullin Richter & Hampton, LLP
Appointed By Order Of The U.S. District Court For The Eastern District Of Louisiana



## I.      Consent Decree Authority

"Within 180 days of the Effective Date, and every two years thereafter, NOPD and the City agree to conduct a reliable, comprehensive, and representative survey of members of the New Orleans community regarding their experiences with and perceptions of NOPD and of public safety.  To conduct the biennial community survey, the Monitor shall retain an individual or entity, to be approved by DOJ . . . .  NOPD and the City agree to cooperate with the design and conduct of the survey by, for example, helping to organize focus groups of officers and obtaining and providing previous survey instruments and data.  The report of the baseline survey and subsequent biennial surveys shall be publicly distributed and available."

**Consent Decree Paragraphs 230-233**



## II.    Notes

"The Monitor shall be subject to the supervision and orders of the [United States District Court for the Eastern District of Louisiana], consistent with [the Consent Decree].  The Monitoring Team shall only have the duties, responsibilities, and authority conferred by [the Consent Decree].  The Monitoring Team shall not, and is not intended to, replace or assume the role and duties of the City and NOPD, including the Superintendent."

**Consent Decree Paragraph 455**



## III.   Table of Contents

I.   Consent Decree Authority ................................................................................ 2

II.  Notes ............................................................................................................... 3

III. Table of Contents .......................................................................................... 4

IV. Glossary of Acronyms .................................................................................. 7

V.  Executive Summary ...................................................................................... 9

   A.  Purpose of the Biennial Surveys ............................................................... 9

   B.  2018 Biennial Survey Highlights ............................................................ 10

VI. 2014-2018 Survey Comparisons ................................................................ 13

   A.  COMMUNITY SURVEY (2014-2018) .................................................. 13

      1.   Comparisons by Race .......................................................................... 20

      2.   NOPD District Comparisons ................................................................ 25

   B.  POLICE OFFICER SURVEY (2014-2018) ........................................... 31

      1.   Police Work and Your Working Environment ..................................... 33

      2.   Managers and Supervisors .................................................................. 35

      3.   Personnel and Management Systems ................................................... 38

      4.   Community Police and Police/Community Relations ........................... 40

      5.   Expectations about the Police Role ..................................................... 42

      6.   The Police Department and the Public ................................................ 43

   C.  DETAINEE SURVEY (2014-2018) ....................................................... 44

      1.   Attitudes and Perceptions Regarding the NOPD ................................ 46

      2.   Perceptions of NOPD Treatment of Minorities ................................... 48

      3.   Perceptions of Arrest and Use of Force .............................................. 49

      4.   Future Behavior .................................................................................. 51

VII. 2018 Survey Findings ................................................................................. 52

   A.  COMMUNITY SURVEY (2018) ........................................................... 52

      1.   Community Survey Methodology ......................................................... 53



2.   Demographic Characteristics ................................................................ 54

3.   Most Recent Interaction with NOPD ..................................................... 55

4.   Community Satisfaction with the NOPD ................................................ 57

5.   Community Perceptions of Change in the NOPD ................................... 59

6.   Community Perceptions of NOPD Procedural Justice and Trustworthiness ........ 61

7.   Willingness to Cooperate with the NOPD ............................................. 63

8.   Citizens' Perceptions of NOPD Treatment of Minorities ....................... 64

9.   Citizens' Views of the NOPD and Immigration ...................................... 66

B.   OFFICER SURVEY (2018) .............................................................................. 67

1.   Officer Survey Methodology ................................................................. 68

2.   Demographic Characteristics ................................................................ 68

3.   Your Working Environment ................................................................... 69

4.   Managers and Supervisors .................................................................... 71

5.   Personnel and Management Systems ..................................................... 73

6.   Community Policing and Police/Community Relations ........................... 75

7.   Expectations about the Police Role ....................................................... 78

8.   The Police Department and the Public ................................................... 80

9.   The Police Department and Ethical Policing Is Courageous (EPIC) Peer
Intervention Program ............................................................................ 82

C.   DETAINEE SURVEY (2018) ............................................................................ 84

1.   Detainee Survey Methodology .............................................................. 85

2.   Demographic Characteristics ................................................................ 86

3.   General Attitudes Toward NOPD Officers ............................................. 87

4.   General Attitudes Toward the NOPD ..................................................... 90

5.   Perceptions of NOPD Treatment of Minorities ..................................... 95

6.   Perceptions of Arrest ............................................................................ 96

7.   Future Behavior .................................................................................... 98

VIII.   Appendixes ......................................................................................................... 100

A.   Appendix A:  Police Officer Survey Distribution and Graphs .......................... 100



B.   Appendix B:  Detainee Survey Graphs ...................................................................... 103

C.   Appendix C:  Detainee Survey References ................................................................ 107

D.   Appendix D: Community Survey Neighborhoods .................................................... 108

E.   Appendix E: Comparison of City and Survey Demographics ................................. 109



## IV.    Glossary of Acronyms

| | |
|---|---|
| "ASU" | Administrative Services Unit |
| "AUSA" | Assistant United States Attorney |
| "AVL" | Automatic Vehicle Locator |
| "BWC" | Body Worn Cameras |
| "CIT" | Crisis Intervention Team |
| "CCMS" | Criminal Case Management System |
| "CD" | Consent Decree |
| "CIT" | Crisis Intervention Team |
| "CODIS" | Combined DNA Index System |
| "ComStat" | Computer Statistics |
| "COCO" | Community Coordinating [sergeants] |
| "CPI" | California Psychological Inventory |
| "CSC" | Civil Service Commission |
| "CUC" | Citizens United for Change |
| "DA" | District Attorney |
| "DI-1" | Disciplinary Investigation Form |
| "DOJ" | Department of Justice |
| "DV" | Domestic Violence |
| "DVU" | Domestic Violence Unit |
| "ECW" | Electronic Control Weapon |
| "EPIC" | Ethical Policing is Courageous (NOPD peer intervention program) |
| "EWS" | Early Warning System |
| "FBI" | Federal Bureau of Investigation |
| "FIT" | Force Investigation Team |
| "FOB" | Field Operations Bureau |
| "FTO" | Field Training Officer |
| "IACP" | International Association of Chiefs of Police |
| "ICO" | Integrity Control Officers |
| "IPM" | Independent Police Monitor |
| "KSA" | Knowledge, Skill and Ability |
| "LEP" | Limited English Proficiency |
| "LGBTQ" | Lesbian, Gay, Bisexual, Transgender and Queer |
| "MMPT" | Minnesota Multiphasic Personality Inventory |
| "MOU" | Memorandum of Understanding |
| "NNDDA" | National Narcotics Detection Dog Association |
| "NOFJC" | New Orleans Family Justice Center |
| "NOPD" | New Orleans Police Department |
| "NPCA" | National Police Canine Association |
| "OCDM" | Office of Consent Decree Monitor |
| "OIG" | Office of Inspector General |
| "OPSO" | Orleans Parish Sheriff's Office |



| | |
|---|---|
| "PIB" | Public Integrity Bureau |
| "POST" | Police Officer Standards Training Counsel |
| "PsyQ" | Psychological History Questionnaire |
| "QOL" | Quality of Life [officers] |
| "RFP" | Request for Proposal |
| "SA" | Sexual Assault |
| "SART" | Sexual Assault Response Team |
| "SOD" | Special Operations Division |
| "SRC" | Survey Research Center |
| "SUNO" | Southern University of New Orleans |
| "SVS" | Special Victims Section |
| "UNO" | University of New Orleans |
| "USAO" | United States Attorney's Office for the Eastern District of New Orleans |
| "VAW" | Violence Against Women |



## V.      Executive Summary

Paragraph 230 of the Consent Decree requires the completion of a biennial survey of members of the New Orleans community "regarding their experiences with and perceptions of the New Orleans Police Department ("NOPD" or "Department") and of public safety."  This is the Office of Consent Decree Monitoring Team's ("OCDM" or "Monitoring Team") third survey pursuant to Paragraph 230.  This 2018 survey, like the 2014 and the 2016 surveys, includes feedback from three groups: NOPD police officers, community members, and detainees.  As in years past, the Monitoring Team worked closely with the City, NOPD, and the United States Department of Justice ("DOJ") to develop the survey tool used to solicit responses from each group.  The Monitoring Team, however, administered the actual community and detainee surveys independently.[1]

### A.      Purpose of the Biennial Surveys

Although we have honed the survey instrument over time, methodological changes have been rare.  The cross-sectional study design addresses a representative population of the community, officers, and detainees.  Ongoing survey results track experiences and perceptions of NOPD and public safety in New Orleans.  The purpose of the biennial surveys is to measure public perception of the NOPD's reform efforts.  To ensure broad representation, the surveys encompass a representative sample of NOPD police personnel, the local public, and detainees within the Orleans Parish Prison ("OPP") system.  (CD 231)  The sampling approach provided a statistically sound method of making inferences about the wider New Orleans population with regard to Consent Decree reform and the NOPD generally.[2]

---

[1]     The NOPD assisted with the administration of the police officer survey by distributing and collecting the surveys.  As with the community and detainee surveys, however, the Monitoring Team prepared the survey, approved the method of administration, and analyzed the results.

[2]     The primary benefits of this cross-sectional study approach include (1) the breadth of spatial and demographic coverage is more likely than other approaches to obtain data based on a relatively representative sample; (2) the research produces data based on real-world observations (empirical data); and (3) the survey research considers diverse, relevant populations including community members from over 25 local neighborhoods, NOPD officers and personnel of all rank, and those actively detained after interacting with NOPD, producing a large amount of data.



The Monitoring Team developed and conducted its initial baseline survey in 2014, and completed its first follow-up survey in 2016.  Our 2014 and 2016 survey findings were reported publicly, and remain available electronically at www.consentdecreemonitor.com. The findings outlined in this report flow from surveys completed in late 2018 and data analysis in 2019.

### B.    2018 Biennial Survey Highlights

The Monitoring Team's most recent survey reflects a continued positive trend in community, officer, and detainee perceptions of the Department.  For example:

In the area of community perception, compared to 2014:

- Respondents' perceptions of their recent contact with the NOPD improved from 2014 to 2018 across several items including: officers explaining the reasons for a stop (from 2.63 in 2014 to 2.77 in 2018); officers giving subjects the opportunity to explain themselves (from 2.52 in 2014 to 2.77 in 2018); officers doing their job (from 2.55 in 2014 to 2.86  in 2018); as well as general satisfaction with treatment by police officers (from 2.54 in 2014 to 2.62 in 2018), and overall experiences with their police interactions (from 2.52 in 2014 to 2.58 in 2018[3]).

- Perceptions of corruption within the NOPD have continued to move in a positive direction (i.e., lower perception of corruption) since 2014. Specifically, the mean 2014 score of 2.22 improved to 2.35 in 2016 and improved again to 2.53 in 2018.  This 0.31 point improvement is sizable.

- Respondents' views of whether the scandals associated with the NOPD in the past reflect the current ethos of NOPD continued to improve steadily over the years, from a 2.43 in 2014 to a 2.58 in 2016 to a 2.69 in 2018, reflecting a sizable overall 0.26 improvement.

- Respondents' attitudes about NOPD's commitment to procedural justice[4] and its trustworthiness improved from 2014 to 2016, and remained close to the

---

[3]    The 2016 data saw a dip downward in the mean score of this item to 2.38.

[4]    "Procedural justice" is a term often used to capture multiple elements relating to fairness in the policing process.



same level through 2018. White respondents' perceptions of procedural justice and trustworthiness slightly improved each period. Black respondents' perceptions of procedural justice and trustworthiness went up from 2014 to 2016, and remained steady through 2018.

In the area of police officer perception, compared to 2014:

- Perceptions of the NOPD working environment were relatively troubling to some officers in 2014. Those perceptions improved in 2016 and remained close to the same level through 2018.

- Officers' perceptions of NOPD command staff improved from 2014 through 2018. More officers agreed that community members, fellow officers, and supervisors treat them with respect. Further, officer views of whether their commanders are open to new ideas and new ways of thinking continued to improve (with an average score of 2.87 in 2014 improving to 3.12 in 2016 and to 3.22 in 2018.) The overall improvement of 0.35 is sizable.

- From 2014 through 2018, officers' perceptions of investigations conducted by the Public Integrity Bureau (NOPD's internal affairs unit, "PIB") consistently improved. Among other things, the survey has shown a steady decline in the number of officers who fear they will be punished for making an honest mistake (from an average score of 3.2 in 2014 to 3.18 in 2016 to 3.08 in 2018).

In the area of detainee perception, compared to 2014:

- Respondents' perceptions of the NOPD improved from 2014 through 2018.

- One of the largest changes was seen for the item asking if the officer informed the community member of his or her rights. In 2014, only one-third of detainees said this was true. In 2016, that number jumped to approximately 60%, and to nearly 80% in 2018.

In short, the 2014, 2016, and 2018 biennial surveys collectively demonstrate that officers, detainees, and the community continue to perceive NOPD as moving in the right direction. The Consent Decree was crafted by the NOPD, the City, and the DOJ to transform the NOPD and to secure the benefits of a constitutional police department for all. These protections include clear policies that give officers meaningful guidance; officers who have respect for



all members of the community; robust training that incorporates procedural justice and constitutional standards; thorough and competent investigations into police use of force and allegations of misconduct; and strong partnerships with the community.  The results of the most recent biennial survey indicate the goals of the Consent Decree are being realized.

Not only are we seeing ongoing progress in areas of prior improvement, but we also are noting improvement in areas where prior respondents perceived problems.  In fact, the survey's findings across many areas reflect respondents' perceptions of the Department that either remain stable or continue to improve.  The survey revealed no areas of material backsliding.  Survey items regarding the trustworthiness of NOPD officers continue to reflect improvement.  Similarly, the public's perception of whether NOPD officers follow departmental procedures continues to reflect improvement as well.   Items regarding satisfaction with officers' behavior, being treated with dignity, and politeness show improvement from 2014 to 2016, and have remained stable from 2016 to 2018.  While perceptions often varied by race, the gap between white and black community members' responses has narrowed with each survey period.

With respect to NOPD officers themselves, our prior surveys indicated many officers perceived unfairness to them in the citizen complaint and internal complaint process.  That negative perception persisted, but did not worsen, from 2016 to 2018.

Detainees' perception findings continue to indicate stable levels of satisfaction after direct interactions with NOPD.  Respondents noted NOPD officers treated them with dignity, with slight increases in perceptions of respect and politeness over time.  Detainees are more likely to report a perception that NOPD engages in racial profiling, and to distrust officers, relative to respondents from the officer or community survey samples.

Finally, it is important to keep in mind when reading the survey results that the survey is designed to reveal the *perceptions* of officers, community members, and detainees.  Negative perceptions identified in these findings may reflect a genuine problem or merely a perceived (but not actual) problem.  Over time, however, these biennial NOPD survey results continue to reflect the rich roadmap of collaborative reform efforts undertaken by NOPD, City leaders, the Monitoring Team, DOJ, and the local community.  Across diverse respondents, many trends highlighted by ongoing survey data show ongoing improvements.  Importantly, even areas noted for additional improvement are not eroding, but rather are remaining consistent (or better) over time through the most recent survey period.



## VI.    2014-2018 Survey Comparisons

### A.    COMMUNITY SURVEY (2014-2018)

The Monitoring Team has conducted three biennial surveys of New Orleans community members to evaluate relationships between the Department and the community it serves. The surveys, conducted in 2014, 2016, and 2018, reflect how community perceptions of NOPD have changed in the years since the NOPD entered into the Consent Decree.  The demographics of all three samples are presented in Table 1.[5]  Reported demographics of respondents were reasonably consistent, and many trends can be observed over time.

- First, the sampled respondents have become increasingly older with the proportion of respondents between 25 and 34 decreasing from 24.2% to 13.8%, and respondents who are younger than 24 dropping from 5.1% to 2.0%.

- Second, African-Americans are strongly represented, going from approximately 50.5% to 59.9% of the sample.  Additionally, more respondents in 2018 reported that they were married, indicated they were born in New Orleans, and indicated they owned their home (as opposed to renting).

- Finally, the proportion of individuals in the sample who had interacted with NOPD officers recently decreased from 58.7% in 2014 to 34.8% in 2018.

These trends can be seen in Table 1 below:

**Table 1. Demographics**

|  | % in 2014 | % in 2016 | % in 2018 |
|---|---|---|---|
| Gender |  |  |  |
|    Male | 49.2 | 50.3 | 53.5 |
|    Female | 48.1 | 48.7 | 46.1 |
| Age |  |  |  |
|    Younger than 24 | 5.1 | 5.4 | 2.0 |
|    25-34 | 24.2 | 19.3 | 13.8 |

---

[5]    For 2018, OCDM contacted 1,717 community members, receiving 636 valid responses for a response rate of 37.0%.  In 2016, 2,444 were contacted with 869 community members completing the survey (response rate of ∼35.6%).



**Table 1. Demographics**

|  | % in 2014 | % in 2016 | % in 2018 |
|---|---|---|---|
| 35-44 | 20.4 | 18.5 | 25.9 |
| 45-54 | 18.6 | 14.5 | 22.8 |
| 55-64 | 15.7 | 17.5 | 19.2 |
| Greater than 65 | 12.9 | 17.6 | 15.6 |
| Race/Ethnicity |  |  |  |
| Black | 50.5 | 54.8 | 59.9 |
| White | 37.9 | 35.6 | 34.4 |
| Asian | 1.3 | 0.6 | 1.3 |
| Hispanic | 2.6 | 1.0 | 0.8 |
| Other | 3.6 | 5.2 | 2.8 |
| Education |  |  |  |
| Less than High School | 10.9 | 6.1 | 9.5 |
| High School | 46.8 | 45.0 | 44.2 |
| College Degree | 25.3 | 34.2 | 31.5 |
| Graduate/Professional Degree | 12.8 | 10.8 | 13.5 |
| Marital Status |  |  |  |
| Single | 40.4 | 40.4 | 36.6 |
| Married | 33.5 | 38.8 | 48.1 |
| Divorced | 11.7 | 7.2 | 7.1 |
| Widowed | 5.8 | 5.8 | 3.1 |
| Partnered | 4.9 | 3.3 | 4.1 |
| Born in New Orleans |  |  |  |
| Yes | 62.8 | 70.2 | 81.6 |
| No | 33.2 | 29.8 | 18.2 |
| Own Home |  |  |  |
| Own | 47.4 | 61.7 | 69.5 |
| Rent | 44.3 | 35.6 | 29.7 |
| Reported Contact with Police |  |  |  |
| Any Interaction | 58.7 | 41.4 | 34.8 |
| Interaction: Stopped | 38.4 | 13.9 | 20.8 |

*Note:* Percentages may not sum to 100.

As discussed in greater detail below, overall, respondents' perceptions of recent contact with the NOPD improved from 2014 to 2016.  This improvement held steady through 2018.  Respondents' levels of satisfaction of being stopped or questioned by NOPD officers were stable from 2014 to 2016, but improved in 2018.  Respondents' perceptions of corruption in the NOPD improved across all three surveys.  Respondents' perceptions of NOPD's procedural justice and trustworthiness improved from 2014 to 2016.  As with the perceptions of recent contact, this improvement was sustained in 2018.  Interestingly, the scale or degree of improvement varied if the individual was recently stopped or questioned



by the NOPD.  While the positive trend was true for the "no contact" and "positive contact" survey groups, the "negative contact" group presented a different trend:  a considerable increase in perceptions of procedural justice and trustworthiness of NOPD officers from 2016 to 2018.[6]

The trend in respondents' willingness to cooperate with the NOPD also varied by the type of contact they had with the NOPD.  The group of individuals with no recent contact with the NOPD had increased willingness to cooperate across all three surveys.  The group of individuals with positive recent contact with the NOPD increased from 2014 to 2016 and then remained stable in 2018.  The group of individuals with negative recent contact with the NOPD had consistently low willingness to cooperate with the NOPD.

Generally, white respondents had more positive views of the NOPD along these dimensions than black respondents, but the trends in these perceptions varied.  Summary results are reported primarily for the two primary racial groups represented demographically (white and black); however, response are collected for all racial/ethnic groups.  Black respondents' perceptions of recent contact with the NOPD improved consistently across all three surveys.  White respondents' perceptions of recent contact with the NOPD improved from 2014 to 2016, but not from 2016 to 2018.  Black respondents' perceptions of being stopped or questioned by the NOPD progressed across all three surveys, but white respondents' perceptions remained consistent.  White respondents' perceptions of procedural justice and trustworthiness slightly improved across all three surveys.  Black respondents' perceptions of procedural justice and trustworthiness progressed from 2014 to 2016, and remained steady from 2016 to 2018. Similarly, white respondents' willingness

---

[6]     Respondents reported whether they have interacted with an NOPD officer. Responses were organized by whether a respondent had no contact, a positive contact, or a negative contact with NOPD.  The labels "positive" and "negative" are rough approximations.  The "positive contact" category indicates the respondent they had an interaction with the NOPD in the past two years, but was not stopped or questioned by the NOPD.  The "negative contact" category indicates the respondent had an interaction with the NOPD in the past two years, and also indicates he/she was stopped or questioned by the NOPD. The reason for contact or the quality of the interaction may be relevant since it may be expected that contacts would be more positive if the individual called the police for help or had a casual conversation (the positive contact category), than if he or she was stopped or questioned (the negative contact category).



to cooperate with the NOPD improved slightly across all three surveys.  Black respondents' willingness to cooperate progressed from 2014 to 2016, and remained stable from 2016 to 2018.

Table 2 displays the subset of questions asked of individuals who had been stopped or questioned (as opposed to contact as a victim, witness, or just in passing).  Participants indicated beliefs about/attitudes toward NOPD officers on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree).  Table 2 presents the mean for selected item, which indicates an overall estimate of the level of agreement with the statement.  Scores in the table (and the other tables presented in this report) represent means for all respondents in that survey year.  Thus, higher scores indicate greater agreement and lower scores indicate less agreement. The findings shown in Table 2 are encouraging.  In 2016, respondents indicated a greater level of agreement to items asking if the police officer explained the reason being stopped or questioned, if the officer gave a chance to explain the situation, and whether the officer did his or her job.  The findings showed greater agreement across each of the five items over time.

**Table 2. Citizens' satisfaction with NOPD**

|  | 2014 Mean[1] | 2016 Mean | 2018 Mean |
|---|---|---|---|
| If I was stopped or questioned, the police officer explained the reasons why. | 2.63 | 2.65 | 2.77 |
| When dealing with me, the police officer gave me a chance to explain the situation. | 2.52 | 2.61 | 2.77 |
| Overall, the police officer did his or her job. | 2.55 | 2.71 | 2.86 |
| I was satisfied with how I was treated by the police officer. | 2.54 | 2.44 | 2.62 |
| I was satisfied with my experience with the police. | 2.52 | 2.38 | 2.58 |

[1]   2014 means should be interpreted with caution. Survey administration did not prohibit individuals from responding to the items if they were not stopped in 2014, but did in 2016 and 2018.

After the series of questions regarding recent experiences with the NOPD, respondents were asked for their general perceptions of the NOPD across a number of dimensions (Table 3). Responses to these items ranged from 1 (Strongly Disagree) to 4 (Strongly Agree). Respondents' belief, that corruption in the NOPD is low, improved consistently from 2014 to 2018, as did the belief that the scandals associated with NOPD are in the past and do not reflect current practices.  Notably, respondents' belief that there is more police presence in the French Quarter than other areas of New Orleans also increased from 2014 to 2018.  Community members' satisfaction with the way NOPD officers do their jobs



(across several items) improved from 2014 to 2016 and remained about the same through 2018.

**Table 3. Citizens' satisfaction with NOPD**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| Corruption in the New Orleans Police Department is low. | 2.22 | 2.35 | 2.53 |
| There is more police presence in the French Quarter than in other areas of New Orleans. | 3.17 | 3.41 | 3.51 |
| I feel the scandals associated with the New Orleans Police Department in the past do not reflect the current practices of the NOPD. | 2.43 | 2.58 | 2.69 |
| I am satisfied with the way NOPD officers do their jobs. | 2.29 | 2.50 | 2.55 |
| When called, NOPD officers respond in a timely manner. | 2.02 | 2.06 | 2.10 |
| Overall, the New Orleans Police Department has little impact on crime. | 2.63 | 2.68 | 2.60 |

The President's Task Force on 21st Century Policing (2015) recommended that police departments utilize procedural justice to improve relationships between the police and the public. Table 4 presents 10 items regarding these perceptions. *There was an improvement in* community members' agreement that NOPD officers are not racist, that officers treat victims of crime well, trust in the NOPD, and respect of the NOPD, however, from 2016 to 2018 the expectation that officers will treat the respondent fairly saw a slightly negative shift from 2016 to 2018.

**Table 4. Citizens' perceptions of NOPD procedural justice and trustworthiness**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| Police officers in New Orleans are honest. | 2.47 | 2.60 | 2.61 |
| Compared to other places, NOPD officers have more integrity. | 2.21 | 2.52 | 2.54 |
| Police officers in New Orleans are fair. | 2.41 | 2.64 | 2.62 |
| Police officers in New Orleans are professional. | 2.42 | 2.70 | 2.67 |
| Police officers in New Orleans are not racist or biased against minorities. | 2.29 | 2.35 | 2.43 |
| I expect the New Orleans police officers will treat me fairly. | 2.50 | 2.97 | 2.89 |
| New Orleans police officers treat victims of crime well. | 2.34 | 2.54 | 2.61 |
| I trust the NOPD. | 2.38 | 2.48 | 2.57 |
| I respect the NOPD. | 2.71 | 2.83 | 3.00 |
| I have confidence in the New Orleans Police Department. | 2.35 | 2.57 | 2.58 |



**Figure 3. Citizens' Perceptions of procedural justice**



The items in Table 4 were used to construct a scale of citizens' perceptions of procedural justice and trustworthiness of the NOPD.  This scale is depicted in Figure 3 above, which shows citizens' perceptions of procedural justice from 2014 through 2018 relative to whether they reported no contact, positive contact, or negative contact with NOPD.  For respondents with negative contact with the NOPD, perceptions of the NOPD improved from 2014 to 2016, and improved again more substantially from 2016 to 2018.  Comparatively, for respondents with no contact or positive contact with the NOPD, the perceptions improved substantially from 2014 to 2016, and remained stable from 2016 to 2018.

The final comparison across all three surveys contained three items asking community members about their willingness to cooperate with the NOPD (Table 5).  The first item asked respondents about their willingness to report dangerous or suspicious activity to the NOPD.  The mean scores for this item show an increase from 2014 to 2016 and then a slight decrease in 2018.  Still, responses were around the 3.0 score indicating overall agreement with the statement in all three surveys.  The next item asked respondents whether they would call the NOPD if they witnessed or became aware of a crime.  Once again, a considerable increase was seen from 2014 to 2016.  From 2016 to 2018, responses remained stable at around 3.0, indicating respondents' agreement that they would call the NOPD upon witnessing or becoming aware of a crime.  Finally, the last item asked respondents if they would help the NOPD find someone if they were asked.  As with the last item, responses improved from 2014 to 2016 and remained stable in 2018.



**Table 5. Citizens' willingness to cooperate with the NOPD**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| I would report a dangerous or suspicious activity to the NOPD. | 2.94 | 3.06 | 3.00 |
| I would call the NOPD if I witnessed or became aware of a crime.[1] | 2.80 | 3.00 | 3.01 |
| If asked, I would help the NOPD find someone suspected of committing a crime. | 2.58 | 2.78 | 2.82 |

[1]Item was worded in the opposite direction in 2014. The mean has been adjusted to be consistent with the scale in 2016 and 2018.

The items in Table 5 were converted into an overall scale measuring willingness to cooperate with NOPD (Displayed in Table 6 and Figure 4). Individuals with no contact with NOPD reported increased willingness to cooperate with the NOPD from 2014 to 2016 and further improved willingness from 2016 to 2018. The negative contact group had similar means across all three surveys. The positive contact group had the highest level of agreement and thus the most willingness to cooperate with the NOPD.

**Table 6. Summary of citizens' willingness to cooperate**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| Full Sample | 2.76 | 2.94 | 2.94 |
| No Contact | 2.73 | 2.88 | 2.96 |
| Positive Contact | 2.94 | 3.17 | 3.14 |
| Negative Contact | 2.70 | 2.73 | 2.77 |



**Figure 4. Citizens' willingness to cooperate with the NOPD**



### 1.    Comparisons by Race

Since respondents conclude the survey by documenting demographic information, survey items can be examined by race or other reported characteristics.  This section considers potential differences in perceptions of NOPD by racial group by comparing the average mean from white respondents to the average mean reported from black respondents on numerous survey items.  The comparisons in this section examine differences between black and white respondents.  Table 7 compares the differences between the categories to determine whether the difference between racial groups were smaller or larger in each of the biennial surveys.  Black and white respondents are the groups compared because, together, they make up slightly over 90% of the sample in all three biennial surveys.  Table 7 begins these comparisons by returning to the items asked about recent contact with the NOPD.  The findings of Table 7 show a definitive trend.  The gap between black and white respondents remained at about 0.40 across each of the items between the 2014 and 2016 biennial surveys.  However, in 2018, this gap was much smaller at around 0.20, meaning that respondents' perceptions by race are showing less of a difference and trending toward alignment in their views of the NOPD.

**Table 7. Differences in perceptions of most recent contact by race ("Mean" value is the reported gap between black and white respondents)**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| When interacting with the police officer, I felt he/she was trustworthy. | 0.31 | 0.51 | 0.11 |
| I believe the police officer was following New Orleans Police Department procedures. | 0.47 | 0.37 | 0.24 |



**Table 7. Differences in perceptions of most recent contact by race ("Mean" value is the reported gap between black and white respondents)**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| I was satisfied with how the police officer behaved. | 0.43 | 0.38 | 0.27 |
| The police officer treated me with dignity. | 0.45 | 0.42 | 0.12 |
| The police officer treated me with respect. | 0.35 | 0.38 | 0.17 |
| The police officer was polite when dealing with me. | 0.40 | 0.34 | 0.15 |
| Summary | 0.40 | 0.40 | 0.18 |

Figure 5 provides some context for why this difference has narrowed. Specifically, from 2014 to 2016, both black and white respondents' perceptions of recent contact with the NOPD improved. Further this increase was similar across both groups. In 2018, black respondents' perceptions of recent contact with the NOPD progressed again, while white respondents' perceptions declined. Still, white respondents had more positive perceptions of their recent contact with the NOPD in each of the surveys.

**Figure 5. Citizens' perceptions of recent contact by race**



Unlike the findings of Table 7, these items showed a consistently decreasing disparity between black and white respondents who were recently stopped or questioned by the NOPD. For example, the first item asking whether the police officer explained the reasons why the respondent was stopped or questioned had a difference of 0.31 in 2014, which dropped to 0.20 in 2016, and finally 0.04 in 2018. A similar positive perception trend was seen for items asking whether the police officer did his or her job, whether the respondent was satisfied with how he/she was treated by the police officer, and whether the individual was satisfied with his/her experience with NOPD.



**Table 8. Differences in perceptions of being stopped or questioned by race ("Mean" value is the reported gap between black and white respondents)**

|  | 2014 Mean[1] | 2016 Mean | 2018 Mean |
|---|---|---|---|
| If I was stopped or questioned, the police officer explained the reasons why. | 0.31 | 0.20 | 0.04 |
| When dealing with me, the police officer gave me a chance to explain the situation. | 0.28 | 0.24 | 0.04 |
| Overall, the police officer did his or her job. | 0.51 | 0.13 | 0.11 |
| I was satisfied with how I was treated by the police officer. | 0.43 | 0.27 | 0.17 |
| I was satisfied with my experience with the police. | 0.41 | 0.36 | 0.28 |
| Summary | 0.38 | 0.25 | 0.13 |

[1]2014 means should be interpreted with caution. Survey administration did not prohibit individuals from responding to the items if they were not stopped in 2014, but did in 2016 and 2018.

**Figure 6. Perceptions of being stopped or questioned by race**



Figure 6 again shows the mean plotted across racial groups for all three surveys. On the one hand, white respondents' perceptions of being stopped or questioned stayed around 2.8 (relatively positive perceptions of the incident) across all three surveys. On the other hand, black respondents' perceptions of being stopped or questioned improved substantially across the three surveys.

Table 9 presents the differences in perceptions of procedural justice and trust in the NOPD across racial groups. Items regarding NOPD officers' honesty, fairness, and professionalism saw the gap in racial differences continue to align from 2014 to 2016, with no change from



2016 to 2018.  Other items showed increasing differences (e.g., NOPD officers have more integrity than other officers and NOPD officers are not racist); others showed no continuous trend.

**Table 9. Differences in procedural justice and trust in the NOPD by race ("Mean" value is the reported gap between black and white respondents)**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| Police officers in New Orleans are honest. | 0.49 | 0.31 | 0.27 |
| Compared to other places, NOPD officers have more integrity. | 0.06 | 0.09 | 0.18 |
| Police officers in New Orleans are fair. | 0.36 | 0.27 | 0.25 |
| Police officers in New Orleans are professional. | 0.37 | 0.27 | 0.27 |
| Police officers in New Orleans are not racist or biased against minorities. | 0.09 | 0.02 | 0.21 |
| I expect the New Orleans police officers will treat me fairly. | 0.57 | 0.15 | 0.27 |
| New Orleans police officers treat victims of crime well. | 0.25 | 0.06 | 0.35 |
| I trust the NOPD. | 0.51 | 0.40 | 0.43 |
| I respect the NOPD. | 0.23 | 0.18 | 0.20 |
| I have confidence in the New Orleans Police Department. | 0.42 | 0.24 | 0.32 |
| Summary | 0.33 | 0.21 | 0.27 |

In Figure 7, white respondents' perceptions of procedural justice and trust trended upward across the three surveys.  Black respondents' perceptions of procedural justice and trust increased from 2014 to 2016 and remained stable from 2016 to 2018, but the mean was lower for black respondents on each of the three surveys.  While white respondents' scores were consistently above the midpoint, representing positive perceptions of the NOPD, black respondents' scores were below the midpoint and moved to neutral over time.



**Figure 7. Citizens' perceptions of procedural justice and trust by race**



Considering the item "Police officers in New Orleans are not racist or biased against minorities" is particularly interesting for racial comparisons. Both white and black respondents indicated overall disagreement with the statement in 2014 (black: $M = 2.23$, white: $M = 2.32$). Both groups' perceptions improved, but were overall still negative, in 2016 (black: $M = 2.35$, white: $M = 2.37$). In 2018, white respondents' mean response indicated a relatively more neutral perception of racism or bias ($M = 2.56$) than black respondents ($M = 2.35$) overall (on a scale of Strongly Disagree (1), Disagree (2), Agree (3), or Strongly Agree (4)).

Table 10 examined differences in willingness to cooperate by racial group, showing changes in the gap between black and white respondents over time.

**Table 10. Differences in willingness to cooperate by race ("Mean" value is the reported gap between black and white respondents)**

|  | 2014 Mean | 2016 Mean | 2018 Mean |
|---|---|---|---|
| I would report a dangerous or suspicious activity to the NOPD. | 0.49 | 0.26 | 0.32 |
| I would call the NOPD if I witnessed or became aware of a crime.[1] | 0.48 | 0.32 | 0.43 |
| If asked, I would help the NOPD find someone suspected of committing a crime. | 0.53 | 0.54 | 0.55 |
| Summary | 0.51 | 0.38 | 0.41 |

[1]Item was worded in the opposite direction in 2014. The mean has been adjusted to be consistent with the scale in 2016 and 2018.



Figure 8 shows white respondents' perceptions were more positive than black respondents' perceptions.  White respondents' willingness to cooperate slightly increased from 2014 to 2016 and from 2016 to 2018.  Black respondents' willingness to cooperate increased substantially from 2014 to 2016, and remained constant from 2016 to 2018.

**Figure 8. Citizens' willingness to cooperate by race**

**Citizens' Willingness to Cooperate by Race**

## 2.    NOPD District Comparisons

Beginning with the 2016 survey, respondents' neighborhoods were recorded.  The 2016 report aggregated neighborhoods at the NOPD-district level.  To aggregate at the district level, NOPD crime analysts assisted in allocating neighborhoods to the appropriate police district.    Many neighborhoods were exclusively located within one district.    Other neighborhoods were split between two districts.  In these cases, analysts with knowledge of NOPD districts and New Orleans' neighborhoods assigned the neighborhood to the most appropriate district.   Appendix A lists each neighborhood and the district that it was assigned.  Table 11 breaks down the sample by police district and year.

The first set of analyses examining survey responses by police district uses the first six items on the survey that assessed perceptions of recent contact with the NOPD. The surveys administered in 2016 and 2018 allowed for comparisons of community relations across police districts. The values in Table 12 show how responses in each district improved or worsened from 2016 to 2018.  Positive values indicate the average response improved from 2016 to 2018; negative values indicate the converse.   There were noticeable differences across districts.    Specifically, Districts 1, 2, 6, and 8 saw improvements in perceptions of recent contact with an officer.   The overall summary



results compiled for items shown in Table 12 below illustrate steadily improving perceptions of recent contact for most districts, including Districts 1, 2, 3, 6, 7, and 8. Figure 9 illustrates residents' perception of recent contact, by district.  All means were above the midpoint in 2018.  Improvements in positive perceptions of the police can be noticed continually across most districts, with the exception of the 5th and 4th District (both still remain at or above the midpoint however). The population estimated from the 1st District's geographic boundary had a smaller sample size, as well as 8th District, due to limited access to residential units within areas of the French Quarter and multiunit property.

**Table 11. NOPD district sample sizes**

|  | *2016* | | | *2018* | | |
|---|---|---|---|---|---|---|
|  | Full Sample | Recent Contact | Recent Stop | Full Sample | Recent Contact | Recent Stop |
|  | *N* | *N* (%) | *N* (%) | *N* | *N* (%) | *N* (%) |
| 1 | 22 | 6 (27.27) | 1 (4.55) | 46 | 19 (41.30) | 10 (21.74) |
| 2 | 93 | 32 (34.41) | 14 (15.05) | 37 | 9 (24.32) | 3 (8.11) |
| 3 | 161 | 72 (44.72) | 15 (9.32) | 155 | 49 (31.61) | 28 (18.06) |
| 4 | 188 | 78 (41.49) | 37 (19.68) | 137 | 59 (43.07) | 38 (27.74) |
| 5 | 136 | 64 (47.06) | 21 (15.44) | 68 | 20 (29.41) | 15 (22.06) |
| 6 | 93 | 40 (43.01) | 9 (9.68) | 59 | 13 (22.03) | 4 (6.78) |
| 7 | 113 | 37 (32.74) | 18 (15.93) | 107 | 42 (39.25) | 28 (26.17) |
| 8 | 48 | 28 (58.33) | 3 (6.25) | 19 | 6 (31.58) | 3 (15.79) |

**Table 12. Changes in perceptions of most recent contact by district**

|  | *District* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| When interacting with the police officer, I felt he/she was trustworthy. | 0.51 | 0.22 | -0.01 | -0.04 | -0.10 | 0.26 | 0.32 | 0.26 |
| I believe the police officer was following New Orleans Police Department procedures. | 0.56 | -0.02 | 0.15 | 0.07 | -0.25 | 0.28 | 0.08 | 0.33 |
| I was satisfied with how the police officer behaved. | 0.36 | 0.23 | 0.09 | -0.11 | -0.22 | 0.15 | 0.16 | 0.26 |
| The police officer treated me with dignity. | 0.25 | 0.23 | 0.04 | -0.08 | -0.21 | 0.28 | 0.04 | 0.29 |
| The police officer treated me with respect. | 0.20 | 0.12 | 0.02 | -0.11 | -0.27 | 0.23 | 0.00 | 0.26 |



**Table 12. Changes in perceptions of most recent contact by district**

| | District | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| The police officer was polite when dealing with me. | 0.46 | 0.36 | 0.05 | -0.08 | -0.38 | 0.26 | 0.03 | 0.40 |
| Summary | 0.39 | 0.19 | 0.06 | -0.06 | -0.24 | 0.24 | 0.11 | 0.29 |

**Figure 9. Citizens' perceptions of recent contact by district**



Table 13 returns to the issue of procedural justice and trustworthiness and utilizes the full sample, rather than individuals that had recent contact with the NOPD. The summary finding of the items presented in Table 13 display positive changes in perceptions within District 1, 2, 3 (to a smaller degree), 6 and 8. Finally, Districts 4, 5, and 7 saw slight shifts in perceptions of NOPD procedural justice and trustworthiness.

**Table 13. Changes in trust in the NOPD by district**

| | District | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Police officers in New Orleans are honest. | 0.10 | 0.23 | 0.06 | -0.09 | 0.01 | 0.07 | -0.07 | 0.17 |
| Compared to other places, NOPD officers have more integrity. | 0.17 | 0.18 | 0.04 | -0.05 | -0.08 | 0.18 | 0.01 | 0.02 |



**Table 13. Changes in trust in the NOPD by district**

| | *District* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Police officers in New Orleans are fair. | 0.34 | 0.16 | -0.06 | -0.07 | -0.06 | 0.13 | 0.03 | 0.18 |
| Police officers in New Orleans are professional. | 0.18 | 0.13 | -0.13 | -0.05 | -0.06 | 0.16 | -0.09 | 0.15 |
| Police officers in New Orleans are not racist or biased against minorities. | 0.32 | 0.24 | 0.19 | 0.01 | 0.03 | 0.13 | -0.09 | -0.15 |
| I expect the New Orleans police officers will treat me fairly. | -0.11 | 0.14 | 0.00 | -0.18 | -0.27 | 0.11 | -0.15 | 0.14 |
| New Orleans police officers treat victims of crime well. | 0.51 | 0.34 | 0.11 | -0.03 | 0.02 | 0.17 | -0.10 | 0.09 |
| I trust the NOPD. | 0.49 | 0.32 | 0.11 | 0.07 | -0.07 | 0.16 | -0.10 | 0.02 |
| I respect the NOPD. | 0.08 | 0.27 | 0.16 | -0.02 | 0.22 | 0.34 | 0.13 | 0.48 |
| I have confidence in the New Orleans Police Department. | 0.32 | 0.20 | 0.09 | -0.15 | -0.15 | 0.25 | -0.08 | -0.11 |
| Summary | 0.21 | 0.22 | 0.05 | -0.06 | -0.05 | 0.16 | -0.07 | 0.09 |

**Figure 10. Citizens' perceptions of trust in the NOPD by district**





Table 14 presents changes in respondents' willingness to cooperate, by police district.  The summary finding from all items related to changes in willingness to cooperate noted in Table 14 continue to move in a positive direction across Districts 2, 3, 7, and especially 8.

**Table 14. Changes in willingness to cooperate by district**

| | District | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| I would report a dangerous or suspicious activity to the NOPD. | -0.03 | -0.01 | -0.01 | -0.17 | -0.16 | -0.05 | -0.04 | 0.32 |
| I would call the NOPD if I witnessed or became aware of a crime.[1] | -0.03 | 0.19 | 0.07 | -0.13 | -0.20 | -0.04 | 0.09 | 0.37 |
| If asked, I would help the NOPD find someone suspected of committing a crime. | 0.08 | 0.29 | 0.03 | -0.08 | 0.00 | -0.14 | 0.13 | 0.25 |
| Summary | -0.03 | 0.16 | 0.03 | -0.11 | -0.11 | -0.08 | 0.08 | 0.31 |

**Figure 11. Citizens' willingness to cooperate by district**





### Neighborhood Assignment

| Neighborhood | NOPD District |
| --- | --- |
| Algiers Point | 4 |
| Audubon | 2 |
| Behrman | 4 |
| Bywater | 5 |
| City Park | 3 |
| East Riverside | 6 |
| Filmore | 3 |
| Florida | 5 |
| French Quarter | 8 |
| Gentilly Woods | 3 |
| Lake Terrace & Oaks | 3 |
| Leonidas | 2 |
| Little Woods | 7 |
| Lower 9th Ward | 5 |
| Lower Garden District | 6 |
| Marigny | 8 |
| Marlyville/Fontainebleau | 2 |
| McDonogh | 4 |
| MidCity | 1 |
| Milan | 6 |
| Milneburg | 3 |
| Old Aurora | 4 |
| Plum Orchard | 7 |
| Seventh Ward | 5 |
| St. Claude | 5 |
| St. Roch | 5 |
| Tall Timbers/Brechtel | 4 |
| U.S. Naval Support Area | 4 |
| West End | 3 |



### B.    POLICE OFFICER SURVEY (2014-2018)

The Monitoring Team's biennial survey encompasses police officers as well as civilians. The 2014 and 2016 survey results have been reported in earlier OCDM reports and are available on the OCDM website.  These surveys track changes of NOPD officer perceptions and attitudes over time.  Across a variety of measures, officer perceptions and attitudes moved in a positive direction from 2014 to 2016 and remained stable from 2016 to 2018. This is a very positive finding for police reform efforts as it demonstrates that the changes implemented as a result of the Consent Decree have both improved officer perceptions of NOPD and the police role, and have been sustained over the long term.

The average age and years of experience continued a downward trend in 2018.  The percentage of officers who indicated they were female or African-American in 2018 fell. However, the largest difference was seen in the percentage of respondents indicating whether or not they reside in the City of New Orleans.  In 2018, more officers indicated they were not from New Orleans than in previous surveys.  The overall size of the officer population has not shifted dramatically during the surveying period.



Table 1. Demographic comparisons[7]

|  | 2014 (%) | 2016 (%) | 2018 (%) |
|---|---|---|---|
| Gender |  |  |  |
| Male | 66.4 | 53.0 | 54.7 |
| Female | 12.0 | 20.6 | 13.4 |
| Race |  |  |  |
| White | 26.7 | 23.5 | 24.4 |
| Black | 33.2 | 35.6 | 27.6 |
| Latino/Hispanic | 0.9 | 2.1 | 4.2 |
| Other | 6.0 | 7.5 | 4.5 |
| New Orleans Resident |  |  |  |
| Yes | 51.9 | 50.5 | 37.3 |
| No | 32.3 | 32.7 | 42.0 |

---

[7]     In 2018, NOPD reported to OCDM the following demographic snapshot:
        Male (77%)
        Female (23%)
        White (40%)
        Black (54%)
        Latino/Hispanic (4%)
        Other (2%)
        New Orleans Resident Yes (51%)
        New Orleans Resident No (49%)
        PO/SPO Non Detective (68%)
        Detective PO/SPO (9%)
        Sergeant (17%)
        Lieutenant/Captain/Major (5%)
        Commander+ (2%)
        Mean Age (41)
        Mean Years of Experience (14)



**Table 1. Demographic comparisons[7]**

|  | 2014 (%) | 2016 (%) | 2018 (%) |
|---|---|---|---|
| Rank |  |  |  |
| Police Officer | 44.1 | 49.8 | 50.3 |
| Detective | 12.5 | 10.0 | 10.7 |
| Sergeant | 13.1 | 15.7 | 11.0 |
| Lieutenant/Captain | 6.2 | 5.0 | 2.0 |
| Commander/Other | 3.1 | 0.4 | 0.3 |
| Age (Mean) | 43.6 | 41.2 | 39.6 |
| Years of Experience (Mean) | 16.3 | 12.8 | 11.4 |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing.

## 1.    Police Work and Your Working Environment

The first substantive section of the survey examined the NOPD's working environment (see Table 2). As noted in the 2016 comparison report, sizable differences in responses were seen between 2014 and 2016. However, from 2016 to 2018 very few differences were seen.

**Table 2. Avg. Responses to Section I: Police Work and Your Working Environment**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 1. Citizens in my district treat me with respect. | 2.75 | 3.06 | 2.97 |
| 2. In my District, my fellow officers treat me with respect. | 3.36 | 3.45 | 3.50 |
| 3. In my District, my supervisors treat me with respect. | 3.24 | 3.43 | 3.41 |
| 4. My district/division provides a quality work environment. | 2.50 | 3.08 | 3.13 |
| 5. I receive training from NOPD that helps me do my job effectively. | 2.49 | 3.03 | 3.01 |



**Table 2. Avg. Responses to Section I: Police Work and Your Working Environment**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 6. I receive equipment from NOPD that helps me do my job effectively. | 1.87 | 2.46 | 2.54 |
| 8. Overall, within the NOPD, how would you describe the quality of relationships among differing racial and ethnic groups? | 2.84 | 3.13 | 3.11 |

The first section of the police officer survey asked respondents for their perceptions of their working environment. Items were asked on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree) with the exception of item 8, which was on a scale from 1 (Very Bad) to 4 (Very Good). All seven items were coded such that higher values represented a better working environment. Table 2 presents the average ("M") response to the items. The average response provides a more concise method of comparison given differences in sample sizes from 2014 to 2016. Remarkably, each item had a higher average response in 2018 than in 2014. While perceptions of the NOPD working environment were troubling in 2014, with a mean score around the midpoint on the scale, data reflect a positive trend with a mean score above the "agree" statement—a positive outlook on the working environment. Thus, respondents continue to report better perceptions of their NOPD working environment over time.

The 2018 survey also provides us the first opportunity to look at changes in why individuals join the NOPD, as the question was first asked on the officer survey in 2016 (see Table 3) and not in 2014. Interestingly, no response option received more support in 2016 than in 2018. However, there was variation in how much support progressed for each response. Roughly the same proportion of officers indicated they joined the NOPD to help the community become a safer place, to fight crime, for the job security, to help people, to work details, and because it is a family tradition. This finding suggests officers held more positive perceptions of the NOPD working environment in 2018.



**Table 3. Reasons for Joining the NOPD**

| I joined the NOPD because: | 2016 (%) | 2018 (%) |
|---|---|---|
| It is a good paying job. | 14.2 | 31.3 |
| It is exciting. | 28.5 | 39.1 |
| I want to help the community become a safer place. | 68.0 | 69.4 |
| I want to fight crime. | 48.8 | 50.0 |
| It provides valuable career opportunities. | 30.3 | 40.6 |
| It provides job security. | 33.8 | 39.6 |
| I want to help people. | 66.9 | 69.4 |
| I want to work details. | 6.8 | 9.2 |
| It is a tradition in my family. | 8.9 | 8.5 |

### 2.    Managers and Supervisors

The second section of the survey asked officers for their perceptions of NOPD managers and supervisors.  Substantial differences existed between 2014 and 2016, with scores shifting from around the mid-point on a four-point scale—neutral perceptions of managers and supervisors—to scores well above the "Agree" response—positive perceptions of managers and supervisors.  The data from 2018 are best summarized as stable.  Each item had scores similar to the 2016 average, and above the "Agree" response category (a score of 3.0).

**Table 4. Avg. Responses to Section II: Managers and Supervisors**

| | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 9. Officers in my district treat other officers of differing genders the same. | 2.79 | 3.24 | 3.21 |



**Table 4. Avg. Responses to Section II: Managers and Supervisors**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 10. Supervisors in my district treat officers of differing genders the same. | 2.62 | 3.20 | 3.16 |
| 11. Within NOPD, officers treat other officers of differing race/ethnicity the same. | 2.79 | 3.10 | 3.08 |
| 12. Within NOPD, supervisors treat officers of differing race/ethnicity the same. | 2.68 | 3.17 | 3.08 |
| 13. Officers in my district treat officers of differing sexual orientations the same. | 2.87 | 3.22 | 3.25 |
| 14. Supervisors in my district treat officers of differing sexual orientations the same. | 2.85 | 3.24 | 3.27 |
| 15. My immediate supervisor gives me regular feedback on the quality of my work. | 2.97 | 3.30 | 3.23 |
| 16. I consistently work with the same supervisor. | 3.24 | 3.25 | 3.30 |
| 17. My district/division commander is open to new ideas and ways of thinking. | 2.87 | 3.12 | 3.22 |
| 18. My district/division commander is trying to improve NOPD relations with the community. | 2.91 | 3.33 | 3.37 |
| 19. My district/division commander is a good leader. | 3.04 | 3.32 | 3.35 |
| 20. The current Superintendent of Police is leading us in the right direction.[8] | 1.73 | 3.22 | 3.10 |

---

[8]    Michael Harrison was the Superintendent of Police at the time of all three biennial surveys.  Shaun Ferguson was sworn in as the City's new police superintendent on Friday, January 18, 2019.



In 2016, the items in Table 4 were summarized in two scales—one representing perceptions of equality within the NOPD (items 9 through 14) and one representing perceptions of NOPD command staff (items 17 through 19).  Changes in these scale scores over time are depicted in Figures 2 and 3.  Figure 2 shows substantially more positive perceptions of equality within the NOPD from 2014 to 2016 and sustained positive perceptions from 2016 to 2018.

**Figure 2. Changes in Perceptions of Equality within NOPD**



**Figure 3. Changes in Perceptions of NOPD Command Staff**





Significant positive changes in the perceptions of NOPD command staff were seen from 2014 to 2016, showing consistent improvement into 2018.

### 3.      Personnel and Management Systems

The third section of the survey asks NOPD officers for their perceptions of personnel and management systems (see Table 5).  This portion of the survey traditionally has seen the most negative perceptions, with officers not having positive perceptions of complaint investigations or investigations conducted by PIB (NOPD's internal affairs unit).  Still, when examining change over time these items also saw substantial improvement from 2014 to 2016.  With the addition of the 2018 data, we see that this change has been sustained. There are a number of items not related to NOPD's actions related to complaints and evaluations, but to attitudes toward complaints more generally that were stable from 2014 to 2016 (e.g., "Most civilian complaints against officers are frivolous." and "My career has been affected negatively by civilian complaints."). These items remained stable from 2016 to 2018.

**Table 5. Avg. Responses to Section III: Personnel and Management Systems**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 22. The performance evaluation system is fair. | 2.25 | 2.71 | 2.71 |
| 23. The investigation of civilian complaints is fair. | 1.85 | 2.13 | 2.18 |
| 24. The investigations that are conducted by NOPD's Public Integrity Bureau (PIB) are fair. | 1.86 | 2.31 | 2.22 |
| 25. If disciplined, my commander would discipline me in a way that is fair. | 2.88 | 3.15 | 3.21 |
| 26. As an officer, I understand what types of behavior will result in disciplinary action. | 3.06 | 3.32 | 3.33 |
| 27. I am afraid I will be punished for making an honest mistake. | 3.20 | 3.18 | 3.08 |
| 28. Most civilian complaints against officers are frivolous. | 3.12 | 3.17 | 3.12 |



**Table 5. Avg. Responses to Section III: Personnel and Management Systems**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 29. My career has been affected negatively by civilian complaints. | 2.19 | 2.18 | 2.12 |
| 30. The civilian complaint system makes the NOPD more accountable to the public. | 2.41 | 2.47 | 2.48 |

Once again, based on the comparisons conducted in 2016, scale scores examining two factors—fairness of NOPD discipline[9] and cynicism regarding citizen complaints[10]—were generated using the new data. Changes in the scale score over time are shown in Figures 4 and 5. Figure 4 shows a familiar pattern of a substantial improvement in perceptions from 2014 to 2016 and sustained positive perceptions from 2016 to 2018.

**Figure 4. Changes in Perceptions of NOPD Discipline**



Cynicism toward citizen complaints did not see a change from 2014 to 2016. However, from 2016 to 2018, there was a noticeable downward trend and reduction of cynicism

---

[9]      α=0.75.
[10]     α not estimated because there were too few items.



towards citizen complaints suggesting officer perceptions of citizen complaints improved from 2016 to 2018.

**＿ Figure 5. Cynicism towards Citizen Complaints ＿**

**Cynicism toward Citizen Complaints**

### 4.      Community Police and Police/Community Relations

The fourth section of the survey asked officers about their perceptions of community policing and police-community relations in New Orleans. The pattern of improvement and stability is once again demonstrated across the items in Table 6 with one exceedingly positive and stable exception. The exception is found in item 33: "My interaction with civilians influence the way the community perceives NOPD." This item is consistently above the response of "Agree" (3.0) for all three years of the survey.

**Table 6. Avg. Responses to Section IV: Community Policing and Community Relations**

|  | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 31. Community residents respect police officers in my district. | 2.61 | 2.87 | 2.85 |
| 33. My interactions with civilians influence the way the community perceives NOPD. | 3.38 | 3.34 | 3.40 |
| 35. Youth programs improve relations between the NOPD and the community where I work. | 2.61 | 3.06 | 2.93 |
| 36. Youth programs help reduce crime. | 2.77 | 3.06 | 2.96 |



**Table 6. Avg. Responses to Section IV: Community Policing and Community Relations**

| | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 42. NOPD brings offenders to justice while respecting their rights and complying with the law. | 3.07 | 3.29 | 3.30 |
| 45. Residents in my district trust the NOPD. | 2.45 | 2.80 | 2.81 |
| 46. If I lived in my district I would be satisfied with the police services that are provided there. | 2.17 | 2.70 | 2.72 |
| 39. The officers in my district/division treat individuals the same regardless of racial, ethnic, gender, sexual, or other affiliation. | 3.12 | 3.37 | 3.40 |
| 37. Overall, the NOPD provides services that are [Good][11]: | 2.20 | 3.11 | 3.12 |
| 43. Overall, within the New Orleans community, how would you describe the quality of relationships among differing racial and ethnic groups? | 2.66 | 2.95 | 3.05 |

The changes in the scale score of changes in perceptions of community policing over time are depicted in Figure 6 and show the familiar pattern of substantial improvement and then stability.

---

[11]     The responses for this question were not the standard "Strongly Disagree" to "Strongly Agree."  Instead, the scale included "Very Bad" to "Very Good."



**Figure 6. Changes in Perceptions of Community Policing**



### 5.      Expectations about the Police Role

The fifth section of the officer survey asked the officer to indicate how important a number of different duties were to the officer.  In 2014, these items were asked on a scale from 1 (Not Important At All) to 5 (Very Important), while in 2016 and 2018 these items were asked on a scale from 1 (Not Important) to 4 (Very Important). To compare the average responses (Table 7), scores from the 2014 survey were converted to a 4-point scale. Table 7 presents officer's responses regarding expectations of work activities.  In 2018, officers considered testifying in court, working with the community to make neighborhoods safer, completing criminal offense reports, and working with juveniles were slightly less important than in previous periods.  However, making arrests and issuing traffic tickets were slightly more important.

**Table 7. Average Responses to Section V: Expectations about the Police Role**

| *How important is each activity to you?* | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 47. Testifying in court | NA | 3.61 | 3.48 |
| 48. Handling drunk driving offenders | 3.56 | 3.49 | 3.42 |
| 49. Obtaining statements from witnesses | 3.74 | 3.65 | 3.66 |
| 50. Making arrests | 3.28 | 3.28 | 3.37 |
| 51. Dealing with domestic disputes | 3.43 | 3.37 | 3.33 |
| 52. Working with the community to make neighborhoods safer | 3.66 | 3.69 | 3.59 |



**Table 7. Average Responses to Section V: Expectations about the Police Role**

| *How important is each activity to you?* | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 53. Responding to calls for service | 3.66 | 3.62 | 3.59 |
| 54. Talking to civilians to help identify problems | 3.70 | 3.59 | 3.52 |
| 55. Dealing with street crime | 3.71 | 3.62 | 3.60 |
| 56. Completing criminal offense reports | 3.58 | 3.62 | 3.59 |
| 57. Conducting foot patrol | 2.84 | 2.82 | 2.84 |
| 58. Providing crime prevention education to the public | 3.34 | 3.34 | 3.30 |
| 59. Working with juveniles | 3.40 | 3.33 | 3.20 |
| 60. Conducting drug raids | 3.33 | 3.07 | 3.06 |
| 61. Maintaining crowd control | 3.42 | 3.32 | 3.34 |
| 62. Stopping and searching suspects | 3.20 | 3.12 | 3.15 |
| 63. The legality/constitutionality of stops and searches | 3.69 | 3.65 | 3.66 |
| 64. Patrolling the streets | 3.66 | 3.64 | 3.61 |
| 65. General patrol duties | 3.58 | 3.60 | 3.56 |
| 66. General traffic duties | 3.14 | 3.32 | 3.30 |
| 67. Controlling traffic | 3.08 | 3.15 | 3.17 |
| 68. Issuing traffic tickets | 2.78 | 2.79 | 2.87 |
| 69. Handling neighborhood disputes | 3.33 | 3.27 | 3.21 |
| 70. Controlling crowds at public events | 3.49 | 3.46 | 3.46 |
| 71. Dealing with noisy parties | 2.67 | 2.44 | 2.47 |

## 6.      The Police Department and the Public

The final section of the report, reflected in Table 8, examines officer's perceptions of NOPD advancement opportunities and perceptions of politicians and the media.  Officers remained stable in their views of NOPD promotional opportunities with only slight improvements to perceptions of being given a second chance after a mistake and the relationship between hard work and promotions.  However, somewhat larger changes were seen in perceptions of politicians and the media.  Officers were less likely to believe they could do a better job if politicians did not interfere and more likely to believe that the news media treated officers fairly; both points indicated a positive outlook.



#### Table 8. Average Responses to Section VI: The Police Department and the Public

|  | 2016 Average[12] | 2018 Average |
|---|---|---|
| 83. Officers rarely get rewarded for doing a good job. | 3.17 | 3.17 |
| 84. Landing a good NOPD assignment is based on who you know. | 3.05 | 3.09 |
| 85. If you make a mistake, NOPD will give you a second chance. | 2.39 | 2.53 |
| 86. Hard work can result in opportunities to get ahead within NOPD. | 2.64 | 2.80 |
| 87. NOPD officers could do a better job if politicians did not interfere. | 3.25 | 3.06 |
| 88. In general, the news media treat NOPD officers fairly. | 1.98 | 2.14 |
| 89. The media is interested in stories about the NOPD only when an officer gets in trouble. | 3.37 | 3.30 |

### C.   DETAINEE SURVEY (2014-2018)

The Monitoring Team surveyed individuals recently detained by the NOPD in 2014, 2016, and 2018 to assess their perceptions of the NOPD.  OCDM surveyed 58 detainees in 2014, 73 detainees in 2016, and 69 detainees in 2018.  Reports for each individual year have been produced and are available on the OCDM website, however, this repeated survey design allows OCDM to examine trends in detainees' perceptions of the NOPD over the past 6 years.  The items that were consistent across all three surveys demonstrated that:

- Perceptions of the NOPD improved consistently from 2014 to 2016 and from 2016 to 2018.

---

[12]   Items were reported using a 4-point scale in 2016 and 2018, but a 5-point scale in 2014.



- The proportion of respondents indicating that officers explained why the detainee was stopped, treated the detainee fairly, and communicated clearly with the officer varied without a clear trend from 2014 to 2018.

- The percentage of respondents indicating that the officer informed the detainee of his/her rights increased steadily from 2014 to 2016.

- The proportion of respondents indicating that the officer used force against the detainee during the arrest increased from 2016 to 2018. Detainees answered questions related to their most current arrest including: "Did an officer use force to arrest you?"; "Did you physically resist the officer?", and "Were you hurt when interacting with the officer?" Approximately 15.9% of detainees discussed force used during their arrest (when answering, respondents also may provide narrative explanations of the reported interaction, i.e. tight handcuffs) with two detainee-provided accounts of resisting the officer.

Between 2016 and 2018, a two-year comparison suggests:

- Perceptions of the NOPD and attitudes toward the NOPD remained largely consistent between 2016 and 2018.

- Detainees were less likely to have negative perceptions of NOPD's use of force in 2018 as compared to 2016.

- Detainees had improved perceptions of fairness in NOPD's treatment of the Black community and the Latino community, but slightly diminished perceptions of fairness in NOPD's treatment of the Vietnamese community and the Lesbian, Gay, Bisexual, Transgender and Queer (LGBTQ) community.

- Detainees indicated a slight decrease in willingness to cooperate with the NOPD in the future in 2018 compared to 2016.



**Table 1. Demographic Comparisons**

|  | 2014 (%) | 2016 (%) | 2018 (%) |
|---|---|---|---|
| Gender |  |  |  |
|    Male | 79.3 | 78.1 | 73.9 |
|    Female | 19.0 | 15.1 | 23.2 |
|  |  |  |  |
| Race |  |  |  |
|    White | 12.1 | 19.2 | 24.6 |
|    Black | 69.0 | 67.1 | 59.4 |
|    Latino | 3.5 | 4.1 | 2.9 |
|    Other | 13.8 | 6.9 | 10.1 |
|  |  |  |  |
| New Orleans Resident |  |  |  |
|    Yes | 79.3 | 80.8 | 71.0 |

Table 1 presents the demographic characteristics of the detainees completing the survey by year. Each year, the gender of detainees remained relatively constant at around 75% male. The proportion of detainees who are white went up from 2014 to 2018, and the number of detainees who identify as black decreased. The fraction of detainees who were New Orleans residents (rather than nonlocal) also decreased in 2018, from nearly 80% down to 71%.

## 1.      Attitudes and Perceptions Regarding the NOPD

Ten items examining individuals' perceptions of the NOPD were included on all three surveys providing perceptions of the NOPD since the implementation of the Consent Decree (Table 2). Respondents were asked to indicate their level of agreement with each statement on a scale from 1 (Strongly Disagree) to 5 (Strongly Agree). Scores in the table (and the other tables presented in this report) represent averages for all detainees in that survey year. Thus, higher scores indicate greater agreement and lower scores indicate less agreement.

Detainees' perception that NOPD officers do their jobs the right way progressed from 2014 to 2016, and remained stable into 2018. A similar pattern was seen for satisfaction with the way NOPD officers handle themselves and the way NOPD officers treat detainees. Perceptions of NOPD treating detainees with respect, being polite, and listening to them improved consistently from 2014 to 2018. Trust in NOPD officers was relatively constant from 2014 to 2016, but improved in 2018. And, detainees' confidence in the NOPD and satisfaction with the way NOPD officers do their job diminished somewhat from 2014 to 2016, but improved again in 2018.



**Table 2. Comparison of Detainees' Perceptions of the NOPD**

| | 2014 Average | 2016 Average | 2018 Average |
|---|---|---|---|
| 1. Generally, NOPD officers do their jobs the right way. | 2.64 | 2.99 | 2.85 |
| 2. I am satisfied with the way NOPD officers handle themselves. | 2.60 | 2.94 | 2.91 |
| 3. When dealing with me, NOPD officers treat me with respect. | 2.69 | 3.10 | 3.26 |
| 4. When dealing with me, NOPD officers are polite. | 2.74 | 2.86 | 3.19 |
| 5. In general, NOPD officers are polite when dealing with the general public. | 2.91 | 2.93 | 3.12 |
| 6. Generally, NOPD officers listen to me. | 2.53 | 2.61 | 2.93 |
| 7. I am satisfied with the way NOPD officers treat me. | 2.51 | 2.71 | 2.77 |
| 8. I trust NOPD officers.[1] | 2.07 | 2.04 | 2.23 |
| 9. I have confidence in NOPD officers.[1] | 2.42 | 2.31 | 2.45 |
| 10. I am satisfied with the way NOPD officers do their job.[1] | 2.61 | 2.54 | 2.63 |
| Scale | 2.64 | 2.89 | 3.01 |

[1]Item not included in scale due to poor measurement fit – items focused on detainees' attitudes towards NOPD rather than their perceptions of NOPD.

Questions from 2016 and 2018 surveys were kept consistent. Thus, the Monitoring Team also specifically examined trends between 2016 and 2018. Items in this table and certain others presented throughout this report were on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree). Perceptions of NOPD officers' trustworthiness, satisfaction with officers' behavior, and perceptions that NOPD officers treated the detainee with dignity all remained relatively constant from 2016 to 2018. There was a relative improvement in perception that the NOPD officer treated the detainee with respect and was polite. A slight decline was seen in the belief that officers follow procedures and in the belief that NOPD officers harass people during stops.

Findings from Table 3 suggest perceptions of the NOPD have remained constant from 2016 to 2018. To summarize these findings, the items in Table 2 and Table 3 were placed into an average scale ($\alpha$=0.90) found at the bottom of the table. Encouragingly, this summary scale score progressed consistently from 2014 to 2016 and through to 2018 (see also Figure 1). While the differences in the scale scores from 2014 to 2016 and from 2016 to 2018 were not statistically significant individually, when examining differences from 2014 through 2018, the difference is significant ($t$(125)=-2.23, $p$<0.05).



**Table 3. Detainees' Perceptions of NOPD**

|  | 2016 Average | 2018 Average |
|---|---|---|
| I feel NOPD officers are trustworthy. | 1.99 | 1.99 |
| I believe police officers follow New Orleans Police Department procedures. | 2.31 | 2.21 |
| I was satisfied with how NOPD officers behave in New Orleans. | 2.14 | 2.16 |
| A NOPD officer would treat me with dignity. | 2.29 | 2.23 |
| A NOPD officer would treat me with respect. | 2.31 | 2.47 |
| An NOPD police officer would be polite when dealing with me. | 2.44 | 2.58 |
| NOPD officers harass people during police stops.[1] | 2.96 | 2.63 |
| Scale | 2.25 | 2.27 |

[1]Item not included due to lack of measurement fit (low loading).

Table 4 presents a series of items on attitudes toward the NOPD.  That is, while Table 3 shows how detainees perceive the NOPD (e.g., are they polite), Table 4 shows detainees' evaluations of the NOPD (e.g., they respect NOPD).  These items also were summarized in a mean scale that demonstrated consistency in attitudes toward the NOPD from 2016 to 2018.  Detainees indicated a slightly greater level of respect and improved confidence in the NOPD in 2018 than in 2016, but detainees' trust in the NOPD remained relatively constant from 2016 to 2018.  In addition, the perception that NOPD tries to be fair when policing the community decreased slightly in 2018.

**Table 4. Detainees' Attitudes towards the NOPD**

|  | 2016 Average | 2018 Average |
|---|---|---|
| I respect the New Orleans Police Department. | 2.46 | 2.54 |
| I trust the New Orleans Police Department. | 2.00 | 1.97 |
| I have confidence in the New Orleans Police Department. | 2.13 | 2.19 |
| The NOPD tries to be fair when policing the community. | 2.49 | 2.40 |
| Scale | 2.28 | 2.27 |

## 2.    Perceptions of NOPD Treatment of Minorities

Table 5 includes detainees' perceptions of NOPD's treatment of minorities.  The findings showed improved perceptions that the NOPD treats members of the black community and the Latino community fairly.  In contrast, detainees had slightly worse perceptions that the NOPD treated members of the Vietnamese and LGBTQ communities fairly.  Detainees were also more likely to believe that NOPD officers engage in racial profiling.



**Table 5. Detainees' Perceptions of NOPD Treatment of Minorities[13]**

| New Orleans police officers: | 2016 Average | 2018 Average |
|---|---|---|
| Treat members of the Black community fairly. | 1.94 | 2.13 |
| Treat members of the Latino community fairly. | 1.95 | 2.24 |
| Treat members of the Vietnamese community fairly. | 2.59 | 2.50 |
| Treat members of the Lesbian, Gay, Bisexual, Transgender and Queer (LGBTQ) community fairly. | 2.30 | 2.19 |
| Engage in racial profiling. | 3.00 | 3.07 |

### 3.    Perceptions of Arrest and Use of Force

Table 6 presents detainees' perceptions of the NOPD officer's behavior during their most recent arrest.  The response categories to these items were on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree).  Interestingly, respondents indicated greater agreement that the officer explained the reasons for the stop in 2018, but perceptions that the officer did his or her job declined.  From 2016 to 2018, the belief that the officer gave the detainee a chance to explain the situation remained constant.

**Table 6. Detainees' Perceptions of Officer Behavior during Arrest**

| | 2016 Average | 2018 Average |
|---|---|---|
| If I was stopped or questioned by an NOPD officer, the police officer explained the reasons why. | 2.31 | 2.56 |
| When dealing with me, the NOPD officer gave me a chance to explain the situation. | 2.39 | 2.38 |
| Overall, the NOPD officer did his or her job. | 2.75 | 2.58 |
| Scale | 2.48 | 2.51 |

Table 7 presents yes or no responses to a series of items regarding the respondents' most recent arrest.  The number of detainees indicating the officer explained why they were stopped stayed constant at slightly over 50%, but respondents indicating the officer explained why they were arrested stayed constant at slightly more than 75%.  There was a sizable increase, from approximately 80% to approximately 90%, in the percentage of respondents who understood why they were in jail.  There was a slight decrease in the portion of respondents who indicated the police treated them fairly, with a slight increase in those who had trouble communicating with an officer.  There was a substantial increase

---

[13]    2018 Detainee sample demographics: White: 24.6% Black: 59.4% Latino: 2.9% Other: 10.1% Male: 73.9% Female: 23.2% Member of LBGTQ Community: 7.2%.



in the overall level of respondents indicating the officer informed them of their rights. A very small proportion of respondents indicated that the officer threatened them physically and used force, though both increased slightly over time.  Those that noted he or she physically resisted the officer or were hurt interacting with the officer slightly increased.

**Table 7. Detainees' Perceptions of Arrest**

|  | 2016 % | 2018 % |
|---|---|---|
| Did the officer(s) explain why you were stopped? | 57.5 | 53.6 |
| Did the officer(s) explain why you were arrested? | 76.7 | 78.3 |
| Do you understand why you are in jail today? | 80.8 | 89.9 |
| Did the police treat you fairly? | 72.6 | 65.2 |
| Did you have any problems communicating with the officer? | 21.9 | 26.1 |
| Did the officer inform you of your rights? | 60.3 | 79.7 |
| Did an officer threaten you physically? | 1.4 | 5.8 |
| Did an officer use force to arrest you? | 5.5 | 15.9 |
| Did you physically resist the officer? | 0.0 | 2.9 |
| Were you hurt when interacting with the officer? | 6.9 | 10.1 |

Table 8 items asked detainees for a yes or no answer regarding the specific details of their most recent interaction with an NOPD officer leading to their presence in jail at the time of the survey.[14]  Slightly more than half of detainees consistently noted the officer explained why they were stopped.  The percentage of detainees indicating that the police treated them fairly went up from 2014 to 2016, but dipped slightly in 2018.

**Table 8. Detainees' Perceptions of Arrest**

|  | 2014 % | 2016 % | 2018 % |
|---|---|---|---|
| Did the officer(s) explain why you were stopped? | 51.7 | 57.5 | 53.6 |
| Did the police treat you fairly? | 60.3 | 72.6 | 65.2 |
| Did you have any problems communicating with the officer? | 31.0 | 21.9 | 26.1 |
| Did the officer inform you of your rights? | 32.8 | 60.3 | 79.7 |
| Did an officer use force to arrest you? | 8.6 | 5.5 | 15.9 |
| Did you physically resist the officer? | 0.0 | 0.0 | 2.9 |

---

[14]     Table 8 is a subset of Table 7 with 2014 data added.



Across all three surveys, approximately one-fourth of detainees responded they had problems communicating with the officer.  One of the largest changes was seen for the item asking if the officer informed the community member of his or her rights, and this change trended in a positive direction and was a substantial improvement for the NOPD.  In 2014, only one-third of detainees said this was true.  In 2016, that number jumped to approximately 60%, and to nearly 80% in 2018.  Another notable change was seen in the percentage of detainees indicating that the officer used force during the arrest.  Fewer than 10% stated this was true in 2014 and 2016, but 16% said this was true in 2018.  In combination with the findings from Table 2 and Figure 1, these findings suggest that NOPD officers have improved detainees' perceptions of the NOPD while potentially also being perceived as using more force.

Table 9 presents detainees' perceptions of NOPD use of force from 2016 to 2018.  The applicable rating scale is "Strongly Agree" 1, "Agree" 2, "Disagree" 3, or "Strongly Disagree" 4, such that a lower average score of the statement would indicate more negative perceptions.  In 2018, approximately more than half (53.6%) of detainees (37 respondents) reported "Strongly Agree" 1 or "Agree" 2 for the statement "NOPD police use of force has increased in recent years."  A slightly smaller proportion, 50.7% reported agreement with the statement that NOPD officers "routinely use excessive force." Overall, the mean scale score for both items showed similar trend in detainee's reported negative perceptions of the use of force in the NOPD.

**Table 9. Detainees' Perceptions of NOPD Use of Force**

|  | 2016 Average | 2018 Average |
|---|---|---|
| NOPD police use of force has increased in recent years. | 2.85 | 2.68 |
| NOPD officers routinely use excessive force. | 2.69 | 2.67 |
| Scale | 2.77 | 2.67 |

### 4.   Future Behavior

The last section of the survey asked detainees for their willingness to report dangerous activity to the NOPD or call the NOPD if they witnessed a crime.  Willingness to report dangerous activity remained relatively constant from 2016 to 2018, but willingness to call the NOPD if a witness to a crime diminished slightly from 2016 to 2018.

**Table 10. Detainees' Willingness to Contact NOPD in the Future**

|  | 2016 Average | 2018 Average |
|---|---|---|
| I would report dangerous or suspicious activity to the NOPD. | 2.52 | 2.51 |
| I would call the NOPD if I witnessed a crime. | 2.50 | 2.33 |



## VII.    2018 Survey Findings

### A.    COMMUNITY SURVEY (2018)

Whereas the prior sections of this Report illustrated comparison from 2014 to 2016 to 2018, this sections looks at the most recent survey data in a vacuum.  The Monitoring Team's 2018 survey asked 636 community members for their perceptions of the NOPD along a number of dimensions.  The surveys were administered in late 2018, and the data were analyzed in 2019.  The key findings are summarized as follows:

- Individuals who had contact with the NOPD in the past two years report that the NOPD officer with whom they had contact was trustworthy, followed procedures, treated them with dignity, treated them with respect, and was polite.

- Individuals who were stopped or questioned by the NOPD in the past two years reported that the officer with whom they had contact explained why they were stopped or questioned, gave them a chance to explain the situation, and did his or her job.

- Respondents felt there was more police presence in the French Quarter than other areas.

- Respondents did not believe that NOPD officers respond in a timely manner.

- Respondents reported that NOPD officers are honest, have more integrity than other officers, are fair, are professional, and follow procedures.

- Among the most positive findings, over 80% of respondents indicated they had respect for the NOPD.  Furthermore, this positive perception of the NOPD was similar whether the individual had no contact, relatively positive contact, or were stopped or questioned by the police.

- Many respondents indicated a willingness to cooperate with the police across three dimensions – reporting suspicious activity, calling the police when witnessing a crime, and helping the NOPD when asked.

- Some respondents had negative perceptions of NOPD's treatment of minorities, with high ratings for the belief that the NOPD engages in racial profiling and harassing the black community.



### 1.    Community Survey Methodology

Between November 10 and December 6, 2018, the Monitoring Team conducted a survey of community members in New Orleans to determine their perceptions of the NOPD.  In total OCDM contacted 1,717 community members receiving 636 valid responses for a response rate of 37.0%.

The original Community Survey used a multi-stage random area sampling process developed by the University of New Orleans to identify areas and households.  Each area was divided further into smaller districts and specific houses were identified.  The original pool of neighborhoods was sampled from a population of 73 designated "official" neighborhoods, yielding 29 baseline neighborhoods (Appendix A).  One adult member of a cooperating household was questioned.

A goal of 20 interviews per area was set to reach a total of 600 interviews.  The survey instrument was pre-loaded onto a mobile tablet, so responses could be recorded electronically.   Surveyors were outfitted in "uniform" vests that identified them as members of the monitoring team.   They also carried a folder that included project information and identification.

Surveyors were recruited from the New Orleans area to develop a diverse team with a well-developed capacity to engage local residents.  The team of approximately 30 members included field leaders, security personnel, recorders, and surveyors.  The team was trained on the survey data collection goals and procedures, the interview protocol, and qualitative structured interview techniques.  They were also trained to facilitate an appropriate level of professionalism and privacy for successful and proper data collection.

Each survey team was assigned a housing unit identified on the neighborhood map.  After contact with a resident, surveyors solicited voluntary participation.   Refusals were recorded and documented.  A refusal is defined as contact made with a resident of a housing unit who declined to participate in the survey.  In case of refusals, replacement units were selected beginning with the next house of the same block.  When permission was granted, the survey interview was conducted at the resident's home with one surveyor reading all questions and the other recording responses into the mobile tablet, which was securely downloaded daily.   In gathering responses, the project manager regularly maintained quality control measures, monitoring shifts' data collection analytics.   A random sample of survey entries was selected after each shift of data collection.   For example,  manual  entry  items  (such  a  survey  start  time,  interviewer  name  and



neighborhood) were compared against automated documentation of these indicators for interviewer data entry error.  Inconsistencies were recorded, investigated, or corrected.

## 2.    Demographic Characteristics

Table 1 shows slightly more than half of the respondents were male (53.5%) and a majority indicated they were black (59.9%).  29.3% had earned a college degree, closely followed by respondents who had finished high school (21.4%), and completed some college (22.8%). Slightly fewer than half of the respondents were married (48.1%).  Most respondents were born in New Orleans (81.6%) and owned their home (69.5%).   A small number of respondents identified as LGBTQ (5.5%).  Overall, there is evidence that the sample used to generate these findings is representative of the views of the population of New Orleans (Appendix E).

**Table 1. Demographics**

|  | N | % |
|---|---|---|
| Gender |  |  |
| Male | 340 | 53.5 |
| Female | 293 | 46.1 |
| Race/Ethnicity |  |  |
| Black | 381 | 59.9 |
| White | 219 | 34.4 |
| Asian | 8 | 1.3 |
| Hispanic | 5 | 0.8 |
| Other | 18 | 2.8 |
| Education |  |  |
| Grade School | 9 | 1.4 |
| Middle School | 4 | 0.6 |
| Some High School | 50 | 7.9 |
| Finished High School | 136 | 21.4 |
| Some College | 145 | 22.8 |
| Finished College Degree | 186 | 29.3 |
| Some Graduate/Professional | 14 | 2.2 |
| Finished Graduate/Professional Degree | 86 | 13.5 |



**Table 1. Demographics**

|  | N | % |
| --- | --- | --- |
| Marital Status |  |  |
| Single | 233 | 36.6 |
| Married | 306 | 48.1 |
| Divorced | 45 | 7.1 |
| Widowed | 20 | 3.1 |
| Partnered | 26 | 4.1 |
| Born in New Orleans? |  |  |
| Yes | 519 | 81.6 |
| No | 116 | 18.2 |
| Own Home? |  |  |
| Own | 442 | 69.5 |
| Rent | 189 | 29.7 |
| Identify as LGBTQ? |  |  |
| Yes | 35 | 5.5 |
| No | 582 | 91.5 |
| Previously Completed Survey | 14 | 2.2 |

*Note:* Percentages do not sum to 100 because nonresponses were treated as missing.

### 3.      Most Recent Interaction with NOPD

The first section of the survey asked respondents whether they interacted with the NOPD in the last 2 years.   Approximately thirty-five percent of respondents answered affirmatively.  Those respondents were then asked to answer questions about a recent interaction. These responses are presented in Table 2.   A vast majority of these respondents reported satisfaction with NOPD officers.  Over two thirds to three-fourths of respondents either agreed or strongly agreed with each of the six statements in Table 2 suggesting that, overall, individuals who interacted with the NOPD over the past two years viewed these interactions positively.   Individuals reported that the NOPD officer was trustworthy, followed procedures, treated them with dignity, treated them with respect, or was polite.  Additionally, respondents were satisfied with how the police officer behaved.



**Table 2. Satisfaction with NOPD officers during most recent interaction**

| | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
| | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 2. When interacting with the police officer, I felt he/she was trustworthy. ($M$ = 2.90) | 11 (5.0) | 40 (18.1) | 127 (57.5) | 40 (18.1) |
| 3. I believe the police officer was following New Orleans Police Department procedures. ($M$ = 2.92) | 14 (6.3) | 37 (16.7) | 122 (55.2) | 47 (21.3) |
| 4. I was satisfied with how the police officer behaved. ($M$ = 2.83) | 19 (8.6) | 43 (19.5) | 114 (51.6) | 43 (19.5) |
| 5. The police officer treated me with dignity. ($M$ = 2.90) | 14 (6.3) | 42 (19.0) | 117 (52.9) | 47 (21.3) |
| 6. The police officer treated me with respect. ($M$ = 2.86) | 16 (7.2) | 41 (18.6) | 120 (54.3) | 43 (19.5) |
| 7. The police officer was polite when dealing with me. ($M$ = 2.88) | 16 (7.2) | 40 (18.1) | 118 (53.4) | 46 (20.8) |

*Note:* Percentages are the percentage of respondents who indicated they had contact within the last 2 years that fell within each category. Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item.

Table 2 respondents indicated they had an interaction with the police over the past 2 years for any reason such as calling the police for help, approaching the officer on the street, or a number of other reasons such as being a witness to a crime. Table 3 presents responses to a series of questions *if* the individual was stopped or questioned by the police. In total, 132 respondents (20.8%) stopped or questioned by the police are represented in Table 3.

Responses to many of these items were mostly positive. A majority of respondents agreed or strongly agreed that the officer explained the reason why they were stopped or questioned (78.0%), gave them a chance to explain the situation (69.7%), and did his or her job (77.3%). Responses were also mostly positive to items regarding citizens' satisfaction with how they were treated by the police officer, and satisfaction with their experience with the NOPD officer. However, responses to satisfaction items were slightly less positive than the responses to relatively procedural items.



**Table 3. Satisfaction with NOPD officers when stopped or questioned**

| | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
| | *N* (%) | *N* (%) | *N* (%) | *N* (%) |
| 8. If I was stopped or questioned, the police officer explained the reasons why. (*M* = 2.77) | 11 (8.3) | 18 (13.6) | 94 (71.2) | 9 (6.8) |
| 9. When dealing with me, the police officer gave me a chance to explain the situation. (*M* = 2.77) | 5 (3.8) | 35 (26.5) | 78 (59.1) | 14 (10.6) |
| 10. Overall, the police officer did his or her job. (*M* = 2.86) | 4 (3.0) | 26 (19.7) | 87 (65.9) | 15 (11.4) |
| 11. I was satisfied with how I was treated by the police officer. (*M* = 2.62) | 13 (9.9) | 34 (25.8) | 75 (56.8) | 10 (7.6) |
| 12. I was satisfied with my experience with the police. (*M* = 2.58) | 13 (9.9) | 43 (32.6) | 63 (47.7) | 13 (9.9) |

*Note:* Percentages are the percentage of respondents who indicated they were stopped or questioned by the police within the last 2 years that fell within each category. Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item.

## 4.    Community Satisfaction with the NOPD

While Tables 2 and 3 provide understanding of citizens' most recent interactions with the police, Table 4 presents data on how community members view the NOPD generally. Responses were given a numerical value based on the respondent's level of agreement from 1 (Strongly Disagree) to 4 (Strongly Agree). The mean score on each item can be seen as a measure of the sample's overall agreement to the item. Therefore, mean values greater than 2.5 indicate agreement, and below 2.5 indicate disagreement; the greater the mean's distance from 2.5, the stronger the sentiments.

Respondents' perceptions of corruption in the NOPD were slightly more positive than neutral (*M* = 2.53). Overall, respondents strongly agreed there was more police presence in the French Quarter compared to other areas of New Orleans (*M* = 3.51). Respondents were only slightly above neutral to statements that the scandals associated with the NOPD are in the past (*M* = 2.69), that they were satisfied with the way NOPD officers do their job (*M* = 2.55), and that the NOPD has little impact on crime (*M* = 2.60). Respondents were relatively more negative to the item, "When called, NOPD officers respond in a timely manner" (*M* = 2.10).



**Table 4. Community satisfaction with NOPD**

| | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
| | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 19. Corruption in the New Orleans Police Department is low. ($M = 2.53$) | 67 (10.5) | 215 (33.8) | 286 (45.0) | 54 (8.5) |
| 23. There is more police presence in the French quarter than in other areas of New Orleans. ($M = 3.51$) | 10 (1.6) | 38 (6.0) | 199 (31.3) | 377 (59.3) |
| 25. I feel the scandals associated with the New Orleans Police Department in the past do not reflect the current practices of the NOPD. ($M = 2.69$) | 19 (3.0) | 210 (33.0) | 313 (49.2) | 63 (9.9) |
| 31. I am satisfied with the way NOPD officers do their jobs. ($M = 2.55$) | 65 (10.2) | 194 (30.5) | 326 (51.3) | 41 (6.5) |
| 34. When called, NOPD officers respond in a timely manner. ($M = 2.10$) | 212 (33.3) | 179 (28.1) | 185 (29.1) | 46 (7.2) |
| 24. Overall, the New Orleans Police Department has little impact on crime. ($M = 2.60$) | 39 (6.1) | 232 (36.5) | 295 (46.4) | 58 (9.1) |

Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item.

Table 5 presents the mean scores for each item, organized by whether the individual had no contact, a positive contact, or a negative contact with NOPD. The labels "positive" and "negative" are rough approximations. "Positive contact" category indicated they had an interaction with the NOPD in the past two years, but were not stopped or questioned by the NOPD. The "negative contact" category indicated they had an interaction with the NOPD in the past two years, and also indicated that they were stopped or questioned by the NOPD. The reason for contact or the quality of the interaction may be relevant since it may be expected that contacts would be more positive if the individual called the police for help or had a casual conversation (the positive contact category), than if he or she was stopped or questioned (the negative contact category). Table 5 responses, thus, vary by contact with the NOPD. Respondents who have interacted with the NOPD recently may offer relatively more accurate perceptions of the department than those who have not had recent contact. Nonetheless, given that over half of those who had an interaction with the police were suspected of a violation of the law, these respondents also may have more negative views of the police due to the interaction context.



**Table 5. Ratings by Contact**

|  | No Recent Contact | Positive Contact | Negative Contact |
|---|---|---|---|
| 19. Corruption in the New Orleans Police Department is low. | 2.59 | 2.46 | 2.36 |
| 23. There is more police presence in the French quarter than in other areas of New Orleans. | 3.47 | 3.64 | 3.57 |
| 25. I feel the scandals associated with the New Orleans Police Department in the past do not reflect the current practices of the NOPD | 2.70 | 2.80 | 2.59 |
| 31. I am satisfied with the way NOPD officers do their jobs. | 2.59 | 2.57 | 2.41 |
| 34. When called, NOPD officers respond in a timely manner. | 2.19 | 2.01 | 1.91 |
| 24. Overall, the New Orleans Police Department has little impact on crime. | 2.63 | 2.53 | 2.53 |

Both no contact and positive contact groups had similar levels of satisfaction with the way NOPD officers do their job and the negative contact group had slightly lower levels of satisfaction.  Those individuals with no contact had higher levels of agreement with the statement that New Orleans Police Department had little impact on crime while both positive and negative contact groups had similar levels of agreement.

## 5.    Community Perceptions of Change in the NOPD

The next set of items on the community survey asked individuals for their perceptions of change in the NOPD. Once again, responses to these items were placed on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree).  Sentiments were slightly above the mean regarding improvements in policing ($M = 2.66$), becoming a better police department ($M = 2.65$), negative publicity making NOPD's job more difficult ($M = 2.63$), and cellphone recording making NOPD officers more apprehensive to use force ($M = 2.69$).  Respondents also expressed relatively neutral attitudes on if neighbors have more confidence in police ($M = 2.48$), community members are more willing to resist NOPD officers ($M = 2.53$), fewer NOPD officers are present in the community ($M = 2.57$), increases in the use of force ($M = 2.55$), and the likelihood of NOPD using excessive force ($M = 2.44$).



**Table 6. Community perceptions of change in the NOPD**

| | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
| | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 13. There have been improvements in policing in New Orleans over the past two years. ($M$ = 2.66) | 39 (6.1) | 179 (28.1) | 361 (56.8) | 44 (6.9) |
| 26. In the past two years, the NOPD has become a better police department. ($M$ = 2.65) | 54 (8.5) | 155 (24.4) | 358 (56.3) | 49 (7.7) |
| 40. When compared to 2 years ago, my neighbors have more confidence in the NOPD. ($M$ = 2.48) | 86 (13.5) | 184 (28.9) | 280 (44.0) | 45 (7.1) |
| 45. Over the past 2 years, community members have become more willing to resist NOPD officers. ($M$ = 2.53) | 33 (5.2) | 264 (41.5) | 265 (41.7) | 44 (6.9) |
| 46a. I have noticed fewer NOPD officers in my community over the past two years. ($M$ = 2.57) | 64 (10.1) | 206 (32.4) | 267 (42.0) | 72 (11.3) |
| 46. Negative publicity surrounding policing lately has made NOPD officers' jobs more difficult. ($M$ = 2.63) | 48 (7.6) | 206 (32.4) | 303 (47.6) | 68 (10.7) |
| 47. Audio and video recordings of NOPD have made their jobs more difficult. ($M$ = 2.35) | 89 (14.0) | 269 (42.3) | 221 (34.8) | 44 (6.9) |
| 48. Cell phone or video recording of NOPD officers has caused officers to be more apprehensive to use force. ($M$ = 2.69) | 34 (5.4) | 209 (32.9) | 291 (45.8) | 86 (13.5) |
| 49. NOPD police use of force has increased in recent years. ($M$ = 2.55) | 34 (5.4) | 263 (41.4) | 260 (40.9) | 56 (8.8) |
| 50. Compared to two years ago, today NOPD are less likely to use excessive force. ($M$ = 2.44) | 78 (12.3) | 222 (34.9) | 278 (43.7) | 34 (5.4) |

Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item.

Table 7 shows average ratings vary based upon the context for which the respondent may have interacted with an NOPD officer:



**Table 7. Mean Ratings by Contact**

| | No Contact | Positive Contact | Negative Contact |
|---|---|---|---|
| 13.  There have been improvements in policing in New Orleans over the past two years. | 2.72 | 2.68 | 2.45 |
| 26.  In the past two years, the NOPD has become a better police department. | 2.71 | 2.66 | 2.47 |
| 40.  When compared to 2 years ago, my neighbors have more confidence in the NOPD. | 2.54 | 2.44 | 2.33 |
| 45.  Over the past 2 years, community members have become more willing to resist NOPD officers. | 2.55 | 2.44 | 2.50 |
| 46a. I have noticed fewer NOPD officers in my community over the past two years. | 2.57 | 2.47 | 2.64 |
| 46.  Negative publicity surrounding policing lately has made NOPD officers' jobs more difficult. | 2.63 | 2.68 | 2.57 |
| 47.  Audio and video recordings of NOPD have made their jobs more difficult. | 2.38 | 2.18 | 2.39 |
| 48.  Cell phone or video recording of NOPD officers has caused officers to be more apprehensive to use force. | 2.70 | 2.70 | 2.65 |
| 49.  NOPD police use of force has increased in recent years. | 2.58 | 2.36 | 2.58 |
| 50.  Compared to two years ago, today NOPD are less likely to use excessive force. | 2.45 | 2.44 | 2.40 |

## 6.     Community Perceptions of NOPD Procedural Justice and Trustworthiness

The President's Task Force on 21st Century Policing emphasized the need for police departments to improve relationships with the community by building legitimacy through the use of procedurally fair policing.  Table 8 presents the findings from a number of items that asked community members about their perceptions of NOPD procedural justice and trustworthiness.   Overall, perceptions of NOPD's fairness and trustworthiness were positive.  A majority of respondents agreed or strongly agreed that NOPD officers are honest (61.6%), have more integrity than other officers (55.1%), are fair (63.9%), are professional (67.8%), and follow procedures (65.7%).  Similarly, a majority of respondents also agreed or strongly agreed that they expected NOPD officers to treat them fairly (77.9%) and that NOPD officers treat victims of crime well (59.6%).  There was a slightly higher mean on items regarding trust in the NOPD ($M = 2.57$), that the NOPD tries to be fair ($M = 2.70$), and confidence in the NOPD ($M = 2.58$).   Importantly, the most positive responses were seen for the item "I respect the NOPD" with large majority of respondents agreeing or strongly agreeing (81.3%), indicating a considerable amount of respect for the NOPD among community members.



However, when considering if NOPD officers are racist or biased against minorities (50.5%), that you should accept NOPD decisions because it is the proper thing to do (51.7%), and that the NOPD provides the same quality of service to all community members (56.1%), respondents were relatively split on whether they generally agreed or disagreed with these statements.

**Table 8. Citizens' perceptions of NOPD procedural justice and trustworthiness**

|  | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 14. Police officers in New Orleans are honest. ($M = 2.61$) | 43 (6.8) | 194 (30.5) | 360 (56.6) | 32 (5.0) |
| 15. Compared to other places, NOPD officers have more integrity. ($M = 2.54$) | 43 (6.8) | 228 (35.9) | 319 (50.2) | 31 (4.9) |
| 16. Police officers in New Orleans are fair. ($M = 2.62$) | 42 (6.6) | 183 (28.8) | 377 (59.3) | 29 (4.6) |
| 17. Police officers in New Orleans are professional. ($M = 2.67$) | 44 (6.9) | 155 (24.4) | 396 (62.3) | 35 (5.5) |
| 18. While conducting their duties, officers follow NOPD procedures. ($M = 2.65$) | 46 (7.2) | 160 (25.2) | 386 (60.7) | 32 (5.0) |
| 20. Police officers in New Orleans are not racist or biased against minorities. ($M = 2.43$) | 68 (10.7) | 253 (39.8) | 260 (40.9) | 38 (6.0) |
| 21. I expect the New Orleans police officers will treat me fairly. ($M = 2.89$) | 32 (5.0) | 102 (16.0) | 396 (62.3) | 99 (15.6) |
| 22. New Orleans police officers treat victims of crime well. ($M = 2.61$) | 38 (6.0) | 202 (31.8) | 343 (53.9) | 36 (5.7) |
| 30. I trust the NOPD. ($M = 2.57$) | 84 (13.2) | 160 (25.2) | 327 (51.4) | 56 (8.8) |
| 32. I respect the NOPD. ($M = 3.00$) | 28 (4.4) | 84 (13.2) | 377 (59.3) | 140 (22.0) |
| 33. The NOPD tries to be fair when policing the community. ($M = 2.70$) | 43 (6.8) | 153 (24.1) | 381 (59.9) | 49 (7.7) |
| 41. The NOPD police act in ways that are consistent with my own moral values. ($M = 2.51$) | 69 (10.9) | 207 (32.6) | 292 (45.9) | 46 (7.2) |
| 42. You should accept NOPD police decisions because that is the proper thing to do. ($M = 2.38$) | 98 (15.4) | 231 (36.3) | 248 (39.0) | 44 (6.9) |



**Table 8. Citizens' perceptions of NOPD procedural justice and trustworthiness**

|  | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 43. The NOPD police provide the same quality of service to all community members. ($M = 2.33$) | 96 (15.1) | 261 (41.0) | 227 (35.7) | 37 (5.8) |
| 44. I have confidence in the New Orleans Police Department. ($M = 2.58$) | 70 (11.0) | 169 (26.6) | 340 (53.5) | 47 (7.4) |

Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item.

### 7.      Willingness to Cooperate with the NOPD

Table 9 presents willingness to cooperate with the NOPD.  Overall, ratings were positive across these items, with a majority of respondents indicating that they agreed or strongly agreed that they would report dangerous or suspicious activity (77.2%), that they would call the NOPD if they witnessed a crime (78.9%), and that they would help the NOPD if asked (66.4%).  Thus, the large majority of respondents would cooperate with the police when necessary.

**Table 9. Mean Ratings of Cooperation by Contact**

|  | No Contact | Positive Contact | Negative Contact |
|---|---|---|---|
| 36. I would report a dangerous or suspicious activity to the NOPD. | 3.02 | 3.16 | 2.84 |
| 37. I would call the NOPD if I witnessed a crime. | 3.01 | 3.20 | 2.86 |
| 39. If asked, I would help the NOPD find someone suspected of committing a crime. | 2.84 | 3.05 | 2.62 |

For individuals indicating that they disagreed or strongly disagreed that they would call the police if they witnessed a crime, the survey asked why the respondent would not cooperate with the authorities (see Table 10).  The most common reason for not calling the police was that individuals did not want to get involved (56.4%), however, a notable report of respondents also indicated that they would not call the NOPD because they did not trust them (17.3%).



**Table 10. Reasons for not calling NOPD**

|  | N | % |
|---|---|---|
| I do not trust the NOPD. | 23 | 17.3 |
| I do not want to be seen cooperating with NOPD. | 8 | 6.0 |
| I would fear consequences from the NOPD. | 12 | 9.0 |
| I simply wouldn't want to get involved. | 75 | 56.4 |
| I would cooperate anonymously, for example, through Crime Stoppers. | 13 | 9.8 |

*Note:* Percentages reflect the percentage of respondents that indicated they would not call the NOPD if they witnessed or became aware of a crime.

Table 9 further breaks down the responses to willingness to cooperate by the type of contact individuals had with the police over the past two years. Remember that some of the reasons for being placed in the positive contact category involved individuals voluntarily contacting NOPD officers – a type of behavior that is being asked about with these items. Thus, those individuals who had positive contact with the police had the highest ratings across all three items.

Also, unsurprisingly, individuals who were stopped or questioned and previously experienced negative contact with NOPD had the lowest ratings across Table 11 items.

## 8.    Citizens' Perceptions of NOPD Treatment of Minorities

Table 11 examines perceptions of NOPD treatment of minorities and other groups. Many respondents indicated they had no specific opinion of the treatment of certain groups. For example, 61.8% of respondents indicated no opinion to an item regarding confidence in the NOPD by the LGBTQ community. Overall, responses to these items were relatively negative. The means for fair treatment included: the Black community ($M = 2.33$), Latino community ($M = 2.38$), Vietnamese community ($M = 2.70$) and LGBTQ community ($M = 2.57$). However, respondents agreed that NOPD officers engage in racial profiling ($M = 2.86$) and that members of the Latino community don't report crime for fear of deportation ($M = 3.13$). Additionally, respondents believed that members of the Black community expect to be harassed ($M = 3.11$) and do not believe the NOPD is credible ($M = 2.96$). Other items regarding treatment of the homeless and confidence in the NOPD by members of LGBTQ community had relatively neutral responses ($M = 2.45$ and $M = 2.58$, respectively).



**Table 11. Citizens' perceptions of how NOPD officers treat minorities and other groups[15]**

| | Strongly Disagree | Disagree | Agree | Strongly Agree | No Opinion |
|---|---|---|---|---|---|
| | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 51. New Orleans police officers treat members of the Black community fairly. ($M$ = 2.33) | 119 (18.7) | 166 (26.1) | 194 (30.5) | 51 (8.0) | 106 (16.7) |
| 52. New Orleans police officers treat members of the Latino community fairly. ($M$ = 2.38) | 60 (9.4) | 117 (18.4) | 133 (20.9) | 27 (4.3) | 299 (47.0) |
| 53. New Orleans police officers treat members of the Vietnamese community fairly. ($M$ = 2.70) | 27 (4.3) | 76 (12.0) | 135 (21.2) | 45 (7.1) | 353 (55.5) |
| 54. New Orleans police officers treat members of the Lesbian, Gay, Bisexual, Transgender and Queer (LGBTQ) community fairly. ($M$ = 2.57) | 39 (6.1) | 76 (12.0) | 134 (21.1) | 33 (5.2) | 354 (55.7) |
| 55. New Orleans police officers engage in racial profiling. ($M$ = 2.86) | 36 (5.7) | 97 (15.3) | 245 (38.5) | 102 (16.0) | 156 (24.5) |
| 56. The NOPD has officers capable of communicating with Spanish-speaking victims. ($M$ = 2.80) | 17 (2.7) | 54 (8.5) | 205 (32.2) | 28 (4.4) | 332 (52.2) |
| 57. Members of the New Orleans Latino community don't report crimes to NOPD due to fear of deportation. ($M$ = 3.13) | 11 (1.7) | 40 (6.3) | 176 (27.7) | 104 (16.4) | 305 (48.0) |
| 58. Members of the Black community expect to be harassed by the NOPD. ($M$ = 3.11) | 20 (3.1) | 80 (12.6) | 220 (34.6) | 175 (27.5) | 141 (22.2) |
| 59. Members of the Black community do not believe the NOPD is credible. ($M$ = 2.96) | 18 (2.8) | 96 (15.1) | 245 (38.5) | 115 (18.1) | 162 (25.5) |
| 60. Body worn cameras reduce the likelihood of improper use of force towards minorities by NOPD. ($M$ = 2.74) | 53 (8.3) | 124 (19.5) | 266 (41.8) | 93 (14.6) | 100 (15.7) |
| 61. Members of the Lesbian, Gay, Bisexual, Transgender and Queer (LGBTQ) community do not have confidence in the NOPD. ($M$ = 2.45) | 34 (5.4) | 87 (13.7) | 100 (15.7) | 22 (3.5) | 393 (61.8) |
| 62. During encounters with the NOPD, police treat the homeless poorly. ($M$ = 2.58) | 42 (6.6) | 133 (20.9) | 160 (25.2) | 53 (8.3) | 248 (39.0) |

Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to each item. To compute mean scores, no opinion is treated as missing.

---

[15]     2018 Community sample demographics: White: 34.4% Black: 59.9% Asian: 1.3% Latino: 0.8% Other: 2.8% Male: 53.5% Female: 46.1% Member of LBGTQ Community: 5.5%.



## 9.    Citizens' Views of the NOPD and Immigration

The final section of the survey asked survey respondents for their view of the NOPD and immigration (Table 12).  Once again, a specific "No Opinion" option was given for these items. Responses to this section were largely neutral with the statistical means for each of the items around the mid-point of the scale.

**Table 12. Citizens' views of the NOPD and immigration**

|  | Strongly Disagree | Disagree | Agree | Strongly Agree | No Opinion |
|---|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 63.  NOPD officers ask for immigration identification papers. ($M = 2.48$) | 27 (4.3) | 80 (12.6) | 87 (13.7) | 22 (3.5) | 420 (66.0) |
| 64. New Orleans police officers question Latinos about their immigration status. ($M = 2.65$) | 21 (3.3) | 53 (8.3) | 107 (16.8) | 23 (3.6) | 432 (67.9) |
| 65. New Orleans police officers refer Latinos to the U.S. Immigration and Customs Enforcement. ($M = 2.54$) | 31 (4.9) | 51 (8.0) | 92 (14.5) | 22 (3.5) | 440 (69.2) |

Percentages do not sum to 100 because nonresponse was treated as missing.  The mean score is in parentheses next to each item.



B.      **OFFICER SURVEY (2018)**

In the Fall of 2018 (October 24 – November 16), the Monitoring Team conducted its third biennial survey of NOPD officers.  The survey asked about their perceptions of the NOPD, police-community relations, and various NOPD programs.  440 surveys were distributed and 402 surveys were returned for a response rate of 91.3%. The major findings of the survey are summarized below:

- Officers had very positive perceptions of their working environment.

- Officers most commonly indicated that they joined the NOPD to help the community become a safer place and to help people.

- Officers rated their managers and supervisors positively, including the Superintendent of Police.

- Officers were less positive about personnel and management systems such as the investigation of civilian complaints and investigations by the Public Integrity Bureau.

- Officers had positive perceptions of relations between the NOPD and the community, indicating that this has remained stable from two years ago.

- Officers indicated obtaining statements from witnesses, dealing with street crime, the legality/constitutionality of stops and searches, and patrolling the streets as the most important activities they are asked to do.

- Officers indicated conducting foot patrol, issuing traffic tickets, and dealing with noisy parties as the least important activities they are asked to do.

- Officers receiving EPIC peer intervention training had positive perceptions of the program indicating that it was helpful, useful, and gave them confidence to conduct a peer intervention.

- Officers receiving EPIC peer intervention training were more likely to indicate that they had taken action to intervene when a peer officer was engaging in problematic behavior.



### 1.        Officer Survey Methodology

Between October 24 and November 16, 2018, the Monitoring Team distributed surveys to 440 New Orleans Police Department (NOPD) officers.  The NOPD Compliance Bureau administered the survey to NOPD division leaders who managed the distribution of the survey.  Each survey was provided to the officer in a sealable envelope to protect the anonymity of any respondent.  Officers were informed that completion of the survey was voluntary and anonymous.  During the police officer surveying period, the Monitoring Team retrieved all distributed and collected surveys from NOPD on a scheduled basis.

### 2.        Demographic Characteristics

As of April 2019, the NOPD has 77% male and 23% female active officers.  Forty percent of NOPD officers are white, 54% are black, 4% are Latino, and 2% noted Other.  Considering rank of NOPD officers overall, 68% are officers, 9% are detectives, 17% are sergeants, 5% are lieutenants or captains and 2% are commanders.  The mean age of NOPD sworn personnel is 42 and the mean years of experience is 15.  The demographics of the responding NOPD officers are presented in Table 1.  Four hundred and two (402) officers participated in the survey; a response rate of 91.3%.  About half of the respondents indicated that they were patrol officers (50.3%).  While some officers did not complete demographic prompts, a large number of respondents indicated that they were male (54.7%).  For race, similar proportions of respondents indicated that they were white (24.4%) or black (27.6%).  Approximately 42% of respondents reside in the City of New Orleans.  The average age of respondents ~41.2 years old or less, and the average years of experience with NOPD was 12.8 years.

**Table 1. Demographics**

|  | N | % |
|---|---|---|
| Gender |  |  |
| Male | 149 | 53.0 |
| Female | 58 | 20.6 |
|  |  |  |
| Race |  |  |
| White | 66 | 23.5 |
| Black | 100 | 35.6 |
| Latino/Hispanic | 6 | 2.1 |
| Other | 21 | 0.7 |



**Table 1. Demographics**

|  | N | % |
|---|---|---|
| New Orleans Resident |  |  |
|    Yes | 142 | 50.5 |
|    No | 92 | 32.7 |
|  |  |  |
| Rank |  |  |
|    Police Officer | 140 | 49.8 |
|    Detective | 28 | 10.0 |
|    Sergeant | 44 | 15.7 |
|    Lieutenant/Captain | 14 | 5.0 |
|    Commander/Other | 1 | 0.4 |
|  |  |  |
| Age | Mean=41.2 years old |  |
|  |  |  |
| Years of Experience | Mean=12.8 years |  |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing.

### 3.    Your Working Environment

Table 2 presents respondents' evaluations of their working environment at the NOPD. Respondents were provided with a number of statements for which they were asked to indicate their level of agreement from 1 (Strongly Disagree) to 4 (Strongly Agree). The table presents two forms of information. The first is the M, or the mean item score, found in the left most column following the statement. This measure provides an overall look at the level of agreement (Strongly Disagree to Strongly Agree) across all responding officers. The second information provided in the table is the distribution of responses, found in the four right-side columns, as an N population and percentage of overall responses.

Officers reported positive perceptions of their working environment on the first five items. For example, "Civilians in my district treat me with respect," "In my district, my fellow officers treat me with respect," "In my district, my supervisors treat me with respect," "My district/division provides a quality work environment," and "I receive training from NOPD that helps me do my job effectively" all reported means clustered around the score for "Agree" or better (3.0 or higher). For these items, the large number of respondents responded with "Agree" or "Strongly Agree." Other items, such as Item 6, "I receive equipment from NOPD that helps me do my job effectively," were relatively more neutral in the Mean or overall N. When considering the quality of relationships within NOPD among ethnic and racial groups, a majority (84.1%) of officers indicated these relationships were either Good or Very Good.



**Table 2. Responses to Section I: "Your Working Environment"**

| | Strongly Disagree | Disagree | Agree | Strongly Agree |
|---|---|---|---|---|
| | *N* (%) | *N* (%) | *N* (%) | *N* (%) |
| 1. Civilians in my district treat me with respect. (*M* = 2.97) | 12 (3.0) | 59 (14.7) | 226 (56.2) | 71 (17.7) |
| 2. In my district, my fellow officers treat me with respect. (*M* = 3.50) | 3 (0.8) | 5 (1.2) | 166 (41.3) | 194 (48.3) |
| 3. In my district, my supervisors treat me with respect. (*M* = 3.41) | 4 (1.0) | 25 (6.2) | 154 (38.3) | 186 (46.3) |
| 4. My district/division provides a quality work environment. (*M* = 3.13) | 13 (3.2) | 50 (12.4) | 187 (46.5) | 124 (30.9) |
| 5. I receive training from NOPD that helps me do my job effectively. (*M* = 3.01) | 16 (4.0) | 54 (13.4) | 222 (55.2) | 88 (21.9) |
| 6. I receive equipment from NOPD that helps me do my job effectively. (*M* = 2.54) | 58 (14.4) | 109 (27.1) | 155 (38.6) | 52 (12.9) |
| | Very Bad | Bad | Good | Very Good |
| 8. Overall, within the NOPD, how would you describe the quality of relationships among differing racial and ethnic groups? (*M* = 3.11) | 7 (1.7) | 34 (8.5) | 250 (62.2) | 88 (21.9) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

Officers were also asked to select reasons why they joined the NOPD from a number of listed options (see Table 3). Most commonly, officers indicated they joined the community because they wanted to help the community "become a safer place" and wanted to "help people" (each 69.4% of respondents). About half of respondents also indicated they joined the NOPD to "fight crime" (50.0%). Other respondents indicated they joined the NOPD because it was "exciting" (39.1%), provided "valuable career opportunities" (40.6%) or "job security" (39.6%). A third of officers noted joining NOPD because it was a good paying



job (31.3%).  Smaller numbers joined because they wanted to work details, family tradition or reason not listed.

**Table 3. Reasons to Join the NOPD**

|  | *N* | % |
|---|---|---|
| It is a good paying job. | 126 | 31.3 |
| It is exciting. | 157 | 39.1 |
| I want to help the community become a safer place. | 279 | 69.4 |
| I want to fight crime. | 201 | 50.0 |
| It provides valuable career opportunities. | 163 | 40.6 |
| It provides job security. | 159 | 39.6 |
| I want to help people. | 279 | 69.4 |
| I want to work details. | 37 | 9.2 |
| It is a tradition in my family. | 34 | 8.5 |
| Other | 16 | 4.0 |

*Note*: Percentages represent the percentage of all survey respondents (281) that indicated they joined the NOPD for a particular reason.

### 4.    Managers and Supervisors

The second section of the survey asked officers for perceptions of their NOPD managers and supervisors.  Nearly every item yielded largely positive perceptions of managers and supervisors, with means above 3.0 (or a score of "Agree").  The majority of officers agreed or strongly agreed that officers in their district treat other officers the same regardless of gender (80.6%), race/ethnicity (75.2%), or sexual orientation (83.1%).  Table 4 displays that a large majority of officers agreed or strongly agreed that supervisors in their district treat officers the same regardless of gender (77.6%), race/ethnicity (75.2%), or sexual orientation (81.1%).  With respect to their immediate supervisor, most officers agreed or strongly agreed that they received regular feedback (80.8%) and consistently worked with the same supervisor (85.4%).  In considering their district/division commander, a majority of officers agreed or strongly agreed that the commander is open to new ideas (74.4%),



tries to improve NOPD relations with the community (81.8%), and is a good leader (78.8%). Nearly three quarters of the officers Agreed or Strongly Agreed that the then-current Superintendent of Police (Michael Harrison) was leading the NOPD in the right direction (73.6%).

**Table 4. Responses to Section II: Managers and Supervisors**

|  | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 9. Officers in my district treat other officers of differing genders the same. ($M$ = 3.21) | 11 (2.7) | 30 (7.5) | 194 (48.3) | 130 (32.3) |
| 10. Supervisors in my district treat officers of differing genders the same. ($M$ = 3.16) | 16 (4.0) | 38 (9.5) | 183 (45.5) | 129 (32.1) |
| 11. Within NOPD officers treat other officers of differing race/ethnicity the same. ($M$ = 3.08) | 11 (2.7) | 56 (13.9) | 194 (48.3) | 108 (26.9) |
| 12. Within NOPD supervisors treat officers of differing race/ethnicity the same. ($M$ = 3.08) | 11 (2.7) | 56 (13.9) | 194 (48.3) | 108 (26.9) |
| 13. Officers in my district treat officers of differing sexual orientations the same. ($M$ = 3.25) | 9 (2.2) | 21 (5.2) | 205 (51.0) | 129 (32.1) |
| 14. Supervisors in my district treat officers of differing sexual orientation the same. ($M$ = 3.27) | 8 (2.0) | 27 (6.7) | 186 (46.3) | 140 (34.8) |
| 15. My immediate supervisor gives me regular feedback on the quality of my work. ($M$ = 3.23) | 11 (2.7) | 39 (9.7) | 179 (44.5) | 146 (36.3) |
| 16. I consistently work with the same supervisor. ($M$ = 3.29) | 6 (1.5) | 29 (7.2) | 190 (47.3) | 153 (38.1) |
| 17. My district/division commander is open to new ideas and ways of thinking. ($M$ = 3.22) | 13 (3.2) | 45 (11.2) | 149 (37.1) | 150 (37.3) |



**Table 4. Responses to Section II: Managers and Supervisors**

| | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 18. My district/division commander is trying to improve NOPD relations with the community. ($M$ = 3.37) | 8 (2.0) | 20 (5.0) | 162 (40.3) | 167 (41.5) |
| 19. My district/division commander is a good leader. ($M$ = 3.35) | 9 (2.2) | 29 (7.2) | 144 (35.8) | 173 (43.0) |
| 20. The current Superintendent of Police is leading us in the right direction. ($M$ = 3.10) | 16 (4.0) | 48 (11.9) | 179 (44.5) | 117 (29.1) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

## 5. Personnel and Management Systems

In the third section of the survey, officers indicated their level of agreement to a series of items regarding NOPD personnel and management systems on the same four-point scale (Strongly Disagree to Strongly Agree; see Table 5). Perceptions of NOPD training during the academy were relatively neutral ($M$ = 2.59), though the most common response category was "Agree" (40.1%). Perceptions of field training were slightly more positive ($M$ = 2.76). A majority of officers agreed or strongly agreed that the performance evaluation system is fair (61.5%).

Officers were neutral on whether the civilian complaint system makes the NOPD more accountable with a relatively similar proportion of officers indicating they agreed or strongly agreed (48.6%) as disagreed or strongly disagreed (42.1%). The last three questions in the section asked for officer's perceptions of civilian complaints. A majority of respondents disagreed or strongly disagreed that the investigation of civilian complaints is fair (57.9%). A majority of officers (71.9%) agreed with the statement that most civilian complaints against officers are frivolous ($M$ = 3.12). Officers disagreed that their career has been negatively affected by civilian complaints ($M$ = 2.12). Similarly, a majority of officers disagreed or strongly disagreed that investigations by PIB are fair (53.5%). A large majority of officers agreed or strongly agreed that they understood what behavior would result in disciplinary action (85.3%). Additionally, a majority of officers agreed or strongly agreed that commanders would discipline them fairly if needed (81.6%). However, a



majority of officers indicated that they were afraid they would be punished for making an honest mistake (68.5%).

**Table 5. Responses to Section III: Personnel and Management Systems**

|  | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 21a. Today, NOPD trains newly hired officers well during Academy. ($M$ = 2.59) | 34 (8.5) | 123 (30.6) | 161 (40.1) | 42 (10.5) |
| 21b. Today, NOPD trains newly hired officers well during field training. ($M$ = 2.76) | 20 (5.0) | 94 (23.4) | 198 (49.3) | 49 (12.2) |
| 22. The performance evaluation system is fair. ($M$ = 2.71) | 33 (8.2) | 82 (20.4) | 204 (50.8) | 43 (10.7) |
| 23. The investigation of civilian complaints is fair. ($M$ = 2.18) | 91 (22.6) | 142 (35.3) | 96 (23.9) | 29 (7.2) |
| 24. The investigations that are conducted by NOPD's Public Integrity Bureau (PIB) are fair. ($M$ = 2.22) | 90 (22.4) | 125 (31.1) | 121 (30.1) | 24 (6.0) |
| 25. If disciplined, my commander would discipline me in a way that is fair. ($M$ = 3.21) | 11 (2.7) | 22 (5.5) | 209 (52.0) | 119 (29.6) |
| 26. As an officer, I understand what types of behavior will result in disciplinary action. ($M$ = 3.33) | 6 (1.5) | 20 (5.0) | 191 (47.5) | 152 (37.8) |
| 27. I am afraid I will be punished for making an honest mistake. ($M$ = 3.08) | 22 (5.5) | 73 (18.2) | 128 (31.9) | 147 (36.6) |
| 28. Most civilian complaints against officers are frivolous. ($M$ = 3.12) | 9 (2.2) | 64 (15.9) | 162 (40.3) | 127 (31.6) |



**Table 5. Responses to Section III: Personnel and Management Systems**

|  | Strongly Disagree *N* (%) | Disagree *N* (%) | Agree *N* (%) | Strongly Agree *N* (%) |
|---|---|---|---|---|
| 29. My career has been affected negatively by civilian complaints. (*M* = 2.12) | 92 (22.9) | 167 (41.5) | 70 (17.4) | 33 (8.2) |
| 30. The civilian complaint system makes the NOPD more accountable to the public. (*M* = 2.48) | 53 (13.2) | 116 (28.9) | 161 (40.1) | 34 (8.5) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item

## 6.     Community Policing and Police/Community Relations

The fourth section of the survey considered officers' perceptions of community policing and police-community relations in New Orleans, presented in Table 6.  A majority of officers agreed or strongly agreed that NOPD is a better organization than two years ago (65.9%).  An even larger majority of officers felt that the NOPD brings offenders to justice while respecting their rights (86.3%).  Additionally, a majority of officers felt that residents in their district trust the NOPD (68.2%) and that if they lived in their district that they would be satisfied with the police services provided (62.2%).

Overall, officers agreed that community residents respect police officers in their district (*M* = 2.85) and that the NOPD receives more support from the community than two years ago (*M* = 2.83).  An overwhelming majority of officers agreed or strongly agreed (85.6%) that their interactions influence the way the community perceives NOPD.  Generally, officers agreed that law enforcement strategies in their district positively impacted community relations (*M* = 3.12).  Similarly, officers agreed that youth programs improve community relations (*M* = 2.93) and reduce crime (*M* = 2.96).

Officers also rated the overall quality of NOPD services, and relationships between racial and ethnic groups within the New Orleans community.  Figure 1 presents officers perceptions of NOPD officers' treatment of individuals on the basis of race or ethnicity.  Most commonly, officers believed NOPD officers "Always" treated individuals the same regardless of race or ethnicity.  Overall, officers felt that the NOPD provided services that were good (*M* = 3.12). Additionally, officers indicated that relationships between racial and ethnic groups in the New Orleans community were also good (*M* = 3.05).



**Table 6. Responses to Section IV: Community Policing and Police/Community Relations**

|  | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 31. Community residents respect police officers in my district. ($M$ = 2.85) | 15 (3.7) | 70 (17.4) | 231 (57.5) | 47 (11.7) |
| 32. Generally, NOPD receives more support from the community than two years ago. ($M$ = 2.83) | 11 (2.7) | 81 (20.2) | 207 (51.5) | 46 (11.4) |
| 33. My interactions with civilians influence the way the community perceives NOPD. ($M$ = 3.40) | 1 (0.3) | 14 (3.5) | 183 (45.5) | 161 (40.1) |
| 34. Law enforcement strategies in my district positively impact relations with the community. ($M$ = 3.12) | 7 (1.7) | 33 (8.2) | 218 (54.2) | 90 (22.4) |
| 35. Youth programs improve relations between the NOPD and the community where I work. ($M$ = 2.93) | 30 (7.5) | 53 (13.2) | 172 (42.8) | 89 (22.1) |
| 36. Youth programs help reduce crime. ($M$ = 2.96) | 33 (8.2) | 55 (13.7) | 144 (35.8) | 107 (26.6) |
| 38. Today, the NOPD is a better organization than it was two years ago. ($M$ = 2.92) | 19 (4.7) | 63 (15.7) | 193 (48.0) | 72 (17.9) |
| 42. NOPD brings offenders to justice while respecting their rights and complying with the law. ($M$ = 3.30) | 3 (0.8) | 21 (5.2) | 208 (51.7) | 139 (34.6) |
| 45. Residents in my district trust the NOPD. ($M$ = 2.81) | 10 (2.5) | 73 (18.2) | 248 (61.7) | 26 (6.5) |
| 46. If I lived in my district I would be satisfied with the police services that are provided there. ($M$ = 2.72) | 37 (9.2) | 74 (18.4) | 204 (50.8) | 46 (11.4) |



**Table 6. Responses to Section IV: Community Policing and Police/Community Relations**

|  | Very Bad | Bad | Good | Very Good |
|---|---|---|---|---|
| 37. Overall, the NOPD provides services that are: ($M$ = 3.12) | 7 (1.7) | 22 (5.5) | 259 (64.4) | 80 (19.9) |
| 43. Overall, within the New Orleans community, how would you describe the quality of relationships among differing racial and ethnic groups? ($M$ = 3.05) | 5 (1.2) | 43 (10.7) | 239 (59.5) | 72 (17.9) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

**Figure 1. NOPD Officers Treatment based on Race/Ethnicity**



Table 7 shows officers' rating of police-community relations where they work on a scale from 1 (Very Negative) to 5 (Very Positive). A large proportion of respondents indicated that they believed police-community relations were positive (59.2%). When comparing police-community-relations over the past two years to relations today on a scale from 1 (Much Worse) to 5 (Much Better), similar proportions of officers indicated that relations were about the same (34.8%) or better (34.1%).



**Table 7. Officer Ratings of Community Relations**

| | Very Negative N (%) | Negative N (%) | Neither N (%) | Positive N (%) | Very Positive N (%) |
|---|---|---|---|---|---|
| Today, relations between the NOPD police and the community where I work are: (M = 3.91) | 8 (2.0) | 28 (7.0) | 3 (0.8) | 238 (59.2) | 52 (12.9) |
| | Much Worse | Worse | About the Same | Better | Much Better |
| Compared to two years ago, the relations between the NOPD and the community where I work are: (M = 3.67) | 2 (0.5) | 14 (3.5) | 140 (34.8) | 137 (34.1) | 58 (14.4) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

## 7.    Expectations about the Police Role

The fifth section of the survey asked officers for their expectations about the police role as shown in Table 8.  Officers were asked to rate how important 25 policing activities were on a scale from 1 (Not Important) to 4 (Very Important).  Items receiving the strongest positive responses included roles such as obtaining statements from witnesses (M = 3.66), dealing with street crime (M = 3.60), the legality/constitutionality of stops and searches (M = 3.66), and patrolling the streets (M = 3.61).  In contrast, activities receiving the most negative responses were conducting foot patrol, issuing traffic tickets, and dealing with noisy parties.

**Table 8. Responses to Section V: Expectations about the Police Role**

| *How important is each activity to you?* | Not Important N (%) | Not So Important N (%) | Important N (%) | Very Important N (%) |
|---|---|---|---|---|
| 47. Testifying in court (M = 3.48) | 6 (1.5) | 33 (8.2) | 110 (27.4) | 227 (56.5) |
| 48. Handling drunk driving offenders (M = 3.42) | 4 (1.0) | 23 (5.7) | 161 (40.1) | 190 (47.3) |
| 49. Obtaining statements from witnesses (M = 3.66) | 1 (0.3) | 3 (0.8) | 121 (30.1) | 253 (62.9) |
| 50. Making arrests (M = 3.37) | 2 (0.5) | 36 (9.0) | 162 (40.3) | 179 (44.5) |



**Table 8. Responses to Section V: Expectations about the Police Role**

| *How important is each activity to you?* | Not Important N (%) | Not So Important N (%) | Important N (%) | Very Important N (%) |
|---|---|---|---|---|
| 51. Dealing with domestic disputes (*M* = 3.33) | 4 (1.0) | 44 (11.0) | 147 (36.6) | 175 (43.5) |
| 52. Working with the community to make neighborhoods safer (*M* = 3.59) | 3 (0.8) | 12 (3.0) | 123 (30.6) | 240 (59.7) |
| 53. Responding to calls for service (*M* = 3.59) | 2 (0.5) | 6 (1.5) | 136 (33.8) | 233 (58.0) |
| 54. Talking to civilians to help identify problems (*M* = 3.52) | 2 (0.5) | 18 (4.5) | 139 (34.6) | 217 (54.0) |
| 55. Dealing with street crime (*M* = 3.60) | 4 (1.0) | 9 (2.2) | 121 (30.1) | 243 (60.5) |
| 56. Completing criminal offense reports (*M* = 3.59) | 1 (0.3) | 5 (1.2) | 136 (33.8) | 224 (55.7) |
| 57. Conducting foot patrol (*M* = 2.84) | 23 (5.7) | 105 (26.1) | 144 (35.8) | 94 (23.4) |
| 58. Providing crime prevention education to the public (*M* = 3.30) | 4 (1.0) | 37 (9.2) | 169 (42.0) | 156 (38.8) |
| 59. Working with juveniles (*M* = 3.20) | 11 (2.7) | 51 (12.7) | 156 (38.8) | 148 (36.8) |
| 60. Conducting drug raids (*M* = 3.06) | 11 (2.7) | 76 (18.9) | 158 (39.3) | 120 (29.9) |
| 61. Maintaining crowd control (*M* = 3.34) | 5 (1.2) | 31 (7.7) | 163 (40.6) | 166 (41.3) |
| 62. Stopping and searching suspects (*M* = 3.15) | 6 (1.5) | 60 (14.9) | 169 (42.0) | 128 (31.8) |
| 63. The legality/constitutionality of stops and searches (*M* = 3.66) | 3 (0.8) | 4 (1.0) | 104 (25.9) | 250 (62.2) |
| 64. Patrolling the streets (*M* = 3.61) | 1 (0.3) | 2 (0.5) | 137 (34.1) | 225 (56.0) |
| 65. General patrol duties (*M* = 3.56) | 1 (0.3) | 2 (0.5) | 153 (38.1) | 209 (52.0) |



**Table 8. Responses to Section V: Expectations about the Police Role**

| *How important is each activity to you?* | Not Important N (%) | Not So Important N (%) | Important N (%) | Very Important N (%) |
|---|---|---|---|---|
| 66. General traffic duties (M = 3.30) | 2 (0.5) | 42 (10.5) | 167 (41.5) | 154 (38.3) |
| 67. Controlling traffic (M = 3.17) | 4 (1.0) | 58 (14.4) | 177 (44.0) | 127 (31.6) |
| 68. Issuing traffic tickets (M = 2.87) | 13 (3.2) | 114 (28.4) | 147 (36.6) | 91 (22.6) |
| 69. Handling neighborhood disputes (M = 3.21) | 6 (1.5) | 50 (12.4) | 170 (42.3) | 138 (34.3) |
| 70. Controlling crowds at public events (M = 3.46) | 5 (1.2) | 22 (5.5) | 137 (34.1) | 200 (49.8) |
| 71. Dealing with noisy parties (M = 2.47) | 46 (11.4) | 159 (39.6) | 101 (25.1) | 59 (14.7) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.


## 8.    The Police Department and the Public

The next section of the survey contains a number of items regarding police officers' perceptions of the public, with responses are on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree).  Table 9 displays a varied response from NOPD officers.  While certain respondents agreed that people in society will harm cops if given the opportunity (M = 2.82) and that residents do not understand the problems NOPD officers face (M = 3.38), the majority of police respondents disagreed with the statement "I get tired of listening to civilians complain about everything" (M = 2.10).

**Table 9. Responses to Section VI: The Police Department and the Public**

| | Strongly Disagree N (%) | Disagree N (%) | Agree N (%) | Strongly Agree N (%) |
|---|---|---|---|---|
| 72. People in society will harm you as a cop, if you give them the opportunity. (M = 2.82) | 15 (3.7) | 113 (28.1) | 152 (37.8) | 77 (19.2) |
| 73. Most people are honest. (M = 2.46) | 36 (9.0) | 136 (33.8) | 175 (43.5) | 13 (3.2) |



**Table 9. Responses to Section VI: The Police Department and the Public**

| | Strongly Disagree N (%) | Disagree N (%) | Agree N (%) | Strongly Agree N (%) |
|---|---|---|---|---|
| 74. In an emergency, most community members would come to the aid of a police officer that needs assistance. (*M* = 2.49) | 31 (7.7) | 123 (30.6) | 173 (43.0) | 12 (3.0) |
| 75. In general, you should be suspicious of people. (*M* = 2.55) | 25 (6.2) | 143 (35.6) | 168 (41.8) | 29 (7.2) |
| 76. The community shows a lot of respect for the NOPD police. (*M* = 2.51) | 22 (5.5) | 141 (35.1) | 175 (43.5) | 13 (3.2) |
| 77. Residents do not understand the problems NOPD police officers face. (*M* = 3.38) | 4 (1.0) | 24 (6.0) | 168 (41.8) | 173 (43.0) |
| 78. Many residents try to make NOPD officers look bad. (*M* = 2.46) | 13 (3.2) | 192 (47.8) | 118 (29.4) | 28 (7.0) |
| 79. Most civilians have confidence in NOPD police. (*M* = 2.62) | 15 (3.7) | 117 (29.1) | 204 (50.8) | 13 (3.2) |
| 80. I get tired of listening to civilians complain about everything. (*M* = 2.10) | 73 (18.2) | 202 (50.3) | 60 (14.9) | 25 (6.2) |
| 81. The community doesn't appreciate what we at NOPD do for them. (*M* = 2.51) | 26 (6.5) | 166 (41.3) | 116 (28.9) | 45 (11.2) |
| 82. NOPD officers could do a better job if upper management did not interfere so much. (*M* = 2.67) | 28 (7.0) | 123 (30.6) | 117 (29.1) | 68 (16.9) |

Table 10 presents respondents who agreed that "Officers rarely get rewarded for doing a good job" (*M* = 3.17), "Landing a good NOPD assignment is based on 'who you know'" (*M* = 3.09), "Hard work can result in opportunities to get ahead within NOPD" (*M* = 2.80), "NOPD officers could do a better job if politicians did not interfere" (*M* = 3.06) and, "The media is interested in stories about the NOPD only when an officer gets in trouble" (*M* = 3.30).  These data provide somewhat conflicting results.  On one hand, officers report



that NOPD assignments and rewards are not based on merit (rarely rewarded for doing a good job and based on who you know).  On the other hand, 62.7% of officers agreed that opportunities they are based on merit (hard work results in opportunities to get ahead).  Respondents indicated negative perceptions of the media.  Specifically, officers disagreed with the statement "In general, the news media treat NOPD officers fairly" ($M = 2.14$).

**Table 10. Responses to Section VI: The Police Department and the Public (continued)**

| | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 83. Officers rarely get rewarded for doing a good job. ($M = 3.17$) | 6 (1.5) | 62 (15.4) | 162 (40.3) | 138 (34.3) |
| 84. Landing a good NOPD assignment is based on "who you know." ($M = 3.09$) | 14 (3.5) | 77 (19.2) | 133 (33.1) | 139 (34.6) |
| 85. If you make a mistake, NOPD will give you a second chance. ($M = 2.53$) | 37 (9.2) | 116 (28.9) | 189 (47.0) | 21 (5.2) |
| 86. Hard work can result in opportunities to get ahead within NOPD. ($M = 2.80$) | 27 (6.7) | 83 (20.7) | 189 (47.0) | 63 (15.7) |
| 87. NOPD officers could do a better job if politicians did not interfere. ($M = 3.06$) | 11 (2.7) | 81 (20.2) | 140 (34.8) | 125 (31.1) |
| 88. In general, the news media treat NOPD officers fairly. ($M = 2.14$) | 89 (22.1) | 160 (39.8) | 85 (21.1) | 28 (7.0) |
| 89. The media is interested in stories about the NOPD only when an officer gets in trouble. ($M = 3.30$) | 7 (1.7) | 57 (14.2) | 117 (29.1) | 179 (44.5) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

9.    **The Police Department and Ethical Policing Is Courageous (EPIC) Peer Intervention Program**

The final section of the survey asked respondents about their opinions of NOPD's Ethical Policing is Courageous (EPIC) peer intervention program.  EPIC is a department-wide peer intervention program designed to help officers prevent mistakes, prevent misconduct, and promote officer health and wellness through peer intervention.  NOPD officers were asked



to respond to questions about the NOPD EPIC training, as well as their understanding and implementation of the principles of peer intervention throughout the officers' policing career.

The first question asked respondents their level of agreement with the statement, "I have received NOPD's 'EPIC' peer intervention training" on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree).  337 officers indicated that they had received EPIC training, and 28 officers did not receive EPIC training.  Officers were then given a series of statements on their perceptions of the EPIC program and asked to indicate their level of agreement from 1 (Strongly Disagree) to 4 (Strongly Agree; see Table 11).  In general, officer perceptions of EPIC were positive.  A large majority of respondents agreed or strongly agreed that EPIC was useful in helping to understand peer intervention (88.5%), that EPIC had given them confidence to intervene (81.0%), that EPIC is helpful to NOPD officers (86.4%), and that EPIC is helpful to civilians dealing with NOPD (73.4%).

**Table 11. Officer Opinions of EPIC (Received EPIC ONLY)**

|  | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| 99. NOPD's EPIC training is useful in helping police officers understand the principles of peer intervention. ($M = 3.25$) | 8 (2.4) | 31 (9.2) | 166 (49.3) | 132 (39.2) |
| 100. My EPIC training has given me confidence to intervene when I am concerned about another officer's actions. ($M = 3.13$) | 12 (3.6) | 49 (14.5) | 158 (46.9) | 115 (34.1) |
| 101. NOPD EPIC training is helpful to NOPD officers. ($M = 3.22$) | 11 (3.3) | 35 (10.4) | 160 (47.5) | 131 (38.9) |
| 102. NOPD EPIC training is helpful to civilians dealing with NOPD officers. ($M = 3.01$) | 19 (5.6) | 66 (19.6) | 139 (41.3) | 108 (32.1) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

Finally, Table 12 presents a comparison of responses to the statement "During my policing career, I have taken action to prevent another officer from making a mistake, acting unprofessionally, or engaging in misconduct." Respondents reporting that they received



EPIC training indicated stronger agreement to this item (EPIC: $M$ = 3.27; no EPIC: $M$ = 2.89). Furthermore, this difference is statistically significant ($t$(346) = -2.60, $p$ < 0.01), indicating that EPIC training is effective in giving officers the confidence and skills to intervene with troubled peers.

**Table 12. Peer Intervention Comparison**

| During my policing career, I have taken action to prevent another officer from making a mistake, acting unprofessionally or engaging in misconduct: | Strongly Disagree<br>$N$ (%) | Disagree<br>$N$ (%) | Agree<br>$N$ (%) | Strongly Agree<br>$N$ (%) |
|---|---|---|---|---|
| Received EPIC: ($M$ = 3.27) | 8 (2.4) | 28 (8.3) | 154 (45.7) | 131 (38.9) |
| Did not Receive EPIC: ($M$ = 2.89) | 2 (7.1) | 5 (17.9) | 14 (50.0) | 6 (21.4) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score is in parentheses next to the item.

### C.   DETAINEE SURVEY (2018)

The Monitoring Team surveyed 69 individuals recently arrested by the NOPD between December 4-8, and 11-12, 2018. Individuals agreeing to participate were asked a number of questions regarding their perceptions of the NOPD, NOPD officers, and the incident that led to their detention. The findings are summarized here:

- Detainees were neutral when asked about their level of satisfaction with the NOPD, whether NOPD officers did their jobs the right way, and whether NOPD officers were generally respectful, polite, and listened.

- Detainees were not satisfied with how NOPD officers generally treated them and did not generally have trust or have confidence in NOPD officers.

- While detainees were neutral in their perceptions of NOPD's professionalism, community relations, and respectfulness, they leaned positive in their perceptions of how the NOPD has changed over the past two years.

- For detainees, a larger proportion report agreement with the statement that NOPD use of force has increased in recent years and that NOPD officers may routinely use excessive force.



- Detainees did not believe the NOPD treated the Black community fairly and believed that the NOPD engaged in racial profiling, but had neutral perceptions of NOPD's treatment of the Latino community, the Vietnamese community, and the LGBTQ community.

- Detainees indicated that the NOPD officer explained the stop, allowed them to communicate, and did his or her job during the interaction that led to their current detention.

- Detainees indicated that the NOPD officer explained the reason for arrest, treated them fairly, and informed them of their rights during the interaction that led to their current detention.

In sum, when asked about the most recent interaction that led to their current detention, respondents' perceptions were relatively positive.

### 1.    Detainee Survey Methodology

Data for this report come from a population of 69 individuals detained by the NOPD and transported to the Orleans Parish Sheriff's Office Jail.  Interviewers were on site 6:00PM-12: 30AM on Tuesday, December 4th through Thursday, December 6th, 2018, and Tuesday, December 11th and Wednesday, December 12th, 2018.  Detainees were asked to speak with the OCDM survey team in the holding area of the Orleans Parish Sheriff's Office (OPSO) Jail. When a NOPD officer would bring an arrestee to the jail, he or she was approached by a trained interviewer and asked to participate in a survey about the NOPD and his or her arrest.  The selection criteria for participating in the survey were (i) being arrested by an NOPD officer,[16] (ii) presence in the holding area during data collection (Tuesday-Thursday, 6PM to ~12:30AM), and (iii) English-speaking.  OPSO staff assisted the Monitoring Team with access to the detained individuals located in OPP. During the 2018 jail survey, no translated interviews were requested by OPSO staff assisting with access, or the interviewing of respondents.

The interviews were conducted in private cells within the holding area.  An interviewer explained the reason and goals of the interview, confidentiality, and that participation was voluntary.  Two interviewers, trained to engage the respondent and record answers on a paper form, conducted the interview. Each interview was observed or supervised by a

---

[16]    Subjects brought in by state patrol or another parish, for example, were ineligible.



member of the Monitoring Team.  The style of the interviews was a standardized, structured script instrument.  The interviewers were female, white and black community members, aged 31-51, experienced in qualitative data collection.  The interviews were conducted in English (no translation requested) and lasted between 10 and 25 minutes.  Individuals agreeing to participate were asked about their perceptions of the NOPD, NOPD officers, and the incident that led to their detention.

### 2.    Demographic Characteristics

As can be seen in Table 1, detained respondents were predominately male (73.9%), black (59.4%), and a resident of New Orleans (71.0 %).  Figure 1 shows a breakdown of the demographic distribution.  The sample was also relatively young with an average age of 25.8 years old.  Five participants (7.3%) identified as a member of the LGBTQ community. Individuals were asked how many times they had been arrested or stopped in the past six months or two years (see Appendix A).  Many individuals in this sample reported repeated contact with the NOPD.

**Table 1. Respondent Demographic Characteristics**

|  | N | % |
| --- | --- | --- |
| Gender |  |  |
| Male | 51 | 73.9 |
| Female | 16 | 23.2 |
| Race |  |  |
| White | 17 | 24.6 |
| Black | 41 | 59.4 |
| Latino/Hispanic | 2 | 2.9 |
| Other | 7 | 10.1 |
| New Orleans Resident | 49 | 71.0 |
| How long? | Mean = 25.8 years |  |
| Identify as LGBTQ | 5 | 7.3 |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing.



### 3.      General Attitudes Toward NOPD Officers

The first section of the survey focused on arrestees' general perceptions of NOPD officers. Participants indicated beliefs about/attitudes towards NOPD officers on a scale from 1 (Strongly Disagree) to 5 (Strongly Agree).  Table 2 presents these items.  The mean is presented in parentheses in the left column after the statement, presenting an overall estimate of the level of agreement with the statement.  The columns on the right side of the table reflect how responses were distributed or clustered.  In sum, the detainees surveyed were relatively neutral when asked about their level of satisfaction with the NOPD, whether NOPD officers did their jobs the right way, and whether NOPD officers were respectful, polite, and listened to the detainee. However, when asked about NOPD's treatment of the detainee, their trust in NOPD, and their confidence in NOPD, their responses were substantially more negative.

The midpoint of this five-point scale falls at a value of three.  Seven of the 10 items had mean values below this midpoint, or relatively neutral.  The only items with higher mean values related to NOPD officers' levels of respect and politeness.  More respondents either agreed or strongly agreed (43.5%) that NOPD officers do their jobs the right way than disagreed or strongly disagreed (39.1%).  Similarly, more respondents agreed or strongly agreed (42.0%) that they were satisfied with the way NOPD officers handle themselves than disagreed or strongly disagreed (40.5%).  Relatively more negative responses were found for the items "I am satisfied with the way NOPD officers treat me," "I trust NOPD officers," "I have confidence in NOPD officers," and "I am satisfied with the way NOPD officers do their jobs."  For these four items, the mean score was substantially below the midpoint and had greater proportions of respondents indicating they disagreed or strongly disagreed than agreed or strongly agreed.

**Table 2. Detainees' attitudes toward NOPD officers**

|  | Strongly Disagree (1) | Disagree (2) | Neither Agree/ Disagree (3) | Agree (4) | Strongly Agree (5) |
|---|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 1. Generally, NOPD officers do their jobs the right way. ($M = 2.85$, $N$=68) | 15 (21.7) | 12 (17.4) | 11 (15.9) | 28 (40.6) | 2 (2.9) |
| 2. I am satisfied with the way NOPD officers handle themselves. ($M = 2.91$, $N$=68) | 11 (15.9) | 17 (24.6) | 11 (15.9) | 25 (36.2) | 4 (5.8) |



**Table 2. Detainees' attitudes toward NOPD officers**

|  | Strongly Disagree (1) | Disagree (2) | Neither Agree/ Disagree (3) | Agree (4) | Strongly Agree (5) |
|---|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| 3. When dealing with me, NOPD officers treat me with respect. ($M = 3.26$, $N$=69) | 9 (13.0) | 12 (17.4) | 6 (8.7) | 36 (52.2) | 6 (8.7) |
| 4. When dealing with me, NOPD officers are polite. ($M = 3.19$, $N$=69) | 8 (11.6) | 13 (18.8) | 10 (14.5) | 34 (49.3) | 4 (5.8) |
| 5. In general, NOPD officers are polite when dealing with the general public. ($M = 3.12$, $N$=69) | 9 (13.0) | 15 (21.7) | 8 (11.6) | 33 (47.8) | 4 (5.8) |
| 6. Generally, NOPD officers listen to me. ($M = 2.93$, $N$=69) | 8 (11.6) | 22 (31.9) | 9 (13.0) | 27 (39.1) | 3 (4.4) |
| 7. I am satisfied with the way NOPD officers treat me. ($M = 2.77$, $N$=69) | 14 (20.3) | 19 (27.5) | 8 (11.6) | 25 (36.2) | 3 (4.4) |
| 8. I trust NOPD officers. ($M = 2.23$, $N$=69) | 24 (34.8) | 21 (30.4) | 9 (13.0) | 14 (20.3) | 1 (1.5) |
| 9. I have confidence in NOPD officers. ($M = 2.44$, $N$=69) | 18 (26.1) | 24 (34.8) | 6 (8.7) | 20 (29.0) | 1 (1.5) |
| 10. I am satisfied with the way NOPD officers do their job. ($M = 2.63$, $N$=68) | 16 (23.2) | 19 (27.5) | 8 (11.6) | 24 (34.8) | 1 (1.5) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.



Table 3 includes items rated on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree) rather than from 1 to 5.  Thus, for these items there is no neutral response category and the detainees are forced either to agree or disagree.  A majority of respondents indicated that they either strongly disagreed or disagreed that NOPD officers were trustworthy (66.7%), that NOPD officers followed procedures (52.2%), and that they were satisfied with how NOPD officers behaved (55%).  By contrast, the most common response categories for the statement "NOPD officers harass people during police stops," was "Disagree" (37.7%) and "Agree" (36.2%).

**Table 3. Detainees' perceptions of NOPD**

|  | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| I feel NOPD officers are trustworthy. ($M = 1.99$, $N$=67) | 24 (34.8) | 22 (31.9) | 19 (27.5) | 2 (2.9) |
| I believe police officers follow New Orleans Police Department procedures. ($M = 2.20$, $N$=67) | 18 (26.1) | 18 (26.1) | 30 (43.5) | 1 (1.5) |
| I was satisfied with how NOPD officers behave in New Orleans. ($M = 2.16$, $N$=67) | 19 (27.5) | 19 (27.5) | 28 (40.6) | 1 (1.5) |
| NOPD officers harass people during police stops. ($M = 2.63$, $N$=65) | 4 (5.8) | 26 (37.7) | 25 (36.2) | 10 (14.5) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

The survey of detainees also asked for respondents' perceptions of how they believed NOPD officers would treat them during an interaction (see Table 4).  The large proportion of respondents disagreed or strongly disagreed (55.1%) that NOPD officers would treat them with dignity.  However, a large proportion of respondents either agreed or strongly agreed that an NOPD officer would treat them with respect (56.5%) and would be polite (58.0%).



**Table 4. Detainees' perceptions of how NOPD officers would treat them**

| | Strongly Disagree *N* (%) | Disagree *N* (%) | Agree *N* (%) | Strongly Agree *N* (%) |
|---|---|---|---|---|
| A NOPD officer would treat me with dignity. (*M* = 2.22, *N*=66) | 14 (20.3) | 24 (34.8) | 27 (39.1) | 1 (1.5) |
| A NOPD officer would treat me with respect. (*M* = 2.47, *N*=66) | 10 (14.5) | 17 (24.6) | 37 (53.6) | 2 (2.9) |
| An NOPD police officer would be polite when dealing with me. (*M* = 2.58, *N*=65) | 6 (8.7) | 19 (27.5) | 36 (52.2) | 4 (5.8) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

## 4.      General Attitudes Toward the NOPD

In addition to items asking the detainees about their perceptions of NOPD officers, items also asked for participants' perceptions of the NOPD as an agency.  Figure 2 presents the first of these items, which asks detainees how well the NOPD is doing its job.  The results indicate a positive perception of the NOPD overall with the most common response category being "Adequately" and the second most common response category being "Well."



**Figure 2. Detainees' perceptions of NOPD job quality**



Table 5 presents that a majority of detainees indicated that they agreed or strongly agreed that they respected the NOPD (68.2%). However, a majority of respondents disagreed or strongly disagreed that they trusted the NOPD (62.4%). Similarly, a majority of participants indicated that they disagreed or strongly disagreed that they had confidence in the NOPD (59.4%). Responses to the item, "The NOPD tries to be fair when policing the community," were more evenly split with the two most common response categories being "Disagree" (30.4%) or "Agree" (46.4%). Thus, detainees' perceptions of the NOPD were decidedly mixed. It appears that detainees are neutral on respecting the NOPD and believing the NOPD is fair when policing the community, but they do not trust the NOPD and do not have confidence in the NOPD.

**Table 5. Detainees' perceptions of NOPD**

| | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| I respect the New Orleans Police Department. ($M = 2.54$, $N$=68) | 13 (18.8) | 8 (11.6) | 44 (63.8) | 3 (4.4) |
| I trust the New Orleans Police Department. ($M = 1.97$, $N$=68) | 21 (30.4) | 29 (42.0) | 17 (24.6) | 1 (1.5) |
| I have confidence in the New Orleans Police Department. ($M = 2.19$, $N$=68) | 15 (21.7) | 26 (37.7) | 26 (37.7) | 1 (1.5) |



**Table 5. Detainees' perceptions of NOPD**

|  | Strongly Disagree<br>*N* (%) | Disagree<br>*N* (%) | Agree<br>*N* (%) | Strongly Agree<br>*N* (%) |
|---|---|---|---|---|
| The NOPD tries to be fair when policing the community. (*M* = 2.40, *N*=67) | 11 (15.9) | 21 (30.4) | 32 (46.4) | 3 (4.4) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

Table 6 examines detainees' perceptions of the NOPD's professionalism, community relations, and respectfulness. For the first two questions, detainees most commonly responded in the middle category indicating that the NOPD is sometimes professional (62.3%) and that community relations are sometimes positive (52.2%). While the issue of respectfulness was measured with five categories, the middle category again received the most responses, indicating that detainees most commonly thought that NOPD officers sometimes treat *the detainees and their* friends and family with respect (30.4%). However, for this question, receiving almost as many responses, was that officers often treat the detainees' friends and family with respect (29.0%).

Table 7 presents responses to similar questions about professionalism, community relations, and respectfulness, but asks respondents to reflect on how the NOPD has changed over the past two years.

**Table 6. Detainees' perceptions of NOPD professionalism, community relations, and respectful treatment.**

|  | Never Professional<br>*N* (%) | Sometimes Professional<br>*N* (%) | Always Professional<br>*N* (%) |
|---|---|---|---|
| I would like to know if you think the NOPD is professional. Officers are:<br>(*M* = 2.09, *N*=69) | 10 (14.5) | 43 (62.3) | 16 (23.2) |
|  | Never Positive<br>*N* (%) | Sometimes Positive<br>*N* (%) | Always Positive<br>*N* (%) |
| How would you describe relations between NOPD and your community? (*M* = 1.82, *N*=68) | 22 (31.9) | 36 (52.2) | 10 (14.5) |



**Table 6. Detainees' perceptions of NOPD professionalism, community relations, and respectful treatment.**

|  | Never treat us with respect | Seldom treat us with respect | Sometimes treat us with respect | Often treat us with respect | Always treat us with respect |
|---|---|---|---|---|---|
|  | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) | $N$ (%) |
| Please tell me which statement best describes how NOPD officers treat you, your friends, and family members. Officers: ($M = 3.12$, $N=67$) | 10 (14.5) | 8 (11.6) | 21 (30.4) | 20 (29.0) | 8 (11.6) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

**Table 7. Comparison of detainees' perceptions of professionalism, treatment, and respectfulness**

| Compared to 2 years ago: | Much less professional today $N$ (%) | Slightly less professional today $N$ (%) | About the same as two years ago $N$ (%) | Somewhat more professional today $N$ (%) | Much more professional today $N$ (%) |
|---|---|---|---|---|---|
| NOPD officers are: (professionalism, $M = 3.26$, $N=65$) | 8 (11.6) | 9 (13.0) | 21 (30.4) | 12 (17.4) | 15 (21.7) |

|  | Much worse $N$ (%) | Somewhat worse $N$ (%) | About the same $N$ (%) | Somewhat better $N$ (%) | Much better $N$ (%) |
|---|---|---|---|---|---|
| How would you describe the relationship between NOPD and your community? ($M = 3.06$, $N=67$) | 10 (14.5) | 9 (13.0) | 24 (34.8) | 15 (21.7) | 9 (13.0) |



| | Much less respectful today $N$ (%) | Somewhat less respectful today $N$ (%) | About the same as two years ago $N$ (%) | Somewhat more respectful today $N$ (%) | Much more respectful today $N$ (%) |
|---|---|---|---|---|---|
| NOPD officers are: (respect, $M$ = 3.15, $N$=65) | 7 (10.1) | 5 (7.3) | 31 (44.9) | 15 (21.7) | 7 (10.1) |

| | Much worse $N$ (%) | Somewhat worse $N$ (%) | About the same $N$ (%) | Somewhat better $N$ (%) | Much better $N$ (%) |
|---|---|---|---|---|---|
| How do NOPD officers treat minorities compared to others? ($M$ = 3.00, $N$=48) | 7 (10.1) | 7 (10.1) | 21 (30.4) | 5 (7.3) | 8 (11.6) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

When responding to questions of police professionalism, detainees most commonly indicated that NOPD's professionalism was about the same as two years ago (30.4%). However, the second most common response was that the NOPD was much more professional today (21.7%). In considering community relations, the most common response was that community relations were about the same (34.8%), however, the second most common response was that relations between the NOPD and the community are somewhat better today (21.7%). Finally, a similar pattern emerged regarding NOPD's respectfulness, with "about the same" (44.9%) receiving the most responses and "somewhat more respectful today" (21.7%) receiving the second most responses. In sum, detainees were relatively neutral on NOPD's professionalism, community relations, and respectfulness, but leaned more positive in their perceptions.



**Table 8. Detainees' perceptions of NOPD use of force**

| | Strongly Disagree N (%) | Disagree N (%) | Agree N (%) | Strongly Agree N (%) |
|---|---|---|---|---|
| NOPD police use of force has increased in recent years. ($M = 2.68$, $N$=65) | 1 (1.5) | 27 (39.1) | 29 (42.0) | 8 (11.6) |
| NOPD officers routinely use excessive force. ($M = 2.67$, $N$=66) | 0 (0.0) | 31 (44.9) | 26 (37.7) | 9 (13.0) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

Table 8 includes two questions about perceptions of NOPD's use of force.

Large proportions of respondents either agreed or strongly agreed that NOPD use of force has increased in recent years. In 2018, approximately more than half (53.6%) of detainees (37 respondents) reported "Strongly Agree" 1 or "Agree" 2 for the statement "NOPD police use of force has increased in recent years." A slightly smaller proportion, 50.7% reported agreement with the statement "NOPD officers routinely use excessive force." However, it can be noted the most common response category for the item asking about routinely using excessive force was "disagree" (44.9%).

## 5.    Perceptions of NOPD Treatment of Minorities

Table 9 presents detainees' responses to a series of questions regarding NOPD's treatment of minorities. Items were scored from 1 (Strongly Disagree) to 4 (Strongly Agree). A large proportion of respondents commonly indicated they had no opinion. Specifically, the most common responses regarding the treatment of members of the Black community were "strongly disagree" (23.2%) and "disagree" (27.5%), and the most common responses regarding a belief in racial profiling were "agree" (44.9%) and "strongly agree" (20.3%). Thus, detainees tended to think that NOPD officers treat members of the Black community unfairly and believed that the NOPD engaged in racial profiling.

Other items in Table 9 reflect perceptions of NOPD officers' treatment of the Latino community, the Vietnamese community, and the LGBTQ community. For all three items the most common response categories were "agree" and "disagree." Both the "strongly disagree" and "strongly agree" categories received only a small proportion of responses.



**Table 9. Detainees' perceptions of NOPD treatment of minorities**

| *New Orleans police officers:* | Strongly Disagree *N* (%) | Disagree *N* (%) | Agree *N* (%) | Strongly Agree *N* (%) | No Opinion *N* (%) |
|---|---|---|---|---|---|
| Treat members of the Black community fairly. (*M* = 2.13, *N*=54) | 16 (23.2) | 19 (27.5) | 15 (21.7) | 4 (5.8) | 15 (21.7) |
| Treat members of the Latino community fairly. (*M* = 2.24, *N*=33) | 8 (11.6) | 12 (17.4) | 10 (14.5) | 3 (4.4) | 36 (52.2) |
| Treat members of the Vietnamese community fairly. (*M* = 2.50, *N*=30) | 3 (4.4) | 12 (17.4) | 12 (17.4) | 3 (4.4) | 39 (56.5) |
| Treat members of the Lesbian, Gay, Bisexual, Transgender and Queer (LGBTQ) community fairly. (*M* = 2.19, *N*=36) | 7 (10.1) | 17 (24.6) | 10 (14.5) | 2 (2.9) | 33 (47.8) |
| Engage in racial profiling. (*M* = 3.07, *N*=54) | 1 (1.5) | 8 (11.6) | 31 (44.9) | 14 (20.3) | 15 (21.7) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item. In calculating mean score, "No Opinion" was treated as missing. 2018 Detainee sample demographics: White: 24.6% Black: 59.4% Latino: 2.9% Other: 10.1% Male: 73.9% Female: 23.2% Member of LBGTQ Community: 7.2%

## 6.      Perceptions of Arrest

Detainees were also asked about perceptions of the encounter that led to their arrest. That is, while earlier questions examined detainees' perceptions of NOPD officers, the NOPD as an agency, or NOPD's treatment of minorities, the following items were specific to the incident that led to the detainee's presence in jail at the time of the survey. Table 10 presents responses to three items that were measured on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree). First, detainees were asked if the officer explained the reason for their stop that led to the arrest. The large number of detainees agreed with this statement (53.6%) and the mean item score was 2.56. Next, detainees were asked if the NOPD officer gave them a chance to explain their situation. While the mean item score was below the midpoint (*M* = 2.38), the most common response was "Agree" (46.4%). Finally, detainees were asked if the NOPD officer did his or her job. The proportion of respondents also agreed with this statement (58.0%) and the mean item score was slightly above the



midpoint ($M = 2.58$). Thus, while responses to items in the previous sections asking for general perceptions of the NOPD were neutral to slightly negative, respondents indicated slightly positive perceptions of the encounter that led to their arrest.

**Table 10. Detainees' perceptions of officer behavior during arrest**

|  | Strongly Disagree <br> $N$ (%) | Disagree <br> $N$ (%) | Agree <br> $N$ (%) | Strongly Agree <br> $N$ (%) |
|---|---|---|---|---|
| If I was stopped or questioned by an NOPD officer, the police officer explained the reasons why. ($M = 2.56$, $N$=64) | 9 (13.0) | 14 (20.3) | 37 (53.6) | 4 (5.8) |
| When dealing with me, the NOPD officer gave me a chance to explain the situation. ($M = 2.38$, $N$=65) | 13 (18.8) | 17 (24.6) | 32 (46.4) | 3 (4.4) |
| Overall, the NOPD officer did his or her job. ($M = 2.58$, $N$=64) | 9 (13.0) | 12 (17.4) | 40 (58.0) | 3 (4.4) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

As an alternative approach to examining perceptions of the detainees' arrest, Table 11 presents the results from a series of items examining yes or no responses to different characteristics of the arrest. For example, the first item asks detainees to answer yes or no to the question "Did the officer explain why you were stopped?" In response a large number of detainees indicated that the officer had explained the reason for the stop (53.6%). Similarly, a majority of respondents indicated that the officer explained why the detainee was arrested (78.3%), that they understood why they were in jail (89.9%), that the police treated them fairly (65.2%), and that the officer informed them of their rights (79.7%). Furthermore, a majority of respondents indicated that they did not have any problems communicating with the officer (71.0%), that the officer did not threaten them physically (91.3%), that the officer did not use force to arrest them (79.7%), that they did not physically resist the officer (92.8%), and that they were not hurt interacting with the officer (87.0%).

In sum, detainees' responses to questions indicate that officers were doing their job appropriately during their arrests. In fact, only 10 subjects indicate the officer did not inform them of their rights and, while eleven detainees indicated that force was used against them, only two indicated that they physically resisted the officer. These findings may be caveated by two points. First, respondents indicating they were not informed of



their rights may be individuals who expected to be read their Miranda rights when they were arrested because it is frequently done on television, when in reality officers are only required to read these rights when interrogating a suspect. Second, policing experts and officers may define refusal of commands, pulling away, or fleeing the scene as resistance, while community members view resistance in a more physical manner as an individual fighting the officer.

**Table 11. Detainees' perceptions of arrest**

|  | No | Yes |
|---|---|---|
|  | *N* (%) | *N* (%) |
| Did the officer(s) explain why you were stopped? | 18 (26.1) | 37 (53.6) |
| Did the officer(s) explain why you were arrested? | 7 (10.1) | 54 (78.3) |
| Do you understand why you are in jail today? | 5 (7.3) | 62 (89.9) |
| Did the police treat you fairly? | 22 (31.9) | 45 (65.2) |
| Did you have any problems communicating with the officer? | 49 (71.0) | 18 (26.1) |
| Did the officer inform you of your rights? | 10 (14.5) | 55 (79.7) |
| Did an officer threaten you physically? | 63 (91.3) | 4 (5.8) |
| Did an officer use force to arrest you? | 55 (79.7) | 11 (15.9) |
| Did you physically resist the officer? | 64 (92.8) | 2 (2.9) |
| Were you hurt when interacting with the officer? | 60 (87.0) | 7 (10.1) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing.

## 7.    Future Behavior

The last section examines detainees' responses to two items that measure willingness to contact NOPD in the future, on a scale from 1 (Strongly Disagree) to 4 (Strongly Agree). The most common response to both if detainees would report dangerous or suspicious activity to the NOPD and if detainees would call the NOPD if they witnessed a crime was "Agree" (53.6% and 43.5%, respectively). However, the second most common response was "Disagree" (26.1% and 33.3%, respectively).



**Table 12. Detainees' willingness to contact NOPD in the future**

| | Strongly Disagree $N$ (%) | Disagree $N$ (%) | Agree $N$ (%) | Strongly Agree $N$ (%) |
|---|---|---|---|---|
| I would report a dangerous or suspicious activity to the NOPD. ($M$ = 2.50, $N$=67) | 9 (13.0) | 18 (26.1) | 37 (53.6) | 3 (4.4) |
| I would call the NOPD if I witnessed a crime. ($M$ = 2.32, $N$=67) | 12 (17.4) | 23 (33.3) | 30 (43.5) | 2 (2.9) |

*Note:* Percentages do not sum to 100 because nonresponse was treated as missing. The mean score and number of respondents for each item are presented in parentheses next to the item.

| Scale | | | 2.51 | 2.43 |
|---|---|---|---|---|



# VIII.  Appendixes

## A.  Appendix A:  Police Officer Survey Distribution and Graphs

| WEEK 1 | WEEK 1 | WEEK 1 | WEEK 1 | WEEK 1 |
|---|---|---|---|---|
| DISTRICT/PLATOON | DATE | NO. # OF SURVEYS COLLECTED | DATE | NO. # OF SURVEYS COLLECTED |
| COMPLIANCE | 10/24/18 | 7 | | |
| HOMICIDE | 10/24/18 | 4 | 10/25/18 | 11 |
| SVS-HQ | 10/24/18 | 1 | 10/25/18 | 0 |
| SPECIAL EVENTS | 10/24/18 | 0 | 10/26/18 | 0 |
| APR UNIT | 10/24/18 | 11 | 10/26/18 | 3 |
| SOD | 10/25/18 | 42 | | |
| PIB | 10/25/18 | 14 | | |
| SUPT. OFFICE | 10/25/18 | 2 | | |
| 8TH DISTRICT | 10/26/18 | 10 | | |
| WEEK 2 | WEEK 2 | WEEK 2 | | |
| DISTRICT/PLATOON | DATE | NO. # OF SURVEYS COLLECTED | | |
| 1A | 10/29/18 | 10 | | |
| 1B | 10/29/18 | 11 | | |
| 1C | 10/29/18 | 12 | | |
| 2A | 10/30/18 | 8 | | |
| 2B | 10/30/18 | 12 | | |
| 2C | 10/30/18 | 11 | | |
| 3A | 10/31/18 | 5 | | |
| 3B | 10/31/18 | 7 | | |
| 3C | 10/31/18 | 6 | | |
| 4A | 11/16/18 | 10 | | |
| 4B | 11/1/18 | 9 | | |
| 4C | 11/1/18 | 9 | | |
| 5A | 11/2/18 | 10 | | |
| 5B | 11/2/18 | 8 | | |
| 5C | 11/2/18 | 11 | | |



| WEEK 3 | WEEK 3 | WEEK 3 |
|---|---|---|
| DISTRICT/PLATOON | DATE | NO. # OF SURVEYS COLLECTED |
| 6A | 11/6/18 | 8 |
| 6B | 11/5/18 | 9 |
| 6C | 11/5/18 | 9 |
| 7A | 11/6/18 | 11 |
| 7B | 11/6/18 | 9 |
| 7C | 11/6/18 | 11 |
| 8A | 11/7/18 | 7 |
| 8B  COMPLETED 10/26/18 | 11/7/18 | 0 |
| 8C | 11/7/18 | 6 |
| 8BOURBON | 11/13/18 | 10 |
| WEEK 4 | WEEK 4 | WEEK 4 |
| DISTRICT/PLATOON | DATE | NO. # OF SURVEYS COLLECTED |
| TRAFFIC | 11/15/18 | 5 |
| SVS-FJ | 11/12/18 | 5 |
| DISTRICT ATTORNEY SECTION | 11/12/18 | 2 |
| JUVENILE SECTION | 11/12/18 | 2 |
| CENTRAL EVIDENCE & PROPERTY | 11/16/18 | 4 |
| CRIME LAB | 11/16/18 | 6 |
| EDUCATION & TRAINING | 11/14/18 | 15 |
| RECRUITMENT | 11/14/18 | 6 |



| OTHER | | NO. # OF SURVEYS COLLECTED |
|---|---|---|
| 7TH DISTRICT A | | 1 |
| ISB | | 1 |
| FOB- HQ | | 2 |
| MSB-HQ | | 4 |
| ISB | 10/29/18 | 1 |
| COMPLIANCE | 11/6/18 | 1 |
| 6TH DISTRICT DURING COMMUNITY MEETING | 11/15/18 | 7 |
| HQ | 11/16/18 | 3 |
| ISB | 11/16/18 | 7 |
| 6TH DISTRICT NIGHTWATCH | 11/15/18 | 6 |
| TOTAL | | 402 |



**B.**   **Appendix B:  Detainee Survey Graphs**

**Detainees stopped in last 2 years**





**Detainees stopped in last 6 months**





**Detainees arrested in last 2 years**





**Detainees arrested in last 6 months**





### C.       Appendix C:  Detainee Survey References

- Fagan, J. & Tyler, T.R. (2005). Legal socialization of children and adolescents. *Social Justice Research, 18*, 217-241.
- Hirschi, T. & Gottfredson, M. (1983). Age and the explanation of crime. *American Journal of Sociology, 89,* 552-584.
- President's Task Force on 21st Century Policing. (2015). *Final Report of the President's Task Force on 21st Century Policing*. Washington, D.C.: Office of Community Oriented Policing Services.
- Tyler, T.R. (1990). *Why people obey the law.* New Haven, CT: Yale University Press.



### D.  Appendix D: Community Survey Neighborhoods

Algiers Point
Audubon
Behrman
Bywater
City Park
East Riverside
Filmore
Florida
French Quarter
Gentilly Woods
Lake Terrace & Oaks
Leonidas
Little Woods
Lower 9th Ward
Lower Garden District
Marigny
Marlyville/Fontainebleau
McDonogh
MidCity
Milan
Milneburg
Old Aurora
Plum Orchard
Seventh Ward
St. Claude
St. Roch
Tall Timbers/Brechtel
U.S. Naval Support Area



### E.    Appendix E: Comparison of City and Survey Demographics

| | Survey % | Orleans Parish % 2012-2016 ACS Projections by Data Center | 2010 Census |
|---|---|---|---|
| **Gender** | | | |
| Male | 53.5 | **47.8** | |
| Female | | **52.2** | |
| **Race/Ethnicity** | | | |
| Black | 59.9 | **59.3** | 59.6 |
| Asian | | **2.9** | 2.9 |
| White | | **30.6** | 30.5 |
| Latino/Hispanic | | **5.5** | 5.2 |
| Other (American Indian, Two Races, Other) | | **1.8** | 59.6 |
| **Education** | | | |
| Less than 9th | | **3.9** | |
| (9-12th, no diploma) Some High School | | **10.5** | |
| Finished High School/GED | 21.4 | **23.3** | |
| Some College | 22.8 | **24.9** | |
| (Associates or Bachelors) Finished College Degree | 29.3 | **23.7** | |
| Graduate or Professional Degree | | **11.4** | |
| **Marital Status** ACS 2017 5-year Population 15 Years and Over | | | |
| Single | | **67** | |
| Married | 48.1 | **33** | |
| Divorced | | | |
| Partnered | | | |
| Widowed | | | |
| **Own Home** Owner occupied/renter-occupied | | | |
| Own | 69.5 | **46.4** | |
| Rent | 29.7 | **53.6** | |