United States District Court, Eastern District of Louisiana.

RECEIVED
NOV 12 2019
Legal Programs Department

SCANNED at LSP and Emailed
11-12-19 by KB  315 pages
date    initials  No.

TENDERED FOR FILING
NOV 12 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 12 2019
WILLIAM W. BLEVINS
CLERK

No. 2:12-01924 E(2)

U.S. District Court Honorable Judge Susie Morgan

United States of America

versus

City of New Orleans

Motion for Intervention

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

Gary Juengain (hereinafter) Petitioner, moves this Honorable United States District Court, Eastern District of Louisiana, to allow his to file the above pleadings.

1 of 6

1.

Petitioner states representation of his interest by existing parties is inadequate.

2.

Petitioner further states, since the federal governments began it's investigation on May of 2010 of the city of New Orleans Police Department ("hereinafter") (NOPDs) pursuant 42 USCA Sec 14141, Petitioner has been lingering in prison an innocent man for almost eleven (11) years; after being kitnapped by (NOPDs) on June 9th 2008 and all of his state legally filed pleadings has been denied summarily.

2 of 6

Petitioner further states; it was him who initiated the Governments investigation of (N.O.P.Ds.) After being brought to trial minus being given the evidence he needed to prove his innocence. Petitioner filed a state civil lawsuit, and obtained newly discovered evidence and thereafter petitioner amended the original filed civil lawsuit filed on May 13, 2009, see Exhibit "F" Gary Juengain v. M. Harrison Boyd, et. al., 2009-4937 Civil District Court, Division "I" Section 14 and petitioner amended lawsuit Exhibit "G" that which was sent to than former President Barack H. Obama. Who sent United States Attorney General Eric Holder. And on May 16, 2011 Assistant United States Attorney General released their findings see Exhibit "D"

confirming petitioner allegations against NOPDs. as well as other misconducts by (NOPDs.)

4.

Petitioner further states; the United States Department of Justice filed this lawsuit thereafter the completion of the latter investigation of (NOPDs). And the City of New Orleans, concoted and signed a consent decree's. see "Exhibit "A". which has failed to represent his interest and has stalled all of petitioner legal state and federal filed pleadings and has even went as far as lying and fabricating and misrepresenting the timings and filing of petitioner legal filed pleadings in state and federal court with the goal of having an innocent man bar

Kept out of state and federal courts while pursuiting their own interest and is inadequate to that of petitioner and is risking an innocent kidnapped victims by (NOPDs) "task force" special operation division may die in prison! Also! See "Exhibit E".

5.

Petitioner further states; he was fifty two (52) years old when he was first kidnapped on June 5, 2008, petition is now sixty three (63) years old, and the same (NOPDs) "task force" special operation division, has not stopped their corrupt behaviors see exhibit "H".

6.

Wherefore petitioner prays strenuously his motion for intervention is granted and a hearing is scheduled for his interest to be heard.

5 of 6

Signed on the 13th day of November 2019.

Respectfully submitted

Gary Juengain #92812
Louisiana State Penitentiary
Angola, Louisiana
70712

## ORDER

Considering the foregoing pleading entitled Motion for Intervention

IT IS ORDERED: A hearings is scheduled for the ___ day of _____ 2019

Thus and Done on the ___ day of _____ 2019

_____
Hon. U.S. Judge Susie Morgan
Eastern District Court