**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>   **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**<br>   **Defendant** | **SECTION: "E"** |

## ORDER

Before the Court is a Motion for Intervention filed by Movant Gary Juengain.[1] This action was filed on July 24, 2012 and has been pending for *over seven years.*[2] Movant filed this motion on November 12, 2019.[3] The deadline to file a motion to intervene was August 7, 2012.[4] Accordingly,

**IT IS ORDERED** that Movant's Motion for Intervention is **DENIED AS UNTIMELY**.

**New Orleans, Louisiana, this 14th day of November, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 582.
[2] R. Doc. 1.
[3] R. Doc. 582.
[4] R. Doc. 7.