**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

### <u>ORDER</u>

**IT IS ORDERED** that the public hearing scheduled for November 21, 2019 at 1:30 p.m. is **CONTINUED** to **December 17, 2019** at **1:30 p.m.**

**IT IS FURTHER ORDERED** that the status conference currently scheduled for December 19, 2019 at 1:30 p.m. is hereby **CANCELED**.

**New Orleans, Louisiana, this 9th day of December, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**