United States District Court
District of Louisiana

SCANNED at LSP and Emailed
6-9-2020 by KC. 11 pages
date     initials  No.

RECEIVED
JUN 5
Legal Programs Department

**FILED JUN 09 2020**
CAROL L. MICHEL, CLERK

No. 2:12-01924 E(2)

U.S. District Court
Honorable Judge: Susie Morgan

United States of America
versus
City of New Orleans

Second 2nd. Motion for Intervention of Right.

---

Gary Juengain ("hereinafter") Petitioner moves this Honorable United States District Court, Eastern District of

1 of 5

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___

Louisiana to allow him to file the above pleadings entitled Second 2nd. Motion for Intervention of Right.

1.

Petitioner states on November 12, 2019, Motion for Intervention was filed in this Honorable United States District Court Eastern District of Louisiana. See Appendix "A"

2.

Petitioner further states, since that time no physical Court hearing has been set or scheduled, not only because of those filed pleadings but Petitioner has been denied access to the Court in all pleadings he has filed in state and federal Courts. Petitioner has not had any opportunity to be heard.

2 of 5

3.

Petitioner further states since he was kidnapped by the New Orleans Police Department ("hereinafter") (N.O.P.D.'s.) No!!! live hearings has been set or scheduled in any courts, state or federal.

4.

Petitioner further states he is now being deliberately targetted by Department of Correction Prison Guards who are being influenced by outside lawyers; and these prison guards are having the inmates food servers to tamper with petitioner foods. Which petitioner has to discard due to not knowing if it is safe to eat.

5.

Petitioner further states he request an

immediate hearing be scheduled. Petitioner is an innocent man. And long times ago! Has gotten the evidence to prove it; but has been hampered by the same federal government who help Petitioner sort in the beginning.

6.

Petitioner further states his first Motion for Intervention should have been entitled: "Motion for Intervention of Right."

7.

Wherefore Petitioner prays strenuously his second 2nd. Motion for Intervention of Right is Granted; and a hearing be immediately scheduled for his interest to be heard.

4 of 5

Respectfully
submitted
/s/
Garry Juengain #92812
Louisiana State Penit-
entiary
Angola, Louisiana
70712

Signed on the 8th
day of June 2020.

## ORDER

Considering the foregoing pleadings entitled: Second 2nd. Motion for Intervention of Right.

It is ORDERED: A hearing is scheduled for the ___ day of ___ 2020.

Thus and Done on the ___ day of ___ 2020

_____
Hon: U.S. Judge Susie Morgan. Eastern District Court.

United States District Court Eastern District of Louisiana

Appendix "A"

No. 2:12-01924
U.S. District Court
1st Honorable Justice
Susie Morgan

RECEIVED
NOV 12 2019
Legal Programs Department

SCANNED at LSP and Emailed
11-12-19 by KB . 315 pages
date    initials    No.

United States of America

Versus

City of New Orleans

## Motion for Intervention

Gary Duengain (hereinafter) Petitioner moves this Honorable United States District Court Eastern District of Louisiana to allow him to file the above pleadings

1 of 6

1.

Petitioner states representation of his interest by existing parties is inadequate.

2.

Petitioner further states since the federal government began its investigation on May of 2010 of the City of New Orleans Police Department ("hereinafter") (NOPD=) pursuant 42 USCA Sec 14141, petitioner has been lingering in prison an innocent man for almost eleven (11) years; after being kidnapped by (NOPD=) on June 5th 2008 and all of his state legally filed pleadings has bee denied summarily. 2 of 6

Petitioner further states it was him who initiated the governments investigation of (N.O.P.D.) After being brought to trial without being given the evidence he needed to prove his innocence. Petitioner filed a state civil law suit and obtained newly discovered evidence and thereafter petitioner amended the original filed civil lawsuit filed on May 12, 2004. See Exhibit "F" Gary Duncan v. M. Harrison Boyd, et al., 2004-4937 Civil District Court, Division "I", Section 14 and petitioners amended lawsuit Exhibit "G" just which was sent to then former President Barack H. Obama. who sent United States Attorney General Eric Holder. And on May 16, 2011 Assistant United States Attorney General released their findings. See Exhibit "C"

CONFIRMING PETITIONERS ALLEGATIONS AGAINST NOPDS AS WELL AS OTHER MISCONDUCTS BY (NOPDS.)

4.

Petitioner further states the United States Department of Justice filed this lawsuit thereafter the completion of the latter investigation of (NOPDs) and the City of New Orleans concreted and signed a consent decree's. SEE EXHIBIT "A" which has failed to represent his interest and has stalled all of petitioner legal state and federal filed pleadings and has even went as far as lying and fabricating and misrepresenting the timings and filing of petitioner legal filed pleadings in state and federal court with the goal of having an innocent man ba-

...and out of state and federal courts while pursuing their own interest and is inadequate to that of petitioner and is risking an innocent kidnapped victims by (NOPDs) "Task Force" Special Operation Division may die in prison. Also! See Exhibit "E".

5.

Petitioner further states he was fifty two (52) years old when he was first kidnapped on June 5, 2008, petitioner is now sixty three (63) years old, and the same (NOPDs) "Task Force" Special Operation Division has not stopped their corrupt behaviors. See Exhibit "H".

6.

Wherefore petitioner prays strenuously his motion for Intervention is granted and a hearings is scheduled for his interest to be heard.

E. et.

SIGNED ON THE 13th DAY OF NOVEMBER 2019.

RESPECTFULLY SUBMITTED

Gary Juengain #92812
Louisiana State Penitentiary
Angola, Louisiana
70712

ORDER

CONSIDERING THE FOREGOING PLEADING ENTITLED MOTION FOR INTERVENTION

IT IS ORDERED: A HEARING is scheduled for the ___ day of _____ 2019

THUS AND DONE ON THE ___ DAY OF _____ 2019

_____
HON. U.S. JUDGE SUSIE MORGAN
EASTERN DISTRICT COURT