UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION: "E"** |

### ORDER

Before the Court is a Second Motion for Intervention filed by Movant Gary Juengain.[1] This action was filed on July 24, 2012 and has been pending for *nearly eight years*.[2] Movant filed this motion on June 9, 2020.[3] The deadline to file a motion to intervene was August 7, 2012.[4] Accordingly,

**IT IS ORDERED** that Movant's Second Motion for Intervention is **DENIED AS UNTIMELY**.

New Orleans, Louisiana, this 10th day of June, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 586.
[2] R. Doc. 1.
[3] R. Doc. 586.
[4] R. Doc. 7.