UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION: "E"** |

### ORDER

On June 9, 2020, Movant Gary Juengain filed a Second Motion for Intervention.[1] On June 10, 2020, the Court denied this motion as untimely, explaining:

> This action was filed on July 24, 2012 and has been pending for *nearly eight years*. Movant filed this motion on June 9, 2020. The deadline to file a motion to intervene was August 7, 2012.[2]

After issuing the order denying as untimely Movant's Second Motion for Intervention, the Court received a Third Motion for Intervention filed by Movant.[3] Movant apparently filed this third motion in support of his Second Motion for Intervention. As previously stated, the Court has already denied Movant's Second Motion for Intervention as untimely.[4] Accordingly;

**IT IS ORDERED** that Movant's Third Motion for Intervention is **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 586.
[2] R. Doc. 587 at 1 (citations omitted).
[3] R. Doc. 589.
[4] R. Doc. 587.