U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 17 2020
WP
CAROL L. MICHEL
CLERK

SCANNED at LSP and Emailed
6-17-2020 by KC . 6 pages
date    initials    No.

RECEIVED

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___

United States District Court
Eastern District of Louisiana

Civil Action
No. 2:12-01924
Section "E"(2)

United States of America,
Plaintiff,

Versus

City of New Orleans,
Defendant.

Notice of Appeal
Pursuant F.R. of App. Proc Rule 4(A)

---

Gary Juenglain ("Hereinafter") Petitioner moves this Honorable United States District Court Eastern District of

1 of 6

Louisiana to allow him to file the above pleadings entitled Notice of Appeal Pursuant Federal Rule of Appellate Procedure Rule 4(A).

Petitioner states even though his first Motion for intervention was filed on November 12, 2019 it was not addressed in this Honorable United States District Court Eastern District of Louisiana latest unfavorable ruling denying the Petitioner Second 2nd. Motion of Intervention of Right so Assuming his First 1st. Motion of November 12, 2019. was also denied in the court's June 11, 2020 denial of Petitioner Second 2nd. Motion

2 of 6

of Intervention as of Right filed on June 9th, 2020, and denied on June 10, 2020; Petitioner wishes to appeal all three (3) rulings; his November 12, 2019 first 1st Motion for Intervention filed; that which Petitioner made clear in his Second 2nd. Motion for Intervention of Right in his Second 2nd. Motion of Intervention as of Right; should have been entitled Motion for Intervention as of Right.

2.

Petitioner further states; perhaps this Honorable United States District Court Eastern District of Louis

and inadvertently failed to address each pleadings in the proper entitled pleadings, in that each pleadings "SHALL" be entitled as

1). Motion For Intervention As Of Right.

3.

Petitioner further states; where-intervention is sought as of right, a denial of application may be appealed but denial of motion seeking permissive intervention may only be appealed where the trial court has clearly abused its discretion. Fed. Rules Civ. Proc. Rule 24(A)(2), 28 U.S.C.A.

4 of 6

4.

Wherefore Petitioner prays strenuously his Pleadings Ventitled: Notice of Appeal is Granted.

Respectfully Submitted

Geary Juengain #92282
Louisiana State Penitentiary Angola, Louisiana 70712

ORDER

Considering the foregoing Pleadings entitled; Notice of Appeal.

It is ORDERED: GRANTED

5 of 6

Thus and Done on the ___ day of ___ 2020.

_____
HON. SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

6 of 6

## eFile-ProSe

**From:** Angola E-Filing <LSP_prisonerefiling@doc.la.gov>
**Sent:** Wednesday, June 17, 2020 2:02 PM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** DOC # 92812.pdf