**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court _EASTERN District Lousiana_   District Court Docket No. _2:12-CV-1924 E(2)_
Short Case Title _USA V. NEW ORLEANS CITY_
**ONLY ONE COURT REPORTER PER FORM** Court Reporter _NONE_

Date Notice of Appeal Filed in the District Court _JUNE 17, 2020_  Court of Appeals No. _20-30386_

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐ No hearings ☒ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office.
**OR**
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | SCANNED at LSP and Emailed 08/18/2020 by KC  pages | |
| | | |

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED AUG 18 2020 WP CAROL L. MICHEL CLERK

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☒ Other _NEED NO TRANSCRIPTS_

RECEIVED AUG 17 2020 Legal Programs Department

Signature _[signed]_   Date Transcript Ordered _N/A_
Print Name _GARY JUENGAIN_   Phone _NONE_
Counsel for _GARY JUENGAIN_
Address _LOUISIANA STATE PENITENTIARY ANGOLA, LOUISIANA_
Email of Attorney: _____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA-24 eVoucher
☐ Other (Specify) _____

TENDERED FOR FILING AUG 18 2020 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk

Date _____ Signature of Reporter _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____   Fee _____
                                                  Process _____
                                                  Doc. No. _____

## eFile-ProSe

**From:** Angola E-Filing <LSP_prisonerefiling@doc.la.gov>
**Sent:** Tuesday, August 18, 2020 1:18 PM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** DOC # 92812.pdf