UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>          **Plaintiff** | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,**<br>          **Defendant** | **MAG. DONNA PHILLIPS CURRAULT** |

## ORDER

Considering the foregoing Motion to Withdraw, Substitute, and Enroll Additional Counsel of Record filed by the City of New Orleans:

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Erica A. Therio be and is hereby withdrawn as counsel of record for the City of New Orleans and that Isaka R. Williams be and is hereby enrolled as counsel of record in her place and shall receive electronic notice of all pleadings filed in the above captioned matter;

**IT IS FURTHER ORDERED** that Daniel E. Davillier, Charles F. Zimmer, II and Jonathan D. Lewis of the *Davillier Law Group, LLC*, be and are hereby enrolled as additional counsel of record for the City of New Orleans and shall receive electronic notice of all pleadings filed in the above captioned matter.

**New Orleans, Louisiana, this 13th day of October, 2020.**

_____
**UNITED STATES DISTRICT JUDGE**