UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | * | CIVIL ACTION |
| | * | NO: 12-1924 |
| v. | * | SECTION: "E" |
| CITY OF NEW ORLEANS, Defendant | * | |
| * * * | | |

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by the United States;

**IT IS HEREBY ORDERED** that Timothy D. Mygatt, District of Columbia Bar Number 1021564, and Syeda Mehveen Riaz, District of Columbia Bar Number 1030021, be and hereby are enrolled as counsel for the United States of America in the above-captioned matter.

**IT IS FURTHER ORDERED** that Puneet Cheema, Emily Anna Gunston, Bryan Lee, Christy Lopez, and Jennifer L. Mondino are hereby withdrawn as counsel of record for the United States in this matter.

New Orleans, Louisiana, this 16th day of October, 2020.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE