United States District Court for the Eastern District of Louisiana.

SCANNED at LSP and Emailed 1-4-21 by 10 . 4 pages
RECEIVED JAN 04 2021 Legal Programs Department
TENDERED FOR FILING JAN 04 2021 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk

Civil Action No. 2:12-01924 Section "E"(2)

United States of America
Plaintiff,

VERSUS

City of New Orleans
Defendant,

VERSUS

Gary Juengain
Movant.

Motion to Seal and/or Request for Preliminary Injunction.

Gary Juengain (hereinafter "Movant") moves this Honorable United States District Court Eastern District of Louisiana allow him

1 of 4

to file the above pleadings.

1.

Movant states he request a preliminary injunction be issued for the below prison guards to be removed from his location of housing.

1). Major Jackson
2). Lt. Carney
3). Sgt. Muse.

2.

Movant further states to have him removed other than complete freedom may prove to be detrimental due to the corruption and culprits being wide-range within Angola, Louisiana State Penitentiary as well outside culprits due to this particular lawsuit. Even the Warden and other high

2 of 4

ranking authorities at this location of housing is involved. But considering the magnitude of so many corrupt prison officials. Movant need a warning to be sent; by the removal of these prison guards due to their powerful influence over blacks co-culprit prisoners.

3.

Wherefore movant prays strenuously his Preliminary Injunction is Granted!
Signed on the 4th. day of January 2021.

Respectfully Submitted

Gary Juenga #92812
Louisiana State Penitentiary
Angola, Louisiana
70712.

ORDER

Considering the foregoing pleadings entitled Preliminary Injunction

It is Ordered: A hearing is scheduled on the ___ day of ___ 2021.

Thus and done on the ___ day of ___ 2021.

3 of 4

NEW ORLEANS, LOUISIANA.

_____

U.S. JUDGE SUSIE MORGAN

# eFile-ProSe

| | |
|---|---|
| From: | Angola E-Filing <EML-SVC-DOC-Printers@la.gov> |
| Sent: | Monday, January 4, 2021 2:07 PM |
| To: | eFile-ProSe |
| Subject: | Angola E-Filing |
| Attachments: | 92812140702.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1