**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

202.747.1902 direct
jaronie@sheppardmullin.com

File Number: 37PA-191555

February 17, 2021

The Honorable Susie Morgan
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Report of the Consent Decree Monitor

Dear Judge Morgan:

On behalf of Sheppard Mullin Richter & Hampton LLP and the entire Consent Decree Monitoring Team, I am pleased to submit the attached Annual Report covering 2020, pursuant to Paragraph 457 of the Consent Decree. I will be posting a copy of this Report on the Monitoring Team's web site, www.consentdecreemonitor.com, once it is docketed by the Court.

Thank you for this opportunity to serve the citizens of New Orleans.

Very truly yours,

*[signature]*

Jonathan S. Aronie
For SHEPPARD MULLIN RICHTER & HAMPTON LLP*
CONSENT DECREE MONITOR
NEW ORLEANS, LOUISIANA

Attachment

Cc: New Orleans City Attorney
    U.S. Department of Justice
    New Orleans Police Department

*Appointed By Order Of The U.S. District Court For The Eastern District Of Louisiana