UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**<br>   Defendant | **SECTION: "E" (2)** |

### ORDER

On August 9, 2013 the Court entered an Order with respect to the relationship among the United States of America ("United States"), the City of New Orleans ("City"), and the Monitoring Team.[1] The Court attached the terms governing the relationship to the Order as Exhibit A (the "Monitoring Agreement").[2] The Monitoring Team consented to be bound by the terms of the Court's Order, and the provisions found in the Monitoring Agreement.[3]

On August 4, 2017, the Court entered an Order modifying the August 9, 2013 Order to extend the services of the Monitoring Team for an additional three years, from August 2017 through August 9, 2020.[4]  The Court's August 4, 2017 Order (a) extended the term of the initial order, (b) set forth updated hourly rates, and (c) set forth a new fee cap (not including technical assistance).

This Order extends the term set forth in Section VI.A. of the Monitoring Agreement to May 31, 2021.  The Monitoring Team's rates set forth in the August 4, 2017 Order shall remain the same through May 31, 2021.

---

[1] R. Doc. 294.
[2] R. Doc. 294-1.
[3] R. Doc. 295.
[4] R. Doc. 529.

1

The City shall pay all outstanding invoices of the Monitoring Team within 30 days of this Order.

The Court will issue a separate order covering the remainder of 2021 and the two year sustainment period, which order will set forth new rates and a new fee cap, if appropriate.

**New Orleans, Louisiana, this 30th day of April, 2021.**

                                                **SUSIE MORGAN**
                                   **UNITED STATES DISTRICT JUDGE**