UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**     Defendant | **SECTION "E"** |

## ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Wednesday, April 20, 2022, at 3:00 p.m.** The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

**New Orleans, Louisiana, this 19th day of April, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**