UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>  Defendant | **SECTION "E"** |

## ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Wednesday, August 17, 2022, at 1:00 p.m.** The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing and masks are required to be worn in the courtroom.

**New Orleans, Louisiana, this 12th day of August, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**