# NOPD Achievements
# 2014 to 2022

- POLICES AND TRAINING GENERALLY (SECTION II, PARAGRAPHS 15 – 26) ALWAYS BEING UPDATED BUT GENERAL COMPLIANT
- USE OF FORCE (SECTION III, PARAGRAPHS 27 – 110) 2019
- Crisis Intervention Team (SECTION IV, PARAGRAPHS 111 – 121) 2018
- CUSTODIAL INTERROGATIONS (SECTION VI, PARAGRAPHS 163 – 170) 2017
- PHOTOGRAPHIC LINE-UPS (SECTION VII, PARAGRAPHS 171 – 176) 2017
- OFFICER ASSISTANCE AND SUPPORT (SECTION XIII, PARAGRAPHS 289 – 294) 2019
- POLICING FREE OF GENDER BIAS (SECTION IX, PARAGRAPHS 195 – 222) 2016
- ACADEMY AND IN-SERVICE TRAINING (SECTION XII, PARAGRAPHS 245 – 288) 2019
- SECONDARY EMPLOYMENT SYSTEM (SECTION XVI, PARAGRAPHS 332 – 374) 2014
- TRANSPARENCY AND OVERSIGHT (SECTION XVIII, PARAGRAPHS 427 – 443) 2018
- RECRUITMENT (SECTION XI, PARAGRAPHS 234 – 244) 2020
- MISCONDUCT COMPLAINT INTAKE, INVESTIGATION, AND ADJUDICATION (SECTION XVII, PARAGRAPHS 375 – 426) 2021

## April 6th Public Hearing

- **Performance Evaluations and Promotions** (SECTION XIV, PARAGRAPHS 295 – 305)
- **Supervision** (SECTION XV, PARAGRAPHS 306 – 331)
- **Community Engagement** (SECTION X, PARAGRAPHS 223 – 233)



2

# What Remains In Progress:

- ☐ **Bias-Free Policing** (SECTION VIII, PARAGRAPHS 177 – 194)
- ☐ **Stops, Searches, and Arrests** (SECTION V, PARAGRAPHS 122 – 162)

