UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>CITY OF NEW ORLEANS,<br>Defendant. | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC<br><br>JUDGE SUSIE MORGAN<br><br>MAG. DONNA PHILLIPS CURRAULT |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITS
BY THE CITY OF NEW ORLEANS**

**NOW INTO COURT**, comes Defendant, City of New Orleans (the "City"), who seeks leave of Court to exceed the customary page limit for its memorandum in support of its motion to terminate the Consent Decree (Rec. Doc. 565) pursuant to Rule 60(b)(5), as follows:

1. The Court approved the Consent Decree on January 11, 2013. (Rec. Doc. 565)

2. Pursuant to that Order the City, the Court appointed Monitor and the Department of Justice have published dozens of complex documents seeking to explain specific aspects of the vast operations of the New Orleans Police Department ("NOPD").

3. The memorandum in support seeks to address the entire body of reform efforts since 2013 to show justification for termination pursuant to the express terms of the Consent Decree, and through application of Federal Rule of Civil Procedure 60(b)(5).

4. The City seeks leave of Court to exceed the customary page limits to allow for the full discussion of the many complex legal and factual issues necessary to carry its burden.

**WHEREFORE**, the City of New Orleans moves to for leave of Court to allow its memorandum in support of its motion to terminate the Consent Decree to exceed the page limits of the local rules.

*Respectfully submitted*, this 16th day of August 2022.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for the City of New Orleans*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 16th day of August 2022.

/s/ Charles F. Zimmer II