| | |
|---|---|
| **From:** | Jonathan Aronie |
| **To:** | Charles F. Zimmer, II |
| **Cc:** | Sunni J. LeBeouf (Sunni.LeBeouf@nola.gov); Shaun D. Ferguson (SDFerguson@nola.gov); Geissler, Jonas (CRT) (Jonas.Geissler@usdoj.gov); Jude Volek (Jude.Volek@usdoj.gov); Riaz, Mehveen (CRT); Marks, Megan (CRT); David Douglass |
| **Subject:** | OCDM: Charles"s Requested Call |
| **Date:** | Monday, February 1, 2021 11:40:05 AM |

Charles,

Please let me know if you are available at 11:00 am ET this Friday to discuss your questions regarding the CD Outcome Assessments.  In advance of the call, please ensure you connect with your client regarding the reasons the parties mutually decided to defer many of the outcome assessments in years past, including the unavailability of credible data from NOPD, the slow progress in establishing the structures to support the assessments, and the need for extensive technical assistance from DOJ and the Monitoring Team in helping the Department meet its obligations under the CD.   We also should discuss whether it would be helpful to the parties if we incorporated a discussion of this topic in the forthcoming annual report to avoid any further confusion.

-Jonathan


**Jonathan Aronie**
Consent Decree Monitor (NOPD)
Practice Group Leader, GovCon, Investigations, and International Trade
202-747-1902 | direct
202.302.4855 | cell
JAronie@sheppardmullin.com | Bio

**Sheppard**Mullin
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter



Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.