UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS,<br>Defendant | MAG. DONNA PHILLIPS CURRAULT |

## ORDER

Considering the Motion for Leave to Exceed Page Limit filed by Defendant, the City of New Orleans (R. Doc. 626);

**IT IS ORDERED** that Defendant's Motion (R. Doc. 626) is **GRANTED**.

New Orleans, Louisiana, this 18th day of August, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**