**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:12-CV-01924-SM-DPC** |
| | |
| **V.** | **JUDGE SUSIE MORGAN** |
| | |
| **CITY OF NEW ORLEANS,** | **MAG. DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

## NOTICE OF SUBMISSION

**To:** Plaintiff, United States of America
*via* counsel of record:
Timothy Mygatt
Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-305-3334
timothy.mygatt@usdoj.gov

Please take notice that Defendant, the City of New Orleans, will submit its motion to terminate the Consent Decree (Rec. Doc. 565) pursuant to Rule 60(b)(5) for decision by Judge Susie Morgan on September 14, 2022, at 10:00 a.m.

Respectfully submitted, this 16th day of August 2022.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for the City of New Orleans*

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading via Notice of

Electronic filing using this Court's CM/ECF system to counsel of record participating in the

CM/ECF system on this 16th day of August 2022.

/s/ Charles F. Zimmer II