# New Orleans Police Department

# NOPD Consent Decree

## NOPD Regulations

To ensure sustained reforms beyond the completion of the Consent Decree, the City adopted regulations mandating the continuation of the foundational reforms of the Consent Decree. You can view the regulations here. (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Consent-Decree-Regs-Finalized-(002).pdf/)

Contact NOPD at (504) 658-5080 with any questions.

## Consent Decree Background

In May 2010, at the invitation of Mayor Mitchell J. Landrieu, the United States Department of Justice (DOJ) began investigating an alleged pattern of civil rights violations and other misconduct by the New Orleans Police Department (NOPD). On March 16, 2011, the DOJ issued a written report alleging unconstitutional conduct by the NOPD and describing the DOJ's concerns about various NOPD policies and procedures.

On July 24, 2012, the City, the NOPD and the DOJ entered into a Consent Decree (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Consent-Decree.pdf/), which was the nation's most expansive Consent Decree. The Consent Decree contains a broad array of separate tasks and goals detailed in more than 490 paragraphs and 110 pages; it reflects a shared commitment to effective, constitutional, and professional law enforcement. The Court approved the Consent Decree on January 11, 2013.

The Consent Decree (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Consent-Decree.pdf/)is a broad, extensive blueprint for positive change, and it encompasses sweeping, department-wide reforms that understandably may require years to accomplish fully.

Within the NOPD, the Professional Standards and Accountability Bureau (https://nola.gov/nopd/administration/bureaus/compliance/) (PSAB) is tasked with, among other things, facilitating the implementation of the Consent Decree. To contact the Professional Standards and Accountability Bureau, call (504) 658-5080 or email PSAB@nola.gov.

## NOPD Policy

To view a list of chapters have been approved by the Department of Justice and the Office of the Consent Decree Monitor, click here (https://www.nola.gov/nopd/policies/).

## Consent Decree Monitor

On August 9, 2013, the law firm of Sheppard, Mullin, Richter & Hampton, LLP was appointed, by order of the United States District Court for the Eastern District of Louisiana, to establish the Office of the Consent Decree Monitor.

The role of the Consent Decree Monitor is to "assess whether the requirements of the [Consent Decree (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Consent-Decree.pdf/)] have been implemented, and whether this implementation is resulting in the constitutional and professional treatment of individuals by NOPD."

# Consent Decree Monitor 2013 Quarterly Reports

- Quarterly Report (November 2013) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/1st-Quarterly_CDM_Report.pdf/)

# Consent Decree Monitor 2014 Quarterly Reports

- 1st Quarterly Report (May 2014) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2nd-Quarterly_CDM-Report.pdf/)
- 2nd Quarterly Report (August 2014) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2nd-Quarterly_CDM-Report.pdf/)
- 3rd Quarterly Report (December 2014) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CDM-Third-Quarterly-Report-of-2014.pdf/)
- 4th Quarterly Report (April 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CDM-Fourth-Quarterly-Report-of-2014.pdf/)

# Consent Decree Monitor 2015 Quarterly Reports

- 1st and 2nd Quarterly Report (Filed October 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CDM_1st_2nd_Quarter_Report_2015.pdf/)
- 3rd and 4th Quarterly Report (Filed March-2016) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/3rd-and-4th-Quarterly-Report-(March-2016).pdf/)

# Consent Decree Monitor 2016 Quarterly Reports

- 1st and 2nd Quarterly Report (Filed November 2016) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/1st-and-2nd-Quarterly-Report-of-2016-(1).pdf/)
- 3rd and 4th Quarterly Report (Filed June 2017) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/OCDM-Quarterly-Report-for-the-Third-and-Fourth-Quarters-of-2016.pdf/)

# Consent Decree Monitor 2017 Annual Reports

- 2017 Annual Report (Filed April 2018) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/https___nola-gov_getattachment_NOPD_NOPD-Consent-Decree_monitors-report-april-111-pdf_.pdf/)

# Consent Decree Monitor Special Reports

- Supervision Policies and Practices (July 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Report-of-the-Consent-Decree-Monitor-on-the-New-Orleans-Police-Department-s-Supervision-Policies-and-Practices.pdf/)
- Recruitment and Hiring Practices (August 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/OCDM_2015_NOPD-Monitor-Hiring-Report.pdf/)
- Use of Force (May 2017) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/12-1924-517-Monitor-s-Special-Report-on-the-NOPD-s-Uses-of-Force-(002).pdf/)
- Second Biennial Community Survey Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/12-1924-OCDM-Second-Biennial-(1).pdf/)
- Domestic Violence Special Report (December 2017) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/DV-Special-Report.pdf/)
- NOPD Background Investigation Practices (January 2017) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Special-Report.pdf/)
- Comprehensive Reassessment (January 2019) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/574-1-MONITOR-S-COMPREHENSIVE-REASSESSMENT-PURSUANT-TO-PARAGRAPH-456-OF-THE-CONSENT-DECREE-Report.pdf/)

- Progress [January 2019 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/012575-Fourth-Report-On-NOPD-Progress-Under-The-Consent-Decree.pdf/)

Visit the Consent Decree Monitor's website (http://consentdecreemonitor.com/)

# NOPD Consent Decree Publications

## Summary Reports

- New Orleans Police Department Biannual Report (July 2014) (https://nola.gov/nopd/documents/nopd-consent-decree-biannual-report/)
- New Orleans Police Department Biannual Report (December 2014) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-2-Biannual-Report-by-City.pdf/)
- New Orleans Police Department Biannual Report (July 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-1-Biannual-Report-by-City.pdf/)
- New Orleans Police Department Biannual Report (December 2015) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Biannual-Report-1-6-16.pdf/)
- New Orleans Police Department Biannual Report (July 2016) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/New-Orleans-Police-Department-Biannual-Report-(July-2016).pdf/)
- New Orleans Police Department Biannual Report ( April 2017) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/08519276012.pdf/)
- New Orleans Police Department Annual Report (May 2018) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/085110112536.pdf/)

## 2014 Annual Reports

- 2014 Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Training-Report.pdf/)
- 2014 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Domestic-Violence-Report-(1).pdf/)
- 2014 Sexual Assault Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Sexual-Assault-Report.pdf/)
- 2014 Use of Force Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Use-of-Force-Report.pdf/)
- 2014 Bias Free Policing Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Bias-Free-Report.pdf/)
- 2014 Recruitment Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Recruitment-Report.pdf/)
- 2014 Community Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Community-Engagement-Report.pdf/)
- 2014 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-PIB-Report.pdf/)
- 2014 Crisis Intervention Team Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-CIT-Report.pdf/)
- 2014 Stop and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2014-Stop-Search-Report.pdf/)

## 2015 Annual Reports

- 2015 Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Training.pdf/)
  - 2015 Training Class Roster (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-training-roster.pdf/)
- 2015 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-DV.pdf/)
- 2015 Sexual Assault Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-sex-assault.pdf/)
  - 2015 Sexual Assault Mid-Year Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Mid-Year-Sex-Assault.pdf/)

- 2015 Use of Force Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Use-of-Force.pdf/)
- 2015 Bias Free Policing Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Bias-Free-Report.pdf/)
- 2015 Recruitment Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Recruitment-Report.pdf/)
- 2015 Community Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Com-Eng-Report.pdf/)
- 2015 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-PIB-Report.pdf/)
- 2015 Crisis Intervention Team Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-CIT-Report.pdf/)
- 2015 Stop and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2015-Stop-and-Search-Report.pdf/)

## 2016 Quarterly Reports

- First Quarter Community Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Community-Engagement-First-Quarter-Report-2016-(1).pdf/)
- Second Quarter Community Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Community-Engagement-Second-Quarter-Final.pdf/)
- Mid-Year Sexual Assault Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-Sexual-Assault-Mid-Year-Report-(1).pdf/)
- Third Quarter Community Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Community-Engagement-Third-Quarter-Report-2016.pdf/)
- Fourth Quarter Community Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Community-Engagement-Fourth-Quarter-Report-2016.pdf/)

## 2016 Annual Reports

- 2016 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/DV-2016.pdf/)
- 2016 Community Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CE-2016-Annual-Report.pdf/)
- 2016 Recruitment Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-Recruitment.pdf/)
- 2016 Sexual Assault Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-SA-annual-(1).pdf/)
- 2016 Crisis Intervention Team Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-CIT.pdf/)
- 2016 Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-Training.pdf/)
- 2016 Bias Free Policing Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-Bias-Free.pdf/)
- 2016 Stops and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-Stop-and-Search-Annual-Report.pdf/)
- 2016 Use of Force Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-use-of-force.pdf/)
- 2016 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2016-PIB.pdf/)

## 2017 Quarterly Reports

- Mid-Year Sexual Assault Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-sex-assault-mid-year.pdf/)
- First Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/First-Quarter-2017-Community-Policing-and-Engagement-Report.pdf/)
- Second Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Second-Quarterly-2017-Community-Policing-and-Engagement-Report.pdf/)

- Third Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Third-Quarter-2017-Community-Policing-and-Engagment-Report.pdf/)

## 2017 Annual Reports

- 2017 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-dv-report.pdf/)
- 2017 Crisis Intervention Team Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-CIT.pdf/)
- 2017 Sexual Assault Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-SA-annual.pdf/)
- 2017 Community Policing and Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-CE-annual.pdf/)
- 2017 Recruitment Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-Recruitment-and-Applicant-Investigations-Annual-Report-Final.pdf/)
- 2017 Education & Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Education-Training-2017-Annual-Report.pdf/)
- 2017 Bias Free Policing Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-bias-free.pdf/)
- 2017 Use of Force Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-Use-of-Force-Annual-report.pdf/)
- 2017 Public Integrtiy Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-Public-Integrity-Bureau-Annual-Report.pdf/)
- 2017 Stop and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2017-Stop-and-Search-Annual-Report.pdf/)

## 2018 Quarterly reports

- First Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Community-Policing-and-Engagement-Q1-Report.pdf/?lang=en-US)
- Second Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Community-Policing-and-Engagement-Q2-Report.pdf/?lang=en-US)
- Third Quarter Community Policing and Engagement Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Community-Policing-and-Engagement-Q3-Report.pdf/?lang=en-US)

## 2018 annual Reports

- 2018 Sexual Assault Mid-Year Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Sexual-Assault-Mid-Year-Report-(1).pdf/)
- 2018 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Domestic-Violence-Annual-Report-Final-2-18-19.pdf/)
- 2018 Recruitment and Applicant Investigations Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Recruitment-and-Applicant-Investigations-Annual-Report-final.pdf/)
- 2018 Community Policing and Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Community-Policing-and-Engagement-Annual-Report-(2).pdf/?lang=en-US)
- 2018 Use of Force Annual Report  (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Use-of-Force-Annual-Report-(1).pdf/?lang=en-US)
- 2018 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Public-Integrity-Bureau-Annual-Report.pdf/?lang=en-US)
- 2018 Stop and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Stop-and-Search-Annual-Report.pdf/?lang=en-US)
- 2018 Bias-Free Policing Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2018-Bias-Free-Policing-Annual-Report.pdf/?lang=en-US)

## 2019 Annual Reports

- 2019 Community Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Community-Engagement-Annual-Report.pdf) - Posted January 5, 2021
- 2019 Recruitment and Applicant Investigations Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Recruitment-and-Applicant-Investigations-Annual-Report-rev-06292020.pdf/?lang=en-US) - Posted October 21, 2020
- 2019 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Domestic-Violence-Annual-Report.pdf) - Posted December 29, 2020
- 2019 Stop and Search Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Stop-and-Search-Annual-Report.pdf) - Posted December 29, 2020
- 2019 Crisis Intervention Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Crisis-Intervention-Annual-Report-2019.pdf/?lang=en-US)- Posted January 11, 2021
- 2019 Limited English Proficiency Services Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Limited-English-Proficiency-Services.pdf/?lang=en-US) - Posted January 11, 2021
- 2019 Education & Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Education-Training-Annual-Report-PSAB.pdf/?lang=en-US) - Posted January 12, 2021
- 2019 Bias-Free Policing Annual Repor (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Bias-Free-Policing-Annual-Report.pdf/?lang=en-US)t - Posted January 25, 2021
- 2019 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Public-Integrity-Bureau-Annual-Report.pdf/?lang=en-US) - Posted January 25, 2021
- 2019 Use of Force Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2019-Use-of-Force-Annual-Report.pdf/?lang=en-US) - Posted January 25, 2021

## 2020 Annual Reports

- 2020 Community Policing and Engagement Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Community-Engagement-Annual-(Final).pdf/?lang=en-US) - Posted October 1, 2021
- 2020 Limited English Proficiency Services Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2020-Limited-English-Proficiency-Services-ANNUAL-REPORT.pdf/?lang=en-US) - Posted August 25, 2021
- 202o Education & Training Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2020-Education-_-Training-Annual-Report-(1).pdf/?lang=en-US) - Posted August 25, 2021
- 2020 Public Integrity Bureau Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2020-Public-Integrity-Bureau-Annual-Report.docx/?lang=en-US)- Posted August 5, 2021
- 2020 Domestic Violence Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2020-Domestic-Violence-Annual-Report.pdf) - Posted July 20, 2021
- 2020 Crisis Intervention (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CIT-2020-Annual-Report.pdf/?lang=en-US)Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CIT-2020-Annual-Report.pdf) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/CIT-2020-Annual-Report.pdf/?lang=en-US)- Posted July 21, 2021
- 2020 Recruitment and Applicant Investigations Annual Report (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/2020-Recruitment-and-Applicant-Investigations-Annual-Report.pdf) - Posted July 21, 2021
- 2020 Use of Force Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/2020-Use-of-Force-Annual-Report-FINAL.pdf) - Posted March 8, 2022
- 2020 Stop and Search Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/2020-Stop-and-Search-Annual-Report-FINAL.pdf) - Posted March 8, 2022

## 2021 Annual Reports

- 2021 NOPD Limited English Proficiency Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/2021-Limited-English-Proficiency-Services-ANNUAL-REPORT.pdf) - Posted June 6, 2022
- 2021 Recruitment and Applicant Investigations Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/2021-Recruitment-and-Applicant-Investigations-Annual-Report-Final.pdf) - Posted March 8, 2022
- 2021 Education & Training Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/ETD-2021-Annual-Report.pdf) - Posted March 8, 2022
- 2021 Domestic Violence Annual Report (https://nola.gov/nola/media/NOPD/Consent%20Decree/2021-Domestic-Violence-Annual-Report.pdf) - Posted March 18, 2022

# NOPD Audits

- Secondary Employment Audit (June 19, 2017) (https://nola.gov/nola/media/NOPD/Consent%20Decree/NOPD%20Audits/Secondary-Employment-Audit-2017-06-19.pdf)
- SSA Audit (May 2020) (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/SSA-Audit-Report-May-2020.pdf/?lang=en-US)
- Custodial Interrogations Audit Report (Apr-Sep) 2020 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Custodial-Interrogations-Audit-Report-(Apr-Sep)-2020.pdf/?lang=en-US) Posted April 25, 2022
- Custodial Interrogations Audit Report (Jun-Aug) 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Custodial-Interrogations-Audit-Report-(Jun-Aug)-2021.pdf/?lang=en-US) Posted April 25, 2022
- Custodial Interrogations Audit Report (Sep-Feb) 2022 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Custodial-Interrogations-Audit-Report-(Sep-Feb)-2022.pdf/?lang=en-US) Posted April 25, 2022
- Recruitment Audit Report FY 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Recruitment-Audit-Report-FY-2021.pdf/?lang=en-US) - Posted April 20, 2022
- Supervision Audit Report Feb 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Supervision-Audit-Report-Feb-2021.pdf/?lang=en-US) - Posted April 20, 2022
- SSA Audit Report May 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/SSA-Audit-Report-May-2021.pdf/?lang=en-US) - Posted April 20, 2022
- Use of Force Audit Report 1st Half 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Use-of-Force-Audit-Report-1st-Half-2021.pdf/?lang=en-US) - Posted April 20, 2022
- Use of Force Audit Report 2nd Half 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Use-of-Force-Audit-Report-2nd-Half-2021.pdf/?lang=en-US) - Posted April 20, 2022
- Photographic Line ups Audit Report Q1 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Photographic-Line-ups-Audit-Report-Q1-2021.pdf/?lang=en-US) - Posted April 20, 2022
- Photographic Line-ups Audit Report Q2-Q3 2021 (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/Photographic-Line-ups-Audit-Report-Q2-Q3-2021.pdf/?lang=en-US) - Posted April 20, 2022

# Community Policing Plans

NOPD created the following community policing plans for each district based on community input. NOPD will continually update these plans based on community input and discuss progress meeting the goals of these plans at monthly NONPACC meetings (click here for a schedule (http://nola.gov/nopd/calendar/) of upcoming NONPACC meetings).

- First District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/Community-Outreach-and-Public-Information-Plan-FIRST-DISTRICT.PDF)
- Second District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/Community-Outreach-and-Public-Information-Plan-SECOND-DISTRICT.PDF)
- Third District (https://nola.gov/getattachment/NOPD/NOPD-Consent-Decree/8-26-21-3rd-District-Community-Engagement-Plans-2021-Final-DOJ-_-OCDM-(1).pdf/?lang=en-US)
- Fourth District (https://nola.gov/nola/media/NOPD/Consent%20Decree/4th-District-2021-Community-Policing-Plan.pdf)
- Fifth District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/5th-Community-Plan-Updated-Aug-4_-2021.pdf)
- Sixth District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/8-26-21-2021-Sixth-Dis-Community-Policing-Plan-updated.pdf)
- Seventh District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/Community-Outreach-and-Public-Information-Plan-SEVENTH-DISTRICT.PDF)
- Eighth District (https://nola.gov/nola/media/NOPD/Consent%20Decree/Community%20Outreach/Community-Outreach-and-Public-Information-Plan-EIGHTH-DISTRICT.PDF)

# Policing Data Reports

NOPD policing data reports offer insight into investigations and policies regarding calls for service, field interviews, use of force, sexual assault, domestic violence, community engagement, and crisis intervention.

View policing data (https://nopdnews.com/transparency/policing-data/)

# []Annual Master Training Plan

The Education and Training Division program goals are strategically aligned to support the Department's mission in providing professional police services to the public to maintain order, protect life and property, engage the neighborhood and community, and integrate community and solution-oriented problem solving. The Academy's task is to develop well-trained, highly motivated and courteous employees to serve our community and organization with pride and professionalism.

The Annual Master Training Plan (AMTP) supports the Department mission by identifying a comprehensive set of educational goals and objectives that fosters professional development and provides the skills training necessary for officers to perform their duties in an unbiased, safe and proficient manner.

> View annual master training plan (https://nola.gov/nopd/consent-decree/documents/2017-annual-master-training-plan-(superintendent-a/)

# []Ethical Policing Is Courageous (EPIC)

Ethical Policing Is Courageous (EPIC) is a peer intervention program developed by the NOPD, in collaboration with community partners, to promote a culture of high-quality and ethical policing. EPIC educates, empowers, and supports the officers on the streets to play a meaningful role in "policing" one another. EPIC is a peer intervention program; a program that teaches officers how to intervene to stop a wrongful action before it occurs.

At its core, EPIC is an officer survival program, a community safety program, and a job satisfaction program. EPIC represents a cultural change in policing that equips, encourages, and supports officers to intervene to prevent misconduct and ensure high-quality policing. Everyone benefits when potential misconduct is not perpetrated or a potential mistake is not made.

EPIC seeks to inculcate active bystandership into everything an officer does, and to provide officers with the tools and resources needed to do it well. EPIC incorporates lessons learned instituting active bystandership in other sectors. EPIC strives to redefine police culture so that intervention to prevent or stop harmful action is not an exception to good team-work; it is the very definition of good teamwork. To do this, EPIC reaches throughout the NOPD and touches everything the Department does.  EPIC:

- Redefines critical loyalty;
- Changes (or at least adds to) what we look for in the officers we hire;
- Trains officers and supervisors to identify danger signs;
- Equips officers with the skills they need to intervene before problems
- occur/escalate, and to do so safely;
- Supports and protects officers who do the right thing; and
- Provides officers with resources to help them make ethical decisions.

The Department's management is fully committed to peer intervention and to the key role it will play as we all work together to transform the NOPD into a premier law enforcement institution.

The materials below are available for use by police departments across the country. For more information, please reach out to EPIC at EPIC@nola.gov or at (504)658-EPIC.

> View EPIC Website (http://epic.nola.gov/home/)

Last updated: 6/6/2022 5:20:27 PM