UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

# ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Tuesday, September 27, 2022, at 3:00 p.m.**, to update the Court on the City's implementation of the Consent Decree.[1] The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

**New Orleans, Louisiana, this 7th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The hearing is not on the City's Motion to Terminate the Consent Decree. R. Doc. 629.