UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

### ORDER

Before the Court is the City of New Orleans' Motion for Miscellaneous Relief.[1]

**IT IS ORDERED** that the Motion is **DENIED AS MOOT.** The City has been given the information necessary for it to order transcripts of the hearings.

**New Orleans, Louisiana, this 7th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 632.