MINUTE ENTRY
MORGAN, J.
AUGUST 17, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, AUGUST 17, 2022 (1:19 p.m. – 2:22 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Karen Ibos |
| APPEARANCES: | Tim Mygatt, Jonas Geissler, Megan Marks, and Theodore Carter on behalf of the Plaintiff, the United States of America; |
| | Donesia Turner, Charles Zimmer, and Daniel Davillier on behalf of the Defendant, the City of New Orleans; |
| | Shaun Ferguson, Arlinda Westbrook, Otha Sandifer, and Christopher Goodly on behalf of the New Orleans Police Department; |
| | Jonathan Aronie, David Douglass, Mary Ann Viverette, and Ashley Burns on behalf of the Consent Decree Monitoring Team |
| | Stella Cziment and Bonycle Sokunbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans |

**STATUS CONFERENCE**

The Court heard presentations by the Consent Decree Monitoring Team, the Department of Justice, and the City of New Orleans regarding the status of compliance with the Consent Decree.

JS-10:  01:03