

## ATTACHMENT A

### NOPD's Response to Monitoring Team's Recommendations

- ■ Recommendations:
  - o A. Officer Trust and Job Satisfaction, Inclusion, and Retention
    - ▪ Develop a more transparent KSA review and feedback process
      - • NOPD response: All recommendations have been considered because we believe it promotes transparency. The only concern is the amount of time it may take away from the Supervisor's regular duties. PSAB conducts audits on the KSAs using the exact checklist that OCDM Robert McNeilly utilizes. The 4th quarter audit of 2021 compliant.
    - ▪ Improve the physical Facilities
      - • NOPD response: This is certainly a concern of NOPD Leadership as well. Where funding can be identified, NOPD is seeking funding through Capital Projects to complete this task. The following facilities have been included: 8th District, 6th District, HQ, and SOD roof repairs.
    - ▪ Identify ways to ensure opportunities for officers
      - • NOPD response: A number of the opportunities identified in this recommendation were occurring prior to COVID-19 and when funding was available. Yes, NOPD believes it benefits more by having well-trained employees. However, adequate funding and the length of training (FBINA is a 10-week training commitment) it takes to send employees to these types of training is a challenge. I encourage the use of more virtual trainings, where available. NOPD does not discourage furthering education and training of any of its employees.
    - ▪ Take home vehicles
      - • NOPD response: Providing every officer with a Take-home vehicle is a long-term goal of NOPD. We are currently reviewing the Take-Home policy. The goal is to have the policy be more reflective of the policies of other regional agencies/departments.
      - • 75 marked vehicles have been ordered and are being shipped.
      - • Using possible ARPA funds, NOPD would like to purchase 550 additional vehicles.
    - ▪ Improve the in-office work environment by upgrading and updating equipment, ensuring readily available supplies, etc.
      - • NOPD response: This is definitely an area of concern that is on NOPD's radar. It is a priority that is being addressed by identifying some grants to cover the cost of some these items.



- There have been several items/supply needs identified and included in our ARPA request.
- Be more open and transparent with officers
    - NOPD response:
        - (a) This requirement is in PIB's SOPs. PSAB will be revising Chp. 52.1.1 to reflect the same language ensuring that the notice to the accused is done within the timelines as the complainant (within 10 days after investigator receives the investigation).
        - (b) PIB Chief and Captains have been regularly visiting the Districts to answer questions and make themselves available for critique and feedback.
        - (c) PIB will continue to issue "Mythbusters" about various areas of the disciplinary process and based upon their District meetings.
        - (d) Prior to the 2019 Cyber Attack, PIB would periodically email the Department a list of disciplinary hearings and outcomes. This practice will be implemented again.
        - Video communications:
            - I will revisit this recommendation with PIO to reimplement use of video messaging to the Department aside of the already bi-weekly NOPDAll emails that are sent.
    - Pros and Cons of a short paragraph to accompany SFLs
        - NOPD response: This has been a topic of discussion within the PIB focus group that is supported by the Department. As well as, purging SFLs every calendar year (Jan-Dec).
    - Involving Community member and/or HR professional promotions decisions
        - NOPD response: Internal HR personnel were part of the latest Lt's and Capt's promotions interviews. We are considering having an external member of City HR to assist outside of the OIPM who present for Capt interviews.
    - Identify ways to reduce the time it takes to conduct PIB investigations
        - NOPD response: NOPD is confident that the audit will show there is no evidence to suggest unfair treatment of certain officers over others. Extension of time to investigate are certainly requested when warranted based upon the complexity of an investigation coupled with the investigator's workload. (vetted through the Civil Service process when requesting extension) The detailed audit of PIB timelines will be done before the end of 2022. This audit can be distributed department wide.



- Officer rotation
    - NOPD response: NOPD is not opposed to a rotation of all the specialized units listed in the recommendation. The major concern is a more detailed plan of how the rotation will be implemented. There needs to be more in-depth discussion of the implementation of the rotation.
    - New PIB ordinance approved by the City Council directly speaks to a voluntary rotation of commissioned investigators as well as a mandatory rotation for newly promoted Sergeants and Lieutenants.
- Involve officers in decision-making process
    - NOPD response: Reinstituting the Burden Reduction Working group will be beneficial to boosting employee morale. Currently, working with the Executive Team to determine the leadership of this group.
- OAP Staffing, Lack of Supplies/Equipment, Training Opportunities, and Mandatory Officer Wellness Checks
    - NOPD: OAP Director: A selected candidate is currently in the background investigation phase.
  - B. Efficiency and Burden Reduction
    - Eliminate duplicative reports and Electronic TRIP sheets
      - NOPD response: NOPD believes that the implementation of the Hexagon system will combat the issues identified in this recommendation. Launch date TBA.
    - Better use of BWCs
      - NOPD response: The BWCs are being utilized in multiple ways. I know some bureaus are using them to record interviews with the public and accused officers. Recording injuries is an area that can be explored to eliminate the need of purchasing additional digital cameras.
    - Expand officer workspace at the jail
      - NOPD response: Spoke with Sheriff Hudson about this issue. We agree with upgrading the equipment. This is a priority. NOPD officers have a workspace with an updated computer and printer for use.
    - Expand the use of APR
      - NOPD response: APR is comprised of a few different types of employees (reassigned employees and those on ADD). The goal is to have this unit comprised of permanent civilian employees. The hope that if there was an employee who is not old enough to enter the Academy that he or she could apply for this position before transitioning into the Academy.
    - Reduce officer's time spent at traffic accidents



- NOPD response: an RFP for a 3rd party vendor to conduct accident incident responses is currently being written.
- NOPD has identified this as another area to utilize civilian employees that can be deputized to assist. Currently, we are in talks with Civil Service regarding the position.
- Educate the community
  - NOPD response: NOPD has put more effort into a more robust social media campaign centered around promoting "our message" and highlighting the positives of the Department and its members.
- Invest in technology
  - NOPD response: Field Operations Bureau has developed and will be implementing NOPD's Arrest Case Management System. The system is a cloud-based solution through Microsoft. This system will house all state arrest cases from Field Operations Bureau. NOPD and DA's Office has access to the system.
- State Police: interstate enforcement
  - NOPD response: The ask has been made, but currently, LSP does not have the manpower for such an undertaking.
- Improve the speed of fixing officers' cars
  - NOPD response: I agree with this recommendation. There is a serious shortage of staff at EMD. They have experienced some high turnover. EMD job availabilities are posted for additional hires.
- Explore benefits of more robust internal grievance process
  - NOPD response: I agree. This is something I will have PIB and HR prioritize. PSAB would then internalize and update any policies.
- C. Sustainment and Continuous Improvement
  - Elevate the Academy to Bureau Level
    - NOPD response: The Academy now part of PSAB. It is an important change because it will enhance the overall training of our recruits and veteran officers. The move allows for a unified effort in creating, implementing, and distributing NOPD policies and procedures.
  - Demilitarizing the Academy
    - NOPD response: I agree. Recruit Class 195 was the first class which did not have a "hell day" or hell week. Instead, the Administrative Curriculum Director used the opportunity for educational onboarding. The phasing out of the practice has already begun.
  - External Investigations of NOPD Leadership
    - NOPD response: In recent talks with OIG, they are unable to investigate any misconduct complaints due to staffing. I support



- the IPM's ask for additional funding so they would be to hire to conduct these investigations.
- Increase coordination with DA's office
    - NOPD response: The Chief of Trials will provide a monthly report to Lt. Powell (FOB) and PSAB regarding issues or concerns about NOPD.  Starting June 2022, monthly meetings between Lt. Powell and DA's Office to address those concerns.  Starting August 2022, the A-case officers meet quarterly with the Screeners to discuss investigations.
- Accelerate the transition from EPIC curriculum to ABLE curriculum
    - NOPD response: I agree.  Education & Training Division is waiting on the next train-the-trainer course announcement.
    - EPIC transitioning to ABLE scheduled to launch and complete in 2023 training
- Public Compliance reports to the Council and IPM
    - NOPD response: State of NOPD and data reports are now being provided on a quarterly basis as mandated by City Council ordinance.
- PCAB process
    - NOPD response:  NOPD has already began this process.  I sent emails to the District Captains May 12, 2022, concerning their participation in revitalizing the PCAB relationships.  I personally sent out an email May 13, 2022, to the PCAB representatives as well committing to attend one every month.
    - I have scheduled meetings with various PCAB Board.
    - Reenergized and all districts have the board members and have been meeting with District Captains
- Floater Sgt. or Lt.
    - NOPD response:  Due to staffing challenges, this can not be implemented.
- Exit Interviews
    - NOPD response: I agree the form needs updating.  I believe it should at the minimum be a digital format.  We have received some suggestions from a few groups on updating this process.  We are open to it.
- Officer's Wellness and Health
    - NOPD response:  I agree with this section in its entirety because I take the health and wellness of my employees seriously and will do whatever is needed to support my employees holistically.
  o D. Community Trust
    - NOPD response:  Our commitment to constitutional policing is unwavering.  Boosting employee morale (retention and recruitment),



- maintaining community trust (transparency), and preserving police reforms (not backsliding) are the priorities of this Department.
  - E. Recruitment
    - NOPD response: Recruitment is the top priority of this Administration. NOPD has gone through great lengths to enhance its recruiting efforts and those efforts will continue. I am not wavering my commitment to utilize the partnerships to help NOPD achieve its recruiting goals. (Council approved funding for Recruitment?)
    - working with Civil Service to identify and address those hinderances/roadblocks that are preventing the forward movement of an applicant to a recruit.
      - Retesting period changes: 1st retest can be taken after 30 days and subsequent retest after 6 months
    - Revision of internal Recruitment process/policies
      - Elimination of the use of marijuana question (however, applicant must be drug free from pre-employment drug test)
      - Letter submitted to Civil Service, issue will be placed on the September 2022 docket
    - Lateral program
      - In-state Louisiana POST certified officers
      - 1st class by end of year
      - 10-week abbreviated program
    - Movement on Staffing within NOPD
      - PSAB
        - Academy
          - Dean
            - Will have 3 interviews completed by the end of this week
              - candidate has been selected and is in the pre-screening process
          - IT
            - IT specifically designated for the Academy.
            - Departmental internal approval is imminent. Next step is to receive a registry from Civil Service on possible candidates.
            - The previous IT tech has been re-assigned to the Academy 2-3 days per week
        - OAP
          - Director
            - There are 3 candidates currently being vetted. Interviews TBA.
              - Selected candidate has started the background for the position



- o   Audit Team
    - Auditors
        - 5 individuals are in background.
    - Innovation Manager
        - Civil Service recently approved the position
        - Innovation Manager candidate is in the background