MINUTE ENTRY
MORGAN, J.
September 6, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**      **Defendant** | **SECTION "E"** |

### MINUTE ENTRY AND SCHEDULING ORDER
### ON MOTION TO TERMINATE CONSENT DECREE

A video status conference was held on September 6, 2022, at 2:00 p.m. in the chambers of Judge Susie Morgan.

    Present:    Jonas Geissler, Megan Marks, Timothy Mygatt, Mehreen Riaz, and Theodore Carter, on behalf of Plaintiff, the United States of America ("DOJ");

                     Donesia Turner and Charles Zimmer, on behalf of Defendant, the City of New Orleans ("the City");

                     Jonathan Aronie and David Douglass, Office of the Consent Decree Monitor ("Monitor").

The Court discussed with the parties the City's Motion to Terminate the Consent Decree.[1]

---

[1] R. Doc. 629.

1

**IT IS ORDERED** that the parties comply with the following deadlines:

| Any motion filed by the DOJ to deny the Motion to Terminate the Consent Decree because it fails to comply with the requirements of ¶ 492 of the Consent Decree | Filed and served by no later than **October 6, 2022**[2] |
|---|---|
| The City's opposition to the motion | Filed and served by no later than **October 27, 2022** |
| DOJ's reply in support of its motion | Filed and served by no later than **November 3, 2022** |
| Depositions and discovery related to the Motion to Terminate the Consent Decree[3] **Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **March 6, 2023**[4] |
| DOJ's opposition to the Motion to Terminate the Consent Decree | Filed and served by no later than **April 6, 2023** |
| The City's reply memorandum in support of its Motion to Terminate the Consent Decree | Filed and served by no later than **April 21, 2023** |

The parties are reminded that all documents produced in discovery must be BATES stamped.

The Court will determine whether an evidentiary hearing on the City's Motion to Terminate the Consent Decree, with live testimony, is necessary after all briefing has been filed.

**IT IS FURTHER ORDERED** that all briefs and memoranda shall conform to the following requirements in addition to those found in the Local Rules. Any brief or

---

[2] In the event such a motion is filed, the remaining deadlines will be vacated, to be reset after a decision on the motion has been rendered.
[3] Any motions to compel or to quash discovery should be set before this Court.
[4] The Court-appointed Monitors may participate in discovery and may, at the Court's request, provide the Court and the parties their observations on the merits of the motions.

2

memorandum that has more than 10 pages must contain all items listed below. Briefs and memoranda that are 10 pages or less must contain items (3), (4), (6), and (7) listed below:

1. A table of contents setting forth the page number of each section, including all headings designated in the body of the brief or memorandum.
2. A table of citations of cases, statutes, rules, textbooks, and other authorities, alphabetically arranged.
3. A short statement of the nature and stage of the proceeding.
4. A statement of the issues to be ruled on by the Court and, with respect to each issue, a short statement, supported by authority, of the standard of review.
5. A short summary of argument.
6. The argument shall be divided under appropriate headings succinctly setting forth separate points.
7. A short conclusion stating the precise relief sought.

**IT IS FURTHER ORDERED** that any document containing more than 50 pages (including all exhibits and attachments) shall be submitted to the Court in hard copy form, with tabs for exhibits, within 24 hours of filing on CM/ECF. Any party who submits more than five exhibits with a document shall include a table of contents describing each exhibit and which tab corresponds to each exhibit.

**New Orleans, Louisiana, this 12th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:08)