MINUTE ENTRY
MORGAN, J.
SEPTEMBER 27, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO.  12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, SEPTEMBER 27, 2022 (3:15 p.m. – 4:20 p.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:     Cathy Pepper

APPEARANCES:        Jonas Geissler and Theodore Carter on behalf of the Plaintiff, the United States of America;

Donesia Turner, Charles Zimmer, Gilbert Montano, and Kevin Hill on behalf of the Defendant, the City of New Orleans;

Jonette Williams, Arlinda Westbrook, and Otha Sandifer on behalf of the New Orleans Police Department;

Jonathan Aronie, David Douglass, and Ashley Burns on behalf of the Consent Decree Monitoring Team

Bonycle Sokunbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans

**STATUS CONFERENCE**

The Court heard presentations by the City of New Orleans regarding the status of compliance with the Consent Decree.

JS-10:  01:05