UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

**IT IS ORDERED** that public hearings on the status of the Consent Decree shall be held on:

- **October 19, 2022** at **10:00 a.m.**
- **November 9, 2022** at **3:00 p.m.**
- **December 14, 2022** at **3:00 p.m.**

The hearings will be held in Judge Morgan's Courtroom, Third Floor, Room C-316, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend. In addition, the public may submit questions and comments to the Consent Decree Monitoring Team anytime at aburns@consentdecreemonitor.com.

**New Orleans, Louisiana, this 30th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**