```
11:59:05   1                    UNITED STATES DISTRICT COURT.
                               EASTERN DISTRICT OF LOUISIANA
           2

           3   ****************************************************************

           4   UNITED STATES OF AMERICA

           5                        CIVIL ACTION NO. 12-1924 "E"
               VERSUS               NEW ORLEANS, LOUISIANA
02:44:25   6                        TUESDAY, SEPTEMBER 27, 2022, 3:00 P.M.

           7   NEW ORLEANS CITY

           8   ****************************************************************

           9
                   TRANSCRIPT OF CONSENT DECREE PUBLIC HEARING PROCEEDINGS
          10          HEARD BEFORE THE HONORABLE SUSIE MORGAN
                           UNITED STATES DISTRICT JUDGE
          11

          12   APPEARANCES:

          13
               FOR THE MONITORING TEAM:        JONATHAN ARONIE
          14                                   DAVID DOUGLASS
                                               ASHLEY BURNS
          15

          16   FOR THE OFFICE OF THE
               INDEPENDENT POLICE MONITOR:     BONYCLE SOKUNBI
          17

          18   FOR THE DEPARTMENT OF JUSTICE:  R. JONAS GEISSLER, ESQ.
                                               THEODORE R. CARTER, III, ESQ.
          19

          20   FOR THE NEW ORLEANS
               POLICE DEPARTMENT:              ARLINDA WESTBROOK, PROJECT MGR
          21                                   OTHA SANDIFER, DEPUTY CHIEF
                                               JONETTE WILLIAMS, DEPUTY CHIEF
          22

          23   FOR THE CITY OF NEW ORLEANS:    GILBERT MONTANO, CAO
                                               DONESIA TURNER, CITY ATTORNEY
          24                                   KEVIN HILL, CITY ATTORNEY
                                               CHARLES, ZIMMER, ESQ.
          25


                                  OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
4                                  REGISTERED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM B-275
5                                  NEW ORLEANS, LA   70130
                                   (504) 589-7779
6                                  Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

**P-R-O-C-E-E-D-I-N-G-S**

A F T E R N O O N   S E S S I O N

TUESDAY, SEPTEMBER 27, 2022

(PUBLIC HEARING CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Please be seated, everyone.

THE DEPUTY CLERK:  Calling Civil Action 12-1924,
United States of America v. City of New Orleans.

THE COURT:  All right.  I want to welcome everyone
today, the representatives of the City and the New Orleans
Police Department, our Monitoring Team, the Department of
Justice, the media, interested citizens.  We're so happy to
have you all here today.  Welcome to the federal courthouse.

I would like for all of the individuals
representing the parties to please stand and introduce yourself
and tell us what your title is.  Yeah.

CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor,
Gilbert Montano, chief administrative officer, City of
New Orleans.

MS. TURNER:  Donesia Turner, city attorney.

MR. ZIMMER:  Charles Zimmer, counsel for the City and
the NOPD.

MS. WESTBROOK:  Arlinda Westbrook, Consent Decree

*OFFICIAL TRANSCRIPT*

03:17:11  1    project manager, City of New Orleans.

03:17:17  2         DEPUTY CHIEF SANDIFER:  Otha Sandifer, deputy chief,

03:17:18  3    New Orleans Police Department.

03:17:19  4         DEPUTY CHIEF WILLIAMS:  Jonette William, deputy chief,

03:17:22  5    New Orleans Police Department.

03:17:22  6         MR. HILL:  Kevin Hill, senior chief deputy, City

03:17:28  7    Attorney.

03:17:29  8         MR. GEISSLER:  Good afternoon, Your Honor.

03:17:31  9    Jonas Geissler, Civil Rights Division for the United States.

03:17:33 10         MR. CARTER:  Good afternoon, Your Honor.

03:17:34 11    Theodore Carter also on behalf of the United States and the

03:17:37 12    United States Attorney's Office.

03:17:39 13              Go ahead.

03:17:39 14         MS. SOKUNBI:  Good afternoon.  Bonycle Sokunbi, deputy

03:17:42 15    police monitor, Office of the Independent Police Monitor.

03:17:45 16         MR. ARONIE:  Your Honor, Jonathan Aronie of the

03:17:48 17    Monitoring Team.

03:17:48 18         MR. DOUGLASS:  David Douglass, the Monitoring Team,

03:17:52 19    Your Honor.

03:17:53 20         DR. BURNS:  Good afternoon, Your Honor.  Ashley Burns,

03:17:55 21    the Monitoring Team.

03:17:57 22         THE COURT:  All right.  Thank you all.  Good afternoon.

03:17:58 23    Glad to have you all here today.

03:18:00 24              So, I called this hearing primarily to give the

03:18:04 25    City the opportunity to share the progress it has made in

*OFFICIAL TRANSCRIPT*

03:18:09  1   accomplishing its efforts to better support its personnel,

03:18:12  2   increase the civilianization, and increase manpower, all things

03:18:16  3   that are directly tied to the City's obligations under

03:18:19  4   paragraph 12 of the Consent Decree, to provide the resources

03:18:23  5   necessary to ensure the City's full and sustained

03:18:27  6   implementation.

03:18:28  7            I understand the City is impatient to reach the

03:18:33  8   milestone of full and effective compliance and enter into the

03:18:36  9   two-year sustainment period called for by paragraph 486 of the

03:18:42 10   Consent Decree.  So am I.

03:18:45 11            In 2019, I said I hoped we were about to enter

03:18:49 12   that sustainment period.  That was before COVID, Hurricane Ida,

03:18:56 13   the civil unrest following the killing of George Floyd, and

03:19:00 14   NOPD's current manpower crisis.  We share the City's urgency to

03:19:06 15   move the Consent Decree forward, and I want to thank the

03:19:08 16   members of the Monitoring Team, DOJ, the NOPD, and the City for

03:19:13 17   working together toward that goal.

03:19:16 18            At the same time, as was discussed at last

03:19:20 19   month's hearing, hiring has not kept pace with attrition, and

03:19:24 20   the Monitoring Team and I shared significant concerns that the

03:19:29 21   lack of personnel is adversely impacting the City's ability to

03:19:33 22   remain in compliance with the Consent Decree's requirements

03:19:37 23   and, of course, as well as the police department's ability to

03:19:43 24   effectively police the City and keep the citizens safe.

03:19:47 25            Today I want to give the City and NOPD the chance

*OFFICIAL TRANSCRIPT*

03:19:50  1    to report on their progress.  In addition to hearing from the

03:19:55  2    City and NOPD, as always, I would also like to hear from the

03:20:00  3    Monitoring Team regarding the progress that they are aware of

03:20:04  4    that's being made on a number of ongoing projects, including

03:20:07  5    the specific items about which I expressed concern at our last

03:20:11  6    hearing, and, of course, from the Department of Justice, if you

03:20:15  7    have any comments you would like to make.

03:20:18  8            Please, do not forget, you will all be able to

03:20:21  9    hear from the Monitoring Team directly and make comments and

03:20:24 10    ask questions at tonight's paragraph 461 public meeting which

03:20:31 11    will be held at the Ashe Center beginning at 6:00 p.m.

03:20:35 12            For those that cannot make this meeting, the

03:20:37 13    Monitoring Team will hold a second session tomorrow also at

03:20:42 14    Ashe at 11:30 a.m.  I'll give you all another reminder of those

03:20:49 15    events at the conclusion of today's hearing.

03:20:52 16            I would now like to invite the City or NOPD to

03:20:55 17    the lectern to share with us a progress report on topics of

03:21:01 18    interest to all of us since the last hearing.  I assume you all

03:21:05 19    have determined the order in which you would like to appear.

03:21:05 20            CHIEF ADMINISTRATIVE OFFICER MONTANO:  Yes, ma'am.

03:21:07 21            MS. TURNER:  We have, Your Honor.  So, it's going to be

03:21:12 22    Gilbert Montano on behalf of the City and Jonette Williams on

03:21:17 23    behalf of the City.

03:21:19 24            THE COURT:  All right.  Thank you.

03:21:19 25            MR. ZIMMER:  Your Honor, just before we get started, on

*OFFICIAL TRANSCRIPT*

03:21:22  1   the record we restate our objection to calling NOPD and City

03:21:25  2   employees to the hearing to testify, which is, we believe,

03:21:27  3   outside the Consent Decree's requirements.

03:21:29  4          THE COURT:  All right.  Noted.

03:21:34  5          MR. GEISSLER:  Thank you, You Honor.  Just for the

03:21:35  6   record as well, the United States opposes the objection.  We

03:21:38  7   believe the Court has the authority to call a status

03:21:42  8   conference, but we are eager to see an agenda promulgated for

03:21:42  9   our future status conferences.  We think that would help

03:21:47  10  everybody prepare for both our travel arrangements for other

03:21:48  11  members of the team and for the sake of presentations from the

03:21:51  12  City.

03:21:51  13         THE COURT:  All right.  I have been working on the

03:21:54  14  dates for the public hearing from now to the end of the year,

03:21:58  15  and I'll share them with you all as soon as I have them, and we

03:22:03  16  certainly welcome suggestions from the DOJ or the City about

03:22:08  17  items you would like to cover at these public hearings.

03:22:12  18             As you all know, I have had these public hearings

03:22:15  19  for the last 10 years without any objection from anyone and, in

03:22:19  20  fact, full participation and appreciation from all the parties,

03:22:24  21  and I will continue to do that because I have an obligation to

03:22:29  22  keep the public informed about the progress that the City and

03:22:34  23  the NOPD are making under the Consent Decree.

03:22:37  24         MR. GEISSLER:  Thank you, Your Honor.

03:22:45  25         THE COURT:  Your Honor.

*OFFICIAL TRANSCRIPT*

03:22:47  1      CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor,

03:22:48  2  members of the team, Monitoring Team, public, all those

03:22:51  3  involved, thank you for having us here today.  I'm happy to

03:22:53  4  report on some of the initiatives and plans that as an

03:22:57  5  administration in this city and the police department we're

03:23:00  6  moving forward on behalf of the City.

03:23:02  7          I want to thank you publicly.  Obviously, we've

03:23:04  8  had several different private meetings here working through

03:23:08  9  some of our issues, and I certainly feel it has been a good,

03:23:13 10  manageable relationship where we're providing good insight into

03:23:16 11  each other; so, I definitely wanted to thank you and your team,

03:23:19 12  obviously, for that ability.

03:23:20 13      THE COURT:  I agree with you and I appreciate your

03:23:23 14  coming to meet with me and, also, the City attorney.

03:23:28 15      CHIEF ADMINISTRATIVE OFFICER MONTANO:  Thank you.

03:23:28 16          So, obviously, I will speak most acutely to many

03:23:32 17  of the financial investments.  I'll blend pieces of the

03:23:36 18  technology.  I'll also overlay the civilianization timelines

03:23:41 19  and projects and have, obviously, closed with what our latest

03:23:47 20  initiative for recruitment is.  Then I will not forget to

03:23:51 21  mention or reaffirm our retention, you know, ideas and plans

03:23:55 22  that we have been implementing over the course of time.

03:23:58 23          So, if I could pleasure the Court and just

03:24:00 24  rehighlight our mid-year funding allocation to address very

03:24:05 25  imminent needs within the agency.  We understand that

*OFFICIAL TRANSCRIPT*

03:24:08   1   policework as a whole has many different faces, many different
03:24:13   2   functions, and that the idea of policing in general is evolving
03:24:17   3   over time, and we want to ensure that we're being as adaptive
03:24:19   4   as possible through that process, understanding that the
03:24:21   5   officer is just not in his vehicle, his or her vehicle in
03:24:24   6   addressing whatever that call for services is.  There are other
03:24:27   7   issues that surround the complexity and the enjoyment or the
03:24:32   8   bemoaning of that particular work, and that includes
03:24:34   9   facilities, that includes police cars, that includes overall
03:24:38   10   pay.
03:24:39   11           That's something that we are absolutely acutely
03:24:41   12   aware of and why we have proposed -- and I want to thank the
03:24:45   13   City Council for adopting our proposal of the mid-year.  That
03:24:49   14   happened last week without exception on everything that we
03:24:51   15   asked for relative to NOPD's mid-year adjustment.  It was a
03:24:56   16   significant investment; and, once again, this is only through
03:24:58   17   the mid-year.
03:24:59   18           We are in the process of our '23 budget as we
03:25:02   19   speak, and there will be an additional significant amount of
03:25:06   20   financial resources requested to the Council to address the
03:25:11   21   needs that I laid out prior to this conversation.
03:25:13   22           What the mid-year addressed -- really is going to
03:25:18   23   address is the retention piece.  We went before the
03:25:21   24   Civil Service and the City Council to address a leading aspect
03:25:24   25   of our department leaving and wanted to provide some financial

*OFFICIAL TRANSCRIPT*

1  incentive to keep our officers in the field for as long as

2  possible, and that would have came at a cost of significance.

3           We had it staggered in a point where, upon a year

4  of service, they would receive a bonus up to 5,000, 10,000,

5  15,000, or 20,000 depending upon the years of service.  We have

6  set forth to have that first payment come in March and then a

7  $5,000 payment thereafter, pending a final Attorney General

8  blessing and the Civil Service agreement.

9           THE COURT:  Let me make sure I understand.

10          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Sure.

11          THE COURT:  The City approved the funding for the

12  five percent cost-of-living adjustment for City employees,

13  including NOPD personnel?

14          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor,

15  that's correct.

16          THE COURT:  All right.  You proposed a five percent

17  raise for NOPD officers beginning in 2023, but that would be in

18  the 2023 budget?

19          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Sure.

20  Your Honor, yes.

21           You jumped a little ahead of me, but I'm happy to

22  address that right now.  I was just giving a little bit more of

23  the history of where we're going with the retention,

24  and retention (speaking simultaneously) --

25          THE COURT:  Okay.  All right.  Go ahead.  No, you keep

*OFFICIAL TRANSCRIPT*

03:26:41 1    going.

03:26:41 2         CHIEF ADMINISTRATIVE OFFICER MONTANO:  There is a lot
03:26:43 3    of different programs, but that's just more the abundance of
03:26:46 4    attention, I believe, that we're trying to pay toward the
03:26:50 5    different facets for our police officers; so, I'll dive into
03:26:55 6    the existing proposal, which is the COLA payment which should
03:26:58 7    be set to be in officers' accounts, I believe, October 11th is
03:27:02 8    when that disbursement will happen for public safety officials.
03:27:05 9    That is five percent of their annual base salary as a
03:27:10 10   cost-of-living adjustment.

03:27:10 11        Then thereafter, we've proposed for future
03:27:13 12   officers -- and this is, once again, subject to Civil Service
03:27:18 13   approval and City Council approval, so I want to make sure I
03:27:21 14   qualify that, in that we've proposed a five percent increase
03:27:24 15   for officers starting January 1st and then a five percent
03:27:28 16   increase for the next two years thereafter, which will take
03:27:30 17   them a little over 15 percent in aggregate.

03:27:33 18        Coupled with that, for our existing officers, we
03:27:36 19   have also proposed a longevity retention payment of $10,000
03:27:41 20   upon the third year of completion.  This overlays a little bit
03:27:45 21   with what our proposal for our retention payment was, which was
03:27:48 22   staggered in the five-year increments because we understood, as
03:27:51 23   we put out the proposal for the recruitment incentive, which is
03:27:55 24   placed at $20,000, once again, subject to Civil Service and
03:27:59 25   City Council approval, would want in no way to have our

                        *OFFICIAL TRANSCRIPT*

03:28:03 1    existing officers feel left out or in some way disparate

03:28:07 2    relative to the proposal, so what we also proposed in

03:28:10 3    conjunction, and it was, you know, upwards of $11 million, the

03:28:14 4    proposal, that is, to provide a $10,000 incentive pay at the

03:28:19 5    third year, as well as within the 5, 10, 15, and 20 years

03:28:22 6    thereafter.

03:28:22 7            That's the financial take-home net effect of the

03:28:27 8    paychecks, but I also wanted -- and certainly, we've worked

03:28:31 9    through this tirelessly addressing some of the alleviation and

03:28:35 10   force multipliers through the civilianization aspect but also

03:28:38 11   the equipment and vehicle pieces associated with it; so, we

03:28:42 12   almost are diving into a new realm of what a police officer

03:28:45 13   will be responsible for.

03:28:46 14       THE COURT:  I know I'm being nit-picky, but I think the

03:28:51 15   public would like to understand this too, and I've been paying

03:28:55 16   a lot of attention to your public pronouncements, and I just

03:29:03 17   want to be sure that I understand and the public understands

03:29:07 18   exactly what was in the mid-year budget adjustment and then

03:29:12 19   what's the new 2023 budget.  Can I get can exact numbers, like,

03:29:18 20   technology, take-home cars, equipment.

03:29:23 21       CHIEF ADMINISTRATIVE OFFICER MONTANO:  Yes, Your Honor.

03:29:27 22           So, if I go back to the mid-year adjustment, if

03:29:30 23   we're looking specifically at just technology, office supplies,

03:29:34 24   furniture, and whatnot, it was $1.2 million just for that piece

03:29:38 25   of it.  That is the -- like, what are you going to absolutely

*OFFICIAL TRANSCRIPT*

03:29:44  1   need and can you spend by the end of the year?  That does not

03:29:47  2   include the 14-plus million dollars for the retention package

03:29:52  3   that was also approved, nor does it include the vehicle

03:29:56  4   purchase plans, which, in this stage -- and I'm not trying to

03:30:00  5   be complex or technical, but I have different buckets of money.

03:30:05  6            So, from the capital program, I have a separate

03:30:07  7   line item for what went to police vehicles, police equipment as

03:30:11  8   opposed to the general fund which I'm speaking of now, and that

03:30:14  9   encapsulates somewhere between the 3 to $4 million.  In the

03:30:19  10  FY 23 budget which is happening right now --

03:30:22  11           THE COURT:  Is that the 75 cars that you've already --

03:30:24  12           CHIEF ADMINISTRATIVE OFFICER MONTANO:  The 75 cars

03:30:26  13  happened in the mid-year, yes.

03:30:26  14           THE COURT:  Okay.

03:30:28  15           CHIEF ADMINISTRATIVE OFFICER MONTANO:  That was in that

03:30:30  16  realm between 3 and $5 million because there was other

03:30:33  17  equipment associated with the upfitting of the vehicles and the

03:30:37  18  whatnot.  That was also in the mid-year.

03:30:41  19           THE COURT:  Okay.

03:30:41  20           CHIEF ADMINISTRATIVE OFFICER MONTANO:  Would you like

03:30:43  21  me to elaborate anymore on what is inclusive in the mid-year?

03:30:48  22           THE COURT:  Are there some other pots of money for

03:30:50  23  police?

03:30:50  24           CHIEF ADMINISTRATIVE OFFICER MONTANO:  No.  That was

03:30:51  25  the -- if you add all those dollars together, it's getting

*OFFICIAL TRANSCRIPT*

03:30:55  1    toward $20 million just in the mid-year.

03:30:57  2              If we fast forward toward -- and I will also say,

03:31:02  3    the capital side has not been quantified in its entirety

03:31:08  4    either, and I have a long list of descriptions, even here in

03:31:11  5    front of me, to address everything from HVAC repairs, to roof

03:31:17  6    repairs, to funding, to all of the different pieces from the

03:31:19  7    First District, to the horse stables, to headquarters, that

03:31:23  8    still has to be quantified for a dollar amount as well, but we

03:31:27  9    have been taking a significant dive with our facilities and

03:31:30 10    property management to adequately address these facilities that

03:31:34 11    our officers are having to deal and manage with.

03:31:37 12         THE COURT:  Those capital projects are also part of the

03:31:40 13    2022 budget adjustment?

03:31:44 14         CHIEF ADMINISTRATIVE OFFICER MONTANO:  No, Your Honor.

03:31:44 15    That would be part of what is already existing and approved

03:31:48 16    within those scopes prior to the 2022 budget in the capital

03:31:53 17    program or what we will essentially propose in the congruent

03:31:59 18    capital budget/general fund overall budget for FY 23 once we

03:32:08 19    have a better idea of what some of those issues would involve

03:32:09 20    and a scope more acutely to have a better idea of the price.

03:32:14 21              So, for example, we know that we need a

03:32:15 22    condensing unit at the First District.  We know that we have

03:32:19 23    repairs at the shooting range.  SOD has several Trane unit

03:32:24 24    repairs.  These are all heater repairs.  I don't want to bore

03:32:28 25    the Court with their minutia, but it really took an effort and

*OFFICIAL TRANSCRIPT*

03:32:32  1  a process to be able to -- one of the things we heard was that

03:32:34  2  our officers at some point stopped complaining about what is

03:32:39  3  the problem around their facilities.

03:32:41  4          What we wanted to establish and what I hoped we

03:32:44  5  are evangelizing now is that we believe that we are designing

03:32:49  6  or have designed a process so that if your environment is not

03:32:53  7  suitable for the duties you have to perform, there is a process

03:32:56  8  and a method to address a person to be able to handle and take

03:32:59  9  care of putting in the proper work order, and that's going to

03:33:02 10  be everything from office supplies to technology needs but,

03:33:06 11  most importantly, some of the facilities pieces there.

03:33:08 12          THE COURT:  I think what you're talking about

03:33:10 13  addressing is the worklife qualities for the officers so that

03:33:17 14  they have an adequate place to work and they have equipment and

03:33:20 15  supplies.  You're doing that because you think that will

03:33:26 16  increase worklife satisfaction among the officers.

03:33:30 17          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, yes.

03:33:32 18  Obviously, we've heard that directly from the officers, from

03:33:34 19  the teams, and everybody associated with that.  We have

03:33:37 20  listened, and I feel like what we are proposing and what we

03:33:40 21  have done is developed, and now we are trying to execute upon

03:33:45 22  those issues.

03:33:46 23          THE COURT:  All right.  So, now you're going to talk

03:33:49 24  about the 2023 budget and maybe a little slower and maybe I'll

03:33:53 25  get it.

*OFFICIAL TRANSCRIPT*

03:33:54  1        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Okay.  Yeah, my

03:33:57  2    apologies.  I have this unique intersection of budgetary issues

03:34:02  3    right now, and I know that the Mayor and the Council are also

03:34:07  4    having to address these same issues, but we have a mid-year, we

03:34:10  5    have ARPA, which is our federal infusion of dollars, but then

03:34:14  6    also the fiscal year '23 budget all happening at the same time,

03:34:18  7    and then you just add the capital program on top of that.

03:34:21  8        THE COURT:  It's a good problem to have, though.

03:34:23  9        CHIEF ADMINISTRATIVE OFFICER MONTANO:  It's absolutely

03:34:24 10    a good problem to have; yes, but it's not a good problem to

03:34:27 11    explain sometimes, the complexity of it.

03:34:29 12        So, I'll dive into the '23 budget, and for sake

03:34:33 13    of simplicity, I'll conflate the ARPA funding with the FY 23

03:34:39 14    budget, if that's okay?

03:34:39 15        THE COURT:  Okay.

03:34:41 16        CHIEF ADMINISTRATIVE OFFICER MONTANO:  The entirety of

03:34:42 17    the package for the -- that we're proposing is approximately

03:34:46 18    $82.6 million, and really, what that's going to include is a

03:34:52 19    piece of the existing retention program, which because the

03:34:56 20    payments would be paid in March, the retention package and

03:34:59 21    the -- which would be nine and a half million dollars.  That is

03:35:03 22    that $10,000 payment after the third year pending approvals.

03:35:09 23        The new recruit package, this is the $20,000 year

03:35:15 24    plus ten retention incentive for new recruits or laterals, and

03:35:24 25    the latest proposal that we have a fully funded healthcare over

*OFFICIAL TRANSCRIPT*

03:35:28 1   the course of those years would be $21.6 million.  That is the

03:35:34 2   employer portion -- employee portion.

03:35:38 3          Lastly is the overall package for our police

03:35:42 4   cars.  At our estimation, it would be about 600 to fully

03:35:47 5   develop a take-home policy, which would be upwards between,

03:35:51 6   depending on inflation and where we're going with that, 25 to

03:35:55 7   $28 million.

03:35:57 8        THE COURT:  I know there is, in one of these

03:36:00 9   categories, there is technology including cell phones and

03:36:05 10  computers.  Is that in the 2022 year?

03:36:13 11       CHIEF ADMINISTRATIVE OFFICER MONTANO:  So, self-funding

03:36:14 12  is available for cell phones for all of our officers.  I

03:36:17 13  believe it's just pending the superintendent's approval.  I

03:36:22 14  wanted -- there is -- I'm not sure if there is a policy that

03:36:24 15  has to be established or determinant.  I can't speak

03:36:27 16  intelligently to that specific step, but the funding is

03:36:30 17  available to purchase these, and I understand that there is

03:36:32 18  just an approval process necessary for who gets them, when,

03:36:36 19  how, and how they'll be utilized, I'm assuming, but I can't

03:36:40 20  speak intelligently on that specific title.

03:36:43 21         So, yes, and then computers, the goal is to have

03:36:46 22  them purchased, and I have it here.  Let me make sure I'm not

03:36:50 23  getting this right -- wrong.  The order would be placed, now

03:36:54 24  that funding is available, and the funding became available

03:36:58 25  Friday.  I don't want to miscertify copy.  So, the funding just

*OFFICIAL TRANSCRIPT*

03:37:00 1    became available Friday, so in the next week or two, the order

03:37:04 2    will be provided, including for all the districts -- the Crime

03:37:08 3    Lab, the Academy.  We'll also purchase a bank, a reserve bank

03:37:15 4    should any of those computers not already previously

03:37:18 5    highlighted but certainly be available, as well as with

03:37:21 6    furniture and the other supplies.  So, now that the funding is

03:37:25 7    available in the mid-year, we'll start those orders in the next

03:37:27 8    two weeks.

03:37:30 9         If I can go -- I'm happy to address any other

03:37:35 10   questions, Your Honor, but if I can go back to the '23

03:37:38 11   proposal, because one of the things I want to highlight is that

03:37:41 12   we understand that these numbers and these proposals are

03:37:45 13   significant.  The dollar amount is significant in a

03:37:50 14   must-balanced budget.  Where you take from one, you have to

03:37:52 15   pull from somewhere else or, in this case, make one-time versus

03:37:56 16   reoccurring.

03:37:56 17        We have capped the amount of incentive pay for

03:38:00 18   new recruits at 200, assuming -- and that's what it's budgeted

03:38:05 19   for -- assuming that we could get 200 new recruits, that is the

03:38:09 20   goal and objective through this program that we are

03:38:11 21   anticipating and hoping Civil Service approval, emphasis added,

03:38:17 22   and obviously, I know the Council spoke favorably, at least

03:38:21 23   from my initial conversations, of the need for this type of

03:38:24 24   program to enhance our officer recruitment.

03:38:26 25        Would you like me to proceed on that line, or

*OFFICIAL TRANSCRIPT*

would you like me to dive into civilianization and deputization timeframes?

THE COURT:  Let's go to civilianization.

CHIEF ADMINISTRATIVE OFFICER MONTANO:  Absolutely.  I'm not sure if Deputy Chief Williams wanted to join me, or do you want me to just dive into this, but as I can provide, let's start with the service that would provide a secondary unit not NOPD to answer minor accidents.

We had to -- upon -- right now we're using a company called *OSS*.  Upon further review and investment, it was concluded by our chief procurement officer was that an RFP had to go out to provide this service equally because there is more than one company that does provide it.

The latest update I got via text as of, I believe, yesterday is that the procurement officer has what he needs to move the RFP forward.  He plans to do that on Wednesday.  Upon Wednesday, we should have the close in November, which still keeps us on track from what we have always been discussing, December, for the beginning part of 2023, to have a fully executed contract so that we can now provide this service in a much larger fashion and whatever extent the company is going to provide.  So, whereas, if we had three cars, we would hope to now have 30 or whatever is in between so that we can alleviate the need for the officer to be responding to what often is simply just an accident.

*OFFICIAL TRANSCRIPT*

03:39:58  1        THE COURT:  So, for the benefit of the public, the

03:40:02  2    concept is that if there is a minor accident, that rather than

03:40:07  3    the citizens involved in the accident having to wait hours for

03:40:11  4    NOPD to show up, and to keep NOPD from having to respond to

03:40:17  5    those fender bender kind of accidents, you're going to do an

03:40:23  6    RFP for a company that will go to the accident -- they're

03:40:26  7    trained, they've been doing this, so they've got experience,

03:40:32  8    and they know how to do it right, and they'll show up much

03:40:36  9    quicker, and they will take down the information, and that will

03:40:39 10    allow people to get a police report, if they want one, that

03:40:43 11    information goes to NOPD, someone at NOPD reviews it and

03:40:47 12    approves it, and then a police report is generated.  That's my

03:40:53 13    understanding of it.  Am I correct?

03:40:58 14        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, I

03:41:00 15    think you more succinctly captivated it than myself, yes.  The

03:41:07 16    goal and the objective is to where an officer would be spending

03:41:09 17    their time handling X, now they can handle a much more, you

03:41:13 18    know, priority-one-type issue, whether it related to an

03:41:17 19    immediacy of their needs, which we hope to continue to diminish

03:41:22 20    response time as a result.  So, that's one factor, one facet.

03:41:26 21        I hope that we can finally get across the goal

03:41:30 22    line, as I'm told, and I will continue to push, and now I have

03:41:34 23    Arlinda directly on my team to help push some of these

03:41:38 24    projects, as you and I discussed in other meetings, across the

03:41:40 25    finish line because they are important.

                        *OFFICIAL TRANSCRIPT*

03:41:40  1          THE COURT:  Yes.

03:41:43  2          CHIEF ADMINISTRATIVE OFFICER MONTANO:  That is that

03:41:45  3  potential issue.

03:41:45  4              We also have the deputization piece.  Well,

03:41:49  5  actually, Your Honor, let me go back to more the

03:41:51  6  civilianization.  I know NOPD, APR, and whatnot, NOPD is

03:41:55  7  currently hiring 75 civilians to respond to certain calls and

03:41:59  8  take on other administrative work.  They will be trained to

03:42:03  9  take over detective work, and others will respond to calls that

03:42:07 10  don't require police presence.

03:42:09 11              This is aid in collecting evidence on scene,

03:42:11 12  answer calls, including the auto accidents which we just

03:42:14 13  highlighted, and incoming online messages and phone reports.

03:42:18 14  The goals of these hires is, obviously, as we said, to reduce

03:42:20 15  that workload.

03:42:21 16              I know we've referred to it as *APR Units* and

03:42:24 17  whatnot, but that is also in the process, I believe, of the

03:42:27 18  hiccups over whatever Civil Service, you know, finalizations

03:42:31 19  have occurred, and now it's just a matter of hiring these

03:42:34 20  individuals.  The funding is available, and if anyone on my

03:42:38 21  team wants to get me straight, I believe that is where we're

03:42:42 22  at.

03:42:43 23          THE COURT:  Well, can you tell me, I'm aware of the 25

03:42:45 24  intake specialists and the 25 civilian detectives.  What's the

03:42:51 25  other 25?  Does anybody know?

*OFFICIAL TRANSCRIPT*

03:42:54 1          MS. TURNER:  Your Honor, it's various positions that we

03:42:59 2     have that are new upcoming that we have jobs ready for or that

03:43:03 3     are currently vacant.

03:43:03 4          THE COURT:  Okay.  Just various positions that we have

03:43:03 5     been -- okay.

03:43:03 6          MS. TURNER:  Yes, Your Honor.

03:43:09 7          THE COURT:  Okay.

03:43:09 8          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, and

03:43:10 9     lastly, quality of life, the deputization process, once again,

03:43:15 10    with the support of the administration and the accommodation

03:43:18 11    and approval of the City Council, we now have a process in

03:43:21 12    place to deputize many of our existing city employees to

03:43:26 13    enforce quality-of-life issues.

03:43:29 14         Where we are now, 19 of those employees have

03:43:33 15    passed their background checks, they've been trained, and

03:43:36 16    they're eligible to be sworn in by the superintendent.  We are

03:43:40 17    creating an oath from the City Attorney's Office, and we'll

03:43:43 18    coordinate on a ceremony related to this, but once again, most

03:43:48 19    importantly, the effect that they will have to be able to

03:43:50 20    provide that quality-of-life service as opposed to an officer,

03:43:54 21    we think, will be one of those additional force multipliers

03:43:59 22    that has to be in the equation as we evolve on what policing is

03:44:04 23    now.

03:44:04 24         THE COURT:  When do you think the oath will be done,

03:44:06 25    and we'll actually be able to actually put these people on the

*OFFICIAL TRANSCRIPT*

03:44:10  1   street?

03:44:13  2        MS. TURNER:  I've approved the oath, Your Honor, in an

03:44:17  3   acknowledgement form; so, we're working right now to try to get

03:44:20  4   some of these employees appointed.

03:44:23  5        THE COURT:  Okay.  So, immediately?

03:44:25  6        MS. TURNER:  Pretty much immediately.

03:44:29  7        THE COURT:  Could you tell us what kinds of citations

03:44:33  8   that they will be issuing?

03:44:37  9        MS. TURNER:  So, we are deputizing -- we have here

03:44:55 10   certified green infrastructure professional employees, ground

03:45:01 11   transportation bureau employees, employees of sanitation.

03:45:05 12        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor,

03:45:06 13   maybe I can make it just simple.  They'll be handling some of

03:45:10 14   the quality of life relative to litter abatement, construction

03:45:14 15   management projects in the sense of you have a construction

03:45:18 16   company that leaves debris, instead of calling an officer out

03:45:22 17   to ticket and cite them, a deputized employee can now do it.

03:45:26 18        If you see a contractor dumping concrete in a

03:45:31 19   catch base basin, these type of activities.  If there is

03:45:33 20   excessive trash left out, and there is a business owner that is

03:45:36 21   responsible for it, these type of nonpublic-safety related,

03:45:41 22   quality-of-life issues.

03:45:42 23        We hope and plan to continue to expand this, as

03:45:45 24   it truly can be a force multiplier and, frankly, helps our

03:45:50 25   departments immensely to be able to carry out with some, not

*OFFICIAL TRANSCRIPT*

03:45:54  1    both responsibility but also enforcement, a higher pride in

03:45:59  2    their work because it's often a slap in the face to go through

03:46:03  3    some process and watch someone get away with just leaving all

03:46:07  4    their litter and construction debris but not being able to do

03:46:11  5    something about it, so I think it has been well-received by our

03:46:11  6    agencies.

03:46:16  7         THE COURT:  Will they be wearing polos to identify them

03:46:21  8    as the City quality-of-life officers?

03:46:23  9         CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, I

03:46:25 10    believe --

03:46:25 11         MS. TURNER:  They already have.

03:46:27 12         CHIEF ADMINISTRATIVE OFFICER MONTANO:  Yes.  "Yes" is

03:46:28 13    the short answer, much like -- I guess I would compare it to a

03:46:31 14    code enforcement inspector, that his badge can identify him to

03:46:36 15    be able to provide code enforcement -- *ticketing* is the wrong

03:46:40 16    word but their enforcement activities.  They would be,

03:46:45 17    obviously, identified and badged, I would imagine.

03:46:49 18         THE COURT:  There are citations that the people have to

03:46:52 19    go to municipal court for.

03:46:54 20         MS. TURNER:  Yes, Your Honor.

03:46:57 21         CHIEF ADMINISTRATIVE OFFICER MONTANO:  I believe the

03:46:58 22    constable would be issuing the actual summons to address that.

03:47:01 23    We've worked out a CEA with the constable's office to address

03:47:06 24    that.

03:47:07 25         THE COURT:  Will there be a separate number that

*OFFICIAL TRANSCRIPT*

03:47:10  1    citizens call to get this kind of officer to come out?  Where

03:47:13  2    would a person call to request this?

03:47:15  3        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor,

03:47:16  4    right now, we have just -- with the amount that we have, 19,

03:47:21  5    our vision was certainly to just address their work on the

03:47:27  6    day-to-day activities.  We have not directly addressed the

03:47:30  7    public's ability to call on these officers.  This is part of

03:47:35  8    their course and scope of duties that now gives them the

03:47:38  9    ability to not have to wait and call NOPD to address the issue.

03:47:43  10        I hear your question and it's a good one, and I

03:47:45  11   would love to see us evolve or continue to grow and expand this

03:47:49  12   program.  I think it is a winner if we can, you know, get it

03:47:51  13   ripe for the public to be able to have and address

03:47:54  14   quality-of-life officers as well; so, I'll make note of it, and

03:47:58  15   we'll continue to grow and expand a bit, and I think it's a

03:48:01  16   good idea.

03:48:02  17        THE COURT:  Even though they are not direct NOPD

03:48:04  18   employees, it's still civilianization because it's someone else

03:48:08  19   taking that burden off NOPD.

03:48:09  20        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Exactly.

03:48:11  21        THE COURT:  He's a civilian.

03:48:12  22        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Yes.

03:48:13  23        THE COURT:  All right.  So, that's another

03:48:14  24   civilianization project.  Count that.

03:48:17  25        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Absolutely.

*OFFICIAL TRANSCRIPT*

03:48:19  1          So, Your Honor, in -- do you want me to?  Okay.

03:48:26  2   Thank you.

03:48:27  3          Without being anymore verbose than I've already

03:48:33  4   been --

03:48:33  5       THE COURT:  No, this is good information for me and for

03:48:36  6   the public; so, I'm happy to hear it.

03:48:39  7       CHIEF ADMINISTRATIVE OFFICER MONTANO:  Thank you.

03:48:40  8          Once again, I understand, and we've talked about

03:48:44  9   the most important piece of all of these strategies and

03:48:47 10   everything we're trying to implement is the execution, and so

03:48:50 11   there is nothing more higher or imminent from my perspective

03:48:55 12   than the execution.  Plans can be provided all day long and

03:48:58 13   ideas, but the execution is what we know is most important, and

03:49:02 14   that's what we're trying to carry out through this process.

03:49:06 15          In closing, should there not be any further

03:49:08 16   questions, Your Honor, I really just want to reemphasize the

03:49:13 17   effort and acknowledge the work everybody in this room is

03:49:18 18   certainly making to address an issue that we live and breathe

03:49:21 19   on an everyday basis in trying to come up with as many

03:49:25 20   solutions as possible.

03:49:26 21          We know not that everything that we'll throw out

03:49:28 22   there is going to be perfect or, in some cases, even completely

03:49:32 23   baked, but for the sake of what our issues are right now, we

03:49:35 24   want to make sure that we have everything that we can provide

03:49:37 25   on the table to either move forward and fail and adjust or move

*OFFICIAL TRANSCRIPT*

03:49:43  1    forward and succeed and then reap the benefit.

03:49:45  2         THE COURT:  Well, I appreciate the City, obviously, is

03:49:49  3    trying to move quickly on this, and also the Civil Service

03:49:53  4    Commission is trying to move quicker than usual to accommodate

03:49:57  5    this, and the City Council as well, so we understand that, you

03:50:01  6    know, some things take some time to work through all the

03:50:04  7    details, but you've got to start, and this is an excellent

03:50:09  8    start.

03:50:10  9         I thought there was some other topic to hear

03:50:22 10    about.  Did anyone want to report on your personnel efforts,

03:50:41 11    the positions that we've recently filled?

03:50:47 12         Yes.  Thank you.  That would be great.

03:50:54 13    DEPUTY CHIEF WILLIAMS:  Good afternoon, Your Honor.

03:50:56 14    Good afternoon, members of the City of New Orleans team, the

03:50:58 15    NOPD team, the monitors, and the DOJ.

03:51:02 16         So, I'll go into that part of the presentation

03:51:04 17    that I have.  I'm going to talk about personnel efforts, the

03:51:07 18    hiring process.  CAO Montano talked about the APR Unit, but

03:51:13 19    I'll just give a couple of more updates on where we are with

03:51:16 20    that process and recruitment.

03:51:18 21         As you know, we continue to seek opportunities to

03:51:20 22    civilianize positions in order to have the most resources and

03:51:24 23    commissioned personnel on the street.

03:51:25 24         So, as it relates to our civilian positions, in

03:51:30 25    2022, we've hired just under 40 civilians so far this year.

*OFFICIAL TRANSCRIPT*

03:51:34  1    We're continuing to make strides in that effort.  Just
03:51:38  2    recently, just last Monday, we had the removal of the automatic
03:51:43  3    disqualifier for the use of marijuana within one year prior to
03:51:46  4    application.  We've also removed credit history information as
03:51:52  5    far as that being something that would be a disqualifier, you
03:51:56  6    know, for applicants.
03:51:57  7           Also, we've removal language things, such as if
03:52:02  8    someone had a sporadic work history.  We know -- post COVID, we
03:52:06  9    know people, you know, have situations where they may be in and
03:52:08 10    out of work, so we've made those changes as well.
03:52:11 11           We continue to do a social media push for our
03:52:15 12    civilian jobs as well as the applicant, the police recruit and
03:52:21 13    the lateral positions.  We're using things like QR codes, you
03:52:24 14    know, trying to be creative with different ways to make sure we
03:52:27 15    push those jobs and push them on a regular basis so that the
03:52:31 16    community knows that those jobs are available.
03:52:33 17           Some key positions that we have upcoming, and
03:52:35 18    these are both new positions and vacant positions, we have
03:52:39 19    Crime Lab positions that we're making moves on, public
03:52:42 20    information office, social workers.  We have several social
03:52:46 21    workers in the pipelines.  HR positions.  Various positions
03:52:51 22    within the Public Integrity Bureau.  Auditors for PSAB.  IT
03:52:56 23    professionals that will be working for NOPD.  Training Academy
03:53:00 24    positions.  Our OAP, Officer Assistance Program, as well as the
03:53:04 25    police investigative specialist.

*OFFICIAL TRANSCRIPT*

03:53:06  1          With that, we have multiple people that have been

03:53:09  2     interviewed and that are going through the hiring process in

03:53:13  3     the Special Victims Division specialization, as well as the

03:53:17  4     Public Integrity Bureau's specialization.  As you already know,

03:53:20  5     we have three specializations in addition to those two.  We

03:53:23  6     have the Recruitment and Applicant Investigation

03:53:26  7     specialization.

03:53:27  8          So, we continue to push with those hires, as well

03:53:29  9     as the new designations, which will be the one for the

03:53:32 10     APR Unit, Alternative Police Response, which will be the people

03:53:37 11     that will actually go on scene to continue to do investigations

03:53:41 12     for the calls that are handled for the APR Unit.  For instance,

03:53:46 13     if they respond to a call and maybe fingerprints need to be

03:53:48 14     lifted, or there is a disc with evidence that needs to be

03:53:50 15     picked up, they'll able to retrieve those items, bring them to

03:53:55 16     Central Evidence and Property, do, you know, follow-up

03:53:57 17     investigations that don't require the presence of a

03:54:00 18     commissioned person.

03:54:02 19          We also have a position that will be related to

03:54:04 20     the Field Operations Bureau, and that person -- those persons

03:54:07 21     will be able to issue traffic citations and things of that

03:54:10 22     nature.

03:54:10 23          We're continuing to streamline our process, and

03:54:14 24     as the CAO stated, we want to continue to make sure that we

03:54:18 25     execute, that, you know, we follow-up with these things so HR

*OFFICIAL TRANSCRIPT*

03:54:20  1   and the applicant investigation are working together literally

03:54:23  2   on a daily basis to make sure that we move through this

03:54:26  3   process.

03:54:26  4            So, number one, we're making sure that when

03:54:30  5   eligibility lists come out, that the supervisors are taking

03:54:33  6   action on them.  They are doing interviews.  If we need to put

03:54:36  7   someone into background, we're doing that.  Making sure that

03:54:39  8   background and the applicant investigation unit are doing what

03:54:42  9   they need to do to continue that process, staying engaged with

03:54:44 10   those applicants to let them know, you know, this is what's

03:54:46 11   going on if there happens to be an issue or something like

03:54:49 12   that, but to keep them engaged to know that we want them, and

03:54:52 13   we want to hire them.

03:54:52 14            We've done some things in house just creating,

03:54:56 15   you know, different forms of things to help streamline the

03:54:59 16   process so that everyone understands, because we know the

03:55:03 17   supervisors that are handling this, this is not their only

03:55:07 18   duty.  They have other primary duties, so we just want to make

03:55:09 19   sure, you know, we streamline that process.

03:55:12 20            We've also sent something to the Civil Service

03:55:13 21   Commission that was an off-agenda item to extend our

03:55:17 22   eligibility list.  Right now it's 45 days.  That's sort of a

03:55:20 23   tight window when you have to, you know, interview someone, put

03:55:23 24   them through background, so we've asked for it to be extended

03:55:26 25   to 90 days.  That will be voted on at the next meeting.  So,

*OFFICIAL TRANSCRIPT*

03:55:30  1   that will be something that will be a big help to us as well.

03:55:32  2              Just to briefly just talk quickly about the

03:55:36  3   Alternative Police Response Unit, the APR Unit, so right now

03:55:40  4   we're working on policy revisions to make sure that our policy

03:55:45  5   and procedures encompasses everything that we're doing to move

03:55:48  6   forward.  We're partnered with the Orleans Parish

03:55:51  7   Communications District, and some things that we've already

03:55:53  8   done with that, we've had the nonemergency line changed so that

03:55:57  9   when someone calls the nonemergency line, when you get that

03:56:00 10   triage call tells you, you know, different things, different

03:56:03 11   option, the first thing is online reporting because we really

03:56:07 12   want to do a big push and PIO is continuing to do a push so

03:56:11 13   that the public knows that online reporting is an option -- a

03:56:15 14   viable option that we have.

03:56:16 15              The staffing, we have those two positions that

03:56:21 16   were already discussed -- the police intake specialist that was

03:56:23 17   changed just last Monday at the Civil Service Commission to be

03:56:27 18   able to let us have an APR specialization.  Those would be the

03:56:29 19   people that will actually be handling the reports over the

03:56:31 20   phone doing those reports and the online reporting.

03:56:34 21              Then in addition to that, the police

03:56:36 22   investigative specialist, like I said, that will go out in the

03:56:39 23   field.  Once we get the hires, the goal is to make that into a

03:56:43 24   three-shift unit where, you know, it's available 24 hours a

03:56:46 25   day, seven days a week.

*OFFICIAL TRANSCRIPT*

03:56:47  1        The next piece of that is training.  So, we're

03:56:50  2   actively currently developing training for these two positions

03:56:56  3   and for, actually, all of our police investigative specialists

03:57:00  4   because as we hire more civilians, we want to make sure that

03:57:05  5   they are getting training as far as things that are related to

03:57:07  6   these jobs so that they understand what they are responsible

03:57:09  7   for, what's expected of them.

03:57:11  8        Finally, the last part of that is just logistics,

03:57:14  9   and that's just going to be, you know, things like making sure

03:57:16 10   we have enough desks, chairs, as the CAO mentioned, you know,

03:57:23 11   computers, all those types of things; so, that's just the last

03:57:25 12   piece of that.

03:57:25 13        Like I said, with the online reporting, we're

03:57:28 14   just still continuing to make sure they do a heavy media push

03:57:31 15   on that so that people know that that's currently a viable

03:57:35 16   option.

03:57:36 17        As it relates to recruitment, just a couple of

03:57:39 18   other things.  So, we've also been able to change with the

03:57:42 19   Civil Service Commission first retest is now 30 days; so, we

03:57:47 20   were able to change that second retest is after six months.

03:57:49 21        THE COURT:  What was it before?

03:57:52 22        DEPUTY CHIEF WILLIAMS:  The first one was three months,

03:57:58 23   and then it was, I think, nine months or a year, I not sure, on

03:57:59 24   the second retest; so, we were able to have that changed so

03:58:03 25   that's some positive as we try to hire more recruits.

*OFFICIAL TRANSCRIPT*

03:58:06  1          We have that lateral program that we're pushing

03:58:08  2  out a ten-week program for those that are Louisiana POST

03:58:12  3  certified in good standing, so that's a ten-week program that

03:58:16  4  they'll be able to participate in.  All they have to have is

03:58:20  5  one year of experience outside of the Training Academy,

03:58:24  6  whatever Training Academy they've attended.

03:58:27  7          THE COURT:  If a lateral comes at the end of one year,

03:58:31  8  will they get the 10,000 as a bonus?

03:58:35  9          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, I'll

03:58:37 10  perpetually say that so long as Civil Service Commission

03:58:42 11  blesses this, and like I say, we're having that debate right

03:58:46 12  now, yes.  We understand the need to be so great and apparent

03:58:50 13  that in order for us to be able to propose this or have this

03:58:55 14  effectuation, they have to approve it, but it would apply to

03:59:00 15  laterals as it would a new recruit.

03:59:03 16          THE COURT:  All right.  Great.

03:59:03 17          DEPUTY CHIEF WILLIAMS:  The only other thing,

03:59:05 18  Your Honor, just a couple of updates, we've also made updates

03:59:08 19  to our personal appearance standards.  We've heard that, you

03:59:10 20  know, as applicants were coming through the process, different

03:59:13 21  things that they, you know, wanted to see changed; so, we've

03:59:18 22  seen some changes in that.

03:59:20 23          We're continuing to see the meetings of our

03:59:21 24  uniform committee to see what changes can be made there, just

03:59:24 25  minor things, but to make the officers comfortable and things

*OFFICIAL TRANSCRIPT*

03:59:28  1    that they actually want.

03:59:29  2          THE COURT:  Let me ask you about the uniforms.  Are you

03:59:32  3    considering increasing the allowance for uniforms, helping

03:59:35  4    people more with that expense?

03:59:37  5          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, let

03:59:40  6    me speak in theory to that question, because I don't think it's

03:59:44  7    completely been ironed out.  There has been conversations

03:59:47  8    happening even as recently as yesterday on what is the best

03:59:52  9    benefit for our officers.

03:59:53  10          We've heard multiple issues.  One, relative they

03:59:56  11    rip their uniform during the course of duty.  Can they just go,

04:00:01  12    and we have an account, and have that replaced so that they

04:00:05  13    don't have to pay for it?  What is the timeline for that?

04:00:06  14          We don't have a perfect solution yet, and we may

04:00:09  15    never have a perfect solution yet, but I would hope in the

04:00:11  16    next, and I'll say it here, in the next 30 to 60 days, we

04:00:14  17    finalize what enhanced benefit we can for a -- whether it's an

04:00:17  18    account that the City holds that an officer can utilize at one

04:00:22  19    of the uniform places, or is it an increased amount of uniform

04:00:26  20    allotment, depending on the timing of it.

04:00:28  21          I wish everything was be as simple as I think it

04:00:31  22    might be going into it, but it's like a house remodel:  You

04:00:35  23    make one change, and you have seven other things you got to

04:00:37  24    address.

04:00:37  25          THE COURT:  Well, I'm so glad you're addressing that,

*OFFICIAL TRANSCRIPT*

04:00:39 1    both in terms of what the requirements are and, also, in terms

04:00:41 2    of replacing the uniforms for people who get their uniform

04:00:47 3    injured, ripped, whatever, when they are performing their

04:00:52 4    duties.  It doesn't seem fair for them to have to purchase

04:00:56 5    their own the shirt to replace that.

04:00:58 6              So, I'm glad you're looking at that.  I think the

04:01:01 7    officers -- it's something, it's not a big thing, but they

04:01:04 8    would really appreciate it.

04:01:07 9    DEPUTY CHIEF WILLIAMS:  Your Honor, one final thing

04:01:09 10   just as it relates to remote testing.  I checked with

04:01:12 11   Civil Service.  I checked with Ms. Trepagnier on.  So, where we

04:01:16 12   are with that, it's been sent back to the police foundation for

04:01:19 13   their revision; so, that's where we are with the remote

04:01:22 14   testing, but I know that Ms. Trepagnier is, you know,

04:01:25 15   definitely following up with them on that as well.

04:01:30 16             That's all I have, Your Honor.  I don't know if

04:01:31 17   you have any other questions.  I'd be happy to take them.

04:01:34 18   THE COURT:  I think you've covered it.

04:01:38 19             Does anyone else any other presentations for the

04:01:42 20   City?

04:01:46 21   MS. TURNER:  No, Your Honor.  That's it.

04:01:47 22   THE COURT:  All right.  Thank you.  That is very

04:01:49 23   interesting to me and helpful, and I appreciate all of those

04:01:52 24   things that you're doing, and I want you to know we're behind

04:01:56 25   you, and we support you, and we realize it takes time to get

*OFFICIAL TRANSCRIPT*

04:02:01  1    things done, but I can tell a difference in the speed at which

04:02:07  2    things are happening, and I think that the citizens can, too,

04:02:10  3    and I hope the officers do, too.

04:02:14  4                Do you all communicate with them about the things

04:02:17  5    that you're doing?

04:02:18  6            DEPUTY CHIEF WILLIAMS:  Absolutely.  Absolutely,

04:02:20  7    Your Honor.  The superintendent sends out, actually, messages

04:02:23  8    regularly for the entire police department, giving everybody

04:02:27  9    updates on stuff that CAO Montano was talking about,

04:02:33 10    motivational messages; so, absolutely that that is something

04:02:34 11    that goes out on a regular because.

04:02:37 12            CHIEF ADMINISTRATIVE OFFICER MONTANO:  I can add on top

04:02:38 13    of what I highlight with executive management, I do have a

04:02:42 14    perennial union meeting where I sit down with the union

04:02:48 15    officials to hear some of their issues and work through some of

04:02:49 16    the solutions as well so that there is an open door to my

04:02:52 17    office as well, so....

04:02:53 18            THE COURT:  Can you give us a forecast of how the 2023

04:03:01 19    budget process will go?  What's the next step?  Does the

04:03:08 20    City Council have what it needs to evaluate what you've asked

04:03:10 21    for?

04:03:11 22            CHIEF ADMINISTRATIVE OFFICER MONTANO:  Your Honor, yes.

04:03:12 23    I will try to give kind of what the methodology and the thought

04:03:18 24    process is.  Feel free to jump in if I'm being overly

04:03:24 25    technical.  My brain only works a certain way when I talk about

*OFFICIAL TRANSCRIPT*

04:03:27 1    budgets.

04:03:27 2            So, everything relative to a budget is based on

04:03:29 3    revenue.  You build a budget based on your revenue.  We just

04:03:31 4    completed our revenue forecast yesterday.  We do have an,

04:03:34 5    obviously, increased amount of sales tax and the like, hotel,

04:03:39 6    motel tax; so, our revenue did increase year over year.

04:03:43 7            So, now that we have a revenue forecast, frankly,

04:03:46 8    where we're trying to stay on a reoccurring basis -- this is

04:03:49 9    just reoccurring dollars -- take away one-time money, it's

04:03:53 10   about $750 million, give or take.  What we'll do now,

04:03:57 11   essentially, is we'll take the actuals from last year --

04:03:59 12           THE COURT:  Is the 750 just for the police?

04:04:03 13           CHIEF ADMINISTRATIVE OFFICER MONTANO:  $750 million

04:04:05 14   general fund total.  That's for all agencies.  This is the

04:04:08 15   general fund, which is where the police does lie.

04:04:11 16           So, we'll take, essentially, the actuals from

04:04:14 17   last year, compare them to actuals that we have now, and then

04:04:17 18   we'll add five percent.  Actuals plus five percent.  From

04:04:21 19   there, we'll have a number.

04:04:23 20           Right now, we're going through the process of

04:04:25 21   meeting with all the agencies, police included, for what they

04:04:29 22   say they need to perform their duties.  That will be another

04:04:32 23   number.

04:04:32 24           So, if you take another column, you'll have

04:04:36 25   actuals plus five percent, because five percent is going to go

04:04:38 1    across the board, plus all the requests from department

04:04:40 2    directors and department agencies.  That's going to be a much

04:04:43 3    bigger number.  So, that will be a baseline number of what I

04:04:46 4    think or what we will be asking.  That will be over the 750

04:04:50 5    unequivocally.

04:04:51 6             The next column for methodology purposes, we'll

04:04:54 7    take the 750 plus the five percent and eliminate all vacancies,

04:05:01 8    all vacancies.  We'll eliminate all vacancies, and we'll

04:05:04 9    eliminate all the requests only so I have that raw number.

04:05:07 10            So, then I'll have the raw number of just the

04:05:10 11   actuals plus five percent.  From that number, what will happen

04:05:13 12   now is the actual budgetary process, and that will happen with

04:05:18 13   the raw number, and then we'll start adding, I'm sorry, we'll

04:05:21 14   start adding back to all the different agencies based on what

04:05:25 15   that final raw number is; so, whatever the delta between that

04:05:29 16   column and what we have to work with on a reoccurring basis

04:05:32 17   will be one piece and component of it.

04:05:36 18            Now, from there, we'll have to be sensitive and

04:05:39 19   thoughtful, and I try to always stay as conservative as

04:05:43 20   possible on how we're going to be using that one-time money.

04:05:46 21   Almost everything that I've highlighted with the recruitment

04:05:48 22   and retention pieces, that is a one-time expense.  I'll

04:05:51 23   probably do the same with the health-insurance piece until our

04:05:56 24   revenue continues to grow.

04:05:58 25            That is a very -- I hope that's not an

*OFFICIAL TRANSCRIPT*

04:06:01  1    oversimplification of the methodology, but it is a complex

04:06:05  2    budget.  I mean, in total, it's one and a half billion dollars,

04:06:09  3    but I'm just highlighting kind of how I'll get to what, as a

04:06:11  4    team, we'll recommend to the Mayor and then present to the

04:06:14  5    Council; and honestly, I'm in conversations with the budget

04:06:18  6    chair, Councilmember Giarrusso, on these processes as well.

04:06:23  7              Does that help address that?

04:06:23  8         THE COURT:  Yes.

04:06:25  9              All right.  The next Council meeting, well, there

04:06:27  10   is one on October 6th and then one on October 13th, maybe?

04:06:31  11   What's your --

04:06:34  12        CHIEF ADMINISTRATIVE OFFICER MONTANO:  Oh, so, we'll

04:06:35  13   make our final -- we'll, make our presentation for our

04:06:37  14   executive budget, the fiscal year 23, October 25th.  That is

04:06:42  15   the date, I believe, that we formalized with the budget chair.

04:06:45  16             I hope before that we will have presented -- and

04:06:48  17   I'm not completely married to the date yet, I think we still

04:06:52  18   have some conversations and some discussions to have with

04:06:55  19   Councilmembers on the ARPA project proposals.

04:07:01  20             They will conflate with our budget, but I think

04:07:04  21   it's best to have that in an isolated piece, and then I'll just

04:07:07  22   be able to do it from the back end in the actual budget

04:07:10  23   process.  So, we're creating two different processes, one for

04:07:12  24   the ARPA and then, obviously, our normal process for our

04:07:15  25   budget.

*OFFICIAL TRANSCRIPT*

04:07:16  1          THE COURT:  I know that maybe this is unrealistic, but

04:07:19  2     I really hope you can get what they want at that October 25th

04:07:23  3     meeting so that we can lock in all of these things, the

04:07:31  4     incentives that you have, and the department can begin to

04:07:34  5     advertise and attract recruits and laterals based on those

04:07:40  6     programs.  I know they are beginning to talk about it, but I

04:07:43  7     think people will, if they see the budget is approved, they

04:07:45  8     will be more likely to feel confident, yes, this is going to

04:07:50  9     happen.

04:07:51  10          CHIEF ADMINISTRATIVE OFFICER MONTANO:  Sure.

04:07:52  11               Your Honor, just for clarification, we will

04:07:53  12     submit our budget the 25th.  The Council has until December 1st

04:07:55  13     to adopt it.

04:07:57  14          THE COURT:  Okay.  All right.  Okay.  They ordinarily

04:08:02  15     take until then to do it, or do they sometimes delay it past

04:08:07  16     that?

04:08:07  17          CHIEF ADMINISTRATIVE OFFICER MONTANO:  By charter, they

04:08:09  18     do not.  They will approve it, or I think then the Mayor's

04:08:14  19     budget will go into effect if not approved by that date, which

04:08:18  20     we're fine with.

04:08:19  21          THE COURT:  That's good.  So, at least you know maybe

04:08:22  22     when we'll get it done.

04:08:24  23               All right.  Anything else?  Anyone?  Going once.

04:08:28  24               Okay.  Well, thank you very much.  I appreciate

04:08:31  25     it.  Thanks for coming today.

*OFFICIAL TRANSCRIPT*

04:08:42 1                Did I hear that correctly, Attorney Turner, that

04:08:48 2  the RFP is about to be issued for the traffic contract?

04:08:54 3         MS. TURNER:  What you heard was that we're in the

04:08:59 4  process of issuing the RFP.  Right now, it's back with NOPD.

04:09:03 5  We are looking at the budget, and after we work that out, we

04:09:06 6  are going to submit it back to procurement.  In accordance with

04:09:10 7  the procurement director, we can issue the RFP probably as

04:09:17 8  early as Wednesday.

04:09:18 9         THE COURT:  Of this week, which is tomorrow?

04:09:21 10        MS. TURNER:  Of next week, Your Honor.

04:09:22 11        THE COURT:  Of next week.  All right.  That would be

04:09:24 12  great.  I don't know if people really understand how important

04:09:27 13  that is, but we all know, we've had the experience of having a

04:09:31 14  fender bender and having either we feel that we need a police

04:09:37 15  report, even though we may not really need one, or the other

04:09:41 16  driver does, and how long it takes for NOPD to respond, and

04:09:45 17  then when they get there, how long it takes to do that.

04:09:48 18         So, this is a huge benefit for the patrol

04:09:52 19  officers not to have to respond to these incidents.  It's going

04:09:57 20  to be up to us as citizens to understand that and accept that

04:10:01 21  this is the way that the NOPD is going to respond to minor

04:10:07 22  traffic accidents and that it's going to be perfectly fine.

04:10:11 23         So, I know that you all are going to do public

04:10:14 24  information campaigns to be sure that everyone understands what

04:10:18 25  the process is and that their needs will be met, just in a

*OFFICIAL TRANSCRIPT*

04:10:23  1    different way.

04:10:23  2            MS. TURNER:  We certainly will, once it's rolled out

04:10:27  3    and we have a contract in place.

04:10:29  4            THE COURT:  Okay.  Thank you.

04:10:29  5            MS. TURNER:  Thank you, Your Honor.

04:10:34  6            THE COURT:  I appreciate it.

04:10:36  7            All right.  What I want to do now is just take a

04:10:39  8    few minutes to answer some common questions that I have heard

04:10:45  9    people asking, the public ask at press conferences, ask at the

04:10:51 10    City Council, and I want to answer a few of those from my

04:10:58 11    perspective with the experience that I've had over these

04:11:04 12    10 years of working with the Consent Decree or almost 10 years.

04:11:08 13            So, one of the questions that I think all of us

04:11:11 14    hear over and over again:  NOPD is having trouble recruiting

04:11:16 15    and retaining officers.  I've heard some blame the

04:11:20 16    Consent Decree.  Is that accurate?

04:11:22 17            Well, what I would say to that is departments

04:11:26 18    across the United States are facing recruitment and retention

04:11:30 19    problems, and the vast majority of those cities are not under

04:11:34 20    Consent Decrees; so, cities with Consent Decrees have these

04:11:38 21    issues and cities without Consent Decrees have them.  NOPD is

04:11:43 22    no different.

04:11:43 23            In fact, nationwide employers of all types are

04:11:47 24    having difficulty attracting and retaining employees.  Despite

04:11:52 25    what you may have heard, I'm aware of no evidence that the

*OFFICIAL TRANSCRIPT*

04:11:55  1     Consent Decree is the main factor or even a significant factor

04:11:59  2     in the problems NOPD is having recruiting and retaining

04:12:04  3     officers.

04:12:05  4             In fact, I've looked at the officer exit

04:12:08  5     interviews which make clear the Consent Decree is not the

04:12:11  6     impetus of officer departures.  Moreover, our conversations

04:12:17  7     with officers often make it clear to the Consent Decree

04:12:21  8     monitors that the officers are proud of the transformations

04:12:26  9     that NOPD has made since the onset of the Consent Decree, and

04:12:31 10     recruiting officials tell us that the fact that the NOPD is a

04:12:35 11     reformed department and known for reform and known for having a

04:12:40 12     great academy assists them in recruiting efforts; so, I don't

04:12:45 13     think that blaming the Consent Decree is appropriate for

04:12:49 14     recruiting and retention of officers.

04:12:51 15             Here is another question people have:  Are

04:12:55 16     vehicle pursuits outlawed in New Orleans?  The answer is "no."

04:13:00 17     Like many cities across the United States, New Orleans adopted

04:13:04 18     a vehicle pursuit policy that prohibits high-speed chases for

04:13:10 19     nonviolent offenses.

04:13:13 20             This is a best practice across the United States,

04:13:17 21     in that it protects officers and community members from the

04:13:21 22     catastrophic results that often accompanies high-speed chases,

04:13:26 23     and the New Orleans community is familiar with those risks

04:13:31 24     because we've seen some catastrophic results.

04:13:34 25             The New Orleans policy allows vehicle pursuits if

*OFFICIAL TRANSCRIPT*

04:13:38  1    they are approved by a supervisor when necessary to stop the

04:13:44  2    perpetrator of a felony involving the infliction or threatened

04:13:50  3    infliction of serious bodily injury or death.  A carjacking at

04:13:58  4    gunpoint or knifepoint, for example, is a felony that would

04:14:02  5    permit a vehicle pursuit, again, subject to supervisor approval

04:14:06  6    and general public safety concerns.

04:14:09  7            In fact, since the first quarter of 2019, NOPD

04:14:15  8    has engaged in 116 authorized pursuits.  So, pursuits are not

04:14:23  9    outlawed in New Orleans.  We just follow best policing

04:14:27 10    practices about when and how those pursuits occur.

04:14:35 11            Here is another question I've heard:  I've often

04:14:36 12    heard officers think NOPD has too much paperwork.  Is this

04:14:39 13    true?  Well, policing does involve paperwork.  We all know

04:14:45 14    that.  We've all watched the shows on TV, so we know they have

04:14:49 15    a lot of paperwork.

04:14:53 16            Most of this paperwork existed prior to the

04:14:54 17    Consent Decree.  This is not new.  Police reports, field

04:14:56 18    interview cards, use of force reports, and more all existed and

04:15:00 19    were required prior to the Consent Decree.  So, the

04:15:04 20    Consent Decree did not impose a number of record-keeping

04:15:11 21    reports on the officers.  They were already there.

04:15:14 22            In fact, the Monitoring Team has, for several

04:15:23 23    years, many years, raised concerns about NOPD's -- their

04:15:29 24    paperwork being inefficient and duplicative, and we've

04:15:33 25    encouraged the City to try to streamline that by still getting

*OFFICIAL TRANSCRIPT*

04:15:38  1    the same information but not making officers enter it three

04:15:44  2    different times.

04:15:44  3              We still think that's a great idea, and we hope

04:15:47  4    that the NOPD will follow up on that, especially now that they

04:15:50  5    will have more IT support, and they will have someone who can

04:15:55  6    help them because it is an IT project.

04:15:57  7              If the NOPD is aware of the needless paperwork or

04:16:03  8    other administrative burden, they should fix the problem, and

04:16:08  9    if it relates to the Consent Decree, then I encourage them to

04:16:11 10    bring the matter to the attention of Monitoring Team.

04:16:15 11              The Monitoring Team has made it clear to NOPD for

04:16:18 12    years that it's open to making changes to the Consent Decree to

04:16:22 13    increase efficiency so long as those changes do not materially

04:16:27 14    undermine the protections required under the Consent Decree.

04:16:32 15              You all know that there have been many amendments

04:16:35 16    to the Consent Decree to address concerns of the City and NOPD

04:16:40 17    or of the DOJ, and they have been done in a collaborative

04:16:47 18    manner with everyone discussing it and making sure everyone is

04:16:52 19    comfortable and then coming to me with it, and every one that

04:16:55 20    has come to me, I have approved.

04:16:57 21              Another issue I think people are interested in

04:17:00 22    is:  How can a community learn more and get their questions

04:17:05 23    about the Consent Decree answered, or how can they convey

04:17:09 24    information they have to the Monitoring Team?

04:17:12 25              Well, as I mentioned, the Monitoring Team is

*OFFICIAL TRANSCRIPT*

04:17:15  1    going to hold a public meeting this evening and tomorrow at

04:17:18  2    noon, and they'll continue to hold monthly public meetings.

04:17:23  3    Community members can come, and they can make comments.  They

04:17:26  4    can ask questions.

04:17:27  5            In addition, at any time, you can submit comments

04:17:31  6    and questions to the monitors' email address, and I assure you,

04:17:36  7    the monitors will discuss your questions and concerns with me;

04:17:40  8    so, I will know if the public has questions and concerns.

04:17:46  9            The address that you can send it to is aburns,

04:17:50 10    B-U-R-N-S, @ConsentDecreeMonitor.com.

04:17:57 11            So, please, I encourage you tell your neighbors

04:18:00 12    and friends and relatives that this way to submit comments is

04:18:05 13    available.

04:18:06 14            Before I close, I would like to ask if the

04:18:13 15    Department of Justice has any comments?

04:18:16 16            MR. GEISSLER:  No additional commence, Your Honor.

04:18:18 17    Thank you very much.  We appreciate the Court's time.

04:18:20 18            THE COURT:  Thank you for being here.  I just want to

04:18:23 19    remind you all and the entire public of our city that the

04:18:26 20    monitors will hold two public meetings this week to report on

04:18:29 21    its work and to answer any questions the public may have.

04:18:32 22            The first meeting is tonight at 6:00 at the

04:18:36 23    Ashe Power House Theater, 1731 Baronne Street.  For those of

04:18:41 24    you who have attended meetings at the Ashe Cultural Center, the

04:18:47 25    Power House is just around the corner.

*OFFICIAL TRANSCRIPT*

04:18:49  1          The second meeting will be tomorrow at

04:18:52  2   11:00 a.m., also at the Ashe Power House Theater, and in

04:18:57  3   addition, as I mentioned, you can submit questions and comments

04:18:59  4   to the Monitoring Team at the email address that I gave you.

04:19:04  5          So, thank you all very much for being here.  As

04:19:07  6   usual, I'll come out and leave the bench and say hello to

04:19:11  7   everyone, and I'll look forward to seeing you next month, and

04:19:15  8   I'll let you all know the date as soon as possible.

04:19:19  9          THE DEPUTY CLERK:  All rise.

10          (WHEREUPON, at 4:19 p.m., the proceedings were

11   concluded.)

12                          *   *   *

13

14                    REPORTER'S CERTIFICATE

15

16          I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
     of Louisiana, Official Court Reporter for the United States
17   District Court, Eastern District of Louisiana, do hereby
     certify that the foregoing is a true and correct transcript to
18   the best of my ability and understanding from the record of the
     proceedings in the above-entitled and numbered matter.

19

20                          *s/Cathy Pepper*
                            Cathy Pepper, CRR, RMR, CCR
21                          Certified Realtime Reporter
                            Registered Merit Reporter
22                          Official Court Reporter
                            United States District Court
23                          Cathy_Pepper@laed.uscourts.gov

24

25


                         *OFFICIAL TRANSCRIPT*