MINUTE ENTRY
MORGAN, J.
OCTOBER 19, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, OCTOBER 19, 2022 (10:11 a.m. – 11:33 a.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Alexis Vice |
| APPEARANCES: | Theodore Carter and Megan Marks on behalf of the Plaintiff, the United States of America; |
| | Kevin Hill, Gilbert Montaño, Donesia Turner, Arlinda Westbrook, and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Shaun Ferguson and Jonette Williams on behalf of the New Orleans Police Department; |
| | Jonathan Aronie and Ashley Burns on behalf of the Consent Decree Monitoring Team |
| | Stella Cziment on behalf of the Office of the Independent Police Monitor for the City of New Orleans |

**STATUS CONFERENCE**

The Court heard presentations by the City of New Orleans and the Consent Decree Monitoring Team regarding the status of compliance with the Consent Decree.

JS-10:  01:22