UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

### ORDER

A status conference will be held in the chambers of the Honorable Susie Morgan on **Tuesday, November 1, 2022, at 4:00 P.M. CST.** Superintendent Shaun Ferguson, Deputy Superintendent Otha Sandifer, Deputy Superintendent Keith Sanchez, and their counsel are **ORDERED** to appear in person at that time.

Representatives of the Department of Justice, the Court's Monitors, and City Attorney Donesia Turner may appear by teleconference. The Court will provide instructions for participation.

New Orleans, Louisiana, this 31st day of October, 2022.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**