MINUTE ENTRY
MORGAN, J.
NOVEMBER 9, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, NOVEMBER 9, 2022 (3:00 p.m. – 4:41 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Nichelle Wheeler |
| APPEARANCES: | Megan Marks and Mehveen Riaz on behalf of the Plaintiff, the United States of America; |
| | Daniel Davillier, Kevin Hill, Gilbert Montaño, Donesia Turner, and Arlinda Westbrook on behalf of the Defendant, the City of New Orleans; |
| | Precious Banks, Shannon Brewer, Faith Butler, Reese Harper, Otha Sandifer, Matthew Seagraves on behalf of the New Orleans Police Department (NOPD); |
| | Jonathan Aronie, Ashley Burns and David Douglas on behalf of the Consent Decree Monitoring Team; |
| | Stella Cziment and Bonycle Sokumbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans; |
| | Lori Campbell and Scott Polakoff on behalf of the Police Community Advisory Board (PCAB). |

**STATUS CONFERENCE**

The Court heard presentations by the City of New Orleans, the Consent Decree Monitoring Team, PCAB, and NOPD regarding the status of compliance with the Consent Decree.

JS-10:  01:41