UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS** | **SECTION: "E" (2)** |

## ORDER

**IT IS ORDERED** that the public hearing scheduled for Wednesday, December 14, 2022, at 3:00 p.m. is **CANCELLED**.

New Orleans, Louisiana, this 13th day of December, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**