UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

## ORDER

On August 9, 2013, the Court entered an Order with respect to the relationship among the United States of America ("United States"), the City of New Orleans ("City"), and the Monitoring Team.[1] The Court attached the terms governing the relationship to the Order as Exhibit A (the "Monitoring Agreement").[2] The Monitoring Team consented to be bound by the terms of the Court's Order, and the provisions found in the Monitoring Agreement.[3]

On August 4, 2017, the Court entered an Order modifying the August 9, 2013 Order to extend the services of the Monitoring Team for an additional three years, from August 2017 through August 9, 2020.[4] The Court's August 4, 2017 Order (a) extended the term of the initial order, (b) set forth updated hourly rates, and (c) set forth a new fee cap (not including technical assistance). On April 30, 2021, the Court entered an Order extending the term set forth in Section VI.A of the Monitoring Agreement to May 31, 2021.[5] On September 29, 2021, the Court again entered an Order extending the term set forth in Section VI.A of the Monitoring Agreement until December 31, 2021.[6] On May 3, 2022, the Court entered an Order extending the term set forth in Section VI.A of

---

[1] R. Doc. 294.
[2] R. Doc. 294-1.
[3] R. Doc. 295.
[4] R. Doc. 529.
[5] R. Doc. 615.
[6] R. Doc. 617.

1

the Monitoring Agreement to June 30, 2022.[7] Most recently, on September 12, 2022, the Court entered an Order extending the term set forth in Section VI.A of the Monitoring Agreement to December 31, 2022.[8] This Order now further extends the term set forth in Section VI.A of the Monitoring Agreement to **December 31, 2023**.

**New Orleans, Louisiana, this 12th day of January, 2023.**

                                              **SUSIE MORGAN**
                                **UNITED STATES DISTRICT JUDGE**

---

[7] R. Doc. 623.
[8] R. Doc. 639.