MINUTE ENTRY
MORGAN, J.
FEBRUARY 2, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, FEBRUARY 2, 2023 (3:11 p.m. – 3:51 p.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:    Toni Tusa

APPEARANCES:   Jonas Geissler on behalf of the Plaintiff, the United States of America;

Kevin Hill, Donesia Turner, and Charles Zimmer on behalf of the Defendant, the City of New Orleans;

Hans Ganthier and Michelle Woodfork on behalf of the New Orleans Police Department (NOPD);

Ashley Burns and David Douglas on behalf of the Consent Decree Monitoring Team

Stella Cziment on behalf of the Office of the Independent Police Monitor for the City of New Orleans

**STATUS CONFERENCE**

The Court heard presentations by the NOPD regarding the status of compliance with the Consent Decree.

JS-10:  00:40