UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

### ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Thursday, February 16, 2023, at 10:00 a.m.**, to update the Court on the City's implementation of the Consent Decree. The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

New Orleans, Louisiana, this 3rd day of February, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**