## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
|     **Plaintiff** | |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
|     **Defendant** | |

### <u>ORDER</u>

      **IT IS ORDERED** that a video status conference is hereby scheduled for **Tuesday, February 7, 2023, at 9:00 a.m.**, with counsel for the Department of Justice and the City of New Orleans to discuss discovery related to the City's Motion to Terminate the Consent Decree.[1] An e-mail will be sent to all participants with the link to the video conference.

      **New Orleans, Louisiana, this 6th day of February, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 629.