UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS,  Defendant | SECTION "E" |

## ORDER

The Court set a public hearing in this matter on Thursday, February 16, 2023 at 10:00 a.m.[1] The City of New Orleans has requested that the public hearing be postponed due to the commitments of the New Orleans Police Department during the Mardi Gras season. The Court will grant the request. The next public hearing in this matter will be on Wednesday, March 29, 2023 at 3:00 p.m.

Public hearings held by the Court typically are followed by a public meeting hosted by the Consent Decree Monitors. Even though the public hearing had to be cancelled, the Monitors will hold a public meeting on Tuesday, March 7, 2023 at 6:00 p.m. In an effort to make the public meeting available to as many individuals as possible, the meeting will be held virtually. Directions for joining the meeting virtually will be posted on the Consent Decree Monitor's website at consentdecreemonitor.com. Please send any questions you would like addressed at the public meeting to aburns@consentdecreemonitor.onmicrosoft.com by March 1, 2023.

**IT IS ORDERED** that the public hearing scheduled for **Thursday, February 16, 2023, at 10:00 a.m.**, is hereby **CANCELED**.

New Orleans, Louisiana, this 10th day of February, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 666.