# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**     Defendant | **SECTION "E"** |

## NOTICE TO PUBLIC

The Monitoring Team will hold its next public meeting on **Tuesday, March 7, 2023, at 6:00 p.m.** This meeting will be held virtually via Zoom.

Comments and questions for the Monitoring Team may be submitted in advance by emailing them to: aburns@consentdecreemonitor.onmicrosoft.com. Additionally, comments and questions may be submitted via chat during the public meeting.

The link to join the public meeting via Zoom is:

https://sheppardmullin.zoom.us/webinar/register/WN_yiaoXccDQ1Ovot9xoycXhg.

Alternatively, individuals may log in manually using the following code and password:

   Meeting ID: 921 7189 6641

   Passcode: 915324