UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>   Defendant | **SECTION "E"** |

### ORDER

**IT IS ORDERED** that the public hearing originally scheduled for Wednesday, March 29, 2023, at 3:00 p.m., has been rescheduled for **Wednesday, March 29, 2023, at 10:30 a.m.**, and will be a public presentation held at Loyola University, College of Law, 526 Pine Street, Room 410, New Orleans, Louisiana 70118. The public and the media are invited to attend the hearing. Public comments will not be taken during the proceeding.

New Orleans, Louisiana, this 13th day of March, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**