UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

### AMENDED ORDER, ROOM NUMBER CORRECTION[1]

**IT IS ORDERED** that the public presentation scheduled for **Wednesday, March 29, 2023, at 10:30 a.m.**, will be held at Loyola University, College of Law, 526 Pine Street, **Room 405**, New Orleans, Louisiana 70118. The public and the media are invited to attend the hearing. Public comments will not be taken during the proceeding.

**New Orleans, Louisiana, this 15th day of March, 2023.**

_____*Susie Morgan*_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 676.