**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
|    **Plaintiff** | |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
|    **Defendant** | |

## ORDER

On March 13, 2023 the Court issued notice of a <u>March 29, 2023</u> public presentation at the Loyola New Orleans Law School.  The purpose of the presentation was to report to the public on the City's and NOPD's progress toward ensuring that NOPD has the necessary support and resources to enable it to fulfill its mission under the Consent Decree as required by paragraph ¶12. The public presentation was intended to be an opportunity for the City, NOPD, and co-responders to present their progress with respect to improved recruiting, enhanced alternative police response services, and related initiatives.  This hearing was consistent with the Court's practice of holding hearings and proceedings to provide the City the opportunity to present publicly its progress toward compliance under the Consent Decree and to feature those individuals whose hard work has contributed to the Department's achievements.

This morning, the City, through a letter from counsel and in a statement issued by the Mayor, notified the Court that the City will not send employees to speak at this event.  The City's communications asserted that participation in these hearings is not a Consent Decree requirement.  The Court disagrees.  Public transparency and accountability are core elements of the Consent Decree that have been recognized and embraced by the Court, the Monitor, the Department of Justice, and the City.

1

Nevertheless, after careful consideration, in light of the City's refusal to authorize its personnel to participate, the hearing will be rescheduled for a public court hearing in the near future.

The Court expresses its disappointment at the City's last-minute decision.  It is the Court's sincere hope that the NOPD continues to commit to providing the support and resources necessary for it to achieve and sustain compliance under the Consent Decree and to public transparency. The Court assures the public that it has heard its requests for transparency and accountability and  assures the public that open hearings and meetings will continue so that it will continue to be informed of the NOPD's progress toward Consent Decree compliance.

The Court thanks Loyola New Orleans Law School for providing a forum for this event and apologizes for any inconvenience.

**New Orleans, Louisiana, this 28th day of March, 2023.**

_____

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**