UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
|     Plaintiff | |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
|     Defendant | |

## ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Wednesday, April 12, 2023, at 2:00 p.m.** The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public and the media are invited to attend the hearing. Public comments will not be taken during the proceeding.

**IT IS FURTHER ORDERED** that the Interim Superintendent of Police, Michelle Woodfork, is ordered to appear at the public hearing.

The Consent Decree requires in paragraph 12 that the City of New Orleans is responsible for providing necessary support and resources to the New Orleans Police Department to enable the New Orleans Police Department to fulfill its obligations under the Consent Decree.

In an effort to do this, the NOPD has expanded its Alternative Police Response Section and increased its resources through more reliance on co-responders. The success of the Alternative Police Response Section and collaboration with co-responders is dependent on the public's awareness of these initiatives.

**IT IS FURTHER ORDERED** that the following officials of the City of New Orleans appear and be prepared to discuss the NOPD's expanded APR Section:

1

- Interim Superintendent Michelle Woodfork
- Chief Administrative Officer of the City of New Orleans Gilbert Montaño
- Deputy Superintendent of Police Jonette Williams
- CAO's Office Abby Webber
- City of New Orleans Department of Health Dr. Jennifer Avegno

**IT IS FURTHER ORDERED** that the following individuals appear and be prepared to discuss their co-responder activities in collaboration with the NOPD:

- Orleans Parish Communications District Director Tyrell Morris
- Ethan Cheramie, On Scene Services
- Mary Claire Landry, Executive Director of New Orleans Family Justice Center

**IT IS FURTHER ORDERED** that the Consent Decree Monitors appear and be prepared to discuss the status of the NOPD's compliance with the terms of the Consent Decree

**IT IS FURTHER ORDERED** that Deputy Superintendent Nicholas Gernon appear and be prepared to discuss the status of NOPD's compliance with the terms of the Consent Decree.

**IT IS FURTHER ORDERED** that Counsel for the City of New Orleans provide this order to all City employees listed above.

The Clerk of Court is directed to email this order to Tyrell Morris, Ethan Cheramie, and Mary Claire Landry.

**New Orleans, Louisiana, this 3rd day of April, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**