UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

### ORDER

On April 6, 2023, the City of New Orleans ("City"), proceeding before the United States Court of Appeals for the Fifth Circuit, filed an Emergency Petition for Writ of Mandamus "directing the district court to cancel or modify [its April 3, 2023 Order setting a] hearing so that city officials are not required to prepare, attend, or make statements to the press."[1]

The Fifth Circuit denied without prejudice the City's Emergency Petition, stayed this Court's April 3, 2023 Order,[2] and afforded this Court "an opportunity to reconsider [its] order after adequate opportunity to confer with the parties."[3] Accordingly;

**IT IS HEREBY ORDERED** that the City and the Department of Justice meet and confer on whether there are any agreed upon modifications to the Court's April 3, 2023 Order[4] that the Court should consider by no later than **Monday, April 17, 2023**.

**IT IS HEREBY FURTHER ORDERED** that the Court will hold a telephone status conference with the parties on **Tuesday, April 18, 2023, at 2:00 p.m. CST** to

---

[1] *In re City of New Orleans and the New Orleans Police Department*, 5th Cir. Case No. 23-30193, Rec. Doc. 4-1 at p. 8.
[2] R. Doc. 679.
[3] *In re City of New Orleans and the New Orleans Police Department*, 5th Cir. Case No. 23-30193, Rec. Doc. 37-2 at pp. 4-5.
[4] R. Doc. 679.

1

hear the parties' positions following the meet and confer. The Court will provide instructions necessary to participate telephonically.

**New Orleans, Louisiana, this 12th day of April, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**