MINUTE ENTRY
MORGAN, J.
April 18, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## MINUTE ENTRY

A telephone status conference was held on the record on April 18, 2023, at 2:00 p.m., in the chambers of Judge Susie Morgan.

Present: Jonas Geissler, Timothy Mygatt, and Syeda Mehveen Riaz, on behalf of Plaintiff, the United States of America ("DOJ");

Charles Zimmer, Daniel Davillier, and Kevin Hill, on behalf of Defendant, the City of New Orleans ("the City");

Jonathan Aronie and David Douglass, Office of the Consent Decree Monitor ("Monitor").

On April 12, 2023, the Court ordered the DOJ and the City to meet and confer to determine whether they agreed on any modifications to the Court's April 3, 2023 Order[1] for the Court to consider.[2] The parties reported that they did meet and confer but they

---

[1] R. Doc. 679.
[2] R. Doc. 685.

were unable to agree on any modifications to the April 3, 2023 Order for the Court to consider.

**New Orleans, Louisiana, this 18th day of April, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:03)