UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold a status conference with counsel for the parties on **Thursday, April 27, 2023, at 10:00 a.m. CST.** The conference will be held in the Judge's courtroom, Room C-322.

At the status conference, the Monitor will present to the Court regarding the status of implementation of the Consent Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463.

**New Orleans, Louisiana, this 20th day of April, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**