# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, | **CIVIL ACTION NO.** <br> **2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** <br> Defendant. | **MAG. DONNA PHILLIPS CURRAULT** |

# ORDER

In consideration of the Motion for Leave to Exceed Page Limits filed by Defendant, the City of New Orleans, in regard to its reply brief in support of relief pursuant to Federal Rule of Civil Procedure 60(b)(5):

**IT IS ORDERED** that Defendant's Motion is hereby **GRANTED**. Defendant's Reply Brief In Support of Motion to Terminate the Consent Decree shall be filed into the record of this matter.

**SO ORDERED**, this ___ day of _____ 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**