| ASI/FTN Number | Incident type | Date heard | Ruling | Policy Violation (Y/N) | Notes |
|---|---|---|---|---|---|
| ASI 2020-07 | | 1/14/2021 | Not Justified | Yes R4: Performance of Duty, P4: Neglect of Duty chapter 1.3 - shooting at or from a moving vehicle prohibited, R2: Moral conduct, P6: Unauthorized Force | OIS - Office shot through windshield during 108, 8 shots total, 1-5 were justified 6-8 were not justified (6-8 were delayed because of a weapon malfunction),Investigation determined target was too far away during shots 6-8 and no longer posed a threat |
| ASI 2020-05 | | 1/14/2021 | Justified | Yes R4 Performance of Duty P4: Neglect of Duty (3 counts for not wearing body armor, Chapter 41.4.1 - responding to calls, Covid uniform violation) | Entered residence to apprehend known wanted subject for Domestic aggravated assault when the subject fired, officers returned fire. |
| FTN 2020-0201 | Vehicle Pursuit | 2/18/2021 | No vote required(pursuit) | Yes R4: Performance of Duty, P4: Neglect of Duty - Chapter 41.5 - pursuit violations for traveling against traffic, R2: Moral conduct, P6: Unauthorized Force | Vehicle chase involving armed carjackers Officer violated NOPD pursuit policy by traveling against traffic, a pedestrian was struck and injured by subject vehicle. At the board there was confusion of whether or not the members were required to vote if the use of force was a vehicle pursuit. |
| FTN 2020-0331 | Take-down firearm used as impact weapon | 2/18/2021 | Not Justified (sustained finding overturned at disciplinary hearing) | Yes R2: Moral Conduct, P6: Unauthorized Force | Sgt. Tackled subject who had a firearm while holding department weapon, subject was allegedly struck with firearm while Sgt. Tackled subject. - Sustained policy violations were overturned at disciplinary hearing by same chiefs when more information was provided. |
| FTN 2020-0295 | CEW deployment | 2/18/2021 | Not Justified (Sustained finding overturned at disciplinary hearing) | Yes R4: Performance of Duty, P4: Neglect of Duty (2 counts) for failure to supervise and courtesy- , R2: Moral conduct, P6: Unauthorized Force (Everything was overturned and determined to be justified at disciplinary hearing except the courtesy violation, when more information was provided to the chiefs) | Officers deployed CEW 4 times (one effective) on a mental consumer armed with a knife and disregarding commands. Sustained discipline was overturned at disciplinary hearing in 2023 after additional information was provided from investigation. (FIT Investigator is under investigation for withholding information in the investigation). |

| ASI/FTN Number | Incident type | Date heard | Ruling | Policy Violation (Y/N) | Notes |
|---|---|---|---|---|---|
| ASI 2020-02 | OIS | 2/18/2021 | Not Justified because of policy violation | Yes R4: Performance of Duty, P4: Neglect of Duty - Chapter 1.3 - shooting at a vehicle when the deadly force is something other than the vehicle. | Officer shot at a vehicle that was attempting to run him over. Board voted not justified because of a policy violation, but clarified the board was making the determination based on policy, not whether the use of force was justifiable. (OCDM Epperson offered that the officer should have gotten out of the way and allowed the subjects to escape instead of taking any action toward the vehicle coming at him). |
| FTN 2020-0232 | Canine Bite | 2/18/2021 | Not Justified by policy violation (2-1 vote) | Yes R4: Performance of Duty, P4 Neglect of Duty - determined to be a violation of Chapter 44 because the dog would not release when commanded- The board recommended training in lieu of discipline | Initial K9 bite was justified by board and OCDM, but when the K9 would not release the additional bite time was determined to not be justified. Failure to release was determined to be in violation of Chapter 44, and not justified by policy, though deployment and bite was acceptable. |
| FTN 2020-0340 | CEW deployment | 3/11/2021 | Justified | Yes (R4:P4) Instructions for not immediately reporting use o force. | Officers discharged cews on subject after subject fought officers and fled from traffic stop. The subject suffered a fractured elbow during the fall, was not reported as a level 4 use of force until later. Officers were sustained for not downloading CEW at academy within 72 hours. |
| FTN 2020-0373 | L4 CEW deployment | 3/11/2021 | Not Justified | Yes R4: Performance of Duty, P4: Neglect of Duty - instructions for crisis intervention violations and failing to take appropriate action. R2: Moral conduct, P6: Unauthorized Force (This was overturned at disciplinary hearing) | Officers attempted to commit an individual who was believed to be a mental consumer after the subject's family advised officers the subject appeared to be in distress. The subject fought and was subjected to four CEW deployments. (Discipline was later overturned at disciplinary hearing with more information provided). |
| FTN 2020-0386 | Neck Hold / strike to handcuffed subject | 3/11/2021 | Not Justified | R2: Moral conduct, P6: Unauthorized Force for striking the subject in handcuffs who spit in the officers face. | Officer was sustained for a neck hold by holding the subject by the collar while escorting. Officer also struck handcuffed subject in reaction to subject spitting in officers face (the discipline was mitigated down at hearing, the incident was during Covid and the officer contracted covid immediately after (possibly as a result of the incident)). |

| ASI/FTN Number | Incident type | Date heard | Ruling | Policy Violation (Y/N) | Notes |
|---|---|---|---|---|---|
| ASI 2020-04 | OIS | 4/8/2021 | Justified | None | Officers returned fire after being shot at (and shot) by subject. Subject was struck by gunfire and apprehended. |
| ASI 2020-09 | OIS | 5/18/2021 | Justified | N | Officer Fired at subject who was actively firing at a fleeing vehicle. |
| FTN 2021-0084 | Level 4 impact weapon to the head | 5/18/2021 | Justified | N | Officers confronted an mental consumer with a knife, CEW failed, subject was struck with a shield in the head as he advanced toward officers with a knife. Subject was involved in a SWAT roll |
| FTN 2021-0072 | K9 bite | 7/29/2021 | Justified | N | K9 was used to apprehend armed robbery subjects. K9 bit one subject, others were apprehended without bites. |
| ASI 2021-01 | OIS | 7/29/2021 | Justified | N | Officers were fired upon with an SKS rifle when attempting to apprehend a subject for an aggravated assault. Officers returned fire and no one was hit. |
| FTN 2021-0130 | Striking a handcuffed subject | 8/19/2021 | Not Justified | Y R2: Moral Conduct, P6: Unauthorized Force, R4: Performance of Duty, P4: Neglect of Duty - Instructions, failure to report force. | Officer struck a handcuffed subject who was refusing to get into the vehicle, and was offering minimal resistance. Officer then failed to report the use of force. |
| FTN 2021-0102 | CEW in an elevated position | 8/19/2021 | Not Justified | Y R2: Moral Conduct, P6: Unauthorized Force, R4: Performance of Duty, P4: Neglect of Duty, instructions for using a CEW on an offense that did not qualify by policy (because of this unauthorized for was sustained - disciplinary hearing status unknown) | Officer deployed CEW on subject who was climing a fence and was only wanted for traffic offenses. (while justifiable from legal standpoint, violation of policy made it unjustified by board). |
| FTN 2021-0123 | Strike to subject in handcuffs | 8/19/2021 | Not Justified (Because of policy violation) | Y R4: Performand of Duty, P4: Neglect of Duty - violating Chapter 1.3 for striking someone in handcuffs when lethal force was not authorized. (Force was not unauthorized) | Officer spent several minutes fighting with mental consumer, then approximately 7 more minutes fighting to get subject into the rear of a vehicle, officer struck subject in the groin area to have him lift legs to close the vehicle near end of struggle. Force was justifiable by reasonableness standards, but with a policy violation. |

| ASI/FTN Number | Incident type | Date heard | Ruling | Policy Violation (Y/N) | Notes |
|---|---|---|---|---|---|
| FTN 2021-0141 | Vehicle Pursuit | 8/19/2021 | Justified | Y R4: Performance of Duty, P4: Neglect of Duty - following a vehicle against traffic during an authorized vehicle pursuit | Vehicle Pursuit for armed carjackers was justified and approved but officer was still written up and sustained for following the vehicle against traffic on a one-way street. |
| FTN 2021-0259 | CEW and strike to handcuffed subject | 9/16/2021 | Justified | N | Officers struck and deployed CEW on handcuffed subject who was biting the hand and finger of an officer. |
| FTN 2021-0153 | Knee to prone subject's neck | 9/16/2021 | Not Justified | Y R2: moral conduct, P6: unauthorized force and R4: performance of duty, P4: Neglect of Duty for two violations of the use of force policy. | Officer pushed a mental consumer's face into the ground and placed a knee on the back of their neck area while attempting to handcuff the subject in a fight.  Second Officer quickly intervened. |
| FTN 2021-0159 | CEW on handcuffed subject | 9/16/2021 | Not Justified | Y R2: moral conduct, P6: unauthorized force and R4: performance of duty, P4: Neglect of Duty for safekeeping of prisoner during escort.  (The force was authorized legally and determined to be authorized by investigator and Subject matter experts, awaiting final discipinary decision). | Officers were escorting offender wanted for aggravated assault to hospital for diabetic ketoacidosis.  Subject broke away and fled, handcuffed to the front, jumped from a two story parking lot, injuring himself, then continued to run.  Officer caught up to subject after crossing 4 lanes of road near busy intersection, deployed CEW on subject after 37 seconds of ignored commands and the subject appeared preparing to run again.  Investigation found force justified, as did SMEs, and OCDM.  Board determined to be unjustified based on belief Sgt. Barnes should not have taken into account witness statements when video existed, and they shouldn't have used a CEW to prevent further flight.  Board Chair disagreed with Academy analysis of incident. |
| ASI 2021-04 | OIS | 10/14/2021 | Justified | N | Officers responded to a call and were met with gunfire from the subject upon arriving.  The officers returned fire, striking the subject in the leg.  A victim who had been held captive by the subject was shot while running away from the subject, by the subject who was shooting at her. |

| ASI/FTN Number | Incident type | Date heard | Ruling | Policy Violation (Y/N) | Notes |
|---|---|---|---|---|---|
| FTN 2021-0157 | Neck Hold | 10/14/2021 | Not Justified | Y R2: Moral Conduct, P6: Unauthorized Force - for violation of use of force policy.  Board also voted to clarify the policy, because it was unclear what constituted a neck hold according to the review. Board seemed unsure if the violation actually met the requirements of the policy. | Officer placed hand on subject's neck while she was handcuffed, after she spat on officer, then pushed her back into the police vehicle.  Unsure if the hold constituted a neck hold because pressure was not applied to restrict airway or blood flow.  Board voted 2-1 with Chief Noel wanting clarity on the policy.  (voted not justified because of policy violation).  Investigation determined the incident was not a neck hold, PIB Captain Richardson cover lettered to sustain unauthorized force, disagreeing with investigation. |
| FTN 2021-0168 | CEW | 10/14/2021 | Not Justified | Y R2: Moral Conduct, P6: Unauthorized Force - only the last few CEW deployments, which were used to subdue a subject who was still disregarding commands, were determined to be unjustified. | Shoplifter at walmart was attempting to leave the store and became involved in a physical altercation with detail officer.  After several struggles and two failed CEW deployments, Officer continued to struggle with the subject before chasing the subject into the parking lot and deploying the CEW several more times until subject complied.  (6 total CEW deployments, deployments 4-6 were determined to be unjustifiable by NOPD standards). |
| ASI 2021-05 | Negligent Discharge | 11/11/2021 | No Vote | N | Negligent Discharge - No vote Required |
| FTN 2021-0314 | CEW Level 4 | 11/11/2021 | Justified | N | Officers responded to a mental consumer with commitment papers.  The subject began to struggle with officers and struck an officer in the head with a wooden TV dinner table, Officers deployed CEW for 3 cycles to subject the consumer. |
| FTN 2021-0311 | CEW Level 4 | 12/9/2021 | Justified | N | Officer was attacked by Trespasser at Walmart after asking the subject to leave the property.  The subject brought the officer to the ground and began choking the officer when a store employee pulled the subject off the officer.  The officer then deployed a CEW multiple times, keeping the subject at bay, until backup arrived. |
| ASI 2021-06 | Negligent Discharge | 12/9/2021 | No Vote Required | N | Officer was unloading a subject's firearm when it accidentally discharged into a wooded area. |