# Redacted
# Redacted
# Redacted



**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail transmission may be attorney/client privileged, and confidential, intended only for the use of the individual or entity identified herein. If you are not the intended recipient, you should cease reading this document, and are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify me by return electronic mail, via facsimile or telephone, and destroy the original electronic message.

# Redacted

**From:** Nicole P. Powell <NPPowell@nola.gov>
**Sent:** Wednesday, January 25, 2023 9:29:27 AM
**To:** susie_morgan@laed.uscourts.gov <susie_morgan@laed.uscourts.gov>
**Cc:** Leatrice Latimore Jones <ldlatimore@nola.gov>
**Subject:** Re: Recruit class

Raul Miranda - schedule to take psychological on 1/25. Waiting on results for medical - taken on 1/11.

Name - waiting on results for psychological. Test taken on 1/23.

Name - waiting on results for  medical (1/17) and psychological (1/20) .

NameName - waiting on results for medical (1/20) and psychological (1/23) .

Name - waiting on results for psychological (1/23) and will take medical on today.

We have reached out to Civil Service and we are awaiting results for all applicants.


Lt. Nicole Powell
Office of the Superintendent's Office

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Susie Morgan <Susie_Morgan@laed.uscourts.gov>
**Sent:** Wednesday, January 25, 2023 9:17:02 AM
**To:** Nicole P. Powell <NPPowell@nola.gov>
**Cc:** Leatrice Latimore Jones <ldlatimore@nola.gov>
**Subject:** RE: Recruit class

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

What are **the dates** the 5 remaining applicants are scheduled for meds and psychs?



Susie Morgan
United States District Court Judge | Eastern District of Louisiana
504.589.7535

**From:** Nicole P. Powell <NPPowell@nola.gov>
**Sent:** Wednesday, January 25, 2023 9:15 AM
**To:** Susie Morgan <Susie_Morgan@laed.uscourts.gov>
**Cc:** Leatrice Latimore Jones <ldlatimore@nola.gov>

**Subject:** Re: Recruit class

<mark>**CAUTION - EXTERNAL:**</mark>

Good morning Your Honor,

As it stands, we have 15 police recruits hired for class 197. We also have 5 police applicants who we are awaiting clearances from medical and psychology. If they all clear we will have 20 Police recruits for class 197.

Your Honor, let me know if you need any additional information.


Best,

Lt. Nicole Powell
Office of the Superintendent's Office

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Susie Morgan <Susie_Morgan@laed.uscourts.gov>
**Sent:** Wednesday, January 25, 2023 8:36:48 AM
**To:** Nicole P. Powell <NPPowell@nola.gov>
**Subject:** Recruit class

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Will you and Leatrice please give me an update?



Susie Morgan
United States District Court Judge | Eastern District of Louisiana
504.589.7535

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>