```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

    **************************************************************

    UNITED STATES OF AMERICA

                              Civil Action No. 12-1924
    VS.                       Section "E"
                              New Orleans, Louisiana
                              November 9, 2022

    NEW ORLEANS CITY
    **************************************************************

             TRANSCRIPT OF PUBLIC HEARING PROCEEDINGS
           HEARD BEFORE THE HONORABLE SUSIE MORGAN
                  UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    FOR THE MONITORING TEAM:      JONATHAN ARONIE
                                  DAVID DOUGLAS
                                  ASHLEY BURNS




    FOR THE DEPARTMENT OF JUSTICE:

                                  MEHVEEN RAIZ
                                  MEGAN MARKS




    FOR THE OFFICE OF THE INDEPENDENT POLICE MONITOR:

                                  STELLA CZIMENT
                                  BONYCLE SOKUNBI


    FOR THE NOPD:                 PRECIOUS BANKS
                                  MATT SEGRAVES
                                  FAITH BUTLER
                                  SHANNON BREWER
                                  REESE HARPER
                                  ARLINDA WESTBROOK
```

FOR THE CITY OF NEW ORLEANS:

DONESIA TURNER
GILBERT MONTAÑO
KEVIN HILL
DANIEL DAVILLIER

Official Court Reporter:    Nichelle N. Wheeler, RMR, CRR
                            500 Poydras Street, B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7775

     Proceedings recorded by mechanical stenography,
transcript produced via computer.

**1**          <u>P R O C E E D I N G S</u>

**2**                  (Call to order of the court.)

**3**          THE CASE MANAGER:  12-1924, *United States of America*

**4** *v. The City of New Orleans*.

**5**          THE COURT:  All right.  Thank you all for being here

**6** today.  As usual, we appreciate the participation of the

**7** NOPD, the city, the monitors, the independent police monitor,

**8** DOJ, the media, and the public because it's important for all

**9** of us to get together and as we try to work our way through

**10** this case.  This is one of our regular public hearings

**11** regarding the status of the New Orleans Consent Decree.

**12**          Let's start with the parties and the monitoring team

**13** introducing themselves and let's start with City Attorney

**14** Turner and we'll go around both tables.

**15**          MS. TURNER:  Good afternoon, Judge, Donesia Turner,

**16** city attorney for the City of New Orleans.

**17**          MR. MONTAÑO:  Afternoon, Judge, Gilbert Montaño, CAO

**18** for city of New Orleans.

**19**          MS. WESTBROOK:  Good afternoon, Arlinda Westbrook,

**20** project manager for the consent decree.

**21**          MR. SANDIFER:  Good afternoon, Your Honor, Otha

**22** Sandifer, New Orleans Police Department, deputy chief.

**23**          MR. HARPER:  Good afternoon, Officer Reese Harper,

**24** LGBTQ+ liaison officer.

**25**          MS. BREWER:  Good afternoon, Your Honor, Sergeant

02:59:42PM
02:59:42PM
02:59:46PM
02:59:49PM
02:59:52PM
02:59:58PM
03:00:03PM
03:00:08PM
03:00:14PM
03:00:20PM
03:00:26PM
03:00:29PM
03:00:34PM
03:00:37PM
03:00:39PM
03:00:41PM
03:00:44PM
03:00:45PM
03:00:48PM
03:00:50PM
03:00:54PM
03:00:56PM
03:01:00PM
03:01:00PM

03:01:02PM 1   Shannon Brewer, community engagement section.

03:01:05PM 2          MS. BUTLER:  Good afternoon, Your Honor, Faith

03:01:07PM 3   Butler, innovation manager in the Professional Standards and

03:01:11PM 4   Accountability Bureau.

03:01:11PM 5          MR. SEGRAVES:  Good afternoon, Matt Segraves,

03:01:09PM 6   Professional Standards and Accountability Bureau.

03:01:09PM 7          MS. BANKS:  Good afternoon, Captain Precious Banks,

03:01:09PM 8   Commander of Professional Standards and Accountability

03:01:22PM 9   Bureau.

03:01:22PM 10          THE COURT:  All right.  Nice to see all of you.

03:01:24PM 11          MR. HILL:  Good afternoon, Your Honor, Kevin Hill,

03:01:26PM 12   city --

03:01:28PM 13                        (Laughter.)

03:01:28PM 14          MR. DAVILLIER:  Good afternoon, Daniel Davillier,

03:01:31PM 15   outside counsel for the city.

03:01:32PM 16          THE COURT:  You scared me.

03:01:39PM 17          MS. RAIZ:  Good afternoon, Your Honor, Mehveen Raiz

03:01:41PM 18   on behalf of the United States.

03:01:42PM 19          MS. MARKS:  Megan Marks for the United States.

03:01:44PM 20          MS. CZIMENT:  Good afternoon, Your Honor, Stella

03:01:52PM 21   Cziment on behalf of the City of New Orleans, independent

03:01:53PM 22   police monitor.

03:01:53PM 23          MS. SOKUNBI:  Good afternoon, Bonycle Sokunbi, police

03:01:56PM 24   monitor, Office of the Independent Police Monitor.

03:01:59PM 25          MR. ARONIE:  Hi, Jonathan Aronie, Consent Decree

03:02:02PM **1**    monitor.

03:02:03PM **2**              MR. DOUGLAS:  David Douglas, Consent Decree monitor.

03:02:06PM **3**              MS. BURNS:  Ashley Burns, Consent decree monitoring

03:02:10PM **4**    team.

03:02:11PM **5**              THE COURT:  All right.  Anybody else hiding out

03:02:12PM **6**    there?

03:02:13PM **7**              All right.  It's great to see all of you here today

03:02:17PM **8**    and thank you for being here.

03:02:19PM **9**              Before we start with the presentations, I want to

03:02:23PM **10**   continue doing something I've started doing and I should have

03:02:27PM **11**   done more all along, which is encourage members of the public

03:02:32PM **12**   to share their views, comments, and questions with me through

03:02:37PM **13**   the e-mail address I've asked the monitors to set up for that

03:02:43PM **14**   purpose.  You can find the address on the monitoring team's

03:02:45PM **15**   website at consentdecreemonitor.com, or if you have a pencil

03:02:49PM **16**   with you now, you can write it down.  It's Aburns, b-u-r-n-s,

03:02:55PM **17**   @consentdecreemonitor.on-mi -- I'll just spell it --

03:03:03PM **18**   onmicrsoft.com.

03:03:08PM **19**              So that's one way for the public to make its voice

03:03:13PM **20**   known in these proceedings either by making comments or

03:03:15PM **21**   asking questions and those questions will get sent to me and

03:03:20PM **22**   then I'll make attempts to pass information along, any

03:03:26PM **23**   comments you have along to the proper people, and to answer

03:03:29PM **24**   any questions that you have to the best of my ability.

03:03:35PM **25**              There are other ways for your voices to be heard in

03:03:38PM  1    this process as well.  As you know, the monitors hold regular

03:03:42PM  2    public meetings at which the public is invited to speak and

03:03:45PM  3    ask questions.  The monitoring team will hold its next public

03:03:51PM  4    meeting this evening at 6:30 p.m. at the Ashé Cultural Center

03:03:57PM  5    and another one tomorrow at 12:30 at the East New Orleans

03:04:00PM  6    Regional Library if you can't make it tonight.

03:04:03PM  7         And there's a third way for the public to be heard as

03:04:06PM  8    well.  Paragraphs 437 to 438 of the Consent Decree recognize

03:04:12PM  9    that NOPD and community representatives have jointly created

03:04:17PM  10   Police Community Advisory Boards known as PCABs.  Each police

03:04:26PM  11   district has a PCAB or advisory board.  The boards are made

03:04:28PM  12   up of citizens living in that district.

03:04:32PM  13        The purpose of the PCABs is to facilitate regular

03:04:36PM  14   communication and cooperation between the police department,

03:04:38PM  15   the city, and members of the community.  The PCABs work with

03:04:42PM  16   NOPD to establish policing strategies and priorities in each

03:04:47PM  17   district.  NOPD has committed to seeking the assistance,

03:04:51PM  18   counsel, and input from PCAB members as representatives of

03:04:55PM  19   the citizens in their districts.

03:04:58PM  20        So the PCABs offer another gateway between the

03:05:02PM  21   community and the monitoring team and me.  I had the pleasure

03:05:06PM  22   of meeting with leaders of the PCABs from each district a few

03:05:11PM  23   weeks ago.  It was a great experience and we had very

03:05:14PM  24   instructive conversation.  I have invited some of them to

03:05:19PM  25   join us here today so the citizens of New Orleans can learn

03:05:22PM **1**    more about the PCABs and how each citizen can offer their

03:05:27PM **2**    input into this process through the PCABs.  We will hear from

03:05:31PM **3**    them shortly.

03:05:34PM **4**         As a brief aside on the topic of the PCABs, I'd like

03:05:37PM **5**    to thank Reverend Ed Cooper at St. Marks on North Rampart

03:05:42PM **6**    Street for the use of their beautiful church for our meeting

03:05:45PM **7**    a few weeks ago.  This is not the first time he has made his

03:05:49PM **8**    church available to us and we thank him for his continued

03:05:53PM **9**    generosity.

03:05:54PM **10**   We have a lot to accomplish today.  First, we'll hear

03:05:57PM **11**   from the City as we do every month regarding its status

03:06:00PM **12**   ensuring the NOPD has the resources it needs to meet its

03:06:05PM **13**   obligations under the Consent Decree which is a requirement

03:06:09PM **14**   of paragraph 12 of the Consent Decree.  And I want to thank

03:06:12PM **15**   CAO Montaño for joining us again today for that important

03:06:16PM **16**   presentation.  I do value your partnership -- there he is.  I

03:06:19PM **17**   do value your partnership in this project.

03:06:22PM **18**        Next, we'll get a brief update from the monitoring

03:06:26PM **19**   team regarding the status of their ongoing spot audits.  As I

03:06:30PM **20**   said at our last hearing, these spot audits are critically

03:06:35PM **21**   important because as the NOPD nears the start of the Consent

03:06:40PM **22**   Decree sustainment period, I need to be sure that none of the

03:06:43PM **23**   areas previously found in the green have experienced any

03:06:47PM **24**   material backsliding.

03:06:50PM **25**        Following the monitors' update as I just noted, we

03:06:54PM  **1**  will hear from several PCAB leaders.  These will be short

03:06:58PM  **2**  presentations, 2 to 3 minutes each, but I'm hopeful they will

03:07:03PM  **3**  give us some insight as to how the PCAB process works and how

03:07:07PM  **4**  we can make them even more accessible to the public and more

03:07:13PM  **5**  useful to this process.

03:07:15PM  **6**      Following the brief PCAB presentations, we will spend

03:07:18PM  **7**  the bulk of our time this afternoon hearing a detailed

03:07:20PM  **8**  presentation from the NOPD regarding the progress it has made

03:07:23PM  **9**  in the area of bias-free policing.  I expect the monitoring

03:07:29PM  **10**  team and the DOJ will have some words on that topic too.

03:07:33PM  **11**      We will conclude with a few brief reminders from the

03:07:37PM  **12**  bench regarding our public hearing, the monitoring team's

03:07:38PM  **13**  next public meetings, and, again, the e-mail address for the

03:07:41PM  **14**  public to send any comments or questions they may have.

03:07:45PM  **15**      So let's get started with Mr. Montaño.

03:07:52PM  **16**      MR. MONTAÑO:  Thank you, Your Honor, members of the

03:07:56PM  **17**  City, members of the monitoring team, guest media and alike,

03:08:01PM  **18**  thank you for having us here today.

03:08:04PM  **19**      For the continual ongoing efforts to try to

03:08:06PM  **20**  transition and rebuild our New Orleans Police Department with

03:08:11PM  **21**  constitutional policing at the forefront, thank you for your

03:08:14PM  **22**  partnership publicly and all the work that we've been doing

03:08:18PM  **23**  both with my team and one-on-one to address those needs that

03:08:21PM  **24**  NOPD will unequivocally need to be able to progress in the

03:08:26PM  **25**  future.  My presentation will be relatively brief simply

03:08:28PM  1   because just several weeks ago, a few weeks ago I was giving

03:08:33PM  2   a similar update, but one of the more punctuated piece I want

03:08:37PM  3   to highlight and I have a couple of folders for you and the

03:08:41PM  4   monitoring team, I heard at the last meeting directly from

03:08:45PM  5   you we'd like -- it's good to say this here, but we want to

03:08:46PM  6   be able to put it somewhere so that the officers or the

03:08:51PM  7   public or whomever would want to see the progress that we're

03:08:53PM  8   making, so I have a folder for you and the monitoring team or

03:08:56PM  9   whoever that will highlight both the repair statuses, some of

03:09:00PM  10  the incentive statuses, and other pieces that are necessary,

03:09:03PM  11  whether it's equipment, computer, cell phones for the overall

03:09:06PM  12  comprehensive nature of the job we're asking NOPD to do.

03:09:09PM  13          THE COURT:  Thank you for doing that.

03:09:09PM  14          MR. MONTAÑO:  Absolutely.

03:09:11PM  15          THE COURT:  Appreciate it.

03:09:11PM  16          MR. MONTAÑO:  As I said, I'll just begin.  Recently,

03:09:14PM  17  I think at the last meeting, I was anticipating being before

03:09:18PM  18  the civil service to argue and encourage affirmative vote for

03:09:27PM  19  an incentive package for our police department to both be

03:09:28PM  20  able to recruit and retain officers.  Thankfully amongst a

03:09:34PM  21  lot of other support that has passed.  So now we have an

03:09:36PM  22  incentive program that is going to be one of the most robust

03:09:40PM  23  in the nation.

03:09:40PM  24          Our next stage will be the City Council.  I presented

03:09:43PM  25  before the City Council.  I have opened the door in

03:09:46PM  1   willingness to work to address what the package can include

03:09:50PM  2   or not include so that we can have a better product if

03:09:54PM  3   necessary.  So I'm open and willing to work with the council

03:09:57PM  4   as they move forward towards adoption.  Right now that will

03:10:00PM  5   also be in your handout, but essentially it's the same

03:10:03PM  6   program and the same package that originally was presented to

03:10:07PM  7   you all.

03:10:08PM  8       On the technology front, the 224 computers have been

03:10:13PM  9   delivered and now they're on a rolling basis for imaging.  18

03:10:16PM  10  new computers deployed to the crime lab.  They're in use.

03:10:18PM  11  And another order is being planned on November 18th.  Cell

03:10:24PM  12  phones are distributed to those who have been approved by the

03:10:27PM  13  NOPD and there are other cell phones ready to be in that

03:10:30PM  14  approval process should they see fit and necessary to have.

03:10:34PM  15      THE COURT:  How many did you --

03:10:34PM  16      MR. ARONIE:  Sorry, I'm just going to close this

03:10:47PM  17  because you keep advancing slides.

03:10:47PM  18      MR. MONTAÑO:  Sorry.  You want me to do something

03:10:49PM  19  with this on this home screen?

03:10:50PM  20      THE COURT:  It's not hooked up?

03:10:55PM  21      MR. ARONIE:  Problem solved.

03:10:56PM  22      MR. MONTAÑO:  He unplugged it.

03:10:59PM  23      MR. ARONIE:  It was actually hitting the next

03:11:00PM  24  presentation slide, page forward.  It wasn't the

03:11:03PM  25  presentation.

03:11:04PM  1          THE COURT:  So how many cell phones did you get?

03:11:07PM  2          MR. MONTAÑO:  I have cell phones in my information

03:11:09PM  3     that went to CLOs, district detectives, their immediate

03:11:13PM  4     supervise -- their immediate supervisors.  The ones that have

03:11:17PM  5     been identified for 98 additional phones are also the

03:11:22PM  6     detectives and their supervisors.  So in aggregate, I don't

03:11:22PM  7     know, Your Honor.

03:11:28PM  8          Maybe Arlinda would know the total aggregate number.

03:11:31PM  9          MS. WESTBROOK:  The list we just got recently was an

03:11:34PM  10    additional 100 cell phones that would be going out from the

03:11:38PM  11    ones that were already distributed.

03:11:41PM  12         THE COURT:  So in addition to the ones you

03:11:42PM  13    distributed to detectives and supervisors, you have another

03:11:42PM  14    100?

03:11:46PM  15         MS. WESTBROOK:  That's the list we got today.

03:11:47PM  16         THE COURT:  And so you're working on who else will

03:11:49PM  17    receive those cell phones?

03:11:53PM  18         MS. WESTBROOK:  Yes.

03:11:54PM  19         MR. MONTAÑO:  And, you know, the checkbooks open as

03:11:57PM  20    needs are arriving for these type of purposes.

03:12:01PM  21         Secondly, vehicles, I know this has always been the

03:12:04PM  22    contention and the discussion topic and many times we're

03:12:07PM  23    still fighting to put those 75 vehicles on the street.

03:12:11PM  24    Everything has been delivered.  The anticipation for full up

03:12:14PM  25    fitting is by the end of the year.  I hope to have better

03:12:17PM 1  news for you prior to that, but that is the anticipated

03:12:20PM 2  timeline for reasons outside of our control frankly.

03:12:23PM 3      And, lastly, part of the budget process on the

03:12:27PM 4  vehicles is the anticipation and the order.  I've learned

03:12:30PM 5  more about vehicle ordering in the last six months than I

03:12:34PM 6  ever thought I would.  The order bank for Ford is ready to

03:12:38PM 7  happen in mid-November and the order bank for Chevrolet is

03:12:43PM 8  shortly thereafter, so I have everybody monitoring that order

03:12:47PM 9  bank to ensure that we can make the largest purchase we

03:12:50PM 10 possibly can, but then also anticipating all those other

03:12:52PM 11 orders that may or may not be filled by the other

03:12:55PM 12 municipalities for us to intercept should something fall

03:13:00PM 13 through.

03:13:00PM 14      THE COURT:  And the order bank, opening it, there's a

03:13:03PM 15 window --

03:13:03PM 16      MR. MONTAÑO:  Yes.

03:13:03PM 17      THE COURT:  -- when you have to make your order?

03:13:04PM 18      MR. MONTAÑO:  Yes.  That's the only time we can order

03:13:07PM 19 in that fleet status, that bulk status, yes.

03:13:13PM 20      We do have 12 other unmarked vehicles for detectives

03:13:17PM 21 that we're hoping to provide in the near future.  They were

03:13:21PM 22 ordered last June.

03:13:22PM 23      The facilities and repairs in the building pieces I

03:13:26PM 24 have -- I don't know if I can give you all that information

03:13:29PM 25 for Your Honor.  It's a pretty detailed spreadsheet that may

03:13:34PM **1**    be more valuable to review.  It's got several different

03:13:39PM **2**    cells.  The one thing I would highlight on those spreadsheets

03:13:42PM **3**    is they're evolving.  Every day, you know, you see something

03:13:44PM **4**    else that needs to be done, so I would anticipate this being

03:13:48PM **5**    a rolling piece of documentation simply because the needs

03:13:51PM **6**    consistently are evolving, but right now this gives a little

03:13:56PM **7**    bit more of a completed status and ongoing status and kind of

03:13:59PM **8**    where we are both with projected timelines as well as

03:14:02PM **9**    completion dates.

03:14:03PM **10**   THE COURT:  And these are for repairs to the various

03:14:06PM **11**   district facilities.

03:14:07PM **12**   MR. MONTAÑO:  Yes, Your Honor.

03:14:08PM **13**   THE COURT:  And so some of them are larger projects.

03:14:13PM **14**   Are these -- the ones on your list, are they just the larger

03:14:18PM **15**   projects, such as air conditioning?

03:14:20PM **16**   MR. MONTAÑO:  Sure.  Your Honor, two lists.  One is

03:14:22PM **17**   more on the larger capital side and then one is more on the

03:14:26PM **18**   HVAC repair, electrical repairs, just so that there is a

03:14:32PM **19**   duality of both the small and large that you will be able to

03:14:35PM **20**   see and track and more importantly those within the

03:14:37PM **21**   organizations will be able to see and track.  And I will

03:14:41PM **22**   highlight that we centered the teams around weekly meetings

03:14:44PM **23**   with our property management and capital groups.  Often, the

03:14:47PM **24**   solution to most things is just communication.  We never hear

03:14:50PM **25**   about it.  It stops here -- the other reason, it doesn't

03:14:54PM 1   matter anymore.  We have everybody in the room weekly to be

03:14:56PM 2   to address and to handle these needs.

03:14:58PM 3        As recently as of this morning, a new need evolved in

03:15:02PM 4   the evidence room that we're trying to address as far as a

03:15:06PM 5   broken HVAC or a leaky HVAC.  So like I said, this list and

03:15:11PM 6   these needs change on a daily basis, but we have everybody in

03:15:13PM 7   the room right now at least to address them collectively.

03:15:15PM 8        THE COURT:  I think that's the secret to success --

03:15:18PM 9        MR. MONTAÑO:  It is.

03:15:19PM 10       THE COURT:  -- in this process.

03:15:19PM 11       So is this list in a format in which you're going to

03:15:22PM 12  share it with the public and the members of the department?

03:15:25PM 13       MR. MONTAÑO:  Your Honor, however -- I'm deferring to

03:15:30PM 14  my team in some aspects to give us the best visualization on

03:15:35PM 15  how and where to post it.  I'm open and amenable to any of

03:15:39PM 16  those sources.  I just know that I heard from this court that

03:15:42PM 17  we wanted to be able to display the work that we're doing

03:15:45PM 18  because I understand it's advantageous for those that are

03:15:49PM 19  awaiting for these repairs to have some sort of rubric to

03:15:51PM 20  understand, follow, or hopefully even add to at some point.

03:15:55PM 21  So I'll have to defer more to my team to depend on how

03:15:58PM 22  they're going to portray this publicly, but that is certainly

03:16:02PM 23  what we've been asked to do or are more than willing to

03:16:05PM 24  provide.

03:16:05PM 25       THE COURT:  All right.  So we're going to work with

03:16:09PM  1    Arlinda Westbrook to get that done.  We want the public and

03:16:11PM  2    the people in the department to know that the things that the

03:16:15PM  3    City is committed to are actually happening and when they

03:16:18PM  4    will -- some idea of when they will happen.

03:16:24PM  5            MR. MONTAÑO:  Yes, Your Honor.  I think the goal on

03:16:25PM  6    the hypothesis we're trying to create is execution.  I think

03:16:29PM  7    that's the most important piece that we can provide NOPD,

03:16:32PM  8    whether it goes from the incentive retainment or just simple

03:16:35PM  9    maintenance needs.

03:16:36PM  10           Good news on the civilian traffic response, the RFP

03:16:43PM  11   closed November 2nd.  The selection committee is scheduled

03:16:47PM  12   for November 16th, so thereafter November 16th, which is just

03:16:50PM  13   a short time away, we should have a selected vendor to move

03:16:54PM  14   forward and really civilianize that important piece of our

03:16:58PM  15   overall police department response.

03:17:01PM  16           THE COURT:  That is good news.

03:17:01PM  17           MR. MONTAÑO:  What?

03:17:02PM  18           THE COURT:  That is very good news.

03:17:04PM  19           MR. MONTAÑO:  Yes.  Finally, it's nice to see those

03:17:06PM  20   dates ending.

03:17:08PM  21           The last three items I have in my notes that NOPD

03:17:15PM  22   will more thoroughly cover, but I will mention the co-sponder

03:17:22PM  23   (sic) model, the civilianization and AP -- the APR as well as

03:17:25PM  24   the deputization pieces are more involved and inclusive in

03:17:30PM  25   the presentation, but I did want to mention them as part of

03:17:33PM **1**  my larger update notes because I am tracking and maintaining

03:17:37PM **2**  status of them and trying to move towards execution on all of

03:17:40PM **3**  those pieces as both they require a financial component, but

03:17:43PM **4**  also an operational execution component that we can help

03:17:48PM **5**  provide from the CAO's office.

03:17:49PM **6**       Standing any particular questions, Your Honor, or

03:17:52PM **7**  anyone else, I'm happy to provide.

03:17:56PM **8**       THE COURT:  Well, I do appreciate the time and effort

03:17:59PM **9**  you put into this that I know that you have, and I appreciate

03:18:04PM **10** the City making Arlinda available as the project manager

03:18:09PM **11** because it's been very helpful to us to have someone we can

03:18:12PM **12** communicate with and share information with and get

03:18:17PM **13** information from.  We also want to know that -- I know you

03:18:22PM **14** know this, but I want to say it publicly, but we're partners

03:18:25PM **15** with the City and that the monitoring team and DOJ are

03:18:31PM **16** willing and able to help in any way they can and we're

03:18:37PM **17** heartened by the progress that has been made.  We just don't

03:18:40PM **18** want to lose momentum.  You know, we want to keep this going

03:18:45PM **19** and get this all -- get it done.

03:18:47PM **20**      MR. MONTAÑO:  I've been very heartened with our

03:18:50PM **21** relationship and partnership.  Thank you for the mutual

03:18:54PM **22** camaraderie as we're trying to move forward towards the next

03:18:56PM **23** stage of the compliance agreement.

03:18:58PM **24**      THE COURT:  And respect too, I hope that the City and

03:19:01PM **25** the police department, I hope it's clear to them how much

03:19:04PM  1   respect that I have and that the monitoring team and DOJ have

03:19:09PM  2   for the officers of the NOPD and for the people in the -- the

03:19:13PM  3   people who work for the city of New Orleans.  So let's just

03:19:17PM  4   keep working together and we'll make it through this.

03:19:23PM  5            MR. MONTAÑO:  Yes, Your Honor.  Thank you.

03:19:25PM  6            THE COURT:  All right.  And I know you got a lot of

03:19:28PM  7   work to do.

03:19:29PM  8            MR. MONTAÑO:  Yes, with the permission of the Court

03:19:33PM  9   if I can be excused, we are in the middle of our budget

03:19:37PM  10  process as well and there's a million things happening.

03:19:37PM  11           THE COURT:  I understand.  So thanks for coming here

03:19:38PM  12  today.

03:19:38PM  13           MR. MONTAÑO:  Thank you so much.

03:19:39PM  14           THE COURT:  I look forward to looking at your

03:19:41PM  15  materials.

03:19:42PM  16           MR. MONTAÑO:  Thank you, Your Honor.

03:19:42PM  17           THE COURT:  You don't have any problem with us

03:19:44PM  18  sharing them with other people, do you?

03:19:46PM  19           MR. MONTAÑO:  None.  None whatsoever.

03:19:48PM  20           THE COURT:  All right.  Great.

03:19:57PM  21           All right.  Now, I believe that the next topic is

03:20:00PM  22  going to be the monitoring team for a brief update regarding

03:20:04PM  23  the status of its ongoing spot audits, and, Jonathan, will

03:20:10PM  24  you give a brief reminder to people about why we're talking

03:20:13PM  25  about this?

03:20:14PM **1**          MR. ARONIE:  Yes.  Absolutely.  Thank you.

03:20:17PM **2**          You'll remember, Your Honor, last month I walked the

03:20:20PM **3** court through the various spot audits that we were

03:20:23PM **4** conducting.  I, at the direction of the Court, you, I think,

03:20:27PM **5** very rightly made it clear that at the same time of working

03:20:31PM **6** on bringing the last two areas into the green, we needed to

03:20:34PM **7** make sure there have been no material backsliding on the

03:20:37PM **8** other areas that were into the green previously.  So our

03:20:40PM **9** whole team is conducting spot audits in those various areas.

03:20:43PM **10** I'm not going to walk through in as much detail as I did last

03:20:46PM **11** month, but I will give some updates and highlights because a

03:20:49PM **12** lot of work has gone on.

03:20:50PM **13**          I'll start with PIB.  We finished our spot audit of

03:20:56PM **14** PIB and we're in the process of analyzing the results.  So

03:20:59PM **15** I'm not in position to share all of the results.  I will note

03:21:03PM **16** that I think to no one's concern we're still concerned with

03:21:06PM **17** the timing of PIB investigations.  We presented that to the

03:21:10PM **18** court back in 2017 and back in 2015 and regularly.  That --

03:21:15PM **19** our spot audit show that that still needs work and we meet

03:21:21PM **20** regularly as do you with Deputy Chief Sanchez.  I know he is

03:21:25PM **21** focused on this as well.

03:21:27PM **22**          One thing that the NOPD did that's important to

03:21:32PM **23** mention here in the past to help with timeliness is they

03:21:36PM **24** instituted a new unit within the public integrity bureau.

03:21:40PM **25** It's really the quality assurance unit and that unit had five

03:21:44PM **1**   officers that really helped PIB get its arms around quality

03:21:50PM **2**   including timeliness.  Unfortunately, those five people are

03:21:53PM **3**   down to two at the moment.

03:21:54PM **4**        So we met with Deputy Chief Sanchez and he's aware of

03:22:00PM **5**   this and he is working to rebuild that group to the proper

03:22:03PM **6**   five people which we think will help get PIB back to the

03:22:07PM **7**   proper time frames.

03:22:08PM **8**        THE COURT:  But just as an example of why we're doing

03:22:10PM **9**   this.

03:22:11PM **10**       MR. ARONIE:  Yeah.  Absolutely.  It's very

03:22:13PM **11**  unfortunate when a unit stood up to solve a problem and then

03:22:17PM **12**  the people in that unit disappear.

03:22:21PM **13**       THE COURT:  And they're not replaced and they don't

03:22:23PM **14**  literally disappear.

03:22:25PM **15**       MR. ARONIE:  Right.  So we're happy -- happy now

03:22:28PM **16**  we're on the same page to restore that unit to its proper

03:22:32PM **17**  size.

03:22:32PM **18**       We made a great progress with our bias-free audits,

03:22:36PM **19**  but, Your Honor, I'm not going to go into that now because

03:22:40PM **20**  you're going to hear a lot about that today.  I will just --

03:22:43PM **21**  just as a reminder, bias-free really permeates the entire

03:22:47PM **22**  Consent Decree.  It's also one specific section of the

03:22:50PM **23**  Consent Decree.  Today we're not going to be talking about

03:22:54PM **24**  bias-free as it permeates every single area.  We're going to

03:22:54PM **25**  be talking about bias-free as it's outlined in Section 8 of

03:22:57PM **1**   the Consent Decree and you'll hear a lot about that in a

03:23:00PM **2**   moment.

03:23:00PM **3**         We recently completed several spot audits of

03:23:06PM **4**   recruitment, but there are still some other audits underway.

03:23:09PM **5**   I don't think it will surprise a quarter of the public to

03:23:13PM **6**   know that recruitment continues to struggle and we are doing

03:23:16PM **7**   our best to work with the department to solve as many of

03:23:20PM **8**   those gaps as we can.

03:23:21PM **9**         Our sexual assaults, domestic violence audits, are

03:23:26PM **10**  proceeding at pace.  Some of them have been started, some of

03:23:29PM **11**  them will be started shortly.  Our community policing audits

03:23:34PM **12**  also have continued.  Some of this has been delayed because

03:23:38PM **13**  -- and this is not a dig, this is just a fact -- PSAB, the

03:23:42PM **14**  unit that coordinates with us on these things, has a lot on

03:23:44PM **15**  its plate and so some of these audits have just had to take,

03:23:47PM **16**  you know, backstage to some of the other audits that are more

03:23:50PM **17**  pressing.

03:23:51PM **18**         THE COURT:  And also PSAB needed more resources.

03:23:55PM **19**         MR. ARONIE:  Absolutely.  So PSAB, the people you are

03:23:58PM **20**  going to be hearing from today and their colleagues are doing

03:24:01PM **21**  great work with very few resources.

03:24:03PM **22**         THE COURT:  Well, and so the good news is they're

03:24:05PM **23**  also getting more resources back into PSAB so it can do what

03:24:17PM **24**  it needs to do.

03:24:17PM **25**         MR. ARONIE:  Yes, absolutely.

03:24:17PM **1**        We finished our negotiated settlements audit.  We're

03:24:21PM **2** in the process of analyzing those data.  We're undertaking as

03:24:24PM **3** you know a downgrade audit within the sexual assault/domestic

03:24:29PM **4** violence area, making sure that calls that come in as a Code

03:24:33PM **5** 2 aren't improperly downgraded to a Code 1 in an effort to

03:24:39PM **6** help with response times of Code 2 calls.  That is a very

03:24:44PM **7** important project.  Don't have a status on that yet, but we

03:24:47PM **8** have started it.

03:24:49PM **9**        A review of MAX meetings is ongoing.  We have team

03:24:55PM **10** members that review the -- that monitor the MAX meetings

03:24:58PM **11** regularly, review of the academy is ongoing.  We have team

03:25:01PM **12** members who are back to attending academy classes where they

03:25:06PM **13** hadn't for some time after the academy went into green is

03:25:06PM **14** part of spot reviews now.

03:25:08PM **15**        We have finished our spot auditor promotions and

03:25:11PM **16** we're in the process of analyzing those results.

03:25:15PM **17**        The stop, search, and arrest audits which you'll hear

03:25:18PM **18** a lot more about in our next court hearing, we're hopeful to

03:25:22PM **19** have a presentation on SSA next month just like you're having

03:25:25PM **20** a presentation on bias-free this month, so I won't spend much

03:25:29PM **21** more time on that.

03:25:30PM **22**        We have a lot of spot audits going on in the use of

03:25:34PM **23** force area, including watching training we haven't watched in

03:25:39PM **24** some time, watching K-9 training, and very importantly spot

03:25:43PM **25** checking uses of force themselves.  We continuously monitor

03:25:46PM 1    uses of force, certainly the critical ones.  We review all of

03:25:49PM 2    those.  But now being able to go back within the last year

03:25:52PM 3    and spot audit some of the lesser ones is an important check.

03:25:56PM 4        You know that we are doing spot audits for the office

03:26:02PM 5    of police secondary employment.  They're ongoing.  We

03:26:07PM 6    completed our insight audits which is very important.  There

03:26:09PM 7    are a number of those that had to be conducted.  We had two

03:26:13PM 8    particular spot audits that we're undertaking there and we

03:26:16PM 9    should be ready to report that pretty soon, Your Honor.

03:26:18PM 10       We have -- I actually have two more.  We have

03:26:22PM 11   supervision audits that are ongoing, but the bigger

03:26:25PM 12   supervision spot check will be within the next two to

03:26:29PM 13   three weeks and, finally, we've started, but have not made

03:26:32PM 14   great progress on the CIT spot audit.

03:26:35PM 15       So there's an awful lot going on.  Every member of

03:26:39PM 16   our team is going on.  We all spread out to try to cover many

03:26:43PM 17   of these different areas as we can and look forward to next

03:26:45PM 18   month giving you another update and perhaps having some

03:26:49PM 19   substantive findings as well to report.

03:26:51PM 20       THE COURT:  I'm taking these audits in a positive and

03:26:55PM 21   constructive way, that it will be a way for us to work with

03:27:00PM 22   the department in case there has been any slippage mostly

03:27:06PM 23   because of lack of resources, so that if that's why that we

03:27:10PM 24   can try to help get the resources so this won't happen.

03:27:15PM 25   And -- and where there are any findings of issues, then to

03:27:20PM   1    provide help, to help them get -- you know, anything we can

03:27:23PM   2    do to help to get them back in compliance.

03:27:26PM   3            MR. ARONIE:  Yes, that's exactly right.  And at the

03:27:28PM   4    same time, an area for example, I looked at the preliminary

03:27:30PM   5    results -- I got to highlight preliminary -- for promotions

03:27:34PM   6    for example, and it's looking great.  It's looking like the

03:27:39PM   7    NOPD is continuing to honor all of its commitments,

03:27:42PM   8    continuing to do a good job.  So I expect that what we're

03:27:45PM   9    going to see -- you know, perhaps some concerns in some

03:27:47PM   10   areas, we're going to see a number of areas, I hope most

03:27:50PM   11   areas where, you know, everything is continued as exactly as

03:27:53PM   12   expected.

03:27:53PM   13           THE COURT:  And it's going to be a collaborative

03:27:55PM   14   process.

03:27:57PM   15           MR. ARONIE:  Absolutely.

03:27:58PM   16           THE COURT:  Whatever your findings are, to then meet

03:28:01PM   17   with NOPD and say we see these issues.  Let's talk about

03:28:04PM   18   them.  Are they issues?  Do you need resources?  Do we need

03:28:08PM   19   to change something?

03:28:09PM   20           MR. ARONIE:  And, Your Honor, that's actually a big

03:28:11PM   21   change from when we started the Consent Decree.  When we

03:28:14PM   22   started the Consent Decree, there was no effort by the New

03:28:17PM   23   Orleans Police Department to implement any sort of meaningful

03:28:19PM   24   corrective action plan upon finding problems.  But now and

03:28:23PM   25   for the past few years when we find problems we work

03:28:26PM  1   together, DOJ, the monitoring team, NOPD, to implement a

03:28:29PM  2   corrective action plan to move things forward.  No department

03:28:33PM  3   is ever going to be perfect.  There are going to be problems

03:28:36PM  4   now and then.  The key is has NOPD progressed in such a way

03:28:41PM  5   where they resolved these in a timely and meaningful fashion,

03:28:46PM  6   and we are happy when we see these corrective actions put

03:28:50PM  7   into place in a meaningful way.

03:28:52PM  8          THE COURT:  Thank you.

03:28:53PM  9          MR. ARONIE:  Thank you, Your Honor.

03:28:59PM  10         THE COURT:  And I want to thank the entire monitoring

03:29:02PM  11  team for all the work that they're putting into these spot

03:29:05PM  12  audit and please let them know that they got a shout-out at

03:29:10PM  13  the hearing.

03:29:10PM  14         MR. ARONIE:  I certainly will, Your Honor.  Thank

03:29:12PM  15  you.

03:29:12PM  16         THE COURT:  I'd like to hear now from the leaders of

03:29:17PM  17  the various PCABs.  You all can just come to the front.

03:29:20PM  18         MR. ARONIE:  Your Honor, I just want to make it clear

03:29:22PM  19  that we invited all the PCABs, but because this takes place

03:29:25PM  20  in the middle of the day and people work, not everyone was

03:29:28PM  21  able to come.  However, we do have two who have short

03:29:32PM  22  presentations for you.

03:29:33PM  23         THE COURT:  Yeah, please.  Come up.

03:29:35PM  24         Perhaps you could invite them to one of your public

03:29:38PM  25  meetings to make presentations in the future.

03:29:41PM **1**          MR. ARONIE:  Yes, Your Honor.  We can do that.  Thank

03:29:44PM **2** you.

03:29:44PM **3**          MS. CAMPBELL:  Good afternoon.  Your Honor, my name

03:29:47PM **4** is Lori Campbell.  I am the fourth district PCAB president

03:29:53PM **5** and that's located in Algiers.

03:29:55PM **6**          So first of all I want to do is I want to say thank

03:29:58PM **7** you for giving the PCAB a seat at the table, but not just a

03:30:05PM **8** seat at the table; you gave us a voice today.  So thank you.

03:30:08PM **9** That's what I want to talk about.  We don't have a voice.

03:30:10PM **10** Not we.  It's city-wide.

03:30:12PM **11**          So the fourth district PCAB is, you know, in my

03:30:16PM **12** opinion -- it's a really -- it is moving along fast.

03:30:18PM **13** Everything is good.  You know, we're engaged.  We're building

03:30:22PM **14** partnerships.  The NOPD, we're holding them accountable.

03:30:24PM **15** They're actually holding us accountable.

03:30:27PM **16**          THE COURT:  How many people are on your PCAB?

03:30:30PM **17**          MS. CAMPBELL:  Seven, Your Honor.  Seven people are

03:30:33PM **18** on our PCAB and seven engaged, committed individuals.  So

03:30:37PM **19** what we needed to do we're doing.  We're engaging with the

03:30:40PM **20** community.  We're building partnerships.  We're continuing

03:30:42PM **21** support and we're working closely with the NOPD.  And we're

03:30:45PM **22** holding them accountable, but in return, they're actually

03:30:48PM **23** holding us accountable.

03:30:50PM **24**          Actually, I see, you know, former district captain

03:30:52PM **25** from the Algiers PCAB, outstanding, and also I see Sergeant

| | | |
|---|---|---|
| 03:30:57PM | 1 | Jones and she -- you know, I have a lot of contact with her |
| 03:31:02PM | 2 | and the reason being is that Chief Ferguson stated he's |
| 03:31:06PM | 3 | committed, so we wanted to reach out and say, hey, we would |
| 03:31:09PM | 4 | like to speak with you, our PCAB.  We went through her.  It |
| 03:31:12PM | 5 | happened.  He did.  He's committed and on multiple different |
| 03:31:15PM | 6 | occasions.  So I want to let you know that. |
| 03:31:17PM | 7 | Here's where we can do a better job and the |
| 03:31:21PM | 8 | difference is citywide.  So district wide you hear a |
| 03:31:25PM | 9 | different version from every district, all districts, but the |
| 03:31:29PM | 10 | difference is, it's not city promoted.  So we need to have |
| 03:31:33PM | 11 | promotion in a citywide, you know, advertisement, |
| 03:31:38PM | 12 | advancement, and move at the message.  We need education and |
| 03:31:43PM | 13 | awareness of what's going on with that PCAB.  Therefore, |
| 03:31:47PM | 14 | we'll get citywide support.  And in turn, the stakeholder |
| 03:31:51PM | 15 | support because if no one knows about it, if only Algiers |
| 03:31:56PM | 16 | know, then we getting support.  We are getting support, you |
| 03:31:59PM | 17 | know, from our council member Freddie King, from our state |
| 03:32:04PM | 18 | representative.  We're doing great in our area, but what |
| 03:32:07PM | 19 | about across the board in other districts.  So it's kind of |
| 03:32:09PM | 20 | heartbreaking that another district is not doing so well.  So |
| 03:32:13PM | 21 | basically citywide support has to -- that's the key and if we |
| 03:32:18PM | 22 | don't get that, we won't move the needle.  The needle is not |
| 03:32:21PM | 23 | moving in that area.  So, therefore, this also will showcase |
| 03:32:25PM | 24 | to the community that there is hope and change is -- it's not |
| 03:32:29PM | 25 | that it's coming, it is coming, but it's coming to your area |

03:32:32PM  1   because the whole city will promote this.

03:32:35PM  2          THE COURT:  How often does your PCAB meet?

03:32:41PM  3          MS. CAMPBELL:  We meet four times a year, ma'am --

03:32:43PM  4   Your Honor.  Four times a year.  But we also meet when

03:32:45PM  5   there's a need to meet and actually we're in touch with our

03:32:50PM  6   captain of our district quite frequently, even text messages.

03:32:54PM  7   When you go out, let us know so we'll meet them at any point.

03:32:59PM  8          THE COURT:  And where do you meet?

03:33:01PM  9          MS. CAMPBELL:  We meet -- now we're meeting at the

03:33:03PM  10  New Orleans Police District on the -- 4th District.

03:33:06PM  11         THE COURT:  And is there a way for the public to know

03:33:10PM  12  -- can the public attend the meetings?

03:33:12PM  13         MS. CAMPBELL:  Oh, absolutely, ma'am.  We actually

03:33:14PM  14  post -- we do a public service announcement when those

03:33:17PM  15  meetings come out.  You know, we do social media.  We do it

03:33:21PM  16  on the Facebook page, the Nextdoor.  We get out.  We give

03:33:28PM  17  flyers.

03:33:28PM  18         THE COURT:  If someone wanted to look on social media

03:33:31PM  19  for it, what would they look under?

03:33:33PM  20         MS. CAMPBELL:  They can look under the 4th District

03:33:35PM  21  Police Department or the 4th District PCAB page.

03:33:37PM  22         THE COURT:  Okay.  Well, great.

03:33:40PM  23         MS. CAMPBELL:  Thank you so much and thank you again.

03:33:43PM  24         THE COURT:  Well, thank you for serving.  I know it's

03:33:45PM  25  a volunteer position as you and for all of your members.  And

03:33:48PM 1   please tell them how much I appreciate what they do and that

03:33:53PM 2   we're going to try to find some ways to help you get your

03:33:56PM 3   message out.

03:33:57PM 4           MS. WESTBROOK:  Absolutely.  Because the NOPD is

03:33:58PM 5   doing what they need to do, so now we just need to get the

03:34:02PM 6   community to know that we're there.

03:34:04PM 7           THE COURT:  Right.  Because they can bring their

03:34:06PM 8   concerns to you, their priorities, and then you can take them

03:34:09PM 9   to the police department.  And I've asked the monitoring team

03:34:13PM 10  to give some thought to how they can help you publicize your

03:34:18PM 11  activities so that people know that this is an option and

03:34:23PM 12  also ask the NOPD help in that regards.  So we'll be thinking

03:34:28PM 13  about that.

03:34:29PM 14          MS. CAMPBELL:  Thank you, Your Honor.

03:34:29PM 15          THE COURT:  Thank you.  It's nice to see you.

03:34:31PM 16          MS. CAMPBELL:  Thank you for that voice.  Thank you.

03:34:34PM 17          MR. ARONIE:  Your Honor, while Scott approaches, at

03:34:36PM 18  your direction, the monitoring team is going to be publishing

03:34:40PM 19  on our website their schedule and their minutes and their

03:34:43PM 20  recommendations and NOPD responses.

03:34:51PM 21          MR. POLAKOFF:  Good afternoon, Your Honor.  My name

03:34:53PM 22  is Scott Polakoff and I'm the president of the 8th District

03:34:57PM 23  PCAB.  The 8th District generally covers the French Quarter,

03:35:01PM 24  the CBD, the Warehouse District and the Miami Triangle.  I

03:35:06PM 25  along with my PCAB colleagues serve a two-year term.  Five of

03:35:06PM  1   the seven current members, including me, have terms that

03:35:11PM  2   expire at the end of the year.  I have served as president of

03:35:14PM  3   PCAB for the last two years.  I'm extremely proud of the fact

03:35:17PM  4   that our PCAB has retained 100 percent of its volunteers

03:35:21PM  5   throughout the past two-year period.  We have had zero

03:35:25PM  6   resignations.  We also on-boarded two highly qualified

03:35:29PM  7   individuals to fill the seats of two members whose terms

03:35:33PM  8   expire December 31, 2021.

03:35:35PM  9        I would like to take a moment and share some of the

03:35:38PM  10  successes with our PCAB meetings.  We've had 10 public

03:35:42PM  11  meetings and participated in 7 special meetings over the past

03:35:46PM  12  two years.  So first the public meetings.  We've averaged

03:35:50PM  13  84 percent attendance by the PCAB members at these meetings.

03:35:55PM  14  The district captain has participated in 60 percent of our

03:35:59PM  15  meetings.  So you say, well, there's four meetings that the

03:36:02PM  16  district captain missed.  Two of those absences were due to

03:36:04PM  17  transition periods as the 8th district has had three

03:36:06PM  18  different commanders since January of 2021.  One absence was

03:36:10PM  19  due to a miscommunication on my part and one absence was due

03:36:14PM  20  to a conflict with the City Council member meeting.

03:36:16PM  21       The key is that the current captain, Captain

03:36:20PM  22  Gauthier, has established a strong working relationship with

03:36:24PM  23  our PCAB and has committed to attend as many PCAB meetings as

03:36:26PM  24  possible.  The district lieutenant has participated in 90

03:36:30PM  25  percent of our meetings.  In fact, the only meeting that

03:36:34PM 1 Lieutenant Palumbo missed was when he was on vacation.

03:36:38PM 2 The community affair liaisons within the 8th District
03:36:39PM 3 have attended 80 percent of our meetings and we have a number
03:36:42PM 4 of great CAOs in the 8th District including Officer
03:36:48PM 5 Gettridge, Brumfield, and Davis.  I also want to note that
03:36:50PM 6 the superintendent, Superintendent Ferguson, attended our
03:36:53PM 7 October meeting, October of this year, and this was not just
03:36:56PM 8 some gesture or ceremonial event.  He came early.  He stayed
03:37:02PM 9 late.  He interacted with the PCAB.  He interacted with a
03:37:03PM 10 very large audience that we had at that meeting.

03:37:06PM 11 Regarding the seven special meetings, we participated
03:37:08PM 12 in two meetings with the independent monitors team.  We had
03:37:12PM 13 one virtual meeting with the superintendent.  We participated
03:37:15PM 14 in one meeting with senior NOPD staff and the NOPD recruiting
03:37:21PM 15 team at the training facility and we participated in one PCAB
03:37:25PM 16 training session hosted by the City.

03:37:26PM 17 So lastly I'd like to take a moment and just share
03:37:29PM 18 our successes with the PCAB formal recommendation process.
03:37:33PM 19 So the 8th District PCAB has submitted five formal
03:37:37PM 20 recommendations to the NOPD.  The district captain has
03:37:40PM 21 approved all five of our formal recommendations.  The
03:37:44PM 22 8th District continues to demonstrate a good faith effort to
03:37:48PM 23 address all of our formal recommendations, even though many
03:37:50PM 24 of them are outside of their direct supervision and these
03:37:54PM 25 formal recommendations are reviewed at regular PCAB meetings.

03:37:57PM  1      So with that, Your Honor, thank you for the

03:37:59PM  2  opportunity to present today.  We hope we can do this on a

03:38:02PM  3  regular basis.

03:38:02PM  4      THE COURT:  I do want you all to come back and bring

03:38:06PM  5  more of your members and your fellow leaders of PCAB.  How

03:38:11PM  6  can -- are your meetings or notices of your meeting on social

03:38:15PM  7  media?

03:38:19PM  8      MR. POLAKOFF:  Yeah, just like Lori mentioned, I mean

03:38:21PM  9  we each do it a little different.  We also post -- the city

03:38:21PM 10  has an announcement board too.  We post via the city.  We use

03:38:23PM 11  Nextdoor Warehouse (phonetic).  We also -- because we've had

03:38:26PM 12  pretty good attendance from the community, we reach out to

03:38:28PM 13  members of the community who have attended previously and let

03:38:31PM 14  them know that we're having another session.

03:38:33PM 15      THE COURT:  And you also meet quarterly plus any

03:38:33PM 16  special meetings?

03:38:39PM 17      MR. POLAKOFF:  Well, we had ten so far, year to date,

03:38:40PM 18  since January of last year so a little more frequent.  It

03:38:42PM 19  kind of depends on what's going on.  So I'll give you a for

03:38:48PM 20  example.  When the city closed that Army base that had been

03:38:54PM 21  vacant for a while, we knew there was going to be a homeless

03:38:57PM 22  population that moved into the 8th District, so we

03:39:02PM 23  accelerated and increased our frequency of some of the

03:39:05PM 24  meetings because we wanted to understand how the NOPD was

03:39:07PM 25  going to handle that.

03:39:07PM 1   THE COURT:  And where do you hold your meetings?

03:39:10PM 2   MR. POLAKOFF:  We hold them in multiple places,

03:39:13PM 3   predominantly the 8th headquarters but we also have had them

03:39:17PM 4   at the church that you mentioned.  We've had them at some of

03:39:18PM 5   our local members either community rooms within their condo

03:39:21PM 6   buildings or other facilities.

03:39:23PM 7   THE COURT:  And members -- citizens in your district

03:39:26PM 8   are welcome to come?

03:39:29PM 9   MR. POLAKOFF:  Yes.  Not only welcome, but we try to

03:39:32PM 10   solicit that activity.  That's what's really the most

03:39:35PM 11   important of our responsibilities, both Lori and me, our

03:39:38PM 12   responsibility is to connect the community with the NOPD.

03:39:40PM 13   THE COURT:  So it's clear that the missing link in

03:39:44PM 14   this has been getting the message out to the community

03:39:47PM 15   members that you exist, that they can participate and that

03:39:51PM 16   this is a way for them to get there, let the NOPD know what

03:39:56PM 17   their priorities are for policing in their district.

03:40:01PM 18   MR. POLAKOFF:  That's one of the missing links.  The

03:40:04PM 19   second missing link is almost all issues that come before the

03:40:05PM 20   NOPD don't fit neatly within the NOPD's jurisdiction.

03:40:09PM 21   Ideally we would love to have parking enforcement at our PCAB

03:40:14PM 22   meetings.  We would like to have other city offices at our

03:40:17PM 23   PCAB meetings, because in fairness to the NOPD, when we come

03:40:19PM 24   to them with an issue or citizens come to them with an issue

03:40:24PM 25   about illegal parking at a particular location on a Saturday

03:40:28PM 1  night or Sunday at 3:00 a.m., it's not an NOPD issue.  It's a

03:40:31PM 2  parking enforcement issue.

03:40:34PM 3          THE COURT:  All right.  That's a good suggestion.

03:40:36PM 4  We'll look into that.  Thank you.

03:40:38PM 5          MR. POLAKOFF:  Thank you, Your Honor.

03:40:39PM 6          THE COURT:  Nice to see you.

03:40:40PM 7          MR. ARONIE:  Your Honor, if I may just say one quick

03:40:42PM 8  word to round that out because obviously we just got to hear

03:40:45PM 9  from two, but as you recall, when we met with all of them,

03:40:48PM 10 the experiences in the different districts vary wildly --

03:40:53PM 11 widely.  Some districts are really struggling to get their

03:40:57PM 12 PCABs up and running.  Other districts are doing a much

03:41:01PM 13 better job and the monitoring team works really hard to try

03:41:05PM 14 to help those ones, especially that are having trouble, and I

03:41:07PM 15 do want to credit our two guests today, they offer their help

03:41:11PM 16 to the other districts that are struggling.

03:41:14PM 17         THE COURT:  I do appreciate that and we need more

03:41:16PM 18 help from NOPD.  This is an obligation of NOPD, so we've got

03:41:21PM 19 to -- you all need to identify who is responsible for this.

03:41:26PM 20 This is -- this is in the Consent Decree.  And so we are

03:41:33PM 21 trying to -- it has been neglected for too long.  And so the

03:41:39PM 22 time is now for us to make these -- in every -- the PCAB in

03:41:43PM 23 every district meaningful and helpful because, you know,

03:41:47PM 24 they're -- they can provide a real benefit to the community

03:41:50PM 25 and to the NOPD and they are intended to survive the Consent

03:41:55PM   **1**   Decree.  So this is something we need to get in place and get

03:41:59PM   **2**   them strong and vibrant so that when the two years'

03:42:04PM   **3**   sustainment period is over, the PCAB's will be there to

03:42:09PM   **4**   continue to work with the -- with the police department.  So

03:42:13PM   **5**   that's on our radar now.

03:42:17PM   **6**        Now let's move to NOPD's bias-free presentation.  As

03:42:23PM   **7**   you all know, bias-free is one of the two areas the

03:42:27PM   **8**   monitoring team has not yet recognized as being in the green,

03:42:31PM   **9**   but I understand we're getting very close.  So without

03:42:34PM   **10**  further adieu, let's hear from the NOPD.  And I believe

03:42:38PM   **11**  Captain Banks will kick off the presentation.

03:42:53PM   **12**       MS. BANKS:  Good afternoon, Your Honor.  Once again,

03:42:55PM   **13**  I am Captain Precious Banks, the commander of the

03:42:59PM   **14**  Professional Standards and Accountability Bureau with the New

03:43:02PM   **15**  Orleans Police Department.

03:43:02PM   **16**       Today you will hear from members of the department

03:43:06PM   **17**  how bias-free policing has been institutionalized throughout

03:43:11PM   **18**  the organization.  NOPD strives to provide services that

03:43:16PM   **19**  helps promote broad-based community engagement and boasts the

03:43:20PM   **20**  confidence in the department.  Bias-based policing is

03:43:24PM   **21**  strictly prohibited.  Community engagement is vital.

03:43:29PM   **22**       Citizen encounters are focused on information as

03:43:32PM   **23**  strategies that target behavior and not a demographic group.

03:43:37PM   **24**  Policy updates and comprehensive training on bias-free

03:43:40PM   **25**  policing is provided to all officers in the department.

03:43:42PM  1      The department captures discretionatory (sic) police

03:43:47PM  2  actions by requiring documentation of the reasons for an

03:43:50PM  3  encounter and results through field interview calls known as

03:43:52PM  4  FICs.

03:43:53PM  5      Audits are conducted of stops to ensure accuracy of

03:43:58PM  6  reporting these encounters.  FIC data is analyzed for

03:44:02PM  7  patterns that may indicate adverse actions.

03:44:04PM  8      The NOPD agreed to review and update its policies to

03:44:14PM  9  provide clear guidance -- excuse me -- prohibiting bias

03:44:18PM  10  conduct.  This includes selective enforcement or

03:44:22PM  11  non-enforcement of the law.  Leadership and supervisors

03:44:27PM  12  consistently reinforce insubordinates that discriminatory

03:44:29PM  13  policing is an unacceptable tactic.  The department and

03:44:33PM  14  supervisors consistently reinforce bias-free policing and

03:44:36PM  15  related chapters yearly through roll call training,

03:44:43PM  16  department training bulletins called DTBs, and in-service

03:44:43PM  17  training dating back to the year 2017.  In addition to

03:44:47PM  18  training, all special events operations plans have provisions

03:44:51PM  19  that emphasize bias-free policing as a reminder to all

03:44:57PM  20  officers who are staffed in those positions.

03:45:00PM  21      Training is utilized to equip officers with the

03:45:02PM  22  knowledge, skills, and abilities to enforce bias-free

03:45:08PM  23  policing.  As the NOPD strengthens its relationships with the

03:45:12PM  24  community when encountering a member of the public, the

03:45:15PM  25  officer introduced themselves and state the reason for the

03:45:17PM 1    investigatory stop or detention.  The officers ensure the

03:45:21PM 2    stop or detention is no longer than necessary to take the

03:45:25PM 3    appropriate action while acting with professionalism and

03:45:27PM 4    courtesy during the interaction.  Every encounter with an

03:45:32PM 5    officer and members of the community reflect procedural

03:45:35PM 6    justice.

03:45:35PM 7         Bias-free is not only utilized with citizen

03:45:45PM 8    encounters, but also with hiring, promotions, and performance

03:45:49PM 9    evaluations.  To incorporate bias-free policing and equal

03:45:55PM 10   protection into its hiring, promotion and performance

03:45:57PM 11   evaluations, the department psychologist, Dr. Elizabeth

03:46:00PM 12   Allain, is responsible for screening applicants and those in

03:46:05PM 13   training.  The doctor evaluates and assess social biases

03:46:08PM 14   during her interviews with applicants.  Screenings include

03:46:12PM 15   questions that directly ask about biases towards other

03:46:15PM 16   genders, including individuals identifying as transgender,

03:46:20PM 17   gender non-binary, and gender fluid, also ethnicities,

03:46:26PM 18   backgrounds, religious beliefs and sexuality, including

03:46:29PM 19   homosexuality.

03:46:29PM 20        Also as part of the promotion process, the department

03:46:33PM 21   has included an in-depth review of the candidates'

03:46:37PM 22   disciplinary history for the preceding five years including

03:46:39PM 23   any complaints that may reflect bias.  This review has been

03:46:44PM 24   incorporated into the promotion committee review matrix for

03:46:49PM 25   each candidate and is part of the order of the process that

03:46:51PM **1**   the professional standards and the accountability bureau

03:46:56PM **2**   conducts.  Since 2017, only one officer had a sustained

03:47:00PM **3**   allegation of bias and that officer resigned under

03:47:04PM **4**   investigation in the year 2020.

03:47:05PM **5**        In addition to gauging candidates for bias in hiring

03:47:14PM **6**   and considering promotions, NOPD requires supervisors to

03:47:14PM **7**   review officer's complaints and recall any bias-free

03:47:16PM **8**   allegations in their yearly performance evaluations.

03:47:19PM **9**        Training on techniques to eliminate bias-based

03:47:25PM **10**  policing is crucial.  Training is geared towards implicit

03:47:29PM **11**  bias awareness, which guides the department to provide fair

03:47:33PM **12**  and bias-free policing.  The department use current

03:47:37PM **13**  accountability mechanisms to ensure impartial and bias-free

03:47:41PM **14**  policing through body-worn cameras, insight complaint

03:47:44PM **15**  history, and performance evaluations.

03:47:47PM **16**       The newly renovated education and training division

03:47:53PM **17**  provides a Virtual 300 Simulator which facilitates training

03:47:55PM **18**  for officers in bias-free policing providing real-life

03:48:00PM **19**  scenarios such as suspicious subjects, traffic stops, and

03:48:02PM **20**  field contacts.  Officers can run through the same scenario

03:48:07PM **21**  with the only one change being the subject's race and gender.

03:48:12PM **22**  These scenarios can be tracked to determine if an officer is

03:48:16PM **23**  treating people differently based upon their demographics.

03:48:20PM **24**  In addition to the Virtual 300 Simulator, problem-based

03:48:23PM **25**  learning is another key component in training.  Problem-based

03:48:29PM  **1**   learning called PBLs break away from the traditional lecture

03:48:34PM  **2**   approach.  PBLs are community-focused, bias-free and geared

03:48:39PM  **3**   towards constitutional policing.

03:48:40PM  **4**        PBLs are scenario-based practical exercises and they

03:48:43PM  **5**   are designed where officers exhibit negative or positive

03:48:47PM  **6**   behaviors with fair and bias-free policing.  Officers are

03:48:51PM  **7**   gauged on their attitudes, behavior, and knowledge to

03:48:53PM  **8**   determine if the training is having the intended effect.

03:48:57PM  **9**        If the results produced is undesirable, the training

03:49:00PM  **10**  is revised or alternate training is considered.  Bias-free

03:49:06PM  **11**  training components are included in the following PBL

03:49:09PM  **12**  exercises:  Apply problem-oriented policing, creating

03:49:13PM  **13**  community engagement, procedural justice solutions,

03:49:17PM  **14**  suspicious persons and vehicle stops, improving criminal

03:49:21PM  **15**  investigations.

03:49:23PM  **16**       The NOPD academy utilized the Saba Learning

03:49:27PM  **17**  Management System to track enrollment, training, and

03:49:31PM  **18**  certifications.  Assessments are provided along with surveys

03:49:34PM  **19**  and data analysis reports.

03:49:36PM  **20**       To reinforce bias-free policing, roll call training

03:49:40PM  **21**  and department training bulletins are instituted.  Some of

03:49:44PM  **22**  these trainings include bias recognition juvenile procedures,

03:49:48PM  **23**  bias-free policing search and seizures, limited English

03:49:52PM  **24**  proficiency gender searches, immigration issues and law

03:49:56PM  **25**  boilerplate language and constitutional law consent searches.

03:50:00PM  **1**      The education and training division utilized the

03:50:07PM  **2**  Annual Master Training Plan to ensure sustainability of

03:50:10PM  **3**  consent decree requirements, LA POST training, constitutional

03:50:13PM  **4**  state and municipal laws, and the NOPD core values.  Training

03:50:17PM  **5**  classes such as bias-policing recognition, fair and impartial

03:50:25PM  **6**  policing, LGBTQ awareness was all provided to the incoming

03:50:28PM  **7**  recruits and commission officers, in addition building

03:50:31PM  **8**  relationships of trust, problem-oriented policing, and

03:50:34PM  **9**  diversity in the community.  These courses has demonstrated

03:50:40PM  **10**  it is necessary that police officers understand their own

03:50:42PM  **11**  implicit biases.

03:50:43PM  **12**      Furthermore, how the implicit biases impact their

03:50:46PM  **13**  perception, decisions, and actions.  Officers are provided

03:50:50PM  **14**  with methods to build and sustain relationships with the

03:50:54PM  **15**  community.  They conduct investigatory stops in a bias-free

03:50:59PM  **16**  manner, which includes handling of persons assumed to be a

03:51:00PM  **17**  conflicting gender or sexual orientation.  Also, how to

03:51:00PM  **18**  interact with limited English proficiency members of the

03:51:07PM  **19**  public.  Problem-solving, evidence-based strategies, and

03:51:10PM  **20**  community policing is provided during these trainings.

03:51:14PM  **21**  Throughout the year, principle of bias-free policing are

03:51:17PM  **22**  consistently reinforced via quality roll call trainings.

03:51:20PM  **23**      Next, you will hear from presenter innovation manager

03:51:24PM  **24**  Matt Segraves, who will provide insight into bias-free audits

03:51:28PM  **25**  and annual reports.

03:51:29PM  1          THE COURT:  All right.  Thank you very much.

03:51:41PM  2          MR. SEGRAVES:  Hi, Your Honor, again --

03:51:41PM  3          THE COURT:  I hope you've been hearing when you

03:51:44PM  4  weren't here all the nice things that have been said about

03:51:45PM  5  you and your work.

03:51:45PM  6          MR. SEGRAVES:  Thank you so much.

03:51:45PM  7          THE COURT:  We're glad to have you here in person.

03:51:48PM  8          MR. SEGRAVES:  That means a lot.

03:51:49PM  9          So, again, I'm Matt Segraves and I'm going to talk to

03:51:52PM  10  you about our bias-free audit which will be in our 2021

03:51:54PM  11  bias-free annual report, which should be available to the

03:51:56PM  12  public very soon at nola.gov.

03:52:01PM  13          The purpose of this audit is to assess that no NOPD

03:52:05PM  14  program is administered in a discriminatory manner.  Pretty

03:52:10PM  15  straightforward.  Easier said than done.

03:52:13PM  16          It is required by the Consent Decree that we

03:52:16PM  17  memorialize that requirement in policy and I think it's

03:52:21PM  18  important thing to do.  I think -- I think every police

03:52:25PM  19  officer is required to do it.

03:52:26PM  20          Developing the methodology was hard.  It's a lot of

03:52:30PM  21  work.  It was done by a group of us from NOPD, from the DOJ,

03:52:37PM  22  and the monitoring team, and including experts in criminal

03:52:42PM  23  justice research.  We didn't really have a guide or SOP.  It

03:52:47PM  24  started off lots of brainstorming.  Some techniques were

03:52:51PM  25  adopted from studies that were done elsewhere, but it's kind

03:52:56PM **1**  of built from scratch.

03:52:57PM **2**       And I want to add that it's difficult to assess, take

03:53:02PM **3**  statistics and determine if there's bias.  I'm confident that

03:53:06PM **4**  these analyses we created and executed can identify a

03:53:10PM **5**  disparity, but that the cause of that disparity is not

03:53:14PM **6**  necessarily bias.  It could be.  But the stats themselves

03:53:18PM **7**  can't say there is bias.  They can say there's a disparity.

03:53:21PM **8**  There's a difference there.

03:53:23PM **9**       All right.  So the first analysis I'm going to talk

03:53:28PM **10**  about looks at the decision to initiate a traffic stop.  I

03:53:33PM **11**  think as we would expect we've all heard that people of color

03:53:40PM **12**  feel like they're stopped for no reason, so it makes sense

03:53:44PM **13**  that a bias-free audit would look at that decision.

03:53:47PM **14**       Unfortunately, we can't just look at the rate that

03:53:50PM **15**  people are stopped, their demographic breakdown and compare

03:53:55PM **16**  that to the census.  And the report goes -- explains why

03:53:59PM **17**  experts think that.  It has lots to do with people who are

03:54:03PM **18**  driving, not necessarily who lives here, and where police are

03:54:07PM **19**  has a lot to do with where they're being called, but there

03:54:09PM **20**  are more details in the report.

03:54:11PM **21**       So we use a more complicated analysis called the veil

03:54:13PM **22**  of darkness and it presumes officers can see who they are

03:54:17PM **23**  stopping in daylight and not at nighttime and so compares the

03:54:24PM **24**  rates people are stopped in daylight to night, and the idea

03:54:26PM **25**  is if you are stopping more minorities during the daylight

03:54:29PM **1**    that would be consistent with discrimination.

03:54:34PM **2**         We ran this analysis for every year from 2016 and

03:54:37PM **3**    2021.  We found a disparity in 2016, but none in the rest of

03:54:41PM **4**    the years, so that was considered a positive result by the

03:54:44PM **5**    group.

03:54:44PM **6**         THE COURT:  And am I right, this is not -- this is a

03:54:48PM **7**    theory that's recognized within the criminal justice world.

03:54:57PM **8**         MR. SEGRAVES:  I think so.  I think it's been used by

03:55:00PM **9**    lots of researchers in other departments.  And this is one

03:55:02PM **10**   that was adopted from other departments thanks to the DOJ's

03:55:05PM **11**   expert, Dr. Ross.

03:55:05PM **12**        THE COURT:  So it's not something you came up with.

03:55:10PM **13**        MR. SEGRAVES:  No, no, no.  No, I'm not a Ph.D.; this

03:55:13PM **14**   is designed by Ph.D.  I'm just kind of like the data guy

03:55:20PM **15**   PSAB, so I got involved in this.

03:55:24PM **16**        These next are also adopted from -- thanks to

03:55:29PM **17**   Dr. Ross, DOJ's expert, these are called hit rate analyses.

03:55:31PM **18**   Again, these are all focused on things I think you've heard

03:55:34PM **19**   on TV, people of color are saying these things have been used

03:55:38PM **20**   inappropriately against me, being required to exit the

03:55:46PM **21**   vehicle, being patted down for no reason, you know, unjust

03:55:46PM **22**   uses of force, et cetera, et cetera.  These hit rates

03:55:49PM **23**   analysis, they take -- the theory is that we can't control

03:55:53PM **24**   all the factors that might lead up to them, but afterwards --

03:55:58PM **25**   that the rates of activities afterwards should be the same,

03:56:01PM  1    be more clear.  So the rate file of arrest following a

03:56:05PM  2    vehicle exit should be the same for all demographic segments

03:56:07PM  3    for -- with an unbiased police department.

03:56:09PM  4         Pat-downs, it's looking for evidence afterwards, was

03:56:14PM  5    evidence found from the person who was patted down.  So

03:56:16PM  6    vehicle exits, we found that people of color in 2021 and a

03:56:23PM  7    couple other years were less likely to be arrested than their

03:56:29PM  8    white counterparts following a vehicle exit and that we

03:56:34PM  9    identify as a disparity.

03:56:35PM  10   We did some further investigation where we randomly

03:56:36PM  11   sampled vehicle exits that did not result in arrest and we

03:56:39PM  12   found about 86 percent had a legitimate reason to -- to

03:56:45PM  13   require the person to exit the vehicle, but that means

03:56:49PM  14   14 percent did not.  And as you know, we applied a 95 percent

03:56:53PM  15   compliance rule for substantial compliance and so we just

03:56:57PM  16   decided a corrective action plan, I apologize for the

03:57:00PM  17   acronym, CAP, was necessary.  So we're working on some policy

03:57:05PM  18   clarifications, we're checking that the trainings around

03:57:07PM  19   vehicle exits are correct and appropriate, and we've added

03:57:12PM  20   audit questions to our stop to arrest audits so we can

03:57:16PM  21   measure compliance with the policy on a frequent basis.

03:57:19PM  22   Pat-downs, this one we don't look for arrest after

03:57:24PM  23   pat-downs.  We look for whether there was evidence found on

03:57:27PM  24   the person who was pat down and we compare the rates between

03:57:30PM  25   demographics.  For this one, we found no disparity.

| | | |
|---|---|---|
| 03:57:32PM | 1 | Same for use of force, now, use of force -- for the |
| 03:57:37PM | 2 | universe volume of use of force, I should say, we look at was |
| 03:57:39PM | 3 | the person arrested, so what's the rate of arrest following |
| 03:57:42PM | 4 | use of force, people of different demographic segments.  In |
| 03:57:43PM | 5 | this one, we also found no disparity.  However, we narrowed |
| 03:57:48PM | 6 | it down to a subset of use of force; of firearm-pointings we |
| 03:57:51PM | 7 | did find a disparity in 2021.  This one we also did some |
| 03:57:55PM | 8 | further investigation and we looked at the results of the use |
| 03:57:58PM | 9 | of force investigations that determined whether or not the |
| 03:58:00PM | 10 | force was justified.  That's something we do for every use of |
| 03:58:03PM | 11 | force at NOPD, including firearm-pointings and we found only |
| 03:58:07PM | 12 | two were deemed unjustified in 2021 out of 182 I believe it |
| 03:58:11PM | 13 | was, and the officer who was responsible for those |
| 03:58:15PM | 14 | unjustified firearm-pointings has been -- since been |
| 03:58:19PM | 15 | terminated.  So the group thought there was no corrective |
| 03:58:23PM | 16 | action plan needed for this disparity. |
| 03:58:25PM | 17 | And the last hit rate we looked at was handcuffs and |
| 03:58:28PM | 18 | this is again -- what's different in rate of arrest following |
| 03:58:32PM | 19 | the handcuffs for people of different demographics and for |
| 03:58:36PM | 20 | this one we found no disparity so a positive result there. |
| 03:58:41PM | 21 | These next three assessments I'm going to talk about |
| 03:58:44PM | 22 | didn't involve what we might call stat testing or regression |
| 03:58:48PM | 23 | analysis like the previous ones did, but I'll just dive into |
| 03:58:54PM | 24 | them.  The first one being misconduct complaints, here we |
| 03:58:57PM | 25 | looked at the rates that complaints were on -- sorry -- |

03:59:03PM  1   complaint investigations were completed on time or that they

03:59:07PM  2   had a positive or negative disposition and we compared ones

03:59:11PM  3   where the majority of the alleged -- the accused officers

03:59:16PM  4   were white and/or of color and same with complainants where

03:59:21PM  5   the complainants were white or of color.  And not many things

03:59:27PM  6   stood out here except for the timeliness thing, so I guess

03:59:30PM  7   that kind of supports what Jonathan was saying earlier about

03:59:34PM  8   PIB working on timeliness.

03:59:36PM  9          In this case, the investigations were more likely by

03:59:41PM  10  about 9 percent to be completed on time if the majority of

03:59:45PM  11  the accused were -- were white.  Officers, it comes out to

03:59:51PM  12  about maybe ten more complaints of -- for officers of color

03:59:54PM  13  were on time.  We got the same rate and there wouldn't be a

03:59:57PM  14  disparity you would see there.

03:59:59PM  15         Response times, here we looked at --

04:00:02PM  16         THE COURT:  Misconduct complaints against officers --

04:00:02PM  17         MR. SEGRAVES:  Yes.

04:00:06PM  18         THE COURT:  -- is what you're looking at and whether

04:00:08PM  19  the investigation by PIB was timely?

04:00:12PM  20         MR. SEGRAVES:  Yes.

04:00:14PM  21         MR. ARONIE:  And I just want to make sure I

04:00:16PM  22  understood him.

04:00:16PM  23         You did it by the race of the officer being

04:00:21PM  24  investigated?

04:00:26PM  25         MR. SEGRAVES:  Yes.  Sometimes it's more than one so

| | | |
|---|---|---|
| 04:00:26PM | 1 | we're saying majority of them. |
| 04:00:26PM | 2 | THE COURT REPORTER:  I'm sorry. |
| 04:00:27PM | 3 | MR. SEGRAVES:  Sorry.  Sometimes it's more than one |
| 04:00:27PM | 4 | officer, so we looked at, you know, if the majority of the |
| 04:00:30PM | 5 | officers accused are white that's a white complaint.  We also |
| 04:00:33PM | 6 | looked at the complainant, so if the complaint was white |
| 04:00:37PM | 7 | versus the complainant being black, what's the rate of those |
| 04:00:41PM | 8 | being on time?  Does that matter?  Makes a difference there. |
| 04:00:42PM | 9 | Okay.  So response times, here we're looking at |
| 04:00:47PM | 10 | average or medium response times.  We use GIS software to |
| 04:00:52PM | 11 | calculate response times in neighborhoods of New Orleans and |
| 04:00:58PM | 12 | that -- we did that too so we get a little more granularity |
| 04:01:02PM | 13 | than with the districts and because people know their |
| 04:01:04PM | 14 | neighborhoods and not necessarily their district boundaries. |
| 04:01:07PM | 15 | And there we did find a disparity in that response times were |
| 04:01:10PM | 16 | longer in majority African American neighborhoods than in |
| 04:01:16PM | 17 | those that were less the majority African American.  But the |
| 04:01:17PM | 18 | group thought the analysis wasn't quite sophisticated enough |
| 04:01:17PM | 19 | to factor enough things, like geography, like distance to |
| 04:01:26PM | 20 | station for the call, call types, because those can vary on |
| 04:01:29PM | 21 | how long they take, officer assignments and call volume.  So |
| 04:01:33PM | 22 | we're currently working on a way to do more sophisticated |
| 04:01:36PM | 23 | analysis on response times. |
| 04:01:37PM | 24 | And, lastly, this last one, sex work offense arrests, |
| 04:01:43PM | 25 | this one is not a disparity analysis.  It's really a policy |

04:01:48PM   1   adherence audit where the audit team and PSAB used

04:01:52PM   2   checklists, watched video, review -- read reports, and

04:01:56PM   3   answered yes/no questions about whether or not things met the

04:01:59PM   4   policy requirement.  It's a little different than aggregate

04:02:03PM   5   analysis.

04:02:03PM   6          This one found across-the-board compliance except

04:02:06PM   7   that one report -- let's actually back up.  There are only

04:02:09PM   8   five of these arrests in 2021 when we looked at them all.

04:02:14PM   9   And for all -- almost all the criteria, we found hundred

04:02:18PM   10  percent compliance, except for one where an officer used

04:02:22PM   11  unprofessional language in the report.  They referred to

04:02:26PM   12  people suspected of sex worker offense arrests as prostitutes

04:02:29PM   13  and so we're working with academy to do some language

04:02:33PM   14  sensitivity training about the word -- words around

04:02:36PM   15  prostitution.

04:02:40PM   16         So that's all the analysis we did.  The details, much

04:02:44PM   17  more detail in the report that's coming out soon.  We're

04:02:47PM   18  committed to doing this audit every year and addressing the

04:02:52PM   19  disparities that come up and looking into them.  I should

04:02:55PM   20  thank DOJ and the monitoring team for helping create these

04:02:58PM   21  analyses and, again, you can find the report at nola.gov,

04:03:03PM   22  NOPD, and then click on "Consent Decree."

04:03:05PM   23         THE COURT:  And after, I know it was very time

04:03:08PM   24  intensive for you all to do this this year, do you anticipate

04:03:12PM   25  that it will be easier in the future because you have a

04:03:15PM  1   procedure down?

04:03:17PM  2        MR. SEGRAVES:  Yeah.  Yeah.  I think we spent more

04:03:19PM  3   time developing the methodology than actually executing it.

04:03:21PM  4   I think it was almost like two years developing the

04:03:24PM  5   methodology and a couple of months doing the analyses, so

04:03:28PM  6   yeah, it's taking us a little time to do them ourselves, to

04:03:33PM  7   transfer what we got from Dr. Ross to our own skills, but I

04:03:34PM  8   think we're close to being done with that and so then we can

04:03:38PM  9   run them quickly.  Our goal is to actually just have them

04:03:40PM  10  running automatically.

04:03:42PM  11       THE COURT:  Well, I appreciate all that DOJ did to

04:03:46PM  12  help develop this, and bringing in an expert to help with

04:03:53PM  13  this is really meaningful and helpful, and so congratulations

04:03:56PM  14  to all of you for getting this far in the process.

04:04:03PM  15       MR. SEGRAVES:  Thanks.

04:04:03PM  16       All right.  With that, I will hand it off to Faith.

04:04:12PM  17       MS. BUTLER:  Good afternoon, everyone.  Good

04:04:15PM  18  afternoon, Your Honor.  I am Faith Butler, innovation

04:04:18PM  19  manager, with our PSAB bureau and today I will be talking

04:04:22PM  20  about our limited English proficiency program and the use of

04:04:28PM  21  our authorized interpreters.

04:04:29PM  22       NOPD continues to serve all communities and adhere to

04:04:33PM  23  the Consent Decree in the area of bias-free and language

04:04:34PM  24  assistance.  The NOPD is committed to providing adequate

04:04:39PM  25  services to all in which they encounter including those of

04:04:43PM  1    limited English proficiency.  Our LEP program not only

04:04:47PM  2    addresses individuals who need assistance in foreign

04:04:51PM  3    languages, but also with sign language services.

04:04:54PM  4           The NOPD has developed, implemented, and distributed

04:04:59PM  5    our language assistance plan and Chapter 55.4, which is on

04:05:06PM  6    our limited English proficiency services.  These documents

04:05:09PM  7    were put in place to ensure that all employees as well as our

04:05:13PM  8    offices take reasonable steps to providing language

04:05:16PM  9    assistance services in need during all police interactions,

04:05:19PM  10   including calls for service, interviews, interrogations and

04:05:23PM  11   documenting complaints.  These documents have been provided

04:05:26PM  12   to all of our eight districts, our Public Integrity Bureau,

04:05:32PM  13   special operations division, local public libraries in the

04:05:35PM  14   area, faith-based organizations, city hall, and the Louisiana

04:05:39PM  15   Supreme Court.

04:05:42PM  16          So in addition to our language assistance plan and

04:05:48PM  17   Chapter 55.4, the NOPD currently has 35 documents that have

04:05:51PM  18   been translated into Spanish and Vietnamese, including six of

04:05:56PM  19   the documents that are required by the Consent Decree.  We

04:05:59PM  20   have our consent to search form, the Miranda warnings,

04:06:03PM  21   policies on stop, search, and arrest, as well as the flyer

04:06:06PM  22   for the public to understand that we do provide these

04:06:09PM  23   transmission services.

04:06:11PM  24          Our language access coordinator determines which

04:06:15PM  25   documents should be translated outside of the Consent Decree

04:06:19PM 1 based on the frequency of its use and the relevancy for our

04:06:23PM 2 LEP incidents.  And all of these documents can be found on

04:06:27PM 3 nola.gov under the New Orleans Police Department section.

04:06:30PM 4 The NOPD uses citizen statistics, our computer-aided

04:06:36PM 5 dispatch data, and NOPDAI forms to determine the need of LEP

04:06:41PM 6 services in our area.  We also use those documents and data

04:06:43PM 7 to measure the demographics of citizens for the city.

04:06:47PM 8 The New Orleans Police Department has incorporated

04:06:50PM 9 what we call a New Orleans Police Department-authorized

04:06:55PM 10 interpreter program where we allow for employees of the

04:06:59PM 11 department to be certified to interpret and translate

04:07:01PM 12 documents.  These individuals who are deemed certified

04:07:05PM 13 receive a 5 percent increase in pay to continue these

04:07:08PM 14 services and they also have to take an annual recertification

04:07:12PM 15 training.

04:07:12PM 16 The department is actively recruiting new authorized

04:07:17PM 17 interpreters for our current employees to serve all of our

04:07:22PM 18 needs for the LEP community.  We have 31 interpreters as of

04:07:26PM 19 today, 29 who speak Spanish, and two who speak Vietnamese.

04:07:30PM 20 So our language access coordinator conducts an audit

04:07:36PM 21 to assess our LEP services that we provide for individuals.

04:07:40PM 22 She records the number of time that LEP services are

04:07:44PM 23 requested or required, document any changes that needs to be

04:07:46PM 24 implemented with our policies and plan.  During this audit,

04:07:49PM 25 she reviews BWC footage to ensure that our authorized

04:07:55PM   1   interpreters are providing adequate services for the

04:07:57PM   2   individuals, and she also determines if officers are

04:08:00PM   3   utilizing our electronic devices for interpretation

04:08:04PM   4   correctly.

04:08:05PM   5         This audit process was developed with the assistance

04:08:09PM   6   from the DOJ and the OCDM to assess the effectiveness of how

04:08:15PM   7   we provide our services and any improvements that can be

04:08:18PM   8   identified over time.

04:08:19PM   9         So in our last two audits, we have identified areas

04:08:21PM   10  of improvement that are needed and we have drafted a

04:08:26PM   11  corrective action plan to address these, so these include the

04:08:30PM   12  proper usage of the electronic device, maintaining meeting

04:08:34PM   13  minutes for our LAC.  We've identified a training plan to

04:08:38PM   14  issue DTBs on the topic every six months, have -- have this

04:08:43PM   15  be a recurring topic in roll call, annual training for all of

04:08:49PM   16  our authorized interpreters, and also recruiting other

04:08:52PM   17  bilingual employees.

04:08:54PM   18        During our SSA audit, LEP is an additional question

04:08:59PM   19  for our auditors to answer and the department has not found

04:09:02PM   20  any violations of officers stopping individuals solely based

04:09:05PM   21  on their immigration status or asking them about their

04:09:09PM   22  citizenship status.

04:09:11PM   23        The department trains their employees on LEP services

04:09:19PM   24  Chapter 55.4 and our language access plan through court and

04:09:22PM   25  service for officers, supervisor in-service and recruit

04:09:25PM  **1**    training along with issuing those department training

04:09:29PM  **2**    bulletins and conducting roll call training on the topic of

04:09:33PM  **3**    LEP.

04:09:34PM  **4**          These trainings include taking steps to request an

04:09:36PM  **5**    authorized interpreter, requesting the interpretation device,

04:09:40PM  **6**    which is equipped with our VOIANCE application.  That is the

04:09:43PM  **7**    program that we use for outside interpretations and then how

04:09:48PM  **8**    to actually use the phone.

04:09:51PM  **9**          So the department has issued those electronic devices

04:09:54PM  **10**   to all of our eight districts, our special operations

04:10:00PM  **11**   divisions, and then employees who have a department-issued

04:10:02PM  **12**   phone have access codes to be able to use the VOIANCE

04:10:08PM  **13**   application on their phone.

04:10:09PM  **14**         So the department has named Officer Leslie Guzman as

04:10:14PM  **15**   our language access coordinator.  She's assigned to the

04:10:16PM  **16**   community engagement unit which is housed in the field

04:10:20PM  **17**   operations bureau.  So her roles and responsibilities include

04:10:23PM  **18**   maintaining the authorized interpreter list, conducting an

04:10:25PM  **19**   annual review of our policies and documentations to see if

04:10:29PM  **20**   anything needs to change regarding LEP.  She collects and

04:10:34PM  **21**   monitors the data from CAD to determine all of our LEP calls

04:10:40PM  **22**   for service, collecting information from our specialty

04:10:43PM  **23**   divisions on interviews, interrogations, and then preparing

04:10:48PM  **24**   our annual -- our annual report on LEP, sharing it with the

04:10:52PM  **25**   superintendent or his designee.

04:10:53PM   1        She also attends community meetings as a liaison for

04:11:01PM   2   the department to provide bilingual crime prevention

04:11:02PM   3   information for the public.  In her absence, Officer Guzman's

04:11:05PM   4   duties and responsibilities have been distributed to other

04:11:08PM   5   members of the community engagement unit and then Officer --

04:11:13PM   6   Sergeant Brewer will speak to the remainder of Leslie

04:11:18PM   7   Guzman's responsibilities and who they now go to, as well as

04:11:22PM   8   the use of our language access interpreters and the device

04:11:26PM   9   that we have provided for all of our employees.

04:11:29PM  10        THE COURT:  Thank you very much.

04:11:33PM  11        MS. BUTLER:  You're welcome.

04:11:36PM  12        MS. BREWER:  Good afternoon, Your Honor.  I am

04:11:42PM  13   Sergeant Shannon Brewer, commander of the community

04:11:45PM  14   engagement unit under the Field Operations Bureau.

04:11:48PM  15        In preparation to continue the language access

04:11:52PM  16   program in Officer Guzman's absence, the community engagement

04:11:54PM  17   section cross-trained two interpreters as well as three

04:11:57PM  18   civilians.  In the interim, those assigned to perform those

04:12:00PM  19   tasks are civilian and/or authorized interpreter Paloma

04:12:06PM  20   Ramos-Tapia and Detective Mario Bravo.  In addition to those

04:12:08PM  21   staff members, I have Valencia Pedescleaux, Jerry Baldwin, as

04:12:12PM  22   well as Claudette Kirkland to cover the remaining LEC

04:12:15PM  23   responsibilities.

04:12:15PM  24        The community engagement section language access

04:12:19PM  25   program is committed to exploring new and emerging languages

04:12:24PM **1**  through monthly meetings with the community through the

04:12:26PM **2**  Louisiana Language Access Coalition.  Now, this ensures that

04:12:29PM **3**  the department is current with services needed in the

04:12:32PM **4**  community and document translation and added languages to the

04:12:36PM **5**  smartphone for the VOIANCE use.

04:12:38PM **6**         In continuing compliance with limited English

04:12:42PM **7**  proficiency services, the New Orleans Police Department

04:12:44PM **8**  procedure for providing those services are as follows:  When

04:12:48PM **9**  an officer arrives on scene and determines that an LEP

04:12:51PM **10**  individual is requesting those services, the first option for

04:12:54PM **11**  that officer is to request an authorized interpreter.  If an

04:12:57PM **12**  authorized interpreter is not available, then a smartphone

04:13:00PM **13**  can be brought out to the scene to the officer either by the

04:13:03PM **14**  rank or any available personnel.  The officers are

04:13:06PM **15**  responsible for documenting these services on the EPR report,

04:13:10PM **16**  the electronic police report, on the face sheet stating that

04:13:15PM **17**  the services were provided, what services were provided, and

04:13:17PM **18**  how the services are provided.  If an authorized interpreter

04:13:20PM **19**  is on scene, then the authorized interpreter is responsible

04:13:23PM **20**  for providing an authorized interpreter form and submitting

04:13:26PM **21**  that.

04:13:27PM **22**         THE COURT:  Did I hear correctly that the program --

04:13:29PM **23**  the cell phones that are being distributed now have this

04:13:34PM **24**  program on them?

04:13:36PM **25**         MS. BREWER:  The cell phones that are in the district

04:13:39PM  **1**    now, each district has two cell phones available to them and

04:13:41PM  **2**    the cell phones have the application on them as well as

04:13:45PM  **3**    American Sign Language --

04:13:45PM  **4**         THE COURT:  I'm wondering about the new phones.

04:13:50PM  **5**         MS. WESTBROOK:  The new phones that we're dealing

04:13:52PM  **6**    with now is not in connection with this program.

04:13:54PM  **7**         THE COURT:  Okay.  Let's see.

04:14:02PM  **8**         MR. ARONIE:  Just a quick question, I understood the

04:14:06PM  **9**    beauty of the new phones is they are department-issued phones

04:14:08PM  **10**   so there would be no reason why all of those phones couldn't

04:14:12PM  **11**   have the same application.  So you didn't have to wait for a

04:14:15PM  **12**   phone to be brought to the scene.  So we don't have to talk

04:14:17PM  **13**   about that now, Your Honor, but perhaps we should talk --

04:14:20PM  **14**   it's one of the benefits of having so many department phones.

04:14:25PM  **15**        MS. BREWER:  Okay.  As I stated before, an authorized

04:14:30PM  **16**   interpreter -- if an authorized interpreter is on scene, then

04:14:32PM  **17**   they're responsible for completing that authorized

04:14:34PM  **18**   interpreter form.  If an authorized interpreter is not on

04:14:36PM  **19**   scene and the officer has use of VOIANCE phone, then the

04:14:41PM  **20**   officer who is completing the services on scene is

04:14:43PM  **21**   responsible for completing the authorized interpreter form.

04:14:46PM  **22**        Smartphone is equipped with 181 languages as well as

04:14:50PM  **23**   the app for American Sign Language and we'll have a short

04:14:55PM  **24**   video following this just to give a demonstration on how the

04:15:00PM  **25**   American Sign Language apps work as well as the smartphone.

04:15:02PM 1          The roles and the responsibilities of the language

04:15:05PM 2   access coordinator under my supervision have been designated

04:15:08PM 3   as follows, the review of the BWC videos have been assumed.

04:15:12PM 4   Those tasks are assumed by civilian Paloma Ramos-Tapia as

04:15:16PM 5   well as Detective Mario Bravo.  Those tasks include collect

04:15:18PM 6   and track calls for service, data from the CAD in reference

04:15:22PM 7   to LEP contacts with NOPD, ensure that all NOPD personnel

04:15:26PM 8   tasks take reasonable steps to provide timely language

04:15:31PM 9   assistance services to LEP individuals that they encounter,

04:15:34PM 10  especially if they request interpretation services, monitor

04:15:37PM 11  BWC footage for LEP calls for availability and quality of

04:15:42PM 12  services provided to the populations with limited English

04:15:47PM 13  proficiency.

04:15:47PM 14          For each encounter, monitor and document whether the

04:15:50PM 15  services were provided in person remotely or through another

04:15:54PM 16  interpretation device.  For each encounter -- I'm sorry.  The

04:15:58PM 17  primary spoken language and the written language of the LEP

04:16:01PM 18  person provided the services on scene, distribute the

04:16:05PM 19  language access plan and policy in a variety of community

04:16:09PM 20  organizations, serve in the LEP communities encountered by

04:16:12PM 21  NOPD.  Collaborate with other LEP organization and

04:16:15PM 22  individuals to identify areas for potential growth and

04:16:19PM 23  additional training for all NOPD officers.  And solicit

04:16:23PM 24  ongoing recommendations to improve LEP services from other

04:16:28PM 25  language access services provided by other organizations.

04:16:30PM **1**      Valencia Pedescleaux and Claudette Kirkland have the

04:16:34PM **2** responsibility of the EPR review as well as the VOIANCE phone

04:16:38PM **3** review and that is to ensure that the EPR reports narrative

04:16:42PM **4** section includes the languages that are provided, the

04:16:44PM **5** services and how the services are provided.  Officer Janssen

04:16:48PM **6** Valencia who is currently assigned to the training academy as

04:16:51PM **7** an instructor will assume the responsibility of all language

04:16:54PM **8** access program instruction as well as coordinate and deliver

04:16:57PM **9** training to NOPDAIs, other officers, and recruits as well.

04:17:01PM **10**      This includes the eight-hour interpreter training

04:17:07PM **11** required and in addition to the civil service bilingual

04:17:11PM **12** certification to become an NOPDAI.  Officer Jerry Baldwin

04:17:15PM **13** will assume the responsibilities of the cell phones that are

04:17:17PM **14** in the districts making sure that the cell phones are in

04:17:20PM **15** continuing working order as well as the charges are available

04:17:24PM **16** as well as the logbooks being updated.  He will also ensure

04:17:27PM **17** that the English, Spanish, and Vietnamese translations, the

04:17:31PM **18** current language access plan and policy remain posted in

04:17:34PM **19** public areas of the police department's building, such as

04:17:37PM **20** headquarters, the district police stations, the PIB building,

04:17:41PM **21** as well as online and any other locations throughout the city

04:17:46PM **22** where individuals will be seeking police assistance.  As the

04:17:48PM **23** commander of the unit in collaboration with the professional

04:17:51PM **24** standards accountability bureau, in addition to my task of

04:17:54PM **25** reviewing the annual report, I will prepare the report to the

| | | |
|---|---|---|
| 04:17:58PM | 1 | superintendent assessing language access services provided to |
| 04:18:02PM | 2 | LAP individuals, the effectiveness of those services, |
| 04:18:05PM | 3 | language assistance complaints that have been received and |
| 04:18:08PM | 4 | complaints resolution and any recommendation to approve |
| 04:18:11PM | 5 | language access policies and procedures as part of this |
| 04:18:15PM | 6 | report to track and analyze information and data mentioned |
| 04:18:19PM | 7 | above. |
| 04:18:20PM | 8 | Each person who has assumed those temporary |
| 04:18:29PM | 9 | responsibilities in Officer Guzman's absence submits weekly |
| 04:18:32PM | 10 | reports which I uploaded to the G drive.  As I stated |
| 04:18:36PM | 11 | earlier, this is an interim process until Officer Guzman |
| 04:18:39PM | 12 | returns. |
| 04:18:45PM | 13 | 2022 -- I'm sorry.  2022 LEP progress, 11 employees |
| 04:18:51PM | 14 | have been authorized, have been trained as authorized |
| 04:18:54PM | 15 | interpreters.  All authorized interpreters completed their |
| 04:18:57PM | 16 | annual recertification training.  Department training |
| 04:19:00PM | 17 | bulletins on LEP and NOPDAI usage were distributed in |
| 04:19:06PM | 18 | February and November. |
| 04:19:07PM | 19 | During Hispanic Heritage Month in celebration and |
| 04:19:11PM | 20 | community outreach the unit had the occasion to do a |
| 04:19:11PM | 21 | presentation at Las Sierras at Carver High School where the |
| 04:19:19PM | 22 | students had an occasion to experience LEP program and also |
| 04:19:20PM | 23 | had an opportunity to let us know if they were interested in |
| 04:19:24PM | 24 | a law enforcement career.  One of my other responsibilities |
| 04:19:29PM | 25 | is to maintain a new VOIANCE technology which replace of |

04:19:33PM  1    course you know the Elsa 2 that we were using before.

04:19:34PM  2         There's always room for improvement as we implement

04:19:37PM  3    new technology and provide services to the community and will

04:19:39PM  4    continue to work on those services and those areas of

04:19:42PM  5    improvement in our language access program.  Now we're going

04:19:45PM  6    to have a brief video of the demonstration.  The first video

04:19:50PM  7    you're going to see is going to be a video of -- this is a

04:19:54PM  8    body-worn camera video and this is an officer providing

04:19:59PM  9    American Sign Language services to an individual who needs

04:20:02PM  10   it.  If you can look on the stand at the bottom of the screen

04:20:04PM  11   you will see where the individual is on the screen providing

04:20:07PM  12   those services.

04:20:09PM  13        THE COURT:  And so this is a -- this is not a -- this

04:20:11PM  14   is real --

04:20:13PM  15        MS. BREWER:  This is an actual body-worn camera.

04:20:17PM  16   Yes, ma'am.

04:20:28PM  17                      (Video playing.)

04:20:30PM  18        MS. BREWER:  To the left of the screen, you can see

04:20:55PM  19   the individual who needs the services who is speaking sign

04:20:59PM  20   language.

04:21:00PM  21                      (Video playing.)

04:21:36PM  22        MS. BREWER:  That's going to conclude that video.

04:21:38PM  23   I'll move on to the next video.

04:21:40PM  24        And this is an officer providing services with the

04:21:44PM  25   use of the smartphone, with the VOIANCE app.

04:21:51PM   **1**              (Video playing.)

04:23:29PM   **2**         MS. BREWER:  That is going to conclude my portion of

04:23:34PM   **3**    this presentation.  At this time, I will turn it over to

04:23:37PM   **4**    Officer Reese Harper who will provide some information on the

04:23:39PM   **5**    LGBTQ awareness.

04:23:41PM   **6**         THE COURT:  Is the interpretation that's provided on

04:23:42PM   **7**    the phone and the sign language, are they recorded?

04:23:46PM   **8**         MS. BREWER:  Yes, the officers are recorded on the

04:23:49PM   **9**    BWC.

04:23:52PM   **10**        THE COURT:  All right.  Thank you.

04:24:02PM   **11**        MR. HARPER:  Good afternoon.  I'm Officer Reese

04:24:09PM   **12**    Harper, the LGBTQ liaison officer for the New Orleans Police

04:24:10PM   **13**    Department.  All training as it relates to LGBTQ awareness

04:24:15PM   **14**    integrates the core values of constitutionally based

04:24:19PM   **15**    bias-free community policing and procedural justice.  The

04:24:23PM   **16**    LGBTQ course content was transformed from an instructor-led

04:24:28PM   **17**    discussion format to student-led presentations and from that

04:24:31PM   **18**    transformation align the adult learning principles.

04:24:34PM   **19**        In my original lesson plan, I provided historical

04:24:38PM   **20**    information on the LGBTQ community and students then answered

04:24:41PM   **21**    discussion questions.  Recruits were asked guiding questions

04:24:46PM   **22**    such as who would like to share past experiences about the

04:24:49PM   **23**    LGBTQ community and how can you use those experiences to

04:24:53PM   **24**    better build relationships within the community.

04:24:56PM   **25**        I discussed and modeled traffic stops as a person

04:25:01PM  1    whose physical presentation was different from my gender on

04:25:04PM  2    my driver's license.  We then discussed that we follow the

04:25:09PM  3    NOPD policy to navigate around this issue.  Recruits were

04:25:13PM  4    also placed into groups and asked to role-play brief

04:25:18PM  5    scenarios involving officer interactions with LGBTQ

04:25:19PM  6    community.

04:25:20PM  7         In my revised lesson plan, I now divide recruit

04:25:25PM  8    classes into equal groups of four to five depending on class

04:25:28PM  9    size and each group is given a historical event of LGBTQ

04:25:32PM  10   significance to research.  Each group has a task of

04:25:35PM  11   developing a presentation that responds to three guiding

04:25:38PM  12   questions.  Number one, recruits must research the incident

04:25:43PM  13   or individual and summarize how it has impacted the LGBTQ

04:25:49PM  14   community.  Number two, describe law enforcement's

04:25:54PM  15   involvement directly or indirectly involved.  Number three,

04:25:59PM  16   give a NOPD's current policy, describe how local law

04:26:03PM  17   enforcement would respond to the incident or individual.

04:26:07PM  18        Recruits now have the flexibility in how the

04:26:11PM  19   information is presented.  They now have the option to use

04:26:14PM  20   PowerPoints, poster, role-play, officer interaction with

04:26:17PM  21   members of the LGBTQ community.  These are the building

04:26:22PM  22   blocks that the liaison unit uses to continue to build robust

04:26:26PM  23   relationships with the community.  In this arena, we

04:26:28PM  24   primarily focus on two core value, that's presence and

04:26:33PM  25   participation.

| | |
|---|---|
| 04:26:33PM | **1** |
| 04:26:38PM | **2** |
| 04:26:42PM | **3** |
| 04:26:45PM | **4** |
| 04:26:48PM | **5** |
| 04:26:53PM | **6** |
| 04:26:55PM | **7** |
| 04:27:00PM | **8** |
| 04:27:04PM | **9** |
| 04:27:09PM | **10** |
| 04:27:13PM | **11** |
| 04:27:16PM | **12** |
| 04:27:20PM | **13** |
| 04:27:23PM | **14** |
| 04:27:26PM | **15** |
| 04:27:32PM | **16** |
| 04:27:36PM | **17** |
| 04:27:39PM | **18** |
| 04:27:42PM | **19** |
| 04:27:49PM | **20** |
| 04:27:54PM | **21** |
| 04:27:57PM | **22** |
| 04:28:02PM | **23** |
| 04:28:04PM | **24** |
| 04:28:07PM | **25** |

In 2019, the mayor's LGBTQ task force released recommendations for the liaison unit to follow, and after reading those recommendations, coupled with my personal and professional knowledge as a member of the LGBTQ community, I believe that we have made significant strides in not only responding to those recommendations, but raising the bar to the next level in bias-free policing.  Despite the challenges that we face dealing with the pandemic, we were still able to get boots on the ground and some of those events include riding in the pride parade in 2019 and we picked back up to ride again in June of 2022.  Detective James Roberson represented the NOPD at World Pride in New York in 2019.  We conducted an active shooter presentation with Homeland Security and some of the local bartenders from the LGBTQ community.  We attended the re-enactment of Upstairs Lounge Murders in 2019 and participated again this year.  We partnered with Washington Academy of Barbering Arts who sponsored 50 back-to-school haircuts for under-privileged boys in August of 2021.  We taught a class to the women of cultural studies on how to be safe on Bourbon Street.  We partnered with the Audubon Institutes Cultural and Diversity team to share information about what the NOPD liaisons do to navigate through and further serve the community.  We recently created a partnership with Crescent healthcare formerly known as NO AIDS Task Force.  We have a personable

04:28:13PM 1   relationship where this organization or any organization can

04:28:15PM 2   reach out to us when need be.

04:28:17PM 3        We are in the process of creating a relationship with

04:28:19PM 4   the Tulip House that specializes in adolescence within the

04:28:25PM 5   transgender community.  We attended a drag brunch with the

04:28:28PM 6   transgender community at the kickoff of pride month this past

04:28:31PM 7   year.  We partnered with Ambush Magazine and we regularly

04:28:37PM 8   attend their events with the members of the community.  We

04:28:39PM 9   met with organizers of the Gay Easter Parade and helped them

04:28:43PM 10  navigate through the permitting process.  There were some

04:28:46PM 11  concerns of shortening the routes due to manpower issues, but

04:28:48PM 12  we were able to work through those issues with our special

04:28:52PM 13  events section.

04:28:53PM 14       We met with Jeremy Smith, the marketing director of

04:28:56PM 15  the French Market, to plan the City's first responder pride

04:29:00PM 16  fest.  We coordinated the 2022 pride badge campaign for NOPD.

04:29:05PM 17  We used our local news media as a catalyst to communicate our

04:29:09PM 18  presence and participation within the community and from that

04:29:13PM 19  relationship we have appeared as a package story on WDSU News

04:29:17PM 20  and WWL TV morning show.

04:29:20PM 21       The liaison unit continues to collaborate with the

04:29:26PM 22  professional standards and accountability bureau in order to

04:29:29PM 23  monitor stop, search and arrest audits.  After meeting with

04:29:31PM 24  the local community groups, the liaison unit has found no

04:29:35PM 25  indication or mistreatment of officers violating our

04:29:38PM  **1**   bias-free policy.  Should a complaint arise, the liaison unit

04:29:45PM  **2**   will relay this information to the community engagement

04:29:48PM  **3**   sergeant, the professional standards and accountability

04:29:51PM  **4**   bureau, and the public integrity bureau if necessary so the

04:29:55PM  **5**   issue can be immediately addressed and corrective measures

04:29:59PM  **6**   implemented.

04:29:59PM  **7**        As Captain Banks stated, since we created the LGBTQ

04:30:03PM  **8**   unit, the liaison -- I'm sorry, in 2019, the independent

04:30:07PM  **9**   police monitor has only reported one complaint and that

04:30:10PM  **10**  officer resigned under investigation.

04:30:12PM  **11**       Just to give you an update on our progress, we

04:30:17PM  **12**  continue to work with the mayor's office of human rights and

04:30:22PM  **13**  equity.  Since June we have invited them to participate in a

04:30:25PM  **14**  focus group to gain input on how our officers are doing as a

04:30:29PM  **15**  department.  The information gained will be used as a tool to

04:30:35PM  **16**  enhance our LGBT training needs assessment.

04:30:35PM  **17**       Moving forward, we are slated to meet within the

04:30:38PM  **18**  upcoming weeks to partner with them on a few of their

04:30:42PM  **19**  projects.  We have a great relationship with the Audubon

04:30:44PM  **20**  Institute's diversity and inclusion office and continue to

04:30:48PM  **21**  build on it.  The liaison are sharing some of our best

04:30:53PM  **22**  practices to assist in launching new diversity initiatives

04:30:55PM  **23**  for the Audubon Institute.  For a while, we have been having

04:31:01PM  **24**  trouble connecting with the Tulip House.  However, the

04:31:04PM  **25**  liaison attended the New Orleans Film Fest event this past

04:31:07PM 1   Saturday.  The founders of the Tulip -- of House of Tulip and

04:31:12PM 2   CANS Can't Stand Movement were in attendance.  Members of our

04:31:15PM 3   unit were able to join in on the conversations and pass out

04:31:18PM 4   business cards with our names and LGBT e-mail address as

04:31:23PM 5   another outlet for the community to connect with us and share

04:31:26PM 6   their concerns.

04:31:27PM 7        Our relationship with the Tulip House will be

04:31:30PM 8   forthcoming and allow us to sit down to discuss where we can

04:31:34PM 9   best benefit their organization.  Once this form of round

04:31:37PM 10  table happens, I can forward that information to you.

04:31:40PM 11       To summarize what I just discussed, the NOPD has

04:31:44PM 12  three LGBTQ liaison officers and we all meet on a regular

04:31:49PM 13  basis to maintain open lines of communication with these

04:31:52PM 14  organizations to assess how we're doing as a department and

04:31:55PM 15  this is done in a dress down uniform to create a more

04:31:59PM 16  comfortable atmosphere.  The strategies that we have

04:32:03PM 17  established in my opinion are invaluable.

04:32:06PM 18       I have been a part of the LGBTQ community in every

04:32:09PM 19  stage of my life, childhood, adolescence, and adulthood.  I

04:32:14PM 20  have experiences of being afflicted throughout life because

04:32:18PM 21  of my sexuality and now that I have a platform and I am in

04:32:24PM 22  the peak of my career as a New Orleans police officer, I can

04:32:29PM 23  look back and I can appreciate the adversity that has

04:32:33PM 24  equipped me with a dual vision to know from experience why we

04:32:39PM 25  should police without bias and be a fluid messenger between

| | |
|---|---|
| 04:32:41PM | **1** |
| 04:32:43PM | **2** |
| 04:32:46PM | **3** |
| 04:32:49PM | **4** |
| 04:32:49PM | **5** |
| 04:32:56PM | **6** |
| 04:32:57PM | **7** |
| 04:32:57PM | **8** |
| 04:32:58PM | **9** |
| 04:33:02PM | **10** |
| 04:33:05PM | **11** |
| 04:33:07PM | **12** |
| 04:33:10PM | **13** |
| 04:33:14PM | **14** |
| 04:33:14PM | **15** |
| 04:33:17PM | **16** |
| 04:33:22PM | **17** |
| 04:33:26PM | **18** |
| 04:33:29PM | **19** |
| 04:33:34PM | **20** |
| 04:33:38PM | **21** |
| 04:33:40PM | **22** |
| 04:33:45PM | **23** |
| 04:33:48PM | **24** |
| 04:33:52PM | **25** |

the NOPD and the community.  That concludes my presentation
and I turn it back over to Captain Banks.  Thank you.

        THE COURT:  Well, let me tell me, I really am so
proud of the work that you've done.  It's just amazing.

        MR. HARPER:  Thank you.

        THE COURT:  Above and beyond what we could have
envisioned.

        MR. HARPER:  Thank you.

        THE COURT:  And I really commend you and would you
please tell those who work with you in the unit and how much
I appreciate what they've done.

        MR. HARPER:  I absolutely will.  I can't do it alone.
I have amazing team and an amazing department that I work
alone with so I can't take all of the credit.

        THE COURT:  Yeah, I give the department credit for
supporting you and your unit and all the things that you've
been doing.  So keep up the good work.

        MR. HARPER:  Thank you.  I appreciate it.

        MS. BANKS:  Hi, Your Honor.  The New Orleans Police
Department understand that there will always be skepticism
around progress.  We are also acutely aware that as much a
claim received, we must remain committed to and work hard to
maintain the trust of the community.  Through a commitment to
open data and regular schedule audits, our department affirms
its commitment to maintain a level of transparency that's

04:33:55PM  1    second to none.  We are proud of the internal monitors set

04:33:59PM  2    with technical assistance from the monitoring team and the

04:34:01PM  3    Department of Justice structure to assure sustainment and

04:34:06PM  4    accountability to take appropriate corrective action measures

04:34:07PM  5    when necessary.  Thank you, Your Honor, and this concludes

04:34:09PM  6    our presentation.

04:34:10PM  7        THE COURT:  Thank you.  And everyone who has worked

04:34:12PM  8    on this presentation, it's excellent and I'm very proud of

04:34:18PM  9    what you're doing in this area and I look forward to your

04:34:23PM  10   presentation in the future.  Thank you.  I really appreciate

04:34:28PM  11   everything that all of you have done to put the presentation

04:34:31PM  12   together and to do the work behind it.  You should be very

04:34:36PM  13   proud yourself.

04:34:38PM  14       MR. DAVILLIER:  Your Honor, one question in light of

04:34:40PM  15   that impressive and extensive presentation, what if anything

04:34:46PM  16   remains in order to move the bias-free section into

04:34:48PM  17   compliance under the Consent Decree?

04:34:48PM  18       THE COURT:  Thank you for that question, but this is

04:34:50PM  19   not the time for me to answer that and we will -- we will

04:34:53PM  20   deal with that in due course.

04:34:57PM  21       Would the DOJ like to say anything?

04:35:00PM  22       MS. RAIZ:  Yes, Your Honor, if I may.

04:35:03PM  23       THE COURT:  Please.

04:35:06PM  24       MS. RAIZ:  First I'll say it's good to see you in

04:35:10PM  25   person after several years of seeing each other on Zoom.  So

04:35:10PM   1   good to see you.

04:35:10PM   2          THE COURT:  You too.

04:35:10PM   3          MS. RAIZ:  Thank you.

04:35:10PM   4          So I appreciate the opportunity to talk about the

04:35:14PM   5   progress that's been made under the bias-free policing

04:35:16PM   6   section of the Consent Decree.  I wanted to start and talk a

04:35:19PM   7   little bit about our investigation and what precipitated a

04:35:22PM   8   lot of the work that you've heard about today.

04:35:24PM   9          So in our investigation, we found that NOPD engaged

04:35:27PM  10   in a pattern or practice of discriminatory policing and

04:35:30PM  11   specifically that it had failed to take sufficient steps to

04:35:34PM  12   detect, prevent, and address bias-based profiling and other

04:35:38PM  13   forms of discriminatory policing on the basis of race

04:35:43PM  14   ethnicity and LGBTQ status.  We believe that the NOPD's

04:35:46PM  15   misconduct stemmed in part from its failure to implement

04:35:50PM  16   adequate policy and offer appropriate training for its

04:35:54PM  17   officers so that they could carry out their law enforcement

04:35:58PM  18   duties based on permissible factors and behavior.

04:36:00PM  19          As you've heard over the last several years, NOPD

04:36:03PM  20   with technical assistance from us and the monitoring team,

04:36:07PM  21   has made many fundamental changes to address the violations

04:36:10PM  22   that we saw in our investigation.  It now has several

04:36:14PM  23   policies that specifically and expressly prohibit

04:36:16PM  24   discriminatory conduct.  There's a specific policy on

04:36:20PM  25   bias-free policing, a specific policy on interactions with

04:36:23PM **1**    LGBTQ-plus individuals, and there's SSA policies including

04:36:28PM **2**    principles that are geared towards preventing discriminatory

04:36:31PM **3**    conduct that is likely to be discriminatory when officers are

04:36:34PM **4**    in the field.  And they've implemented comprehensive

04:36:42PM **5**    integrated trainings to train on these policies.

04:36:45PM **6**         So the new policy guidance and the related trainings

04:36:46PM **7**    fill the gap that we saw in our investigation.  And they

04:36:49PM **8**    provide officers concrete specific guidance on how to

04:36:53PM **9**    properly carry out their law enforcement activities, which

04:36:56PM **10**   helps mitigate the risk that NOPD officers will instead rely

04:37:01PM **11**   on inappropriate factors, such as racial bias in their

04:37:05PM **12**   decision-making.  So that kind of goes to how -- what the

04:37:07PM **13**   monitor was saying about how bias-free permeates throughout

04:37:10PM **14**   the Consent Decree because it's really to give officers

04:37:12PM **15**   parameters on how to execute the activity so that bias

04:37:16PM **16**   doesn't creep in.

04:37:18PM **17**        As you heard in the last year, we worked -- the

04:37:21PM **18**   department worked with us and the monitoring team to develop

04:37:24PM **19**   a comprehensive audit protocol.  There's no gold standard for

04:37:28PM **20**   how to measure this, so we took assessments from other

04:37:32PM **21**   organizations and entities and we retained an expert who is

04:37:36PM **22**   experienced in testing disparities to create sort of a model

04:37:41PM **23**   that NOPD can use to evaluate its aggregate data.  So that's

04:37:47PM **24**   important to know.  It's aggregate data.  It doesn't mitigate

04:37:50PM **25**   or minimize somebody's personal experience.  We're looking at

04:37:52PM  1   it sort of big picture.  And so we are looking at it various

04:37:55PM  2   components of the department's operations.

04:37:57PM  3       We were encouraged by the results of the audit which

04:38:01PM  4   as Mr. Segraves laid out did not show pervasive disparities

04:38:07PM  5   in NOPD's enforcement actions.  We're also encouraged by

04:38:10PM  6   NOPD's commitment to address any disparities that the audit

04:38:13PM  7   did find and to continuing to evaluate.  That's the key,

04:38:16PM  8   continuing to evaluate the available data to ensure the

04:38:20PM  9   durability of the policy training and accountability changes

04:38:23PM  10  that it has made to address discriminatory policing.

04:38:29PM  11      The other aspect of the discriminatory policing,

04:38:30PM  12  misconduct that we found in our investigation, related to the

04:38:34PM  13  failure -- NOPD's failure to provide critical policing

04:38:38PM  14  services to city residents with limited English proficiency

04:38:42PM  15  and that's what Ms. Guzman -- I'm sorry, Ms. Thornton was

04:38:47PM  16  talking about.  In our investigation, we found that this

04:38:49PM  17  manifested itself in the form of denials and delays in

04:38:52PM  18  services, incidents where victims were mistaken for suspects

04:38:57PM  19  and encounters that unnecessarily escalated due to a gap in

04:39:03PM  20  communication.  And the failures here were the result of

04:39:05PM  21  insufficient resources, insufficient translators, translating

04:39:10PM  22  services and insufficient interpreters and the lack of

04:39:13PM  23  protocols to make authorized interpreters and train them

04:39:17PM  24  accordingly.

04:39:18PM  25      So as you heard today, NOPD now has the mechanisms in

04:39:21PM  1  place to provide these language access services across the

04:39:25PM  2  city.  This includes Language Access Plan, an increased

04:39:28PM  3  number of Spanish interpreters and that new smartphone

04:39:32PM  4  application that can be a resource for officers in the field.

04:39:34PM  5       So now that it has these mechanisms, it means NOPD

04:39:37PM  6  needs to demonstrate that they're using these successfully

04:39:41PM  7  and consistently.  As you heard from Ms. Thornton, the two

04:39:44PM  8  audits that NOPD conducted show that there are still

04:39:47PM  9  improvements to be made.  We understand that -- we know that

04:39:50PM  10  NOPD recognized that, created a creative action plan, and

04:39:55PM  11  took steps and so now we're waiting to see the results of the

04:39:59PM  12  next audit, which we understand is coming in the next couple

04:40:00PM  13  of weeks, in which we look forward to reviewing.

04:40:03PM  14       So overall, Your Honor, NOPD has made a lot of

04:40:05PM  15  progress in this area.  We appreciate the effort that you've

04:40:07PM  16  heard about today that they've put into it and the

04:40:10PM  17  collaboration between our teams and the monitoring team.

04:40:13PM  18  Thank you.

04:40:13PM  19       THE COURT:  I want to thank you all again, DOJ, for

04:40:17PM  20  all the help that you've given NOPD and in these areas and,

04:40:22PM  21  you know, you've just been a real partner to --

04:40:22PM  22       MS. RAIZ:  Thank you, Your Honor.

04:40:26PM  23       THE COURT:  -- NOPD and to the city of New Orleans

04:40:28PM  24  and we appreciate it and please go back and tell the people

04:40:33PM  25  you work with and for in Washington, DC, how much we

04:40:38PM  **1**    appreciate it.

04:40:40PM  **2**         Will do.  Thank you, Your Honor.

04:40:44PM  **3**         THE COURT:  That brings us to the end of today's

04:40:47PM  **4**    hearing.  And again I want to thank everybody who worked on

04:40:50PM  **5**    the presentation and who made a presentation today and

04:40:51PM  **6**    everybody who is here, and I want to thank the media for

04:40:56PM  **7**    their continued interest in this process.  But, remember, the

04:41:01PM  **8**    monitoring team has a public meeting tonight at 6:30 at the

04:41:08PM  **9**    Ashé Cultural Center, another tomorrow at 12:30 at the East

04:41:10PM  **10**   New Orleans Regional Library.  And does anybody remember the

04:41:15PM  **11**   day of the next public hearing?

04:41:19PM  **12**        MR. SANDIFER:  December 14th.

04:41:20PM  **13**        THE COURT:  December 14th.  Isn't it at 3:00 p.m.?

04:41:22PM  **14**        MR. SANDIFER:  Yes, ma'am.

04:41:23PM  **15**        THE COURT:  All right.  December 14th we believe at

04:41:27PM  **16**   3:00 p.m.  So put that on your calendar.

04:41:30PM  **17**        And again I encourage the public to attend the public

04:41:34PM  **18**   meetings and share your thoughts and experiences with the

04:41:37PM  **19**   monitoring team, and they always report back to me on what

04:41:41PM  **20**   your questions and concerns were, which I appreciate.  So

04:41:46PM  **21**   it's nice to see you all and we're adjourned.

04:41:51PM  **22**        THE CASE MANAGER:  All rise.

            **23**                      * * * *

            **24**         (WHEREUPON, the proceedings were adjourned.)

            **25**                      * * * *

1                       REPORTER'S CERTIFICATE

2            I, Nichelle N. Wheeler, RMR, CRR, Official Court
    Reporter, United States District Court, Eastern District of
3   Louisiana, do hereby certify that the foregoing is a true and
    correct transcript, to the best of my ability and
4   understanding, from the record of the proceedings in the
    above-entitled and numbered matter.

5

6                        /s/ Nichelle N. Wheeler
                         Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25