```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
   ****************************************************************
 3 UNITED STATES OF AMERICA            CIVIL NO. 12-1924
                                       SECTION "E"
 4 VERSUS                              OCTOBER 19, 2022

 5 NEW ORLEANS CITY
   ****************************************************************
 6

 7             TRANSCRIPT OF PUBLIC HEARING PROCEEDINGS
              HEARD BEFORE THE HONORABLE SUSIE MORGAN
 8                 UNITED STATES DISTRICT JUDGE

 9

10 APPEARANCES:

11 FOR THE MONITORING TEAM:          JONATHAN ARONIE
                                     ASHLEY BURNS
12

13 FOR THE DEPARTMENT OF JUSTICE:    MEGAN R. MARKS
                                     THEODORE R. CARTER, III
14
   FOR THE OFFICE OF THE
15 INDEPENDENT POLICE MONITOR:       STELLA CZIMENT

16

17 FOR THE NOPD:                     SUPERINTENDENT SHAUN FERGUSON
                                     ARLINDA WESTBROOK
18                                   JONETTE WILLIAMS

19 FOR THE CITY OF NEW ORLEANS:      DONESIA TURNER
                                     CHARLES ZIMMER
20                                   GILBERT MONTANO
                                     KEVIN HILL
21

22 Official Court Reporter:          Alexis A. Vice, RPR, CRR
                                     500 Poydras Street, HB-275
23                                   New Orleans, LA  70130
                                     (504) 589-7777
24                                   Alexis_Vice@laed.uscourts.gov

25 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.

                         OFFIICIAL TRANSCRIPT
```

**P-R-O-C-E-E-D-I-N-G-S**

**(OCTOBER 19, 2022)**

**(PUBLIC HEARING PROCEEDINGS)**

(The Court was called to order.)

**DEPUTY CLERK:** Calling Civil Action 12-1924, *United States of America versus the City of New Orleans.*

**THE COURT:** All right.  We're here today for a public hearing with respect to the Consent Decree entered into between the City of New Orleans and the Department of Justice.

I want to welcome all of you, and thank you, the public and the media, for being here to participate.

I'd like for the parties to make their appearances and to introduce any guests we have, and we'll start with the superintendent.

**SUPERINTENDENT FERGUSON:** Good morning, Your Honor, I'm the Superintendent of the New Orleans Police Department, Shaun Ferguson.

**MS. TURNER:** Good morning, Your Honor, Donesia Turner, City attorney.

**MR. ZIMMER:** Good morning, Your Honor, Charles Zimmer. I'm counsel for the City and the NOPD.

**MS. WESTBROOK:** Good morning, Your Honor.  I'm Arlinda Westbrook, Chief Administrative Office, Project Manager of the Consent Decree.

OFFIICIAL TRANSCRIPT

1          **MR. HILL:** Good morning, Your Honor, Kevin Hill,
2   Senior Chief Deputy City attorney.
3          **MS. WILLIAMS:** Good morning, Your Honor, Jonette
4   Williams, Deputy Chief, Management Services Bureau.
5          **MR. MONTANO:** And lastly, good morning, Your Honor,
6   gilbert Montano, Chief Administrative Office.
7          **MS. MARKS:** Good morning, Your Honor, Megan Marks on
8   behalf of the United States.
9          **MR. CARTER:** Good morning, Your Honor, Theodore
10  Carter, also on behalf of the United States.
11         **MR. ARONIE:** Good morning, Jonathan Aronie, monitor.
12         **MS. BURNS:** Good morning, Your Honor, Ashley Burns,
13  monitoring team.
14         **MS. CZIMENT:** Good morning, Your Honor, Stella
15  Cziment, Independent Police Monitor for the City of New
16  Orleans.
17         **THE COURT:** All right, thank you.  Is there anyone
18  else we should introduce?  Well, it's nice to see you all, and
19  thank you again for coming.
20         Under the Consent Decree, the monitoring team is
21  required to learn from and share information with the
22  community.  Since the monitoring team serves as my eyes and
23  ears, I view this function as critical to my role as the judge
24  in this important matter.
25         The monitoring team shares information with and

OFFIICIAL TRANSCRIPT

1   receives information from the community in a variety of ways.

2   As for sharing information with the public, the monitoring team

3   publishes formal reports, testifies in this Court as it will

4   again today, and holds public meetings.

5            As for learning from the community, the monitoring

6   team has a number of avenues available to it.  The most formal

7   of these, again, is the public meetings it holds.  These

8   meetings provide the public the best opportunity to share their

9   experiences, perceptions, and recommendations with the

10  monitoring team in an in-person setting.

11           At the request of the public, we've increased the

12  number of public meetings that will be held in the coming

13  months.  We have two scheduled for November and two for

14  December.  These public meetings will be held in locations

15  throughout the City, again, at the request of the public.

16           You can find the dates and locations of the

17  monitoring teams meetings on their website, and I'll also give

18  you the dates at the end of today's hearing.

19           In addition to the more formal public meetings, the

20  monitoring team also meets with members of the community in

21  smaller group and/or individual meetings and has done so since

22  the outset of the Consent Decree.

23           Regardless of the forum, the monitoring team always

24  reports the community's comments, concerns, and questions,

25  including, the substance, tone, and mood of the various

OFFIICIAL TRANSCRIPT

1  meetings directly back to me.

2          The monitoring team uses the information it learns to

3  guide its work, and I use that information to guide my

4  oversight.

5          While I've not done so before, I would like to share

6  with you today some of the comments from the monitoring teams

7  recent public meetings.  Before I do, however, it's important

8  to note that there is no single New Orleans community voice,

9  and the comments shared with the monitoring team by members of

10  the public reflect a wide diversity of views among the

11  community.  Also, because the public meetings are not always

12  well attended, the views expressed may not necessarily reflect

13  the views of the community at large.

14          In one recent meeting, many community members

15  expressed strong and emotional views regarding what they called

16  as NOPD's ongoing cultural problems.  These individuals shared

17  their pain from prior and some said recent NOPD experiences.

18  Some within this group said they had been terrorized by the

19  NOPD.  This group did not believe the NOPD had changed its

20  culture over the course of the Consent Decree.

21          They pointed to, among other things, the recent

22  federal investigation of multiple NOPD officers for payroll

23  fraud in connection with the Office of Secondary Employment and

24  the fact that an officer was recently accused of raping a

25  colleague as evidence of ongoing problems with the NOPD.  These

OFFIICIAL TRANSCRIPT

1  individuals implored the Court not to succumb to the City's

2  efforts to end the Consent Decree at this time.

3          Other community members with whom the monitors met

4  expressed a very different view.  Many citizens expressed

5  strong support for the NOPD and its officers.  These

6  individuals shared stories of heroic police officers going

7  above and beyond the call of duty under very trying

8  circumstances, and many said they have seen a tremendous change

9  in the way the NOPD operates.

10          We do hear from NOPD officers that when they go out

11  in the public they do receive overwhelming support from the

12  citizens of New Orleans and that they appreciate those

13  expressions of support.

14          Some individuals who applaud the progress the

15  department has made believe the goals of the Consent Decree

16  have been met, and the decree should be terminated.  Others of

17  them believe the Consent Decree should continue in place for

18  years to come precisely because it has been so effective, and

19  more time is needed to lock-in those reforms.

20          Some community members blame the Consent Decree for

21  contributing to an increase in crime.  These same individuals

22  often attribute blame for the crime to the district attorney's

23  office, local judges, the Orleans Parish Sheriff's Office, the

24  mayor, and the NOPD itself.

25          A number of community members expressed concern with

OFFIICIAL TRANSCRIPT

1  the lack of what they call true civilian police oversight.
2  These individuals feel the local Independent Police Monitor
3  system is not powerful enough and not community focused enough.
4        As you all may know, the Consent Decree provides for
5  the creation of Police Community Advisory Boards, they're
6  called PCABs, to promote collaboration between the NOPD and the
7  community.  The PCABs are boards in each district made up of
8  seven community members.  The PCABs do not have any
9  decision-making authority, but they do meet regularly with
10  members of the community and with the members of the NOPD
11  assigned to their district.  Their goals are to maintain a
12  strong partnership between the community and law enforcement in
13  their district and to provide community-based recommendations
14  to law enforcement in their district.
15        Membership is open to all New Orleans residents who
16  are 18 years or older and who are interested in serving as a
17  volunteer leader in their respective police district.  PCABs
18  announce their meetings in advance, and they post their
19  minutes.  I've asked the monitor, and he has agreed, to post
20  these meeting dates and minutes of PCAB's meetings on the
21  monitor's website which is *consentdecreemonitor.com*.
22        Still, some community members believe the PCABs are
23  not strong enough, and as a result, are not effective.  They
24  complain the PCABs have no teeth, and as a result, the
25  community at large has no real voice.  These individuals argue

OFFIICIAL TRANSCRIPT

1  for giving some community group subpoena power over the NOPD

2  and the power to issue discipline to police officers.

3          Another thing from recent meetings was that the

4  community should be given additional channels to communicate

5  directly with the Court.  As you may recall, to be responsive

6  to these concerns, I recently made available a new email

7  address that allows members of the community to communicate

8  with the Court through the monitors.  While I still will not be

9  answering questions or responding to comments by email, I will

10  read them all, and I will incorporate responses into these

11  public hearings.

12          Rest assured, as I said, the monitoring team shares

13  with me a full report from every public meeting and from its

14  smaller group and individual meetings.  So keep the comments

15  coming.

16          Finally, multiple community members expressed concern

17  with NOPD's ongoing manpower crisis and the impact that is

18  having on crime fighting response times and reform.  The City's

19  CAO is here today and will update us on the efforts the City is

20  making to provide additional resources to the NOPD to alleviate

21  this problem.

22          Now I'm obviously not recounting every comment shared

23  with the monitoring team, but I hope this has given you an

24  overview of the kinds of comments that they are receiving and

25  which they are communicating to me.  I appreciate the comments

OFFIICIAL TRANSCRIPT

1   as do the monitors.

2          Now I'd like to start today's presentation with the

3   City's CAO.

4          **MR. MONTANO:** Good morning, Your Honor, members of the

5   monitoring team, members of the administration and public.

6   Thank you for having us here.

7          **THE COURT:** Mr. Montano, will you pull those

8   microphones a little closer?

9          **MR. MONTANO:** Can you hear me okay?  Thank you.

10          Good morning again.  Thank you for having us here

11   today.  We're heartened and encouraged to be here.  We have

12   absolutely the best days ahead, and we are happy to present on

13   some of the progresses that we're making.

14          As you mentioned in your remarks, Your Honor, the

15   people and the recruitment process is one of the most vital

16   issues we're facing as an administration as we tackle the

17   insurgence of crime and everything that accompanies that, but

18   also, to the point of the administration and our constant

19   conversations, the environment that we're creating for our

20   police officers is likewise just as important.  We can bring in

21   as many as we want; but if we're not absolutely fixing the

22   environment that they are around and the dynamics thereof, we

23   would be at a loss.

24          So I'll dive into -- forgive the granularity of the

25   updates, but I believe that details often measure the actual

1  results, and I think that is where we can be most effective

2  for, specifically, the environment.

3          But maybe if I just take one step back and give you

4  the update on the recruitment strategy and the resources before

5  I glaze everybody over with some of the details of the

6  updates --

7          **THE COURT:** I'm interested in the details.

8          **MR. MONTANO:** Okay, absolutely.  So we are at a

9  precipice moment with our budget.  We plan to deliver our

10 executive budget on October 25th to the New Orleans City

11 Council.  Within that budget, to foreshadow a few things,

12 significant investments on public safety and public safety

13 recruitment.  I've already gone over our package that we've

14 worked with our private consultants with to develop to ensure

15 that we are most competitive around the country, both for

16 laterals and recruits.

17         We are having our challenges with civil service right

18 now to address and bless those package requirements, and I'm

19 going back and forth with the dates.  So I'm hopeful, and I'm

20 confident we can get over that hump because right now that is

21 what is impeding us moving forward to the City Council for

22 final approval.  Once again, it is not a novel or any

23 innovative relative idea to offer an incentive bonus to hire

24 police officer laterals, but we are having our challenges

25 currently with the council over at the civil service agency.

1    More to come on that.

2            Secondly, there is also a significant investment, and
3    one of the things that will allow us to measure those details
4    in the dynamics is technology.  You know, there's six parts to
5    the criminal justice system.  To most individuals, NOPD is one
6    part.  But if all those different entities are not speaking and
7    transferring information appropriately, logjams can happen.  So
8    there'll be multimillion dollars of investment through our ARPA
9    funds or through a fund balance to establish and overhaul all
10   the technology systems necessary for us to be able to measure,
11   to manage, and ensure that everyone is translating information
12   to the best of our ability.

13           This is a project that has been talked about for a
14   very long time, and I think now is the time for us to really
15   push that go button.

16           **THE COURT:** Can I ask you a question about that?

17           **MR. MONTANO:** Sure, yes, ma'am.

18           **THE COURT:** Is that an information sharing management
19   system among like the NOPD and the court and the DA?

20           **MR. MONTANO:** And the sheriff's office, yes.

21           **THE COURT:** Can you explain it a little more?

22           **MR. MONTANO:** Sure.  It's everything from a court
23   management system to a JMS system, to our back office ERP
24   systems, to how things are spent.  We have different
25   visualizations for those technologies.

OFFIICIAL TRANSCRIPT

1          I am not a technologist to the extent that the

2    experts would be, but I rely on really smart people to make

3    really solid recommendations on how we formulate this and

4    develop that technology roadmap to ensure that each piece of

5    that criminal justice system is connected and is talking.  It's

6    something that we have all heard as administrators and leaders

7    is missing; and in some cases, relative to some of the criminal

8    justice agencies, it's barely hanging on by a thread.

9          **THE COURT:** I really applaud the City for doing this.

10   You all will remember in the last six months, the City Council

11   asked for all the representatives from all these different

12   parts of the criminal justice system to come and make

13   presentations to them, and it seems like it took one or two

14   days.  It was very extensive testimony.

15          And a common theme was, "We don't have a way to

16   communicate with each other, and that causes problems."

17   Because as, you know, as you mentioned, NOPD, it's not just

18   NOPD.  They're part of the system.  It's not just, you know,

19   just arrest people.  That's just the first part of it.  It's

20   how they progress through the system.

21          So I really applaud you all for doing that.  The City

22   funds all those different parts of the system, and yet it had

23   never provided a way for them to effectively communicate.

24          **MR. MONTANO:** Yes, Your Honor.  And just to buttress

25   that point, I really wanted to highlight that from the City's

1    perspective, and I'm working well with the Budget Chair
2    Giarrusso and other council members to ensure that we have a
3    measure of accountability.

4          Because one of the denouements of our overall
5    governmental system, we are a consolidated parish; however, the
6    programmatic control does not lie on anyone outside of our
7    external agencies.  The only power we have is through the
8    appropriation.  But having that accountability and ensuring
9    that they are, you know, being held in a visual and transparent
10   way with the City is also part of that other piece on why the
11   City is going to feel more comfortable funding them.

12         We will have access to understand how some of those
13   dollars are being spent which for me is very, very valuable and
14   I believe for the community as well.

15   **THE COURT:** And I think, you know, one thing that
16   happened at the hearing was finger pointing, and this will stop
17   some of that because there will be a way for the systems to
18   communicate and for you to hold people accountable.

19   **MR. MONTANO:** Yes, Your Honor, thank you.

20         As I move forward toward the closeout of my opening
21   of the budget presentations and timelines, I'll enter into the
22   report, I believe, you more specifically asked for.  So once we
23   deliver the budget on the 25th, the council will then take
24   upon itself hearings.  I think one of our criminal justice
25   agencies are in the beginning of those.

OFFIICIAL TRANSCRIPT

1          What will be acutely vital for understanding, and I
2    mentioned this to the Court for clarity, but we also realize we
3    will have to socialize this much larger at a broad base both
4    with the public and the media and all the sort.  We're
5    budgeting a very different way, and I don't want to get overly
6    saturated on the details of accounting or forecasting or
7    anything of the sort.
8          But frankly, the last two years have been topsy-turvy
9    as it relates to managing budgets.  We had to cut.  We had to
10   add.  We had a one-time infusion and the like.  So we had some
11   very large distortions of what is the difference between budget
12   and actuals.  So what you are budgeted is very different than
13   what you actually spend.  So you will have seen over the course
14   of almost every agency, there is a budget number that is much
15   higher than what the agency actually spends.
16         What's important for us to do as both fiscal stewards
17   and ensuring that we're using the proper methodologies is to
18   prepare these agencies to actually right-size what their budget
19   should be.  I've been very clear, and I say completely on the
20   record to all the public safety agencies, hire, hire, hire.
21   Never stop your hiring.  That is vital.  The only way we can
22   rebuild all of these agencies -- I don't care if it's the
23   civilian side or the operational side.  There is no stoplights.
24   There is no stop signs.  We need people.
25         Your budgets, however, will reflect your actuals.  So

OFFIICIAL TRANSCRIPT

1  we'll have to come back quarterly which I think will be a more

2  cumbersome process, but valuable one, to ensure that they are

3  rightly and properly resourced.  So when we present our budget,

4  it will be lower than what was budgeted in past years.  But I'm

5  trying to the best of my ability to explain that is only

6  because we're using the actual numbers, not the budgeted

7  numbers.

8          Over the course of the quarters, as they hire and

9  hire and hire, we'll be able to go back to the council and

10 repopulate those budgets hopefully until we get to a final

11 number toward the end of the year.  Then we can start again on

12 more of a carryover basis.  It's almost back to the, you know,

13 1970s version of zero-based budgeting, just with technology to

14 help us go there.

15         So I hope that -- I just wanted to explain that.  I

16 hope that makes sense in that in no way are we decreasing the

17 budgets toward the end of the year, but we are actual planning

18 on budgeting -- I'll use police, for example -- what they

19 actually spend the first quarter, and I'll add probably

20 20 percent, and then as the next quarter and the next quarter.

21 I hope as they hire and hire and recruit, and pray the

22 recruitment package moves forward, we will be able to continue

23 to populate that, so.

24         **THE COURT:**  Do you have to go back on a quarterly

25 basis to the City Council and do a readjustment of the budget?

OFFIICIAL TRANSCRIPT

1          **MR. MONTANO:** Exactly, exactly, Your Honor.

2          Right now, traditionally, we've been doing one

3    cleanup mid-year.  Like I said, many of that has been a result

4    of just the complexities of the last two years.  We have a

5    strong fiscal health, a strong fund balance, significant

6    amounts of ARP funds, and now it's absolutely incumbent upon us

7    to ensure that we're very precise with those dollars because we

8    know we will not have the amount of one-time funding that we

9    currently have ever again, at least, from my perspective.  So

10   we want to be very acutely safeguarded with it.

11         **THE COURT:** So one of your concerns, you don't want

12   the public to think that you're decreasing funding for the

13   police department?

14         **MR. MONTANO:** Yes, Your Honor.  That is my only fear

15   and reticence that the perception of that would be.  That's why

16   I wanted to spend just a few minutes explaining the methodology

17   so that it is understood.  In no way are we -- I hope they

18   spend more than they actually get budgeted over the year.

19         However, if we lock up that money, that does no one

20   any good.  It just spills over and spills over.  So it's just

21   trying to ensure that there's precision in what they're doing

22   and how they're doing it.

23         That's just not for police.  I'll make the

24   recommendation both for the sheriff's office, the district

25   attorney's office, our safety and permits office, the code

1  enforcement office, the whole plethora of different agencies.

2          **THE COURT:** That's in response to what the City

3  Council requested, isn't it?

4          **MR. MONTANO:** At some levels, yes.  At some levels,

5  yes.

6          I think when I read what they were asking for and

7  when I've talked to them, I think they want to understand

8  better how those resources are being utilized and allocated and

9  not to pigeonhole that money over the course of time with that

10 vacancy savings or salary savings.

11         So I believe that we are in complete alignment with

12 that, and I just want to make sure semantically and publicly

13 that that explanation is also provided.

14         **THE COURT:** Okay.  Well, I'm glad you explained it

15 here today.

16         **MR. MONTANO:** Thank you.

17         Is there any questions, Your Honor, relative to the

18 macro, slash, micro pieces of the budgeting process for the

19 agencies and some of the intentions?

20         Our fingers crossed on civil service.  I know we've

21 had many different conversations about that.

22         So agenda items, technology, so now we'll get into

23 the granularity as I said.  Currently, CLO's, district

24 detectives, and their immediate supervisors are approved for

25 all City-issued cell phones.  This funding was provided during

1  the mid-year process.  And Shaun, chief and I have, I believe

2  just this week, had a little more of a conversation on other

3  assessments and needs for cell phones.  Funding is available

4  should they determine that there is additional phones needed.

5           **THE COURT:** How soon do you think you'll have those

6  out to people?

7           **MR. MONTANO:** I heard at least a month.

8           But on a more heartened scale, we've ordered this

9  week 224 computers which includes 20 desktops per district, 24

10 computers --

11          **THE COURT:** Wait, 20 desktops per district.

12          **MR. MONTANO:** Yes.  24 computers for the APR unit.

13          **THE COURT:** Wait, you ordered a total of 224?

14          **MR. MONTANO:** Yes.

15          **THE COURT:** That's 20 desktops for each district?

16          **MR. MONTANO:** Yes.

17          **THE COURT:** And then 24 for?

18          **MR. MONTANO:** The APR unit.  40 additional for the

19 academy and other priority areas.

20          **THE COURT:** And other what areas?

21          **MR. MONTANO:** Other priority areas as they deem

22 essential.  The vendor thankfully has said they are currently

23 in stock, and we should be receiving within two weeks.

24          **THE COURT:** Well, how long does it take to get them

25 ready to distribute after you get them?

OFFIICIAL TRANSCRIPT

1          **MR. MONTANO:** You're talking about imaging and

2   deployment?

3          **THE COURT:** Right.

4          **MR. MONTANO:** I may be getting a little bit out of my

5   lane.  But if I revert back to our cyber attack when we had to

6   do this citywide, it takes about each computer anywhere from 30

7   minutes to an hour.  So if you do the math on that, it could be

8   about a week or so.

9          I may have to ask the Court for its apologies because

10  of the capacity issue for our IT staff, but we'll make it a

11  priority.  It's not insurmountable.  It just does take a little

12  time to image and deploy.

13         There are 18 new computers that have been deployed to

14  our crime lab, and we have ITI evaluating and identifying the

15  remaining hardware needs.

16         If I can pause and just go back to the other comments

17  that I made relative to the criminal justice system of

18  infrastructure, the technology roadmap, because this is where,

19  I think, it will be most valuable.  There is absolutely need

20  for PMO which is a project management office from my

21  perspective to ensure that we're enacting and developing these

22  programs.  And this is very common in large-scale technology

23  implementation processes where I'll have to hire an outside

24  agency to be able to come and deploy these resources

25  accordingly.


                        OFFIICIAL TRANSCRIPT

1          I say that as I'm reading this particular item of
2   assessment of IT needs because I think you and I have talked
3   and we've discussed the vital need above and beyond what we
4   currently have existing within our City resources to address
5   NOPD's technology needs.  And there is work toward that path
6   right now.  I think there is discussions and assessments to see
7   what we can have on-hand that's available currently.

8          But if I go back and if it's approved for that
9   criminal justice system infrastructure system, then that will
10  give significantly more resources to these agencies to both
11  identify needs and effectuate their goals and objectives and
12  see whether the conversion of LIBRS/NIBRS, whether it's the
13  development of dashboards for crime fighting agencies, it's how
14  they use Macs, all the other things.  So I'm hopeful and
15  confident in that.

16         Then lastly, on computers, an additional computer
17  order of 250 devices will be placed within the next month.

18         **THE COURT:** Wait, say again.  What is that?

19         **MR. MONTANO:** Another 250 computers will be placed on
20  order within the next month which should completely refresh
21  NOPD's PCs.

22         **THE COURT:** That's great, thank you.

23         **MR. MONTANO:** I do want to obviously publicly thank my
24  team that has worked -- Arlinda now, great contribution, as
25  well as Shelby and all of her staff that have really done a lot

1  of groundwork on this, of course, in conjunction with the
2  various agencies.
3          Vehicles, 74 vehicles have been delivered to EMD
4  which is our motor pool division, and they are currently being
5  outfitted.  I believe they're at districts now.  And the goal
6  is -- "outfitted" meaning lights, sirens, bells, whistles,
7  everything of this sort.  The goal and anticipation for all of
8  those units is to be complete by the end of the year.
9          So are some of them out now in the districts, some of
10 the new vehicles?
11         **SUPERINTENDENT FERGUSON:** No, they're still being
12 outfitted.
13         **THE COURT:** So how long have they been there, several
14 months?
15         **SUPERINTENDENT FERGUSON:** A few weeks.  We received
16 about 30 of them, Your Honor, the first increment of them, but
17 then we had to get -- the problem was getting the decals for
18 the exterior side, and then now -- we're doing that now.  Then
19 we're going to transition to sending them to Baton Rouge to be
20 outfitted with the cages and the digiTICKETs and everything
21 else that is required for these vehicles.
22         **THE COURT:** So none of the ones you received is ready?
23         **SUPERINTENDENT FERGUSON:** No, ma'am, not on patrol.
24 They're out in the field being outfitted.
25         **THE COURT:** It just seems like a long time.

                    OFFIICIAL TRANSCRIPT

1          **SUPERINTENDENT FERGUSON:** It takes some time.  It
2    does.

3          **THE COURT:** Is there a backlog at the place in Baton
4    Rouge that's doing it?

5          **SUPERINTENDENT FERGUSON:** Right now, they're here
6    being outfitted.  Meaning, they're here being -- on the
7    outside, having screens put on the outside.  Then they have to
8    go to Baton Rouge.  They're waiting for them in Baton Rouge to
9    be outfitted with the cage, with the digiTICKETS, and
10   everything else that is required to go into these vehicles, and
11   the sirens and everything else.

12         **THE COURT:** So when are some going to be sent to Baton
13   Rouge?

14         **SUPERINTENDENT FERGUSON:** As soon as they finish being
15   decalled.  The next step is to be outfitted in Baton Rouge.

16         **THE COURT:** Are they going to send them as they
17   finish?

18         **SUPERINTENDENT FERGUSON:** Yes.

19         **THE COURT:** They're not going to wait until they're
20   all done?

21         **SUPERINTENDENT FERGUSON:** No, ma'am.

22         **THE COURT:** You know, that's what the monitors hear,
23   that these cars are needed because there are not enough cars to
24   go around.  So it seems like it's a priority to get them ready
25   to go.

OFFIICIAL TRANSCRIPT

1        **SUPERINTENDENT FERGUSON:** Absolutely, they are.

2        **THE COURT:** It really seems like longer than three

3    weeks to me.

4        **SUPERINTENDENT FERGUSON:** The supplies, the supply of

5    the vehicles, the supply of the decals, supplies of everything.

6    So that has been the holdup.

7        **THE COURT:** Have you got the materials now?

8        **SUPERINTENDENT FERGUSON:** We have the materials.

9    They're being decalled right now.  We finally received that.

10       **THE COURT:** Well, I know that -- go ahead.

11       **SUPERINTENDENT FERGUSON:** No, ma'am.  I just said we

12   finally received the decals like the later part of last week,

13   and now they're being decalled now.

14       **MR. MONTANO:** It's a sorrowful song.  I absolutely

15   agree, Your Honor.  I'm almost three years behind on

16   ambulances.  I mean there's a 36-month waiting period for an

17   ambulance right now.  Fire trucks are in the same realm.  I

18   hope the supply chain issue has begun to course correct in some

19   of these issues because how can I plan for an ambulance three

20   years right now.  I mean I'm having to rent equipment across

21   the agencies.

22       Almost every agency, I've had to green light

23   equipment rental, and this is stuff like pickup trucks.  We're

24   using rentals for everything, to fill potholes.  It's a

25   travesty what we're going through on the actual ability to

1  purchase vehicles or even get them repaired.  So I digress.

2          As far as more vehicles, obviously, we will,

3  inclusive of our ARPA and fund balance recommendations, put in

4  there a complete overhaul of all of our fleet.  It's always

5  going to come down more to the timeline and when we're actually

6  going to be able to order it and receive it.

7          Thankfully many members of both the community and

8  others are trying and making calls to try to catch orders that

9  can't be fulfilled.  I think everybody is really joining

10 efforts, and I'm getting emails left and right to say this

11 person may know this person who may know this person and just

12 trying to be helpful on trying to get vehicles.  I think that

13 has been a song that has been resonating with individuals.

14         **THE COURT:** It would make a tremendous difference to

15 the officers.

16         **MR. MONTANO:** Absolutely.

17         **THE COURT:** So it's really important.

18         **MR. MONTANO:** Facilities and building and repairs, all

19 priority items reported on the 9/27 have been completed.

20         And one of the things that Jonathan discussed earlier

21 today, and I agree and will work toward that, is that I have

22 updated spreadsheets that I get internally, and it will be

23 valuable as I understand it for the Court and Your Honor to

24 have a little bit more of a public-facing idea of where we are

25 on some of the progress for facilities.  Just so people and the

1   community and the public, is my understanding, can see where we
2   are on some of the repairs and understand what work has been
3   done, what our limits are.

4          And we will go back and determine the best technology
5   method to be able to provide that to the Court that you-all
6   then can visualize to your desire, making sure that we have the
7   quality assurance necessary to address the complete and
8   in-progress portions for HVAC, electrician work, plumbing work,
9   HVAC work, roofing work, and the like.  We have a little bit of
10  a homework assignment to figure out how to best visualize many
11  of these updates that I'm providing you now in some sort of way
12  for the Court.

13         THE COURT: Even more importantly for the officers who
14  are working in those facilities to know that something is being
15  done.  How long will it take for you to get that to us?

16         MR. MONTANO: The request came today.  So let me
17  reassess with my team, and hopefully, get back to you in short
18  order if that's okay.

19         THE COURT: I really would like to know, and I believe
20  that the public and the NOPD officers have a right to know.
21  And it really just reflects well on the City.  It's a shame
22  that it's taken so long, but at least now, something is being
23  done.  And I think it would help their moral if they knew that,
24  yes, we're going to make some improvements; so your work
25  environment is better.  So the sooner, the better.

OFFIICIAL TRANSCRIPT

1          **MR. MONTANO:** Sure.

2          **THE COURT:** And tell us, you know, I'm sure the chief

3 will think about ways to communicate that to the officers.

4          **SUPERINTENDENT FERGUSON:** Yes.

5          **MR. MONTANO:** And that goes similar for our capital

6 projects plan.

7          I can dive into civilianization now, Your Honor.

8 Happily and finally, the RFP for the traffic contract for the

9 third-party to come in and address the accidents is going to

10 close November 2nd.  Selection committee is prepared to

11 choose on November 4th.  So we're still on time to try to get

12 that done before the end of the year.

13          I have built money into their budget, presumably that

14 council will support and pass, that would be able to carry that

15 out.  The timing should start happening and moving forward.  So

16 that is happening.  That is budgeted.  That is realization, and

17 that's happening.

18          **THE COURT:** That is just wonderful, and I appreciate

19 all the work that you and Arlinda have done on that project and

20 Otha and Donesia.  So it's just really a big step for the City

21 and for NOPD.  Congratulations to you, and I'm looking forward

22 to seeing it put into effect.

23          And I know you will work on educating the public

24 about it and reassuring people about how it works and why it's

25 important.


OFFIICIAL TRANSCRIPT

1          **MR. MONTANO:** Yes, Your Honor.

2          Hiring status, 43 out of the 75 civilian positions

3   have been filled, and an additional 32 are currently in the

4   background phase of the hiring process.  I think that is very

5   notable, and my congratulations to the team for moving that

6   forward.

7          **THE COURT:** Does that include our new civilian

8   investigators and our intake specialists?  Those are still in

9   the process of being interviewed; correct?

10          **SUPERINTENDENT FERGUSON:** Yes, open vacancies.

11          **THE COURT:** So congratulations on filling a lot of the

12   vacancies.  I think that was important.

13          But we have even more coming because we've got 25

14   intake specialists and 25 civilian investigators.  So we're

15   beginning to really replenish the department and add new

16   people.  So I think that's good.

17          **SUPERINTENDENT FERGUSON:** Yeah.

18          **MR. MONTANO:** Yeah, I mean it's all part of that

19   trinity, I think, we're all trying to attack as it relates to

20   NOPD is ensuring that they have resources available for the

21   civilianization pieces, processes to ensure that it's

22   effective, equipment and environment, vehicles to ensure that

23   it is a habitable workplace.

24          And lastly, most important, that we're trying to

25   charge through is a retention and a recruitment strategy to

OFFIICIAL TRANSCRIPT

1  bring officers back into the office.  Although there's a

2  redeployment strategy, we all know that's temporary.  We need

3  those new officers or formerly lateral officers to come back

4  and fill the shoes there.  So that is really what that trinity

5  has evolved to.

6          Training plans, police intake specialists will be

7  receiving training, of course, to handle reports over the phone

8  and online.  The training, obviously, will largely consist of

9  course content that already exists for recruits and tailored

10 for the APR new unit.

11         Investigative specialists, as you said, the training

12 will include the same content as intake specialists, as well as

13 in-depth training on field response elements, such as, evidence

14 collection.  That's just a parlay in what some of that process

15 includes for the training pieces.

16         Lastly, and frankly, in closing, unless we have any

17 more questions, Your Honor, we understand that this is the top

18 priority for many residents in the City.  We are aggressively

19 trying to address this with as much strategy as possible from

20 the resourcing side to the operational side.  We want to make

21 sure that we don't sacrifice good for perfect, but we also want

22 to make sure what we do is longstanding.

23         So with the permission of the Court, I will close and

24 see if you have any questions.  If not, I'll take my seat.

25         **THE COURT:** Any questions from the monitors or DOJ?

OFFIICIAL TRANSCRIPT

1        **MR. ARONIE:** One, it's a question, slash, comment, but
2    I can address it in my remarks.
3        **THE COURT:** Is there something you want --
4        **MR. ARONIE:** No.  I think that it's just a point about
5    the automobiles and the importance of focusing on fixing the
6    broken automobiles, but I'm happy to do that.
7        **THE COURT:** You might want to comment on that.
8    There's the new automobiles.  Then there's also the issue of
9    the lots being full of broken cars.
10       So what's the plan on that?
11       **MR. MONTANO:** Thank you for the question.  It's
12   something I hear and I get a text and emails about all the
13   time, "Where is this car, this car?  This unit is sitting
14   here."
15       Some of it is, when completely unpeeled, is a little
16   misinformation from various parties that are involved.  I have
17   a master list of where everything is and what the issues are.
18   If it's small and it can be fixed, they're turning relatively
19   fast according to my EMD department.  If some of those issues
20   hypothetically are larger and the part is taking significant
21   time, they are going back to, you know, the waiting line or the
22   queue.
23       And then lastly, there is a perception that payment
24   has become an issue.  Any time that has ever came to me as a
25   concern or an issue and we've uncovered it, less than 5 percent

OFFIICIAL TRANSCRIPT

1  of the time has it actually been a payment issue, but seven

2  other different things that weren't said.  I think sometimes

3  there was some easily scapegoating that's happening as the

4  reason why something is not getting fixed.  But it's just the

5  reality.

6          I mean many people, even with their personal

7  vehicles, are facing this longevity of things getting fixed

8  because of the parts.  I've tried to expand it in the way --

9  the City is limited in our procurements to certain vendors.

10  What we have worked with our chief procurement officer and law

11  department with is to expand that.  We have done that.

12          For example, we may not be able to get a part from

13  Matt Bowers, but we can order that part on Amazon.  Matt Bowers

14  may not use that part to fix it there, but we order it on

15  Amazon, and then we take it to a mom-and-pop shop that isn't

16  currently on the system and doesn't want to be in the City's

17  system, but we're figuring out a way to pay them.

18          So it's really been a little bit of a kabuki dance in

19  many ways to ensure that we're matching resources with those

20  available to fix it and everything of the sort.  So that's just

21  a small example of how we're trying to manage those vehicles

22  that are sitting in garages or our EMD facilities,

23  understanding that as much as police officers, we need more

24  mechanics.  I probably -- I should have 50 to 60 more mechanics

25  than I currently have.  That's the reality that I'm currently

OFFIICIAL TRANSCRIPT

1  facing.

2           I know that there is hiring challenges that we have,

3  pay challenges that we have.  But at the same vein, we continue

4  to be as creative as possible to address this.  It's nowhere

5  near perfect.  I wouldn't stand here and defend every piece

6  that has happened over the course of the time and the repair

7  process, but we are absolutely ardently trying.

8           I know and I hear that every time we get a vehicle

9  down, I'm aware of it, and where it goes from there is also

10 part of that problem.  I'm at a loss frankly.  Really, I wish I

11 had more and better news relating to our repairs.

12           **THE COURT:** Well, thank you for that report.

13           **MR. MONTANO:** Thank you.

14           **THE COURT:** I really appreciate all the information

15 that the City has provided today about what it's doing to

16 address the issues that are facing the NOPD.  And I really

17 think that it would be good for the NOPD officers to know about

18 all of these topics, the cars, the technology, the

19 civilianization.  Maybe we can visit about ways to make sure

20 that that information gets distributed.

21           I'd now like to ask the monitors to make their -- any

22 remarks they have and to report back to me on the tasks that

23 I've asked them to do.

24           **MR. ARONIE:** Good morning, Your Honor.

25           **THE COURT:** Good morning.

OFFIICIAL TRANSCRIPT

1          **MR. ZIMMER:** Your Honor, I'd just like to renew our

2    objection to the monitor giving a report in violation of

3    paragraph 457 and 462.

4          **THE COURT:** This is not a report in the sense that's

5    used in that paragraph as I've said to you before.  But anyway,

6    your objection is noted.

7          **MR. ARONIE:** Thank you, Your Honor.

8          As the bias-free areas and the stop, search, and

9    arrest areas, Your Honor, move closer to an in-the-green

10   recommendation, the Court asked the monitoring team continue to

11   ensure that other areas have not experienced any slippage

12   especially in light of the manpower crisis that NOPD is facing.

13   We agree.  This is an essential, essential task precisely

14   because the manpower issue or person-power issue is having such

15   an impact on so many areas within the NOPD.

16         So I'm going to walk you through some of the things

17   the monitoring team is doing to ensure that there's been no

18   slippage.  I'm certainly not going to walk through every audit

19   or review that we're undertaking, Your Honor, but I would like

20   to share with the Court several examples from each area so the

21   Court and the public can have a sense of what we're doing.

22         Before I get into, I guess, what some would say are

23   the more substantive areas, I do want to just piggyback on

24   something the CAO just talked about.  We lately have been

25   looking a lot at the resource issue for NOPD because Paragraph

OFFIICIAL TRANSCRIPT

1  12 requires the City to properly resource and support the NOPD.

2          And I just want to focus for a second a little more

3  on the cars.  To be clear, I'm not arguing with anything the

4  CAO said.  In fact, I'm sharing the CAO's frustration that the

5  systems do not permit NOPD to act in anywhere near as fast as

6  it needs to.  I just wanted to give a little additional

7  context.

8          So as the Court knows, I ride with police officers

9  every time I'm in town, and it gives me a pretty good sense of

10  what's going on in the districts.  I've been doing this since

11  the beginning of the Consent Decree.  My experience this week

12  was similar to my experiences in prior weeks.  And in one

13  particular district, there were probably 10 to 12 police cars

14  unusable in the district's parking lot.

15          Now the context I want to give, though, is what that

16  caused to happen is it caused officers to have to double-up or

17  even triple-up in the cars that did work.  From the perspective

18  of our shared goals of getting more officers, more cars on the

19  street, if you have to double-up officers in cars and you

20  already only have six cars on the street in the first place,

21  it's a significant impact on the NOPD's goals to get more cars,

22  more blue lights in more neighborhoods.

23          Now, again, I'm not -- I understand -- I can't say I

24  understand.  I have seen the bureaucracy that causes these

25  things to slow down with the City.  I absolutely agree and

OFFIICIAL TRANSCRIPT

1 believe when the superintendent and the CAO say they share this
2 frustration.  I just wanted to give a little context that it's
3 not just an administrative matter.  It is literally keeping
4 officers off the street because they have to share cars.

5          **THE COURT:** It's just as much as not having the
6 officers.

7          **MR. ARONIE:** That's exactly right.  And then when we
8 drove by the other night, EMD, and there is 20 to 30 cars
9 parked in the EMD parking lot not fixed yet, but no one was
10 working at EMD because it was in the evening, I would contend
11 that this is a big enough emergency where EMD should be working
12 double shifts.

13          NOPD officers work 24/7.  One could make an argument
14 that, perhaps, the people that fix their cars need to.  Now, I
15 understand budgetary issues and personnel issues and hiring.  I
16 know it's not as easy as I'm suggesting.  I did want to give a
17 little context to why it matters so much from a blue lights in
18 neighborhoods perspective.

19          In that same context, I also do have to give a, I
20 guess what I would say is a shout-out, to the cooperation we
21 have received from the CAO's office has been tremendous.
22 Working with Gilbert and Arlinda has been absolutely topnotch.
23 We share the goals; we share the efforts.  They have been fully
24 cooperative.  I couldn't ask for better partners in this kind
25 of Paragraph 12 effort, Your Honor.

1          **THE COURT:** And I agree, and we all appreciate it.  I

2    want to say having Arlinda at the CAO's office has been great

3    for us.  And of course, our cooperation with you, Gilbert, and

4    Donesia has been excellent.  So thank you.  We appreciate it,

5    and we'll keep it up.

6          **MR. ARONIE:** Absolutely.  Thank you, Your Honor.

7          Moving from Paragraph 12, I'm going to walk through

8    some of the various sections of the Consent Decree, as I said,

9    to give the Court a sense of what we're looking at.  Section 2

10   of the Consent Decree, as you know, focuses on policies and

11   training.  Now NOPD, the DOJ, and the monitoring team worked

12   very closely together years ago and updated almost all the

13   policies, I think.  It was a major, major undertaking, and the

14   result was a very impressive collection of new policies.

15         What NOPD has to do after that is make sure that the

16   policies are updated annually.  So one of the things we're

17   doing is we're working with PSAB to make sure that, in fact,

18   the update process is continuing, that there are records, that

19   the policies are --

20         **THE COURT:** Not PCAB.

21         **MR. ARONIE:** PSAB, standards and accountability.

22   Thank you for the clarification.

23         And so working together to make sure that the update

24   process continues.  That's very important because you could

25   have a situation as you have in a lot of departments across the

1  country where policies just stay on the books well past their

2  kind of usefulness, and no one ever looks at them to see if

3  they still reflect best practices.

4        The Consent Decree requires NOPD to do that.  We have

5  no reason to think they're not.  But you know, trust, but

6  verify.  And we're making sure that they continue to keep their

7  policies updated.

8        The other thing we're pushing in this area, Your

9  Honor, and we've heard this loud and clear from the officers

10  themselves, is to make sure that the officers in the field are

11  having their voices heard on what the policies need to reflect.

12  Now I'm not suggesting that the officers write the policies any

13  more than one person, me, you, the community should write the

14  policies.  But to have their voices be heard in this update

15  process makes a lot of sense.

16        Section 3, Your Honor, covers uses of force.

17  Obviously, a very important area.  We moved this area into the

18  green quite some time ago, but we never stopped reviewing uses

19  of force.  It's such an important area.  We review every

20  significant use of force that happens.  We're very happy to say

21  that there are not anywhere near as many serious uses of force

22  as there used to be; so there's less to look at.  But there are

23  still uses of force, and we look at them all.

24        What we're doing in this area to make sure there's

25  been no slippage is we're going back, and in a much more

OFFIICIAL TRANSCRIPT

1   limited fashion, conducting some of the use of force reviews
2   and audits we did previously.  This involves, Your Honor,
3   looking at videos to make sure that use of force reports match
4   to the facts of the actual use of force.  Looking at supervisor
5   investigations of uses of force.

6          Now all of these are much more limited than they were
7   when we did the deep dive initially, but it is enough to be
8   able to comfortably, I'm hopeful, telling Your Honor very
9   shortly that, no, we have not seen material backsliding in
10  these areas.  Now that's obviously the hope, but again, we'll
11  see what the data show.

12         Within the context of use of force, Your Honor, we're
13  also looking at the NOPD's use of force review board process.
14  We previously advised the Court that that was a very impressive
15  best practice, and we continue to look at them.  One could
16  understand where with the manpower crisis, there could be
17  slippage in this area.  I'm hoping that's not the case.  My
18  guess is it's not the case, but we're going to check to make
19  sure.

20         **THE COURT:** Is there some concern that there have been
21  not as many review boards?

22         **MR. ARONIE:** There was some concern during the COVID
23  time period that there might have been an impact on use of
24  force.  There was some delays in holding them; so that did
25  happen.

OFFIICIAL TRANSCRIPT

1            I will say, though, that we have not -- we do not

2      have the sense that NOPD is not still committed to this

3      process.  I talk to and meet with NOPD officers and rank and

4      leaders all the time.  I am -- I want to be sure, though, that

5      between COVID and manpower, they're still being held as

6      regularly as they need to and serving the critical function

7      they need to serve.

8            Section 4, Your Honor, covers crisis intervention

9      teams.  NOPD actually, I would say, has always been one of the

10     leaders in the country in this area.  They trained officers

11     very quickly and went above and beyond, at their own election,

12     the Consent Decree's requirement to have a certain amount of

13     officers trained.

14           Our review in this area is going to be rather

15     limited.  It really involves two things:  Looking at the

16     current numbers to make sure the officers with this training

17     still exist.  Because of so much officer turnover, we need to

18     make sure the new officers are receiving their CIT training.

19           And then also, and this involves not just the NOPD,

20     but the communications district, we want to be sure that the

21     CIT officers are actually being called to and deployed on the

22     scenes where they're necessary.  It's not a stretch to think

23     that with fewer officers, it's harder to get CIT-trained people

24     where you need them.  If that were the case, we would

25     understand that there might be hurdles there, but we need to

OFFIICIAL TRANSCRIPT

1  know.

2          Section 5, Your Honor, covers stops, searches, and

3  arrests.  Obviously, this has been one of the biggest and in

4  many ways most complicated areas.  It's one of two areas not in

5  the green yet.

6          Happy to say, and actually, very impressed to say

7  that the U.S. Department of Justice, the City, the NOPD, and

8  the monitoring team have worked closely together for a long

9  time to actually develop new tools as to how you measure this,

10  and that's important to stress.  This isn't -- this wasn't an

11  area where there's a guidebook out there, and you come in and

12  you check off boxes and you count numbers.

13          The parties actually have worked together to develop

14  a new process to do this, and that happened.  And frankly, it's

15  going to be a process that I think the rest of the country will

16  benefit from.

17          What we're doing now is the NOPD has conducted some

18  of these audits using the new tool, and the DOJ and the

19  monitoring team are going through those audits.  We are very

20  hopeful we'll be able to report positively on stop, search, and

21  arrest and bias free in November.  Right now, it's just a long

22  process of going through the audit results.

23          Section 6, Your Honor, covers custodial

24  interrogations.  That moved into the green some time ago.  We

25  have seen some potential areas of slippage.  I don't want to

OFFIICIAL TRANSCRIPT

1  suggest they've appeared major.  Because if they had, I would

2  have been in court talking about that.  But little areas that

3  seem to be the result of manpower issues, and perhaps, lack of

4  training for the influx of new officers.  So just like these

5  other areas, we're conducting very limited, spot audits to make

6  sure that any flaws are sporadic and not institutional.

7        Likewise, with Section 7 of the Consent Decree which

8  covers photographic lineups, the same sort of limited, spot

9  audits, very efficiently conducted to make sure there's no

10  material slippage there.

11        Section 8, Your Honor, goes hand in hand with

12  Section 5.  Section 8 deals with bias-free policing.  The DOJ,

13  the NOPD, and the monitoring team have attacked bias-free

14  policing and stop, search, and arrest together because they're

15  so interrelated.  So in the same way that they had to -- we all

16  had to develop tools for stop, search, and arrest, we likewise

17  had to develop tools for bias free.  The tools were impressive.

18  Audits have been conducted.  We're now going through the

19  process of reviewing the data and the audits.  As I said, I

20  hope to be in a good position to report on that in November

21  substantively.

22        **THE COURT:** My understanding is that all the parties

23  agree, Chief Ferguson, to work together to develop the ways to

24  audit these two areas.

25        **SUPERINTENDENT FERGUSON:** Yes, ma'am.


OFFIICIAL TRANSCRIPT

1      **THE COURT:** And that the New Orleans Police Department

2  has requested the help of the auditors and the DOJ to do

3  these --

4      **SUPERINTENDENT FERGUSON:** Identify.

5      **THE COURT:** -- to figure out how to do these audits?

6      **SUPERINTENDENT FERGUSON:** Identify this process.

7      **THE COURT:** That was my understanding, all right.

8      **MR. ARONIE:** And I want to give a big call-out to the

9  NOPD.  They were full partners in this.  We worked together.

10 We were more than happy to be asked for the help.  Our team has

11 a lot of expertise and DOJ likewise.

12      It was a hard process.  I don't want to stand up here

13 and say this was easy.  This was complicated.  It took a lot of

14 time.  But the result is a very legitimate and a very real way

15 to measure complicated issues.

16      **THE COURT:** Well, as you said, this is something that

17 the NOPD can continue to use.

18      **MR. ARONIE:** Absolutely.

19      **THE COURT:** And it certainly has the ability now to do

20 that.  They helped developed the tools, and they know how to

21 use them.

22      **MR. ARONIE:** Yeah, and in fact, Your Honor, I want to

23 give a shout-out again to NOPD because what they're doing is

24 they're not just using these stop, search, and arrest tools

25 from a compliance perspective.  The field operations bureau,

1  the bureau that Chris Gibby runs, they are using some of these
2  tools as a management tool as well to help supervise and help
3  grow and help train.

4    Look, you know, I stand up here, and I tell you
5  things that I don't like when things aren't going well.  This
6  is something that's been going very well, and the cooperation
7  is notable.

8    **THE COURT:** Am I correct that Matt Segraves should get
9  some --

10    **MR. ARONIE:** Matt Segraves and also Nicole Powell, I
11  think both of them have been instrumental in getting this done.

12    **THE COURT:** So please express our thanks to them and
13  tell them they got out a shout-out in Court.

14    **SUPERINTENDENT FERGUSON:** Will do.

15    **MR. ARONIE:** Thank you, Your Honor.

16    Section 9 covers policing free of gender bias.  Among
17  the areas within Section 9 are investigations of sexual assault
18  and investigations of domestic violence.  As you know, Chief
19  Viverette on our team has looked at that continuously.  They
20  were moved into the green in the area some time ago, but Mary
21  Ann continues to look at this area.

22    Here's another area where the personnel shortage
23  looks like it's creating difficulties for NOPD.  So we've asked
24  Chief Viverette to go back and conduct another spot audit, more
25  limited than the prior ones, but still to make sure that the

1  achievements of the past are not being lost.

2        **THE COURT:** Let me say for areas such as this where

3  there are challenges because of personnel, the point is to be

4  transparent about it, you know.  It would be better if the

5  department would say to the monitors who would say to me, "We

6  are having difficulties with this area because we don't have

7  personnel."  And then there could be a discussion about how to

8  adjust for that or how to deal with it.

9        So that's what I would encourage you to do in the

10  future because I think it -- we understand there's some

11  resource and personnel issues, but there may be ways that you

12  can address those.  And in any event, I would just like to know

13  about it and not have to find out about it.  I'd like for you

14  to tell me.

15        **MR. ARONIE:** Yes, Your Honor.  We agree.

16        Section 10 of the Consent Decree covers community

17  engagement.  Now in some ways, more than other areas of the

18  Consent Decree, this area is liable to take a hit from lack of

19  personnel.  Engaging with the community takes a lot of time and

20  a lot of time from officers on the street.

21        Now we contend that that time is critical, and in

22  fact, you can't fight crime without community engagement and

23  community involvement.  But because it's so manpower,

24  person-power focused, we are looking very closely at this area

25  to see if there's been any slippage.  We will continue to

1  review the PSAB reports in this area.  We have one of our

2  chiefs, Chief Murphy, reviewing the status of the geo

3  deployment efforts.

4         You'll remember the geo deployment is assigning

5  officers to certain sectors.  It wouldn't surprise me if in

6  light of the personnel issues, that has suffered.  Now I'm not

7  saying that it wouldn't be understandable if it has, but to

8  your prior point, we need to know these things so we can make

9  sure that there's a long-term plan and that there's no

10  institutional slippage.

11        **THE COURT:** What we hope is that these civilianization

12  efforts and bringing in different resources, different ways to

13  handle calls, such as, the traffic contract, will eventually --

14  and upping the recruitment effort.  Eventually, they're all

15  going to work together to where you can get back where you

16  were, and I know that's your goal as well.

17        Then there can be a plan, you know.  We can all know

18  yes, this is the problem, but NOPD has a plan to get back to

19  where they said they would.  And then you just work the plan,

20  and we'll see what happens.

21        **MR. ARONIE:** That's exactly right, Your Honor.  If

22  NOPD came to me and said, "Look, geo deployment has suffered

23  because of X, Y, and Z" -- I'm not saying it has.  I'm saying

24  if that were the sort of conversation, I would say, "Okay, I

25  understand that.  What's the plan to fix it over time as your

OFFIICIAL TRANSCRIPT

 1  numbers increase?"

 2          So those are the conversations we very much like to

 3  have.

 4          We're also in this area looking closely at the use of

 5  signals.  Those are the codes the NOPD officers use to say what

 6  they're doing because that's a nice, simple way to figure out

 7  where officers are spending their time.  Again, it won't

 8  surprise me if there have been impacts in this area because of

 9  staffing.  We, in the monitoring team, we are not foolishly

10  consistent.  If there's a reason for things and there has to be

11  a plan, kind of a workaround for a while, then we get that.

12          And to your point about the civilianization and the

13  alternative police responses are going to be a help, I contend,

14  Your Honor.  That's actually the only thing that's going to

15  work, and that's not a Band-Aid.  I think most people realize

16  that the redeployment at the moment is a Band-Aid.  We're

17  borrowing from Peter to pay Paul as they say.  Ultimately, you

18  have to pay back those people, or investigations don't get

19  conducted.  So we're living in a world of a Band-Aid, and we

20  get that.

21          Civilianization, however, and changing the way we

22  think about what requires a sworn police officer and what

23  doesn't is a real long-term solution.  And for a while, NOPD

24  was not a leading thinker in that area, but I believe they are

25  now.  And I have noticed a change in the way they're thinking

OFFIICIAL TRANSCRIPT

1 and talking about civilianization that I think is ultimately
2 going to hold the department in good standard.
3         **THE COURT:** You agree, Chief Ferguson?
4         **SUPERINTENDENT FERGUSON:** Yes, ma'am, I do.
5     **MR. ARONIE:** Not to put you on the spot or anything.
6         **SUPERINTENDENT FERGUSON:** I do.  Absolutely I think
7 it's going to play a major role in what we're trying to
8 accomplish, the civilianization, yes.
9         **MR. ARONIE:** Your Honor, Section 11 of the Consent
10 Decree covers recruitment.  I think everybody knows that the
11 department has had recruitment hurdles.  However, it is fair to
12 point out that the nation has had recruitment hurdles.  I talk
13 to police departments all over the country, and they all are
14 suffering in the same area of recruitment.
15         Now what I would contend has to happen and what I'm
16 starting to see happen is you need to change the way you
17 recruit.  You can't recruit kids today the way you recruited
18 kids 30 years ago.  That's very important.  Young people today
19 don't think the same way they did before.  And we're starting
20 to see kind of that realization of that within the NOPD, and I
21 think that's going to help recruiting efforts.
22         I also want to point out too the NOPJF, an
23 organization in town that has provided additional support to
24 the police department on the recruiting side, as has the
25 business community provided support.  It's going to continue to

OFFIICIAL TRANSCRIPT

1  be a struggle for some time.  But with so many different groups
2  working together, I think they'll be able to overcome this.
3  But it will be painful for some time as it is for the country
4  as a whole.

5         Section 12 of the Consent Decree covers the academy
6  and in-service training.  You have heard us stand here and tell
7  the progress of the academy for many years, Your Honor, and I
8  continue to do that.  I am very impressed to say that when I
9  was at the academy recently, not withstanding staffing issues
10 which I know the CAO is working on and the superintendent is
11 working on, not withstanding that, the attitude and
12 professionalism of the academy was still good, a far cry from
13 what it used to be when we started.  And they deserve great
14 credit.

15        Now as we know, they're struggling with some
16 personnel issues too, right.  They lost their dean which was,
17 you know, stolen by a different agency which is unfortunate.  A
18 credit to the department that their people are worth stealing,
19 but unfortunate for us.  Now we're going through a process to
20 fill that position.

21        **THE COURT:** Has their monitor been fixed, the monitors
22 and the video at the academy?

23        **MR. ARONIE:** The technology at the academy to monitor
24 the classrooms.

25        **SUPERINTENDENT FERGUSON:** Yes, majority of it.  To

OFFIICIAL TRANSCRIPT

1    monitor the classrooms?

2            **THE COURT:** Like when you first go in, the monitor has

3    been blank for a couple of years.

4            **SUPERINTENDENT FERGUSON:** To my understanding, it is

5    fixed.  Then what we did also, IT has reassigned personnel back

6    to that to address all of those IT issues within the academy.

7            **THE COURT:** Who has been to the academy lately?

8            **MR. ARONIE:** I was there last month, Your Honor.

9            **THE COURT:** I think last month it wouldn't have been

10   fixed.  Next time you go, check to see what's happening.

11           **MR. ARONIE:** I can call the captain and find out

12   today, Your Honor.

13           **THE COURT:** Okay, all right.

14           **MR. ARONIE:** The other quick spot checks of the

15   academy that we'll be doing, we want to confirm adherence to

16   the training plan.  That's not a complicated check, but it's

17   something we should do after all this time.  And I'm going to

18   make sure that the teachers still have the credentials that

19   they're supposed to have.  These are very quick checks, but

20   again, it makes sense to do it especially as we move closer and

21   closer to the sustainment period.

22           Section 13 covers the officer assistance program.

23   Your Honor, we've reported to you that there has been

24   significant slippage in that area.  I understand, but I have

25   not confirmed for myself that new staffing has been brought in.

OFFIICIAL TRANSCRIPT

1   New technology has been brought in.  New furniture has been
2   brought in.  I have no reason to doubt that's true.  I'm
3   thrilled that it's true, and I look forward to meeting with the
4   new people.

5           **THE COURT:**  You know, a lot of work went into putting
6   in policies and directives and standard operating procedures,
7   and the next task is to make sure that the new people know
8   about those and that they're trained and not just doing what
9   was done before, but actually thinking about how to do it
10  better because there was a lot of hope about having an
11  aggressive, effective program.  Some of that went into effect,
12  but I don't believe all of it did.

13          I would like to see the new people, Chief, really,
14  you know, get in there and not just do what was being done
15  before, but make it better.  And you know, we've seen -- it
16  just is a shame that over the past couple of years when it was
17  needed as much as ever that it was not functioning.  Not at
18  all, it was functioning, but not as well as it was intended to.

19          **MR. ARONIE:**  For sure, Your Honor.  And a couple of
20  additional comments, one, the Court suggested and NOPD embraced
21  the idea that the way you sustain achievements is with standard
22  operating procedures; so new people can look and see what
23  they're supposed to do.  NOPD embraced that.  They deployed
24  standard operating procedures through a number of different
25  divisions and bureaus.  That's going to help with these

OFFIICIAL TRANSCRIPT

1   transitions we're seeing.

2          **THE COURT:** Right.  And the problem, though, is I'm

3   finding people, because of turnover in different positions,

4   that all the things that have been put in place are not always

5   translated to the new person which is just, you know, terrible

6   because it would be so helpful to them.

7          And so I've asked the monitors to work with NOPD to

8   make sure that there's someone who is responsible for keeping

9   track of when people change positions to make sure that the new

10  person gets the benefit of what has been put in place as a

11  result of these efforts.  It's just, you know, such a waste to

12  have a monitor go to talk to someone who is in a new position

13  and say, "Are you following this SOP," and they say, "I never

14  heard of the SOP."

15         **MR. ARONIE:** As you know, we had that problem in the

16  area of community policing last year, and it was a significant

17  problem and that, I think, taught everyone a lesson about the

18  importance of these transitions.

19         **THE COURT:** I don't think it taught everyone a lesson.

20         **MR. ARONIE:** I'm hopeful it taught everyone a lesson.

21         **THE COURT:** It taught me a lesson.  But I had no idea

22  that this was happening, but now I do.  And so I'm, you know,

23  and that should be something, Chief, that you're interested in,

24  you know, to make sure that when -- because you know you have a

25  lot of changes and turnover and the new people need to be

1  trained in how to do their jobs.  How do you hold people
2  accountable if you don't give them the tools and the training
3  they need?
4          **MR. ARONIE:** I do have one final comment about the
5  officer assistance support.  And I've said it multiple times,
6  but it's critical I say it when I criticize the lack of
7  staffing.  There is a shining star there, and he has been
8  tolling, not withstanding the lack of staffing and support, and
9  I got to give Chris Abbott a significant shout-out yet again.
10 He has really kept the place together and done his best to make
11 sure officers have the support they need even without the
12 proper resources to the department.
13         **THE COURT:** Absolutely.
14         **MR. ARONIE:** Your Honor, Section 17 covers performance
15 evaluations and promotions.  There's only limited audits we can
16 do here because we can really only audit performance
17 evaluations annually when the department has performance
18 evaluations.  So some of that likely will be conducted during
19 the sustainment period.
20         The promotion process, we are doing some spot audits
21 on.  DOJ, NOPD, and the monitoring team worked really hard to
22 create a best-in-class promotions process.  We're just going to
23 spot audit some of the packages to make sure that the process
24 is working as intended.  And you know what, I've said this
25 before.  If the process is not working as intended, it doesn't

1  necessarily mean NOPD is not doing it right.  It could mean the

2  process needs to be improved.  So we're always open-minded to

3  ways we can continue -- a continuous improvement process is

4  critical to any complex organization.

5          **THE COURT:** And this is another area in which there

6  needs to be communication with the officers.  Because if you

7  read their comments in the paper, they don't understand the

8  process.  Well, it's set out very clearly in the policy.  I

9  believe that you all have done training, and you know, shared

10 information, but apparently, they're still saying they don't

11 understand it.

12         **SUPERINTENDENT FERGUSON:** I think they don't want to

13 understand it.  We have been very clear.

14         **MR. ARONIE:** I think that's quite possible.

15         **THE COURT:** I agree.  But you know, at least if you're

16 sure you keep explaining it over and over, like with your

17 teenagers, just say it over and over, at least you're trying to

18 communicate it to them.

19         **SUPERINTENDENT FERGUSON:** Yes, we are.

20         **THE COURT:** The monitors, when they look at it, if

21 there is a problem, they need to know about it, and y'all can

22 talk about any changes that need to be made.  To my knowledge,

23 there are not any problems.  It's working as it was intended

24 to.

25         **MR. ARONIE:** Your Honor, I still have some more to go

OFFIICIAL TRANSCRIPT

1   through.   I don't want to overstay my welcome.

2           **THE COURT:** How much more have you got?

3           **MR. ARONIE:** I have four, I think, more.

4           **THE COURT:** Okay, quickly.

5           **MR. ARONIE:** Okay.  Section 15 covers supervision.  We

6   continue to do a lot of spot audits in that area because

7   it's -- I don't know if pervasive is the right word.  But

8   everything else in the Consent Decree has a supervision

9   element.  We're doing a lot of spot checks in this area,

10  including, looking at videos.

11          Section 16, Your Honor, covers secondary employment

12  system.  As you know, this issue has come -- this section has

13  come under some scrutiny lately.  I don't need to talk more

14  about that, though.  It's currently the focus of multiple

15  investigations.

16          Section 17 covers misconduct complaint intake,

17  investigation, and adjudication.  Really, Your Honor, this is

18  the section that covers PIB or the name for our internal

19  affairs department and the investigations conducted in the

20  districts by the officers.  We're taking a deeper look in this

21  area than we are in some of the other areas because it's not

22  only so critical to community trust, but it's so critical to

23  officer trust in the department as well.

24          So we're looking at things like the timing of PIB

25  investigations to make sure they're done quickly in fairness to

OFFIICIAL TRANSCRIPT

1  everybody.  We're looking at the documentation.  We're looking
2  at the reasonableness of the decisions, and we're looking to
3  make sure there's no favoritism.

4       I want to be clear on this.  Some officers and police
5  associations have claimed favoritism in the process.  We have
6  not found any evidence of that.  Nonetheless, we trust, but
7  verify.  So we are looking back to make sure that nothing has
8  changed in that area.

9       Section 18, Your Honor, covers transparency and
10 oversight, and actually, this is the last section I'm going to
11 cover.  Some quick spot checks we're doing in this area, one
12 under Section 18, the NOPD has data collection and public
13 reporting obligations.  So that's not hard to spot check,
14 right.  Make sure the data that should be online are.  And make
15 sure the reports are timely and shared with the public.

16      The department has to be part of a United States
17 Attorney Criminal Justice Coordination group.  A gentleman here
18 AUSA Ted Carter is part of that, and so we just check to make
19 sure that's continuing to serve its purpose.

20      There's an obligation to continually support the PCAB
21 process, the police community advisory boards.  A quick word on
22 that, and I gave him kudos last hearing, and I'll do it again.
23 I have complained that the City and NOPD have paid very little
24 attention to the PCAB previously.  The superintendent and I
25 talked about this, and quite on his own, he reenergized it.  In

OFFIICIAL TRANSCRIPT

1  fact, just coincidentally, I saw him presenting at a PCAB this
2  week.  He's meeting with every PCAB himself.  That sends a
3  message to his captains and officers.  Major kudos to NOPD for
4  reviving this process.
5            At the same time, the process did languish for quite
6  some time.  So it's going to be some work to reenergize it, but
7  I'm glad to see it reenergize.
8            And then finally, Your Honor, on the list is within
9  Section 18, it's also important that the NOPD and the IPM
10  coordinate and work together.  That's not only important
11  because it's a requirement of the Consent Decree, it's
12  important because when we leave, when the federal Consent
13  Decree monitors leave, the IPM stays.  And so those processes
14  have to be in place; so the community can have continued trust
15  and oversight outside of the department.
16            And so what we're doing is some spot checks here to
17  make sure that the IPM is getting all the data it needs,
18  getting the reports it needs, and that NOPD is being fully
19  cooperative.  I'm not saying they're not, but I'm saying we're
20  checking.
21            So Your Honor, thank you for the opportunity to give
22  a long report.
23            **THE COURT:** Well, that's what I wanted to hear was on
24  each of the sections of the Consent Decree, what you're doing
25  to do what I asked you to do which is to look back and make

OFFIICIAL TRANSCRIPT

1  sure that we're still in good shape on all these different

2  areas.

3          I think it would be unrealistic to expect you to come

4  back to say that everything is perfect and nothing has slipped.

5  And the point is if you do find issues, we just need to address

6  it, and you know, not hide it.  Just address it and deal with

7  it.

8          **MR. ARONIE:** That's the way we think about this too.

9  Whenever we found issues in the past, NOPD has been very

10 cooperative to fix them.  So I have no desire or interest to

11 hide issues should we find them.  All I want to know is that we

12 can work together to fix them and put in lasting changes.

13 Thank you, Your Honor.

14         **THE COURT:** All right, thank you so much.  Would the

15 DOJ like to make any comments today?

16         **MS. MARKS:** No, Your Honor.  Thank you for the

17 opportunity and for the presentations today.

18         **THE COURT:** Thank you for being here this week.  We

19 appreciate it.

20         And I do want to thank the Independent Police Monitor

21 Ms. Cziment for being here.

22         I do want to make a personal request to members of

23 the community to attend the public hearings in the courtroom

24 and to participate in the public meetings hosted by the

25 monitors.  Frankly, the public meetings are often not well

OFFIICIAL TRANSCRIPT

1  attended, and it's important to the monitors and to me to hear

2  from the community.

3        So I implore the media to help us publish the dates,

4  times, and places of these public meetings and public hearings.

5  And would you all please go back to your community

6  organizations, friends, and neighbors and encourage them to

7  attend?  It's going to be even more important as we continue to

8  progress toward the two-year sustainment period for the Consent

9  Decree.

10        So for your planning purposes, the next -- we got two

11  public hearings in this courtroom before the end of the year.

12  November 9th at 3:00 and November 14th at 3:00.

13        The public meetings hosted by the monitors, there

14  will be one on November 9th at 6:30 at Ashe Cultural Arts

15  Center, one on November 10th at 12:30 at the East New Orleans

16  Regional Library, one December 14th, 6:30 at Ashe Cultural

17  Arts Center, and then December 15th at 12:30 at the Norman

18  Mayer Library.

19        **MR. ARONIE:** Your Honor, apologies.  I might have

20  heard wrong, but since we're going to put the transcript on the

21  website, could you just read the dates of the hearings again?

22  Because I thought I heard two November dates.

23        **THE COURT:** The public hearings in the courtroom?

24        **MR. ARONIE:** Yes.

25        **THE COURT:** November 9th at 3:00 and December 14th

OFFIICIAL TRANSCRIPT

1  at 3:00.  Okay, thank you.  I apologize if I got that wrong.

2         The public can always send questions and comments to

3  the monitor's website which if you type in

4  *consentdecreemonitor.com*, there will be a place there that says

5  questions and comments.  You can click on that, and you can

6  type in your question or comment.

7         And you can always go to the Court's website to get a

8  lot of information about the Consent Decree.  You can look at

9  the Consent Decree itself.  You can look at all the orders that

10 I've done.  You can look at the City's filings, and it's free

11 and open to the public.  You don't have to be a lawyer.  You

12 can type in EDLA in Google or Eastern District of Louisiana.

13 It will bring you to our court's home page.  And then on the

14 left-hand side of the page, there's a section for cases of

15 interest, and you just click on the NOPD Consent Decree.  And

16 there's a lot of information there that's readily available.

17        So again, I thank you all for being here today.  I

18 will look forward to seeing you in November.  Court is

19 adjourned.

20             (Whereupon this concludes the public hearing.)

21

22

23

24

25


                      OFFIICIAL TRANSCRIPT

1                           **<u>CERTIFICATE</u>**

2

3

4        I, Alexis A. Vice, RPR, CRR, Official Court Reporter for

5    the United States District Court, Eastern District of

6    Louisiana, do hereby certify that the foregoing is a true and

7    correct transcript, to the best of my ability and

8    understanding, from the record of the proceedings in the

9    above-entitled and numbered matter.

10

11

12                              */s/Alexis A. Vice, RPR, CRR*

13                              Alexis A. Vice, RPR, CRR
                                Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25


                           OFFIICIAL TRANSCRIPT