# NOPD Consent Decree Compliance

# Overall Compliance



| | |
|---|---|
| Paragraphs | 429 |
| Under review by OCDM | 143 |
| Rated non-compliant by OCDM | 2 |
| Paragraphs in disagreement | 93 |

See breakdown of paragraphs in the following activity sections.

# Policies and Training



| | | |
|---|---|---|
| Paragraphs | 12 | |
| Under review by OCDM | 4 | ¶ 17, 18, 25, 26 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 4 | ¶ 17, 18, 25, 26 |

# Use of Force



| Paragraphs | 84 | |
| Under review by OCDM | 13 | ¶ 30, 31, 32, 33, 36, 42, 50, 67, 83, 97, 105, 107, 108 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 12 | ¶ 31, 32, 33, 36, 42, 50, 67, 83, 97, 105, 107, 108 |

# Crisis Intervention Team



| | | |
|---|---|---|
| Paragraphs | 11 | |
| Under review by OCDM | 1 | ¶ 112 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 1 | ¶ 112 |

# Stops, Searches, and Arrests



| Paragraphs | 41 | |
|---|---|---|
| Under review by OCDM | 19 | ¶ 122, 123, 125, 126, 127, 129, 130, 137, 138, 140, 142, 143, 146, 147, 148, 149, 150, 151, 162 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 15 | ¶ 122, 125, 126, 127, 130, 138, 142, 143, 146, 147, 148, |

# Custodial Interrogations



Paragraphs                              8
Under review by OCDM                    8    ¶ 164, 165, 166, 167, 168, 169, 170, 163
Rated non-compliant by OCDM             0
Paragraphs in disagreement              8    ¶ 164, 165, 166, 167, 168, 169, 170, 163

# Photographic Line-ups



| | | |
|---|---|---|
| Paragraphs | 6 | |
| Under review by OCDM | 6 | ¶ 171, 172, 173, 174, 175, 176 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 5 | ¶ 171, 172, 174, 175, 176 |

# Bias-Free Policing



| Paragraphs | 18 | |
| Under review by OCDM | 5 | ¶ 182, 188, 189, 192, 193 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 4 | ¶ 182, 188, 192, 193 |

# Policing Free of Gender Bias



| | | |
|---|---|---|
| Paragraphs | 28 | |
| Under review by OCDM | 3 | ¶ 195, 209, 213 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 2 | ¶ 195, 213 |

# Community Engagement



| | | |
|---|---|---|
| Paragraphs | 11 | |
| Under review by OCDM | 5 | ¶ 223, 224, 226, 227, 229 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 6 | ¶ 223, 224, 226, 227, 229, 230 |

# Recruitment



| Paragraphs | 11 | |
|---|---|---|
| Under review by OCDM | 3 | ¶ 236, 237, 244 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 3 | ¶ 236, 237, 244 |

# Academy and In-Service Training



| Paragraphs | 44 | |
| Under review by OCDM | 5 | ¶ 249, 257, 259, 262, 277 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 4 | ¶ 249, 257, 262, 277 |

# Officer Assistance & Support



| | | |
|---|---|---|
| Paragraphs | 6 | |
| Under review by OCDM | 6 | ¶ 289, 290, 291, 292, 293, 294 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 6 | ¶ 289, 290, 291, 292, 293, 294 |

# Performance Evaluations & Promotions



| | | |
|---|---|---|
| Paragraphs | 11 | |
| Under review by OCDM | 3 | ¶ 298, 299, 301 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 2 | ¶ 299, 301 |

# Supervision



| | | | |
|---|---|---|---|
| Paragraphs | 26 | | |
| Under review by OCDM | 12 | ¶ 306, 308, 312, 313, 314, 315, 316, 317, 319, 320, 325, 327 | |
| Rated non-compliant by OCDM | 0 | | |
| Paragraphs in disagreement | 5 | ¶ 306, 313, 315, 316, 317 | |

# Secondary Employment System



| | | |
|---|---|---|
| Paragraphs | 43 | |
| Under review by OCDM | 31 | ¶ 332, 334, 336, 338, 339, 340, 341, 342, 343, 344, 345, 347, 351, 354, 356, 357, 358, 359, 360, 361, 364, 365, 366, 367, 368, 369, 371, 372, 373, 374, 346 |
| | | |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 0 | |

# Misconduct Complaint Intake, Investigation and Adjudication



| Paragraphs | 52 | |
|---|---|---|
| Under review by OCDM | 14 | ¶ 377, 379, 380, 381, 382, 383, 388, 403, 404, 413, 420, 421, 423, 424 |
| Rated non-compliant by OCDM | 0 | |
| Paragraphs in disagreement | 10 | ¶ 377, 379, 380, 381, 382, 388, 404, 413, 421, 423 |

# Transparency and Oversight



Paragraphs                                      17
Under review by OCDM               5    ¶ 430, 431, 437, 438, 441
Rated non-compliant by OCDM     2    ¶ 433,434
Paragraphs in disagreement          4    ¶ 430, 431, 438, 441

¶433NC, 434NC

# CD Compliance Data

| Section | # of Paragraphs | OCDM | | | | | | NOPD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Compliant | Under Review | Not Compliant | % Compliant | % Under Review | % Not Compliant | Compliant | Under Review | Not Compliant | % Compliant | % Under Review | % Not Compliant |
| Policies & Training Generally | 12 | 8 | 4 | 0 | 67% | 33% | 0% | 12 | 0 | 0 | 100% | 0% | 0% |
| Use of Force | 84 | 71 | 13 | 0 | 85% | 15% | 0% | 82 | 1 | 1 | 98% | 1% | 1% |
| Crisis Intervention Team | 11 | 10 | 1 | 0 | 91% | 9% | 0% | 11 | 0 | 0 | 100% | 0% | 0% |
| Stops, Searches, and Arrests | 41 | 22 | 19 | 0 | 54% | 46% | 0% | 37 | 4 | 0 | 90% | 10% | 0% |
| Custodial Interrogations | 8 | 0 | 8 | 0 | 0% | 100% | 0% | 8 | 0 | 0 | 100% | 0% | 0% |
| Photographic Line-Ups | 6 | 0 | 6 | 0 | 0% | 100% | 0% | 5 | 1 | 0 | 83% | 17% | 0% |
| Bias-Free Policing | 18 | 13 | 5 | 0 | 72% | 28% | 0% | 17 | 1 | 0 | 94% | 6% | 0% |
| Policing Free of Gender Bias | 28 | 25 | 3 | 0 | 89% | 11% | 0% | 27 | 1 | 0 | 96% | 4% | 0% |
| Community Engagement | 11 | 6 | 5 | 0 | 55% | 45% | 0% | 10 | 1 | 0 | 91% | 9% | 0% |
| Recruitment | 11 | 8 | 3 | 0 | 73% | 27% | 0% | 11 | 0 | 0 | 100% | 0% | 0% |
| Academy and In-Service Training | 44 | 39 | 5 | 0 | 89% | 11% | 0% | 43 | 1 | 0 | 98% | 2% | 0% |
| Officer Assistance & Support | 6 | 0 | 6 | 0 | 0% | 100% | 0% | 6 | 0 | 0 | 100% | 0% | 0% |
| Performance Evaluations & Promotions | 11 | 8 | 3 | 0 | 73% | 27% | 0% | 10 | 1 | 0 | 91% | 9% | 0% |
| Supervision | 26 | 14 | 12 | 0 | 54% | 46% | 0% | 19 | 7 | 0 | 73% | 27% | 0% |
| Secondary Employment System | 43 | 12 | 31 | 0 | 28% | 72% | 0% | 12 | 31 | 0 | 28% | 72% | 0% |
| Misconduct Complaint Intake, Investigation, and Adjudication | 52 | 38 | 14 | 0 | 73% | 27% | 0% | 48 | 4 | 0 | 92% | 8% | 0% |
| Transparency and Oversight | 17 | 10 | 5 | 2 | 59% | 29% | 12% | 14 | 1 | 2 | 82% | 6% | 12% |
| Total | 429 | 284 | 143 | 2 | 66% | 33% | 0% | 372 | 54 | 3 | 87% | 13% | 1% |