MINUTE ENTRY
MORGAN, J.
APRIL 27, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CIVIL ACTION |
|---|---|
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, APRIL 27, 2023 (10:20 a.m. – 11:49 a.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Alexis Vice |
| APPEARANCES: | Jonas Geissler on behalf of the Plaintiff, the United States of America; |
| | Daniel Davillier and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Ashley Burns and David Douglas on behalf of the Consent Decree Monitoring Team. Jonathan Aronie participated by telephone; |
| | Stella Cziment and Bonycle Sokunbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans |

**STATUS CONFERENCE**

The Court heard presentations by the Monitoring Team regarding the status of implementation of the Consent and Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463. The City of New Orleans and the Department of Justice provided their responses to the Monitoring Team's presentation to the Court.

```
JS-10:  01:29
```