UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>CITY OF NEW ORLEANS,<br>Defendant. | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC<br><br>JUDGE SUSIE MORGAN<br><br>MAG. DONNA PHILLIPS CURRAULT |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE NOPD'S RESPONSES INTO THE RECORD**

**NOW INTO COURT**, comes Defendant, City of New Orleans (the "City"), who seeks leave of court to file the New Orleans Police Department's ("NOPD") response to the Monitor's report regarding NOPD's Public Integrity Bureau ("PIB") and its 2022 Annual Report, as follows:

The Monitor tendered a draft report regarding the NOPD's Public Integrity Bureau and PIB responded on May 1, 2023. The Monitor filed its report into the record of this matter on May 3, 2023. (Rec. Doc. 694). The as-filed Monitor report does not include PIB's response. To complete the record, the City seeks leave of court to file PIB's response, which is attached as Exhibit 1.

On April 8, 2023, the City filed NOPD's response (Rec. Doc. 675) to the Monitor's Annual Report of 2022 (Rec. Doc. 674). The filing was rejected by the clerk of court for lack of proper caption. The filed Monitor's Annual Report (Rec. Doc. 674) also lacks a caption as neither document is a traditional pleading. The City's response was not prepared by counsel and cannot be submitted as a pleading pursuant to the Federal Rules of Civil Procedure. In the interest of transparency, the City seeks leave of court to supplement the record with Rec. Doc. 675 "NOPD

Response to the 2022 Annual Report of the Consent Decree Monitor," which is attached as Exhibit 2.

**WHEREFORE**, the City of New Orleans moves ~~to~~ for leave of Court to allow its "Response to OCDM Report on the New Orleans Police Department Public Integrity Bureau April 2023" and the "NOPD Response to the 2022 Annual Report of the Consent Decree Monitor" to be filed into the record of this matter.

*Respectfully submitted*, this 3rd day of May 2023.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for the City of New Orleans*

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 3rd day of May 2023.

/s/ Charles F. Zimmer II

2