UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

## ORDER

The Court set an in-court status conference on May 17, 2023, at 2:00 p.m. CST[1] to allow the Monitor to present to the Court regarding the status of implementation of the Consent Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463, including the Monitor's First Quarterly Report for 2023 and the Monitor's Public Integrity Bureau Report ("PIB Report").[2]

The Court hereby informs the parties that, at the May 17, 2023 status conference, the Monitor will present to the Court regarding the Monitor's First Quarterly Report for 2023 and Sections VII. B, C, and D of the PIB Report.

The Court will hold an in-court status conference on **June 7, 2023 at 2:00 p.m. CST**, to allow the Monitor to present to the Court regarding the status of implementation of the Consent Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463 of the Consent Decree.

The Monitor has now completed the report focusing on the Public Integrity Bureau's investigation into Officer Jeffrey Vappie ("PIB Vappie Investigation Report"). The presentation of Section VII. A of the Monitor's PIB Report and the Monitor's PIB Vappie Investigation Report will be on Wednesday **June 7, 2023 at 2:00 p.m. CST**.

---

[1] R. Doc. 693.
[2] R. Doc. 694.

1

If either party wishes to make a presentation on Section VII. A of the Monitor's PIB Report or the Monitor's PIB Vappie Investigation Report, send a letter to the Court's e-file address on or before **June 5, 2023**. Include who the party proposes will make the presentation, on what topics, and how long the party anticipates the presentation will last.

**New Orleans, Louisiana, this 16th day of May, 2023.**

_____<br>
**SUSIE MORGAN**<br>
**UNITED STATES DISTRICT JUDGE**