UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

**ORDER**

The Court set an in-court status conference on June 7, 2023, at 2:00 p.m. CST[1] to allow the Monitor to present to the Court regarding the status of implementation of the Consent Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463, including Section VII. A of the Monitor's Public Integrity Bureau Report ("PIB Report")[2] and the Monitor's report focusing on the Public Integrity Bureau's investigation into Officer Jeffrey Vappie ("PIB Vappie Investigation Report").

The Monitor's final PIB Vappie Investigation Report, with attachments, has been provided to the parties.

The Court finds, in the interest of the efficient and orderly administration of justice and by virtue of its inherent powers,[3] it will be for the benefit of the parties, the Court, and the public, for the parties to provide written responses to the PIB Vappie Investigation Report prior to the status conference on June 7, 2023.

Accordingly,

---

[1] R. Doc. 701.
[2] The City filed a response to the PIB Report. R. Doc. 697.
[3] District courts possess inherent powers to manage the cases on their dockets so as to achieve an orderly and expeditious disposition with economy of time and effort for itself, counsel, and litigants. *In re Stone*, 986 F.2d 898, 903 (5th Cir. 1993).

1

**IT IS HEREBY ORDERED** that the parties file their written responses to the PIB Vappie Investigation Report by 5:00 p.m. CST on June 5, 2023.

**New Orleans, Louisiana, this 25th day of May, 2023.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**
