UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS,<br>　　　　　Defendant. | MAG. DONNA PHILLIPS<br>CURRALL |

### EX PARTE MOTION TO CONTINUE STATUS CONFERENCE

**NOW INTO COURT**, comes Defendant, City of New Orleans (the "City"), who moves as follows:

　　1.　The Court ordered that NOPD file a written response to the court-appointed monitor's ("Monitor") report regarding the Public Integrity Bureau ("PIB") investigation of Officer Vappie on June 5, 2023 (Rec. Doc. 707), in advance of a public status conference on June 7, 2003 (Rec. Doc. 701).

　　2.　The City and NOPD have been advised that the Monitor will reveal information regarding the investigation of Officer Vappie at the June 7, 2023, public status conference. NOPD's response to the Monitor's report will also include information about the proceedings.

　　3.　In order to protect the integrity of the disciplinary process, the City seeks a continuance of this public status conference until Officer Vappie's disciplinary process is complete.

　　4.　In the alternative, the City moves that any discussion of the ongoing disciplinary proceeding regarding Officer Vappie by the Monitor be conducted in

1 | P a g e

2 | P a g e

chambers and that the transcript of that discussion be sealed until the disciplinary process is complete. Further, the City moves that any response by NOPD regarding the pending Vappie investigation be sealed by the Court until the disciplinary process is complete.

**Wherefore**, the City and NOPD moves this Honorable Court to protect the integrity of an ongoing disciplinary proceeding by continuing the public status conference regarding the investigation of Officer Vappie and the associated response by NOPD or sealing all related information until it is complete.

*Respectfully submitted*, this 1st day of June 2023.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for*
*the City of New Orleans*

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 1st day of June 2023.

/s/ Charles F. Zimmer II