UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, June 2, 2023, at 3:00 p.m.**, with counsel to discuss the City's ex parte motion to continue the status conference.[1] An e-mail will be sent to all participants with the link to the video conference.

New Orleans, Louisiana, this 2nd day of June, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 708.

1