UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

### ORDER

Before the Court is a Motion to Terminate the Consent Decree filed by the City of New Orleans ("the City").[1] The Department of Justice ("DOJ") filed an opposition.[2] The City filed a reply.[3]

**IT IS ORDERED** that the City's Motion is hereby set for oral argument on **Wednesday, June 28, 2023, at 9:00 a.m.**, in Judge Morgan's courtroom.

The City will have 70 minutes to argue in support of its Motion to Terminate and 20 minutes for rebuttal.

The DOJ will have 90 minutes to argue in opposition to the Motion to Terminate.

The exhibits the parties may seek to admit into evidence at the hearing are those attached to (1) the City's Motion to Terminate, (2) the DOJ's Opposition, and (3) the City's Reply, to the extent the exhibits have not been stricken and to the extent they are relevant and otherwise admissible.[4]

The City and the DOJ shall provide to the Court, and to opposing counsel, **on or before Friday, June 23, 2023**, one (1) copy of its set of bench books containing an

---

[1] R. Doc. 629.
[2] R. Doc. 682.
[3] R. Doc. 698.
[4] R. Doc. 699.

1

index and the portion of exhibits the party will seek to admit into evidence. Objections to any exhibits must be filed **by Monday, June 26, 2023**.

**New Orleans, Louisiana, this 13th day of June, 2023.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**