

# Attachment A

# City Council Letter to Monitoring Team



November 10, 2022

Judge Susie Morgan
500 Poydras Street
Room C322
New Orleans, LA  70130

Jonathan Aronie
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801

Dear Judge Morgan & Mr. Aronie:

We are writing to express our significant concerns about the apparent conflict of interest with the New Orleans Police Department being allowed to, again, investigate serious allegations involving Mayor Cantrell. The NOPD cannot be allowed to handle this matter fully and internally because of the inherent conflict of interest.

By this letter, we formally request that immediate steps be taken to appoint the Consent Decree Monitor, in partnership with Office of the Independent Police Monitor to take the lead on this investigation. We believe swift action is required to cure apparent conflicts of interest and preserve the integrity of the investigations of the Mayor.

Regards,

_____
JP Morrell
Councilmember at-Large
Governmental Affairs Committee Chair

Joseph I. Giarrusso, III
Councilmember District A
Budget Committee Chair

CC:
Stella Cziment, Independent Police Monitor