

# Attachment B

# Monitoring Team's Response To City Council

NOPD CONSENT DECREE MONITOR
NEW ORLEANS, LOUISIANA



202.747.1902 direct
jaronie@sheppardmullin.com

November 11, 2022

File Number: 37PA-191555

JP Morrell, Councilmember at-Large
Joseph I. Giarrusso, III, Councilmember District A
City Hall
1300 Perdido St.
New Orleans, LA  70112

Dear Sirs:

This letter confirms receipt of your request that the Consent Decree Monitoring Team and the IPM jointly investigate matters relating to alleged time card misconduct involving the Mayor's NOPD security detail.  As you know, the Monitoring Team does not investigate specific matters.  Likewise, at the moment, the IPM is not staffed to investigate specific matters.  Nonetheless, we understand your belief that matters relating to high-ranking officials within the police department or the City require extra diligence to ensure there is no real or perceived pressure on the investigators.  Accordingly, we have conferred with the IPM, and agreed we both will work closely with the New Orleans Police Department Public Integrity Bureau to ensure their investigation of NOPD's role in this matter is effective, efficient, and without bias.  The U.S. District Court has agreed that this is wholly consistent with our role of monitoring and providing technical assistance to the New Orleans Police Department.  We believe this approach will address your concerns and ensure that our role is well within the scope of the Consent Decree and that the IPM's role is met within its current resources.

Thank you for your confidence in us.

Jonathan S. Aronie
For SHEPPARD MULLIN RICHTER & HAMPTON LLP*
2099 PENNSYLVANIA AVE., N.W., SUITE 100
WASHINGTON, DC  20006

CC:   HONORABLE SUSIE MORGAN (VIA ELECTRONIC MAIL)
      DAVID L. DOUGLASS, ESQ. (VIA ELECTRONIC MAIL)
      TIMOTHY MYGATT, U.S. DEPARTMENT OF JUSTICE (VIA ELECTRONIC MAIL)
      DONESIA D. TURNER, CITY OF NEW ORLEANS (VIA ELECTRONIC MAIL)