# INVOICES RE:  VAPPIE / PIB

**FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2022**

11/10/22 Prepare for and meet with NOPD regarding City Ordinances (1.0); prepare for and participate in public meeting at East New Orleans Regional Library (2.5); meet with Mr. Douglass and Dr. Burns regarding same (0.4); meet with IPM regarding same (0.3); meet with OIG regarding NOPD/Mayor investigation (0.3); review notes and other materials en route to DC (0.8); meet with IPM regarding City Ordinance (0.4); attend to Morrell ordinance regarding IPM (0.4); review data from Ms. Trepagnier (0.2).
Jonathan S. Aronie 6.30 hrs. $ 516.59/hr.

11/11/22 Meet with community stakeholder (0.4); attend to Vappie investigation (0.4); respond to City Council request to investigate Vappie matter (0.4); correspond with Mr. Helou regarding Use of Force data (0.2); correspond with Judge Morgan regarding City Council investigation request (0.3).
Jonathan S. Aronie 1.70 hrs. $ 516.59/hr.

11/13/22 Review follow-up news report regarding Officer Vappie.
David L. Douglass .30 hrs. $ 516.60/hr.

11/13/22 Draft cover letter to preliminary PIB findings (0.5); correspond with Judge Morgan regarding Vappie (0.2).
Jonathan S. Aronie .70 hrs. $ 516.59/hr.

11/14/22 Call with Judge Morgan and Mr. Aronie regarding Vappie investigation issues.
David L. Douglass 1.40 hrs. $ 516.59/hr.

11/14/22 Prepare for and meet with Judge Morgan regarding Vappie investigation (1.4); meet with NOPD personnel regarding same (0.4); review policies and rules regarding potential violations (0.7); prepare for meeting with City Council regarding IPM (0.3); coordinate meeting with PIB and IPM (0.3).
Jonathan S. Aronie 3.10 hrs. $ 516.59/hr.

11/15/22 Prepare for and participate in video conference with Councilmember Morrell (0.5); prepare for and meet with PIB and IPM regarding Vappie investigation (1.2); attend to use of force event (0.2).
Jonathan S. Aronie 1.90 hrs. $ 516.59/hr.

11/16/22 Work on IPM ordinance (0.5); review NOPD news coverage (0.4); attend to Vappie Investigation (0.4).
Jonathan S. Aronie 1.30 hrs. $ 516.59/hr.

11/17/22 Prepare for and meet with DOJ and Monitoring Team (1.0); prepare technical assistance memo to PIB regarding Vappie investigation (0.8); correspond with Deputy Chief regarding new PIB investigations (0.2); meet with City official regarding ongoing news stories regarding NOPD executive protection detail (0.4); review local news regarding NOPD matters (0.3); review and revise draft IPM ordinance (0.5); confer

CDM099

2 | P a g e

with Mr. Douglass regarding same (0.2)
Jonathan S. Aronie 3.40 hrs. $ 516.59/hr.

**FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2022**

12/01/22 Telephone conferences with key individuals relating to Vappie investigation.
Jonathan S. Aronie .40 hrs. $ 516.60/hr.

12/02/22 Confer with IPM and team members regarding Vappie investigation monitoring plan.
David L. Douglass .60 hrs. $ 516.58/hr.

12/02/22 Review information regarding IG investigation concerning Vappie issue and communicate with Judge Morgan regarding same.
David L. Douglass .60 hrs. $ 516.58/hr.

12/02/22 Participate in call with Mr. Douglass, Ms. Perry, and Independent Monitor Team regarding overseeing the ongoing Vappie investigation (0.7); continue drafting Annual Report (1.4).
Nikole R. Snyder 2.10 hrs. $ 425.43/hr.

12/05/22 Attend Investigation Coordination Zoom meeting concerning PIB's Vappie investigation; review investigation documents; develop investigation tracking document.
Scott Huntsberry 1.40 hrs. $ 200.00/hr.

12/05/22 Prepare for and participate in PIB briefing regarding Vappie investigation (1.0); prepare for and meet with Mr. Douglass and Judge Morgan regarding various compliance matters (0.8); review and comment on Vappie investigations plan (0.6); review PIB draft interview outline (0.3); meet with Agent Huntsberry and Ms. Perry regarding PIB investigation (0.4).
Jonathan S. Aronie 3.10 hrs. $ 516.59/hr.

12/07/22 Meet with Captain Allen of NOPD PIB at his office to discuss Vappie investigation status and next steps.
Scott Huntsberry 1.10 hrs. $ 200.00/hr.

12/09/22 Follow-up regarding Vappie investigation.
David L. Douglass .30 hrs. $ 516.60/hr.

12/09/22 Review materials regarding PIB and prepare task and timeline list for Vappie investigation; send same to Agent Huntsberry for review.
Anne B. Perry 3.30 hrs. $ 516.59/hr.

12/12/22 Attend investigation status update meeting with Mr. Aronie and Ms. Perry concerning NOPD PIB Vappie investigation.
Scott Huntsberry 1.00 hrs. $ 200.00/hr.

INVOICES RE: VAPPIE / PIB

2 | P a g e

CDM100

12/12/22 Participate in weekly status call regarding Vappie investigation; update draft work plan/timeline; telephone conference with Ms. Viverette regarding PIB.
Anne B. Perry 1.70 hrs. $ 516.59/hr.

12/12/22 Prepare for and participate in weekly call with PIB regarding Vappie (1.0); meet with Ms. Perry regarding same (0.3); meet with Mr. Douglass and Judge Morgan regarding court hearing and related compliance matters (0.7); meet with IG regarding NOPD investigation matters (0.3); attend to Claus matter (0.2); correspond with Dr. Burns regarding "in the green" carveouts and promises (0.2); correspond with Mr. Douglass regarding co-responder opportunities (0.2).
Jonathan S. Aronie 2.90 hrs. $ 516.59/hr.

12/12/22 Attend meeting with NOPD on Vappie investigation update.
Nikole R. Snyder 1.00 hrs. $ 425.43/hr.

12/13/22 Attend Vappie Investigation Status meeting with Captain Allen.
Scott Huntsberry .40 hrs. $ 200.00/hr.

12/15/22 Correspond with NOPD PIB regarding Vappie investigation.
Jonathan S. Aronie .30 hrs. $ 516.60/hr.

12/16/22 Prepare for and attend monitoring team retreat with Judge Morgan (2.0); meet with various stakeholders regarding police leadership (0.4); review letter from OIG regarding NOPD (0.2); correspond with PIB regarding Vappie investigation (0.2).
Jonathan S. Aronie 2.80 hrs. $ 516.59/hr.

12/19/22 Attend Vappie Investigation strategy and coordination meeting with NOPD PIB personnel, representative of IPM, Mr. Aronie, and Ms. Perry.
Scott Huntsberry 1.00 hrs. $ 200.00/hr.

12/19/22 Prepare for and meet with Judge Morgan regarding personnel, leadership, consultants, and related monitoring tasks (0.5); prepare for and meet with PIB regarding Vappie investigation (0.8); meet with IG regarding same (0.4); draft letter to Deputy Chief Sanchez regarding same (0.5); conduct research regarding obstruction of internal affairs investigation (0.4).
Jonathan S. Aronie 2.60 hrs. $ 516.59/hr.

12/20/22 Attend NOPD Vappie investigation update meeting with Sgt. Jones.
Scott Huntsberry .40 hrs. $ 200.00/hr.

12/21/22 Receive update from Ms. Perry regarding Vappie investigation.
David L. Douglass .20 hrs. $ 516.60/hr.

12/21/22 Review NOPD updates; confer with Mr. Douglas regarding status of Mr. Vappie investigation.
Anne B. Perry .80 hrs. $ 516.59/hr.

12/22/22 Review NOPD updates; confer with Agent Huntsberry regarding status of Mr. Vappie investigation.
Anne B. Perry .20 hrs. $ 516.60/hr.

4 | P a g e

12/22/22 Attend to outgoing Chief Ferguson's decision to reinstate Officer Vappie to the Mayor's executive security detail in the middle of multiple investigations into Vappie's behavior (3.0); prepare for and meet with Judge Morgan et al. regarding APR and related efforts to reduce officer burden to ensure NOPD compliance with Paragraph 12 (1.0); prepare for and attend Monitor Retreat with Judge Morgan (1.5); meet with community stakeholder regarding NOPD leadership change (0.5).
Jonathan S. Aronie 6.00 hrs. $ 516.59/hr.

12/23/22 Conduct telephone call with Captain Allen concerning status of PIB's Vappie investigation.
Scott Huntsberry .40 hrs. $ 200.00/hr.

12/23/22 Review NOPD updates; confer with Agent Huntsberry regarding status of Mr. Vappie investigation.
Anne B. Perry .70 hrs. $ 516.59/hr.

12/27/22 Receive telephone call from Captain Allen concerning PIB's Vappie Investigation progress.
Scott Huntsberry .30 hrs. $ 200.00/hr.

12/28/22 Attend update/status meeting with PIB personnel, IPM personnel, Mr. Aronie, and Ms. Perry concerning Vappie investigation.
Scott Huntsberry .80 hrs. $ 200.00/hr.

12/28/22 Review interview questions and email; correspondence regarding same; prepare for and participate in weekly update call regarding Vappie investigation.
Anne B. Perry 1.60 hrs. $ 516.59/hr.

12/28/22 Prepare for and meet with PIB regarding Vappie (1.0); meet with Agent Huntsberry regarding same (0.3); review PIB interview of executive protection officer (1.4); correspond with PIB regarding ongoing investigation (0.2); meet with community stakeholder regarding NOPD leadership (0.4); meet with NOPD deputy chief regarding ongoing compliance matters (0.4); meet with NOPD captain regarding ongoing compliance matters (0.4); review materials regarding recent officer accidental discharge (0.2); prepare additional interview questions for PIB investigators (0.4); correspond with Officer Allen regarding same (0.2); meet with Deputy Chief Sanchez regarding ongoing Vappie investigation (0.3).
Jonathan S. Aronie 5.30 hrs. $ 516.59/hr.

12/29/22 Attend Zoom update and planning meeting with Captain Allen regarding PIB's Vappie investigation.
Scott Huntsberry .70 hrs. $ 200.00/hr.

12/29/22 Prepare for and meet with Monitoring Team regarding 2023 monitoring plans (0.7); draft email to Chief Sanchez regarding additional recommendations for Vappie investigation (0.4); meet with key City leaders regarding national search for new Superintendent (0.4); meet with NOPD leaders regarding changes in NOPD leadership structure (0.5); review Vappie witness interviews (0.4).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

4 | P a g e

5 | P a g e

12/30/22 Meet with City Council members regarding questions about national superintendent search (0.3); correspond with Chief Sanchez regarding Vappie investigation (0.3); prepare for and meet with Judge Morgan regarding new NOPD leadership, Fausto's role at NOPD, and Vappie investigation (0.4); review and suggest revisions to correspondence with Chief Gernon (0.3).
Jonathan S. Aronie 1.30 hrs. $ 516.59/hr.

12/31/22 Review PIB interviews regarding Vappie.
Jonathan S. Aronie 1.00 hrs. $ 516.59/hr.

**FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2023**

01/03/23 Vappie investigation - Email correspondence and review materials.
Anne B. Perry .20 hrs. $ 516.60/hr.

01/03/23 Review witness interview recordings regarding Vappie investigation (1.0); review materials regarding recruitment and retention (0.4); correspond with Judge Morgan regarding same (0.1); meet with Chief Sanchez regarding cancellation of weekly meeting (0.2); meet with member of Ethics Board regarding various NOPD compliance matters (0.7).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

01/04/23 Prepare for and meet with Chief Woodfork and new leadership team (1.0); meet with City Council member regarding CD status (0.4); prepare for and meet with Chief Sanchez regarding reassignment of Vappie investigators (0.3); meet with IPM regarding same (0.4); meet with IG regarding same (0.4); meet with Mr. Douglass regarding meeting with Chief Woodfork (0.4); correspond with Chief Sanchez regarding Vappie (0.2); correspond with Chief Woodfork regarding Vappie (0.1); review Monlyn and Johnson witness interviews (2.0).
Jonathan S. Aronie 5.20 hrs. $ 516.59/hr.

01/05/23 Conduct telephone call with Commander Allen concerning Vappie investigation status.
Scott Huntsberry .30 hrs. $ 215.00/hr.

01/05/23 Compose email to Mr. Aronie concerning upcoming subject interview of Officer Vappie by PIB.
Scott Huntsberry .20 hrs. $ 215.00/hr.

01/05/23 Prepare for and meet with NAACP president regarding NOPD leadership (0.5); attend to Vappie investigation oversight (0.3); prepare questions for PIB regarding Vappie investigation (0.4).
Jonathan S. Aronie 1.20 hrs. $ 516.59/hr.

01/06/23 Participate in conference call with investigative team regarding status and next steps in Vappie investigation.
Anne B. Perry 1.10 hrs. $ 516.59/hr.

CDM103

01/06/23 Prepare for and participate in video call with PIB regarding status of Vappie investigation (0.9); prepare for and meet with DOJ (0.5).
Jonathan S. Aronie 1.40 hrs. $ 516.59/hr.

01/08/23 Develop list of interview questions for Jeffrey Vappie.
Scott Huntsberry .90 hrs. $ 215.00/hr.

01/09/23 Attend meeting with Capt Allen and Lt. Jones at PIB Office concerning Vappie Investigation; observe Vappie interview at PIB office.
Scott Huntsberry 4.20 hrs. $ 215.00/hr.

01/09/23 Email correspondence regarding status and next steps in Vappie investigation (0.3); confer with Mr. Aronie regarding updates and status of Vappie investigation (0.2).
Anne B. Perry .50 hrs. $ 516.60/hr.

01/09/23 Prepare for and participate in meeting with Judge Morgan and NOPD interim superintendent (1.4); prepare for and participate in meeting with monitoring team in advance of meetings with parties (2.0); meet with Mr. Huntsberry regarding Vappie interview (0.3); telephone conference with Chief Gernon regarding PSAB OPSE audits (0.4); meet with Mr. Douglass regarding same (0.2); correspond with judge Morgan regarding same (0.4); correspond with Judge Morgan regarding Vappie investigation (0.2); meet with member of Business Council and NOLA Coalition regarding community feedback regarding NOPD chief search (0.7); draft email to PIB chief regarding detailing reassigned investigators back to PIB (0.4).
Jonathan S. Aronie 6.00 hrs. $ 516.59/hr.

01/10/23 Prepare for and participate in (via Zoom) meeting with Monitoring Team and DOJ (2.5); prepare for and participate in weekly PIB briefing regarding Vappie investigation (0.7); meet with Mr. Huntsberry regarding same (0.3); prepare for and participate in meeting with Monitoring Team, DOJ, and NOPD (2.5).
Jonathan S. Aronie 6.00 hrs. $ 516.59/hr.

01/12/23 Attend Vappie Investigation meeting with Judge Morgan.
Scott Huntsberry .90 hrs. $ 215.00/hr.

01/12/23 Prepare for and participate in all-hands status conference (2.0); prepare for and participate in video conference regarding Vappie investigation and related matters (0.7); meet with Judge Morgan (0.5); meet with Mr. Huntsberry regarding Vappie investigation (0.3); correspond with DOJ regarding task forces (0.2); correspond with DOJ regarding Vappie investigation (0.2).
Jonathan S. Aronie 3.70 hrs. $ 516.59/hr.

01/13/23 Correspond regarding vehicle pursuit issues (0.3); attend to monitoring of Vappie investigation (1.0).
Jonathan S. Aronie 1.30 hrs. $ 516.59/hr.

01/15/23 Review Vappie interview.
Jonathan S. Aronie 3.00 hrs. $ 516.59/hr.

INVOICES RE:  VAPPIE / PIB

01/16/23 Attend to Vappie investigation monitoring.
Jonathan S. Aronie .40 hrs. $ 516.60/hr.

01/17/23 Prepare for and participate in weekly Vappie investigation call.
Jonathan S. Aronie 1.00 hrs. $ 516.59/hr.

01/18/23 Email Ms. Perry requesting Vappie Investigation update.
Scott Huntsberry .10 hrs. $ 215.00/hr.

01/18/23 Prepare for and meet with Judge Morgan regarding follow-up to onsite meetings and path forward (1.0); review coverage of City Council meeting regarding potential implications on Consent Decree (0.4); correspond with Chief Woodfork regarding outside agencies policing during Mardi Gras (0.2); review media statements from Chief Woodfork regarding application of the Consent Decree to outside agencies (0.2); correspond with Judge Morgan and Mr. Douglass regarding same (0.2); review amended Vappie divorce filing regarding implications for PIB investigation (0.3); correspond with Chief Sanchez regarding same (0.1).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

01/19/23 Correspond with Chief Sanchez regarding movement of Vappie follow-up interview (0.2); meet with DOJ regarding Vappie investigation (0.4); review materials regarding recent uses of force (0.7).
Jonathan S. Aronie 1.30 hrs. $ 516.59/hr.

01/23/23 Attend Vappie investigation Status and Planning meeting with Mr. Aronie and Ms. Perry with members of NOPD PIB unit.
Scott Huntsberry 1.50 hrs. $ 215.00/hr.

01/23/23 Participate in meeting with PIB investigators (1.4); draft questions for follow-up interview with Mr. Vappie (0.5).
Anne B. Perry 1.90 hrs. $ 516.59/hr.

01/23/23 Prepare for and participate in video conference with NOPD and IPM regarding Vappie investigation (1.0); prepare for and meet with Judge Morgan and Mr. Douglass regarding annual report (1.4).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

01/23/23 Participate in Vappie investigation call with OCDM, NOPD, and IPM (1.4); draft potential questions for Vappie interview (0.3).
Nikole R. Snyder 1.70 hrs. $ 425.43/hr.

01/24/23 Finalize list of interview questions for Vappie's second interview and email same to Mr. Aronie and Ms. Perry for review.
Scott Huntsberry .30 hrs. $ 215.00/hr.

01/24/23 Review updates to questions for follow-up interview with Mr. Vappie (0.4); confer with Messrs. Aronie and Huntsberry regarding questions for follow-up interview with Mr. Vappie (0.2).
Anne B. Perry .60 hrs. $ 516.58/hr.

01/24/23 Meet with Mr. Douglass regarding annual report (0.3); review proposed questions for Vappie investigation (0.4).
Jonathan S. Aronie .70 hrs. $ 516.59/hr.

01/25/23 Email correspondence regarding questions for follow-up interview with Mr. Vappie.
Anne B. Perry .10 hrs. $ 516.60/hr.

01/31/23 Attend Vappie Investigation Status/Coordination meeting with IPM & PIB representatives, Mr. Aronie, and Ms. Perry.
Scott Huntsberry .50 hrs. $ 215.00/hr.

01/31/23 Prepare for and participate in meeting with Judge Morgan and parties regarding Recruitment (1.0); prepare for and participate in weekly Vappie Investigation check in meeting (0.7); attend to National Testing issue (0.3); prepare for and meet with DOJ regarding ongoing compliance matters (0.4).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

**FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023**

02/01/23 Review first interview of Mr. Vappie (2.9); confer with Mr. Aronie regarding same (0.1).
Anne B. Perry 3.00 hrs. $ 516.59/hr.

02/02/23 Attend Vappie Investigation update meeting with Lt. Jones.
Scott Huntsberry .30 hrs. $ 215.00/hr.

02/03/23 Prepare for and meet with NOPD officer regarding current state of NOPD compliance (0.4); correspond with Ms. Turner regarding 88-page consultant report (0.1); correspond with Judge Morgan and Mr. Douglass regarding same (0.2); correspond with Mr. Sanchez regarding postponement of Vappie interview (0.2); meet with Judge Morgan regarding ongoing compliance matters (0.3).
Jonathan S. Aronie 1.20 hrs. $ 516.59/hr.

02/06/23 Attend Vappie Investigation Status Meeting with Mr. Aronie and Ms. Perry.
Scott Huntsberry 1.00 hrs. $ 215.00/hr.

02/06/23 Participate in Vappie status meeting; review articles regarding same.
Anne B. Perry 1.60 hrs. $ 516.59/hr.

02/06/23 Review and revise documents relating to NOPD compliance (0.8); prepare for and participate in weekly check-in regarding Vappie investigation (0.7); meet with IPM regarding same (0.4).
Jonathan S. Aronie 1.90 hrs. $ 516.59/hr.

02/06/23 Update OCDM 2023 schedule (0.7); continue drafting Supervision Checklist (0.5); participate in Vappie investigation update call (0.4); review Consent Decree dashboard to get updates on current compliance status (0.5).
Nikole R. Snyder 2.10 hrs. $ 425.43/hr.

02/08/23 Prepare for and participate in meeting with DOJ and NOPD regarding current state of compliance tracker (1.7); prepare for and participate in meeting with Judge Morgan regarding PIB (0.5); meet with IPM regarding PIB (0.3); meet with Chief Sanchez regarding City Attorney attending Vappie interview (0.2).
Jonathan S. Aronie 2.70 hrs. $ 516.59/hr.

02/14/23 Attend Vappie Investigation meeting with Ms. Perry, PIB, and OIPM personnel.
Scott Huntsberry 1.00 hrs. $ 215.00/hr.

02/15/23 Correspond with Dean Landrieu regarding public meeting (0.1); draft letter to PIB regarding Vappie investigation immediate action items (1.5); review NOPD response to draft annual report; review nepotism policy (0.5); meet with Mr. Huntsberry regarding forthcoming PIB review based on recent renewed allegations regarding PIB deficiencies and misconduct (0.5).
Jonathan S. Aronie 2.60 hrs. $ 516.59/hr.

02/17/23 Prepare for and meet with PSAB regarding new policies (0.8); finalize PIB Vappie recommendations and forward to NOPD (1.0); prepare for public meeting (0.4); prepare for virtual court hearing (0.3); prepare for and meet with Judge Morgan regarding PIB recommendations (0.7).
Jonathan S. Aronie 3.20 hrs. $ 516.59/hr.

02/23/23 Prepare for and participate in check-in call with PIB regarding Vappie interview (0.6); finalize Annual Report (1.8); confirm incorporation of all relevant and accurate comments from NOPD (0.5); meet with Judge Morgan regarding various compliance matters (0.5); correspond with Judge Morgan regarding Request for Admission responses (0.3); correspond with Judge Morgan regarding police chief search process (0.1); telephone conference with DA's office regarding NOPD probably cause for gun arrests (0.4); review media coverage regarding same (0.3); review correspondence from City Attorney regarding PIB conflict (0.3).
Jonathan S. Aronie 4.80 hrs. $ 516.59/hr.

**FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2023**

03/06/23 Prepare for and participate in weekly call with PIB regarding Vappie investigation (0.5); correspond with Chief Bowman regarding overlapping CD paragraphs (0.2); review correspondence from Monitoring Team regarding ongoing compliance projects (0.4); Meet with Mr. Douglass regarding ongoing NOPD monitoring matters, including Consent Decree status tracker (0.4); review media coverage regarding NOPD IT system (0.3); correspond with DOJ regarding overlapping CD requirements (0.3); draft email to Chief Gernon regarding same (0.4); meet with Mr. Douglass and Judge Morgan regarding Mr. Pichardo (0.3); prepare correspondence to Chief Woodfork regarding

same (0.4); review and revise same (0.3); correspond with DOJ regarding PBL time requirements (0.2); correspond with Dean Landrieu regarding public proceeding (0.2).
Jonathan S. Aronie 3.90 hrs. $ 516.59/hr.

03/07/23 Prepare for and conduct Public Meeting (2.0); prepare outline regarding same (1.0); meet with Mr. Douglass regarding same (0.2); meet with Judge Morgan regarding same (0.2); correspond with City official regarding Vappie transfer issue (0.2); prepare for and meet with CM Moreno and Judge Morgan regarding NOPD compliance and related Consent Decree matters (0.8); participate in zoom rehearsal for public meeting (0.5); prepare for and meet with Chief Murphy and DOJ regarding NOPD PBL request (0.5); prepare for and meet with Judge Morgan regarding NOPD personnel matters, national chief search, supervision, and other Consent Decree matters (0.7); review questions from community members in advance of public meeting (0.2); draft letter to City Attorney regarding Mr. Pichardo documents (0.4); telephone conference with AUSA Carter regarding US Attorney's Office quarterly meetings and request regarding NOPD consultants (0.3); review IACP contract regarding national chief search (0.3); finalize email regarding overlapping Consent Decree obligations and correspond with Chief Gernon regarding same (0.3); correspond with Chief Gernon regarding GOA report (0.1); prepare for and meet with Monitoring Team regarding ongoing compliance projects (0.8).
Jonathan S. Aronie 8.50 hrs. $ 516.59/hr.

03/13/23 Attend Vappie Investigation update meeting.
Scott Huntsberry .80 hrs. $ 215.00/hr.

03/13/23 Prepare for and participate in weekly Vappie tag up call (0.4); meet with IPM regarding meeting with citizen in possession of PIB recordings (0.4); attend to Academy compliance matters (0.3); correspond with VIP regarding Vappie investigation (0.2).
Jonathan S. Aronie 1.30 hrs. $ 516.59/hr.

03/14/23 Review notice regarding leak of interviews from Vappie investigation.
Anne B. Perry .20 hrs. $ 516.60/hr.

03/14/23 Correspond with PIB chief regarding NOPD failure to attend weekly roundup call (0.2); meet with member of Ethics Board regarding various compliance matters (0.4); correspond with PIB chief regarding Vappie recordings disclosure (0.2); correspond with Judge Morgan regarding same (0.2); correspond with PIB Chief regarding interview with Mayor (0.2).
Jonathan S. Aronie 1.20 hrs. $ 516.59/hr.

03/15/23 Prepare for and participate in NOPD Tracker meeting (1.0); prepare for and participate in telephone conference with City Attorney and IPM regarding inadvertent release of Vappie investigation data (0.5); prepare for and meet with Dean Landrieu regarding USDC proceeding at Loyola (0.4); correspond with Mr. Allen regarding Vappie investigation (0.2); correspond with USAO and DOJ regarding Vappie release (0.3).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.

03/16/23 Review reports of allegedly leaked Vappie investigation and follow-up regarding same.
David L. Douglass 1.30 hrs. $ 516.59/hr.

INVOICES RE:  VAPPIE / PIB

CDM108

11 | P a g e

03/17/23 Review media report regarding leaked Vappie Investigation and follow-up with Judge Morgan regarding media report that the Monitor did not return a request for comment.
David L. Douglass .80 hrs. $ 516.59/hr.

03/20/23 Confer with Ms. Perry regarding status of Vappie investigation.
David L. Douglass .30 hrs. $ 516.60/hr.

03/20/23 Confer with Judge Morgan regarding Vappie investigation.
David L. Douglass .20 hrs. $ 516.60/hr.

03/20/23 Confer regarding weekly updates; review fallout from inadvertent release of investigation interviews; confer with Mr. Douglass regarding Vappie investigation and follow up needed for same.
Anne B. Perry .80 hrs. $ 516.59/hr.

03/27/23 Prepare for and attend Vappie video call with Chief Sanchez et al. (0.7); meet with IPM regarding same (0.2); meet with Ms. Perry regarding same (0.2); meet with Mr. Douglass regarding same (0.2); meet with Mr. Douglass regarding Loyola Proceeding (0.2); review Consent Decree and correspond with Chief Sanchez regarding NOPD delay in providing documents required by the Consent Decree (0.6); meet with Mr. Douglass regarding same (0.1); meet with Mr. Douglass regarding meeting with Chief Woodfork (0.1).
Jonathan S. Aronie $ 516.59/hr.

03/30/23 Review document regarding new approach to compliance tracker (0.4); correspond with Mr. Douglass regarding same (0.2); continue working on analysis of PIB investigation of Officer Vappie (1.5); correspond with Chief Woodfork regarding interview statement that she was unaware of NOPD's compliance efforts from April to August of 2022 (0.3).
Jonathan S. Aronie 2.40 hrs. $ 516.59/hr.