# DISCIPLINARY HEARING DISPOSITION

☐ Superintendent                                           ☐ Bureau Commander

☐ Bureau Commander's Committee                ☒ Commander

To: Superintendent Michelle Woodfork           Date: 05/25/2023

From: Captain Preston Bax                              PIB Control #: 2022-0513-R

On Thursday, **May 25, 2023**, a Disciplinary Hearing was held on the above referenced PIB case **2022-0513-R**. As the Hearing Officer, I reviewed the charge(s) against **SPO Jeffery Vappie, Employee # 008913**, assigned to the **ISB/SID**. After consideration of the evidence presented, it is my opinion that the charge(s) should be classified as follows:

Check ☒ if additional sustained violation(s) (ASV)

| RULE NUMBER & NAME | A | DISPOSITION |
|---|---|---|
| Rule 4: Performance of Duty; Paragraph 2: Instructions from an authoritative source; to wit NOPD Chapter 22.08 Police Secondary Employment; Paragraph 32 | ☐ | EXONERATED |
| Rule 3: Professional Conduct; Paragraph 1: Professionalism | ☐ | SUSTAINED |
| Rule 4: Performance of Duty; Paragraph 3: Devoting Entire Time to Duty | ☐ | SUSTAINED |
| Rule IX, Section 1, Paragraph 1.1, of the city Civil Service Rule relative to Maintaining Standards of Service | ☐ | SUSTAINED |

As a result, it is my recommendation that **SPO Jeffery Vappie should** be disciplined as follows:

| RULE NUMBER & NAME | A | PENALTY/CATEGORY |
|---|---|---|
| Rule 4: Performance of Duty; Paragraph 2: Instructions from an authoritative source; to wit NOPD Chapter 22.08 Police Secondary Employment; Paragraph 32 | ☐ | No Penalty<br>105 Attached |
| Rule 3: Professional Conduct; Paragraph 1: Professionalism | ☐ | Level A /1st Offense<br>O-R-1<br>Letter of Reprimand |
| Rule 4: Performance of Duty; Paragraph 3: Devoting Entire Time to Duty | | Level A /1st Offense<br>O-R-1<br>Letter of Reprimand |
| Rule IX, Section 1, Paragraph 1.1, of the city Civil Service Rule relative to Maintaining Standards of Service | | NO PENALTY |

CDM128

2022-0513-R / Jeffery Vappie

**Comments (optional):**
*If an additional sustained violation(s) is recommended, a 105 articulating how the additional violation(s) was determined shall be attached, and made a part of this form.*
*If the recommended penalty deviates from the presumptive penalty, a 105 articulating the reasons for the deviation shall be attached, and made a part of this form.*

Signature of Hearing Officer:

_____    Date: 05/25/23
Captain Preston Bax

_____    Date: 5-25-2023
Concur / Do Not Concur
Captain Precious Banks

_____    Date: 5-25-2023
Concur / Do Not Concur
Captain Michael Glasser

_____    Date: 6-8-23
Concur / Do Not Concur
Deputy Superintendent Ryan Lubrano

_____    Date: 6/14/2023
Concur / Do Not Concur

Michelle Woodfork
Superintendent of Police

CDM129

*INSTRUCTIONS:* The Hearing Officer shall be responsible for forwarding to PIB, via the appropriate chain of command, both the original Hearing Notification and the original Hearing Disposition forms, along with the entire investigative report.
Original – PIB investigative report file

CDM130