Redacted Redacted Redacted

**From:** Michelle M. Woodfork <mmwoodfork@nola.gov>
**Sent:** Wednesday, January 11, 2023 10:41 PM
**To:** Jonathan Aronie <JAronie@sheppardmullin.com>
**Cc:** Hans Ganthier <hganthier@nola.gov>; Keith A. Sanchez <kasanchez@nola.gov>; Donesia D. Turner <Donesia.Turner@nola.gov>; Stephanie M. Landry <stmlandry@nola.gov>; Raven Batiste <rbatiste@nola.gov>
**Subject:** Re: OCDM re PIB

Good evening,

Per our conversation, Lt. Lawrence Jones and Captain Kendrick Allen will be afforded ample time to complete the aforementioned investigation. I know and I am confident the investigation will be completed thoroughly and timely. Mr. Aronie, going forward, please direct any request or suggestions concerning personnel changes or the detail of my command staff or essential personnel, directly to me. Chief Deputy Ganthier nor any of the deputy chiefs have the authority to make those decisions. I would hope that you understand and will respect my request. As I stated previously, both Captain Allen and Lt. Jones will be afforded an ample amount of time and resources to thoroughly and efficiently complete the investigation into

CDM131

Officer Vappie. I along with Deputy Chief Sanchez are personally monitoring their progress and if an issue(s) arise that I deem to be a hindrance to either investigator, I will immediately intervene to ensure the investigation is not impacted. If you have any questions or further concerns, please feel free to contact me directly.

**Michelle M. Woodfork**
**Superintendent of Police**
**New Orleans Police Department**
715 S. Broad St.
New Orleans, La. 70119
**504-658-5757 (office)**
**504-252-8269 (cellular)**
https://joinnopd.org/home/

**From:** Michelle M. Woodfork <mmwoodfork@nola.gov>
**Sent:** Wednesday, January 11, 2023 10:08 PM
**To:** Hans Ganthier <hganthier@nola.gov>
**Subject:** Re: OCDM re PIB

Thank you, Chief Ganthier.

**Michelle M. Woodfork**
**Superintendent of Police**
**New Orleans Police Department**
715 S. Broad St.
New Orleans, La. 70119
**504-658-5757 (office)**
**504-252-8269 (cellular)**
https://joinnopd.org/home/

**From:** Hans Ganthier <hganthier@nola.gov>
**Sent:** Wednesday, January 11, 2023 10:05 PM
**To:** Michelle M. Woodfork <mmwoodfork@nola.gov>
**Subject:** Fwd: OCDM re PIB

CDM132

Chief.

You were not included in this e Ali from Jonathan Aronie. See below.

Hans Ganthier
Chief Deputy Superintendent
Field Operations Bureau
New Orleans Police Department

Sent from my Verizon, Samsung Galaxy smartphone
Get [Outlook for Android](#)

---

**From:** Jonathan Aronie <[JAronie@sheppardmullin.com](mailto:JAronie@sheppardmullin.com)>
**Sent:** Tuesday, January 10, 2023 11:35:55 AM
**To:** Hans Ganthier <[hganthier@nola.gov](mailto:hganthier@nola.gov)>
**Cc:** Keith A. Sanchez <[kasanchez@nola.gov](mailto:kasanchez@nola.gov)>; Stella Cziment <[scziment@nolaipm.gov](mailto:scziment@nolaipm.gov)>; Anne Perry <[APerry@sheppardmullin.com](mailto:APerry@sheppardmullin.com)>
**Subject:** OCDM re PIB

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Hans,

Thank you for the email you sent regarding Kendrick and Lawrence having adequate time to complete their investigation of Jeffrey Vappie despite their recent reassignments. Despite your email, I continue to believe they will not, as a practical matter, have the time they need. Indeed, they both already are being pulled away sporadically to attend to their District duties even during our weekly check-in calls. Further, having Kendrick, Lawrence, and Keith in physically different locations is likely to harm the efficiency of the investigation.

In addition to the actual burdens and inefficiencies the reassignments will cause, I fear the reassignments also will create a significant negative *perception* that could tarnish the PIB investigation.

While I can't and don't make personnel decisions for the Department, I recommend you detail Lawrence back to PIB until the conclusion of the Vappie investigation. Frankly, I would love to see you detail both Lawrence and Kendrick back to PIB until the conclusion of the investigation, but I understand it will be more difficult to do that with Kendrick than with Lawrence.

To be clear, I am NOT requesting a permanent reassignment. I'm thrilled Lawrence and Kendrick

have been given this opportunity to move up within the Department. My request only is for a short-term detail back to PIB for the purpose of completing the Vappie investigation.

I'm happy to discuss this in more detail by phone if helpful.  I'm tied up in OCDM/ DOJ/ NOPD meetings today, but will do my best to make time tomorrow.

I look forward to your thoughts.

-Jonathan

Jonathan Aronie
Consent Decree Monitor
Sheppard Mullin LLP
Washington, DC
202.747.1902 (w)
202.302.4855 (c)
Jaronie@sheppardmullin.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.