MINUTE ENTRY
MORGAN, J.
JUNE 21, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JUNE 21, 2023 (2:05 p.m. – 5:01 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Toni Tusa |
| APPEARANCES: | Jonas Geissler on behalf of the Plaintiff, the United States of America; |
| | Ashley Spears and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Ashley Burns and David Douglas on behalf of the Consent Decree Monitoring Team. Jonathan Aronie participated by teleconference; |
| | Stella Cziment and Bonycle Sokunbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans |

**STATUS CONFERENCE**

The Court heard presentations by the Monitoring Team regarding the status of implementation of the Consent Decree and the Monitor's current observations, findings, and recommendations in accordance with paragraph 463, including Sections VII.B, C, and D of the Monitor's PIB Report (R. Doc. 694) and the Monitor's Report on the Public Integrity Bureau's investigation into Officer Jeffrey Vappie (R. Doc. 714). The Department of Justice (DOJ) and the City of New Orleans provided their oral responses to the Monitoring Team's presentations to the Court. The Department of Justice (DOJ) and the Monitoring Team provided their oral responses to the City of New Orleans' response to the Monitoring Team's presentations to the Court.

JS-10: 02:56