UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS,<br>Defendant. | MAG. DONNA PHILLIPS CURRAULT |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Now Into Court, comes Defendant, the City of New Orleans (the "City") and its New Orleans Police Department ("NOPD"), who, in compliance with the Court's Order of June 13, 2023 (R. Doc. 713) files its objections to certain exhibits filed by the Plaintiff, the Department of Justice, as follows:

On May 10, 2023, the Court struck numerous exhibits and arguments filed by the City, *sua sponte,* as irrelevant.[1] The Court's Order instructs, in part, that evidence not related to compliance with the Consent Decree as of August 18, 2022, is irrelevant to the City's Motion to Terminate the Consent Decree. The City objects to the *sua sponte* elimination of evidence from the Court's consideration of the instant motion. Subject to this objection, the City seeks that this ruling be applied to all evidence and argument equally, not just the City's evidence.

As such, the City objects to Plaintiff's exhibits numbered 14 (R. Doc. 682-14), 15 (R. Doc. 682-15), and 17 (R. Doc. 682-17). Plaintiff's exhibit No. 14[2] reports on an audit that was arranged in July 2022 and conducted on or after the date of the

---

[1] R. Doc. 699.
[2] R. Doc. 682-14.

1

instant motion.[3] Plaintiff's exhibit No. 15[4] reports on an audit conducted in September 2022, after the instant motion was filed. Finally, the City objects to Plaintiff's exhibit No. 17,[5] which is a letter from February 2023 regarding events beginning in November 2022, after the instant motion was filed.

*Respectfully submitted,* this 26th day of June 2023.

*Davillier Law Group, LLC*

s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for the
City of New Orleans and the
New Orleans Police Department*

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 26th day of June 2023.

s/ Charles F. Zimmer II

---

[3] The City's motion to terminate, and motion for leave to file the memorandum in support in excess of page limits, were filed on August 16, 2022. (R. Doc. 626) The motion for leave was granted on August 18, 2022. (R. Doc. 628)
[4] R. Doc. 682-15.
[5] R. Doc. 682-17.