MINUTE ENTRY
MORGAN, J.
JUNE 28, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JUNE 28, 2023 (9:02 a.m. – 11:46 a.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:   Nichelle Wheeler

APPEARANCES:   R. Jonas Geissler, Suraj Kumar, Megan R. Marks, and Timothy Mygatt behalf of the Plaintiff, the United States of America;

Daniel E. Davillier, Kevin Hill, Donesia D. Turner, Charles F. Zimmer, II, on behalf of the Defendant, the City of New Orleans;

Ashley Burns on behalf of the Consent Decree Monitoring Team. Jonathan Aronie and David Douglas participated by teleconference;

Stella Cziment, Christian Jamal, and Bonycle Sokunbi on behalf of the Office of the Independent Police Monitor for the City of New Orleans;

Nicholas Gernon and Michelle Woodfork and on behalf of the New Orleans Police Department (NOPD);

**MOTION TO TERMINATE THE CONSENT DECREE BY THE CITY OF NEW ORLEANS (R. Doc. 629)**

Arguments made by the City of New Orleans and the United States of America.

The City of New Orleans' Motion to Terminate the Consent Decree (R. Doc. 629) was taken under advisement by the Court.

JS-10: 02:44