UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO. 2:12-CV-01924** |
| Plaintiff, | |
| V. | **SECTION E** <br> **JUDGE SUSIE MORGAN** <br> **DIVISION 2** <br> **MAG. DONNA PHILLIPS CURRAULT** |
| **CITY OF NEW ORLEANS,** | |
| Defendant. | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE HEARING ON THE COURT'S RULE TO SHOW CAUSE**

Plaintiff United States of America moves for continuance of the hearing concerning the Court's Rule to Show Cause issued on July 21, 2023, because key counsel for the United States are unavailable on the scheduled hearing date. Dkt. 729. The Rule included a direction that ordered "[t]he City to appear in Court on the 16th day of August 2023 at 2:00 p.m. to show cause why it should not be found to have violated (1) the eight provisions of the Consent Decree with respect to the conduct of PIB investigations, as set forth above, and (2) the provisions of the Consent Decree regarding timeliness of investigations, imposition of discipline, and notification of complainants." *Id.* at 11. Though the Rule only requires the City's appearance at the hearing, the United States, as the Plaintiff in this matter, has a significant interest in appearing at the hearing and having the opportunity to present evidence as the Court has invited in the Rule. *Id.* The United States requests a continuance so that it can protect this interest.

Key counsel for the United States are unavailable for a hearing on August 16, 2023, due to personal obligations that cannot be changed. The counsel for the United States who is the subject matter lead on the enforcement of the Public Integrity Bureau provisions of the Consent

1

Decree has a pre-planned family vacation from August 14 to 20, 2023. The vacation involves a tribal governmental event that counsel is unable to change. Similarly, the United States' Deputy Chief assigned to this matter is dropping his son off for his freshman year of college on the morning of August 17, 2023; the move-in date is set by the University and cannot be moved. Accordingly, the United States seeks to move the date of the hearing, but we do not seek an extension of the other deadlines set forth in the Court's Rule.

Counsel for the United States has consulted with opposing counsel. Mr. Charles Zimmer, on behalf of Defendant, the City of New Orleans, has advised that the City is unopposed to the United States' request. Counsel for the City has also advised us of available dates for continuance.

We are available and prefer a hearing scheduled on August 29, 30, or 31. We are also available August 21 (beginning midafternoon to permit travel time) through August 25. The City is available on these dates, as well. We have also advised the Court's Monitor of these available dates.

We thank the Court for consideration of this request.

                Respectfully submitted,

                KRISTEN CLARKE
                Assistant Attorney General
                Civil Rights Division

                STEVEN H. ROSENBAUM
                Chief

                TIMOTHY D. MYGATT (DC 1021564)
                Deputy Chief

                /s/ Jonas Geissler
                R. JONAS GEISSLER (NJ 025752001)
                MEGAN R. MARKS (NY 5495676)
                MEHVEEN RIAZ (DC 1030021)

Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 353-8866
Email: jons.geisssler@usdoj.gov

*Attorneys for the United States*

3

## Certificate of Service

    I hereby certify that on July 27, 2023, I filed the foregoing through the Court's CM/ECF system, which will serve a true and correct copy of the filing on all counsel of record in this matter.

/s/ Jonas Geissler