UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　**Plaintiff**<br><br>　　　　　V.<br><br>**CITY OF NEW ORLEANS,**<br>　　　　　　　　　**Defendant** | **CIVIL ACTION NO.**<br>**2:12-CV-01924**<br><br>**SECTION E**<br>**JUDGE SUSIE MORGAN**<br>**DIVISION 2**<br>**MAG. DONNA PHILLIPS**<br>**CURRAULT** |

## ORDER

Considering the United States' Unopposed Motion to Continue Hearing on the Court's Rule to Show Cause;[1]

**IT IS ORDERED** that the motion is **GRANTED**. The hearing previously scheduled for August 16, 2023 at 2:00 p.m., is hereby **CONTINUED** to **August 24, 2023 at 2:00 p.m.**

7/27/2023　　　　_____
　　　　　　　　　**SUSIE MORGAN**
　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 730.

1