UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

## ORDER

The City filed a writ of mandamus to the United States Fifth Circuit Court of Appeals on July 31, 2023.[1]

On August 2, 2023 the Fifth Circuit denied the writ without prejudice and administratively stayed for fourteen days from the date thereof, to give the district court an opportunity to entertain any objections, requests for extensions, or motions for protective orders that the parties may wish to file in response to the order requiring the production of documents and setting a show cause hearing.[2]

**On or before Monday, August 7, 2023 at 12:00 p.m.**, the parties may file any objections, requests for extensions, or motions for protective orders in response to this Court's order requiring the production of documents and setting a show cause hearing.[3] Oppositions to any objections, requests for extensions, or motions for protective orders may be filed **on or before Friday, August 11, 2023.**

New Orleans, Louisiana, this 3rd day of August, 2023.

                                                      _____
                                                      **SUSIE MORGAN**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] *In re: City of New Orleans*, No. 23-30520 (5th Cir. July 31, 2023).
[2] *Id.* at Dkt. No. 14.
[3] R. Doc. 729.