UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION: "E" (2) |

### ORDER

The City filed its Response to the Court's Rule to Show Cause on August 25, 2023 at approximately 5:00 p.m.[1] In the response, the City references various documents produced by Bates number but identifying them all as being in "Attached Ex. 1."

Many of these references are incorrect.

The City is hereby ordered to file a supplemental response by **12:00 p.m. on Monday, August 28, 2023**, specifically and correcting identifying the exhibits in which the referenced documents may be found.

**New Orleans, Louisiana, this 25th day of August, 2023.**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 740.