UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS** | **SECTION: "E" (2)** |

### ORDER

Considering the City's Response and Supplemental Response to the Court's Rule to Show Cause;[1]

**IT IS ORDERED** that the City file in the record full and complete copies of the "PIB SOP's guide assignments" in effect at all times during 2022 and 2023, referenced in its original and supplemental responses to the Rule to Show Cause, by **Tuesday, August 29, 2023, at 12:00 p.m.**[2]

In the City's original and supplemental responses to the Rule to Show Cause, it incorporates by reference R. Docs. 697, 714-6, 716, and the exhibits attached thereto.[3] The Rule to Show Cause allowed the City 25 pages for its response and did not permit the City to incorporate by reference any other documents.[4]

**IT IS FURTHER ORDERED** that the City may file a second supplemental response to the Rule to Show Cause, not to exceed five additional pages, excluding exhibits, by **Tuesday, August 29, 2023, at 12:00 p.m.** The City must incorporate any arguments it wishes to make that rely in any manner on R. Docs. 697, 714-6, and 716.

---

[1] R. Docs. 740 and 743.
[2] See for example, R. Doc. 743 at 25. In the event there is more than one guide, the City must specify the time period during which each guide was in effect.
[3] R. Doc. 740 at p. 5; R. Doc. 743 at p. 5.
[4] R. Doc. 729 at p. 12.

1

**IT IS FURTHER ORDERED** that DOJ is allowed a total of 30 pages, excluding exhibits, for its pre-hearing memorandum.

The City's original and supplemental responses to the Rule to Show Cause are unclear as to whether the provided documents concerning Officer Vappie's reassignments are from only the PIB investigation or also include documents from his City/NOPD personnel file. It is clear that the Rule to Show Cause ordered the production of *all* documents related to Officer Vappie's reassignments, including those from his City/NOPD personnel file.[5]

**IT IS FURTHER ORDERED** that the City file into the record any responsive documents from Officer Vappie's City/NOPD personnel file no later than **Tuesday, August 29, at 12:00 p.m.** If the City considers any of the documents to be confidential, the City may request leave of the Court to file those documents under seal, available only to the parties.[6]

New Orleans, Louisiana, this 28th day of August, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[5] *See id.* at pp. 9–10.
[6] Specifically, the City shall provide any documents concerning Officer Vappie's reassignments, including his assignment to the Orleans Parish Communications District.