UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS** | **SECTION: "E" (2)** |

# ORDER

Considering the City's Response and Supplemental Response to the Court's Rule to Show Cause;[1]

**IT IS ORDERED** that the City file in the record the exhibits referenced in the Affidavit of Deputy Superintendent Lawrence Dupree[2] by **Tuesday, August 29, 2023, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that the City file in the record any and all "basic transfer lists" involving assignment of Officer Jeffrey Vappie, as referenced in paragraph 11 of the Affidavit of Deputy Superintendent Lawrence Dupree[3] by **Tuesday, August 29, 2023, at 12:00 p.m.**

New Orleans, Louisiana, this 28th day of August, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 740 and 743.
[2] R. Doc. 740-8 at 143-146.
[3] *Id.* at p. 145.