# FORMAL DISCIPLINARY INVESTIGATION TRANSMITTAL
## *ORIGINAL TRANSMITTAL--INVESTIGATIVE CASE EXHIBIT A*

| | | | | | |
|---|---|---|---|---|---|
| PIB Control # | 2022-0513-R | IPM # | | OIG # | ___ Originated from Web |
| PIB Commander Review (Initials) | *KcA* | Date: 11-16-22 | RFC: | | 120   3/23/23 |

### Case Type

| | | | | | |
|---|---|---|---|---|---|
| Adherence to Law | Criminal (Orleans Parish) | Unauthorized Force | False/Inaccurate | 1st Amendment | Work Retaliation |
| X Administrative | Criminal (other jurisdiction) | Domestic Violence | BWC | Workplace Discrimination | |
| Bias/Racial/Profiling/Discrimination Policing | | LGBTQ | | | |

**PIB Only**

| | Date | | |
|---|---|---|---|
| Date of Cogniznance of Allegation | 11/8/2022 | **Transmittal Form** | |
| | | Form completed by whom | Sgt. L. Jones |
| Date Control # Issued | 11/9/2022 | Date form | 11/11/2022 |
| Date Complaint Form Received in PIB | 11/9/2022 | Assigned to: | |
| Date Investigation Determined (w/in 3 days receipt) | 11/10/2022 | | |
| Date of Classification (due w/in 14 days of cogniznance) | 11/23/2022 | | |
| (date of classification is "DATE FORM COMPLETED") | | Number of CD: | 0 |
| **Due Dates** | | Number of Photos: | |
| Date Invest due in PIB (40 days from classification) | 1/2/23 | Other (specify) | |
| Date Invest due to PIB if extension is approved | 3/3/23 | (Ext due date 100 days from classification date; date entered by PIB) | |
| Date Invest **Final** (60 days from classification) | 1/22/23 | Rec'ed by Bureau Rep. sign & date | |
| Date Invest returned to PIB | | | |
| 90 Days | 2/21/2023 | | |
| 120 Days | 3/23/2023 | 150 days | 4/22/2023 |
| Remarks | | | |

### MUST BE COMPLETED BY INVESTIGATOR AND INVESTIGATOR'S COMMANDER

| | | | |
|---|---|---|---|
| Date Investigator rec'd from Bureau Rep | | | |
| Assigned Investigator (sign and print name) | | | |
| Date Extension request sent to Civil Service | | Granted? Y/N/MOOT (Circle one) | |
| Date receipted copy of ext. request emailed to PIB | | | |
| Date intro letter sent to complainant | | Date(s) status letter(s) sent | |
| Date Completed Invest due to Invest's Supervisor | | Date Rec'd by Supervisor | |
| Date Comp. Invest given to Invest's Commander | | Approved by Commander: | |
| | **Date** | **By Whom** | |
| Verbal notice of disposition to accused | | | |
| Written notice of disposition to accused | | | |
| Written notice of disposition signed by accused | | | |
| Remarks | | | |

### MUST BE COMPLETED BY INVESTIGATOR'S BUREAU

| | |
|---|---|
| Rec'd by Bureau Rep (signature, printed name, and date of receipt) | |
| Date Completed Investigation due to Bureau Chief | |
| Date Completed Investigation rec'd by Bureau Chief | |
| Completed Invest approved by Bureau Chief (sign and date) | |
| Remarks | |

# P.I.B. Misconduct Complaint Determination

**P.I.B. Representative:** Sgt. Lawrence Jones          **CTN#:** 2022-0513-R

**Receipt of Form 230 Date:**    11/09/2022          **Determination Date:** 11/11/2022
(Within 3 days of receipt of misconduct)

**Investigation Assignment Recommendation:** (circle one)

ICO - Supervisor     **P.I.B.**     Criminal     F.I.T.     Intake     Outside
Agency
<span>Bureau</span>

**INTAKE SUPERVISOR:** _____                    **Date:** _____

**CIRCLE ONE:**   **FDI**   MVI   NFIM   NSA   BWC MEDIATION   GRIEVANCE   CANCELLED

ICO – Supervisor     P.I.B.     Criminal     F.I.T.     **Intake**     Outside Agency
<span>Bureau</span>

**PIB Chief:** Approve/Disapprove          **Date:** _____

| MEDIATION | NEGOTIATED SETTLEMENT | GREVIANCE | SUPERVISOR FEEDBACK LOG |
|---|---|---|---|
| • Internal Complaint Yes or No<br>• Public Complaint Yes or No<br>• Two within 12 month Yes or No period<br>• Violations Qualify Yes or No<br>  - Professionalism<br>  - Courtesy<br>  - Neglect of Duty | • Internal Initiated Yes or No<br>• Public Complaint Yes or No<br>• Minor Violation Yes or No<br>• Discipline ranges from Letter to 10 days    Yes or No | • Internal Initiated Yes or No | • Internal Initiated Yes or No<br>• Minor Violation Yes or No |
| | | | |

** Attach short forms and highlight previous Mediation/Negotiated Settlements**

## INTAKE CASE TRACKING FORM

**TO:** Captain Kendrick Allen

**FROM:** Sgt. Lawrence Jones

**CTN:** 2022-0513-R

**CIRCLE ONE:** BWC [FDI] MEDIATION MVI NFIM NSA REDIRECTION

## DATES OF COMPLETION

**SUBMITTED TO SUPERVISOR FOR REVIEW** _____

**RETURNED FOR CORRECTIONS** _____

**SUPERVISORY APPROVAL** _____

**RECOMMENDED MEDIATION** _____

**CRIMINAL TO ADMINISTRATIVE** _____

**SUPERVISOR FOR MVI INSIGHT DOCUMENTATION**_____

**MSB FOR GRIEVANCE REVIEW**_____

**FORM COMPLETED BY:** Sgt. Lawrence Jones          **DATE:** 11/09/2022

## YOU MAY COMPLETE THIS BY HAND WRITING INFORMATION IF YOU PRINT LEGIBLY

# INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

CONTROL NUMBER: 2022-0513-R
DATE FORM 230 RECEIVED BY PIB: 11/09/2022

DATE COMPLAINT RECEIVED: 11/08/2022
DATE INITIATION FORM COMPLETED: 11/11/2022

DOMESTIC INCIDENT: ___

SEXUAL HARASSMENT: _____

| Source | | |
|---|---|---|
| __X__ Public Complaint | ___NOPD Supervisor | _____ NOPD Employee |

| How Complaint Received | |
|---|---|
| Violation Observed ___In Person _ ___  Telephone __  Correspondence _X_ Investigation _ __ | |

**Investigator Initiating Complaint:**
**Assignment:**
Sergeant Lawrence Jones
Public Integrity Bureau

**Complainant's Name, Race, Sex,**
**D.O.B. (or age):**
Sergeant Lawrence Jones B, M, 51 YOA

**Complainant's Address,**
**City, State, Zip Code:**
1340 Poydras Street
New Orleans, La 70119

**Home/Business/Cell Phone #:**
**(Include area code)**
504-658-6800

**Email Address:**
lajones@nola.gov

**Date and Time Incident of**
**Complaint Occurred:**
Various dates and times.

**Location Where Incident of**
**Complaint Occurred:**
Various locations.

| Duty Status: | Shift: | Clothing: |
|---|---|---|
| On Duty _X_ / Off__  Detail ___   1ˢᵗ _X_ / 2ⁿᵈ __ / 3rd __ | | Regular Uniform __Task Force Uniform __  Plainclothes _X_ |

**Total Number of Accused Officers:** 1

Suspended: _____

Reassigned: ___X___

**Accused Member: Rank, Name, Race, Sex, Employee #, Assignment**
Senior Police Officer Jeffery Vappie, B, M, Emp. ID# 08913, ISB/ Executive Protection.

**Alleged Rule Violation/s (State Specific Rule):**
**V1:** Rule 4 Performance of Duty; Paragraph 4 Neglect of Duty C6 Failing to comply with instructions, oral or written, from any authoritative source to wit: N.O.P.D. Chapter 22.08 Police Secondary Employment Paragraph 32 which states: No member, including Reserve officers, shall work more than more than 16 hours and 35 minutes (16.58 hours) within a 24-hour period.

## INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

**PIB CTN #: 2022-0513-R**                                                Page 2 of 3

**Accused Member's Supervisor (Rank, Name, Employee number):**
Sergeant Tokishiba Lane, Emp. ID# 07609

**Witness:**     **unknown**

**Gist:**

On Tuesday, November 8, 2022, approximately 7:00p.m., Public Integrity Bureau Sergeant Lawrence Jones was contacted by Public Integrity Bureau Deputy Chief Keith Sanchez. Deputy Chief Sanchez informed Sergeant Jones that a media request was sent to the Public Integrity Bureau relative to New Orleans Police Department Senior Police Officer Jeffery Vappie. The request was sent to Sergeant Lawrence Jones for review. (**Attachments 2**)

On Wednesday, November 9, 2022, Sergeant Lawrence Jones reviewed the request and learned that Senior Police Officer Jeffery was accused of working more than 16 Hours and 35 minutes with in a 24-hour period. The request indicated Officer Vappie may have violated this rule when on several occasions while assigned to the Executive Protection section he may have violated this NOPD policy.

Based on the allegations provided by the media request, Sergeant Lawrence Jones initiated a departmental FDI on Senior Police Officer Jeffery Vappie assigned to the Investigative Services Bureau/ Executive Protection Section. Officer Vappie may have violated Rule 4 Performance of Duty; Paragraph 4 Neglect of Duty C6 Failing to comply with instructions, oral or written, from any authoritative source to wit: N.O.P.D. Chapter 22.08 Police Secondary Employment Paragraph 32 which states: No member, including Reserve officers, shall work more than more than 16 hours and 35 minutes (16.58 hours) within a 24-hour period.

At the conclusion of the review by Sergeant Jones, Senior Police Officer Jeffery Vappie was placed on Administrative Reassignment (**Attachments 3**) pending the outcome of the administrative investigation.

## INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

**PIB CTN #: 2022-0513-R**                                          Page 3 of 3

**Attachments**:

1. Public Integrity Bureau Intake Form 230, three (3) pages.
2. WVUE Media Request, four (4) pages.
3. Administrative Reassignment for SPO Jeffery Vappie, two (2) pages.

*Lawrence Jones*
Sergeant Lawrence Jones
Public Integrity Bureau
Criminal Section




*CITY OF NEW ORLEANS*

# DEPARTMENT OF POLICE

**P.O. Box 51480**
**New Orleans, Louisiana 70151**

LATOYA CANTRELL
MAYOR

*"to protect and to serve"*

SHAUN D. FERGUSON
SUPERINTENDENT

## PUBLIC INTEGRITY BUREAU INITIAL INTAKE FORM
(circle one)
## COMMENDATION, COMPLAINT OR DOCUMENTATION OF MINOR VIOLATION

*(NOPD Only)* PIB CTN #: 2022-0513-R          Today's Date: 11/09/2022          Time: 11:30am

Complainant's Last Name: Jones          First Name: Lawrence  Race: ___ Sex: M DOB: _____

Address: 1340 Poydras Street          City: New Orleans          State: La          ZIP: 70119

Contact #1: 504-658-6800          Contact #2: _____          Email _____

Location(s) Incident Occurred: Various Locations

Date & Time Incident(s) Occurred: 11/09/2022 11:00a.m.          NOPD Item# N/A

Do you have a COMMENDATION for, or COMPLAINT against, an NOPD employee? (Circle one)

Accused Officer 1: Jeffery Vappie          Rank: SPO          Badge #: Emp ID# 08913

Accused Officer 2: _____          Rank: _____          Badge #: _____

(Please list additional officers in narrative)     Were you directly involved in the incident?     YES / NO

Please list the names and contact information for all witnesses: _____

Were you arrested? **YES / NO**   Did you receive a ticket and/or summons for this incident? **YES / NO**

Were you injured during this incident? **YES / NO**   If so, did you seek medical attention?   **YES / NO**

If injured, please describe the injury and how it occurred. _____

**The below section is to be completed by NOPD supervisors ONLY**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If this is a public complaint, immediately obtain a complaint tracking number and provide it to the complainant along with a copy of this form.  Submit this form to PIB before your tour of duty ends. Was the complainant's interview recorded?   YES / NO  (If no, explain why)

Shift designation (Circle One) 1st 2nd 3rd          Duty Status (Check One) On duty ☐  Off ☐

Please print your name: LAWRENCE JONES          Rank: SERGEANT          Assignment: PIB/CRIMINAL

Signature: _____          Phone #: 504-658-6800          Today's Date: 11/09/2022

PIB CTN # 2022-0513-R *(PIB ONLY):* Date Received: _____          Intake Representative's Initials _____

NOPD Form 230

**EXHIBIT**
A

Continuation Page                                                    Page 2 of 3

NARRATIVE PAGE

If you are making a complaint: What is your *primary* complaint and what outcome do you expect?
If you are making a commendation: What officer(s) would you like to commend, and why?
If you are reporting a minor violation, please summarize the behavior that constituted the violation.

-----------------------------------See attached FDI-----------------------------------

Please Print Complainant Name: Lawrence Jones   Signature:

PIB CTN # 2022-0513-R                              Intake Representative's Initials LJ
NOPD Form 230

Continuation Page                                                    Page 3 of 3

NARRATIVE CONTINUED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**The below section to be completed by NOPD supervisors for reporting minor violations/infractions ONLY\*\*\***

Please list the NOPD Rule and Paragraph, Chapter, or General Order violated:

_____

_____

The disciplinary action taken against the accused employee is one or more of the following (check one):

Verbal Counseling ☐        Remedial Training ☐        Other ☐ (provide attachments to document other actions)

**Accused Employee's Information**

**Name:** _____ **Date of violation:** _____

**Race:** _____ **Sex:** _____ **Empl ID #:** _____ **Rank:** _____ **Assignment:** _____

**Shift designation (Circle One) 1ˢᵗ 2ⁿᵈ 3ʳᵈ      Duty Status (Check One) On duty ☐  Off ■**

**Issuing Supervisor Name:** _____ **Title/Rank, Employee ID #:** _____

**Signature of Accused:** _____ **Date of signature** _____

| |
|---|
| ***PIB USE ONLY***      NON-DISCIPLINARY COUNSELING FOR MINOR VIOLATION |
| APPROVED BY:_____ DISAPPROVED BY:_____ |
| FORMAL DISCIPLINARY INVESTIGATION INITIATED BY:_____ |

PIB CTN # 2022-0513-R                    Intake Representative's Initials _____

NOPD Form 230

Media request from Fox 8 News.

Gregory A. Joseph
Director of Communications
Office of Mayor LaToya Cantrell
City of New Orleans | 1300 Perdido Street | Suite 2E04| New Orleans, LA 70112
Gregory.Joseph@nola.gov  504.658.4924 (o) | 504.409.1492 (c) | 504.658.4938 (f)



## City of New Orleans
### Mayor LaToya Cantrell

**From:** Lee Zurik <lee.zurik@gray.tv>
**Sent:** Tuesday, November 1, 2022 10:31 AM
**To:** Mayor's Communications Team <communications@nola.gov>
**Subject:** WVUE Request

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

We are preparing a story for television and the internet that, based on surveillance footage from a public camera outside the Upper Pontalba Apartments, will focus on Mayor Cantrell and Officer Jeffrey Vappie.

We want to provide you with an opportunity to respond or clarify, so we are reaching out. These are some of the points that might be made in the story:

- We have 45 days of surveillance footage. Mayor Cantrell spent a total of 4 days, 16 hours, and 36 minutes during those 45 days. Of those days, the minimum time Officer Vappie was there was 1 hour and 1 minute (9/10) and the maximum was 10 hours and 47 minutes (8/9).
- Office Vappie was the only member of Mayor Cantrell's security team that we saw enter the Upper Pontalba Apartments during the 45 days.
- On August 9, Office Vappie wasn't listed as being a part of Mayor Cantrell's security team (according to her calendar). He arrived at 7:55 am with a bag of groceries and a case of bottled water. He was there until 3:09 pm. He returned at 8:36 pm and left at 12:42 am. According to city documents, he was on the clock for the NOPD from 8am-8pm that day.
- On August 16, he arrived at 7:55 am and left with Mayor Cantrell in workout clothes at 8:40 AM. He returned at 10:00 am and stayed in the apartment until 2:16 pm. He was assigned to her detail that day and worked from 9am-9pm.
- There are more days like the two above, but we wanted to give you a snapshot of some of the findings that might be mentioned in our story.
- Office Vappie started working details for Mayor Cantrell in May 2021.



**EXHIBIT**

_B_

- Mayor Cantrell appointed Office Vappie to the HANO Board.  He attended the first meeting in March 2022.  On at least three occasions, he attended a HANO meeting while also being on the NOPD clock.
- He has made more in overtime this year than the other members of Mayor Cantrell's security team.
- He is the only member of Mayor Cantrell's security team that flew first class with her -- on a trip to San Francisco.
- During the 27 days at the apartment, he spent more than an hour there 33 different times, often visiting more than once in a day.

If you care to provide us with a response or clarification, or want someone to do it on your behalf, please do so by close of business Wednesday, November 2.

Thanks,

Lee



**Lee Zurik**
**Anchor/Chief Investigative Reporter**
lzurik@fox8live.com
1025 South Norman C. Francis Parkway
New Orleans, LA  70125
o: 504-483-1544

Get Outlook for iOS

**From:** Lee Zurik <lee.zurik@gray.tv>
**Sent:** Monday, November 7, 2022 9:02:51 PM
**To:** Mayor's Communications Team <communications@nola.gov>
**Cc:** Dannah Sauer <Dannah.Sauer@fox8live.com>
**Subject:** WVUE Request

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Jeffrey Vappie was on several trips with Mayor Cantrell.  We have questions about some of them:

1. January 21, 2022 – The flight from DC returned at 5:24 CST.  That day, nothing was on Mayor Cantrell's schedule other than that flight.  That day, Officer Vappie billed taxpayers from 7:00 am – 11:00 pm.
2. August 23, 2022 -  Mayor Cantrell had an early flight back from DC.  It landed at 10:20 AM.  Officer Vappie wasn't here security on duty that day, but did fly back with her from DC.  That day, Officer Vappie billed taxpayers from 7:00 am – 9:00 pm.  The day before, the only meeting on her calendar was with the DOJ from 1:30-2:30 pm.  That day, Officer Vappie billed taxpayers from 7:00 am – 9:00 pm.
3. August 30, 2022 – Mayor Cantrell returned from the failed Artemis launch at 4:10 pm.  That was the only event on her calendar.  That day, Officer Vappie billed taxpayers from 8:00 am – 9:00 pm.
4. April 9-10 – Officer Vappie returned with Mayor Cantrell from San Francisco.  On Saturday, nothing was on her calendar other than the red eye flight.  It left at 11:05 pm (Saturday) and arrived in NOLA at 5:22 am (Sunday).  For those two days, Officer Vappie billed taxpayers for 30 hours of work.

We also have questions about the following:

1. Sunday, September 19, 2021 – According to Mayor Cantrell's schedule, it was an all day New Orleans day.  Nothing was on her schedule.  Officer Vappie billed taxpayers for 24 straight hours of work – from 7:00 am Sunday to 7:00 am Monday.  He took an hour off then billed taxpayers an additional 15 hours – from 8:00 am Monday until 11:00 pm.  Mayor Cantrell's last meeting was at 3:30 pm.
2. September 30-October 2, 2021 – According to city records, Officer Vappie did not attend a trip to Dayton, OH with Mayor Cantrell.  That Saturday, Vappie billed taxpayers for 17 hours of work.  That Sunday after she returned, he billed for 15 hours.
3. Sunday, October 17 – Mayor Cantrell had three events on her calendar – beginning at 9:30 am and ending at 5:00 pm.  Officer Vappie billed taxpayers for 19 hours of work that Sunday – from 7:00 am – 2:00 am.  The day before (October 16), she had two events.  One at 9:00 am the other

from 10:00am-5:00 pm.  That day, Officer Vappie billed taxpayers for 18 hours of work – from 7:00 am – 1:00 am.

We have questions on a few more, but I think that gives you an idea of what we are asking about.  Our deadline is 4:00 pm on Tuesday, November 8.

Thanks,

Lee





**Lee Zurik**
**Anchor/Chief Investigative Reporter**
lzurik@fox8live.com
1025 South Norman C. Francis Parkway
New Orleans, LA  70125
o: 504-483-1544



# ADMINISTRATIVE REASSIGNMENT NOTIFICATION

DATE:____November 9, 2022____        P.I. B. CONTROL NO.: __CTN 2022-0513-R__

TO: Senior Police Officer Jeffery Vappie; Employee ID# 08913; I.S.B. / Mayor Security
(Rank, Name, & S. S. # OF REASSIGNED EMPLOYEE)

FROM: Deputy Superintendent Keith A. Sanchez - Public Integrity Bureau
(Rank & Name of Issuing Authority)

SUBJECT: Administrative Reassignment

from __I.S.B / Mayor Security__  to _____F.O.B._____

You are hereby notified that as of __2__:__00__ am/pm, on __11_/_09_/2022_you have been
placed on Administrative Reassignment Status.  (Time)                     (Date)

This action has been taken pending a departmental inquiry into the below listed alleged
violation of departmental regulation, violation of law, or administrative reason. (State date, time, and
location of alleged incident. Department regulations, statutes, or ordinances must be quoted by title,
article, section, paragraph, and sub-paragraph as applicable.)

Officer Vappie you were identified to be involved in an Administrative investigation by the

Public Integrity Bureau. You are being placed on Administrative Re-Assignment pending

the conclusion of the investigation.

In accordance with the following complaint, it has been determined that you may have violated

Rule 4 Performance of Duty; Paragraph 4 Neglect of Duty C6 Failing to comply wit instructions,

oral or written, from any authoritative source to wit: N.O.P.D. Chapter 22.08 Police Secondary

Employment Paragraph 32 which states: No member, including Reserve officers, shall work more than

more than 16 hours and 35 minutes (16.58 hours) within a 24-hour period.



You are directed to report to _____F.O.B. / 715 S. Broad Street_____

(assignment)

on _11_ / _10_ /2022 at _7:25_ : _A.M._ in plain clothes.
    (Date)           (Time)

Your privilege of working outside paid details is hereby suspended.

Your police commission is also limited to those hours when you are at work and at your actual place of assignment.

_____          _____ LAWRENCE JONES _____
(Reassigned Employee)                          (Issuing Authority)


_____
Approved / Disapproved
Superintendent of Police

## RETURN TO FULL DUTY STATUS

Effective _____, at _____ am/pm, this Administrative Reassignment is hereby cancelled and you are reinstated to full regular duty. All of the restrictions placed on you during the Administrative Reassignment are removed.

You are further instructed to contact _____, of the _____, regarding reporting time to your regular assignment.

REMARKS: _____

_____

Acknowledged: _____          Date: _____

Served by: _____

cc:     1 - Superintendent of Police
        1 - Public Integrity Bureau
        1 - Reassigned employee's Bureau Commander
        1 - Reassigned employee's Commander
        1 - Employee Relations Unit
        1 - Reassigned employee

NOPD FORM AR-1   (revised 01-04)