

March 13, 2023

**RE: Breach of Security regarding NOPD Investigation CTN 2022-0513-R**

Dear Council President JP Morrell, Judge Morgan, Federal Monitor Aronie, Deputy-Chief Sanchez, and Department of Justice:

We are writing to inform you of an apparent breach of confidentiality and security within the Public Integrity Bureau that compromises the integrity of the investigation **CTN 2022-0513-R**. This is the investigation concerning Officer Jeffrey Vappie and potentially involves Mayor Cantrell. It is vital that the Public Integrity Bureau safeguard all investigatory materials in pending investigations, and if possible, this need was heightened considering the political realities and sensitive material within this investigation.

Today, we were made aware by a confidential source that all recorded interviews with witnesses within the investigation have been released to members of the public and the media. This individual provided proof in the form of a flash drive. I took a screenshot of the contents of the flash drive and listened to the recorded interviews to verify that they were complete.

| Name | Date modified | Type | Size |
|---|---|---|---|
| Capt Dewight Robinette.mp3 | 2/3/2023 8:27 AM | MP3 File | 69,163 KB |
| Charles Ellis.mp3 | 2/3/2023 8:29 AM | MP3 File | 84,237 KB |
| Jeffrey Vappie 1.mp3 | 2/3/2023 8:33 AM | MP3 File | 71,970 KB |
| Jeffrey Vappie 2.mp3 | 2/3/2023 8:34 AM | MP3 File | 42,435 KB |
| Jeffrey Vappie 3.mp3 | 2/3/2023 8:33 AM | MP3 File | 4,306 KB |
| Jeffrey Vappie 4.mp3 | 2/8/2023 11:23 AM | MP3 File | 162,200 KB |
| John Douglass.mp3 | 2/3/2023 8:31 AM | MP3 File | 34,018 KB |
| Kristy Johnson.mp3 | 12/6/2022 12:12 PM | MP3 File | 112,309 KB |
| Robert Monlyn.mp3 | 2/3/2023 8:32 AM | MP3 File | 137,506 KB |
| Sgt Tacasheba Lane.mp3 | 2/3/2023 8:33 AM | MP3 File | 29,108 KB |
| sgt Wendell Smith.mp3 | 12/6/2022 12:09 PM | MP3 File | 128,673 KB |

These unredacted interviews were clearly released prior to the completion of the pending investigation and outside of NOPD protocol and possibly in violation of Louisiana law. The OIPM is not aware of any investigatory materials being reported stolen or compromised by the Public Integrity Bureau and does not understand how this breach occurred.

I am renewing my request to the Deputy-Chief of the Public Integrity Bureau for the audit trial for all platforms where evidence and recorded statements were housed. Additionally, we are requesting a list of all equipment used in the investigation, where that equipment is housed, who has access to that information, and who has been provided information or copies of interviews within and without of NOPD (including all city offices and officials).



Finally, we are requesting the NOPD review all security protocol and provide assurance that other investigatory information has not been inappropriately released.

Thank you,

*Stella Cziment*

Stella Cziment
Independent Police Monitor