**Riaz, Mehveen (CRT)**

| | |
|---|---|
| **From:** | Jonathan Aronie <JAronie@sheppardmullin.com> |
| **Sent:** | Tuesday, August 1, 2023 9:19 AM |
| **To:** | Riaz, Mehveen (CRT) |
| **Cc:** | David Douglass |
| **Subject:** | [EXTERNAL] FW: Continued Payroll Fraud at the NOPD |

Mehveen,

As requested.

-Jonathan


**Jonathan Aronie**
Consent Decree Monitor (NOPD)
Leader, Sheppard Mullin Governmental Practice
202-747-1902 | direct
202.302.4855 | cell
JAronie@sheppardmullin.com | Bio

**Sheppard**Mullin
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter



---

**From:** Jonathan Aronie <JAronie@sheppardmullin.com>
**Sent:** Thursday, December 8, 2022 10:28 AM
**To:** Keith A. Sanchez <kasanchez@nola.gov>
**Cc:** Anne Perry <APerry@sheppardmullin.com>; David Douglass <DDouglass@sheppardmullin.com>; Scot Huntsberry <SHuntsberry@sheppardmullin.com>
**Subject:** Re: Continued Payroll Fraud at the NOPD

Keith,

Some of this may be helpful re the ongoing Vappie investigation. Some also might go beyond Vappie. The material that goes beyond Vappie I assume you will treat as a new public complaint/allegation.

Let us know if you want to discuss anything. Scot has extensive experience working with Skip and his data.

Thanks!

-Jonathan

Jonathan Aronie
Sheppard Mullin LLP
Washington, DC
202.747.1902 (w)
202.302.4855 (c)
Jaronie@sheppardmullin.com

On Dec 8, 2022, at 10:24 AM, Keith A. Sanchez <kasanchez@nola.gov> wrote:

Received Thank You

---

**From:** Anne Perry <APerry@sheppardmullin.com>
**Sent:** Thursday, December 8, 2022 8:59 AM
**To:** Keith A. Sanchez <kasanchez@nola.gov>
**Cc:** Jonathan Aronie <JAronie@sheppardmullin.com>; David Douglass
<ddouglass@sheppardmullin.com>; Scot Huntsberry <SHuntsberry@sheppardmullin.com>
**Subject:** FW: Continued Payroll Fraud at the NOPD

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Good morning Keith.

Please see below.

Thanks and take care, Anne

**Anne Perry**
+1 202-747-1913 | direct
APerry@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Jonathan Aronie <JAronie@sheppardmullin.com>
**Sent:** Thursday, December 8, 2022 9:14 AM
**To:** Scot Huntsberry <SHuntsberry@sheppardmullin.com>; Anne Perry <APerry@sheppardmullin.com>
**Cc:** David Douglass <DDouglass@sheppardmullin.com>
**Subject:** Fwd: Continued Payroll Fraud at the NOPD

See below and attached.
Anne, can you forward this to Keith at PIB please?

J

Jonathan S. Aronie

Sheppard Mullin Richter & Hampton LLP
202.747.1902 (office)
202.302.4855 (cell)


Begin forwarded message:

**From:** Tina Flores <Tina_Flores@laed.uscourts.gov>
**Date:** November 14, 2022 at 3:32:36 PM EST
**To:** Jonathan Aronie <jaronie@sheppardmullin.com>, David Douglass
<ddouglass@sheppardmullin.com>
**Subject: FW: Continued Payroll Fraud at the NOPD**


Judge asked that I forward this to you.

Thanks,
Tina



---

**From:** C JG <gallagher.dr@gmail.com>
**Sent:** Monday, November 14, 2022 5:17:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Continued Payroll Fraud at the NOPD

==**CAUTION - EXTERNAL:**==

Honorable Susie Morgan,

Over the last year the City of New Orleans and the NOPD have spent an
extraordinary amount of effort covering for officers guilty of payroll fraud.  Even
when the NOPD elects to investigate payroll fraud allegations, investigations are
typically superficial and followed by brief 2-10 day suspensions of the officers
involved.  As spelled out in La R.S. 14:138, payroll fraud is a criminal activity
and really should be treated as such.  As has been publicly revealed the former
ranking officer of PIB, Sabrina Richardson, was actively involved in payroll fraud
for many years and is the only NOPD officer to have been referred to the New
Orleans district attorney.  In a close look at PIB officers I was easily able to
identify at least 10 past and current PIB officers engaged in payroll fraud.

While there are most certainly a number of honest PIB officer who are applying
their best efforts in dealing with the payroll fraud issues, they are hampered by a
number of serious problems:

1) They know that many of the officers they work with in PIB have payroll fraud
issues
2) Officers lack the skills to sort through years of payroll fraud issues
3) They lack the time to conduct a thorough examination
4) They are encouraged to limit the scope of their investigation to just a few
examples of payroll fraud

5) Inability to operate or even understand spreadsheets
6) Intense pressure from the administration and ranking officers to intentionally do a poor job

In speaking with two honest PIB officers these issues are so severe that honest officers are concerned for their own jobs and their promotion prospects if they were to conduct a rigorous examination of any payroll fraud allegations. The demotion of Capt. Gernon stands as a stark example to all those in PIB who might produce a thorough report.

In a personal meeting with Chief Ferguson and Donesia Turner on 26 April 2022, I provided more than a dozen names of officers actively involved in payroll fraud. As a result of that meeting not a single investigation was initiated by the NOPD on the officer's discussed in that meeting.

Of the 11 officers that the NOPD knew were being investigated by the FBI not a single internal investigation of these officers was internally initiated. In most cases, these officers were allowed to continue their normal duties. In a tip from another NOPD officer I was informed that two of the officers actively being investigated by the FBI were still engaged in payroll fraud. After requesting those officers' updated payroll records, I found this was the case and that both Sgt Crowden and SPO Valeary were still involved in payroll fraud even after it had been publicly announced that they were the target of an FBI investigation.

As can be seen in recent Lee Zurick pieces, payroll fraud is alive and well and extends into the upper ranks of the NOPD as well as the Mayors own security detail. As I have mentioned to the OIG, the IPM, the Mayor, the City Council, Jonathan Aronie and to the NOPD itself, an independent audit of the NOPD must be conducted. The response to this request has been deafening in its silence. The result is that I am the only person examining these payroll fraud allegations and must initiate each investigation through a direct request or by providing the press with the relevant records.

While I am certainly encouraged by the NOPD's action with respect to Officer Richardson, she remains an anomaly and officers who have far worse payroll fraud issues continue in their current position and in many cases continue to engage in payroll fraud. Even now the 2nd District is commanded by Capt. Eric Gillard who has a long record of egregious payroll fraud stretching back to at least 2015 (I will attach his records).

To date I have identified 10 ways in which NOPD officers are engaged in payroll fraud and an additional 9 methods officers use to inflate their paychecks which violate NOPD's own internal policies. As a result of my work on this issue I have been followed by NOPD officers after interviews with the press, my building on UNO's campus has been surrounded by NOPD officers and friends and family have been approached by uniformed NOPD officers in some attempt to apply pressure to myself.

In a department where well over 10% of the officers are engaged in payroll fraud, bringing this criminal activity to a halt may take many years. While I will certainly continue efforts to root out this sort of criminal activity within the

NOPD, requesting and assembling these records is a time-consuming proposition costing well over 1,000 hours and 1,000's of dollars over the last two years.

I can provide considerably more information regarding any of the points I've outlined in this email.  I do appreciate your work in overseeing the federal consent decree and do hope you are able to rein in this endemic corruption within the NOPD.

Sincerely,

Skip Gallagher, Ph.D.

Gallagher.dr@gmail.com
(504) 388-1846

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.