# FORMAL DISCIPLINARY INVESTIGATION TRANSMITTAL
## *ORIGINAL TRANSMITTAL--INVESTIGATIVE CASE EXHIBIT A*

PIB Control #  2022-0513-R   IPM # _____   OIG # _____   ___Originated from Wel

PIB Commander Review (Initials)  *KcA*   Date: *11-16-22*   RFC: _____   120   3/23/23

### Case Type

| | | | | | |
|---|---|---|---|---|---|
| Adherence to Law | Criminal (Orleans Parish) | Unauthorized Force | False/Inaccurate | 1st Amendment | Work Retaliation |
| X Administrative | Criminal (other jurisdiction) | Domestic Violence | BWC | Workplace Discrimination | |
| Bias/Racial/Profiling/Discrimination Policing | | LGBTQ | | | |

PIB Only

| | Date | | | |
|---|---|---|---|---|
| Date of Cogniznance of Allegation | 11/8/2022 | **Transmittal Form** | | |
| Date Control # Issued | 11/9/2022 | Form completed by whom | Sgt. L. Jones | |
| Date Complaint Form Received in PIB | 11/9/2022 | Date form | | 11/11/2022 |
| Date Investigation Determined (w/in 3 days receipt) | 11/10/2022 | Assigned to: | _____ | |
| Date of Classification (due w/in 14 days of cogniznance) | 11/23/2022 | | | |
| (date of classification is "DATE FORM COMPLETED") | | Number of CD: | 0 | |
| **Due Dates** | | Number of Photos: | _____ | |
| Date Invest due in PIB (40 days from classification) | 1/2/23 | Other (specify) | _____ | |
| Date Invest due to PIB if extension is approved | 3/3/23 | (Ext due date 100 days from classification date; date entered by PIB) | | |
| Date Invest **Final** (60 days from classification) | 1/22/23 | Rec'ed by Bureau Rep. sign & date | | |
| Date Invest returned to PIB | | | | |
| 90 Days | 2/21/2023 | | | |
| 120 Days | 3/23/2023 | 150 days | 4/22/2023 | |
| Remarks | | | | |

### MUST BE COMPLETED BY INVESTIGATOR AND INVESTIGATOR'S COMMANDER

Date Investigator rec'd from Bureau Rep   _____

Assigned Investigator (sign and print name)   _____

Date Extension request sent to Civil Service   _____   Granted? Y/N/MOOT (Circle one)

Date receipted copy of ext. request emailed to PIB   _____

Date intro letter sent to **complainant**   _____   Date(s) status letter(s) sent   _____

Date Completed Invest due to Invest's Supervisor   _____   Date Rec'd by Supervisor   _____

Date Comp. Invest given to Invest's Commander   _____   Approved by Commander:   _____

| | Date | By Whom |
|---|---|---|
| Verbal notice of disposition to accused | _____ | _____ |
| Written notice of disposition to accused | _____ | _____ |
| Written notice of disposition signed by accused | _____ | _____ |
| Remarks | | |

### MUST BE COMPLETED BY INVESTIGATOR'S BUREAU

Rec'd by Bureau Rep (signature, printed name, and date of receipt)   _____

Date Completed Investigation due to Bureau Chief   _____

Date Completed Investigation rec'd to Bureau Chief   _____

Completed Invest approved by Bureau Chief (sign and date)   _____

Remarks

DEPOSITION OF
KENDRICK C. ALLEN

**EXHIBIT #10**

TAKEN AUGUST 2, 2023

# P.I.B. Misconduct Complaint Determination

**P.I.B. Representative:** Sgt. Lawrence Jones          **CTN#:** 2022-0513-R

**Receipt of Form 230 Date:**   11/09/2022          **Determination Date:** 11/11/2022
(Within 3 days of receipt of misconduct)

**Investigation Assignment Recommendation:** (circle one)

ICO - Supervisor     |P.I.B.|     Criminal     F.I.T.     Intake     Outside Agency
Bureau
_____

**INTAKE SUPERVISOR:** _____          **Date:** _____

**CIRCLE ONE:**  |FDI|  MVI   NFIM   NSA   BWC MEDIATION   GRIEVANCE   CANCELLED

ICO − Supervisor     P.I.B.     Criminal     F.I.T.     **Intake**     Outside Agency
Bureau

**PIB Chief:** Approve/Disapprove          **Date:** _____

| MEDIATION | NEGOTIATED SETTLEMENT | GREVIANCE | SUPERVISOR FEEDBACK LOG |
|---|---|---|---|
| • Internal Complaint Yes or No<br>• Public Complaint Yes or No<br>• Two within 12 month period Yes or No<br>• Violations Qualify Yes or No<br>  - Professionalism<br>  - Courtesy<br>  - Neglect of Duty | • Internal Initiated Yes or No<br>• Public Complaint Yes or No<br>• Minor Violation Yes or No<br>• Discipline ranges from Letter to 10 days    Yes or No | • Internal Initiated Yes or No | • Internal Initiated Yes or No<br>• Minor Violation Yes or No |

** Attach short forms and highlight previous Mediation/Negotiated Settlements**

Rev 03/18/2019

INTAKE CASE TRACKING FORM

**TO:** Captain Kendrick Allen

**FROM:** Sgt. Lawrence Jones

**CTN: 2022-0513-R**

CIRCLE ONE:  BWC  FDI  MEDIATION  MVI  NFIM  NSA  REDIRECTION

## DATES OF COMPLETION

SUBMITTED TO SUPERVISOR FOR REVIEW _____

RETURNED FOR CORRECTIONS _____

SUPERVISORY APPROVAL _____

RECOMMENDED MEDIATION _____

CRIMINAL TO ADMINISTRATIVE _____

SUPERVISOR FOR MVI INSIGHT DOCUMENTATION_____

MSB FOR GRIEVANCE REVIEW_____

**FORM COMPLETED BY:** Sgt. Lawrence Jones          **DATE:** 11/09/2022

## YOU MAY COMPLETE THIS BY HAND WRITING INFORMATION IF YOU PRINT LEGIBLY

REV. 7/10/18