MINUTE ENTRY
MORGAN, J.
AUGUST 31, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, AUGUST 31, 2023 (2:10 p.m. – 5:50 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Dena White |
| COURT REPORTER: | Karen Ibos |
| APPEARANCES: | R. Jonas Geissler, Megan R. Marks, and Timothy Mygatt behalf of the Plaintiff, the United States of America. Mehveen Riaz participated by teleconference; |
| | Daniel E. Davillier, Kevin Hill, Donesia D. Turner, Charles F. Zimmer, II, on behalf of the Defendant, the City of New Orleans; |
| | Ashley Burns and David Douglas on behalf of the Consent Decree Monitoring Team. Jonathan Aronie participated by teleconference; |
| | Michelle Woodfork on behalf of the New Orleans Police Department (NOPD) participated by teleconference. |

## HEARING ON THE ORDER TO SHOW CAUSE (R. Doc. 729)

The Court ordered the witnesses to be sequestered.

Captain Kendrick C. Allen, New Orleans Police Department, was called by City of New Orleans and placed under oath. In connection with testimony of Captain Kendrick C. Allen, the following exhibits were offered and admitted into evidence: Exhibits 1, 2, 3,

6, 7 and 17.

Counsel were reminded to ensure that witnesses comply with the sequestration order.

The matter was continued to **Tuesday, September 5, 2023, at 1:00 p.m.**

JS-10:  03:40