UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS,<br>Defendant. | MAG. DONNA PHILLIPS CURRAULT |

### RESPONSE OF THE CITY AND NOPD TO ORDER OF PRODUCTION

**NOW INTO COURT**, through the undersigned counsel, comes the City of New Orleans and its New Orleans Police Department (collectively, the "City") to respond to the instructions of the Court of this date, as follows:

Today at 12:17 p.m., the undersigned received an email[1] from a law clerk for the Honorable Court directing the production of previously produced, but redacted, privileged material, or a privilege log, by the end of today. The two emails identified were redacted to exclude communications between trial counsel for the City and City employees directly regarding this litigation. In light of the currently continued Rule to Show Cause hearing, and in the interest of judicial economy to avoid a protracted evaluation of the privilege asserted, the City waives its privilege as to these two specific emails and produces them here unredacted as Exhibits 2 and 3.

---

[1] *See* Ex. 1.

The City maintains and asserts its attorney-client privilege assertion as to every other communication between counsel and the City, including its employees.

Respectfully submitted, this 1st day of September 2023.

> ***Davillier Law Group, LLC***
> Daniel E. Davillier La. No. 23022
> Charles F. Zimmer II (T.A.) La. No. 26759
> 935 Gravier Street, Suite 1702
> New Orleans, LA  70112
> Phone: (504) 582-6998
> Fax: (504) 582-6985
> ddavillier@davillierlawgroup.com
> czimmer@davillierlawgroup.com
>
> ***Counsel of Record for***
> ***the City of New Orleans and the***
> ***New Orleans Police Department***

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 1st day of September 2023.

<u>/s/ Charles F. Zimmer II</u>