| | |
|---|---|
| **From:** | Lawrence Dupree |
| **To:** | Charles F. Zimmer, II |
| **Subject:** | Attorney/Client Officer Jeffrey Vappie |
| **Date:** | Tuesday, August 15, 2023 1:29:09 PM |

See below.

Lawrence Dupree
Chief Of Operations
New Orleans Police Department
Office of the Superintendent
715 South Broad Street
New Orleans. LA 70119

Follow the NOPD at: New Orleans Police Department | Facebook

Career Opportunity: WWW.JOINNOPD.ORG

**From:** Christopher D. Goodly <Cdgoodly@nola.gov>
**Sent:** Wednesday, December 21, 2022, 5:51 PM
**To:** Lawrence Dupree <ldupree@nola.gov>
**Cc:** Kendrick C. Allen <KECAllen@nola.gov>; Shaun D. Ferguson <Sdferguson@nola.gov>; Michelle M. Woodfork <mmwoodfork@nola.gov>; Keith A. Sanchez <kasanchez@nola.gov>
**Subject:** Fwd: Officer Jeffrey Vappie

Chief Dupree,

FYI...via PIB, Officer Vappie of ISB is returning to duty.   Please make arrangements to have the officer notified of his assignment and schedule.

Thanks

Christopher D. Goodly
Chief Deputy Superintendent
New Orleans Police Department
Field Operations Bureau
715 South Broad Street
New Orleans, Louisiana 70119

**From:** Kendrick C. Allen <KECAllen@nola.gov>
**Sent:** Wednesday, December 21, 2022, 4:07 PM
**To:** Shaun D. Ferguson <Sdferguson@nola.gov>; Christopher D. Goodly <Cdgoodly@nola.gov>; Keith A. Sanchez <kasanchez@nola.gov>; Andre C. Carter <accarter@nola.gov>; Andre C. Carter <accarter@nola.gov>
**Cc:** Lawrence A. Jones <lajones@nola.gov>
**Subject:** Officer Jeffrey Vappie

Officer Jeffrey Vappie has been returned to full duty.

Captain Kendrick C. Allen
New Orleans Police Department
Public Integrity Bureau
1340 Poydras Street Suite 1900
New Orleans, LA. 70131
504.421.8333 cell
kecallen@nola.gov

NOPD_0006436