MINUTE ENTRY
MORGAN, J.
SEPTEMBER 5, 2023

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

### JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, SEPTEMBER 5, 2023 (1:02 p.m. – 5:13 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:     Alexis Vice

APPEARANCES:    R. Jonas Geissler, Megan R. Marks, and Timothy Mygatt behalf of the Plaintiff, the United States of America. Mehveen Riaz participated by teleconference;

Daniel E. Davillier, Kevin Hill, Donesia D. Turner, Charles F. Zimmer, II, on behalf of the Defendant, the City of New Orleans;

David Douglas on behalf of the Consent Decree Monitoring Team. Jonathan Aronie participated by teleconference;

Michelle Woodfork on behalf of the New Orleans Police Department (NOPD) participated by teleconference.

**SHOW CAUSE HEARING**

Continued from August 31, 2023.

The Court reminded the parties that witnesses are to comply with the sequestration order.

    Witnesses called by the defendant and placed under oath:
    Lieutenant Lawrence Jones;
    Deputy Superintendent Lawrence Dupree;

    Deputy Chief Keith Sanchez;

In connection with testimony of Lieutenant Lawrence Jones, the following exhibits were offered and admitted into evidence: Defendant's Exhibit 11; Government's Exhibit 23.

In connection with testimony of Deputy Superintendent Lawrence Dupree, the following exhibits were offered and admitted into evidence: Government's Exhibit 24.

Matter continued to **Wednesday, September 6, 2023, at 9:00 a.m.**

| JS-10: 05:01 |
| --- |