*ORIGINAL TRANSMITTAL-INVESTIGATIVE CASE EXHIBIT A*

| | | |
|---|---|---|
| PIB Control # 2023-0141-P | OIPM CC2023-0031 | Originated from Web |
| PIB Commander Review (initial) [signature] | Date: 4/10/2023 | RFC: |

**CASE TYPE**

| | | | | |
|---|---|---|---|---|
| ___ Adherence to Law | x Criminal (Orleans) | ___ Unauthorized Force | ___ False/Inaccurate | ___ 1st Amend |
| ___ Administrative | ___ Crminal (Other Juris) | ___ Domestic Violence | ___ BWC | ___ Workplace Discrimination/Retaliation |
| ___ Bias/Racial Profiling/Discrimination Policing | ___ LGBT | | | |

**PIB ONLY**

Emergency Suspension Date _____     Reassignment Date _____

From Unit _____ To Unit _____

| | | |
|---|---|---|
| Date of Cognization of Allegation | 3/17/2023 | **TRANSMITTAL FORM** |
| Date Control # Issued | 3/17/2023 | Form Completed by: Inv. Sylvia Martin |
| Date Complaint Form Received in PIB | 3/28/2023 | Date Form Rec'd/completed 4/3/2023 |
| Date Investigation Determined (w/n 3 days receipt) | 3/29/2023 | |
| Date of Classification (due w/n 14 days of cognizance) (Date of Classification is DATE FORM COMPLETED) | 4/3/2023 | Assigned to: PIB-Criminal |
| Date Invest due in PIB (40 days from classification) | 5/13/2023 | Number of CDs: 1 |
| Date Invest due to PIB if extension is approved | 7/12/2023 | Number of Photos: 0 |
| Date Invest Final (60 days from classification) | 6/2/2023 | Other (Specify): 4 Attachment(s) |

Date Invest Returned to PIB
- 90 Days  7/2/2023
- 120 Days 7/15/2023    150 Days 8/31/2023

REC'D BY BUREAU REP (SIGN & DATE) _____

Remarks _____

**MUST BE COMPLETED BY INVESTIGATOR AND INVESTIGATOR'S COMMANDER**

| | DATE | | BY WHOM |
|---|---|---|---|
| Date Investigator Rec'd from Bureau Rep | | | |
| Assigned Investigator (sign & print name) | | | |
| Date Extension Request sent to Civil Service | | Granted: _____ (Circle one below) Y / N / MOOT / Mediation / PIB | |
| Date receipted copy of ext. request email to PIB | | | |
| Date intro letter sent to complainant | | Date(s) status letter(s) sent | |
| Date completed invest due to invest's supervisor | | Date Rec'd by Supervisor | |
| Date Comp. invest given to invest's commander | | Approved by Commander | |
| Verbal notice of disposition to accused | | | |
| Written notice of disposition to accused | | | |
| Written notice of disposition signed by accused | | | |

**MUST BE COMPLETED BY INVESTIGATOR'S BUREAU**

Rec'd by Bureau Rep (signature, printed name, and date of receipt _____

Date completed investigation due to Bureau Chief _____

Date Completed Investigation rec'd by Bureau Chief _____

Completed Invest approved by Bureau Chief (sign and date) _____

INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

TRACKING NUMBER: 2023-0141-P  DATE COMPLAINT RECEIVED: 3/17/2023

DATE FORM COMPLETED: 4/03/2023  DATE FORM RECEIVED BY PIB: 3/28/2023

DOMESTIC INCIDENT: ___  SEXUAL HARASSMENT: ___

| Source | | |
|---|---|---|
| Citizen Complaint X | NOPD Supervisor | NOPD Employee |

| How Complaint Received | | | | |
|---|---|---|---|---|
| Violation Observed ___ | In Person ___ | Telephone ___ | Correspondence _X_ | Investigation ___ |

Investigator Initiating Complaint:  Investigator Arlen S. Barnes
Assignment:  Public Integrity Bureau

Complainant's Name, Race, Sex,
D.O.B.  Belden Batiste; Black, Male
  D.O.B. Unknown / Refused

Complainant's Address, Zip
Code, Home and Business Phone:  Refused address; (504) 259-3766
  Email: beldenbatiste@gmail.com

Date and Time Incident of
Complaint Occurred:  March 29, 2022 at 4:00 PM

Location Where Incident of
Complaint Occurred:  4100 Touro St., New Orleans, LA

| Duty Status: | Shift: | Clothing: |
|---|---|---|
| On Duty _X_ /Off ___ Detail ___ | 1st _X_ /2nd ___ /3rd ___ | Regular Uniform ___ Task Force Uniform ___ Plainclothes _X_ |

Total Number of Accused Employees: One (1)

Accused Member: (A-1) Senior Police Officer Jeffery Vappie,
F.O.B. Special Operations Division, Employee No. 08913

Suspended: ___
Reassigned: X

Alleged Rule Violation/s:
(V-1) Rule 2: Moral Conduct, Paragraph 1: Adherence to Law to wit: R.S. 14-138, Relative to Public Payroll Fraud.
(V-2) Rule 2: Moral Conduct, Paragraph 1: Adherence to Law to wit: R.S. 42:63, M.C.S. 9-106, Prohibited Activities of Board Members & M.C.S. 2-780, Forfeiture of Board Membership.

Accused Member's Supervisor (Name, Rank): Sergeant Anthony Rome; Employee No. 10074

PIB CTN 2023-0141-P

## INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

WITNESSES:

GIST OF COMPLAINT:

On Friday, March 17, 2023, P.I.B. Investigator Arlen Barnes, was assigned to conduct a preliminary investigation of a complaint referral from the Office of the Independent Police Monitor (OIPM).

The complaint was filed under OIPM Complaint #CC2023-0031. The complainant was listed as Mr. Belden Batiste. The accused was listed as Senior Police Officer Jeffery Vappie, assigned to the F.O.B. Special Operations Division. The date of the incident was listed as March 2022.

The Details of Complainant's Account section indicated the following:

The complainant contacted the OIPM on 3/13/2023 regarding allegations of misconduct against SPO Jeffery Vappie.

The complainant alleged that SPO Vappie violated New Orleans City Ordinances while serving as a member of the board of the Housing Authority of New Orleans (HANO). The complainant alleged the law states that City of New Orleans employees are disallowed from sitting on local boards. The complainant referenced recent media reports related to this alleged misconduct as well as City Councilmember J.P. Morrell's recent statements regarding SPO Vappie's alleged violation of City Ordinances.

- The OIPM observed that SPO Vappie was appointed to the HANO Board in March 2022.

- The OIPM observed that New Orleans Municipal Code Section 2-780 (Forfeiture of Board Membership) states: *"Any member of a board who shall qualify as a candidate for any public elective office or who shall accept an appointive office or position of public employment for which compensation is paid by the city shall forfeit membership on the board. The provisions of this paragraph shall not apply to ex officio board members nor to any board member who serves in such capacity by virtue of an elective office in city government."*

2

PIB CTN 2023-0141-P

- The OIPM observed that New Orleans Municipal Code Section 9-2106 (Prohibited Activities of Board Members) Paragraph 2 states: *"Any member of a board who shall qualify as a candidate for any elective office or who shall accept an appointive office or position of public employment for which compensation is paid by the City of New Orleans shall forfeit membership on the board."*

Additionally, the complainant alleged that SPO Vappie committed payroll fraud and may have violated NOPD payroll related policies while serving on the HANO board. Specifically, the complainant alleged that SPO Vappie was compensated by the NOPD for the time spent working on the HANO board when SPO Vappie should have been working his regular duties as a NOPD Officer during those same times.

- The OIPM requests investigators review SPO Vappie's payroll records during the dates and times of HANO board meetings since March 2022 to ascertain if SPO Vappie was compensated during HANO board meetings.

Investigator Barnes contacted Mr. Belden Batiste via telephone (504) 259-3766 and completed an Initial Intake form. The investigator also obtained a taped recorded statement from the complainant. He refused to provide any additional information and advised to use the information he provided to the OIPM on 3/13/2023 as the basis of his complaint.

Investigator Barnes accessed the Housing Authority of New Orleans website www.hano.org and conducted a search of the "Minutes of the Regular Board Meeting of the Board of Commissioners" in 2022. The search revealed "Commissioner Vappie" attended board meetings at 4100 Touro St. on the following dates and times:

- Tuesday, March 29, 2022, at 4:00 PM
- Tuesday, May 24, 2022, at 4:00 PM
- Tuesday, June 28, 2022, at 4:00 PM
- Tuesday, July 26, 2022, at 4:00 PM

A search of Officer Vappie's payroll records revealed he was Regular Working (on duty) on Tuesday, March 29, 2022, from 8:00AM to 4:35 PM and overtime from 4:35PM to 8:00 PM.

The payroll records search also revealed Officer Vappie was on leave (Sick Pay) on Tuesday, May 24, 2022, and Tuesday, June 28, 2022. He was Absent with Pay (AWP) on Tuesday, July 26, 2022.

3

PIB CTN 2023-0141-P

The investigator noted the call number 2130 was assigned to Commander Derek Frick when he was the Supervisor of the P.I.B. Criminal Investigations Section.

Based on the information received, Investigator Barnes initiated a formal disciplinary investigation to determine if Senior Police Officer Jeffery Vappie may have violated Rule 2: Moral Conduct, Paragraph 1: Adherence to Law to wit: R.S. 14-138, Relative to Public Payroll Fraud, if he served as a board member for the Housing Authority of New Orleans while being compensated by the New Orleans Police Department.

The investigation should also determine of Senior Police Officer Jeffery Vappie may have violated Rule 2: Moral Conduct, Paragraph 1: Adherence to Law to wit: R.S. 42:63, M.C.S. 9-106, Prohibited Activities of Board Members & M.C.S. 2-780, Forfeiture of Board Membership, if he served on a board while employed by the New Orleans Police Department.

Per orders of Deputy Chief Keith Sanchez, Senior Police Officer Jeffery Vappie was placed on administrative re-assignment.

Attachments:
1) O.I.P.M. Complaint #CC2023-0031
2) PIB Initial Intake Form 2023-0141-P
3) Taped statement of Mr. Belden Batiste
4) P.I.B. Complaint History; SPO Jeffery Vappie

Inv. Arlen S. Barnes

4




CITY OF NEW ORLEANS

# DEPARTMENT OF POLICE

P.O. Box 51480
New Orleans, Louisiana 70151

LATOYA CANTRELL
MAYOR

"to protect and to serve"

MICHELLE M. WOODFORK
SUPERINTENDENT

## PUBLIC INTEGRITY BUREAU INITIAL INTAKE FORM
(circle one)
COMMENDATION, COMPLAINT OR DOCUMENTATION OF MINOR VIOLATION

(NOPD Only) PIB CTN #: 2023-0141-P   Today's Date: 03-17-2023   Time: 2:25 PM

Complainant's Last Name: BATISTE   First Name: BELDEN   Race: ___ Sex: ___ DOB: ___

Address: REFUSED   City: ___   State: ___   ZIP: ___

Contact #1: ___   Contact #2: ___   Email: ___

Location(s) Incident Occurred: ___

Date & Time Incident(s) Occurred: ___   NOPD Item# ___

Do you have a COMMENDATION for, or COMPLAINT against, an NOPD employee? (Circle one)

Accused Officer 1: VAPPIE, JEFFERY   Rank: SPO   Badge # ___

Accused Officer 2: ___   Rank: ___   Badge #: ___

(Please list additional officers in narrative) Were you directly involved in the incident?   YES / NO

Please list the names and contact information for all witnesses: ___

Were you arrested? YES/NO   Did you receive a ticket and/or summons for this incident? YES/NO

Were you injured during this incident? YES / NO   If so, did you seek medical attention? YES / NO

If injured, please describe the injury and how it occurred. ___

The below section is to be completed by NOPD supervisors ONLY*******************************

If this is a public complaint, immediately obtain a complaint tracking number and provide it to the complainant along with a copy of this form. Submit this form to PIB before your tour of duty ends.
Was the complainant's interview recorded? (YES / NO) (If no, explain why)

Shift designation (Circle One) 1st 2nd 3rd   Duty Status (Check One) On duty ☐ Off ☐

PIB CTN # 2023-0141-P   (PIB ONLY): Date Received: 3-17-2023 Intake Representative's Initials ___
NOPD Form 230

Continuation Page                                                                 Page 2 of 3

Please print your name: ALLEN S. BARNES   Rank: POLICE INVESTIGATIVE SPEC.   Assignment: PIB
Signature: _____   Phone #: 504 658-6800   Today's Date: 3-17-2023

## NARRATIVE PAGE

If you are making a complaint: What is your *primary* complaint and what outcome do you expect?
If you are making a commendation: What officer(s) would you like to commend, and why?
If you are reporting a minor violation, please summarize the behavior that constituted the violation.

MR. BATISTE REFUSED TO PROVIDE A RECORDED STATEMENT REGARDING HIS COMPLAINT MADE TO THE OFFICE OF THE INDEPENDENT POLICE MONITOR ON 3-13-2023 UNDER OIPM COMPLAINT REFERRAL # 2023-0031

Please Print Complainant Name: _____   Signature: _____

## NARRATIVE CONTINUED

The below section to be completed by NOPD supervisors for reporting minor violations/infractions ONLY***

PIB CTN # 2023-0141-P                                    Intake Representative's Initials ASB
NOPD Form 230

Continuation Page

Please list the NOPD Rule and Paragraph, Chapter, or General Order violated:

_____

_____

The disciplinary action taken against the accused employee is one or more of the following (check one):

Verbal Counseling ☐     Remedial Training ☐     Other ☐ (provide attachments to document other actions)

Accused Employee's Information

Name: _____ Date of violation: _____

Race: _____ Sex: _____ Empl ID #: _____ Rank: _____ Assignment: _____

Shift designation (Circle One) 1st 2nd 3rd     Duty Status (Check One) On duty ☐ Off ☐

Issuing Supervisor Name: _____ Title/Rank, Employee ID #: _____

Signature of Accused: _____ Date of signature _____

| *PIB USE ONLY*  NON-DISCIPLINARY COUNSELING FOR MINOR VIOLATION |
| --- |
| APPROVED BY:_____ DISAPPROVED BY:_____ |
| FORMAL DISCIPLINARY INVESTIGATION INITIATED BY:_____ |

PIB CTN # _____                    Intake Representative's Initials _____
NOPD Form 230



**OIPM**
Office of the Independent Police Monitor

2714 Canal Street Suite 201 New Orleans LA 70119

www.nolaipm.gov           (504) 309-9799

STELLA CZIMENT
INDEPENDENT POLICE MONITOR

March 17, 2023

Deputy Superintendent Keith Sanchez
Public Integrity Bureau
New Orleans Police Department
1340 Poydras St Suite 1900
New Orleans, LA 70112

RE: Complaint Referral; OIPM Complaint CC2023-0031

Dear Deputy Superintendent Keith Sanchez:

This is to inform you pursuant to New Orleans City Code Section 2-1121 (the Police Monitors Ordinance) that the Office of the Independent Police Monitor (OIPM) has received a complaint of misconduct by an NOPD employee(s). The complainant relayed the following information to our office:

## Complaint Information

Date filed with OIPM: 03/13/2023

### Complainant Information
Name: Belden Batiste
Phone: (504) 259-3766
Email: beldenbatiste@gmail.com

### Subject NOPD Employee(s) Information
Name: Jeffrey P Vappie II
Rank: SENIOR POLICE OFFICER
Employee ID: #6913
Race: Black / African American
Sex: M
Supervisor (Employee ID): Anthony J Rome (#10074)
Employee Type: Commissioned
Status: Active



Deputy Superintendent Keith Sanchez
March 17, 2023
Page 2

Incident

### Initial Allegations/Concerns/Issues

Complainant alleges the following occurred during the complainant's interaction with SENIOR POLICE OFFICER Jeffrey P Vappie II. If proven, the accused may have violated NOPD policy, rules, or procedure when:

1. The complainant alleged the Officer has been in violation of New Orleans City Ordinances and Louisiana Law by simultaneously serving as a board member of the Housing Authority of New Orleans and being employed by the City of New Orleans. This is in violation of *RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW: to wit Municipal Code Section 2-780 (Forfeiture of board membership), Municipal Code Section 9-106 (Prohibited Activities of Board Members), R.S. 42:63*
2. The complainant alleged that the Officer knowingly received payment or compensation for services not actually rendered by himself when the Officer was compensated by the City of New Orleans for his NOPD duties when the Officer was actually allegedly attending Housing Authority of New Orleans board meetings. This is in violation of *RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW: R.S. 14:138 Public Payroll Fraud*
3. The complainant alleged that the Officer knowingly submitted false written payroll/timekeeping records stating that the Officer was on-duty when the Officer was allegedly attending Housing Authority of New Orleans board meetings. This is in violation of *RULE 6: OFFICIAL INFORMATION: PARAGRAPH 02 - INTENTIONALLY FALSE OR INACCURATE REPORTS*

### Details of Complainant's Account

The complainant contacted the OIPM on 3/13/23 regarding allegations of misconduct against SPO Jeffrey Vappie.

The complainant alleged that SPO Vappie violated New Orleans City Ordinances while serving as a member of the board of the Housing Authority of New Orleans (HANO). The complainant alleged that the law states that City of New Orleans employees are disallowed from sitting on local boards. The complainant referenced recent media reports related to this alleged misconduct as well as City Councilmember J.P. Morrell's recent statements regarding SPO Vappie's alleged violation of City Ordinances.


INDEPENDENT POLICE MONITOR
2714 Canal Street, Suite 201 | NEW ORLEANS, LOUISIANA | 70119
Phone (504) 309-9799| Fax (504) 309-7345

Deputy Superintendent Keith Sanchez
March 17, 2023
Page 3

- The OIPM observed that SPO Vappie was appointed to the HANO board in March 2022.
- The OIPM observed that New Orleans Municipal Code Section 2-780 (Forfeiture of board membership) states, "*Any member of a board who shall qualify as a candidate for any public elective office or who shall accept an appointive office or position of public employment for which compensation is paid by the city shall forfeit membership on the board. The provisions of this paragraph shall not apply to ex officio board members nor to any board member who serves in such capacity by virtue of an elective office in city government.*"
- The OIPM observed that New Orleans Municipal Code Section 9-106 (Prohibited Activities of Board Members) paragraph 2 states, "*Any member of a board who shall qualify as a candidate for any public elective office or who shall accept an appointive office or position of public employment for which compensation is paid by the City of New Orleans shall forfeit membership on the board.*"

Additionally, the complainant alleged that SPO Vappie committed payroll fraud and may have violated NOPD payroll related policies while serving on the HANO board. Specifically, the complainant alleged that SPO Vappie was compensated by the NOPD for time spent working on the HANO board when SPO Vappie should have been working his regular duties as an NOPD Officer during those same times.

- The OIPM requests investigators review SPO Vappie's payroll records during the dates and times of HANO board meetings since March 2022 to ascertain if SPO Vappie was compensated by NOPD during HANO board meetings.

Additionally, SPO Vappie's supervisor(s) may have been in violation of *Rule 4: Performance of Duty: PARAGRAPH 04(b) - Neglect of Duty - Supervisory Responsibilities* when they approved SPO Vappie's allegedly fraudulent timesheets.

### Complaint History

The OIPM was unable to review SENIOR POLICE OFFICER Jeffrey P Vappie II's history for the last five years at this time but may supplement this complaint in the future with this information.

### Classification Recommendation

Criminal Misconduct



INDEPENDENT POLICE MONITOR
2714 Canal Street, Suite 201 | NEW ORLEANS, LOUISIANA | 70119
Phone (504) 309-9799| Fax (504) 309-7345

Deputy Superintendent Keith Sanchez
March 17, 2023
Page 4

- Due to the allegation of a possible commission of crime, false arrest, domestic violence, an unlawful search, or a civil rights violation, OIPM recommends this complaint be classified as criminal misconduct at this time.

I appreciate your prompt attention to this matter. Please acknowledge receipt of this complaint and provide the OIPM with a PIB #. Please contact Stella Cziment if you have any questions regarding this complaint.

Sincerely,

*Bonycle Sokunbi*

Bonycle Sokunbi
Deputy Police Monitor
504-309-9799

Transcribed by: Christian Jamal, Misconduct & Force Analyst