*CITY OF NEW ORLEANS*



# DEPARTMENT OF POLICE

P.O. BOX 51480
New Orleans, Louisiana 70151

*"to protect and to serve"*



**LATOYA CANTRELL**
*MAYOR*

**ANNE E. KIRKPATRICK**
*SUPERINTENDENT*

December 1, 2023

Honorable Susie Morgan
United States District Court
(Eastern District)
500 Poydras Street C336
New Orleans, LA 70112

Dear Judge Morgan,

Thank you for giving the New Orleans Police Department the opportunity to update the court on the progress we have made in implementing the remedial measures we committed to in our October 30, 2023, letter. Our team identified ninety- five tasks in our remedial action plan. As you review the attached document you may note several remedial measures are contingent upon others being completed. For instance, we cannot train on a policy update until it is approved by all parties and implemented by the department. In other instances, we are still working with the monitoring team to craft an appropriate response such as the need to create a new way of tracking disciplinary investigation dispositions. It is our belief the use of the attached tracker will assist us in identifying next steps as well as areas we need to put more focus on. This tracker was shared with the Federal Monitoring Team for their awareness prior to being filed today.

Sincerely,

Anne Kirkpatrick
Superintendent of Police
New Orleans Police Department

AEK/NLG/nlg

# Exhibit 1

| CD ¶ | Remedial Plan | Owner | Actions | Action Status | Last completed task | Current action / task | Next Step | Notes |
|---|---|---|---|---|---|---|---|---|
| 306 | Revisit/Re-energize the Serious Discipline Review Board (SDRB) | NG | OCDM to give feedback on proposed changes | In Progress | Held SDRB on November 9 - awaiting feedback | Awaiting feedback | | |
| | | NG | NOPD to draft policy changes and submit them to OCDM/DOJ | In Progress | Sent to OCDM DOJ 11/16 | DOJ approved 11.20 | Awaiting OCDM approval | |
| | | NG | OCDM/DOJ to approve policy changes and return to NOPD | Pending | | Awaiting OCDM approval | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | | KS | NOPD to hold first SDRB on 11/9/23 following the UOFRB | Pending | SDRB WAS HELD ON 11/9 - OCDM Scott Hunsberry attended | OCDM Scott Hunsberry provided feedback | | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| | | KS | NOPD to keep OCDM/Court apprised of SDRB schedules, agendas, and outcomes | In Progress | SDRB email/calendar invite for 11/29/23 sent to OCDM on 11/22/23 by Sgt. LaShawn Rondeno. SDRB held on 11/29/2023. OCDM Robert Minchew was present. Additionally, OCDM is apprised of the results of the most recent SDRB at their weekly meetings with PIB | Next SDRB is scheduled for January 11, 2024 following the next UOFRB | Discuss logistical and confidentiality challenges of any exits with OCDM | |
| | Ensure Executive Protection (EP) unit is effectively supervised | LD | NOPD to assign a full-time Sgt to EP | Complete | Sgt. Jeuce transferred to EP unit 8/18/23 | NA | Review by OCDM | Personnel transfer # 19-2023 |
| | | LD | NOPD to move EP to Chief of Ops | Complete | EP Unit transferred to Chief Dupree 8/18/23 | NA | NA | Personnel transfer # 19-2023 |
| | | NG | All parties to develop EP SOP | In Progress | DOJ approval | NA | Dissimination of policies | |
| | | NG | All parties to develop EP policy, 46.6 | Pending | | | | |
| | | LD / NG | NOPD to train EP on policies and SOP | Pending | tbd | tbd | tbd | All members have had formal EP training in outside schools |
| | Revise NOPD assignment/reassignment policies | NG | NOPD to draft policy changes and submit them to OCDM/DOJ | Pending | | | | |
| | | NG | OCDM/DOJ to approve policy changes and return to NOPD | Pending | | | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | | NG | NOPD to revise NOPD's assignment/reassignment forms (pending) | Pending | | | | |
| 313 | Draft/Enhance policies related to reviewing supervisors' roles in misconduct | | See actions for 306 re SDRB | NA | | | | |
| | Ensure supervisors have access to OPSE and NOPD shift information | NG | OCDM to advise whether the current system suffices | In Progress | Information shared by PSAB on current system is under review by OCDM | NA | | |
| | | NG | OCDM to review NOPD's request for shift data enhancements | Pending | 11/9 meeting with Fiance / FTI OCDM / OPSE | NA | | |
| | Enhance Academy training re supervisory use of insight and escalating concerns | MW | NOPD to develop the training | Pending | | | | |
| | | MW | NOPD to assist with developing a system for measuring the training | Pending | | | | |
| 399 | Ensure current revisions to 52.1 ensure proper complaint intake based on allegation | NG | OCDM to review current revisions to 52.1 | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | Awaiting DOJ approval / pending discussion scheduled for 11/28 | | |
| | | NG | NOPD to implement OCDM's suggestions for 52.1 | In Progress | Incorporated all OCDM suggestions | | | |
| | | MW | PIB to train intake personnel on complaint classifications | Pending | | Need to identify current training apps / needs | Development of lesson plan / training mod | |
| | | MW | PSAB to train intake personnel on complaint classification amendments | Pending | | Awaiting 52.1 approval to do all retraining at the same time. | | |
| | Conduct admin and criminal investigations concurrently | NG | OCDM to approve revisions to 52.1 that require superintendent's authorization to delay admin investigation when criminal investigation is in progress | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | Awaiting DOJ approval / pending discussion scheduled for 11/28 | | |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |
| | | KS | PIB to draft SOP for conducting concurrently investigations | In Progress | Discussion with City Attorneys regarding "PORH" 6.5, 20-2531 and Garrity vs. New Jersey to be scheduled. Additionally, on about 10/2/2023 PIB executives staff met to discuss logistical and manpower issues related to concurrent investigations | PIB submitted a KSA to address the manpower issues associated with concurrent investigations. PIB received 20 resumes and will begin conducting interviews in 12/2023. | | |
| | | KS | OCDM to review SOP | Pending | | | | |
| | | KS | PIB to Implement SOP | Pending | | | | |
| | Create system for outsourcing integrity investigations | NG | OCDM to review the proposed guidance in the revisions to 52.1 | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | Awaiting DOJ approval / pending discussion scheduled for 11/28 | | Currently outsourced at least one (possibly two) cases. |
| | | KS | NOPD to implement the revised 52.1 | Pending | | Awaiting DOJ approval / pending discussion scheduled for 11/28 | | |
| | | SL | NOPD to seek funding sources for outsourcing | Pending | | Next meeting to discuss is Dec. 6 | | Funding was piggybacked on existing law contract |
| | Ensure the PIB conflict policy is addressed | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | Done | Awaiting DOJ review | | |
| | | NG | NOPD to implement revised 52.1 | In Progress | | | | |
| | Clarify the 16-35 rule | ER | City Attorney to draft CD amendment | Pending | | | | |
| | | ER | OCDM/DOJ to review amendment | Pending | | | | |
| | | ER | Court to amend CD | Pending | | | | |
| | | NG | NOPD to update secondary employment and overtime policies to align with amendment | Pending | | | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | Ensure PSAB Misconduct Investigations protocol covers 399 | NG | PSAB to ensure protocol covers proper intake classification | In Progress | | Awaiting 52.1 approval to implement. | | |

Far-right column heading: **Not related to 399, rest in CD but will be in 52.1 after revisions**

| # | Task | Sub-task / Action | Owner | Status | Notes |
|---|------|-------------------|-------|--------|-------|
| 403 | Clarify timeliness requirements regarding the integrity investigations and the imposition of discipline | PSAB to ensure protocol covers whether criminal investigations are outsourced when appropriate | NG | Pending | |
| | | OCDM/DOJ to review CD modifications | NG | Pending | |
| | | PSAB to conduct audit with new protocol | NG | Pending | |
| | | City Attorney's Office to draft CD modifications | ER | In Progress | |
| | | OCDM/DOJ to review CD amendment | ER | Pending | |
| | | Court to amend CD | ER | Pending | |
| | | NOPD to align policies with CD Amendment | NG | Pending | |
| | | NOPD to implement policy changes | NG | Pending | |
| | Measure and report timeliness compliance | NOPD to create system for tracking integrity investigation timeliness | NG | In Progress | Attempting to determine how to measure timeliness automatically, may require manually review |
| | | NOPD to create system for publicly reporting integrity investigation timeliness | NG | Pending | |
| | | NOPD to update misconduct investigation audit protocol based on clarifications to CD | NG/KS | Pending | |
| 406/419 | Audit whether admin and criminal investigation are conducted concurrently | PSAB to ensure protocol covers whether criminal and admin investigations are conducted concurrently | NG/KS | In Progress | Is within new 52.1 |
| | Ensure integrity investigation records are secure until their release has been authorized | OCDM to review revisions to 52.1 for this purpose | NG | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 |
| | | DOJ to review revisions to 52.1 for this purpose | NG | Pending | |
| | | NOPD to implement revisions to 52.1 | NG | Pending | |
| 411 | Ensure OCDM is notified about criminal investigations | PIB to draft guidance | KS | In Progress | |
| | | OCDM to review guidance | KS | Pending | |
| | | NOPD to implement guidance | KS | Pending | |
| | | PSAB to counsel to draft general order or directive clarifying DOJ and OCDM access to information | NG/IA | Pending | |
| | | Superintendent to issue clarifying instructions (general order or directive) to command staff regarding DOJ and OCDM access to information | NG/ER | Pending | |
| | | PIB to hold regular meetings with OCDM regarding criminal investigations | KS | In Progress | Occurring on Fridays with OCDM / Sanchez |
| | | PIB to share IAPro data on criminal investigations monthly | KS | Pending | This information is produced in conjunction with the SDRB Weekly List. Last produced on 11/21/22. Provided on Weekly Basis |
| 413 | Enhance training for PIB investigation on circumstantial evidence | PIB to review existing training and recommend enhancements with OCDM | KS/MW | In Progress | Lt. Kenny Temple to meet with Duane Johnson |
| | | PIB to coordinate enhancements with OCDM | KS/MW | Pending | |
| | | OCDM to approve enhancements | KS/MW | Pending | |
| | Advise all city employees about the coverage of the CD | Seek opinion from City Attorney regarding advising all city employees about the coverage of the CD | DT | Pending | |
| 414 | Ensure policy sufficiently covers application of the preponderance of evidence standard | OCDM to review revisions to 52.1 for this purpose | NG | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 |
| | | NOPD to implement revisions to 52.1 | NG | Pending | |
| | Ensure training on applying the preponderance of evidence standard is sufficient | PIB to revise lesson plan to cover application of the standard to be ready for 2024 in-service | KS | In Progress | Lt. Kenny Temple to meet with Duane Johnson regarding Misconduct Investigation Lesson Plan. |
| | | OCDM to review revisions to 32.1 | KS | Pending | |
| | | NOPD to implement revisions to 32.1 | KS | Pending | |
| 415 | Provide guidance on violations investigated but not included in the initial complaint | PIB to get specific from OCDM | KS | Pending | |
| | Provide OCDM with periodic disposition reports | PIB to work with OCDM to understand the enhancements envisioned by OCDM | KS | Pending | Will discuss at PIB and OCDM weekly meetings |
| | | PIB-OAU to implement enhancements | KS | Pending | Will discuss at PIB and OCDM weekly meetings |
| | | PIB personnel to seek additional info on this matter at the IAPro training at the end of October | KS | Pending | PIB personnel attended an IAPro conference in the end of October for the purpose of enhancing OAU's ability to utilize and appreciate the functionality of IAPro. |
| | Update misconduct investigations protocol accordingly | OCDM to review revisions to 52.1 for this purpose | NG | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 |
| | | PIB to get specifics from OCDM | KS | Pending | Will discuss at PIB and OCDM weekly meetings |
| | | PIB/PSAB to develop system for going forward for info | KS/NS | Pending | Awaiting OCDM final approval |
| 416 | Clarify the CD paragraph | PSAB to update audit protocol to cover whether the investigation disposition is one of the four allowed and that the disposition used is appropriate | NG/ER | In Progress | |
| | | Douglas and Gernon to draft modification | NG | Complete | |
| | | City Attorney's Office to include modification drafted by Douglas and Gernon | ER | Complete | |
| 420 | Provide OCDM with more timeline info | OAU to give OCDM monthly reports on the timelines of cases closed in the previous month | KS | In Progress | |
| | Clarify Citizen vs. Rank initiated | OCDM, PIB, PSAB to review monthly timeline reports and identify data gaps | NG/KS | In Progress | |
| | | OCDM to review revisions to 52.1 for this purpose | NG | Pending | NOPD sent most recent set of proposed revisions 10/19/23 |
| | | NOPD to implement revisions to 52.1 | NG | Pending | |
| | Clarify what to send to OCDM when | PIB to work with OCDM to establish guidelines for 454 eligible complaints | KS | In Progress | Extracted from CD Paragraph 454 |
| 454 | Send all 454 complaints to OCDM | PIB to put 454 guidelines into SOP | KS | Pending | |
| | | PIB to send all active criminal investigations to OCDM | KS | In Progress | 10/31/2023 sent criminal investigations to OCDM |

| | | KS | PIB to develop system for transmitting info to DCDM | | Coordinated with DCDM and established a protocol to transmit information regarding criminal investigations as well 454 violations to DCDM |
|---|---|---|---|---|---|
| Provide guidance to command staff re 454 | | NO / ER | Gerson and City Attorney to draft language | In Progress | |
| | | AK | Superintendent to issue memo with guidance | Pending | |
| | | NO | PSAB to work with DCDM to determine needed enhancements | Pending | |
| Enhance PIB Intake form re 454 | | NO | PIB to update intake form | Pending | |
| Include 454 in misconduct investigations protocol | | NO | PSAB to update misconduct investigations audit protocol to ensure it covers 454 | In Progress | Awaiting DCDM final approval |
| 470/472 | Ensure DCDM/DOJ receive requesting info | NO / ER | Gerson to draft language for Superintendent's memo | Pending | |
| | | AK | Superintendent to send memo to command staff | Pending | |