


**CITY OF NEW ORLEANS**

# DEPARTMENT OF POLICE

P.O. BOX 51480
New Orleans, Louisiana 70151

*"to protect and to serve"*

**LATOYA CANTRELL**
*MAYOR*

**ANNE E. KIRKPATRICK**
*SUPERINTENDENT*

---

Honorable Susie Morgan
United States District Court
(Eastern District)
500 Poydras Street C336
New Orleans, LA 70112

December 28, 2023

Dear Judge Morgan,

    Please allow this document to serve as an update on the New Orleans Police Department's progress in complying with the Court's order dated November 2, 2023.

    The status of the tasks identified by the department in order to comply with the order are as follows:



    The details for each task are attached to this filing. We look forward to working toward completing the identified tasks as we move into the new year.

Sincerely,

Anne E. Kirkpatrick
Superintendent of Police
New Orleans Police Department

EAK/NLG/nlg

**EXHIBIT 1**

| CD ¶ | Remedial Plan | Owner | Actions | Action Status | Last completed task | Current action / task | Next Step | Notes |
|---|---|---|---|---|---|---|---|---|
| 306 | Revise/re-energize the Serious Discipline Review Board (SDRB) | NG | OCDM to give feedback on proposed changes | Complete | Held SDRB on November 9 and 29th - awaiting feedback | None | | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| | | NG | NOPD to draft policy changes and submit them to OCDM/DOJ | Complete | Sent to OCDM DOJ 11/16 | Implemented 12/7 via GO 1176 | | |
| | | NG | OCDM/DOJ to approve policy changes and return to NOPD | Complete | Approved by OCDM 11/30- DOJ 11/20 | | | |
| | | NG | NOPD to implement policy changes | Complete | | Implemented 12/17 via General order 1176 | | |
| | | KS | NOPD to hold first SDRB on 11/9/23 following the UOFRB | Complete | SDRB WAS HELD ON 11/9 - OCDM Scott Huntsberry attended | OCDM Scott Huntsberry provided feedback | Discuss logistical and confidentiality challenges if any exist with OCDM | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| | | KS | NOPD to keep OCDM/Court apprised of SDRB schedules, agendas, and outcomes | Complete | SDRB email/calendar invite for 11/29/23 sent to OCDM on 11/22/23 by Sgt. LaShawn Rondeno. SDRB held on 11/29/2023. OCDM Robert Mcneilly was present. Additionally, OCDM is apprised of the results of the most recent SDRB at their weekly meetings with PIB. | Next SDRB is scheduled for January 11, 2024  following the next UOFRB | Review by OCDM | SDRB is scheduled following UOFRB |
| | Ensure Executive Protection (EP) unit is effectively supervised | LD | NOPD to assign a full-time Sgt to EP | Complete | Sgt. Jaque transferred to EP unit 8/18/23 | Jaque retired / Sgt. Love temp supervisor | NA | Personnel transfer # 19-2023 |
| | | LD | NOPD to move EP to Chief of Ops | Complete | EP Unit transferred to Chief Dupree 8/18/23 | NA | NA | Personnel transfer # 19-2023 |
| | | NG | All parties to develop EP SOP | Complete | Approved 11/20 | Effective Dec. 17 | | |
| | | NG | All parties to develop EP policy, 46.6 | Complete | Approved 11/20 | Effective Dec. 17 - Gen. Ord 1178 | | |
| | | LD / MW | NOPD to train EP on policies and SOP | In Progress | | Dupree developing training plan on Policy / SOP | Sgt. Brewer - Jones tasked with conducting training class | All members have had formal EP training in outside schools |
| | Revise NOPD assignment/reassignment policies | NG | NOPD to draft policy changes and submit them to OCDM/DOJ | In Progress | PSAB revisiting existing policy | Currently being written / revised | | Part of bigger disipl. policy revisions (Ch. 52.1 et. al.) |
| | | NG | OCDM/DOJ to approve policy changes and return to NOPD | Pending | | | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | | NG | NOPD to revise NOPD's assignment/reassignment forms (pending) | Pending | | | | |
| 313 | Draft/Enhance policies related to reviewing supervisors' roles in misconduct | NG | See actions for 306 re SDRB | NA | | | | |
| | Ensure supervisors have access to OPSE and NOPD shift information | NG | OCDM to advise whether the current system suffices | In Progress | information shared by PSAB on current system is under review by OCDM | Memo prepared 12/15 details current system of accountability | Awaiting feedback from OCDM regarding 2023 steps taken to ensure accountability | Memo shared with OCDM and OIPM |
| | | NG | OCDM to review NOPD's request for shift data enhancements | In Progress | 11/9 meeting with Fiance / N.O. Homeland security / OCDM / OPSE | Finance provided timeline for OPSE / ADP system alignment / Finance committed to researching costs of integration | Complete ADP upgrade (June 2024) prior to starting system integration | Estimated completion Late 2024-early 2025 see Dec. 15 memo for details |
| | Enhance Academy training re supervisory use of Insight and escalating concerns | MW | NOPD to develop the training | In progress | Outline of learning materials developed by PSAB | Lesson plan being crafted | | |
| | | MW | OCDM to assist with developing a system for measuring the training | Pending | | | | |
| 399 | Ensure current revisions to 52.1 ensure proper complaint intake based on allegations | NG | OCDM to review current revisions to 52.1 | In Progress | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | CD modifications for 403 / 416 | |
| | | NG | NOPD to implement OCDM's suggestions for 52.1 | In Progress | Incorporated all OCDM suggestions | Awaiting CD modifications and ancillary chapters | | |
| | PIB and PSAB to retrain intake personnel on complaint classifications | MW | PIB to train intake personnel on complaint classifications | Pending | | Need to identify current training gaps / needs | Development of lesson plan / training mod | |
| | | MW | PSAB to train intake personnel on complaint classifications | Pending | | Awaiting 52.1 implementation to do all retraining at the same time. | | |
| | Conduct admin and criminal investigations concurrently | NG | OCDM to approve revisions to 52.1 that require superintendent's authorization to delay admin investigation when criminal investigation is in progress | In Progress | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Chapter is approved contingent upon CD modifications |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |
| | | KS | PIB to draft SOP for conducting concurrently investigations | In Progress | Discussion with City Attorneys regarding "POBR" R.S. 20:2531 and Garrity vs. New Jersey to be scheduled. Additionally, on about 10/17/2023 PIB  executive staff met to discuss logistical and manpower issues related to concurrent investigations. | In keeping with the fair and equitable selection process, PIB conducted 20 interviews of potential candidates over several days. | Additional Captain slated to go to PIB in January 2024 to ensure concurrent investigations can remain firewalled. | Additional staffing will be needed to conduct concurrent investigations, KSA process is pending. |
| | | KS | OCDM to review SOP | Pending | | | | |
| | | KS | PIB to implement SOP | Pending | | | | |
| | Create system for outsourcing integrity investigations | NG | OCDM to review the proposed guidance in the revisions to 52.1 | In Progress | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Currently outsourced three cases |
| | | KS | NOPD to implement the revised 52.1 | Pending | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | |
| | | SL | NOPD to seek funding sources for outsourcing | Complete | | $15K for 2023 / RFP for 2024 | | Three currently outsourced |
| | Ensure the PIB conflict policy is addressed | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | Done | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Awaiting CD modifications and ancillary chapters |
| | | NG | NOPD to implement revised 52.1 | Pending | | | | |
| | Clarify the 16:35 rule | ER | City Attorney to draft CD amendment | In Progress | | Draft being revised | | |
| | | NG | OCDM/DOJ to review amendment | Pending | | | | |
| | | ER | Court to amend CD | Pending | | | | |

| | | | | Status | Notes | | | |
|---|---|---|---|---|---|---|---|---|
| | | NG | NOPD to update secondary employment and overtime policies to align with amendment | Pending | | | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | Ensure PSAB Misconduct Investigations protocol covers 399 | NG | PSAB to ensure protocol covers proper intake classification | In Progress | | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | |
| | | NG | PSAB to ensure protocol covers whether criminal investigations are outsourced when appropriate | Pending | | | | Not related to 399, not in CD but will be in 52.1 after revisions |
| | | NG | OCDM to review/approve updated protocol | Pending | | | | |
| | | NG | PSAB to conduct audit with new protocol | Pending | | | | |
| 403 | Clarify timeliness requirements regarding integrity investigations and the imposition of discipline | ER | City Attorney's Office to draft CD modifications | In Progress | | | | |
| | | ER | OCDM/DOJ to review CD amendment | Pending | | | | |
| | | ER | Court to amend CD | Pending | | | | |
| | | NG | NOPD to align policies with CD Amendment | Pending | | | | |
| | | NG | NOPD to implement policy changes | Pending | | | | |
| | Measure and report timeliness compliance | NG | NOPD to create system for tracking integrity investigation timeliness | In Progress | Attempting to determine how to measure timeliness automatically, may require manually review | | | |
| | | NG | NOPD to create system for publicly reporting integrity investigation timeliness | Pending | | | | |
| | | NG/ KS | NOPD to update misconduct investigation audit protocol based on clarifications to CD 403. | Pending | | | | |
| | Audit whether admin and criminal investigation are conducted concurrently | NG / KS | PSAB to ensure protocol covers whether criminal and admin investigations are conducted concurrently | In Progress | Awaiting OCDM final approval | Is within new 52.1 | | Awaiting CD modifications and ancillary chapters |
| 409/419 | Ensure integrity investigation records are secure until their release has been authorized | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Awaiting CD modifications and ancillary chapters |
| | | NG | DOJ to review revisions to 52.1 for this purpose | Pending | | | | |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |
| 411 | Ensure OCDM is notified about criminal investigations | KS | PIB to draft guidance | In progress | PIB has implemented weekly notification to OCDM Scot Huntsberry regarding any and all Serious Miscounduct Investigations via excel spreadsheet and email. | | | |
| | | KS | OCDM to review guidance | Pending | | | | |
| | | KS | NOPD to implement guidance | Pending | | | | |
| | | NG /ER | PSAB or counsel to draft general order or directive clarifying DOJ and OCDM access to information | Pending | | | | Para 471-473 |
| | | NG / ER | Superintendent to issue clarifying instructions (general order or directive) to command staff regarding DOJ and OCDM access to information | Pending | | | | |
| | | KS | PIB to hold regular meetings with OCDM regarding criminal investigations | complete | Next meeting scheduled for 12/27/2023 via Webex with OCDM (Huntsberry) | Occuring on Fridays with OCDM / Sanchez | | |
| | | KS | PIB to share IAPro data on criminal investigations monthly | Complete | This information is produced in conjunction with the SDRB Weekly List. Last produced on 11/22/23. | Provided on Weekly-Basis | | |
| 413 | Enhance training for PIB investigators on circumstantial evidence | KS / MW | PIB to review existing training and recommend enhancements prior to 2024 | In Progress | regarding Misconduct Investigation Lesson | | | |
| | | KS / MW | PIB to coordinate enhancements with OCDM | Pending | | | | |
| | | KS / MW | OCDM to approve enhancements | Pending | | | | |
| | Advise all city employees about the coverage of the CD | DT | Seek opinion from City Attorney regarding advising all city employees about the coverage of the CD | Pending | | | | |
| 414 | Ensure policy sufficiently covers application of the preponderance of evidence standard | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Awaiting CD modifications and ancillary chapters |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |
| | Ensure training on applying the preponderance of evidence standard is sufficient | KS | PIB to revise lesson plan to cover application of the standard to be ready for 2024 supervisor in-service | In Progress | Lt. Kenny Temple to meet with Duane Johnson regarding Misconduct Investigation Lesson Plan. | | | |
| 415 | Enhance tracking of disciplinary investigation dispositions | KS | PIB to work with OCDM to understand the enhancements envisioned by OCDM | In Progress | Will discuss at PIB and OCDM weekly meetings | | | |
| | | KS | PIB QAU to implement enhancements | Pending | Will discuss at PIB and OCDM weekly meetings | | | |
| | | KS | PIB personnel to seek additional info on this matter at the IAPro training at the end of October | Complete | PIB personnel attended an IAPro conference in the end of October for the purpose of enhancing QAU's ability to utilize and appreciate the functionality of IAPro. | | | |
| | Provide guidance on violations investigated but not included in the initial complaint | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Awaiting CD modifications and ancillary chapters |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |
| | Provide OCDM with periodic disposition reports | KS | PIB to get specifics from OCDM | In Progress | Will discuss at PIB and OCDM weekly meetings | | | |
| | | KS / NG | PIB/PSAB to develop system for giving OCDM the info | Pending | | | | |
| | Update misconduct investigations protocol accordingly | NG / ER | PSAB to update audit protocol to cover whether the investigation disposition is one of the four allowed and that the disposition used is appropriate | In Progress | Awaiting OCDM final approval | | | |
| 416 | Clarify the CD paragraph | NG | Douglas and Gernon to draft modification | Complete | | | | en re 416 only |
| | | ER | City Attorney's Office to include modification drafted by Douglass and Gernon | Pending | | | | |
| 420 | Provide OCDM with more timeline info | KS | QAU to give OCDM monthly reports on the timelines of cases closed in the previous month | In Progress | | | | |
| | | NG / KS | OCDM, PIB, PSAB to review monthly timeline reports and identify data gaps | Pending | | | | |
| | Clarify Citizen vs. Rank Initiated | NG | OCDM to review revisions to 52.1 for this purpose | In Progress | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Awaiting CD modifications and ancillary chapters |
| | | NG | NOPD to implement revisions to 52.1 | Pending | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 454 | Clarify what is sent to OCDM when | KS | PIB to work with OCDM to establish guidelines for 454 eligible complaints | In Progress | Extracted from CD Paragraph 454 | | |
| | | KS | PIB to put 454 guidelines into SOP | Pending | | | |
| | Send all 454 complaints to OCDM | KS | PIB to send all active criminal investigations to OCDM | Complete | 10/13/2023 sent criminal investigations to OCDM | Weekly Spreadsheet is sent to OCDM (Huntsberry) regarding CD 454 | |
| | | KS | PIB to develop system for transmitting info to OCDM | Complete | Coordinated with OCDM and established a protocol to transmit information regarding criminal investigations as well 454 violations to OCDM | CD 454 Spreadsheet is updated with additional information when applicable and provided to OCDM. PIB communicates with OCDM with Webex or Zoom meetings when needed. | |
| | Provide guidance to command staff re 454 | NG / ER | Gernon and City Attorney to craft language | Pending | | | |
| | | AK | Superintendent to issue memo with guidance | Pending | | | |
| | Enhance PIB intake form re 454 | NG | PSAB to work with OCDM to determine needed enhancements | Pending | | | |
| | | NG | PIB to update intake form | Pending | | | |
| | Include 454 in misconduct investigations protocol | NG | PSAB to update misconduct investigations audit protocol to ensure it covers 454 | In Progress | Awaiting OCDM final approval | DOJ / OCDM agree to framework for 52.1, needs CD modifications | Awaiting CD modifications and ancillary chapters |
| 470/472 | Ensure OCDM/DOJ receive requesting info | NG / ER | Gernon to draft language for Superintendent's memo | Pending | | | Para 471-473 |
| | | AK | Superintendent to send memo to command staff | Pending | | | |