## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

### ORDER

**IT IS ORDERED** that a public hearing is scheduled for **Wednesday, February 21, 2024, at 2:00 p.m.**, to update the Court on the City's implementation of the Consent Decree, including progress on the Public Integrity Bureau's Remedial Action Plan submitted monthly as ordered by this Court's Order and Reasons dated November 2, 2023.[1] The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

Audio of the hearing will be broadcast to the public. Members of the public may listen to the hearing by dialing **(504) 229-4460** and entering the Phone Conference ID: **148 804 372#**.

Future public hearings are scheduled for March 21, 2024, at 10:00 a.m., April 18, 2024, at 10:00 a.m., and May 16, 2024, at 10:00 a.m., all to be held in Judge Morgan's Courtroom.

**New Orleans, Louisiana, this 1st day of February, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 756.