MINUTE ENTRY
MORGAN, J.
FEBRUARY 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, FEBRUARY 21, 2024 (2:03 p.m. – 4:13 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT REPORTER: | Toni Tusa |
| APPEARANCES: | Jonas Geissler, Arusha Gordon, and Timothy Mygatt on behalf of the Plaintiff, the United States of America; |
| | Kevin Hill, Donesia Turner, and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Superintendent Anne Kirkpatrick, Deputy Superintendent Nicholas Gernon, Keith Sanchez, Hans Ganthier, Ryan Lubrano, Jonette Williams, Michelle Woodfork, Leslie Guzman, and Lawrence Dupree on behalf of the New Orleans Police Department (NOPD); |
| | Jonathan Aronie, Ashley Burns, David Douglass, Nikole Snyder on behalf of the Consent Decree Monitoring Team; |
| | Stella Cziment on behalf of the Office of the Independent Police Monitor for the City of New Orleans; |
| | Travers Kurt on behalf of the City of New Orleans Health Department |

**STATUS CONFERENCE**

The Court heard presentations by the NOPD regarding ongoing policy and procedure improvements within the department.

The Consent Decree Monitoring Team and the Department of Justice provided their remarks to the Court regarding the NOPD's compliance status with the Consent Decree.

JS-10: 02:10