MINUTE ENTRY
MORGAN, J.
MARCH 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, MARCH 21, 2024 (10:12 a.m. – 12:32 p.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:    Toni Tusa

APPEARANCES:   Arusha Gordon and Mehveen Riaz on behalf of the Plaintiff, the United States of America;

Kevin Hill and Donesia Turner on behalf of the Defendant, the City of New Orleans;

Superintendent Anne Kirkpatrick, Deputy Superintendent Nicholas Gernon, Keith Sanchez, Hans Ganthier, David Barnes, Troy Lyles, Derek Burke, Michael Pfeiffer, Matthew Seagrave and Eric Carter on behalf of the New Orleans Police Department (NOPD);

Jonathan Aronie, Ashley Burns, and Nikole Snyder on behalf of the Consent Decree Monitoring Team;

Stella Cziment on behalf of the Office of the Independent Police Monitor for the City of New Orleans;

Jennifer Avegno on behalf of the City of New Orleans Health Department

**STATUS CONFERENCE**

The Court heard presentations by the NOPD regarding ongoing policy and procedure improvements within the department.

The Consent Decree Monitoring Team and the Department of Justice provided their remarks to the Court regarding the NOPD's compliance status with the Consent Decree.

JS-10: 02:20