## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

### ORDER

At the request of the parties, to allow them additional time to prepare for the public hearing on the status of bias free policing, the April 18, 2024 public hearing is **CANCELLED**.

The Court will hold a public hearing on **May 15, 2024, at 12:30 p.m.**, on bias free policing.

Audio of the hearing will be broadcast to the public. Members of the public may listen to the hearing by dialing **(504) 229-4460** and entering the Phone Conference ID: **148 804 372#**.

**New Orleans, Louisiana, this 26th day of March, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**