| Action Status | Count of Action Status |
|---|---|
| Complete | 55 |
| in progress | 19 |
| NA | 1 |
| Pending | 21 |
| **Grand Total** | **96** |



| CD ¶ | Remedial Plan | Owner | Expected Completion Date | Actions | Action Status | Last completed task | Current action / task | Next Step | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 306 | Revise/re-energize the Serious Discipline Review Board (SDRB) | NG | 11/9/2023 11/29/2023 | OCDM to give feedback on proposed changes | Complete | Held SDRB on November 9 and 29th - awaiting feedback | None | | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| | | NG | 11/16/2023 | NOPD to draft policy changes and submit them to OCDM/DOJ | Complete | Sent to OCDM DOJ 11/16 | Implemented 12/7 via GO 1176 | | |
| | | NG | 11/30/2023 | OCDM/DOJ to approve policy changes and return to NOPD | Complete | Approved by OCDM 11/30- DOJ 11/20 | | | |
| | | NG | 12/17/2023 | NOPD to implement policy changes | Complete | | Implemented 12/17 via General order 1176 | | |
| | | KS | 11/9/2023 | NOPD PIB held SDRB's on 11/9/23, 11/29/2023, 2/22/2024, and will hold the next on 03/14/2024 following the UOFRB | Complete | SDRB WAS HELD ON 11/9 - OCDM Scott Huntsberry attended, OCDM attendented via Webex on 11/29/2023, attended in person on 2/22/2024 | OCDM Scott Huntsberry provided feedback | Discuss logistical and confidentiality challenges if any exist with OCDM | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| | | KS | 11/9/2023 | NOPD to keep OCDM/Court apprised of SDRB schedules, agendas, and outcomes | Complete | SDRB email/calendar invite for 11/29/23 sent to OCDM on 11/22/23 by Sgt. LaShawn Rondeno. SDRB held on 11/29/2023. OCDM Robert Mcneilly was present. Aditionally, OCDM is apprised of the results of the most recent SDRB at their weekly meetings with PIB. | Next SDRB is scheduled for February 22, 2024. ODCM has been notified and provided all releveant materials | Review by OCDM | SDRB is scheduled following UOFRB |
| | Ensure Executive Protection (EP) unit is effectively supervised | LD | 8/18/2023 | NOPD to assign a full-time Sgt to EP | Complete | Sgt. Jaque transferred to EP unit 8/18/23 | Jaque retired / Sgt. Gant transferred as replacement | NA | Personnel transfer # 19-2023 |
| | | LD | 8/18/2023 | NOPD to move EP to Chief of Ops | Complete | EP Unit transferred to Chief Dupree 8/18/23 | NA | NA | Personnel transfer # 19-2023 |
| | | NG | 11/20/2023 | All parties to develop EP SOP | Complete | Approved 11/20 | Effective Dec. 17 | | |
| | | NG | 11/20/2023 | All parties to develop EP policy, 46.6 | Complete | Approved 11/20 | Effective Dec. 17 - Gen. Ord 1178 | | |
| | | LD / MW | 2/28/2024 | NOPD to train EP on policies and SOP | in progress | Lesson plan was created and sent to OCDM / DOJ for review | Taught on March 6, 2024 | One member left to train | All members have had formal EP training in outside schools /March 6 training was Robert Monlyn, Lazono Black, Larry Dace, David Bennett, and Alvin Walton - Victor Gant taught with Brewer. |
| | Revise NOPD assignment/reassignment policies | NG | 1/29/2024 | NOPD to draft policy changes and submit them to OCDM/DOJ | Complete | | Sent to OCDM 1/30 | | Part of bigger disipl. policy revisions (Ch. 52.1 et. al.) |
| | | NG | | OCDM/DOJ to approve policy changes and return to NOPD | In progress | | Received OCDM version | Need to update chapter to bring in line with current structure | |
| | | NG | | NOPD to implement policy changes | Pending | | | | |
| | | NG | | NOPD to revise NOPD's assignment/reassignment forms (pending) | Pending | | | | |
| 313 | Draft/Enhance policies related to reviewing supervisors' roles in misconduct | NG | | See actions for 306 re SDRB | NA | | | | |
| | Ensure supervisors have access to OPSE and NOPD shift information | NG | JSA to advise | OCDM to advise whether the current system suffices | In Progress | information shared by PSAB on current system is under review by OCDM | Memo prepared 12/15 details current system of accountability | Awaiting feedback from OCDM regarding 2023 steps taken to ensure accountability | Memo shared with OCDM and OIPM |
| | | NG | | OCDM to review NOPD's request for shift data enhancements | In Progress | 11/9 meeting with Finance / N.O. Homeland security / OCDM / OPSE | Finance provided timeline for OPSE / ADP system alignment / Finance committed to researching costs of integration | Complete ADP upgrade (June 2024) prior to starting system integration | Estimated completion Late 2024-early 2025 see Dec. 15 memo for details |
| | Enhance Academy training re supervisory use of Insight and escalating concerns | MW | 2/15/2024 | NOPD to develop the training | Complete | Outline of learning materials developed by PSAB | Classes being taught at inservice training | | Lesson plan Sent to OCDM Murphy on 2/6/2023 |
| | | MW | 4/1/2024 | Work with OCDM to develop a system for measuring the training | Pending | | | | OCDM to sit in on in service training |
| 399 | Ensure current revisions to 52.1 ensure proper complaint intake based on allegations | NG | 11/15/2023 | OCDM to review current revisions to 52.1 | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | CD modifications for 403 / 416 - Modifications Sent 1/8 and 1/20 | |
| | | NG | 11/15/2023 | NOPD to implement OCDM's suggestions for 52.1 | Complete | Incorporated all OCDM suggestions | Awaiting CD modifications and ancillary chapters | OCDM / DOJ feedback on CD modifications | |
| | PIB and PSAB to retrain intake personnel on complaint classifications | MW | 1/30/2024 | PIB to train intake personnel on complaint classifications | Complete | | Training on 1/30/2024 | | |
| | | MW | 1/30/2024 | PSAB to train intake personnel on complaint classifications | complete | | Training on 1/30/2024 | | |
| | Conduct admin and criminal investigations concurrently | NG | 11/15/2023 | OCDM to approve revisions to 52.1 that require superintendent's authorization to delay admin investigation when criminal investigation is in progress | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Chapter is approved contingent upon CD modifications |
| | | NG | 3/1/2024 | NOPD to implement revisions to 52.1 | In progress | | Need ancillary chapters to be completed | | Completed modification draft with OCDM DOJ on 2.21.23 |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 28 | | KS | 1/22/2024 | PIB to draft SOP for conducting concurrently investigations | Complete | In keeping with the fair and equitable selection process, PIB conducted 20 interviews of potential candidates over several days. | Sent to OCDM 1/22 | Additional captain no longer being added to PIB, Lieutenant will take on the firewall role. | |
| 29 | | KS | 2/15/2024 | OCDM / DOJ to review SOP | In progress | | | | |
| 30 | | KS | 3/1/2024 | PIB to implement SOP | Pending | | | | Currently following proposed SOP- awaiting final approval |
| 31 | Create system for outsourcing integrity investigations | NG | 11/15/2023 | OCDM to review the proposed guidance in the revisions to 52.1 | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Currently outsourced three cases |
| 32 | | KS | 3/1/2024 | NOPD to implement the revised 52.1 | In progress | | Need ancillary chapters to be completed | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 33 | | SL | 1/22/2024 | NOPD to seek funding sources for outsourcing | Complete | | $15K for 2023 / RFP for 2024 | | Three currently outsourced |
| 34 | Ensure the PIB conflict policy is addressed | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | Done | | | Awaiting CD modifications and ancillary chapters |
| 35 | | NG | 3/1/2024 | NOPD to implement revised 52.1 | In progress | | | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 36 | Clarify the 16:35 rule | ER | 1/20/2024 | City Attorney to draft CD amendments | Complete | | Completed modification draft with OCDM DOJ on 2.21.23 | | |
| 37 | | NG | 2/20/2024 | OCDM/DOJ to review amendment | Complete | | | | |
| 38 | | ER | TBD | Court to amend CD | Pending | | | | |
| 39 | | NG | +7 DAYS | NOPD to update secondary employment and overtime policies to align with amendment | Pending | | | | |
| 40 | | NG | + 7 days | NOPD to implement policy changes | Pending | | | | |
| 41 | Ensure PSAB Misconduct Investigations protocol covers 399 | NG | 12/4/2023 | PSAB to ensure protocol covers proper intake classification | Complete | | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Audit protocol finalized b/t NOPD / OCDM |
| 42 | | NG | 12/4/2023 | PSAB to ensure protocol covers whether criminal investigations are outsourced when appropriate | Complete | | | | Not related to 399, not in CD but will be in 52.1 after revisions |
| 43 | | NG | 12/4/2023 | OCDM to review/approve updated protocol | Complete | | | | |
| 44 | | NG | 1/25/2024 | PSAB to conduct audit with new protocol | In Progress | | | | Audit started 1/25/2024 - expected to take several weeks |
| 45 | 403 | Clarify timeliness requirements regarding Public Integrity Investigations and the imposition of discipline | ER | 1/20/2024 | City Attorney's Office to draft CD modifications | Complete | CD 403 Draft Sent 1/8/2024 | CD 403 Draft Sent 1/8/2024 | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 46 | | | ER | 2/20/2024 | OCDM/DOJ to review CD amendment | Complete | CD 403 OCDM / DOJ 1/8/24 | CD 403 OCDM / DOJ 1/8/24 | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 47 | | | ER | TBD | Court to amend CD | in progress | | | | |
| 48 | | | NG | + 7 | NOPD to align policies with CD Amendment | In progress | | Nearly completed in 52.1 revisions | | |
| 49 | | | NG | + 7 | NOPD to implement policy changes | Pending | | | | |
| 50 | | Measure and report timeliness compliance | NG | 4/1/2024 | NOPD to create system for tracking integrity investigation timeliness | In Progress | Attempting to determine how to measure timeliness automatically, may require manually review | | | |
| 51 | | | NG | 5/1/2024 | NOPD to create system for publicly reporting integrity investigation timeliness | Pending | | | | |
| 52 | | | NG/ KS | +30 | NOPD to update misconduct investigation audit protocol based on clarifications to CD 403. | Pending | | | | |
| 53 | | | NG/ KS | 4/1/2024 | NOPD to measure and report PIB timeliness compliance | Pending | | | | |
| 54 | | Audit whether admin and criminal investigation are conducted concurrently | NG / KS | 1/25/2024 | PSAB to ensure protocol covers whether criminal and admin investigations are conducted concurrently | In Progress | Awaiting OCDM final approval | Is within new 52.1 | | PIB audit started 1/25/2024 |
| 55 | 409/419 | Ensure integrity investigation records are secure until their release has been authorized | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | Completed modification draft with OCDM DOJ on 2.21.23 | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 56 | | | NG | 11/15/2023 | DOJ to review revisions to 52.1 for this purpose | Complete | | | | |
| 57 | | | NG | +14 from CD amendment | NOPD to implement revisions to 52.1 | Pending | | | | |
| 58 | 411 | Ensure OCDM is notified about criminal investigations | KS | 1/22/2024 | PIB to draft guidance | Complete | PIB has implemented weekly notification to OCDM Scot Huntsberry regarding any and all Serious Miscounduct Investigations via excel spreadsheet and email. | | | |
| 59 | | | KS | 2/15/2024 | OCDM to review guidance | In progress | | | | |
| 60 | | | KS | 3/1/2024 | NOPD to implement guidance | Pending | | | | |
| 61 | | | NG /ER | 2/15/2024 | PSAB or counsel to draft general order or directive clarifying DOJ and OCDM access to information | complete | | Memo completed | | Para 471-473 |
| 62 | | | NG / ER | 2/22/2024 | Superintendent to issue clarifying instructions (general order or directive) to command staff regarding DOJ and OCDM access to information | Complete | | Special Order 4-2024 3/11/2024 | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
|  |  | KS | 12/27/2023 | PIB to hold regular meetings with OCDM regarding criminal investigations | Complete | Next meeting scheduled for 12/27/2023 via Webex with OCDM (Huntsberry) | Occuring on Fridays with OCDM / Sanchez |  |  |
|  |  | KS | 11/22/2023 | PIB to share IAPro data on criminal investigations monthly | Complete | This information is produced in conjunction with the SDRB Weekly List. Last produced on 11/22/23. | Provided on Weekly-Basis |  |  |
| 413 | Enhance training for PIB investigators on circumstantial evidence | KS / MW | 1/19/2024 | PIB to review existing training and recommend enhancements prior to 2024 | Complete | regarding Misconduct Investigation Lesson |  |  |  |
|  |  | KS / MW | 1/22/2024 | PIB to coordinate enhancements with OCDM | In progress |  |  |  |  |
|  |  | KS / MW | 2/29/2024 | OCDM to approve enhancements | Pending |  |  |  |  |
|  | Advise all city employees about the coverage of the CD | DT | 4/2/2024 | Seek opinion from City Attorney regarding advising all city employees about the coverage of the CD | Pending |  |  |  |  |
|  |  |  | 4/16/2024 | CAO / City Attorney's Office coordinate and undertake appropriate messaging to relevant employees | Pending |  |  |  |  |
| 414 | Ensure policy sufficiently covers application of the preponderance of evidence standard | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 |  |  | Awaiting ancillary chapters |
|  |  | NG | + 7 from CD amendment | NOPD to implement revisions to 52.1 | Pending |  |  |  |  |
|  | Ensure training on applying the preponderance of evidence standard is sufficient | KS | 2/1/2024 | PIB to revise lesson plan to cover application of the standard to be ready for 2024 supervisor in-service | Complete | Lt. Kenny Temple to meet with Duane Johnson regarding Misconduct Investigation Lesson Plan. | Lesson plan submitted January 18, 2024 | Awaiting review from OCDM |  |
| 415 | Enhance tracking of disciplinary investigation dispositions | KS | 1/1/2024 | PIB to work with OCDM to understand the enhancements envisioned by OCDM | Complete | Will discuss at PIB and OCDM weekly meetings | OCDM needed better milestone recording in IApro- |  | Entering "timescales" into IApro for key milestones |
|  |  | KS | 1/1/2024 | PIB QAU to implement enhancements | Complete | Will discuss at PIB and OCDM weekly meetings | ibid |  | ibid |
|  |  | KS | 10/31/2023 | PIB personnel to seek additional info on this matter at the IAPro training at the end of October | Complete | PIB personnel attended an IAPro conference in the end of October for the purpose of enhancing QAU's ability to utilize and appreciate the functionality of IAPro. |  |  |  |
|  | Provide guidance on violations investigated but not included in the initial complaint | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1 |  | Awaiting ancillary chapters |
|  |  | NG | + 14 from CD amendment | NOPD to implement revisions to 52.1 | Pending |  |  |  |  |
|  | Provide OCDM with periodic disposition reports | KS | 3/1/2024 | PIB to get specifics from OCDM | In Progress | Will discuss at PIB and OCDM weekly meetings |  |  | Entering "timescales" into IApro for key milestones |
|  |  | KS / NG | 3/1/2024 | PIB/PSAB to develop system for giving OCDM the info | Pending |  | Explore IApro auto-report system capabilities |  | Entering "timescales" into IApro for key milestones |
|  | Update misconduct investigations protocol accordingly | NG / ER | 12/4/2023 | PSAB to update audit protocol to cover whether the investigation disposition is one of the four allowed and that the disposition used is appropriate | Complete | Awaiting OCDM final approval | OCDM approved PIB protocal |  |  |
| 416 | Clarify the CD paragraph | NG | 1/20/2024 | Douglas and Gernon to draft modification | Complete |  | Sent to OCDM / DOJ 1/20/2024 |  | Completed modification draft with OCDM DOJ on 2.21.23 |
|  |  | ER | 1/20/2024 | City Attorney's Office to include modification drafted by Douglass and Gernon | Complete |  |  |  |  |
| 420 | Provide OCDM with more timeline info | KS | 3/1/2024 | QAU to give OCDM monthly reports on the timelines of cases closed in the previous month | In Progress |  | Explore IApro auto-report system capabilities |  | Entering "timescales" into IApro for key milestones |
|  |  | NG / KS | 4/1/2024 | OCDM, PIB, PSAB to review monthly timeline reports and identify data gaps | Pending |  |  |  |  |
|  | Clarify Citizen vs. Rank Initiated | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1, needs CD modifications |  | Awaiting ancillary chapters |
|  |  | NG | + 14 days from CD amendment | NOPD to implement revisions to 52.1 | In progress |  |  |  |  |
| 454 | Clarify what is sent to OCDM when | KS | 1/22/2024 | PIB to work with OCDM to establish guidelines for 454 eligible complaints | Complete | Extracted from CD Paragraph 454 |  |  | Sent SOP to OCDM |
|  |  | KS | 1/22/2024 | PIB to put 454 guidelines into SOP | Complete |  |  |  | Sent SOP to OCDM |
|  | Send all 454 complaints to OCDM | KS | 11/15/2023 | PIB to send all active criminal investigations to OCDM | Complete | 10/13/2023 sent pending criminal investigations to OCDM |  |  |  |
|  |  | KS | 11/15/2023 | PIB to develop system for transmitting info to OCDM | Complete | Coordinated with OCDM and established a protocol to transmit information regarding criminal investigations as well 454 violations to OCDM | CD 454 Spreadsheet is updated with additional information when applicable and provided to OCDM. PIB communicates with OCDM with Webex or Zoom meetings when needed. |  |  |
|  | Provide guidance to command staff re 454 | NG / ER | 2/15/2024 | Gernon and City Attorney to craft language | Complete |  | Draft completed |  |  |
|  |  | AK | + 7 days from above | Superintendent to issue memo with guidance | Complete |  | 3/11/2024 -- Special order 4-2024 |  |  |
|  | Enhance PIB intake form re 454 | NG | 3/15/2024 | PSAB to work with OCDM to determine needed enhancements | In progress |  | Draft completed | Need to Send to OCDM / DOJ |  |
|  |  | NG | +14 days from above | PIB to update intake form | Pending |  |  |  |  |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | Include 454 in misconduct investigations protocol | NG | 12/4/2023 | PSAB to update misconduct investigations audit protocol to ensure it covers 454 | Complete | Awaiting OCDM final approval | Protocal approved 12/4/2023 | | Audit started 1/25/2024 |
| 96 | 470/472 | Ensure OCDM/DOJ receive requesting info | NG / ER | 2/15/2024 | Gernon to draft language for Superintendent's memo | Complete | | special order sent 3/11/2024 | | Para 471-473 |
| 97 | | | AK | 2/21/2024 | Superintendent to send memo to command staff | Complete | | Special order sent 3/11/2024 | | |