UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**     Defendant | **SECTION "E"** |

### ORDER

**IT IS ORDERED** that the public hearing set for May 15, 2024, at 12:30 p.m., is hereby **RESET** for **May 15, 2024, at 12:00 p.m.**, on bias-free policing.

Audio of the hearing will be broadcast to the public. Members of the public may listen to the hearing by dialing **(504) 229-4460** and entering the Phone Conference ID: **148 804 372#**.

New Orleans, Louisiana, this 16th day of April, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**