UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**     Defendant | **SECTION "E"** |

**ORDER**

**IT IS ORDERED** that a video status conference is hereby scheduled for **Monday, May 6, 2024, at 11:00 a.m.** An e-mail has been sent to all participants with the link to the video conference.

New Orleans, Louisiana, this 3rd day of May, 2024.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**