MINUTE ENTRY
MORGAN, J.
May 6, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

### MINUTE ENTRY

A video status conference was held on May 6, 2024, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present: Representatives on behalf of the United States of America ("DOJ"); the City of New Orleans ("the City"); and the Office of the Consent Decree Monitor ("Monitor").

The parties discussed the status of the case.

**New Orleans, Louisiana, this 6th day of May, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:00)