MINUTE ENTRY
MORGAN, J.
JUNE 5, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

### JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JUNE 5, 2024 (10:05 a.m. – 12:06 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT RECORDER: | Evan Saacks |
| APPEARANCES: | Jonas Geissler, Mehveen Riaz, and Matthew Ross on behalf of the Plaintiff, the United States of America; |
| | Kevin Hill and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Superintendent Anne Kirkpatrick, Deputy Superintendent Nicholas Gernon, Keith Sanchez, Matt Seagraves, and Faith Butler on behalf of the New Orleans Police Department (NOPD); |
| | Jonathan Aronie, Ashley Burns, David Douglass, and Nikole Snyder on behalf of the Consent Decree Monitoring Team; |
| | Tuwan Brown and Stella Cziment on behalf of the Office of the Independent Police Monitor for the City of New Orleans; |

**STATUS CONFERENCE**

The Court heard presentations by the NOPD regarding ongoing policy and procedure improvements within the department.

The Consent Decree Monitoring Team and the Department of Justice provided their remarks to the Court regarding the NOPD's compliance status with the Consent Decree.

JS-10:  02:01