UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, | CIVIL ACTION NO. <br> 2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| **CITY OF NEW ORLEANS,** <br> Defendant. | MAG. DONNA PHILLIPS CURRAULT |

### MONTHLY REPORT OF NOPD ON THE REMEDIAL ACTION PLAN

**Now Into Court**, comes Defendant, the City of New Orleans and its New Orleans Police Department ("NOPD"), who, in compliance with the Court's Order of November 2, 2023 (R. Doc. 756), submit the report attached hereto as Exhibit 1, on the NOPD's progress on its Remedial Action Plan.

***Respectfully submitted***, this 3rd day of September 2024.

*Davillier Law Group, LLC*

/s/ Collin J. Ligori
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
cligori@davillierlawgroup.com
***Counsel of Record for the
City of New Orleans and the
New Orleans Police Department***

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading *via* Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 3rd day of September 2024.

/s/ Collin J. Ligori