UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO. 2:12-CV-01924** |
| Plaintiff, | |
| V. | **SECTION E** <br> **JUDGE SUSIE MORGAN** <br> **DIVISION 2** <br> **MAG. DONNA PHILLIPS CURRAULT** |
| **CITY OF NEW ORLEANS,** | |
| Defendant. | |

### [PROPOSED] ORDER APPROVING OF SUSTAINMENT PLAN

**CONSIDERING** the foregoing Joint Motion for Approval of Sustainment Plan:

**IT IS ORDERED** that the motion is **GRANTED**, and the Sustainment Plan is entered as an Order of this Court.

New Orleans, Louisiana, this ____ day of _____ 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**