# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION |
| Plaintiff | NO. 12-1924 |
| v. | SECTION E (2) |
| THE CITY OF NEW ORLEANS, | JUDGE SUSIE MORGAN |
| Defendant | |

## Second Notice To The Public Regarding Motion to Enter Sustainment Period

## Extending Period for Public Comment

The United States Department of Justice and the City of New Orleans filed with the Court a "Joint Motion To Enter Into The Sustainment Period" for the Consent Decree, with a proposed Sustainment Plan attached. The proposed Sustainment Plan is available to the public on the Monitor's website (www.consentdecreemonitor.com) and the Court's website: https://www.laed.uscourts.gov/case-information/mdl-mass-class-action/nopdconsent.

The Court issued its First Notice to the Public regarding the Motion to Enter Into the Sustainment Period on September 27, 2024. In that First Notice, the Court invited community members to submit comments and questions to the Court in writing by October 25, 2024.

To allow sufficient time for public comment, the Court extends the time for community members to submit comments and questions **to November 8, 2024**. Comments and questions may be submitted via email to Clerk@laed.uscourts.gov or addressed to Clerk of Court, U.S. District Court, EDLA, 500 Poydras St., Room C-151, New Orleans, LA 70130. Comments received will be made public and posted on the Court's website with the author's name, unless a separate motion to seal is granted by the Court.

The Court further invites community members to submit comments and questions to the Court in writing **before November 8, 2024** through the Monitor's email address, aburns@consentdecreemonitor.onmicrosoft.com.

**New Orleans, Louisiana, this 9th day of October, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**