MINUTE ENTRY
MORGAN, J.
November 27, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

### MINUTE ENTRY

A video status conference was held on November 27, 2024, at 9:30 a.m., in the chambers of Judge Susie Morgan.

Present:   Jonas Geissler and Arusha Gordon, on behalf of Plaintiff, the United States of America ("DOJ");

Charles Zimmer, on behalf of Defendant, the City of New Orleans ("the City");

Anne Kirkpatrick, Nicholas Gernon, Lawrence Dupree, Keith Sanchez, and Hans Ganthier, on behalf of the New Orleans Police Department ("NOPD"); and

Jonathan Aronie, Office of the Consent Decree Monitor ("Monitor").

The parties discussed the status of the case.

**New Orleans, Louisiana, this 27th day of November, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:50)