| | CD ¶ | Remedial Plan | Owner | Expected Completion Date | Actions | Action Status | Last completed task | Current action / task | Next Step | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | 306 | Revise/re-energize the Serious Discipline Review Board (SDRB) | NG | 11/9/2023 11/29/2023 | OCDM to give feedback on proposed changes | Complete | Held SDRB on November 9 and 29th - awaiting feedback | None | | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |
| 3 | | | NG | 11/16/2023 | NOPD to draft policy changes and submit them to OCDM/DOJ | Complete | Sent to OCDM DOJ 11/16 | Implemented 12/7 via GO 1176 | | |
| 4 | | | NG | 11/30/2023 | OCDM/DOJ to approve policy changes and return to NOPD | Complete | Approved by OCDM 11/30- DOJ 11/20 | | | |
| 5 | | | NG | 12/17/2023 | NOPD to implement policy changes | Complete | | Implemented 12/17 via General order 1176 | | |
| 6 | | | KS | 11/9/2023 | NOPD PIB held SDRB's on 11/9/23, 11/29/2023, 2/22,2024, and will hold the next on 03/14/2024 following the UOFRB | Complete | SDRB WAS HELD ON 11/9 - OCDM Scott Huntsberry attended, OCDM attendented via Webex on 11/29/2023, attended in person on 2/22/2024 | OCDM Scott Huntsberry provided feedback | Discuss logistical and confidentaility challenges if any exist with OCDM | The recommendation by OCDM was centered around NOPD employees facing discipline and the impact it may have on family members |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | KS | 11/9/2023 | NOPD to keep OCDM/Court apprised of SDRB schedules, agendas, and outcomes | Complete | SDRB email/calendar invite for 11/29/23 sent to OCDM on 11/22/23 by Sgt. LaShawn Rondeno. SDRB held on 11/29/2023. OCDM Robert Mcneilly was present. Aditionally, OCDM is apprised of the results of the most recent SDRB at their weekly meetings with PIB. | Next SDRB is scheduled for February 22, 2024. ODCM has been notified and provided all releveant materials | Review by OCDM | SDRB is scheduled following UOFRB |
| 8 | | Ensure Executive Protection (EP) unit is effectively supervised | LD | 8/18/2023 | NOPD to assign a full-time Sgt to EP | Complete | Sgt. Jaque transferred to EP unit 8/18/23 | Jaque retired / Sgt. Gant transferred as replacement | NA | Personnel transfer # 19-2023 |
| 9 | | | LD | 8/18/2023 | NOPD to move EP to Chief of Ops | Complete | EP Unit transferred to Chief Dupree 8/18/23 | NA | NA | Personnel transfer # 19-2023 |
| 10 | | | NG | 11/20/2023 | All parties to develop EP SOP | Complete | Approved 11/20 | Effective Dec. 17 | | |
| 11 | | | NG | 11/20/2023 | All parties to develop EP policy, 46.6 | Complete | Approved 11/20 | Effective Dec. 17 - Gen. Ord 1178 | | |
| 12 | | | LD / MW | 2/28/2024 | NOPD to train EP on policies and SOP | Complete | Lesson plan was created and sent to OCDM / DOJ for review | Taught on March 6, 2024 | One member left to train | All members have had formal EP training in outside schools /March 6 training was Robert Monlyn, Lazono Black, Larry Dace, David Bennett, and Alvin Walton - Victor Gant taught with Brewer. April 2 - J. Vappie training |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Revise NOPD assignment/reassignment policies | NG | 1/29/2024 | NOPD to draft policy changes and submit them to OCDM/DOJ | Complete | | | | Part of bigger disipl. policy revisions (Ch. 52.1 et. al.) |
| 14 | | NG | | OCDM/DOJ to approve policy changes and return to NOPD | Complete | | Approved by OCDM 5/22/2024 | | |
| 15 | | NG | | NOPD to implement policy changes | Complete | | Special order set for June 9 | | Chp. 13.1 |
| 16 | | NG | | NOPD to revise NOPD's assigment / reassignment form | Complete | | Special Order set for June 9 | | |
| 17 | Draft/Enhance policies related to reviewing | NG | | See actions for 306 re SDRB | NA | | | | |
| 18 | Ensure supervisors have access to OPSE and NOPD shift information | NG | JSA to advise | OCDM to advise whether the current system suffices | Complete | information shared by PSAB on current system is under review by OCDM | Memo prepared 12/15 details current system of accountability | Awaiting feedback from OCDM regarding 2023 steps taken to ensure accountability | Memo shared with OCDM and OIPM |
| 19 | | NG | | OCDM to review NOPD's request for shift data enhancements | Complete | 11/9 meeting with Finance / N.O. Homeland security / OCDM / OPSE | 6/24/2024- Finance Director advised there was a delay in implementation of new system | Complete ADP upgrade (Delayed to September 2024) prior to starting system integration | Estimated completion Late 2024-early 2025 see Dec. 15 memo for details |
| 20 | Enhance Academy training re supervisory use of Insight and escalating concerns | MW | 2/15/2024 | NOPD to develop the training | Complete | NOPD to develop the training | Outline of learning materials developed | Classes being taught at inservice training | Lesson plan Sent to OCDM Murphy on 2/6/2023 |
| 21 | | MW | 4/1/2024 | Work with OCDM to develop a system for measuring the training | Complete | Work with OCDM to develop a system for measuring the training | | EWS RFP released September 23, 2024 | OCDM Orally reported the training they attended was sufficient |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 399 | Ensure current revisions to 52.1 ensure proper complaint intake based on allegations | NG | 11/15/2023 | OCDM to review current revisions to 52.1 | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | CD modifications for 403 / 416 - Modifications Sent 1/8 and 1/20 | |
| 23 | | | NG | 11/15/2023 | NOPD to implement OCDM's suggestions for 52.1 | Complete | Incorporated all OCDM suggestions | Awaiting CD modifications and ancillary chapters | OCDM / DOJ feedback on CD modifications | |
| 24 | | PIB and PSAB to retrain intake personnel on complaint classifications | MW | 1/30/2024 | PIB to train intake personnel on complaint classifications | Complete | | Training on 1/30/2024 | | |
| 25 | | | MW | 1/30/2024 | PSAB to train intake personnel on complaint classifications | complete | | Training on 1/30/2024 | | |
| 26 | | Conduct admin and criminal investigations concurrently | NG | 11/15/2023 | OCDM to approve revisions to 52.1 that require superintendent's authorization to delay admin investigation when criminal investigation is in progress | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Chapter is approved contingent upon CD modifications |
| 27 | | | NG | 3/1/2024 | NOPD to implement revisions to 52.1 | Complete | | Ancillary chapters approved 5/22/2024 | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 28 | | KS | 1/22/2024 | PIB to draft SOP for conducting concurrently investigations | Complete | In keeping with the fair and equitable selection process, PIB conducted 20 interviews of potential candidates over several days. | Sent to OCDM 1/22/24 | Additional captain no longer being added to PIB, Lieutenant will take on the firewall role. | |
| 29 | | KS | 2/15/2024 | OCDM / DOJ to review SOP | In progress | | Meeting 6/26/24 - OCDM DOJ NOPD Law - set guidelines for SOP | Need OCDM DOJ feedback on SOP sent Feb 2024 resent 8.22.2024 | SOP resent 8.22.2024 |
| 30 | | KS | 3/1/2024 | PIB to implement SOP | Complete | | NOPD started dual investigations in July 2024 | | Currently following proposed SOP- awaiting final approval |
| 31 | Create system for outsourcing integrity investigations | NG | 11/15/2023 | OCDM to review the proposed guidance in the revisions to 52.1 | Complete | Awaiting DOJ approval / pending discussion scheduled for 11/28 | All chapters approved 5.22.2024 | | Currently outsourced three cases |
| 32 | | KS | 3/1/2024 | NOPD to implement the revised 52.1 | Complete | | Implemented August 18, 2024 | | |
| 33 | | SL | 1/22/2024 | NOPD to seek funding sources for outsourcing | Complete | | $15K for 2023 / RFP for 2024 | | Three currently outsourced |
| 34 | Ensure the PIB conflict policy is addressed | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | Done | | | Awaiting CD modifications and ancillary chapters |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 35 | | NG | 3/1/2024 | NOPD to implement revised 52.1 | Complete | | Implemented August 18, 2024 | | |
| 36 | Clarify the 16:35 rule | ER | 1/20/2024 | City Attorney to draft CD amendments | Complete | | Completed modification draft with OCDM DOJ on 2.21.23 | | |
| 37 | | NG | 2/20/2024 | OCDM/DOJ to review amendment | Complete | | | | |
| 38 | | ER | TBD | Court to amend CD | Complete | | 4/18/2024 | | |
| 39 | | NG | +7 DAYS | NOPD to update secondary employment and overtime policies to align with amendment | Complete | | GO 1165 7/30/2024 | | Policy was updated in July 2023, CD amendments brought CD in line with accepted / approved policy |
| 40 | | NG | + 7 days | NOPD to implement policy changes | Complete | | GA 1165 7/30/2024 | | |
| 41 | Ensure PSAB Misconduct Investigations protocol covers 399 | NG | 12/4/2023 | PSAB to ensure protocol covers proper intake classification | Complete | | DOJ / OCDM agree to framework for 52.1, needs CD modifications | | Audit protocol finalized b/t NOPD / OCDM |
| 42 | | NG | 12/4/2023 | PSAB to ensure protocol covers whether criminal investigations are outsourced when appropriate | Complete | | | | Not related to 399, not in CD but will be in 52.1 after revisions |
| 43 | | NG | 12/4/2023 | OCDM to review/approve updated protocol | Complete | | | | |
| 44 | | NG | 5/15/2024 | PSAB to conduct audit with new protocol | Complete | | 4/25 Audit complete, data | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 403 | Clarify timeliness requirements regarding Public Integrity Investigations and the imposition of discipline | ER | 1/20/2024 | City Attorney's Office to draft CD modifications | Complete | | | | |
| 46 | | | ER | 2/20/2024 | OCDM/DOJ to review CD amendment | Complete | | | | |
| 47 | | | ER | TBD | Court to amend CD | Complete | | 4/18/2024 | | |
| 48 | | | NG | + 7 | NOPD to align policies with CD Amendment | complete | Awaiting ancillary chapter approval by OCDM DOJ-- 35.1.7 and 52.4, 52.5 | Special order pending for June 8 52.5 / Awaiting City Council Approval for 35.1.7 and 52.4 | | |
| 49 | | | NG | + 7 | NOPD to implement policy changes | Complete | | Implemented August 18, 2024 | | |
| 50 | | Measure and report timeliness compliance | NG | 4/1/2024 | NOPD to create system for tracking integrity investigation timeliness | Complete | | Draft dashboard built 7.9.2024 | | |
| 51 | | | NG | 5/1/2024 | NOPD to create system for publicly reporting integrity investigation timeliness | In progress | | Working to move internal dashboard to public facing model | | |
| 52 | | | NG/ KS | +30 | NOPD to update misconduct investigation audit protocol based on clarifications to CD 403. | Complete | | | | Protocol updated for 2025 PIB audit |
| 53 | | | NG/ KS | 4/1/2024 | NOPD to measure and report PIB timeliness compliance | Complete | | System is online and being used by PIB | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Audit whether admin and criminal investigation are conducted concurrently | NG / KS | 1/25/2024 | PSAB to ensure protocol covers whether criminal and admin investigations are conducted concurrently | complete | Awaiting OCDM final approval | Is within new 52.1 | | Protocol updated and is in 2024 PIB audit protocol |
| 55 | 409/419 Ensure integrity investigation records are secure until their release has been authorized | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | Completed modification draft with OCDM DOJ on 2.21.23 | | See 52.1 paragraph 213 |
| 56 | | NG | 11/15/2023 | DOJ to review revisions to 52.1 for this purpose | Complete | | | | See 52.1 paragraph 213 |
| 57 | | NG | +14 from CD amendment | NOPD to implement revisions to 52.1 | Complete | | Implemented August 18, 2024 | | See 52.1 paragraph 213 |
| 58 | 411 Ensure OCDM is notified about criminal investigations | KS | 1/22/2024 | PIB to draft guidance | Complete | PIB has implemented weekly notification to OCDM Scot Huntsberry regarding any and all Serious Miscounduct Investigations via excel spreadsheet and email. | | | |
| 59 | | KS | 2/15/2024 | OCDM to review guidance | Complete | Completed on 1/19/2024 | | | This task was completed ahead of the expected completion date of 2/15/2024 |

| | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| | | KS | 3/1/2024 | NOPD to implement guidance | Complete | Implementation on 1/24/2024 | | | This task was completed ahead of the expected completion date of 3/1/2024 |
| | | NG /ER | 2/15/2024 | PSAB or counsel to draft general order or directive clarifying DOJ and OCDM access to information | complete | | Memo completed | | Para 471-473 |
| | | NG / ER | 2/22/2024 | Superintendent to issue clarifying instructions (general order or directive) to command staff regarding DOJ and OCDM access to information | Complete | | Special Order 4-2024 3/11/2024 | | |
| | | KS | 12/27/2023 | PIB to hold regular meetings with OCDM regarding criminal investigations | Complete | Next meeting scheduled for 12/27/2023 via Webex with OCDM (Huntsberry) | Occuring on Fridays with OCDM / Sanchez | | |
| | | KS | 11/22/2023 | PIB to share IAPro data on criminal investigations monthly | Complete | This information is produced in conjunction with the SDRB Weekly List. Last produced on 11/22/23. | Provided on Weekly-Basis | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 413 | Enhance training for PIB investigators on circumstantial evidence | KS / MW | 1/19/2024 | PIB to review existing training and recommend enhancements prior to 2024 supervisor in-service | Complete | Lt. Kenny Temple to meet with Duane Johnson regarding Misconduct Investigation Lesson Plan. | | | |
| | | KS / MW | 1/22/2024 | PIB to coordinate enhancements with OCDM | Complete | | PIB to speak with OCDM regardign enhancements scheduled for 4/26/2024 | | |
| | | KS / MW | 2/29/2024 | OCDM to approve enhancements | Pending | | | | |
| | Advise all city employees about the coverage of the CD | DT | 4/2/2024 | Seek opinion from City Attorney regarding advising all city employees about the coverage of the CD | In progress | | NOPD requested opinion - July 2024 | | |
| | | | 4/16/2024 | CAO / City Attorney's Office coordinate and undertake appropriate messaging to relevant employees | Pending | | | | |
| 414 | Ensure policy sufficiently covers application of the preponderance of evidence standard | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | | | Awaiting ancillary chapters |
| | | NG | + 7 from CD amendment | NOPD to implement revisions to 52.1 | Complete | | Implemented August 18, 2024 | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | | Ensure training on applying the preponderance of evidence standard is sufficient | KS | 2/1/2024 | PIB to revise lesson plan to cover application of the standard to be ready for 2024 supervisor in-service | Complete | Lt. Kenny Temple to meet with Duane Johnson regarding Misconduct Investigation Lesson Plan. | Lesson plan submitted January 18, 2024 | Awaiting review from OCDM | |
| 73 | 415 | Enhance tracking of disciplinary investigation dispositions | KS | 1/1/2024 | PIB to work with OCDM to understand the enhancements envisioned by OCDM | Complete | Will discuss at PIB and OCDM weekly meetings | OCDM needed better milestone recording in IApro- | | Entering "timescales" into IApro for key milestones |
| 74 | | | KS | 1/1/2024 | PIB QAU to implement enhancements | Complete | Will discuss at PIB and OCDM weekly meetings | ibid | | ibid |
| 75 | | | KS | 10/31/2023 | PIB personnel to seek additional info on this matter at the IAPro training at the end of October | Complete | PIB personnel attended an IAPro conference in the end of October for the purpose of enhancing QAU's ability to utilize and appreciate the functionality of IAPro. | | | |
| 76 | | Provide guidance on violations investigated but not included in the initial complaint | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | DOJ / OCDM agree to framework for 52.1 | | Awaiting ancillary chapters |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 77 | | NG | + 14 from CD amendment | NOPD to implement revisions to 52.1 | Complete | | Implemented August 18, 2024 | | |
| 78 | Provide OCDM with periodic disposition reports | KS | 3/1/2024 | PIB to get specifics from OCDM | Complete | | Weekly meetings occur every Tuesday. | | |
| 79 | | KS / NG | 3/1/2024 | PIB/PSAB to develop system for giving OCDM the info | Complete | | Draft dashboard built 7/9/24 meeting with PIB QAU to determine accuracy / usability | | Entering "timescales" into IApro for key milestones |
| 80 | Update misconduct investigations protocol accordingly | NG / ER | 12/4/2023 | PSAB to update audit protocol to cover whether the investigation disposition is one of the four allowed and that the disposition used is appropriate | Complete | Awaiting OCDM final approval | OCDM approved PIB protocol | | |
| 81 | 416 | Clarify the CD paragraph | NG | 1/20/2024 | Douglas and Gernon to draft modification | Complete | | Sent to OCDM / DOJ 1/20/2024 | | Completed modification draft with OCDM DOJ on 2.21.23 |
| 82 | | | ER | 1/20/2024 | City Attorney's Office to include modification drafted by Douglass and Gernon | Complete | | | | |
| 83 | 420 | Provide OCDM with more timeline info | KS | 3/1/2024 | QAU to give OCDM monthly reports on the timelines of cases closed in the previous month | In Progress | | Dashboard developed for measuring this will likely fill this need | See line 53 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | | | NG / KS | 4/1/2024 | OCDM, PIB, PSAB to review monthly timeline reports and identify data gaps | In progress | | Dashboard developed for measuring this will likely fill this need | Set up monthly review via dashboard data produced by line 53 | |
| 85 | | Clarify Citizen vs. Rank Initiated | NG | 11/15/2023 | OCDM to review revisions to 52.1 for this purpose | Complete | NOPD sent most recent set of proposed revisions 10/19/23 | | | |
| 86 | | | NG | + 14 days from CD amendment | NOPD to implement revisions to 52.1 | complete | | Implemented August 18, 2024 | | |
| 87 | 454 | Clarify what is sent to OCDM when | KS | 1/22/2024 | PIB to work with OCDM to establish guidelines for 454 eligible complaints | Complete | Extracted from CD Paragraph 454 | | | Sent SOP to OCDM |
| 88 | | | KS | 1/22/2024 | PIB to put 454 guidelines into SOP | Complete | | | | Sent SOP to OCDM |
| 89 | | Send all 454 complaints to OCDM | KS | 11/15/2023 | PIB to send all active criminal investigations to OCDM | Complete | 10/13/2023 sent pending criminal investigations to OCDM | | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 90 | | KS | 11/15/2023 | PIB to develop system for transmitting info to OCDM | **Complete** | Coordinated with OCDM and established a protocol to transmit information regarding criminal investigations as well 454 violations to OCDM | CD 454 Spreadsheet is updated with additional information when applicable and provided to OCDM. PIB communicates with OCDM with Webex or Zoom meetings when needed. | | |
| 91 | Provide guidance to command staff re 454 | NG / ER | 2/15/2024 | Gernon and City Attorney to craft language | **Complete** | | Draft completed | | |
| 92 | | AK | + 7 days from above | Superintendent to issue memo with guidance | **Complete** | | 3/11/2024 -- Special order 4-2024 | | |
| 93 | Enhance PIB intake form re 454 | NG | 3/15/2024 | PSAB to work with OCDM to determine needed enhancements | **complete** | Sent to OCDM DOJ 4/25/2024 | Implementing June 2, 2024 | | Entire intake form packet revised / no feedback from OCDM |
| 94 | | NG | +14 days from above | PIB to update intake form | **Complete** | | Implementing June 2, 2024 | | Entire packet revised / DOJ gave feedback / OCDM no feedbak |
| 95 | Include 454 in misconduct investigations protocol | NG | 12/4/2023 | PSAB to update misconduct investigations audit protocol to ensure it covers 454 | **Complete** | Awaiting OCDM final approval | Protocol approved 12/4/2023 | | Audit started 1/25/2024 |
| 96 | 470/472 Ensure OCDM/DOJ receive requesting info | NG / ER | 2/15/2024 | Gernon to draft language for Superintendent's memo | **Complete** | | special order sent 3/11/2024 | | Para 471-473 |
| 97 | | AK | 2/21/2024 | Superintendent to send memo to command staff | **Complete** | | Special order sent 3/11/2024 | | |