UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | CIVIL ACTION |
| | NO. 12-1924 |
| v. | |
| | SECTION E (2) |
| THE CITY OF NEW ORLEANS<br>    Defendant | |
| | JUDGE SUSIE MORGAN |

**Fourth Notice To The Public Regarding Joint Motion to Enter Sustainment Period Setting Public Hearing and Hearing Dates**

The United States Department of Justice and the City of New Orleans filed with the Court a "Joint Motion To Enter Sustainment Period" for the Consent Decree, with a proposed Sustainment Plan attached.[1] The proposed Sustainment Plan is available to the public on the Monitor's website (www.consentdecreemonitor.com) and the Court's website: https://www.laed.uscourts.gov/case-information/mdl-mass-class-action/nopdconsent.

The Court issued its First Notice to the Public regarding the Motion to Enter Into the Sustainment Period on September 27, 2024. In that First Notice, the Court invited community members to submit comments and questions to the Court in writing by October 25, 2024. A Second Notice extended the submission deadline to November 8, 2024. A third notice further extended the submission deadline to November 29, 2024.

The Court now sets the following schedule for the consideration of the Joint Motion:

**Public Hearing Regarding The Parties' Joint Motion To Enter Sustainment Period**
Tuesday, December 17, 2024, 9 am Central
Judge Morgan's Courtroom; Hale Boggs Federal Courthouse; 3rd Floor

**Hearing On The Joint Motion**
Wednesday, January 8, 2025, 1 pm Central
Judge Morgan's Courtroom; Hale Boggs Federal Courthouse; 3rd Floor

Members of the public will be allowed to make comments at the Public Hearing. The Parties will make presentations at the Hearing on the Joint Motion. Additionally, the Court and the Monitor will meet with Police Community Advisory Board members in advance of the Hearing on the Joint Motion to solicit their comments and recommendations.

Community members wishing to speak at the December 17, 2024 Public Hearing will be asked to submit a "speaker's card" prior to entering the courtroom. Each speaker will have no more than 5 minutes to share the speaker's perspective. Organizations are requested to limit speakers to two representatives in order to accommodate all those wishing to be heard at the Public Hearing.

Audio of both hearings will be broadcast to the public. Members of the public may listen to the hearings by dialing **(504) 229-4460** and entering the Phone Conference ID: **148 804 372#**.

New Orleans, Louisiana, this 3rd day of December, 2024.

*[Signature]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 793.