UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

### ORDER

On September 27, 2024, the parties filed a Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[1] The United States Department of Justice filed a Memorandum in Support of the Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[2]

On September 27, 2024, the Court issued its First Notice to the Public regarding the Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[3] In that First Notice, the Court invited community members to submit comments and questions to the Court in writing by October 25, 2024.[4] A Second Notice extended the submission deadline to November 8, 2024.[5] A Third Notice further extended the submission deadline to November 29, 2024.[6]

In response to the three notices, members of the public submitted comments attached hereto.[7]

---

[1] R. Doc. 793.
[2] R. Doc. 794.
[3] R. Doc. 795.
[4] *Id.*
[5] R. Doc. 797.
[6] R. Doc. 799.
[7] Comments received during 2024 are included in the attachments.

1

On December 3, 2024, a Fourth Notice was issued setting a Public Hearing on December 17, 2024, at 9:00 a.m.[8] Members of the public will be allowed to make comments at the Public Hearing. Community members wishing to speak at the Public Hearing will be asked to submit a "speaker's card," with name, city, and organization (if applicable), prior to entering the courtroom. Each speaker will have no more than 5 minutes to share the speaker's perspective. Organizations are requested to limit speakers to two representatives in order to accommodate all those wishing to be heard at the Public Hearing.

**New Orleans, Louisiana, this 12th day of December, 2024.**

                                                  _____
                                                  **SUSIE MORGAN**
                                    **UNITED STATES DISTRICT JUDGE**

---

[8] R. Doc. 802.