**From:** Lou B <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 2:57:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Lou B



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

From: hello@eyeonsurveillance.org <hello@eyeonsurveillance.org>
Sent: Wednesday, August 14, 2024 3:42:58 PM (UTC+00:00) Monrovia, Reykjavik
To: Info
Subject: doj federal monitors have conflicted interest

CAUTION - EXTERNAL:


Good morning,

We would like to make you aware of a conflict of interest between the federal monitors and the City of New Orleans. It concerns Mr Douglass'
ELEFA organization which has active financial ties to many of the same individuals who used to run NOPD. This conflict is in direct violation of paragraph 464 of the consent decree.

In order to prevent further waste of taxpayer money:
1. The DOJ must conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA.
2. New monitors in New Orleans and Minneapolis must be selected, free from conflicts of interest.

Our detailed thoughts can be found on this blog post:
https://eyeonsurveillance.org/blog/ponzi-police-reform

Please respond to info@eyeonsurveillance.org for the quickest response.

Thank you for your consideration,
Eye on Surveillance
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Antoine Claval <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 3:53:13 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Antoine Claval



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Bob Murrell <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 4:42:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

Good morning, I am a resident of New Orleans. There are conflicts of interest with Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Our city has a history of police corruption, one of the many reasons we have the consent decree in the first place. Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Bob Murrell

**From:** Alison McCrary <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 6:00:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Grave Concerns about the Federal monitors and Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Alison McCrary



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Celia Burke <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 6:08:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Celia Burke



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Bruce Reilly <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 6:20:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

For once, I would like to look under a rock and not see shady dealings. I want to open a closet and see no skeletons. But this seems impossible in New Orleans city politics. I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

The whole point of monitoring and oversight is to have ethical people from the outside. It's hard to take any of this policing reform seriously, when people like Harrison tell the world they were only ever in it "for the paycheck." And now look at him. Still collecting.

Thank you for your attention to this issue.

Bruce Reilly

**From:** Monica Charlton <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 14, 2024 8:24:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Monica Charlton

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Kelly Porter <noreply@adv.actionnetwork.org>
**Sent:** Thursday, August 15, 2024 3:00:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Federal Monitor Douglass' Conflict of Interest

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of the Federal Consent Decree Monitor Douglass and his company, Effective Law Enforcement for All (ELEFA), both paid monitors who are disturbingly intertwined with and employing police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected to review their tainted work, free from conflicts of interest.

As a community organizer who has watched the federal monitor use and endorse questionable statistical methods in the last consent decree hearing to exonerate the NOPD from bias while they sustain a use of force rate that is still directed towards Black people more than 90% of the time as per the OIPM's 2023 report, and the number of use of force incidents higher now than when the consent decree was put in place, I find this conflict of interest extremely troubling. Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our over-investment in reactive safety measures and on the side of the people, especially the Black people, that they are sworn to serve and protect from violent and unaccountable policing. Thank you for your attention to this issue.

**From:** Louis Gregory <█████████████>
**Sent:** Thursday, August 15, 2024 5:21:04 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

Yall,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Come on now.

Louis Gregory

█████████████████████

**From:** Mahroh J <noreply@adv.actionnetwork.org>
**Sent:** Thursday, August 15, 2024 7:21:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Mahroh J



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Vedisia Green <noreply@adv.actionnetwork.org>
**Sent:** Friday, August 16, 2024 7:48:48 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Vedisia Green



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Joel De la Rosa <noreply@adv.actionnetwork.org>
**Sent:** Friday, August 16, 2024 9:33:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Joel De la Rosa



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Noah Rahman <noreply@adv.actionnetwork.org>
**Sent:** Saturday, August 17, 2024 1:36:20 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

CAUTION - EXTERNAL:

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

New Orleans and Minneapolis should be leading the way in community policing. Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Noah Rahman



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** madelaine.hock█████████<noreply@adv.actionnetwork.org>
**Sent:** Sunday, August 18, 2024 9:39:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

CAUTION - EXTERNAL:


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.



CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Eye on Surveillance <hello@eyeonsurveillance.org>
**Sent:** Tuesday, August 20, 2024 12:07:22 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

As a community group representing many people's interests, we feel it is important to speak up when we see conflicts of interest in those who watch the police. Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Eye on Surveillance
hello@eyeonsurveillance.org
400 Poydras St
New Orleans, Louisiana 70130

**From:** Currin Wallis <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, August 20, 2024 3:19:52 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Currin Wallis



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Katie Wills <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, August 20, 2024 3:46:52 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Katie Wills



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Heidi Diekelman <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, August 20, 2024 4:02:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Heidi Diekelman



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Mónica Sakamoto <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, August 20, 2024 4:25:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Mónica Sakamoto

**From:** Joyce Thomas <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, August 20, 2024 10:40:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Joyce Thomas



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Brenna Bethancourt <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 21, 2024 11:05:57 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Brenna Bethancourt



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Robin Morris <███████████████████>
**Sent:** Wednesday, August 21, 2024 1:17:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I am a resident and voter in New Orleans.

I see conflicts of interest of Effective Law Enforcement for All (ELEFA), decree monitors and who are police advocates in New Orleans and Minneapolis.

I believe that this conflict is about corporate profit, NOT about keeping me, my family, and citizens of New Orleans safe.

This conflict is illegal needs to be investigated and adjudicated by the US Department of Justice. Furthermore, the bias of the monitors makes their conclusions invalid.

Thank you for your attention to this issue.

Robin Morris



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Ruth Seeley <​███████████████​>
**Sent:** Wednesday, August 21, 2024 1:37:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Ruth Seeley



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Angeline Echeverria <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 21, 2024 3:21:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be advocates for the people and communities who deserve protection and service. I live in Raleigh, NC and we have had problems with a corrupt police officer who was extorting and abusing local community members. When local communities seek protection from federal authorities due to local corruption, we need to be confident that the DOJ will step in and ensure that there are no conflicts of interest with those who are tasked with rooting out corruption and overseeing the process for rebuilding trust at the local level. Allowing these conflicts of interest to go unchecked creates a dangerous precedent that makes all of our communities less safe.

Thank you for your attention to this issue.

Angeline Echeverria

**From:** Keith Cowan <​███████████​>
**Sent:** Wednesday, August 21, 2024 4:52:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Keith Cowan



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Susan Pastin <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, August 21, 2024 6:24:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to conflict of interest in Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned about the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest. The head of ELEFA has apparently put several New Orleans police officers on his organization's payroll.

Those overseeing the practices of the police should not be advocates for the interests of the police!

Thank you for your attention to this issue.

Susan Pastin

**From:** Susan Sheinfeld <noreply@adv.actionnetwork.org>
**Sent:** Thursday, August 22, 2024 1:44:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Susan Sheinfeld



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Allie Beth <noreply@adv.actionnetwork.org>
**Sent:** Saturday, August 24, 2024 11:41:12 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Allie Beth



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Debra Campbell <info@acommunityvoice.org>
**Sent:** Monday, August 26, 2024 11:41:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Debra Campbell



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Briana McDonald <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, September 3, 2024 9:07:18 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

The citizens of New Orleans deserve fair, un-biased oversight of law enforcement. Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Briana McDonald




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Anisah Sahibul <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, September 4, 2024 8:01:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** URGENT DEMAND - Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

Hello,

I am deeply concerned by the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of New Orleans' over-investment in reactive safety measures.

Thank you for your attention to this issue.

Anisah Sahibul

**From:** Stephanie Crean <noreply@adv.actionnetwork.org>
**Sent:** Thursday, September 5, 2024 4:17:46 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Police Reform

CAUTION - EXTERNAL:


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Stephanie Crean




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Jacob Flowers <noreply@adv.actionnetwork.org>
**Sent:** Thursday, September 5, 2024 2:30:59 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Jacob Flowers



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** corinne vandagriff <noreply@adv.actionnetwork.org>
**Sent:** Thursday, September 5, 2024 5:26:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

corinne vandagriff




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Jennifer Piper <█████████████>
**Sent:** Thursday, September 5, 2024 5:50:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Concerns about Police Reform efforts in New Orleans

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis. If allowed, this could have implications for consent decrees across the US and undermine faith in the process.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but for the interest of our community, for taxpayers and everyone's safety.

Thank you for your attention to this issue.

Jennifer Piper



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** David Iglesias <█████████████>
**Sent:** Friday, September 13, 2024 4:55:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

David Iglesias



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Madelaine Hock <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, September 18, 2024 11:31:57 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Madelaine Hock



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Alex Weingarten <noreply@adv.actionnetwork.org>
**Sent:** Thursday, September 26, 2024 11:37:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

The community needs their privacy rights protected! Take responsibility and don't be complicit in this erosion of basic guardrails!

I'm PROFOUNDLY concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to demand that the Department of Justice investigate all DOJ, NOPD, and Minneapolis employees who are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

[Why is this important to you?] Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Alex Weingarten

█████████████████

**From:** Edith Romero <noreply@adv.actionnetwork.org>
**Sent:** Thursday, October 3, 2024 10:24:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Edith Romero

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Andrea DaViera <noreply@adv.actionnetwork.org>
**Sent:** Sunday, October 6, 2024 7:39:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm a member of the New Orleans community and am deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Andrea DaViera

███████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Carissa Thiel <noreply@adv.actionnetwork.org>
**Sent:** Sunday, October 6, 2024 9:34:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Carissa Thiel



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Meg Gonzalez <noreply@adv.actionnetwork.org>
**Sent:** Monday, October 7, 2024 2:04:32 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

CAUTION - EXTERNAL:


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Meg Gonzalez

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Jana Ward <noreply@adv.actionnetwork.org>
**Sent:** Monday, October 7, 2024 12:03:34 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Jana Ward

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Briana McDonald <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, October 8, 2024 2:33:41 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Briana McDonald



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Josh Teitelbaum <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, October 8, 2024 9:01:24 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

MAINTAIN THE CONSENT DECREE.

THIS CITY NEEDS THE SAFEGUARDS OF FEDERAL POLICE OVERSIGHT.

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Josh Teitelbaum

1

**From:** Lucas Harrell <noreply@adv.actionnetwork.org>
**Sent:** Saturday, October 19, 2024 7:47:13 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Lucas Harrell



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Andrea DaViera <noreply@adv.actionnetwork.org>
**Sent:** Monday, October 21, 2024 11:42:27 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Andrea DaViera



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Mary Petrellese <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, October 22, 2024 7:20:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Mary Petrellese



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Allie Beth <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 23, 2024 12:32:33 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Allie Beth



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** corinne vandagriff <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 23, 2024 2:16:29 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

CAUTION - EXTERNAL:


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

corinne vandagriff



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Mejan helsel <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 23, 2024 3:52:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Mejan helsel



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Randolph Scott <​████████████​>
**Sent:** Wednesday, October 23, 2024 4:05:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Randolph Scott



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Kia Thomas <noreply@adv.actionnetwork.org>
**Sent:** Friday, October 25, 2024 12:04:40 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Kia Thomas



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Carson Cruse <noreply@adv.actionnetwork.org>
**Sent:** Friday, October 25, 2024 12:06:39 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Carson Cruse



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Stephanie Crean <noreply@adv.actionnetwork.org>
**Sent:** Friday, October 25, 2024 11:41:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Stephanie Crean



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Chassidy Simmons <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 30, 2024 1:32:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Chassidy Simmons



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Yareli Andino <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 30, 2024 4:22:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Yareli Andino



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Stephanie Crean <noreply@adv.actionnetwork.org>
**Sent:** Wednesday, October 30, 2024 8:01:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Stephanie Crean



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Lou B <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 8, 2024 5:37:16 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Lou B



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Ruby Green <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, November 12, 2024 3:56:06 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Ruby Green




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Paul McCarthy <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, November 12, 2024 6:29:06 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Paul McCarthy

███████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Dk Kucher <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, November 12, 2024 3:23:00 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Dk Kucher

██████████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** selectivehearing█████████ <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, November 12, 2024 4:19:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

selectivehearing

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Sullivan Jackson <noreply@adv.actionnetwork.org>
**Sent:** Sunday, November 24, 2024 9:28:23 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Sullivan Jackson



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Andrew Price <noreply@adv.actionnetwork.org>
**Sent:** Sunday, November 24, 2024 11:13:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Andrew Price



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Dominique Delgado <noreply@adv.actionnetwork.org>
**Sent:** Tuesday, November 26, 2024 2:22:55 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Dominique Delgado



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Genesis Calderon <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 5:45:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

Good morning.
I am writing because I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Genesis Calderon

**From:** Tiffany French <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 6:30:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Tiffany French



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Payton Rayne <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 6:46:56 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

CAUTION - EXTERNAL:


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Payton Rayne




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Zach Dowling <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 7:08:33 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Zach Dowling

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Anisah Sahibul <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 7:18:07 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Urgent Request: Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Anisah Sahibul

█████████████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Enosence Wingo <noreply@adv.actionnetwork.org>
**Sent:** Friday, November 29, 2024 10:31:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Enosence Wingo

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** N Dietz <noreply@adv.actionnetwork.org>
**Sent:** Saturday, November 30, 2024 12:55:20 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

N Dietz




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Ritchie Sprenkle <noreply@adv.actionnetwork.org>
**Sent:** Saturday, November 30, 2024 1:06:32 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Ritchie Sprenkle



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Holli Medley <noreply@adv.actionnetwork.org>
**Sent:** Saturday, November 30, 2024 2:52:42 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Holli Medley



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Stephanie Crean <noreply@adv.actionnetwork.org>
**Sent:** Saturday, November 30, 2024 3:51:45 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**


Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Stephanie Crean

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Ariana Alvarez <noreply@adv.actionnetwork.org>
**Sent:** Saturday, November 30, 2024 5:09:12 AM (UTC+00:00) Monrovia, Reykjavik
**To:** eFile-Morgan <eFile-Morgan@laed.uscourts.gov>
**Subject:** Say NO to Ponzi Police Reform

**CAUTION - EXTERNAL:**

Judge Susie Morgan,

I'm deeply concerned at the conflicts of interest of Effective Law Enforcement for All (ELEFA), paid consent decree monitors who are disturbingly intertwined with police advocates in New Orleans and Minneapolis.

I write to oppose the end of the consent decree and to demand that the Department of Justice conduct an investigation into all DOJ, NOPD, and Minneapolis employees that are now affiliated with ELEFA, and that new monitors in New Orleans and Minneapolis are selected, free from conflicts of interest.

Those overseeing the practices of the police should not be advocates for the interests of the police, but should instead be critical of our overinvestment in reactive safety measures.

Thank you for your attention to this issue.

Ariana Alvarez



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.