**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | CIVIL ACTION |
| | NO. 12-1924 |
| v. | |
| | SECTION E (2) |
| THE CITY OF NEW ORLEANS<br>    Defendant | JUDGE SUSIE MORGAN |

**Fifth Notice To The Public Regarding Joint Motion to Enter Sustainment Period**

The United States Department of Justice and the City of New Orleans filed with the Court a "Joint Motion To Enter Sustainment Period" for the Consent Decree, with a proposed Sustainment Plan attached.[1] The proposed Sustainment Plan is available to the public on the Monitor's website (www.consentdecreemonitor.com) and the Court's website: https://www.laed.uscourts.gov/case-information/mdl-mass-class-action/nopdconsent.

The Court has set a hearing on the motion:

**Hearing On The Joint Motion**
Wednesday, January 8, 2025, 1 pm Central
Judge Morgan's Courtroom; Hale Boggs Federal Courthouse; 3rd Floor

The Parties will make presentations at the Hearing on the Joint Motion. Members of the public and the media are invited to attend.

The Court anticipates taking the matter under advisement at the conclusion of the hearing and issuing a written order at a later date.

Audio of the hearing will be broadcast to the public. Members of the public may listen to the hearings by dialing **(504) 229-4460** and entering the Phone Conference ID: **689 170 722#**.

New Orleans, Louisiana, this 17th day of December, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 793.