UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

# ORDER

On September 27, 2024, the parties filed a Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[1] The United States Department of Justice filed a Memorandum in Support of the Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[2]

On September 27, 2024, the Court issued its First Notice to the Public regarding the Joint Motion to Begin Sustainment Period and Approve Sustainment Plan.[3] In that First Notice, the Court invited community members to submit comments and questions to the Court in writing by October 25, 2024.[4] A Second Notice extended the submission deadline to November 8, 2024.[5] A Third Notice further extended the submission deadline to November 29, 2024.[6]

In response to the three notices, members of the public submitted comments which were filed in the record on December 12, 2024.[7]

Attached hereto are additional comments received by the Court.

---

[1] R. Doc. 793.
[2] R. Doc. 794.
[3] R. Doc. 795.
[4] *Id.*
[5] R. Doc. 797.
[6] R. Doc. 799.
[7] R. Doc. 803.

1

On December 18, 2024, a Fifth Notice was issued reminding the public that a hearing on the Joint Motion to Begin Sustainment Period and Approve Sustainment Plan[8] is set for **January 8, 2025, at 1:00 p.m.**

Audio of the hearing will be broadcast to the public for which members of the public may listen by dialing **(504) 229-4460** and entering the Phone Conference ID: **689 170 722#**.

**New Orleans, Louisiana, this 23rd day of December, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[8] R. Doc. 793.

2