UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>V.<br><br>**CITY OF NEW ORLEANS,**<br><br>Defendant. | **CIVIL ACTION NO.**<br>**2:12-CV-01924**<br><br>**SECTION E**<br>**JUDGE SUSIE MORGAN**<br>**DIVISION 2**<br>**MAG. DONNA PHILLIPS CURRAULT** |

**CONSENT MOTION FOR CONTINUANCE OF HEARING**

In consideration of the Mayoral Proclamation of Emergency Due to Complex Coordinated Attack and Mass Casualty Event of January 1, 2025, (Appendix "A" hereto) Defendant City of New Orleans, including the New Orleans Police Department, move this honorable Court to continue the hearing scheduled for January 8, 2025 (Rec. Doc. 808) until January 13, 2025. Counsel for the Plaintiff, the United States of America, has confirmed that this motion is unopposed.

Respectfully submitted this 2nd day of January 2025.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
czimmer@davillierlawgroup.com

*Counsel of Record for the*
*City of New Orleans and the*
*New Orleans Police Department*

**The City of New Orleans**

Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
Churita H. Hansell, La. No. 25694
Chief Deputy City Attorney
chhansell@nola.gov
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

**City Attorney for the City of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles F. Zimmer II
Charles F. Zimmer II, La. No. 26759