UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO. 2:12-CV-01924** |
| Plaintiff | |
| V. | **SECTION E** |
| | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** | **DIVISION 2** |
| | **MAG. DONNA PHILLIPS CURRAULT** |
| Defendant | |

## ORDER

Considering the foregoing Consent Motion for Continuance of Hearing;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing scheduled for January 8, 2025, is hereby **CONTINUED** until **January 13, 2025, at 1:00 p.m.**

New Orleans, Louisiana, this 3rd day of January, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**