## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

## ORDER

On January 3, 2025, this Court issued an order continuing the January 8, 2025 public hearing to **Monday, January 13, 2025, at 1:00 p.m.**[1] The hearing will be held in Judge Morgan's Courtroom, Third Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

Audio of the hearing will also be broadcast to the public. The Phone Conference ID that was previously provided has been changed. Members of the public may now listen to the hearing by dialing **(504) 229-4460** and entering the Phone Conference ID: **697 655 973#**.

**New Orleans, Louisiana, this 6th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 811.