**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:12-CV-01924-SM-DPC** |
| | |
| **V.** | **JUDGE SUSIE MORGAN** |
| | |
| **CITY OF NEW ORLEANS,** | **MAG. DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

## ORDER

Considering the foregoing Motion to Issue Ruling on Pending Motion filed by Defendant,

the City of New Orleans:

**IT IS ORDERED** that Defendant's motion is **GRANTED.**

**SO ORDERED**, this ___ day of _____ 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1