UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>CITY OF NEW ORLEANS,<br>Defendant. | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC<br><br>JUDGE SUSIE MORGAN<br><br>MAG. DONNA PHILLIPS CURRAULT |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, City of New Orleans, to move the Court to enroll:

> Morgan Brungard, Louisiana Bar No. 40298
> Deputy Solicitor General
> Office of Attorney General Liz Murrill
> Louisiana Department of Justice
> 1885 North Third Street
> Baton Rouge, LA 70802

as additional counsel of record on behalf of the Defendant, City of New Orleans. Morgan Brungard is admitted to practice in the United States District Court for the Eastern District of Louisiana and is a member of the Louisiana Bar in good standing.

Respectfully submitted, this 9th day of January 2025.

*DAVILLIER LAW GROUP, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA 70112
Phone: (504) 582-6998

Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
cligori@davillierlawgroup.com
*Litigation Counsel of Record for the
City of New Orleans and the
New Orleans Police Department*

**THE CITY OF NEW ORLEANS**
Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
**City Attorney for the City of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles F. Zimmer II
Charles F. Zimmer II, La. No. 26759