**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,**<br>　　　　　**Defendant.** | **MAG. DONNA PHILLIPS CURRAULT** |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Defendant, the City of New Orleans:

**IT IS ORDERED** that Defendant's motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the following counsel be enrolled as additional counsel of record for the City of New Orleans as of this date:

> Morgan Brungard, Louisiana Bar No. 40298
> Deputy Solicitor General
> Office of Attorney General Liz Murrill
> Louisiana Department of Justice
> 1885 North Third Street
> Baton Rouge, LA 70802

**SO ORDERED**, this ___ day of _____ 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1