UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br><br>**V.**<br><br>**CITY OF NEW ORLEANS,**<br>　　　　**Defendant.** | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC**<br><br>**JUDGE SUSIE MORGAN**<br><br>**MAG. DONNA PHILLIPS CURRAULT** |

### MOTION TO ISSUE RULING ON PENDING MOTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, City of New Orleans, to move the Honorable Court to issue its ruling on the pending Motion to Terminate the Consent Decree (R. Doc. 629) pursuant to Fed. R. Civ. P. 60(b)(5) as filed on August 18, 2022. Further, the City of New Orleans moves the Court to issue its ruling on the Motion to Terminate prior to ruling on the pending Joint Motion to Begin Sustainment Period and Approve Sustainment Plan (R. Doc. 793, filed September 27, 2024).

**WHEREFORE**, for the reasons set forth in detail in the accompanying memorandum in support, Defendant, City of New Orleans, moves the Honorable Court to issue its ruling on the pending Motion to Terminate the Consent Decree (R. Doc. 629) prior to ruling on the pending Joint Motion To Begin Sustainment Period And Approve Sustainment Plan (R. Doc. 793).

***Respectfully submitted***, this 10th day of January 2025.

[*signature block on the following page*]

1

**DAVILLIER LAW GROUP, LLC**

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA 70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
cligori@davillierlawgroup.com
*Litigation Counsel of Record for the City of New Orleans and the New Orleans Police Department*

**THE CITY OF NEW ORLEANS**
Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
**City Attorney for the City of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles F. Zimmer II
Charles F. Zimmer II, La. No. 26759