UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,**<br>**Defendant.** | **MAG. DONNA PHILLIPS CURRAULT** |

**MEMORANDUM IN SUPPORT OF MOTION TO**
**ISSUE RULING ON PENDING MOTION**

**NOW INTO COURT**, comes Defendant, City of New Orleans (the "City"), who supports its Motion to Issue Ruling on Pending Motion, as follows:

On August 18, 2022, the City filed a motion pursuant to Fed. R. Civ. P. 60(b)(5) to terminate the Consent Decree (R. Doc. 629). The motion remains pending as of this date. The Joint Motion to Begin Sustainment Period and Approve Sustainment Plan (R. Doc. 793) was filed September 27, 2024. The City moves the Honorable Court to rule on the City's long-pending motion to terminate before ruling on the recent sustainment period motion.

The Joint Motion to Begin Sustainment Period and Approve Sustainment Plan (R. Doc. 793) includes, at footnote 2, a statement that the approval of the sustainment plan and the recognized start of the two-year sustainment period would moot the City's motion to terminate (R. Doc. 629). Before a ruling on that motion is made, the City hereby notifies the Court that it no longer can consent to treat its pending motion to terminate as moot, regardless of the outcome of the Motion to Begin Sustainment Period and Approve Sustainment Plan (R. Doc. 793).

The City is persuaded by the legal analysis provided by the Attorney General of the State of Louisiana and the Governor of Louisiana in opposition to the pending motion to enter the sustainment period that it is entitled to have its Fed. R. Civ. P. 60(b)(5) motion resolved. (R. Doc. 803-2 at 136-38 (Governor's comment letter); *id.* at 155-72 (Attorney General's comment letter)). In an effort to protect and serve the legal rights of the City of New Orleans, a local political subdivision in the State of Louisiana, and to bring the Consent Decree to its intended natural end *via* the most expediated path possible, the City seeks resolution of the long-pending Fed. R. Civ. P. 60(b)(5) motion before resolution of the pending sustainment motion. "The Supreme Court has recognized that 'where a district court persistently and without reason refuses to adjudicate a case properly before it, the court of appeals may issue the writ 'in order that [it] may exercise the jurisdiction of review given by law.'" *In re United States ex rel. Drummond*, 886 F.3d 448, 450 (5th Cir. 2018) (quoting *Will v. Calvert Fire Ins. Co.*, 437 U.S. 655, 662–63 (1978)).

To be clear, the City agrees that many of the plans and procedures developed as part of the proposed Sustainment Plan are a good idea (although not constitutionally required), and will not deviate from either its present level of compliance or its intentions to voluntarily implement those good ideas. The City welcomes the opportunity to demonstrate its compliance again at the hearing scheduled for Monday, January 13, 2025, regarding the sustainment plan.

This motion shall serve, however, as formal notice that participating in that hearing is not a waiver of the City's right to request a ruling on the pending motion to terminate from 2022. The City expressly reserves its right to a ruling on its pending motion to terminate.

*Respectfully submitted*, this 10th day of January 2025.

        *Davillier Law Group, LLC*

        /s/ Charles F. Zimmer II
        Daniel E. Davillier La. No. 23022
        Charles F. Zimmer II (T.A.) La. No. 26759
        Jonathan D. Lewis, La. No. 37207
        935 Gravier Street, Suite 1702
        New Orleans, LA 70112
        Phone: (504) 582-6998
        Fax: (504) 582-6985
        ddavillier@davillierlawgroup.com
        czimmer@davillierlawgroup.com
        **Litigation Counsel of Record for**
        **the City of New Orleans**

        THE CITY OF NEW ORLEANS
        Donesia D. Turner, La. No. 23338
        City Attorney
        Donesia.Turner@nola.gov
        1300 Perdido Street
        City Hall – Room 5E03
        New Orleans, Louisiana 70112
        Telephone: (504) 658-9800
        Facsimile: (504) 658-9868
        **City Attorney for the City of New Orleans**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 10th day of January 2025.

        /s/ Charles F. Zimmer II
        Charles F. Zimmer II