UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>V.<br><br>**CITY OF NEW ORLEANS,**<br>Defendant. | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC**<br><br>**JUDGE SUSIE MORGAN**<br><br>**MAG. DONNA PHILLIPS CURRAULT** |

## NOTICE OF SUBMISSION

**To:** Plaintiff, United States of America
*via* counsel of record:
Megan R. Marks
Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-305-3334
megan.marks@usdoj.gov

Please take notice that Defendant, the City of New Orleans, will submit its Motion to Issue Ruling on Pending Motion for decision by Judge Susie Morgan on January 29, 2025, at 10:00 a.m.

Respectfully submitted, this 10th day of January 2025.

*D*AVILLIER *L*AW *G*ROUP, LLC

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
cligori@davillierlawgroup.com
***Litigation Counsel of Record for the***
***City of New Orleans and the***

*New Orleans Police Department*

**THE CITY OF NEW ORLEANS**
Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
**City Attorney for the City of New Orleans**

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles F. Zimmer II
Charles F. Zimmer II, La. No. 26759

2