## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>                    **Plaintiff,** | **CIVIL ACTION NO.** <br> **2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** <br>                    **Defendant.** | **MAG. DONNA PHILLIPS CURRAULT** |

**EX PARTE MOTION FOR LEAVE TO FILE THE POLICE COMMUNITY ADVISORY BOARD COMPLIANCE AND SUSTAINMENT PLAN INTO THE RECORD**

**NOW INTO COURT**, comes Defendant, the City of New Orleans (the "City"), who moves this Court to allow the attached Police Community Advisory Board Compliance and Sustainment Plan to be filed into the record, as follows:

On September 27, 2024, Plaintiff, the United States of America, filed an *ex parte*/consent joint motion to Begin Sustainment Period and Approve Sustainment Plan. (R. Doc. 793.) The proposed Sustainment Plan had a placeholder for the Police Community Advisory Board Compliance and Sustainment Plan that was in draft form at that time. That document is now finalized. The United States consents to the filing of the Police Community Advisory Board Compliance and Sustainment Plan into the record of this matter.

**Wherefore**, Defendant, City of New Orleans, moves this Court to allow the attached Police Community Advisory Board Compliance and Sustainment Plan to be filed into the record.

*Respectfully submitted*, this 10th day of January 2025.

*Davillier Law Group, LLC*

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
*Litigation Counsel of Record for the City of New Orleans*

**THE CITY OF NEW ORLEANS**
Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
**City Attorney for the City of New Orleans**

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 10th day of January 2025.

/s/ Charles F. Zimmer II
Charles F. Zimmer II