UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC |
| V. | JUDGE SUSIE MORGAN |
| CITY OF NEW ORLEANS,<br>    Defendant. | MAG. DONNA PHILLIPS CURRAULT |

## ORDER

In consideration of the Ex Parte Motion for Leave to File the Police Community Advisory Board Compliance and Sustainment Plan into the record by the City of New Orleans:

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** and the Police Community Advisory Board Compliance and Sustainment Plan shall be filed into the record of this matter.

**SO ORDERED**, this ___ day of _____ 2025.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE