# Police Community Advisory Board Compliance and Sustainment Plan

I. <u>Responsibilities of NOPD and the City</u>

A. As of November 1, 2024, the City and NOPD established a PCAB Coordinating Committee ("the Coordinating Committee"). The members of the Coordinating Committee will be the NOPD Community Engagement Section Manager; the NOPD Professional Standards and Accountability Bureau Innovation Manager; two NOPD Field Operations Bureau Majors (Majors are TBD until the promotional process has been complete; in the meantime NOPD will appoint two district Captains to represent FOB on the committee); and one representative from the City's Neighborhood Engagement Office (NEO) (either the PCAB Liaison to be hired, or another designee).

B. The NOPD and the City agree they will, either directly or through the Coordinating Committee (with approval of NOPD and the City), provide administrative support to assist the PCABs in accomplishing their goals, including the following:

1. Coordinating recruitment efforts for PCAB members; assisting with securing a suitable venue for PCAB meetings; assisting PCABs in developing agendas for all meetings and sending the agenda to all members in advance of the meetings; and supporting the PCAB secretaries with taking notes, retaining, and distributing minutes for the required quarterly meetings.

2. Committing sufficient and appropriate financial and administrative resources to enable the PCABs to fulfill their purpose, including at minimum:

   a. Establishing a centralized website for community and public consumption to advertise all PCAB announcements and to disseminate information to the community.

   b. Establish a centralized social media platform to localize PCAB updates, information on PCAB websites, and provide additional outlets to gather PCAB information.

   c. Providing translation and interpretation support when needed.

   d. Hire a PCAB Liaison to assist the PCABs.

   • On December 2, 2024, the NOPD and the City obtained City Civil Service Commission approval for the position of PCAB liaison within the Neighborhood Engagement Office. The full-time duty of the PCAB Liaison shall be to provide administrative support and serve as liaison between PCABs, the Coordinating Committee, and NOPD. The City agrees to include funding in the City's 2025 budget request, by amendment if necessary, and annually thereafter, for this position.

   e. As of November 11, 2024, the Neighborhood Engagement Office has

assigned an employee to fulfill and perform the full-time duties of the PCAB Liaison position.

3. Communicate each PCAB recommendation to the NOPD and communication of NOPD's written response to the PCABS in a timely manner. If NOPD declines to adopt any recommendation, NOPD's written response shall include the reasons it has declined to do so. Respect the independence of the PCABs with no attempts to exert undue influence on the PCAB's meeting agendas, discussions, minutes, recommendations, or related functions.

4. Invite two PCAB Presidents each year to attend meetings of NOPD's Training Advisory Committee.

5. Assist in setting dates of PCAB meetings, to be held at least quarterly, and more often if necessary, and providing written notice of each meeting's date, time, and location to all PCAB members at least seven days before the meeting.

6. Advertise public PCAB meetings on City websites; schedule the Annual PCAB Roundtable; and hold PCAB Presidents' joint meetings at least every six months, and more often if necessary.

7. The Coordinating Committee will meet every two months to discuss the challenges, progress, and needs of PCABS, including the status of recommendations submitted by PCABs to NOPD and whether they are feasible for NOPD to pursue.

8. Assist PCAB Presidents and officers to: (1) ensure member attendance and participation at PCAB meetings, (2) remove non-attending members, and (3) fill vacant positions in a timely manner, including advertising vacant PCAB positions and opening the application process when needed as detailed in the PCAB Policy Manual (as revised).

## II. **PCAB Policy Manual**

A. The NOPD, with the assistance of the Department of Justice, created a PCAB Policy Manual on August 19, 2016. By February 1, 2025, the NOPD and the City agree to update the PCAB Manual, to include the following additional guidelines for PCAB membership, duties of officers and members, meetings, and conduct, and submit it to the DOJ, the Monitor, and the Court for review and approval.

1. Members must acknowledge and agree in writing to abide by the established guidelines for PCAB membership.

2. Members must complete PCAB Training.

3. Members must regularly attend established PCAB meetings.

4. Applicants shall not be denied membership solely on the basis of limited English proficiency.

Applicants shall not be denied membership solely on the basis of a prior criminal conviction discovered during the initial background check, in accordance with the application guidelines. NOPD will determine whether the background check findings require denial of membership according to the PCAB Policy Manual Application Procedures prior to applicants' acceptance. When appropriate, NOPD will conduct further research to determine eligibility.

5. Applicants may not be a party to, or legal representative of a party in, active litigation against the City of New Orleans

6. PCAB officers may be allowed to serve two (2) consecutive terms, by majority vote of the remaining PCAB members.

7. PCAB members will be appointed to staggered terms and may not serve more than two three-year terms.

8. PCAB members may be removed for failing to abide by the guidelines for PCAB membership upon a motion made by an officer, the majority vote of the members of the PCAB for the relevant district, and the approval of the NOPD and the City, which approval shall not be unreasonably withheld.

9. Members will be provided reasonable guidelines for giving public statements as PCAB members.

## III.    PCAB SOP

A. By March 15, 2025, the City and NOPD (in conjunction with the Coordinating Committee) will draft and submit to the DOJ, the Monitor, and the Court prior to adoption a PCAB Standard Operating Procedure which, in part, will outline the duties of the PCAB Liaison and the resources that will be made available to PCABs for administrative support.

## IV.    Recruiting, interviewing, and Selecting new PCAB members.

A. By February 1, 2025, the City and NOPD will make reasonable efforts to fill any vacant PCAB positions and follow the selection process as stated in the PCAB Manual and Policy.

## V.    PCAB Orientation and Training

A. By February 1, 2025, the City and NOPD will conduct PCAB Orientation and Training for District Captains, Community Liaison Officers, and PCAB members to include:

1. Roles and responsibilities of PCAB members.

2. This plan and NOPD policies and practices relevant to the scope of the PCABs' responsibilities, including NOPD's obligation to support the PCABs.

3. Key policing policies and practices, including use of force, stops, searches, and arrests, domestic violence, sexual assaults, crime fighting, and community policing.

4.  PCAB member training related to the basic PCAB structure, setting an agenda, conduct of board meetings, keeping of Board minutes, and retention of communications between PCAB and NOPD.

5.  PCAB members training on the reasonable guidelines on their ability to speak to media outlets in their capacity as PCAB members, as outlined in the PCAB Policy Manual.

## VI.   PCAB'S Mission and Meeting Agendas

A.  NOPD and the City will ensure that PCAB meetings enable NOPD District Captains and the PCAB Presidents to collaborate to advance the PCAB's mission by addressing the following topics at each PCAB meeting:

1.  Community policing strategies;

2.  Accountability for professional/ethical behavior by individual police officers;

3.  Resource allocation, including special task forces, to address high priority community needs;

4.  Policy changes, where applicable, that improve quality of life;

5.  Strategies for recruiting and retaining a qualified and diverse NOPD workforce;

6.  Providing information to the community and conveying feedback from the community to NOPD;

7.  Providing data and information, including information about NOPD's compliance with the Sustainment Plan, to the public in a transparent and public-friendly format, to the greatest extent allowable by law;

8.  Topics of concern to the District;

9.  Updates on recommendations to NOPD and PCAB projects; and

10. Review of NOPD public reports.

## VII.   Monitor

A.  The role of the Monitor shall be to:

1.  Review and approve policy manual and SOP revisions, which shall be submitted to the Court for approval.

2.  Attend PCAB meetings.

3.  Complete Audit of compliance with this plan by September 2025.

4.  Report to the Court.