UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, | **CIVIL ACTION NO.** <br> **2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** <br> Defendant. | **MAG. DONNA PHILLIPS CURRAULT** |

### ORDER

In consideration of the Ex Parte Motion for Leave to File the Police Community Advisory Board Compliance and Sustainment Plan into the record by the City of New Orleans;

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** and the Police Community Advisory Board Compliance and Sustainment Plan shall be filed into the record of this matter.

New Orleans, Louisiana, this 10th day of January, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**