MINUTE ENTRY
MORGAN, J.
JANUARY 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-1924 |
| CITY OF NEW ORLEANS | SECTION "E" (2) |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, JANUARY 13, 2025 (1:04 p.m. – 4:32 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell |
| COURT RECORDER: | Alexis Vice |
| APPEARANCES: | Jonas Geissler, Arusha Gordan, and Megan Marks on behalf of the Plaintiff, the United States of America; |
| | Daneil E. Davillier, Kevin Hill, Donesia D. Turner and Charles Zimmer on behalf of the Defendant, the City of New Orleans; |
| | Superintendent Anne Kirkpatrick, Deputy Superintendents Lawrence Dupree, Hans Ganthier, Nicholas Gernon, Ryan Lubrano, Keith Sanchez, and Jonette Williams on behalf of the New Orleans Police Department (NOPD); |
| | Jonathan Aronie, Ashley Burns, David Douglass, and Nikole Snyder on behalf of the Consent Decree Monitoring Team; |

**JOINT MOTION FOR APPROVAL OF SUSTAINMENT PLAN BY THE USA AND THE CITY OF NEW ORLEANS (R. Doc. 793)**

The Court heard presentations by the NOPD regarding the department's planned transition to a potential sustainment period.

The City of New Orleans, Department of Justice and the Consent Decree Monitoring Team provided their remarks to the Court regarding the proposed sustainment plan submitted by the parties.

JS-10:  03:28