UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

The Court held a hearing on the parties' Joint Motion to Begin Sustainment Period and Approve Sustainment Plan[1] on Monday, January 13, 2025, at 1:00 p.m. The Court will announce its ruling on the Joint Motion on **Tuesday, January 14, 2025 at 9:00 a.m.** in the Eastern District of Louisiana Ceremonial Courtroom, Fifth Floor, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. The public is invited to attend the hearing.

Audio of the hearing also will be broadcast to the public. Members of the public may listen to the hearing by dialing **(504) 229-4460** and entering the Phone Conference ID: **697 655 973#**.

**New Orleans, Louisiana, this 13th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 793.