MINUTE ENTRY
MORGAN, J.
January 21, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## MINUTE ENTRY

A telephone status conference was held on January 21, 2025, at 1:00 p.m., in the chambers of Judge Susie Morgan.

Present: Jonas Geissler, on behalf of Plaintiff, the United States of America ("DOJ");

Donesia Turner, on behalf of Defendant, the City of New Orleans ("the City");

Anne Kirkpatrick, on behalf of the New Orleans Police Department ("NOPD"); and

Jonathan Aronie, Office of the Consent Decree Monitor ("Monitor").

The parties discussed the status of the case and the recent examinations for promotions of captains and majors.

**New Orleans, Louisiana, this 21st day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:30)