UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>V.<br><br>CITY OF NEW ORLEANS,<br>　　　　Defendant. | CIVIL ACTION NO.<br>2:12-CV-01924-SM-DPC<br><br>JUDGE SUSIE MORGAN<br><br>MAG. DONNA PHILLIPS CURRAULT |

## NOTICE OF APPEAL

Defendant, the City of New Orleans, appeals to the United States Court of Appeals for the Fifth Circuit from the order denying its Fed. R. Civ. P. 60(b)(5) motion and its motion to enroll additional counsel of record entered on January 14, 2025.[1] For the avoidance of doubt, the City of New Orleans is not appealing the order in that same document approving the Joint Motion for Approval of Sustainment Plan.[2]

***Respectfully submitted***, this 5th day of February 2025.

　　　　　　　　　　　　　　　　　　　　**DAVILLIER LAW GROUP, LLC**

　　　　　　　　　　　　　　　　　　　　s/ Charles F. Zimmer II
　　　　　　　　　　　　　　　　　　　　Daniel E. Davillier, La. No. 23022
　　　　　　　　　　　　　　　　　　　　Charles F. Zimmer II (T.A.), La. No. 26759
　　　　　　　　　　　　　　　　　　　　Jonathan D. Lewis, La. No. 37207
　　　　　　　　　　　　　　　　　　　　Collin J. Ligori, La. No. 40855
　　　　　　　　　　　　　　　　　　　　935 Gravier Street, Suite 1702
　　　　　　　　　　　　　　　　　　　　New Orleans, LA  70112
　　　　　　　　　　　　　　　　　　　　Phone: (504) 582-6998
　　　　　　　　　　　　　　　　　　　　Fax: (504) 582-6985
　　　　　　　　　　　　　　　　　　　　czimmer@davillierlawgroup.com
　　　　　　　　　　　　　　　　　　　　*Litigation Counsel for the*
　　　　　　　　　　　　　　　　　　　　*City of New Orleans and the*
　　　　　　　　　　　　　　　　　　　　*New Orleans Police Department*

---

[1] R. Doc. 822.
[2] R. Doc. 822.

**THE CITY OF NEW ORLEANS**
Donesia D. Turner, La. No. 23338
City Attorney
Donesia.Turner@nola.gov
1300 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
**City Attorney for the City of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Charles F. Zimmer II
Charles F. Zimmer II, La. No. 26759