## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, | **CIVIL ACTION NO.** <br> **2:12-CV-01924-SM-DPC** |
| V. | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** <br> Defendant. | **MAG. DONNA PHILLIPS CURRAULT** |

## MONTHLY REPORT OF NOPD
## ON THE REMEDIAL ACTION PLAN

**Now Into Court**, comes Defendant, the City of New Orleans and its New Orleans Police Department ("NOPD"), who asserts that full compliance with the Court's Order of November 2, 2023 (R. Doc. 756) was made by NOPD's Monthly Report filed on March 3, 2025 (R. Doc. 839) which confirmed completion of all tasks under the Remedial Action Plan.

*Respectfully submitted*, this 1st day of April 2025.

*Davillier Law Group, LLC*

<u>/s/ Collin J. Ligori</u>
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Jonathan D. Lewis, La. No. 37207
Collin J. Ligori, La. No. 40855
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com
cligori@davillierlawgroup.com
*Counsel of Record for the*
*City of New Orleans and the*
*New Orleans Police Department*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading *via* Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 1st day of April 2025.

<u>/s/ Collin J. Ligori</u>