UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Plaintiff | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,**<br>　　　　Defendant | **MAG. DONNA PHILLIPS CURRAULT** |

### ORDER

In consideration of the Motion to Withdraw Counsel of Record filed by Plaintiff, the United States:

**IT IS ORDERED** that Plaintiff's motion is **GRANTED** and the following counsel of record for the United States be designated as terminated as of this date:

- Arusha Gordon
- Paul Killebrew
- Megan Marks
- Timothy Mygatt
- S. Mehveen Riaz
- Jude Volek

**IT IS FURTHER ORDERED** that Suraj Kumar be designated as Lead Attorney to be noticed for the United States.

New Orleans, Louisiana, this 5th day of May, 2025.

　　　　　　　　　　_____
　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　**UNITED STATES DISTRICT JUDGE**