## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO.** |
| | **2:12-CV-01924** |
| **Plaintiff,** | |
| **V.** | **SECTION E** |
| | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,** | **DIVISION 2** |
| | **MAG. DONNA PHILLIPS CURRAULT** |
| **Defendant.** | |

### JOINT MOTION FOR INDICATIVE RULING ON RULE 60(B)(5) MOTION TO DISSOLVE CONSENT DECREE

Plaintiff United States of America and Defendant City of New Orleans, including the New Orleans Police Department (NOPD), jointly move this Court to issue an indicative ruling on a motion for relief from final judgment under Federal Rule of Civil Procedure 60(b)(5). The Parties seek an indicative ruling pursuant to Rule 62.1, which allows this Court to indicate how it would rule on a joint Rule 60(b)(5) motion while the City's appeal is pending before the United States Court of Appeals for the Fifth Circuit.

Twelve years after the Court's entry of the Consent Decree and eight months into the Sustainment Plan, the Parties agree that the City has established a durable remedy regarding the violations alleged in the complaint and that the City has achieved substantial compliance with the Decree. The Parties' position is based on audits and reports conducted by NOPD and the Monitor, as well as developments since the City's prior motion to terminate and the Court's entry of the Sustainment Plan. Accordingly, the Parties seek an indicative ruling on a motion to dissolve the Consent Decree and dismiss this matter with prejudice.

If the Court indicates that it would grant a Rule 60(b)(5) motion, the Parties would notify the Fifth Circuit and seek a remand. In the City's pending appeal, the United States' responsive brief is due by September 12, 2025. Following the filing of this motion, the Parties will jointly seek a 30-day stay of all proceedings in the Fifth Circuit. The Parties respectfully request that this Court issue an indicative ruling within 30 days, when the proposed stay would expire in the Fifth Circuit.

Respectfully submitted this 4th day of September 2025.

/s/ Charles F. Zimmer II
Daniel E. Davillier La. No. 23022
Charles F. Zimmer II (T.A.) La. No. 26759
Davillier Law Group, LLC
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone: (504) 582-6998
Fax: (504) 582-6985
ddavillier@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Counsel of Record for*
*the City of New Orleans*

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
R. JONAS GEISSLER
Deputy Assistant Attorney General
PATRICK MCCARTHY
Chief
LAURA COWALL
Deputy Chief

/s/ Suraj Kumar
SURAJ KUMAR (NY 5620745)
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 598-1211
Email: suraj.kumar@usdoj.gov

*Attorneys for the United States*

2

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 4th day of September 2025.

<u>/s/ Charles F. Zimmer II</u>