UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

# ORDER

On September 4, 2025, the parties filed a Joint Motion for Indicative Ruling on Rule 60(b)(5) Motion to Dissolve Consent Decree.[1] In that motion the parties request that the Court indicate how it would rule on a joint Rule 60(b)(5) motion for relief from the final judgment granting the motion for entry of consent decree filed by the United States of America and the City of New Orleans regarding the New Orleans Police Department,[2] as amended and restated (the "Consent Decree.")[3]

If the parties file a joint Rule 60(b)(5) motion for relief from the Consent Decree, the Court will grant the joint motion, provided the Fifth Circuit Court of Appeals remands the pending appeal for that purpose.

**New Orleans, Louisiana, this 9th day of October, 2025.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 853.
[2] R. Docs. 2 (filed July 24, 2012) and 114 (filed September 14, 2012).
[3] R. Docs. 160, 564, and 777.