MINUTE ENTRY
MORGAN, J.
November 6, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    **Defendant** | **SECTION "E"** |

**MINUTE ENTRY**

A video status conference was held on November 6, 2025, at 12:00 p.m., in the chambers of Judge Susie Morgan.

   Present:   Jonas Geissler and Suraj Kumar, on behalf of Plaintiff, the
              United States of America ("DOJ");

              Charles Zimmer and Donesia Turner, on behalf of Defendant,
              the City of New Orleans ("the City"); and

              Jonathan Aronie and Nikole Snyder, Office of the Consent
              Decree Monitor ("Monitor").

The City and DOJ confirmed that they intend to file a joint Rule 60(b)(5) motion for relief from the final judgment granting the motion for entry of consent decree filed by the City and the DOJ regarding the New Orleans Police Department,[1] as amended and restated

---

[1] R. Docs. 2 (filed July 24, 2012) and 114 (filed September 14, 2012).

1

(the "Consent Decree.")[2] The City and the DOJ will file their joint motion to terminate the Consent Decree on or before **Tuesday, November 11, 2025**.

The Monitor will submit to the City its November 2025 invoice for October 2025 time and expenses on or before **Tuesday, November 11, 2025**. The City will pay the invoice on or before **November 18, 2025**.

The Monitor will submit its invoice for November 2025 time and expenses on or before **November 24, 2025**. The City will pay the invoice on or before **December 1, 2025**.

The Court will hold an in-person status conference in chambers on **November 19, 2025 at 9:00 a.m.**

New Orleans, Louisiana, this 7th day of November, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

JS10 (0:30)

---

[2] R. Docs. 160, 564, and 777.

2