UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO. 2:12-CV-01924** |
| Plaintiff, | |
| V. | **SECTION E** <br> **JUDGE SUSIE MORGAN** <br> **DIVISION 2** <br> **MAG. DONNA PHILLIPS CURRAULT** |
| **CITY OF NEW ORLEANS,** | |
| Defendant. | |

**JOINT RULE 60(B)(5) MOTION TO DISSOLVE CONSENT DECREE PURSUANT TO INDICATIVE RULING**

Plaintiff United States of America and Defendant City of New Orleans, including the New Orleans Police Department (NOPD), jointly move this Court to dissolve the Second Amended and Restated Consent Decree Regarding the New Orleans Police Department (Doc. 778) and the Sustainment Plan (Doc. 822) pursuant to Federal Rule of Civil Procedure 60(b)(5) and dismiss this matter with prejudice.

Twelve years after the Court's entry of the Consent Decree and ten months into the Sustainment Plan, the Parties agree that the City has established a durable remedy regarding the violations alleged in the Complaint and that the City has achieved substantial compliance with the Decree. The Parties' position is based on audits and reports conducted by NOPD and the Monitor, as well as developments since the City's prior motion to terminate and the Court's entry of the Sustainment Plan. Accordingly, the Parties move to dissolve the Consent Decree and the Sustainment Plan and dismiss this matter with prejudice.

Respectfully submitted this 11th day of November 2025.

| | |
|---|---|
| /s/ Charles F. Zimmer II<br>Daniel E. Davillier La. No. 23022<br>Charles F. Zimmer II (T.A.) La. No. 26759<br>**DAVILLIER LAW GROUP, LLC**<br>935 Gravier Street, Suite 1702<br>New Orleans, LA  70112<br>Phone: (504) 582-6998<br>Fax: (504) 582-6985<br>ddavillier@davillierlawgroup.com<br>czimmer@davillierlawgroup.com<br><br>*Counsel of Record for*<br>*the City of New Orleans*<br><br>**THE CITY OF NEW ORLEANS**<br>Donesia D. Turner, La. No. 23338<br>City Attorney<br>Donesia.Turner@nola.gov<br>1300 Perdido Street<br>City Hall – Room 5E03<br>New Orleans, Louisiana 70112<br>Telephone: (504) 658-9800<br>Facsimile: (504) 658-9868<br><br>*City Attorney for the City of New Orleans* | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br>R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br>PATRICK MCCARTHY<br>Chief<br>LAURA COWALL<br>Deputy Chief<br><br>/s/ Suraj Kumar<br>SURAJ KUMAR (NY 5620745)<br>Trial Attorney<br>Special Litigation Section<br>Civil Rights Division<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel.: (202) 598-1211<br>Email: suraj.kumar@usdoj.gov<br><br>*Attorneys for the United States* |

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 11th day of November 2025.

/s/ Charles F. Zimmer II