UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　Plaintiff, | **CIVIL ACTION NO.**<br>**2:12-CV-01924-SM-DPC** |
| V. | **JUDGE SUSIE MORGAN** |
| **CITY OF NEW ORLEANS,**<br>　　　　　Defendant. | **MAG. DONNA PHILLIPS CURRAULT** |

**FINAL JUDGMENT**

In consideration of the Joint Rule 60(b)(5) Motion to Dissolve Consent Decree pursuant to Indicative Ruling by the City of New Orleans and the United States of America:

**IT IS HEREBY ORDERED** that the joint motion is **GRANTED**. The Second Amended and Restated Consent Decree Regarding the New Orleans Police Department (Doc. 778) and the Order and Reasons approving the Sustainment Plan (Doc. 822) are dissolved and this matter is terminated, with prejudice. Full and final control of the New Orleans Police Department is hereby restored to the City of New Orleans.

**SO ORDERED**, this ___ day of November 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**