## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
|    **Plaintiff** | |
| | |
| **VERSUS** | **NO.  12-1924** |
| | |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
|    **Defendant** | |

### Notice of Final Proceeding

The final proceeding in the matter of *United States of America v. The City Of New Orleans* (Civil Action No. 12-1924*)* is scheduled for **Wednesday, November 19, 2025 at 11:30 a.m.**

Due to space limitations, the proceeding will <u>not</u> be open to the public. However, to ensure the public has access to this important event, the proceeding will be live-streamed, and a recording will be posted to the OCDM and the Court's website.

The public can view the proceeding via Zoom by clicking on this link: <u>FINAL PROCEEDING</u>.

The public also can listen in by phone by calling (toll free) **877-853-5247** or **888-788-0099** and entering Webinar ID: **950 2024 6342** and Passcode: **638889**.