UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**<br>    Defendant | **SECTION "E"** |

## ORDER

IT IS ORDERED that the in-person status conference scheduled for Wednesday, November 19, 2025, at 9:00 a.m., is hereby **CANCELED**.[1]

New Orleans, Louisiana, this 19th day of November, 2025.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 860.