UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1924** |
| **CITY OF NEW ORLEANS,**  Defendant | **SECTION "E"** |

## ORDER

On October 11, 2025, the parties filed a Joint Rule 60(b)(5) Motion to Dissolve Consent Decree[1] Pursuant to Indicative Ruling.[2]

The motion is **GRANTED**.

**New Orleans, Louisiana, this 19th day of November, 2025.**[3]

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 2 (filed July 24, 2012) and 114 (filed September 14, 2012).
[2] R. Doc. 861.
[3] The Court will retain jurisdiction until the invoices of the court-appointed Consent Decree Monitor have been paid in full.